

# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/62c7ab396c9a11b3b5c4f23d

**Collection Date**
Mon, 03 Apr 2023 12:00:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Ui4pqgXWvfi7nTKK16SfmP7/cknlRrXOpbFlMJJ7NR07J+5R8XRy4jK0QvBq+wAQZs4sdUtL8XknsIiViU7spnpd9/mGHVTKlKi2s/3o6nr6QWslrbOk+/qazewTNonZuad7eKMeLzHHHdSof9NlP2aopc8XlNeWsr8U0nwJP0I=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]62c7ab396c9a11b3b5c4f23d]]_Mon,-03-Apr-2023-12-00-42-GMT.pdf

**Hash (SHA256)**
21af60da435b0b823951d60916b1b3ea97ddea1314ddbee2703da1e2b756aa29

**Signature (PKCS#1v1.5)**
av88hVaRSv2d35zgdYZ70K7WF9NtL434s8RJaZQn143B10iborMYgFZZStu8ANi90X/NlOMNj4tQMQEVLx4MOEelZzPVoNxgGUTa02HPGilqXHSsD3jg4W7hKHzhXuoZhlQGxWpNkrCxm4XK1kisJ1claToPdi/mBrbXPyJl3+l=





Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Wed, 05 Apr 2023 05:36:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TiGjLFoCVMRq3n7n7+n5RWQxeng7sPDjgANqRLOx1A5XK+QB8mMKBQUtm8LCLIbw40jOvIxLzMlvTXjwK4Ng8dVRI8Dw/CpKQ5X4Bea61RT4pKccq6tGUdiylx8Akz3WdIIaPnNlDdX04A0o/rOjAl6rFZj15dsNUqPQDSlD2ktGRtF8HoRMumJ+ORqwU+47qhS9dwWanLzlDLkv2WgA/5/7WdQ26Xws/eWsPF9Rt7OOrLF7GZ2DsNZPYDOAbhCt74wkuHrAY/1X0l29+ruFbUH/lkgvs9spsZPaGPrjvxomt5JW9WUNGkIS/EL8+L2zlMsxcLPr3UbG/u1HbBV09A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs|cart]]_Wed,-05-Apr-2023-05-36-48-GMT.mhtml

**Hash (SHA256)**

9dbe3d1b13132f5882be261bb728205047487886002a2fef9a80dc9df9c38684

**Signature (PKCS#1v1.5)**

Sy/HE8/OTSuACcuhLYnjSNvU3sH17TwujEIsmk66ZCv3UQnYMTnW2AAFc/pa8VrvBHLhNjfWOod/Vnd26uAZpWrDE7OjD3kCQdoJMFkkUXIM4Li35UM5a8xmerEby95dOSB0TOUApjnYs3WVehL3rCogIMpGiU7JJGzbRIyFy9rgTbslOOesG42hkMIdmq4Aa13r6EGzUT4T1KXdhKJo4xho7e2nkcwzqj4vx1u1CgMtIFAm9v1qk+wvdnCffGJ4kCS+ZgusPnK5lW+fcdLd1GGkcHI2SEcVtx82yCHqKDapx6srEduoZ6y3aQ5Chem2Xht3WaLDrzoQdedIm2n9qQ==







Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/5f858443d13b0020951efe46

**Collection Date**
Thu, 27 Apr 2023 07:03:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
CXCEAHVw/xQNCYfnh87oSib6/8lw7KQtJtB2fWYZXPaWTpt8Sn7cWbmPtGle68szy+WOkLY6nTSNbttwAWSozmCuzheJgglvELpqQiSkAJCCMIBSbEdLgVPJLyp2BqFnmtMxDpruus2t9hwEH/Zxqs+GIIPf8YWCNtbTsbV3KvU=

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f858443d13b0020951efe46]]_Thu,-27-Apr-2023-07-03-19-GMT.pdf

**Hash (SHA256)**
6e49fb028fd68bc4b1b3d76fc6f04cdc59ab16fc50e1944e5f7f5e93e8a049e9

**Signature (PKCS#1v1.5)**
Zdka4SHvmblehSuz+5lfkLGHLlQ9AayvwbruVW3QBZ46Zo1uHsFHQExsfcPw/5khzWBwHO2VAX2Xsi+Oc5eX6QkkWbJdJKDOX3g+EXxjEWfg8XlH4fn8P/7vpmJaVYy9vTPs8+/o6b2oonhb6IRHZpofl6sL525blxOymLlet30=





Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**
Cart | Wish

**URL**
https://www.wish.com/cart

**Collection Date**
Thu, 18 May 2023 06:44:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
2a0d:5600:3:15::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
qQvjCg4Jv/8H1wHymo6Yt2CjEfj4uGM8npf5OHe+Dsyu7o2opc4I2Tz9axWULRW9b7o/UpkhaxpYzTC216nzjxOzUqmgNFmTHM8HlFhQ3grinSD1synIImyB+xXu4ip9JG3uz9PJVen7EoZgkRb7HrnP5dxlQ9HyT9TjpJc22soKpRXuFrGxAOoUHcO6usVVBo+E4OPB43kDuXHl6XQX2hqtjlBn6gDUzMl2wR7k5/46sRvWFtIoRt6QixNPWCbUnOGyWqWInFBQ4ogkTLxlRy6gqFgkuWJtnYIal8nC/oNGZT6MbYQCwqYNvGW2Yde9d+49MUNKwxODbk8VyH3+rg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-18-May-2023-06-44-07-GMT.mhtml

**Hash (SHA256)**
87bda2194d99967aa75242fed067b04859746ab92dd36e10ea90612a6c9646a3

**Signature (PKCS#1v1.5)**
OH1b93pVTcG+oykiqwNrZo88LsTutPSwIh1VMD8EruHnCs96LBy2e7qyqDOEFMZ/EYK/X9K0V0wLBLmaW/1YohyyZ4heofdRVFR5qwcaeTqS/RmJSB6WdvBOzUh8aonD1/LGRv7rAES3aHMOYi2p8xHNvxYEuspJMDzWMn6BxJ0GgqPC2vWYMJRQV4QVRUQgykPYdBsngMahhwxM1x73+WSMhppunaEYSQpqeTb2r18V6Hf934EdHmVrwB0qB7crvogMFY343wYyurJlsMi6Jo9LvGlddjX3k56WVFhMh2Q/HDLltI8m/v5wEv6L0MM8ztDmf76YyAtO/4jUFnfrHg==







Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/59c369f84671c1633fbc4ef4

**Collection Date**
Thu, 27 Apr 2023 10:47:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
BWLO2karKP5qu+FDRZWgKuTfSaJFg+ZVS7OG8X10GJZTmgjE1VNQgeU6aluDoeEcb2mDfjNYccyzIF8PtkhXowo4QL1nrKJffQXkepOzu4l7iw035bhMS0lJ44RdA3fRypWpBdxUB2zcY/bnO5JvFfKdM2msqJpUf+CRtIOfRSQ=

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]59c369f84671c1633fbc4ef4]]_Thu,-27-Apr-2023-10-47-14-GMT.pdf

**Hash (SHA256)**
51a95a89f265b4ba5ff98b6f9434e61d0c62db05b8bf53773c76c02c4741dd3a

**Signature (PKCS#1v1.5)**
IuG/kB7iRydi2rIT9CEOyhBe78tqSTPD8dHYTQqQYPPtdASTF5XhIsY9b/FN9RhjpOn+43FDWgt13OtwQ+rIpmkaJVm6gjTHS/IG+C5NoBlO6KefX1TCgILHDHTKBYIICwYv6rFrVZgoHNSW2sy4H9WiCTXwpAgR4e1YH4ObOJo=





Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**
Cart | Wish

**URL**
https://www.wish.com/cart

**Collection Date**
Thu, 18 May 2023 04:47:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
2a0d:5600:3:15::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
T9SO3E6IPTILhkpYcNAALlWX4RUIraIBisrz7tJzm/z9VS/HJISAhcOhcVJNSga7OVhJA47DopFRRD+4DxRHAwpETl915DG1Svr+PksU5N23mcQ7reyuCHNxgF8IizlMhv7v8f30ZfBSpQz2uo+qUhMVwIOLCUxCioA9Ga/PlZ53st75C92crmcaIcDgiIxYxYYBc3H4Oy8ghsrcio1Ssf2ZpbeCyVtgVEyMjHY2Aky/i9QbaXyK1FdOUjY69TsF3S9rXkOEqYgqGZzb1aVCbzzDJ2jUQUSYgxCDxZJ7jSy5+JZpwcYChoq7q3ayqimU6ggsX17RWRvZZaL1aZIFEQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-18-May-2023-04-47-25-GMT.mhtml

