UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF FILING SUPPLEMENTAL EXHIBITS TO DECLARATION (PARTS 1 - 4)

Plaintiff hereby gives notice of filing parts 1 through 4 of Schedule D to the Declaration of Richard Guerra in Support of Plaintiff's Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraininng Transfer of Assets.

Date:   July 6, 2023                          Respectfully submitted by,

                                                    **Richard Guerra**
                                                    Richard Guerra (Fla. Bar No. 689521)
                                                    Attorney Email address: rguerra@brickellip.com
                                                    THE BRICKELL IP GROUP, PLLC
                                                    1101 Brickell Avenue, South Tower, Suite 800
                                                    Miami FL, 33131
                                                    Telephone: (305) 728-8831
                                                    *Attorneys for Plaintiff*