**Hash (SHA256)**
b4c96254e0a852b058416e12a56e8e95adaed4c4dd67cabfad013fa8196c2ed5

**Signature (PKCS#1v1.5)**
NAn5ACJ/MRkyM8VcVF8NPE7QDf5W2NFIUclUVnp1WYDCMDRIZ3R7KHbk2TiLhaj97igm60ohmClTPM6sEQ2+svPckh7nhg3UvNyngs7qBhgbHZ5Rh3Dek3se/EU3Z1ftio0gXhB+3jlD7oc/VqS3YKzuKkZzNDjdoq9XlJaRhYHhBTTL0a2TyhbamFfTzsFRIg8RVc9tRtTtl4sqYhy2I53k1JM3hKutxm70E46jNkLyEmnQpddyE1SsoKm6tmgvQzke5QCQiGBONasRZI6wic/5fLgSUoFg+cZs6o0FJ5ox7u3J+196Q7zbxAlqqXqx28Ut4npEPmgssc5sm8DYOw==







Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/6363f98ca32ecd7eae0c691a

**Collection Date**
Mon, 03 Apr 2023 11:53:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
j88NbR4smoLIK83Z1gUQN/cjWc/jI/wx6GfDBMyQuGiOSxfzULahtHa7Mls4aYNsWGtJ7CA/2qovD1xxtDgCHAUh2s+Mty88OM7YocM+6m+RBl2cTXHl8YtLQjVZC9KLjlR6M6kRTiJ+GEGtD0VTAW0NCqYozv4LBnxJCFPNCSA=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6363f98ca32ecd7eae0c691a]]_Mon,-03-Apr-2023-11-53-27-GMT.pdf

**Hash (SHA256)**
1812ac7771b88fb66037a67999793864817b70c8a52a55ed2578b1e5c281da65

**Signature (PKCS#1v1.5)**
LAuHDleleC0sE+HmGdaBFTwIHAZI56/Q4FTJE7Ig9naUwqet5aXDV6vgLAImkgtKc0X2LGpOClhOisruGT+9TVTjPl9NleP5bRhxSiCn5e1jPxEoRmUTzJbofO9wfijul2zR/BKJUbQOF5pP1LY/NNdMH+PVAfe9mDcQTphfY0g=





Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Wed, 05 Apr 2023 07:27:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ad9r2wUxqB0r07OFq2eQVkfAmLK790vnWErDDuWvTkazY3NydVXgQ1rhEqEIAEsYXD4DJ7HNtIyiLqCODXvnwo8jzZyOHbPA10AjaL2+MOPj+ZQ154QMZprQfcA08ClgVYP0Ss09cdHDB9jeO2ewomdPJKXo+0Sgi75HdKN9NkS/T904fxFpMpwI1VTJcq9Sc2HJuE9UXtjL2DmYs+tLOsYXwb5/VbKSP2BO2zEN6B8Jb2K7nVqrW9faL2r5EuScB2BPtOd9b0T6yst1J8uTxqoKRFC44yNeldRl2J+ist0SdC+Q7CZwJURxnul+NZSIMtxK5goqfzyAYj37XHnIYw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Wed,-05-Apr-2023-07-27-05-GMT.mhtml

**Hash (SHA256)**

6e6048f7b66c195c0011b4199266d59ea3a744c5eaac06e31245ef20f7e86525

**Signature (PKCS#1v1.5)**

VMhMqavtHGhDQnKto7Rcby6Uu+iXUIW/ONuUMA1JYB3mTX726vEXJMpj2a7bZAjt5Y7cFk6YqR3M28qdyrPk05ULnVq3Gzn9AEM5IUQwvzOL3SqHl8hNe6cTe+8dsmGK8adKFdUsRHuDJ8j62uYa3xGUf5yXPWofHzUMeZr6M/Kd1LU8YgHQEnlkCOWzc0pEEm84RVIf/204hDQUZWQ9Q+Lb9o/uVkyi2evhY8ubUxg/hjf7S/IV+a+p64Ev7hHr1JnS/pamMWdNBOrd2Xnc0z7oEdaZ9KhUlhB3Ph9UOyC4IAakggpftKPoRLZd//7YDeNto7bTT6MPXeLz1dPHOg==







# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/5ec724c40935221121ec1939

**Collection Date**
Tue, 04 Apr 2023 06:52:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.113.27

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
r7xwLXDjAL0JpFPhC4LO3PoLwHB9G8X2GGqOuT5Z9A1qygCqWmhxWyQdWIS6kD8RE3/yzdyazlVCsuzcxV4/9DCSLoPfrXqzSl5yup0npiDWxbo0V+aYQppL+3A7stiTNq6nlNd/QP1yU5ujoJTTnGvSW6YRMSpayzgHRno+LUM=

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5ec724c40935221121ec1939]]_Tue,-04-Apr-2023-06-52-29-GMT.pdf

**Hash (SHA256)**
8c0b2cf8ca77d2a6929c81f0d349b4e59101be011441327a0b373760fcbcac55

**Signature (PKCS#1v1.5)**
Y3L5lIXu7CWMk0WwUBJJZosw7kOWVWdk8MkzPycwltseeBYPI82Hb08cpWhEiaWHjH4/bY+HWujiYzYkETqx7T6R2ezropz7hxAVfL9ccznM/XTRKF2rEk4CE8TpLqa0o6sMHSzIwa8xf8kOezSh9/A4TTS5oQT3NjlBaOkw+Ik=





Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Wed, 12 Apr 2023 05:07:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ovh0jTtVwAnse7TYnYTWjTGbleOH0EaSigJSM+asEgTEYMiq14XoWTpWn6UG0zQW3pTnUIeJEpO2cexpeC5CLCOoqV43IyRS+/9KYXoLmBeTKZBUSwLJGUQCfp38rkGZ3dWUxtn0FmNJR8rsDAiiEMGExYEHX/kYhfNLZAzLWbnY70WPUamaoYgi4REq08YiXNMpPhcDSgigrYXK3yRkURLaOr71ZC1gaX+IjZCNenavEjYyy8rTROMUtV4hswLNMgARIwaY5+rbKUFJfh8NRx0x7OQ82VQETqPChkLgxeNk0Zhxp3iyDOzkscd1FxmtcxfUqlQ7IWEvM5Q0ysmZXw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs|cart]]_Wed,-12-Apr-2023-05-07-42-GMT.mhtml

**Hash (SHA256)**

246c48c898e8d95784aef432b855cca7bb9dc7a82c571fd1eeeb9668a8cc7e60

**Signature (PKCS#1v1.5)**

gCSI1tYOrS/ocXTSUCt0TZFC5+fZ394DnKEE9EMK/tFLkngRrME37zsLPtesWaQIg2tXA8iraGRNhvPJKpEsbV79ieZ70DuVDw6P5cDQCje9lKfEqo3uawAMf7kLuxUgEXxywje65khWDykExTZam1z0/Fir1YuWmD7UpztYzDOhd1iCLmrRgIT0VE2UdvxBRhQA6FCEjSLfGYu4HC1JVJyGXAOorTovJaQkhWUKNjW5NZ+Suj0Yq5LyOmrfYaWsSSh+/apAsSdiZSRdllxB7B170yOvXBpViY7mlG1sXdFeD4M8aJGwgdxTmtNvhsoPsgFmpkOOQsaCz+c46Yk97A==









Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/56d4b4040ad27c1291c99338

**Collection Date**
Wed, 26 Apr 2023 11:16:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
R6hTM8u8SN9Z9LIVuSkw0yjKTL3B90U47MC8I7swlvr3JgwIcG2LhsR8qDUZwigFgHv/WsY++s2lyZ47PiTY7ShB7ZKr567VGrMt1BVrzhw47eNI4JbF/5pR07FZqVkFzaliBY3hvpZ1x4uv+J0NEYy+5JCQCyR31NmVAuPdWJM=

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]56d4b4040ad27c1291c99338]]_Wed,-26-Apr-2023-11-16-07-GMT.pdf

**Hash (SHA256)**
dc4227f0e3771096641697273c3357cf766388f769ddd5ad17b340e02e857251

**Signature (PKCS#1v1.5)**
DTbRVXcqIDOiX/B33hTebWv/m0YwbbdjH+tqS9Du9mBt8SCRMYM4XawwZJaBG932SySWe4Rx7JyUaPp1g8pQdRtjX0Rxggb7Dmmm8fW2bnjnPX/McWkSwIHW/0X6nWm1sdiygXCwdQ9aguZeMkFxxUn7R6/d8OhKAA4jIZxEX7U=





Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 18 May 2023 05:02:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

2a0d:5600:3:15::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hoqT6zP5/lJhtehsH70svIwp1s+8YlNRvcZZsktULCJ8g2f8LXuWEQlCoeaXc86HptCS30PZ8Fuvm9ah7WmJYNnaujJjJCzNTWQvyCYOt1bmRYd+OePcv6prqemvikFeFoJBDeceacpQkKYBaKNfvFCeW7i2+CvGzQ7XEtjtfd72xVtZZZCbGCPJISW8Jcjxo4/+wJ/X6Vt5+d6wp32fCy0BzhgnoeZJMvHO5Mn0IN1jaqh9yDDaSX5B/Pt6TppeXJHlh4q5ee4CQHTHoxffsylTbMjYHAd1dl5n1auDqefGfClivHO/gKgaXgnh+8/ZlwDqRDLhmM6mErjlmLTf7w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-18-May-2023-05-02-48-GMT.mhtml

**Hash (SHA256)**

3c41c04359577e0636829077e52e1dacd6271a385d1e1fe66a406b697fba31fd

**Signature (PKCS#1v1.5)**

d5g4kpltmYJYHWV998UZxQM417FG0AIN15f0O1tr2wfqJjrA1qA+un/3DSPfTmK2WszME0PA+pk/v7ur0slBhxZCXU1TBorC95QDfBvHSNeuzIKuGuejfiox00GQSXj/bAqBitAzks1sT+F1VV2E7h2y7haqZJsd5JUn3iz6s0dKSLxNERZTr5HbAhvyeqCrpUI8FD2qrxo41WwMspA/nlKbXJQalKkQaQNCRfA/D+Dpc5LEFzFZ/jg0kQ8ycSu6iQ8arDmdS/Rnle4ro+GSUCtuU2jxMv1EKcYGW5Cg+7g/VGC3iP1p8MqrLtrmvnu3LFPD76nu84caTWdaPpUyrQ==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/5fe6b08bb8347eb59528f228

**Collection Date**
Thu, 27 Apr 2023 11:03:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Migl2lgTILL/fOhQomedxEUAvwTU55dnYVlH3+6w3OuaB2xZZkdp5MExpnfJ7tjPm8HhA+rOmFLZDRo/WhDVU0trUkYrIyhGxLgskCn4R7iLfmcp1eJHdl7yuKG1ySySG2S9bFlsFEh64xojYtGcsJyp/vjf7SwGDr2yiHuvdBg=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5fe6b08bb8347eb59528f228]]_Thu,-27-Apr-2023-11-03-48-GMT.pdf

**Hash (SHA256)**
4dfb5387f05fc572028a2d381daf308040c7e7edfd8eb08bf3fb1a122bfd54eb

**Signature (PKCS#1v1.5)**
dHPEM0bfYhiOa2E2OK3DfdxO92RvStF53C3o8A1FHoP5i32Af5bIyZenQKE8jp+KkhLgEuo7wk2BVeeMRnd+9Z2xMkvbrgrP/Uajtuu7LIF7uelur5SLm0znDm6EwnynXrWE3IrsSbVpirQxyrWGjS3EAcrTPuPdF8+Z0U5yKUk=





# Evidence Collection Report

**Page Title**
Cart | Wish

**URL**
https://www.wish.com/cart

**Collection Date**
Thu, 18 May 2023 04:54:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
2a0d:5600:3:15::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
aG1HPkhTbdnPs+8Kga4LCKoQPrG57neLMcFdSg3Xl1mqSgN2zuwNiAZXeXjoOyfCPRRbAGBsAxf6fZcvVB2a2C90358iyt0HB18PxjkSl+rRjHGc3IHw3TqMHrpM8OPgJ+msjZrws2VVSKX/NXZgKHCKK6sVHU+i/4dK+R1KgSkOn9tyUwdjIqMcSOyh3cf58deVKsWVUNw9d3AXsMNvCtLoBhZFTeOXxby7YFQbtwjLeB80vzNFWQAaFIoicjDiRIbgucqB+IkwcRFQgL6YoXrKSaDNAl4GXpA42x59z2wdvvS40rLLMLHfBGZHxqmAxRof2t5NjUW9xIrCQzDq+g==

# File Signatures

**SCREEN CAPTURE**
**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-18-May-2023-04-54-11-GMT.mhtml

**Hash (SHA256)**
b3f7bcf0359f13de3e7ab2ccc5fb6400b0ff7fcbbc899a58fb5949928f84da57

**Signature (PKCS#1v1.5)**
Taqbd0TYECP0PxqWCVwgKbbBhWQ2aYjyAP4jIjVx1ND3olYqUeZ8mPjgYHlID+dT8/F7+zgylYf3nRTIgxB+LWYaU7qLa5CF8tLiv+zIE8WivnV2eY16WLeRaunVylRvwwjY3rpO4UU0wZe2zCIDVQ4Db9clghe0kLutufogKieZ4lGAATPn0RTdQqqZxm8esYVsW1AB9WVB3MCWZZUEHLM+l/BygzuZD0Ajpbl2mHp/W0KHgrExJMm9WFlfuYtfM6FQb5At4gKaKrVuxKOHIJOKJwEQA1YPmrOuP5yrgTNgXzkg7rKHuKEzWeQYLGVYTuoy2e29VTG4ks7/UY07cw==






Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/61dbd58a99d562874ea30f0a

**Collection Date**
Tue, 04 Apr 2023 06:40:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.113.27

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
NQSWsJqpY0UlXmrwrR4ftYSIwe7P49Ec+nhwtI59cE3dkVn8oMpeFIErgitUZgOrL5tt2HnyaGmHNdSPPKtogW+lw3EbOafjGxv4b96vQXDPRIbBXaYgpF2QJQ5Cnj+Ds4wVpnkzboHNN23pifQNutC1n/3we5Eg+iYS5/sJRPI=

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]61dbd58a99d562874ea30f0a]]_Tue,-04-Apr-2023-06-40-54-GMT.pdf

**Hash (SHA256)**
76aaf65585e672ba2507b79b9e31cc0f3b282421a202ead9d3f07f5de99e3be5

**Signature (PKCS#1v1.5)**
fAVjiPqlVPAOFQCAt5z/C4hviwDw3vCy/a+EljBQQ/APk2+twOY+L1HNQG6tPm2ORfum6Z/K4CHYdEWtkI8FuvyBkIuIK9SFkeIkzAK6qL4nlU62n1XmrgSVkZeaa8iKqhupglWWAiBe9YlQ6VezlTM5V2PESNvlJ7ktuGfGU2M=





# Evidence Collection Report

**Page Title**
Cart | Wish

**URL**
https://www.wish.com/cart

**Collection Date**
Thu, 06 Apr 2023 10:44:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
WJujLZlvWhC2lFl90wCOXNrEUEfZ99dmJw0Yy3tbHAsOOrnxJkMm2MnodlZDw9HGNElJYiF6fjmtsvYHnL981r7IM5R3LXfUmyOxtZ4lDR+ToQ0INjqY4zznJCcTxGGdecRUWQEoouGXuyVe6EjB2t3w555x2GQ2SP11ui36snD3kd1pWoUd8GTdHpuPo6278WpcClyoRIyyLv799Q6+M0XY9cZOV0YH42cFgZUlX+SOfhTzc598Usmd+Pk/ZRVY+/LWf49VTu1ZFhWCnS+NVx/x9nO8LXRwHc4VjqdJus5RLIEOjPLNnze0sg6j/AXJsXGVBn9s+1iMf9LGYWvO9A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-06-Apr-2023-10-44-22-GMT.mhtml

**Hash (SHA256)**
bfdfb2445504f96983ecd921a32c4b78cde00c56c595fb49ed8a95cae0870dc7

**Signature (PKCS#1v1.5)**
W1WL0WrdjoA+G/QNfNVp4A3jSg9qPqrbmT7/i9KaVxY5ltAek3UmAYpAMPk1jhk/7+B+C7zdex9jOVdoesxhodBWjy/frebgAH53MnqaLr0o6IpThvfGe7g+axEY3JgMH7U6Yw60Eeqac7XlAYmQJ9lSVk8RexPQK3oWtzo0nOu+huuPPGyqjO/1xS+msPC5JdxbMm7ZGZvGFs54/DCbdj695iDnYrgJuoCpLtMVnLkbu9+NSs1V1weBe7hcDfBlr6l6hNsEbAW1yfEkHdkHsKZHbFs/4EHhtdMouaJPshvc3582pGPXt5VCa+eoYJl9KO/fH7vPlLL+NkKKnWEKxg==

