DOE: 1

Seller Name: zerogiving

Product URL: https://www.wish.com/c/61dbd58a99d562874ea30f0a

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/61dbd58a99d562874ea30f0a

**Collection Date**

Tue, 04 Apr 2023 06:40:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NQSWsJqpY0UtXmrwrR4ftYSlwe7P49Ec+nhwti59cE3dkVn8oMpeFlErgitUZgOrL5tt2HnyaGmHNdSPPKtogW+Iw3EbOafjGxv4b96vQXDPRltBXaYgpF2QJQ5Cnj+Ds4wVpnkzboHNN23plfQNutC1n/3we5Eg+iYS5/sJRPI=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]]fs]]fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]61dbd58a99d562874ea30f0a]]_Tue,-04-Apr-2023-06-40-54-GMT.pdf

**Hash (SHA256)**

76aaf65585e672ba2507b79b9e31cc0f3b282421a202ead9d3f07f5de99e3be5

**Signature (PKCS#1v1.5)**

fAVjiPqtVPAOFQCAtSz/C4tviwDw3vCy/a+EljBQQ/APk2+twOY+L1HNQG6tPm2ORfum6Z/K4CHYdEWkl8FuvyBkluIK9SFkelkzAK6qL4nlU62n1XmrgSVkZeaa8iKqhupglWWAiBe9YlQ6VezITM5Y2PESNvLJ7ktuGfGU2M+



DOE: 2

Seller Name: Zeckos

Product URL: https://www.wish.com/c/51ce14e965cfdb526e602610

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/51ce14e965cfdb526e602610

**Collection Date**

Thu, 27 Apr 2023 05:20:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZdOiHR1Os2HqRaf9FBaS8YQQ4QCrAsESieyl5YvCSsmhzJnTW8WnT0OoxdclGDlNCwfD/TU4TdKCeTMIJ5Belx0S8Tr5OTAG+2wfyi0rQrAi1C+jZY7taXqGXKU3DVPz/xqys18pcVZ4H43g34lhx89O1dl7fvq63bl4uowLMak=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]fs][fs]www.com[fs]search[fs]smiley[fs]product[fs]51ce14e965cfdb526e602610]]_Thu,-27-Apr-2023-05-20-43-GMT.pdf

**Hash (SHA256)**

bbff86b4e8c4a160695f4e7dba15a58715cf70c9a8f137ced7d3276edb4a453b

**Signature (PKCS#1v1.5)**

P4H5xZMNKth8YW0y/gK41DFXSvE7EYNY1Zv0YbP1SAiEqzDNfWKDN6WM0BAqVpaf6DEL0Xd0JV/ZrdlYZjxs0IsfmC2fy2uJuRLsv4Tz84ILfNfkTCLaRDbBv2YR8J5VfZ7WooPnGqDi03+7zqLKBEuehMhfqUBTpSRAQfGmbuw=



DOE: 3

Seller Name: Treasure001

Product URL: https://www.wish.com/c/607e88e0051e852d9123aa95

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/607e88e0051e852d9123aa95

**Collection Date**

Mon, 03 Apr 2023 12:39:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pV43JOU/BEUOzGYBnwdgo4M9sdwwa92v1FDA1++xLzsibotk0tcpz2QZz0nvabL0nBTvgdCp3KFyeXNj9WvVC54fuqaRCr8YHz3wRXRwguS+rFyaq/A2TqxzY8nrzcMuYDyFaYc83/p3CsYG79TcRbCbyx4Xzptdo616aTvdBdA=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]607e88e0051e852d9123aa95]]_Mon,-03-Apr-2023-12-39-54-GMT.pdf

**Hash (SHA256)**

2890d5e11618063de341c4a03955d64321bfabb00f5ce3e788dc29efa96d02d1

**Signature (PKCS#1v1.5)**

gyUrHptUQhEnUbe7c02nmA+oEpFgKbWMbcUNQGh1NhPYeszHHef62oS3LBtenB8TO/j8ypTS5GchUGoyumka0BKh3e+Dkovr8ephndf/sm1OkDsJShol0nJu+B1ejA0ksv+nVshRWE6saNqCOgwfzfEwDZgDUmP7wU8SZPmxzs=



DOE: 4

Seller Name: Happyshop123

Product URL: https://www.wish.com/c/5f8d2f10764850003bbc3936

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/5f8d2f10764850003bbc3936

**Collection Date**
Wed, 26 Apr 2023 11:06:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
A2/O+362Ux53NAsA3Nqrcz8XCwvnVZ+erMARJ/y29O1htZhLBnvHZHYd5e/co3rwOTbClsA4EF04pEHvf0jobqp8fURL91BtEB0Yquq5aXSS37LF8h+G6snxgfEVLlSibuv6lp7xeGDwggcNF+ZgO+Wx/AYPXK1SdqR2DV0PTSek=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]][fs][fs][www.wish.com[fs]search[fs]smiley[fs]product[fs]5f8d2f10764850003bbc3936]]_Wed,-26-Apr-2023-11-06-29-GMT.pdf

**Hash (SHA256)**
087d9d5ccc04a145bc7f6b0de404ece1cd108841cf02711ba936089da740518cf4

**Signature (PKCS#1v1.5)**
fJ+CHyb5tCIXsvHcMrQB1UcK+tR2irHOOYeWfLKirc1Gyrze363t7KCtDxsgCd6P3u0zbQayTM4w9SDrYZ1rHZ/YNmEZYSmOFZLclPAgtiOcmBVheA3MIwMQ0kqAv9OVpl4XeXlfXPGGiFnZxHfbx9/7UKsqqveNgQcrtwMKHo=



DOE: 5

Seller Name: Wi Smart

Product URL: https://www.wish.com/c/5a9117963c1dc659995bfbc5

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**
Fashion 5.9*15.7CM Too Loud Funny Car Stickers Smiley Fingers Cartoon Motorcycle Vinyl Decals | Wish

**URL**
https://www.wish.com/c/5a9117963c1dc659995bfbc5

**Collection Date**
Fri, 19 May 2023 07:34:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
2a0d:5600:3:15::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
SY6Q2CSAFC6JhfkJ7KZJppCnvOhEpwB6qU7hLWL3AQYue0HMv0MNjR8yb9CWYt4tjKjJS1BIoFcCSNTni2lHqFZKicR0rWooASyuRQ2RtWUTYLHW+sR/xJBo4FQ9/uWaKUYbLT4WLk1Q8FBmDj5Z6fvUXGyN7jfoTVDPDpxu6PG5WcU292h+AiD1TrFcXuBz2UtiiRFTTK2JingX8JmaVtgKS/pqj0WAl0cP32ZuMcM8zP8Co9ie9HDtbUwfhA9+kcbc352Dw2RrtqbXDjabG62Y+VqkwdrGMElloXkR9s8xPfHNQeO8ZlZ/Cq7IFsrqyLxU3A9hZFdbfe/TZZ91Ghg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]5a9117963c1dc659995bfbc5][_Fri,-19-May-2023-07-34-15-GMT.mhtml

**Hash (SHA256)**
cf53c73b563b8ba6872cd4c719d4447eb500e7f72e30184f904b71e133701bp3

**Signature (PKCS#1v1.5)**
hz8FUo+mYtLVrRD7+yJTSwAHwrh6VSEVbcEQcv80z5M1Lxa4pqEz2noTp+03zcGzVHW3iDPaJvlT8Wyi4qg7iDPz7I01RGpnHjaH8FJRYmLtY2Al7QsFq5EQKVCFb1cf5JpWmMjPoabpEAsBgbxl+CbUn9o8dSeh4fZPMveq3CfGOfNtrSj1mNre0r7jXwq+5xWVR6HLKyfvnyh9u4xxULUjxi6qPIAuZXPEk3c00BrU1WeImnpgYC6NCUvdZJ3eQ3wfaDfaBA2n76h9hKzc8bm+wSgXkM8eytWAomPxqfFp1UvIxmiwEXJG4cHg2Urwu5Tfb+wVyrRn+AZH7Tw==



DOE: 6

Seller Name: skdlxm10

Product URL: https://www.wish.com/c/5f8fb4fa376f9d0e16a92251

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Mask | Wish

**URL**

https://www.wish.com/search/smiley%20face%20mask/product/5f8fb4fa376f9d0e16a92251

**Collection Date**

Thu, 27 Apr 2023 11:12:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PNpYmInt+q6jUU6+cR6Rl5xtvZIFiqOKimnr1xRd3Nz4gkakrH1AhB/9NI2sWOUJUgxALREOJgQBO9fr/W7TYfmt5h53oIKiuw6TylGJX1cDzfU6xabDfl1RIRNlI/j4vj+gpRCfS8x7sDbZ3fivGRmr+QUd4W7R9I/DvRv0Rk>

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]fs]fs/www.wish.com[fs]search[fs]smiley%20face%20mask[fs]product[fs]5f8fb4fa376f9d0e16a92251]_Thu-27-Apr-2023-11-12-49-GMT.pdf

**Hash (SHA256)**

b2928ddfaf43ee489455b45b3fd8a512075c30bb16d410543d0462e0bc32bdea

**Signature (PKCS#1v1.5)**

qF8aTMRl5PGExaWalrYDMJNFpromXK/GiM39Y11h/QOp0YFzJNCyLan4VijirVE+F7RInZsc2KsQDLkLyax54AzvIC2vC6T9Uv/sj6ERtaATLlxCT8krXL5bcBafGV6FlQrkf2lRKyqc9OOKmFS4WWQtxQ00hUrsOce2Qxv83Z+g+



DOE: 7

Seller Name: Daniel D Murphy

Product URL: https://www.wish.com/c/5f2cd7c757ce5ea83e6b8883

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5f2cd7c757ce5ea83e6b8883

**Collection Date**

Tue, 04 Apr 2023 07:26:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h0rxl2TZGhL6aEuhQEZ+UN0sHmGot6pVs7wr95zqh0PKdeE2JMqaG/G90MCr0l4/LHvMfZ39+gTNBMhz1sUcJ0HC85OuagRVNrnTKe7QIaIFNEQ4gCo6VWAm0Q47JbsuXtquJALy9IN6JG9zMItVmRhrCXe2usq3YtDkwOKw9g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f2cd7c757ce5ea83e6b8883]_Tue,-04-Apr-2023-07-26-18-GMT.pdf

**Hash (SHA256)**

b379a84762843b0fc63fb8c24040e38a8ef330083b588981454983178741cc7d

**Signature (PKCS#1v1.5)**

N/v+vuPzooqzWMXD4UUMjaKc0MY0u2kCuQ9vRYes0TnR+fqKugtgaPDq2RBPKwsyzTttt+Uns1qJ/VHUWWHdIgc1CsWKbCcwAteMvSLhZe08vizkHoEvgifoXxoBMhGaBoL4DoG7/WD0LB9XCiYaAvb0KfD3iA3pri7m2H+/MtM=



DOE: 8

Seller Name: St.kunkka 1874

Product URL: https://www.wish.com/c/61038deb484c8f6648d1e83c

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/61038deb484c8f6648d1e83c

**Collection Date**

Wed, 26 Apr 2023 11:03:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZmN+StO8EcTmFkscPwdxHpdHQDPyiiVu1WgtZ1qp|LAc6qjSWU2Ay7RmkmBGP//Sz/ZjWFVVDFuv0P6qYe7F0a5YQaKbSt28UPeIfbaII5swBjbDunODnxc6ORFs2kIs8Yaa3OqmCO3n8RnU11+7Y0cRyXqkVPlaRK+XT17a4gc=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]][hs]]www.wish.com[hs]search[hs]smiley[hs]product[hs]61038deb484c8f6648d1e83c[]_Wed,-26-Apr-2023-11-03-07-GMT.pdf

**Hash (SHA256)**

72b272b4347cb094e926019998e7e64e057ef42157f39183b1a70dcf7f040415

**Signature (PKCS#1v1.5)**

hur7ZDa9KeNTpgpPVxrcH2DxihagDOXm7Rw/QLA5T9mNEDzWqd7PK9jsj7GNAwTj4EXsJR4wAw+EI5XyoN04CVJ7g7aeq0ZasqnqjQ8gIWiRDkhoFFPsAro/Cy0203YNYfqw/0FO3V+HBi5yAAGhQpr9OExwfOVwYegIUaPY+



DOE: 9

Seller Name: luck eastore

Product URL: https://www.wish.com/c/60b4a770a7229d742b23548c

Platform: Wish



**AXENCIS**

Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

Creative brass cute little sun smiley face small round brand small tag keychain pendant luggage pendant jewelry | Wish

**URL**

https://www.wish.com/c/60b4a770a7229d742b23548c

**Collection Date**

Sat, 20 May 2023 18:37:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

27.147.190.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XagSzKq43ErrjDpfSW6kXIrKU3qJc2hOlfRr3VYCBG3nEJ5fOo39EuK0Z3dxFxZaICa0h2tiUf6E6CD1iP//CdYxJ/KjtT5H66HEoaEQfnvto55Mj58UY7FK0FymOEFkL9kjY6/8JI4gDsI3Cf03jx+rq7JIpLrP+Sgxen+8BTcPfkjLU1Mps4xR0DXZCrrZU1u5fFuz3A0QDHguJ2DrMTvpGKuTJJnSNVNBJCQybHzGScMhv9eidRSM/UM+t18xstGwvJWpy+MF4654c30gzGjp6kesRjH4Ljx/Qg/Y1gMVfOFesFkx0IZPFh7jtl3RzhyCp0uzil%LpL+FDIxDmHNnQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[a]][fs]www.wish.com[fs[c]fs]60b4a770a7229d742b23548c]]_Sat,-20-May-2023-18-37-21-GMT.mhtml

**Hash (SHA256)**

3fb9f742479fb01c9c75bc9a90a08b788e2b7d1f5a43daf9f7575455bea7cb37

**Signature (PKCS#1v1.5)**

UBaOkNTN0qE747zA6QnGRAvTAFknck6kDifsJRefIiag4ADV8wM7Ff7U3NCnurqm.Jg1K74fHL7AfVOKhcwz0IdVzRMh1/N6msaH8DC4XEUSpcQ2yAlji1ojml06rXv1g10ZoCfKV9Qm/SDGOwQWrgEfWAjM/ipkyIrKHb/LdBH0eOt/tgQJH1mi1wrRdl9hvvHz5OZSCCiH9q3i0mi8K21jNFRyXZvG4FErbiFZYXooibO9QAKCMi6K8CV6MHrZRfHxySB7UJciIhyePiGfrcPv.1gvPVqnuuqteRyYkweeEwj7lK3AXDKYD89K7bO/SvHNEgEfkgzDAIB491nbf0g==

---



wish

[search bar] What do you want to find?   **Search**

Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | Home Improvement | Art and Craf

Fashion › Accessories › Women › Jewelry › Charms and Pendants › Pendants

**Overview** | Related



Creative brass cute little sun smiley
face small round brand small tag
keychain pendant luggage pendant
jewelry

★★★★★ (1 review)

**$2.45**

4 interest-free payments of $0.61 with afterpay⬦ or Klarna. Learn more

Color:

Gold ▾

Expired — Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Spend $10 more to qualify   $10
Ship all eligible items for $2.99

Estimated delivery: May 29–Jun 6

Standard shipping   $2.99
**Flat rate eligible**
May 29–Jun 6

Ship to Store   $1.49
May 31–Jun 8

Items are sold and shipped by luck eastore

---

**Customer Reviews**   Show More

G   Györgyi   ★★★★★
Joined 2017 · **732 reviews**
about a year ago

---

**Description**   Show Less

Product Category: Copper Smiley Face Pendant
Material: Copper
Size: 1.1*1.1cm
Weight: about 4g
Please understand that there may be errors in manual measurement
Can be used as keychain accessories, pendants
Made of pure copper with exquisite patterns and excellent workmanship.
More interesting and personalized copper ornaments and pendants are welcome to choose from in the store.
Other items in the picture are for reference and comparison only, please understand
Package includes: pendant*1

---

**Reference Price by Seller**   Show More

---

**Sold By**   View store

luck eastore
4.7 ★★★★★ (4351)

✦ Premier Merchant
Provides outstanding customer experiences

---

**30 Day Return & Refund**

🛡 Shop with Confidence!   Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

---

**Report this listing for inaccurate information**   ⬈ Report

---

**Summer days ahead!**
Get ready with up to 15% off essentials

**Shop now**

Discounts may vary by country.

Contact, Policies & More ⌃

DOE: 10

Seller Name: Tianwen Yu

Product URL: https://www.wish.com/c/6189e75442a1cd3d251ee753

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/6189e75442a1cd3d251ee753

**Collection Date**

Thu, 27 Apr 2023 05:17:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Mx7urN4CC8Sqd HeC9pg/q+aMPFp0HcRC86mby0TZxVBm9iYoCqjasNZgMiSpf3GtLssfK/v2ih2+BdTyZNtOZPq0d+nc7CcdHbIpNcAnonEZ4jluWwzv1WCqyDx6F4YClzXlRNuxRzA1WusCe6nU5roTsEMVOknfn9h90rUHrY+

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]6189e75442a1cd3d251ee753]]_Thu-27-Apr-2023-05-17-47-GMT.pdf

**Hash (SHA256)**

23a6b398dc1d884a854205fade99ce8155a01bbc0fe1f1a5b762d8170fb81c22

**Signature (PKCS#1v1.5)**

ESFMHTWd2lSHM3yXtFXrp64VJ8rptfN0QdYLrQqWNFnYX65IxhYwZJlTroLiEPnKir2ewyg1Zu09ZyQ6p3ppXooNM2pszdInOeIAXXszrsumByWlXGgeGAmhI3UL04xC4VyqOlc9fDLwKSJ97huY601bBupJ3z2js4pEnDhw53Q=



DOE: 11

Seller Name: WilliamH shop

Product URL: https://www.wish.com/c/617ff7906215d58b28b6aa62

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/617ff7906215d58b28b6aa62

**Collection Date**

Mon, 03 Apr 2023 11:24:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LGlUo85u/7kkxf3ejquK/BlDBnLaWwa1GKjfVbH5q3fW/6VA1MMN4b6JESxJbh2SYO+9xlm2pMjgaLCHRYmxlCeV+ly7+3Jw+LRNZl2JdHHEYsb3LHp5+HcLJNntG9lp2vldmuQgLfKRWkyzgjlSabQsGBsmS60uIcbVwr6v600=

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s]fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]617ff7906215d58b28b6aa62]_Mon,-03-Apr-2023-11-24-17-GMT.pdf

**Hash (SHA256)**

2ebdeead16c3d903071bf6003ce6b5ea69df50ae16b4a8b100473d16fe371610

**Signature (PKCS#1v1.5)**

e6sK9EKNN/JSe1IMzwIgxxgQE3ql65zHt0RIL9OR2xK2823JWICYeC8x+igfE0xMktzAE2ZlyDQiwzTmu7DKM39RR035kteP0YRZS2ox2vXdqSl1bUv7yB8ECWv8xOR3uUYRrKy3M3erzREVYuyWyF2qqUm+/ti3zMq2zILWqjg=



DOE: 12

Seller Name: zhangmingli6107

Product URL: https://www.wish.com/c/618a73011cb56e3bbc78e296

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

Sportswear cotton vest cute smiley face figure vest printed vest men's fitness shirt muscle men's vest | Wish

**URL**

https://www.wish.com/c/618a73011cb56e3bbc78e296

**Collection Date**

Sun, 21 May 2023 18:16:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

2a0d:5600:3:15::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PpI+RJ65n40Fy4k+gGRXKUK9U5WxWBtwXlDTYtZRVRnFYzorISNQ0KGGRi5uWAihSfeMHNAmxoXzlCNzinaN5WXB+kXNvV9VWeBx82tprMLERn2kFR2GvjEs45tMK33IONQ6ATAS7P7oIdGyJpqv9BwykTfK4rnuVFxwwakxA4EejSRQ1YZkNA3vocxOhw1XqcNIEMQ74yOGR7C7Nh+ePbEcrEgRn5+HfDfEU554kOtTcTmtuzTUpS8hxWXp4qDT3kz40hEPi4gxi3OHrwLxa3z8h70g1NrsifbWle+yWj25U7sp2own28Zf7qtjHYepSU47HgBiPi8CCDW8Uc3yqWZsQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]/[fs]fs]www.wish.com[fs]c[fs]618a73011cb56e3bbc78e296]]_Sun,-21-May-2023-18-16-12-GMT.mhtml

**Hash (SHA256)**

db2c40893b6ebfecb5cf16f682433ea05ba5ab80a5adff6c4d933fb5685ba9f7

**Signature (PKCS#1v1.5)**

Q2EM3/Ao8tvrAtKG9VR3zrqAltssC5y7ULOoeAIIYgOhnaIg4Qg7ACWT3iADa1+01dxoUH/qr5gB5pTyKefIJoEgA5gsfGgVsS6sL4sPKtQDXHsLI5md+N4xuwrLsjUN0ybFK9n9SA/6DSjWJ+3tN/ixfB97fO3dQZaN+iqxgHDWIrQ49sc+Xo4qG1b8WRkhbC6yH6knuBrH/GJOaGnfYlwrZlEYnegBBSFJCoaVNAQV20ertDXlgwKqGA6OfBaBKYStLCh+imUSp0xmlr0KPr5G0ZiiXTGOIKJJztHZ5FACyvofEQzQ6PnfQTL33BRBHnfLs0zqd3529hFVV5BQ==



DOE: 13

Seller Name: xiaojiaoya fashion

Product URL: https://www.wish.com/c/5edb587506327b0667a1f7e4

Platform: Wish





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Hat | Wish

**URL**
https://www.wish.com/search/smiley%20hat/product/5edb587506327b0667a1f7e4

**Collection Date**
Tue, 04 Apr 2023 07:54:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
pkkX+lpQ0moM/WuetEkEDEwjhJrVKmlfoxQfdzLzYgxaf4ctu92hlN6G8tE7x31gKiYC11BN1kofi9M+sd6kXEMDGSzVygXEj1R8aNuXmB0bN8e/njKBnsSSX9K7MaUHL1/2HqMUX0bT5hnJDq+ujn0b8ntttJsKrMq9fBWNOug=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[[https[s]|fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5edb587506327b0667a1f7e4]]_Tue,-04-Apr-2023-07-54-49-GMT.pdf

**Hash (SHA256)**
9c9d9cfa74d7a9c77996df8b41d8df7564be9733127fcc782ecc71ec25eb666d

**Signature (PKCS#1v1.5)**
NfKiXmBh/NFoTVUHYnm8Yg7CZcRMELpx2swp1kXW6n2zAvZ/SkXMYx6YAN22mm51sKH3yvNp7J5v1GatFYa+WEGhR7F3B+k8ZsAq0Uiz8Cf1b8IfGJLnCdlDoZohI5T9DnzdiCMnfcsxzNf+HVRLwidnIqwj6AKvzWEu4FDkOSo=



DOE: 14

Seller Name: yinhanzhiyi

Product URL: https://www.wish.com/c/634e90add36723d5f8bba06c

Platform: Wish



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/634e90add36723d5f8bba06c

**Collection Date**

Mon, 03 Apr 2023 10:52:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PlSr0Upn0TQH9tfkLfOdsesGPIbqLCGPfyPMU2sEU++4kBDTqfbS708r7SVCXRyjwEwAHL3b03cbMmv7hk1FJLH6utqw2isck9GsR3iq/ZOZ6TK4RFZgNDR2y8ddra0T9jw8yl/Dad3WNZcQRJ1rCzQRHvyK9yi/JdwvE9kWyE=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]634e90add36723d5f8bba06c]]_Mon,-03-Apr-2023-10-52-54-GMT.pdf

**Hash (SHA256)**

ea7bb65996396ad16aa272267a11f62860d656462360842e0d1494d6d9141b34

**Signature (PKCS#1v1.5)**

rcC9yIKFHae6QUnrlqnlpCtbnRibl0xALCNS13pBFL+31dSXlcryZf9suvF877rq2EL8MqyFZx4QHJwrXJeMws3GFZVR25nQctvuui7kzz5dxeDxeTl720W42IctcA8lhkhTmlD8h7EPdfD78gNqbx8I6T1VyiWWtCsJoQWO6kPk+



DOE: 15

Seller Name: niechenxin001

Product URL: https://www.wish.com/c/612c8ddac9be04a904dac002

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/612c8ddac9be04a904dac002

**Collection Date**

Mon, 03 Apr 2023 11:10:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cJ5Ymjp2lzuUaJUSek6nNd2uLnnPsYDRHaGMcsHaDZMH2eER2WSAz8kNZ94JVZCA1VzYxtP/5qw4+GLeltHMF86tGDOSahexgk3nt7h9Z3lJa/JUFOUBPCNj1h0hvdMjCr/18K+eVYpb8hUJqDLiacf5z0fukSXMPjiQSee7c=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]612c8ddac9be04a904dac002[]]_Mon,-03-Apr-2023-11-10-26-GMT.pdf

**Hash (SHA256)**

710f2cf11aa1c84f40a743084e74bac281f4b577b2397131979f70266ffc988

**Signature (PKCS#1v1.5)**

ZeJpVfD6XGPGYJ JZZ6G6xqjEyq6VO3d3chuEQLNiQKi04xhD426zJ8k4dW7A7qrcCADahgaOi2bKV1YJQVcVfGii8jhNLCNnh6ioOu4gwzrOgh/W6d1GvKur+1Zb0k6Z5KCSMt6naBQNjLo4NHS3mIXwF57ntCdp4qrm+vDm78=



DOE: 16

Seller Name: Seilershop.com

Product URL: https://www.wish.com/c/6007f34f0eb8212251acf2c4

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6007f34f0eb8212251acf2c4

**Collection Date**

Mon, 03 Apr 2023 11:48:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RoUxAoWO2XHuijb80nFhpcqmBUQsQbQrQutWNURaVOwGFCOITDKgTeZE65z3IJCM3EsGo8B41Mb7UfNTI8uk1arbrP3cEzS3MaDoH5kNsrtug/uMBUk5Uf733/5mj9dod0bFNvO0CR1u7eP+rRV9FQaCWD6LJMXd05UQ8+bH0S4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6007f34f0eb8212251acf2c4]]_Mon,-03-Apr-2023-11-48-17-GMT.pdf

**Hash (SHA256)**

fbc5061d3c7d28166048cfff8daf88676486ad392b9c943a3198cf1ecc47e883

**Signature (PKCS#1v1.5)**

CoDZJNRj05DnTATp61gDVvlkhn9aTP57Eo0idCpYmgnoM1USJhe5Egva34Ay/7hu4UHMqymtxztgLZZQtuq5GU/+Dlt8JI9t6UK1ykQJmlQQXzAZBZrzgSHRSxd6cFQP5Eo0MFcd6o7dPbAF40K+MWkgBKj2fzc+2XeyVI1YMA=



DOE: 17

Seller Name: MattHurley23

Product URL: https://www.wish.com/c/636d4cc3e415163d03bff888

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/636d4cc3e415163d03bff888

**Collection Date**

Tue, 04 Apr 2023 05:56:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XLTqZBQ/hWWDVX58XL5NUIjSG/N8Vok9YzisnyZeMYibDkH00nSo40+hso.JF5SQEm0atVxWKh+vXOaHFjvfMi/+K58QhtJ+h9MA9skFWXIoHacrIW6NJHSL4QPqhoUIeBHooGwNpW7heQebluZCwgIhZNyg4mKiOOnz+ckX7oA=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]636d4cc3e415163d03bff888]]_Tue,-04-Apr-2023-05-56-22-GMT.pdf

**Hash (SHA256)**

48907b2496d5814e98c747c7f3e82f1db121461380c568086b78f119e49405599

**Signature (PKCS#1v1.5)**

AD9el3HIU/YtdxYa8+nNer7xnUru6zE7qvpMdEsZ33xSZIdBMKxPY2ZaV4Tno6b0m5UM4wzIrgNwIM6uM6jN5MypdfM2kiKAd6XvDooNuxCiMVC8or6cFwvH4X4W76HNqwU5W9vQ1dDS1mw6MK28RZKVw5kJJ9K0I6V7sHO4cME=



DOE: 18

Seller Name: zhangzhen49915

Product URL: https://www.wish.com/c/60b211b28e67edb394fce6e8

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/60b211b28e67edb394fce6e8

**Collection Date**

Tue, 04 Apr 2023 07:22:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SnNtbHiUvsbbASuqUoTYIlYdCVNVZSTy7ybIFzXIDc3PUFXnOYdd13t5yZqdWNFb15JFuS3p1p4IDUoGGFi7qEJJ+jz+iPRsq6R+wzM2Ne7Y2hDfN9tszTaTUV5AJBavje6vVCxvtE0mQxptGLhwJtV9VvAVbkVUdo3GrpaZn3jo+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60b211b28e67edb394fce6e8]]_Tue,-04-Apr-2023-07-22-49-GMT.pdf

**Hash (SHA256)**

46b2f60a9e2442791ddb652e793ca35c40500c3cfb753b7d7d13c8769a087d0f

**Signature (PKCS#1v1.5)**

jRPxE87T0dLQEwHJ7aCWGrdAtYoDHq7SM+V1UswnNw4PUwLQ7cWWoGA9s7EGYVG/RR7IFy5bg1w7LElsImbMwt0nrQGAsaiZwmTaI9z6VYp9nKAUjejfo1z1e2gYAsIqi+t4S32hZni4aiJCHNiE+MSTAanHCaE0pxISf8M8Bs+



DOE: 19

Seller Name: YUAN8956KAI

Product URL: https://www.wish.com/c/607e9e247b740661a6e5a577

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/607e9e247b740661a6e5a577

**Collection Date**

Tue, 04 Apr 2023 07:48:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GF1HgkjUqRGiT8XBupe5gQ86RHUuYbonbr73koHxjg2/Zih4uoLVw/RYqtJLN8V6EQRamngkclTbxm4iJKLNcT/Vojjp4gQJawBiiE7k+D9SQ7BYnyZ/qSdBiqfva/5J0FHyR4uNwn1LN5BDlCqihH43EiAGvxlZrt3k72g04=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]607e9e247b740661a6e5a577]]_Tue,-04-Apr-2023-07-48-15-GMT.pdf

**Hash (SHA256)**

7fa51f7305dad74ae390a5c9de4c969be81060ec583627b1b021abaa6e9521de

**Signature (PKCS#1v1.5)**

kAVuE3nNHP7yO8ygNsB0m8eUbker6wX1j1HYEk/M8g3bB65oyEaecyy1yDmjgMUIl8z6xn6ijBMsixFQufTtsGtdwv4BZpCipPe0nNFiqHodlloWuI1rErZlmDtu8I/U2efqpqZa+L1O3+ODyRdI11D1NK2TCihUpGCNE1sKJc=



DOE: 20

Seller Name: surprise xie

Product URL: https://www.wish.com/c/6163fb830d2db812f911b07e

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Clothes | Wish

**URL**
https://www.wish.com/search/smiley%20clothes/product/6163fb830d2db812f911b07e

**Collection Date**
Tue, 04 Apr 2023 11:32:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2605:6440:7000:0:66:203:113:98

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
hINvzCq2ttc/Gg6kFizdEGL4vDo2p7GuQm5MMRiC3GaJM3DWYDiH8vvBawN4+jxTgIzQJeJbpngQEqHrAmsJrdDRvRe3ycXCEwXUH3HUtQsp/YC9WxDiWq1nrKVVYqEvMZF8UfdQrM9M0o0Wdm1ykJdggQWO0MBbFiV7ffVtaKA=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[[https[s][fs]]fs]www.wish.com[fs]search[fs]smiley%20clothes[fs]product[fs]6163fb830d2db812f911b07e]]_Tue,-04-Apr-2023-11-32-51-GMT.pdf

**Hash (SHA256)**
d9e49a161588f078b3f31c78fd04e2a311bae92eae4a5e6cb011ae319351df84

**Signature (PKCS#1v1.5)**
pPt34FHrLC1eqcLrq1MBln6UANUD8V1MtjNnyOFzIEE3IPvzsCmkTMOwRkb9aLJHKgnAHPKwiNnwTzXDCEZdMmkrW4m/EMJJjXGB81y5Ok5xiHQjUEtGOgh5ubI2qtSjvoohG50uPi4Y08QEBv89ANgW9IXxJiA2oc8pjBnTw=



DOE: 21

Seller Name: tianhao0999

Product URL: https://www.wish.com/c/6110dfc0b5668300984ef79c

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/6110dfc0b5668300984ef79c

**Collection Date**

Wed, 26 Apr 2023 10:42:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FcS4EQQS/Qlr6ajBirmlJ6W7DKPOnFh/2ce+wD2ALSY9i98BFeCqtc626v9o8QalBt7oq0Tjqz4aPC2/hY59tYHL5hzBM1NJ5y1L5kjpq9jGjzkuY1rP4CoVvvtGACHn/E8oZjPwKSb6t00EaEvpgrptH71mG9DVBH8nTOGCtxuk+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]6110dfc0b5668300984ef79c]]_Wed-26-Apr-2023-10-42-20-GMT.pdf

**Hash (SHA256)**

adca84a44d31b9183a215535c3fb90da57da07377934419d58caedcd6c0fd47a

**Signature (PKCS#1v1.5)**

U2n88Sv6LpDS2Pr0zTEWwdwfX9DaBTS/h5oGPxVLAHUIRW2U3EoykGVuCsLjJ+q71yb482sE17OTtz25ZTJpJn8Va6wG+VNh742a8c7M3m+Sqmd9tQNrpXXiLhVDT84bBBVc95c66QxQGg+qpmFbhBzUcEbFRk7TpmrNAjCDD6l=



DOE: 22

Seller Name: duomino

Product URL: https://www.wish.com/c/5dd7d1df046659c8602d28d9

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/5dd7d1df046659c8602d28d9

**Collection Date**
Wed, 26 Apr 2023 10:55:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
VYBKsHbdYA8o+TewcoWOFg4StrilE+0haDatTZYyPPwXGvryKO6KEGwW0Th4cdWLUxaUy+FuVo/8Nwd4hk78sknHDVX86hfnNXvA7doTfZsFaCY7phaCo0qrK9H3fnUcZWh0kq3sPfhpS53TEDByp6Onx/RxjTbExemGYpWp9MDU8=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][[s]]s]www.wish.com[[fs]search[[fs]smiley[[fs]product[[fs]5dd7d1df046659c8602d28d9]]_Wed,-26-Apr-2023-10-55-42-GMT.pdf

**Hash (SHA256)**
e119534de654b33923551ca5d103a440897b590e121bb53b4be129298a58a1be

**Signature (PKCS#1v1.5)**
Pt4lws9FV8fJs3Pm5JmExe+BcFdz9MdMHLpBUbkRRvmInc84Q3prG1J1brdHNDLxkmDhckAhoFrX//a+zsRnR80BRf0QOln82HbxHK0t1qWYRRzEV(VSuWE9jZSjcwS12fAHOLQgcqo1z/MOwzNbIejEC/khVf3oDo4pRgUKk=



DOE: 23

Seller Name: GP3399

Product URL: https://www.wish.com/c/60ab399d6a783f01c0af85dd

Platform: Wish



# Evidence Collection Report

Page Title

Smiley | Wish

URL

https://www.wish.com/search/smiley/product/60ab399d6a783f01c0af85dd

Collection Date

Thu, 27 Apr 2023 06:06:24 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Chris Stavrou

IP Address

2a0a:1dc0:5::3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

dxzXC9NyyXT2PhYB9jLc3DM+wK4WmxHFfw0g/QN5UAeA+bVElgrKboqTf7AkmOm/pbH10fGA2PbKb35TkQrV8N0+8/f0zk4NNQnJbsf8hneghKUm4YodzJZsxalcrpn/+B6/xCn7ejLhmJ3KsbSEdWrQYEpkr4ddSFrEzM=

# File Signatures

SCREEN CAPTURE
PDF

File Name

screencap_[[https[s]h][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]60ab399d6a783f01c0af85dd]_Thu,-27-Apr-2023-06-06-24-GMT.pdf

Hash (SHA256)

915001514369ba32652f42d63b071cf3897ae5f2076693ec00f5804021f7065

Signature (PKCS#1v1.5)

B74k8f0F2HPQJ/hUpU8CNG+cswWS/G6B+k8eGmRurKH0m8NumfvFpkj4rA45EqVigm/2sJJD2ezgec3foS1Zv+fu9uVqBEUInGUCHhvarzA1jQcxMI+1pWvAG2mcsLGQKU0plTXKr4V2kx45Q+3vQxTpeEXU57clyoY8MY+



DOE: 24

Seller Name: ATmcer

Product URL: https://www.wish.com/c/5dd387b2d0d2f063e3c6fd64

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/5dd387b2d0d2f063e3c6fd64

**Collection Date**
Thu, 27 Apr 2023 07:36:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
TLFc/02+EAOvoaKaiV5gvvbeUNERjLwYkw7P6vwMyv8yc0G75yBWo1ColoWvsTwQskaZCsVzt0jYZQTCDABUCdjSDZbWdClY3KxH5CwRMNQNjpMfSNjjBPNrSbxhG1ClPwLwU/XMboGYGnx6iHzx+cinAol0YONMIwNcC9pcjM4+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[[https[s][fs]]fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5dd387b2d0d2f063e3c6fd64]]_Thu,-27-Apr-2023-07-36-15-GMT.pdf

**Hash (SHA256)**
f9ae166973079b963520e26897ce80cbd0b50ee515fe27402434a28400cb71db

**Signature (PKCS#1v1.5)**
DJ8Np4T0bes40zBFn6vmDP/XkZjwZCRc3GFnTWjAQGKp3sRTSHsez2U2OLFoSqsK8ugsQmN/IE+dgnvLpUSjG3iohPMEOFhpLGQ0Ar3NtinPL/OG7kedzjAFmCsw+8fpkKEoRic7Q925+5z3ytu9zYlruXbFupw0HOGuq4+5iE+



DOE: 25

Seller Name: hualiling6017

Product URL: https://www.wish.com/c/6065bc14603cc6fc5a5dfbed

Platform: Wish



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/product/6065bc14603cc6fc5a5dfbed

**Collection Date**

Thu, 27 Apr 2023 09:13:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OGpGUzZKwjpKhA/9AFHDZtq3yDkvsdfDsIkYRgoVbjdWNjQ7dv1bWJ4858MZym+nBvilggr/FLZkadQkW7m/QPSPW7mUclbr0HZMCmdvJvViDuic37oFWbolguK7JdpRfty6yabwN0R+ciFccQ85KvgTFGojtlPbNkJonssiDWxs+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]/[s][f]s]www.wish.com[f]s]search[f]s]smiley%20sticker[f]s]product[f]s]6065bc14603cc6fc5a5dfbed]_Thu,-27-Apr-2023-09-13-27-GMT.pdf

**Hash (SHA256)**

7a2d0facc6efc30850b0b1ade4062016e13d5685db8774434Bb75933bd7d203c

**Signature (PKCS#1v1.5)**

HkfTNP6KzVZIPaQ84zFLQy1AA2sNS1XWUAk6LRTe3qQOHVaqkzmNCNMTj0FGot17qu1Ajqubxs1S5bVey05G3Ng97atUdVmfr4vTOVdYITWjld8kxc8NtzJm0kaW14j1QIGUh7xe0KcZSTR0L7i3QrvkRX0SVmDvgpYgQuaKo=



DOE: 26

Seller Name: naroeoge

Product URL: https://www.wish.com/c/5ebe1ec78ffc601aaa1a7ca3

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5ebe1ec78ffc601aaa1a7ca3

**Collection Date**

Thu, 27 Apr 2023 10:16:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NS5X+52SSVH0xdU67aH8gZfxfNR7RYMsqQ0hikyqI1kpkg3Vic+ceMN4w9L2D6Fsw4WMWfTsjSPxiKGLcRttSswuG8D3RAn/Yi8u2vNS9qVH5GHDfIaY7HkgAE0gMN9QVHB3qpTpSuavyJWo4f3SCpvociVdHHsad6IIsUBa/M+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]/fs][fs/www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5ebe1ec78ffc601aaa1a7ca3]]_Thu,-27-Apr-2023-10-16-06-GMT.pdf

**Hash (SHA256)**

11105eeccc6b384f2c18f0622d3bf95767ba191a7d060ef891a91a908b4b0ca6

**Signature (PKCS#1v1.5)**

cymuD99GNx3oBIxKmSvSYwnVEiFilYOMazl2GN1piw106MMTMHFPJLxjVu92fd+nvU9ZAwmyN6FbKQIyvYhkyN72PuZ3f/XXu8/d6mSqMCPw+npAh2+vL+f7C+5x3dvWdqtNVI7jX2/q5cKAbjz1XZrLUvIMPk6C3HjL8pdcpoc=



DOE: 27

Seller Name: xiulanssx

Product URL: https://www.wish.com/c/619894abae6528c4f35041a2

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/619894abae6528c4f35041a2

**Collection Date**

Thu, 27 Apr 2023 10:51:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gogv7Ufj2feFiYaOFOYQEEBeOSQv8fXHTRa8wfYB6eNm/k6q5GqhL+/jPNZ2RwOH58glfe/W4k56jLVz07Qli+4l/+ILOaJDwUNqSidX+KEdNB/ud52TMXV8h+a06qoWJFIbYZJyvjtuFdVcNNEuREY84FK9TGNxD04DEIL3DNE+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][/s][/s]www.wish.com[/s]search[/s]smiley%20sticker[/s]product[/s]619894abae6528c4f35041a2]]_Thu,-27-Apr-2023-10-51-28-GMT.pdf

**Hash (SHA256)**

432817cb83b7de03c06d345f8c60f1f61a75f1e4d885a6dcd910e8e29ae1b1ba

**Signature (PKCS#1v1.5)**

GkudRe9J4JRy42kPyK6zV113q/KrtRKjUSnsW5Rf2llBU+XpGeu/X726hdK+d8i7UTtEma7fV7b2fmR4ALoWQpB0xJ9NkairxYq+yAfVObbslCfnqIpK5a/6B56pjSmJTfH4S2RlLe8moUVpqXKFCiJ+wMeR7nw+Lob/ore45x0+



DOE: 28

Seller Name: beautiful boy

Product URL: https://www.wish.com/c/62c7ab396c9a11b3b5c4f23d

Platform: Wish



# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/62c7ab396c9a11b3b5c4f23d

**Collection Date**
Mon, 03 Apr 2023 12:00:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Ui4pqgXWvfi7nTKK16SfmP7/cknlRrX0pbFIMJJ7NR07J+SR8XRy4jKQOyBq+wAQZs4sdUtL8XknslIViJ7spnpd9/mGHVTKfKi2s/3o6vn6QWsIrbOk+/qazewTNonZuad7eKMeLzHHHd5of9NlP2aqc8XlNeWsr8U0nwJP0I+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]62c7ab396c9a11b3b5c4f23d]]_Mon,-03-Apr-2023-12-00-42-GMT.pdf

**Hash (SHA256)**
21af60da435b0b823951d60916b1b3ea97ddea1314ddbee2703da1e2b756aa29

**Signature (PKCS#1v1.5)**
av88nVaR5v2d3SzgdYZ7OK7WF9NtL434s8RJaZQn143B1iborMYgFZZStu8ANi9OX/NIOMNj4tQMQEVLx4MOEeIZzPVoNqgGUTa02HPGIqXHSsD3jg4W7hKHzhXuoZNQGxWpNkrCxm4XK1kisJ1claToPdi/mBrbXPyJI3+I=



DOE: 29

Seller Name: LuckyStar1216

Product URL: https://www.wish.com/c/5f8ffc4a27eb5f0687355bac

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/5f8ffc4a27eb5f0687355bac

**Collection Date**
Wed, 26 Apr 2023 10:41:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
lut8vXbccafn1214EjW4kXh+HcWdet6DmDxpqp4par6cWinXmiC5ivHdvER++Opwi2p1V8RToMVku/sbKSeHtUO8PaZMDq1QhIKsVcbsL1Ip7//+IJxWVqbOAlTDjgKpg7PD5M8Uppnj1XMPjxRxBwPm+lniFThZeqM/y6TMeTA+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**
screencap_[https[s][fs][fs]/www.wish.com[fs]search[fs]smiley[fs]product[fs]5f8ffc4a27eb5f0687355bac]]_Wed,-26-Apr-2023-10-41-42-GMT.pdf

**Hash (SHA256)**
3b87c4d46db0c1cc227f227439c2ab6628fdac7c17f7b46e4c3ae57a757e4a76

**Signature (PKCS#1v1.5)**
B603quiF1gX5fuqcDeFPdr0a/frx6vIUkKxwku87EVikCfMWvWpymvc4LKMwcGhgPuvLHokqz+BxtmGvXEr2gHLA/FtTgda+Vh98oJwd3taq6qg+aOFjf1xhL1xhLgFsP1vWgpoJTf/gtVrug8IDqCEH5D7XMceX7P7V0PWrufw=



DOE: 30

Seller Name: guangzhouhongqiyouxiangongsi

Product URL: https://www.wish.com/c/58957fff6661e81b7b241e81

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/58957fff6661e81b7b241e81

**Collection Date**

Thu, 27 Apr 2023 09:53:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

k43bUpLii2+U/S06NQQBDtMI4R6iFYNjk+y1aAqLlrD7vK8hghPpUr04HXnTLWfHcjT8SJqwC9CYjRdIaOmXPyiN1ORio57cJPj48e+wRcYl1KLmkyh4p8CaOBAJTmwsrTR6IVbMa28AmB2aZiSuMuL(23XpeK4/9V+F+woIWE+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][f[s]]www.wish.com[f]search[f]s]smiley%20sticker[f]s]product[fs]58957fff6661e81b7b241e81]_Thu,-27-Apr-2023-09-53-01-GMT.pdf

**Hash (SHA256)**

6aaa9cb000042b7ba75f077d92df571d81b14498e0e2e4c90f90c40b72c3fcd1

**Signature (PKCS#1v1.5)**

kGzgF6OrDHyordUbzN7rFQQQJFeS656yHPRA7+M6qqeJG5JdJWpYszACil4PtdoTnO9R7NJ9DGZBw4BraMNu4eAeV6WaA1a5l8JcODKZukd36QkS2Rch+qqweKG4wrHqK5Fc1AnWqFixQZ2o+RnId3MJEPM/eQC1goFHPQ9eJg+



DOE: 31

Seller Name: shantou hongxinyuan clothing.,LTD

Product URL: https://www.wish.com/c/59f2ec9124d07360e31a0cc2

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/59f2ec9124d07360e31a0cc2

**Collection Date**
Wed, 26 Apr 2023 11:02:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
gmhhqvNZ/BYNUcSISHdvEMwIgUsnPqm/ROT6o02eeLwxIdzpz0SaJ1qIMYcGLxxp2R4H4THDQewa/AfQgtIkXYyN1i33PvSQIrUOpkGqUoeCMicYTht019jGflSRX2t1xab7DmV7hL9iQXdf32fTJpm/XUzX27Ap1MbfTG5g=

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s]]fs]fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]59f2ec9124d07360e31a0cc2]]_Wed,-26-Apr-2023-11-02-27-GMT.pdf

**Hash (SHA256)**
0fc07f6a9c561db5ce64d69e0ee475537014e7abea30b46a1d8ac17498213b74

**Signature (PKCS#1v1.5)**
ePUh3xCadcx/RFU9LKA9Q7Ze8bRlY1AcJTzyRLOqsdH/wyj3uata9SdaqjAHlvG/RjVcxiAxz+SeddeNqgvmnIJbK7xNzYDNcy+tjFT7Cevv9jtCKn33/jjTk/HaDBoTAEUKyu+r9bNiRDNWKeKFbxaSfOYeoTDxghutNfoUVJI=



DOE: 32

Seller Name: BIG SALER

Product URL: https://www.wish.com/c/5a7909416d638a6de120ba88

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5a7909416d638a6de120ba88

**Collection Date**

Thu, 27 Apr 2023 09:20:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

O6JRpiLDZXe3Dc4u//fnl2u7pU4PnTJ2qg5cS+URpFC6ZMVou60nvByqvxnEfafiu/q36D2ULo08iKsf4fNs916oJKzIxpB3cIht0Fg16y5hGltm2qnw7JOci5i8uAtl0AM2n9xRp3lU4y5wtPNcPibdBGp+w8hK2lqgVu4cSE+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5a7909416d638a6de120ba88]]_Thu,-27-Apr-2023-09-20-50-GMT.pdf

**Hash (SHA256)**

f8328ae1c8c80bfa0e12ca132608b2d5c22dd66a28069e300c02cd74d3d97e4e

**Signature (PKCS#1v1.5)**

lU+p0c/gacQkghFi79z++v607+77KoS2j5rGYLfUDbfH7iq5nBudASfOxlFJhT3Q3N2EhJIqnlQY0uSX1VIcirb8yReMy7fe0uMpJKiUqVuVS8E1gP+uwh/wpqN2P/53tbB00O5YsL445BygFyW/ypn1pUlYepAiDDDt1tInuF4=

DOE: 33

Seller Name: liaoyingjie50304

Product URL: https://www.wish.com/c/5f810fef0ebe35046f57b6b9

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/5f810fef0ebe35046f57b6b9

**Collection Date**

Tue, 04 Apr 2023 07:47:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Zr5RDHS+bp6y4ZsK4OiQeG0oK6efqwpkbMW6BudQb/AQTVqaq0uQRC69+jKTINYWTZt/CIxEvWvYQbmQKnLLzjpknEeM/+f0mnRdX+WdomDxoYxk/gIAM3WlTBM5zYFS9srtkFmZkZPiLFUjaTLTBPCUgxpqtO4IDIx2wq3M/A=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5f810fef0ebe35046f57b6b9]]_Tue,-04-Apr-2023-07-47-04-GMT.pdf

**Hash (SHA256)**

8a6ff518a232c33d06c91ab961cf1fd4c6716f14fee4ddd53b892ec3d673d2b8

**Signature (PKCS#1v1.5)**

GFFNQf+QD00Jb3A72ZASZDvTfMD+CHRMBUKdCAyUss7stTY0Q22QwqaMIGEJpMROYVLzyEX2J73oR5AYccFqAVG2miJyTNfqoj8vUUqYkBxm7Ri2z/IE40GbKEHby98h15NlfP50ot2+7mQ813KCHBfuffqG7yek1RTcscwg4iOM=



DOE: 34

Seller Name: mafaldashop

Product URL: https://www.wish.com/c/5e1464f47c3e307dc9c600a8

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley Phone Case | Wish

**URL**
https://www.wish.com/search/smiley%20phone%20case/product/5e1464f47c3e307dc9c600a8

**Collection Date**
Tue, 02 May 2023 11:29:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:36::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
PzpOoPjHSBMRuv/vFTynepFKwflO07vQl4JxDhjbXwP4HS2noqydZhmix7I6j2uZZ5ThV3WGjHUPC904pgla4hHvC7CFjzExQQykrnqKxsW+CHgd5V/04BPqFcfT+6/8PTOqhFwn5gZ+4wXN3Zl7yvR24WNNCkKWX7jdrTw=

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[https]://[h][h]www.wish.com[h]search[h]smiley%20phone%20case[h]product[h]s[product][b]e1464f47c3e307dc9c600a8[]_Tue,02-May-2023-11-29-31-GMT.pdf

**Hash (SHA256)**
dc6bf10890d27d8b61a917e53ba84ca1b1638802fdc490eee40b653f334

**Signature (PKCS#1v1.5)**
N+h3CVbubMhmfJKv+RcIN8zThyOURrAFY9C8nPywIRG33W+fnlNfOsVG7ohcQbyWScezxPGMThlOWGtlAKMf60KdLuYHCGoKtIaQqYs7f/cN8hxll48rlFE1+aQ8yNPunMdOmxeB8qySZWs17/T1yUxNo6gJ82UReofurSE+



DOE: 35

Seller Name: liuganggang2

Product URL: https://www.wish.com/c/6440c613fd09ed51d07977d3

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

Page Title

Smiley Sticker | Wish

URL

https://www.wish.com/search/smiley%20sticker/product/6440c613fd09ed51d07977d3

Collection Date

Thu, 27 Apr 2023 11:00:30 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Chris Stavrou

IP Address

2a0a:1d0:4::3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

NJBQIdsJs0XCbFFFMaoNWSqs59J/XnSBT2dAphn1NZii6KqrVXLw84cguy603kPqaVRCwqlb/Hi5zDOW5fb6lw3j6tMyi8bHgakKTvUTEH+19RjbaKDa5QH500zMjCWFQJkb0GUi4X47T4zjLervFN05HYS8zAEWAl32o9XhIJl+

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_@https[s]fs]fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]6440c613fd09ed51d07977d3]]_Thu,-27-Apr-2023-11-00-30-GMT.pdf

Hash (SHA256)

bd2d76c31950862f3a046ea873aded7abfbacd5f0ded85070705f46552231353

Signature (PKCS#1v1.5)

CR9M2Z0WSthH2Jfjk35ENkx/fBC/7e/NDSHDRWh6mKotDfCR7Eg6Lf01B2Not2UbtUty08EhfVo8e/Ys3WmC84nG10H9LdbMkMpNkpmbLf08++IEZVll8XWQr4iRLN1m/jVb4CwlaYseJn+gjL6YKTcTmXB//NHgewjQJtYyPHQ=



DOE: 36

Seller Name: DIYEmbroideryPatchShop

Product URL: https://www.wish.com/c/5bdd7b6efd112c1719d97010

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/5bdd7b6efd112c1719d97010

**Collection Date**

Tue, 04 Apr 2023 07:32:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BOX+En6GWzAATBloXhkmvDnb34hxxYwIOZIPKadXdkqnL5weO14qBiXCIE0IHk7SByPi5f1kFCUEqZdYGnhVYfqjQx0Hzu8wJRMO8jDCUaFCNRKUdvQQ7W49iCuM+SUNaB6h1/76fMoZI0polrLCsWGIgzZ4U/E1N04aAvdfhU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5bdd7b6efd112c1719d97010]]_Tue,-04-Apr-2023-07-32-15-GMT.pdf

**Hash (SHA256)**

694a992e9885d9788847a66bbf917cea174374375af263c9da3a49163264a4726

**Signature (PKCS#1v1.5)**

dhjqTg0b2nA7up77TJCod8zuYcSKPw8RQQ8EoIBjwu8UHSPDcyES1kespX2ClzcQa1/1VKz6c2yyiNYmL44VAdgR7Fcta1M8IBK11DisCYF/K6eUTxc8wSA2xBF0sWWT4yeD/Jon8zd8ZoiBXU1cZCAxJqyrnyHuGj2X+aGsvg=



DOE: 37

Seller Name: trafficTHREE

Product URL: https://www.wish.com/c/5df882acb1cc7209e7a01b7a

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5df882acb1cc7209e7a01b7a

**Collection Date**

Wed, 26 Apr 2023 10:54:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QHMZV9yMbsTpKBQiieL9tkDSSS+s48KcdSUZHR4RQGNl8YJySbG2TX/13SVCczoseg6m9a26Eoj6Dx1/nUCChAaySgcvI0V0y1a9zrmnbJo9DOMvuX+3AofmXrtfOCpV6wMcjRkIMG/fRXqKDXfHuRduNML1h9jyUp8+cXpOano=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5df882acb1cc7209e7a01b7a[]_Wed,-26-Apr-2023-10-54-09-GMT.pdf

**Hash (SHA256)**

0ca5d4da050a8a7be2546a71e6c190130f43f4af71e622a22a44ed514cf8b882

**Signature (PKCS#1v1.5)**

QLBZAWuzsynpjJ4NrcPWWCkNgZbKqX9TD/vcYJ4vtFo8EwEIxQHAcCfcU5a7v/64I8WNU54uSbv831WHpJUFPf0Hrz3kH7HuCZ6RbZYmhCkt+haBz4GRRDfabzabI5vtt8bwaNE/IOTzflU3ufmxc1R4N6GsJm1o6TFVHmbDGQ+



DOE: 38

Seller Name: yiwutaiwo

Product URL: https://www.wish.com/c/60710598f7f41293ea906918

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Bag | Wish

**URL**

https://www.wish.com/search/smiley%20bag/product/60710598f7f41293ea906918

**Collection Date**

Tue, 04 Apr 2023 11:43:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavou

**IP Address**

2605:6440:7000:0:66:203:113:98

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KPZszb03f0XFI9RUq0Hkwt+Im/OUvgoMRN22VTYI/Sf2P9U5b8pDsI94SGw+XFDpQGSAR9Fzrz+Q8A3B8yGI/vn3rS8Qj5vHK3/8Jxf9Hx1rPyWcLx9gc/21wKR3hLz5i68AdKOnf+coaV+VzLxsgiEegCmtZI8DO8/N/decBeSo=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]fs][fs]fs]www.wish.com[fs]search[fs]smiley%20bag[fs]product[fs]60710598f7f41293ea906918[]_Tue,-04-Apr-2023-11-43-30-GMT.pdf

**Hash (SHA256)**

3c8c094ce72e66a6ee4b203918a519fa7e9427dd9cff9aaeee71fff3c51903df

**Signature (PKCS#1v1.5)**

qFL9en6avr03LnY2NyWBnbpnr4wXENv6Ga8r/tUZMBcrtfhBMSSEfX19RuSS8Pse799cOWxbfVEl/7bXrWvYpYPjKS7tZ/BYu38yB/6E+HysvNcCf2bLxjgeg9s6XlowT23of2r7aJatMgEqgBLE641NgwJBPPgwaT1X99w3+UIM=



DOE: 39

Seller Name: jiangfengping456

Product URL: https://www.wish.com/c/61a9b509d44ed6ddebd01696

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61a9b509d44ed6ddebd01696

**Collection Date**

Thu, 27 Apr 2023 06:27:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pKQzfcgbqr0FaaIKeKss8zkzJ+4tZR8lKW7zIsfys9rUFGve+o8uMbNjo0fT7QlgMce3wSyF3taJq/mTD76fZ/epwqc+jUdTNHyhrCLHN/IbPbchgzo6PQBAcrvLINdewoJMcRUD8ofRpy7YV7MOGvzorIAdeRjhMa+4mlUm7o=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[][https[s]]fs]]fs]]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61a9b509d44ed6ddebd01696]]_Thu,-27-Apr-2023-06-27-03-GMT.pdf

**Hash (SHA256)**

4a6d4b415a041fba557cb64b4a900a85b9509b4cabe6da7e7cc4ff882938e8e8

**Signature (PKCS#1v1.5)**

eC39BnZvqvmMjsU26HbIInuTG02IGjMBIsTTV0etVh+M0d1Hud4zHVAqcv/0M43fY7CnxXR88XJK24XuLH2iWpDfcJnQtacevbkkRE3mIgHqsSuJyceJmGvYIpkxCtT1eZJctpUGOdrc0+G7IDswlTmScxK8AZeL2CS++PIdME+



DOE: 40

Seller Name: Rsdir

Product URL: https://www.wish.com/c/619389e6d3e4234b2058f8c2

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

Page Title

Smiley | Wish

URL

https://www.wish.com/search/smiley/product/619389e6d3e4234b2058f8c2

Collection Date

Fri, 31 Mar 2023 04:29:06 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Chris Stavrou

IP Address

2a0a:1dc0:4:3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

hWu6fG/JFa4kRG1fmEaL1HybacE3MrNfwi+dq9Ize45BmoO36rR5U9FB9ZQJYkc+0FVJ/afzo5LaIYp4X3p5tuAKR+mSwfUnGvL9pQukkaFUq7qQqvEYz32ELoNShL41erUu8CwZJAYFKVHheDT9UzSCJTC0MACDrL9xmv8Hijk+

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]619389e6d3e4234b2058f8c2]]_Fri,-31-Mar-2023-04-29-06-GMT.pdf

Hash (SHA256)

b28567e9247251708a8ec80662d78df43951635f1175a49788b07693a2a5f40

Signature (PKCS#1v1.5)

KaEzp1wVBi8yFe3/FaJmp+R1+Ew49xH+hqGvXhgb1qiGNdS66K08cdkMRfhdC//HucsTQKHEyQGvZguBSjUFmZ3vooIN64mP2Dzz22OuAMcZcvbEqpKIwJ7NqGc+OlDKVqIm1hBUK3yM2ajedEU/Y7a17Vftu8t6JWv7J8N6oc+



DOE: 41

Seller Name: shinywedding

Product URL: https://www.wish.com/c/615c6fc7f6cd90d12fc6faa9

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/615c6fc7f6cd90d12fc6faa9

**Collection Date**

Mon, 03 Apr 2023 10:53:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fvwexOhwsFTWW6SzoLNNvSMbGzmWZDgYh60jADyoBtj/tvnm8ekzfERTlHoWJV2pU/Dcan7cEDgVkYWhUjxYgrw08C3f6zcCVpe61rNSwfimkAY6ScFxwH9CNW3vi8CUNvu56axhkAXVhZ7YzZrVbapGVCH14kP/ppbw6U+C8=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]615c6fc7f6cd90d12fc6faa9]]_Mon,-03-Apr-2023-10-53-10-GMT.pdf

**Hash (SHA256)**

cbc47d5b4d09cb8d0023d41d2354c35f7b94cbbdbab974a385cf4778b1d8c2c

**Signature (PKCS#1v1.5)**

Aa9DNJSsqI8pJYVO63mfQYn/h2JhZX8gkM4wr5e5OmdTryIHh66x9ugVrQtnxuUayQBOG2Aw39RWXsGhopNG/XXAVSVHHXwfBvPifn577fQa8+3f4x0y7isSRG9YeA4K01xZcksk21RpcsJPLPcFCopPedI2546Q27GVetLcG5k=



DOE: 42

Seller Name: Yencounter

Product URL: https://www.wish.com/c/6139d8d106fd4f4ae143d1d4

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6139d8d106fd4f4ae143d1d4

**Collection Date**

Mon, 03 Apr 2023 11:12:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mKQP5Q4d8hGk3YuGyudjSgHvcFj5O6LADLR83xN+o2tAtW2uH9f8K2wN4jKOQx12vnfZTQKYfPODgOrrZEMkZSSoCNMK1Mz65QOtX0NZm7MloE2z8BVaW3qsYbvV7/7wpIrKKGOoq07k4MhPBrPVQ0nbw33pL2VQ1JwbRqBMF0+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6139d8d106fd4f4ae143d1d4]_Mon,-03-Apr-2023-11-12-01-GMT.pdf

**Hash (SHA256)**

07998a30e38a676201baaddc0f46375dff97ecd18237be2077f7f474647aabc

**Signature (PKCS#1v1.5)**

duTt8ugMX4V3f1+L11hwCTNrs6TSFExPDmS81LVzYTbVYKVaDxe1Zc1rzdDMPVTXEs7L4ykV+UaMivSGxvHxQ8YOWWtsrdRMhQw6zMgSGZCEQ+/W6+np8t+FpinUbJDU0HT0OmcZvmkEzR9Md9DeOUEsE/yGD4azLVOdklEZ3bA+



DOE: 43

Seller Name: libiaoqwe

Product URL: https://www.wish.com/c/63983d647d69eefa824c0d81

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63983d647d69eefa824c0d81

**Collection Date**

Mon, 03 Apr 2023 11:48:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rXH9LXPT8o1CHCHhyB4+4n+db8vHX9rWwIEWpJmCm26gCReWspwPZOOEovSouc+MYV9Gx9c5zWwwN/b+NUGYumU8e+hxltRY6GztqgV4U8nSv1K7dHWhI2tcNn34EJ2KFmiA5WO/Sv4aZ76fg+mzEip3OWx25pjb/A1cZF74u/M=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]63983d647d69eefa824c0d81]]_Mon,-03-Apr-2023-11-48-37-GMT.pdf

**Hash (SHA256)**

ef1aa5f7befccc4a2933d9f3746789a856925927961efca9a2acedcaa8f0154c

**Signature (PKCS#1v1.5)**

KdvjMsQh9fcf/mZC+KrZYpsRs5OVdmLzaS2nzapEzDPrXzc/Orqw+pFEPBQyTZXHdjSlts48b2kBWVZL3DDvlM5cKXVLErsXvrOKRu/owMQh4VPIbUV9O5Ypf5dmrYAa3X0WoseNxfwnIhARzhVXf4EPCfN3XWXygooyqNibLAo=



DOE: 44

Seller Name: Yiwu Linkun Trading Co.

Product URL: https://www.wish.com/c/5f3b50806235da00437773a3

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5f3b50806235da00437773a3

**Collection Date**

Tue, 04 Apr 2023 05:57:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bdmrgaLxPyZ8m3x5neewlyGo7o3Z8e8Gfxt7EQeYa4q3pnzl9e9Qn0jc6Hl96mhhfDwkeR2miiUjmBq5WH8336XJ0Hd1a+e2UzwAY2yKv59lqcYhe+JUsQyEwB4Gj9L9DL4VHebyQbq8GkGNmexKDxqMCzxqjW/SG1oVElir+w=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs]][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5f3b50806235da00437773a3]]_Tue,-04-Apr-2023-05-57-45-GMT.pdf

**Hash (SHA256)**

70cb1f6257cee3dd3218e6e0f38546c3407f7659842da476c6366497ec1a00e1

**Signature (PKCS#1v1.5)**

pFmU0CPe4FdLTc0LbcPxprDcaFt+esuB/9v+V3lt9WyygaT3Ao1zfHsnc1QJ2m/twf8kCzpWQ0sglywUjRJvAE0aWbxBhCGks4ZilKknIU2XIZmQ9OPae0jwWqDynAyh1iLW6ZEU6khNjZnlOj6KBV8asIEVBLDtqwQIijeUj80=



DOE: 45

Seller Name: Seyduchhs

Product URL: https://www.wish.com/c/617adbcf82fe944a9d7e5d11

Platform: Wish



Investigator Name: Chris Stavou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/617adbcf82fe944a9d7e5d11

**Collection Date**

Tue, 04 Apr 2023 07:27:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UL0jsU3XWXZ1rHUb8+5pVZ/indCnIpM6JQB1Xt0bbLNSHM+bI1L3HaeW8BrtSqoSUk/uEvga98jzzFjX6jhRKTj4HA0AbD45MDc57sMNDHznWSQ5Qxboahkd2Zf0jo6rE3ex1PKURSxHoSHfOTzr8kdt3OFLXPkNUTDDs1Qx+iQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]617adbcf82fe944a9d7e5d11]]_Tue,-04-Apr-2023-07-27-08-GMT.pdf

**Hash (SHA256)**

b69ed01ed26fe44d0644f239f4945e3745e8c5aecc58c9d0a0d06cbeab1d17a3

**Signature (PKCS#1v1.5)**

TIqCNtgU2751wwTiDCfohGDYbM95o32PSpuUUqCkcPu/psaFUxYTugDbUBDvIJZKCdf/JxVkJOg/uWwjyeppcTsYdX2CYlLsSUtwMao/j3ztRPhoLhfw7bxtGULHAa1Thx0EURnZaiLjrFDbgK/P28ZrJaLMrr9U/8AQXU0Mc=



DOE: 46

Seller Name: YN fashion store

Product URL: https://www.wish.com/c/637d739f6ce42adb98c9b0cb

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/637d739f6ce42adb98c9b0cb

**Collection Date**

Tue, 04 Apr 2023 07:48:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iuJ7TP9jR5Xn+qxTMkPlQMVlMFa+W2HA38RJwL+kPXxrPJszzjJq9/wNEEEEAU/S90DI3/d8KnZ43ese/+PXlRuxJSMGS72aMzdydUYDuGThsMsJx1E5hKd36ZElvz9FsOJ4Wm9yEPNeYbnotd0Em4jF+uroVxElNoVXF34vwxg=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]637d739f6ce42adb98c9b0cb]]_Tue,-04-Apr-2023-07-48-33-GMT.pdf

**Hash (SHA256)**

31d3a257942c1e851383da8ac3d223d622d8da92f6cfe3789d7e14e06b31b9dc

**Signature (PKCS#1v1.5)**

N8ljuQAH1mg6AVgc39W1DXty+tSNTj7DKTmMXPYBaYFex/H66GuMH+Zy6tAdnVoMw6/nCuW6DTeG0SbWvdFC5p/oVkdMUPku9FdK96IIUsDOwcrgrNYS3QGIQtaiKZdkGWqL9UpspMU3ump01B0Yr+meVvpzbjt30Q2btzn7dCU=



DOE: 47

Seller Name: liwentuo6205

Product URL: https://www.wish.com/c/613b379c9d5bdbda1888b07d

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Clothes | Wish

**URL**

https://www.wish.com/search/smiley%20clothes/product/613b379c9d5bdbda1888b07d

**Collection Date**

Tue, 04 Apr 2023 14:34:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2605:6440:7000:0:66:203:113:98

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MbZepsj5z8WxcS349EFld6oaQaJi/R8Q0NFpZNpkhwNum/FPHPNBrnNeDdiqgR9Ap4ki7XWsr/Tn2vnxFUt7PUq8vVVlx7owPdh9ULxlQN8OD1fHrIIfMYqFt+5DLfwtd5HDFujpylgYk6denXZIvqT07pnJpcPb3jN3odxwHyBM+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]/[s]]/[s]www.wish.com[fs]search[fs]smiley%20clothes[fs]product[fs]613b379c9d5bdbda1888b07d]]_Tue,-04-Apr-2023-11-34-16-GMT.pdf

**Hash (SHA256)**

fd2c924d39a0718ce1957e0ce804bc8de71fadce3a17e79a3d313bb94b598efa

**Signature (PKCS#1v1.5)**

iXx+SYEBZhpEZDVishGWpfXBmgLefLfqbZXX9SUsd7wXyK3QgMKNlf8DPHU1eyQFGMawjf85op20e75rcgJ89fwrxC0UjNw9D/BezL1NATqKRnPHdpBw8vlQfv8qXQDoE4KtPEIxVXVBn4p2qKyak8cNhfxj+ll83mhG5MTIiwWQ=



DOE: 48

Seller Name: little_one

Product URL: https://www.wish.com/c/62501f51ef0c31cc2262a13f

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/62501f51ef0c31cc2262a13f

**Collection Date**
Wed, 26 Apr 2023 10:42:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
QeZBiJcXP62UTXDrpws1NUUgV4zu1iLQ4Wo0bMvKfN6f1uRXsOagWwLrz3LXYDUXS3e0Lt8QuqYGbjmE2o7aB96xQxcZ6pfvkHYoP0E4FINzHgVH/yf8Z3IJdjdIrZ9RzOxkIEwvmoekhKsQPrb/tHsjZ+Q1pDV9pcdL7plSrk+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s]]fs]fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]6250If51ef0c31cc2262a13f[[_Wed,-26-Apr-2023-10-42-33-GMT.pdf

**Hash (SHA256)**
6c58f8029e8c0cbcf1cfe21593e30d55b653736c3edadae0df463301 5123cb62

**Signature (PKCS#1v1.5)**
LPI+0tCkXTMHuiBUyCsBFjVAQKdtonZY8zsWg8xOwRZL+A1Pw4r76GPSYGtcBzsBckAH23EXHnvqDARel0/5AjSscufMSeEiXz5vlgZPV3RJnDzDYrnceoRVvLewM64+gKSKACCp0pt1zIZo9km031/EDzsmyW2QWDYESP+5Y+



DOE: 49

Seller Name: SHT Online Store

Product URL: https://www.wish.com/c/5a2139ab23b41506f2b03a0d

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5a2139ab23b41506f2b03a0d

**Collection Date**

Wed, 26 Apr 2023 10:56:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FIvNV8XqE/2k8jdqohmCTNkanjJ4prXWk9jaK94A4oMJ2rsSTThccW4cgJk498Y1NWZWOBDfcE27217YWieRso1Y4G5Yjf20842CQWgtsYA4/NDN29ZTfEMFSKd2K3D43SLB02qcnKcTDGz3YJ4yyl18MhidHhn7tVfK1Tgs+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5a2139ab23b41506f2b03a0d]_Wed,-26-Apr-2023-10-56-13-GMT.pdf

**Hash (SHA256)**

9bfc630f176ad5d915e31ee25e94981b2a5f442945e5f61c54e23b8957f9b761c

**Signature (PKCS#1v1.5)**

NWogGKvXfie1Pb8XS9lRHm/vAgjQMHL+b2vipst56vUiYD5XDgnIuwSJhPUcpOZXzNNNvlI/9x+0ccimA2hJeUJV6R2qao5zHxQQmmN9KJrP2hcjyAofE9/3659twmTOvZ79J/GDbEr7DqthdbkC0cA4xTsCwWw4LXwun9QvCrA=



DOE: 50

Seller Name: qqnlv1shop

Product URL: https://www.wish.com/c/61d7b5c56b1e4886e7e037d9

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61d7b5c56b1e4886e7e037d9

**Collection Date**

Thu, 27 Apr 2023 06:19:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YBydDjhyIHSSINKr+00wbGx57wPJLuEAKrub4R3vLDHwVu9IPcbHPbyKLLiFNAZFqNNIUovNgFW4fgwIbDwPK5xhqbvzuIUZeGSPwk52U2GrhF0vJv013XEp0LGamzmWlr+MTOBCSsIKs+9681cmN2ILD12OEv9GroWmbnziLe6s=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61d7b5c56b1e4886e7e037d9]]_Thu,-27-Apr-2023-06-19-15-GMT.pdf

**Hash (SHA256)**

1fcd4f7bd19d3ff02e57b28ca3fa3c0e58c40123d78c5e99de208d87dc6c4a2d

**Signature (PKCS#1v1.5)**

dRn/emZwPUte1GnaXU6eIRkysI+iDMZtW2dYpg/8GM0C3L1uReSZo1hMQVeoBdSick7GRVaLLKmEy7GMfrVBINOp6WXmvV0cj+Y1jwcU2ot57W2u+Tm3iYT+tztnX7g50UMkC16rnaWBD0+sPxSffgbEIDAN3Mxqf9Al4PofUWuuU>



DOE: 51

Seller Name: Juliussmgl

Product URL: https://www.wish.com/c/61b9bccab71373389649bd35

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61b9bccab71373389649bd35

**Collection Date**

Thu, 27 Apr 2023 07:37:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FePdBZCOq3tft5hpNJnPHgzZIF+Ej1AZq+yTUq3hFRuYFSatnufvK5XZXacf4d6A4oGtdvOLJf/pBMhOgx5McC5QmPsx6vxf4TEDnlFZ1JklsDsC6o3hKfevE8CESli84Wc4lxb/NPU/4mGPM0lN08PFOSbw50/j1p3tAioBeBU+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]fs]fs/www.wish.com/fs]search[fs]smiley%20shirt[fs]product[fs]61b9bccab71373389649bd35]]_Thu,-27-Apr-2023-07-37-26-GMT.pdf

**Hash (SHA256)**

ea81f2059266619d2b450176449e3729398bd6ba11c664d64fd72659af9062eac

**Signature (PKCS#1v1.5)**

IXW45JjDxzviURjR1C9M46x4hv68BYSR17AsWl0WUUTZQJFudfh7HNosg2kartocd0qSHPXvKkQSZu9r4V1mfpgyUzeQXLMZlb5PGxaotSGbdR5KqqpNtuYtDu0fJ+RjQQYr/4lW0GhmPHMg/UgBOsi60BCAIaGLOXgCIqIvoLQ+



DOE: 52

Seller Name: Lucky stra boy

Product URL: https://www.wish.com/c/6108c1116e05418d8761c064

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/6108c1116e05418d8761c064

**Collection Date**

Thu, 27 Apr 2023 09:19:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pPfvmIfsb0yaZjcc+Ib3Fgx4kLx3s4+ILRSkbhPpCrnJqVx3m0n/MKtNHnflBmprtgzawmNmqeM0nQOK9kESH0kg/RfjEc8Zanlp/RcLidu29St0YH+wWMqW.JypXcM4hPE3nBaMr00yA2E88PKP3d2FyXm70L2H1p54uVwv62M+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]/fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]6108c1116e05418d8761c064]]_Thu,-27-Apr-2023-09-19-05-GMT.pdf

**Hash (SHA256)**

59f92cf64d86de51170f98a4e04d5485fbde6bc55d21c57487400b50dcc1a394

**Signature (PKCS#1v1.5)**

a7MDVfbMJPKQX7fb58yelG68lPYWIvvZr4rWydpKFSUzSIJTbdaKtHnt5++P4i3YkL1TXmc+CJFSiNP9P32iYkPSiEQN6MBZWdCb0oHAfoi3hEvIsQ20ywPfpmmuy6VeO4NwMjtWk1jytTBur0nGm3Bv7rec8C+Q1SAqeL/zGE+



DOE: 53

Seller Name: xingdongpai

Product URL: https://www.wish.com/c/60365efa6292a2950bbf91dd

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60365efa6292a2950bbf91dd

**Collection Date**

Thu, 27 Apr 2023 10:17:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z/swOcJjK2QD0A6C5U2O3HtpOonQH6lq4/7UDV1o6nOKYE8udSwAblVNa8lnv0/ND+56QEoHtwp5wZjeQQwkYwzIaAOT6CgFOASEcMAWayqJNHGWtjihokDTsuM/YQzNPrE/edJsnN0VYvxmJ+qKQyl7UC1Gl21l2eUvc5vr95M+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60365efa6292a2950bbf91dd]]_Thu,-27-Apr-2023-10-17-21-GMT.pdf

**Hash (SHA256)**

6011d8aa50d4d637da0ea2608b5c7f6f756df5be7e9d69466cc16b1965d98fc3c

**Signature (PKCS#1v1.5)**

ClT0LOj1oA5bYZCm8Bs2LCo7S8h00DTqE08Jcrgj/vtDQnotAZcFu2pK5URisfJTYWbs1fNyyDaltkjgTXKa8GM479x/8MTBC4aSzBxHMhtmr5I+9dQ87Q6hArkNOL148GQFfuY96pTNhcP58J1Pzuwx+7CYWD3pSSe8/A2c0I+



DOE: 54

Seller Name: xiaoxiaobaitun

Product URL: https://www.wish.com/c/5a8e7c308fdae44d33898213

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5a8e7c308fdae44d33898213

**Collection Date**

Thu, 27 Apr 2023 10:54:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Fm0//SuVnGXCJ50gO3v39TmdH3V8AHejXyHAKOKPOeDBpgeucqaQzodufYph3SFGguouEPUVinhXU6fuT88pv9URTjehT4sSeZSpPVTe6MrCMMiY5mPtjhf9eY0LbqP9py4AeL6PG5uxOIwJ0asnIQ6YBUfLwO1Gd4fM4sW5fO0>

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5a8e7c308fdae44d33898213]]_Thu,-27-Apr-2023-10-54-41-GMT.pdf

**Hash (SHA256)**

7a640710547c5c6283a33d82ccb0286c0521d130610eb48a102d6c59d5b67474

**Signature (PKCS#1v1.5)**

lSeS02mAtHaZZ8xzdlIR8Fvs4xuzKzmfhKyU2mJxd3Xw2vjtUkqjFXkOOjULTQ4xdE4jY63ZYTmuMRLAwxmBqJb8xjdX760tA5AF9Sgo6mxqODKi5i4uJsmMtL/EHsvkZUV0rVT75ksoYjQNvURf8ivMo1LHVnyECbn9Ehl4DTk>



DOE: 55

Seller Name: liminminli

Product URL: https://www.wish.com/c/62beb49c83d61bdf1d4fe762

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/62beb49c83d61bdf1d4fe762

**Collection Date**

Thu, 27 Apr 2023 08:03:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bbaN36KsLsGy4orVzhxONxG0EbcUd+DIDDDrZU7A3HpUWA9k87uNGVqX/K8rUsIAHgGloy9MPgBDCrvWD9nXDYSHrQy1pHxd68XI+n7xL8LalctMq02rsgWJlg+PNXV/mVGD7TWWMmx1Mw0Kvt3lue0W/2wumv3UlJ2UpR4Oemw=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]62beb49c83d61bdf1d4fe762]]_Thu,-27-Apr-2023-08-03-38-GMT.pdf

**Hash (SHA256)**

4dd9fe57264568f004e7814f81fccd59c8408382434e8af98bff3c10ecd4caef

**Signature (PKCS#1v1.5)**

asJxhZ1mM0DRl22Cqg6uEVnla5tEcmMw155/vgZGZnBBCti5znWfnr9kmZZJaczA4bfO1sxMdBWAr7s4jf9S7U+Pd7XQOyCWxdfxXgEoYca0Xe/OjJ8BpAvyVSeaLjcg5rBpfYAPi9cM8DD5tIURxzulH8bt7NsLMiB2OUPVd6IQ=



DOE: 56

Seller Name: Diane Jordan

Product URL: https://www.wish.com/c/5f047c0785a44770804c2dcb

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5f047c0785a44770804c2dcb

**Collection Date**

Thu, 27 Apr 2023 07:55:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oO8oaMPIM1+kTGCQidD2SgapfaxeesKEnH4L+wtd2pHUKnSSwbgBx00x08+TO7LSl31keDbJ5GkuOzl5vwrWuBqfkntcg7uL5v3juTlclBiun455HRvavlcH4lSUF1k57bnMB7M6BgwL7y51LR9Lccv/6DhveXDqWPnhEPbGzmc=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f047c0785a44770804c2dcb]]_Thu,-27-Apr-2023-07-55-46-GMT.pdf

**Hash (SHA256)**

68f9ac80ea148c12649f1e9458da377e1ac243e3ffaad02bd6b3a149caefe237

**Signature (PKCS#1v1.5)**

jek7e2wkcovrPR0wuR+8AFF1ELXGR85puqFUJUPu4sW1Php66EexyvfhtJyF2CeEi3uogMn0bs6qPx+SFRPX9K/b6GpLdc+1H6fXyloLd4fNYYCyMpB0jRTYl/JHPH/gVJAaY00s4GxmxcTgyGfpO+JEVRUdwfuxBQWVm9kMug=



DOE: 57

Seller Name: Gong Donghui

Product URL: https://www.wish.com/c/5bdefa2331305c16a911d917

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face | Wish

**URL**

https://www.wish.com/search/smiley%20face/product/5bdefa2331305c16a911d917

**Collection Date**

Tue, 04 Apr 2023 09:56.55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

193.37.253.52

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Mgdn+cAd1dunDcH2SzXH3CSkSqenHYRHyTZxYG0f6000pc5/6KPZqlHtRdlHzlfQ+/qWFYHGGNHkhhUSFV1J5W8/0?rJEjhAh5PE5pN32C1LJmGSEkzqebVeY5oGuFFw4UG2WqkGYaPUVsfzm4h6HsLPDQlBZix31C4n0Mc+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs]][s]www.wish.com[h]search[fs]smiley%20face[fs]product[h]5bdefa2331305c16a911d917]]_Tue,-04-Apr-2023-09-56-55-GMT.pdf

**Hash (SHA256)**

e53dbb70a3ae10de9b88fd9ddd43e1d2532188d6a97e44f45db7537409899faf

**Signature (PKCS#1v1.5)**

FzkSEAaf7YUt18AYnwy2qT/N9x7d9W9xPSgHXeQ9nHrnNTCXVqlQVrwjYWXR6XxZj1S5K5mixKksLmJg25pw978L+fYBmakhmoHazCFHSbo3cSt0MTkVpbQU+SpyC3ik+PC3rP3/kMe32bq+e6aRvqXHDfTsrsCiLXbzNq4U2J+3s+



DOE: 58

Seller Name: JINJIAHUI FOREIGN TRADE CO.,LTD

Product URL: https://www.wish.com/c/5e5e60082b353e79629c7272

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5e5e60082b353e79629c7272

**Collection Date**

Mon, 03 Apr 2023 11:51:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rBixCi5mGErVPsjlPlGu+B3+FAbsVlYYJWR+z6gSZZaOVoTA4msmE3nrgbAJc4AO7732kQxJFqWEYxYhoiizPo34JWxc8KAl90oUuXAQPw6m9e/SD9bXQchi9janKwRXKvj3nj6NZ00dWZeGHWuxgQ6N25G1puG4orQoG8b0eTg=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5e5e60082b353e79629c7272]]_Mon,-03-Apr-2023-11-51-22-GMT.pdf

**Hash (SHA256)**

e876091599bca66c5815f6f26e243c684b3216c97d04c79e3f16c7e70585b27

**Signature (PKCS#1v1.5)**

0v60IGMyvwK0QfkJj0sv2yAaaDCrnlqlLt35WGw8jvxF0U3dZpHxRdStC1e5rDLDWjBBSpvoFuSW+jVtDhdn3G8mMMxGVVOw8vdmR2zejzON4zAReWZUnES7qecsfB7+jjC6VypafOH2wTJsmdEwO4raYeCANo400CS8anoRUKo=



DOE: 59

Seller Name: linhuaneng fashion

Product URL: https://www.wish.com/c/5abf25cb2d659f4da6cf4337

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5abf25cb2d659f4da6cf4337

**Collection Date**

Thu, 27 Apr 2023 07:02:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mux/Ndpv0bPrVml9CW8g7poXSGFTRiHFkAlJZV8/MP5IcF4xdXz3tqzfRDFRFleEy8K/MfF4YBCwlaTSueT/sZzMRvHlHcC4OzADi3W+S4wLZ0ehlj5BQpPcDiINwPDsX7HKv/wXMQVw/9T9Owez6/oVO2M9fSwnwFaLuZsCljj4+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_||https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5abf25cb2d659f4da6cf4337]]_Thu,-27-Apr-2023-07-02-46-GMT.pdf

**Hash (SHA256)**

fcffa791bad1c88a3d40016e89be615236fee6933b1df8ef4ee3e2ba550c2499

**Signature (PKCS#1v1.5)**

o+T9c2ozFq1CBc/e41LbKvtnGRd/tM1WQP0XSbTGjicTyXMzsghBezn9f6qxlvm/A2gBtkCaaO1OmReP5lYCXNPjebLQLlr/JIDHA3/bGVskuwW0DpeJPZQqQB8bUsr6eQC97KRPo3Vdn+tq5D6tyUzy7xei4fO1QrGehgnTy2E=



DOE: 60

Seller Name: BitStoreUSA

Product URL: https://www.wish.com/c/63494c289633d19da9dfaf30

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/63494c289633d19da9dfaf30

**Collection Date**

Tue, 02 May 2023 11:34:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Sseh7Oi2G4YEGrNDYKL2Jy5k2ATGL8sIzswz0o9vP+g4o+sjs6xba4uFOk1Geluu/dAdEcVab7DuRiuvq7USMnhqa21SoKyZquogfqf9wPxw9+tSRqXrUypX30gHkHCgVNwW0TK8ey8yJI8HMseAErz0KJZmUfL6AbI1aJ5dwiA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.com[fs]search[fs]smiley[fs]product[fs]63494c289633d19da9dfaf30]]_Tue,-02-May-2023-11-34-56-GMT.pdf

**Hash (SHA256)**

b422af8741f09aa092e72cc09acae50704b40c9c5d945d9b237a4cebb9988e8e4

**Signature (PKCS#1v1.5)**

SjWfEmwzpZEaleu3aB2Mqsp2OmB2Lg5K93y0UV8aQ7PFTMSAc5oWqJyHW7RSEOoGNKQ8Z+OG4IPS6MJ89+jH5pS7qDkXqpj3TakU8b0zaJnlq3CQlUyVmIuFMB5l/IEzIX+wfeZDAXEDeUxZHY08ivq+0DWI9h0Yy1FgRhJ+QjM+



DOE: 61

Seller Name: APEXICE

Product URL: https://www.wish.com/c/604eff911f1a86980f7b577a

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/604eff911f1a86980f7b577a

**Collection Date**

Tue, 04 Apr 2023 06:34:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LWQEO9kxqzqZis2vGV66xYjnna7hStvT4/6wSDp2PPH8LC14DzdRJJAJcNuUV/kCUO8Vg4707pgJnc9gN/8lQIVKEAl7HriIk57dvoH15Haz2Xg3GirdUaADEeW/pVUkjT3YFam8uXyrs9HfBJddQn84+7+vMVOi+EkeBLZWVaM=

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**

screencap_[https[s]fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]604eff911f1a86980f7b577a][_Tue,-04-Apr-2023-06-34-54-GMT.pdf

**Hash (SHA256)**

9818672a1b79b121f4a3739c39c9772b150533cc61d650d9a04d560a23d0dc77

**Signature (PKCS#1v1.5)**

nvS9jS7MPX/skOpZYsgVv78MWNJzOa1oyxAxokScbtbT6kQsnkZ96mTdTK+7pafXWKUHSD1fi7sTNoNl6AlxHhyvXQ8NJiCKhD+2lle+ikjca+uzczG33h8G9wK8fBWf6IbsIL3uxUPkYFu2UcqmI0MJAIVBxbpda4Rn/pMpfns=



DOE: 62

Seller Name: Reallgo

Product URL: https://www.wish.com/c/60a38b0fd09183c3a194d827

Platform: Wish



Investigator Name: Chris Stavou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60a38b0fd09183c3a194d827

**Collection Date**

Thu, 27 Apr 2023 11:01:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hhy16+xKj88I7QIsufD92NGySbC9+0674K7EF/WapOIBUW4TZ7daBQEI8LmTaJ87wa3VQHXB21m1/9QC3vtPkNZ1zkcuskW6R/lEKBhhEgWkkAWP4dwpmaKvCWupPYXv5uOx/eRSgCckWt3xSs8l9jFyQuHvbQfqf4ct7GMp178=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_||https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60a38b0fd09183c3a194d827]]_Thu,-27-Apr-2023-11-01-11-GMT.pdf

**Hash (SHA256)**

8052e64453faa717d14bffc4e57e2b798c6b68383cf141148da942971a90a993

**Signature (PKCS#1v1.5)**

j9SG43cvf/VbBhOB940yl9OqxuCD/WhI8r6VJ9qSymxgZWAQSGkioR211NroEH9IeBwZTw/PUHkhVYvI5+mdzk/8AJzPn0Yzd2QJaanDY46ubRLWgUqKRxqR/dr0MAtY0W3oPg3bMcUYZdczWtFwv9A13xbbHX0KFJ4Cnn8TI=



DOE: 63

Seller Name: Anne Mall e-commerce

Product URL: https://www.wish.com/c/627b09083c3a8cf73306dbb2

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/627b09083c3a8cf73306dbb2

**Collection Date**

Thu, 27 Apr 2023 05:21:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kWsmRUCk2M0SvQQ24SqpqVYSjmpF4wdojrYtz43c6Jpf7YCP5seSwjjUkaVSoApbj3HSz12qUdQ1KO4zg/L8dVNWx3Y1feQxhVe5pOAc7bA2NcBh6ThpwotSxsjQDMBhFsdGYJrauiwlhavpvFwtppSwoltwFVzwFZFBxWD00sI=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[]https[s][fs][fs]www.wish.com{fs]search{fs]smiley[fs]product[fs]627b09083c3a8cf73306dbb2[]_Thu,-27-Apr-2023-05-21-42-GMT.pdf

**Hash (SHA256)**

3d83213d9ba125ec6964e1c0fcf3b2747204495613f9e1b1ed0270eae7e5ee

**Signature (PKCS#1v1.5)**

feHXwHoLBWdXkdx0rmbc5khjG0F1gV+kmGoWb9qgelY1UR7M0DYJZJF9LQofXhhTT86Moo2yqmXk9Jo6GZygD5AZG21Sto2yVkw8UJawVmDm7n72OwTjVL5PIMYR2ZCT/4jO06I2id3GxNXDke6sNz8Z6nCfmFawVToPWbUEM8E=



DOE: 64

Seller Name: sweetby

Product URL: https://www.wish.com/c/5d520fe5f22a884ac21f90cd

Platform: Wish



# Evidence Collection Report

**Page Title**
8 kinds of car interior jewelry swinging head doll spring expression package car creative bouncing smiley face bouncing | Wish

**URL**
https://www.wish.com/c/5d520fe5f22a884ac21f90cd

**Collection Date**
Sat, 20 May 2023 21:39:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
27.147.190.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
TmDXacqbXyoXj+kReE3wNK3GTTjNzS1UedRj6zyDj7yEs3jpK+aitruptxO8wnpx9KO+pzLR1f5aZ/IoXYZkcqRRv4rlnkpeYtFnPM7Fj5ybvhy2Ne/2fTFdVQzR02H2JozeffV/55cJXaBAXHi2ilnzrU6T+8Vd1URHA/tCeZZtpxqAV0vK7d0EUw0EXUNTi8kQnYKmfuKn1GWkL4cJhENV+7U2lC2vQNDXY8z20vzO47u0IYeV/dk8MUE5yoqpOHI/263AOkiEqTbNfXtfOm87xKShFz/ciefU52f0gdfoddR0R+4LYgC5vYPPybsrzC9FX/Gns4E2PUqVoyPd4NxQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**
screencap_{https[s]l%5d%2fshvww.wish.com[%]c]%2fn5d520fe5f22a884ac21f90cd]_Sat,-20-May-2023-21-39-33-GMT.mhtml

**Hash (SHA256)**
bddfe5199409dcea893463967ec5fc35269b05520cc17bc375bb32123bd18a125

**Signature (PKCS#1v1.5)**
PGH+L5/nCArJnH6LaOXivDMLkP9H0wS1cuZL/kuzubnPWoCCzpHVsWr2WonRr2B5iTBHjpnatt/pnQg0RnAnty/5vzSLo+39nJrNhDAE16cBkPh4+U3WaT2rcs1lm8lc1KawluPJVf2TUUEMEaC6LCFS8ut/umsQWMAM5hK14R+zHRUmDwzwuSRfEGqoDaJvOTT1qT0rla0L0nsv3V2yuMXwMewwgG7RWDYtXAK17BRTJHtiCJQYNHL86z17YMw9HF2vsrP0fr/fKkj6ikEcxbPNJ0WAhEt3GWB1JtLdNtN8Dj6Gj6aKVowfEIyQ1dTMHtZWveXxaoy4Pq+xZ5XLHmlw==

---





DOE: 65

Seller Name: duwanxin56356896

Product URL: https://www.wish.com/c/613f02c06fb22a5b5692d266

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/613f02c06fb22a5b5692d266

**Collection Date**
Tue, 04 Apr 2023 06:17:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:80::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
noZvfrm9vMnjbAnBxdALMFHLDjk03cA9W9sqlPbXzax/k28WPY6vUunRHva3QzmUdFsw4Dk/KXCKyz8fQAXh763Bvdmbqxr1eGQf1NRv3pyYsP4qN67GSj8P7Ri6718d7t3VW9b52avtPd3/fGlWEg8zUXBQbJbCxbZVFEKY4d48=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs]]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]613f02c06fb22a5b5692d266]]_Tue,-04-Apr-2023-06-17-57-GMT.pdf

**Hash (SHA256)**
f70c38a29af6611bb002031b94ccc1f5c626427c0c6a41c51c063d9ca1e7532f

**Signature (PKCS#1v1.5)**
orkyOV/SXxs99fT6NErgL0W+TRG+nj9ylZMPro693wUBoIoT30Ve+N6u6R1HDztr+E2c3LC6unU9Cc85xZ+fw8sHyuAvX4mrTVvRpwOCFMVCi6rAdAvlHcSjgWk6TRGec7Yekvm2ylQljMcImtrT/LICh6BZC7gLyfcpRAIkEEQ=



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/613f02c06fb22a5b5692d266

**Collection Date**
Tue, 04 Apr 2023 06:17:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:80::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
noZvfrm9vMnjbAnBxdALMFHLDjk03cA9W9sqlPbXzax/k28WPY6vUunRHva3QzmUdFsw4Dk/KXCKyz8fQAXh763Bvdmbqxr1eGQf1NRv3pyYsP4qN67GSj8P7Ri6718d7t3VW9b52avtPd3/fGlWEg8zUXBQbJbCxbZVFEKY4d48=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs]]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]613f02c06fb22a5b5692d266]]_Tue,-04-Apr-2023-06-17-57-GMT.pdf

**Hash (SHA256)**
f70c38a29af6611bb002031b94ccc1f5c626427c0c6a41c51c063d9ca1e7532f

**Signature (PKCS#1v1.5)**
orkyOV/SXxs99fT6NErgL0W+TRG+nj9ylZMPro693wUBoIoT30Ve+N6u6R1HDztr+E2c3LC6unU9Cc85xZ+fw8sHyuAvX4mrTVvRpwOCFMVCi6rAdAvlHcSjgWk6TRGec7Yekvm2ylQljMcImtrT/LICh6BZC7gLyfcpRAIkEEQ=



DOE: 66

Seller Name: sunjuanyue02213

Product URL: https://www.wish.com/c/61a8a6a7e2f69b17192f5712

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/61a8a6a7e2f69b17192f5712

**Collection Date**
Thu, 27 Apr 2023 07:09:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
BD4yE9ACEon7F5WH3fa8Gga/dH6qHKP9e83otjAmfuseUxtyh9gEJCtALriQGC81fyIaUwB7ACj6DPHTkNf86MuuOWYS0dlpfVsxsjF4bkQXCai8vwX6belZhcbJGHYKlki7qkpSGPH5vkBVXiextsRFE7meZm0ugAjG+wVYrSFU=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61a8a6a7e2f69b17192f5712]_Thu,-27-Apr-2023-07-09-43-GMT.pdf

**Hash (SHA256)**
5b7a92741b03cfcc19db365d94a466a020b0fe74fe1af624e32d6a206a591eda

**Signature (PKCS#1v1.5)**
Xo4Q7cCoJeHMRD9t5+Q3P++bBlHmTwi5FkZq9JD/nJ4AKFS1DQ/AmXWaHoL+4rmmpuFmCGJiFiQrtjgzUSGXtrVvteBw1Hqgtb0FKAL1mZKJWWwSLgSrS/V8rHy24JetCjEYecRlpxWIaPSdZjhcK4wRIMXs7rehdRY7D0jXVxU=



DOE: 67

Seller Name: Preferred Mall

Product URL: https://www.wish.com/c/630474ea93b3dd17973c28b3

Platform: Wish



# Evidence Collection Report

Page Title
Smiley | Wish

URL
https://www.wish.com/search/smiley/product/630474ea93b3dd17973c28b3

Collection Date
Fri, 31 Mar 2023 04:29:44 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address
2a0a:1dc0:4:3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
OuNkUCNXj3Rc8cnW9eYfYBh8DLIDZnd1V2TWfwNwHe075K8mcHXd2X0JDej5y5JLbr3VAIiTk2CCdqi/Oc2+b/rF29YqwDCQJcxqhTb62nWRntMrUIqi68kN/GJ8PgbYfcokPYL/rwIvktww1i0XeumhNncN4aP1SJNhqzQbk+

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[https]s][fs][h]www.wish.com/h]search[h]s]smiley[h]s]product[h]630474ea93b3dd17973c28b3]]_Fri,31-Mar-2023-04-29-44-GMT.pdf

Hash (SHA256)
bbbcd93ad5dbfb6231583ba8e250ac612339ad9571f0661adb9d9026a569a0f8

Signature (PKCS#1v1.5)
Jq7bbyZEF8x2MCw6Q8rt2WYYrhd0RRvyHtznu0dO8TeKd6SILnhUfkxKkJRoizCW9pvbEW9RMzuBM3ApNLpo+eu48bnzff80QAuX4tdzSXw84X8uzJquMzzXslDaGpf+QUcI1N++ItouBUXmvdlKGY/hhq[GRp+0/6GRgkiXs+E+



DOE: 68

Seller Name: Well88

Product URL: https://www.wish.com/c/617a43e9bcd57697c7462c8a

Platform: Wish



# Evidence Collection Report

Page Title

SMILEY | Wish

URL

https://www.wish.com/search/SMILEY/product/617a43e9bcd57697c7462c8a

Collection Date

Mon, 03 Apr 2023 10:53:26 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Sarah Christodoulou

IP Address

2a0d:5600:6:79::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

Qiwfplnlv3GQFLJ53rafUQt+6krw0uEvAOYDhEdWrndHRPK9GSgjVE2/knKQ+Mnm7yASjWW0EpBqRJT63XpdmM5zoVXCrty/TGX5dtdC1bM5Z6ZXsgWfbPPsnkFA2c9KjFbd53Jpgnk+QhyFyUM4jDDE3ZuF2tdyZhjrA=

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[https[s]fh]fh]www.wish.com[fs]search[h]SMILEY[fs]product[fs]617a43e9bcd57697c7462c8a]_Mon,03-Apr-2023-10-53-26-GMT.pdf

Hash (SHA256)

006fd1webd9b3b27c9be5ce60b0be9a89317cdcdfc5024769d49911d8924f9ca

Signature (PKCS#1v1.5)

EehyL1kbjTuKWt8BDOvxD7zS1VoyivzfuMHOlzA/fqDZ3PYs9QJhoZvzHYVkRGNrjbld0Mrtwpua8UZwB+WpH1iFTJYHVWZ8j+sXlmT0wODM4eJ+ZGgZ/OePC0EYo9TiY4yqNoiKPgGQyhGtS1KtyzRQydaz1JpGFH2fNIPWnQ0=



DOE: 69

Seller Name: Baby002

Product URL: https://www.wish.com/c/631b0672ff5e90eafed44b19

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/631b0672ff5e90eafed44b19

**Collection Date**

Mon, 03 Apr 2023 11:12:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EnAVwGTkSi4vTXoy9LBrjb1i55RJy4A++kO9X23Htu9ofrZmzfCF3J/XJlmTv97jpGnK2XMgY2UTEH11xj9J8oKd+RmaEYpv9x01Lx1l6c2YjTh8Uy/JtxkWDGg1+tKgSZ6kld3DR9JN3+dnaZSr4QnoimFnsIO0nrgTvWVNUA+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s]fs]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]631b0672ff5e90eafed44b19]]_Mon,-03-Apr-2023-11-12-24-GMT.pdf

**Hash (SHA256)**

493bed520d79c1c67e0d71917b73b0564ecabce9a07a5462789107e4a07d3066

**Signature (PKCS#1v1.5)**

OdYYVtUnWLWhKcQddhFLfktssW36FikNuYDzDyJ32JpapzYX8LEdhN8kgOn5aNSrkuj7e67aEtfbPUFyZp/vep3hiN9PHXcu7gGHOD0dA7pT9K1AS+IOBoxnXlm/jlo2vSHEYwg4r7xR85e5z9SpPZUGXXFSO8wKGvh4oSDSHk+



DOE: 70

Seller Name: Andy' store

Product URL: https://www.wish.com/c/60e3b67c6250cbcba4d53962

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60e3b67c6250cbcba4d53962

**Collection Date**

Mon, 03 Apr 2023 11:50:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YtRoUHtJZxhSzPs+HKrkRag2Rqgn0D2PQfGJWkkAlIpH2ghn83f0wY/bkyqeKCKTGnAPrEuoLof735lduCWih3982/qWFs/qWNdDdcjgDy+oS32OZWEqc8cfh7K91gBLW0ZyKqWJccoDaTvf0+n0bN0xz3rkJJWuC7YAjY6qvvk=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60e3b67c6250cbcba4d53962]]_Mon,-03-Apr-2023-11-50-49-GMT.pdf

**Hash (SHA256)**

67f36015fdf8b6a5925555623d3755fa9666a51e3a2fe74fd03c0b50f9f022b3b

**Signature (PKCS#1v1.5)**

o62U0v/rzBEuAaLzZOmUtSpTjgAETUdp4NbK6czfY37KLxzE2DM97RHU2m0zIWGux0KprgUtKD8VCsfon3K6x6AVtFjWNm6EaJ/R+m3PmS7IX7sBxBQMraq51HoREU53f2Tyv8u6vACjRKRos0PAa9TpipFEW0MAAZ36T63/V7Rw=



DOE: 71

Seller Name: LuoDeZhi

Product URL: https://www.wish.com/c/62874e39f98084ecdd1b9476

Platform: Wish



# Evidence Collection Report

Page Title

SMILEY | Wish

URL

https://www.wish.com/search/SMILEY/product/6287a4e39f98084ecdd1b9476

Collection Date

Tue, 04 Apr 2023 05:58:28 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Sarah Christodoulou

IP Address

2e0d:5600:6:80::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

isr9ilae2NqrJYD0PfhfjQK7+Gg9mj9bzh2o+7Nizf43qjppASLxRHJ+b3x8oUGDF6kg2erKdq9YStUJzLMQxFV+7XlzbtGNGj1LXtT+ClyfgC4Xly8MHssXdIK+hKNVXGxEdkQD3fkh/fj1sgdZWkvXkkwpb3TllenVqII2ES0qPlE+

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[https]s[fhs]h[www.wish.com/f's]search/h]SMILEY/h]product/h[s287a4e39f98084ecdd1b9476]]_Tue,-04-Apr-2023-05:58-28-GMT.pdf

Hash (SHA256)

e5f25bf81ee1cdfff64229e7fafdd669ba7583fc8a298bc455216cb25ca2c3

Signature (PKCS#1v1.5)

fvbf4rkqLQXkVPoBbzOtAdFJwz2aYEGVFBqKluUCWYS85NqFuF0ib/oYTD4u4e9Ye85CxSpGz5qd1kpUc++Q60OOS+M+RcOfH4rkSsWc8kOW81QIEdUw9nY3ZuZJd9i9e0ZYQb2/0JVbJrybB4XYQx7eGsxyCmtVHLfM/1y6mgB+



DOE: 72

Seller Name: linlongxiang1134

Product URL: https://www.wish.com/c/63fee67fa84e680830ee718b

Platform: Wish


AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/63fee67fa84e680830ee718b

**Collection Date**
Tue, 04 Apr 2023 07:28:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
ZyakPa2ai48GOlAVRD97bZISTfVByiEhkwtQ7jqrjDvkONSbo2YkfM6x1PWtkp4/8ynU/uLMFJdIy06yBxJJtIZAaOrUm2/SmOK9TRS2pzocTSVQnvRyr+dueBdPoNx4ktvCNos1iL8Xyrce9J17UmVhn6rNJxoM8vrI9QgQ+

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[[https[s][fs][fs/www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]63fee67fa84e680830ee718b]]_Tue,-04-Apr-2023-07-28-47-GMT.pdf

**Hash (SHA256)**
6e7049aceb105c6be3c359066b0676ec4f442fef01b54e5087f1b17bffdb867

**Signature (PKCS#1v1.5)**
bXUFpLc2L2RKTl38/XSPOHpWTjv8RkC0RQWh3vyD/300JRCoTqvLmaXbBFud06Q4Eld+ToWBqSJ8Ysz/CgKdZYL7C5ajGRaUtFnr2ZqWWzbUlWAiVzs+8W71iyXTqbVemTPfFWOgaNbR01AaNoLT/cthQT+NLMKedxSnJnP6fU+



DOE: 73

Seller Name: yangyan4663

Product URL: https://www.wish.com/c/60890d9266ddff579740a369

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/60890d9266ddff579740a369

**Collection Date**

Tue, 04 Apr 2023 07:49:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KFA6V4nyGWvdHzxWenZAHfu3hCsfU7/b/SBEC9xcBUuYn98URSeCJ0J9VKK+6sQXN2JGP0SLm410sAo6tl8kpYfWwTDmHe+d9UDWh4CjzRKlhC1Tst1ZW9/kLGEnaKXQrlYdyfvSsouHtaW3ElJ/TyNkoEJV/H8X+H3/L79eBs=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]60890d9266ddff579740a369]]_Tue,-04-Apr-2023-07-49-14-GMT.pdf

**Hash (SHA256)**

24529d2b4956bb95f8a07473d0d48df02652f542d7e7a44566c30fb9498935dbe

**Signature (PKCS#1v1.5)**

QO01BcMOxfkvBAf3vGA1dB/LCecN9JjG9GsH/Uo2t80YRyor2t2Vf70gcNdx0xu+rGXqk1af7NtURbdIBzaitNGMewkLhHfwMCQ5EBmlXgoOEGiYCkQYanYGDFdFcLhSzN+/cUaLkHRAyHMjW11f9sbYZ0BB+BE99zvpciYs=



DOE: 74

Seller Name: ekfoadkfjkqw

Product URL: https://www.wish.com/c/6367cfb3d32a66826af721c6

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Bag | Wish

**URL**
https://www.wish.com/search/smiley%20bag/product/6367cfb3d32a66826af721c6

**Collection Date**
Tue, 04 Apr 2023 11:44:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2605:6440:7000:0:66:203:113:98

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
CpVqlVvtTW7FiMTZJ3/Q/GiWBy80Cma/Csy4fDGSwZ44112gZkMIydIC5WD4QN/k0TZ/C0b8Q3INZ7LtWeVyeu3UigIhZtBDE0h4SzrCyo90SfbOnwlNtKfazLiyIbSHqlBd0taRZUnkO5QI8bilv39h9F/cw9ZIvzrk2fcELhY=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20bag[fs]product[fs]6367cfb3d32a66826af721c6]]_Tue,-04-Apr-2023-11-44-39-GMT.pdf

**Hash (SHA256)**
14f3759fcd3d85b256695452513114fc5fdef6f4bc466fc3e097fcbec96c6624

**Signature (PKCS#1v1.5)**
diTHcG+JpD91HqF7VezbL7hxYIY3ImNOR1yNu4fqJjw/eRXF0jNCXRfpRuTltcQJA9ogDGanE79xBMqlda8eOiEqHYg5Srybh+X3JjSYnFGZ3ILZiCSSjhJIIYkcqg9lQdH15cmKq25QLP0Kq1j7QvNNh4zP6mB7UxIdWGkWzgQ+



DOE: 75

Seller Name: Harold L Hix

Product URL: https://www.wish.com/c/62bd64178262e93d60c32382

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

1 PC Sweet Colorful Resin Fruit Ring Cute Summer Geometric Smiley Finger Rings for Women Girls Party Jewelry Gift | Wish

**URL**

https://www.wish.com/c/62bd6417826262e93d60c32382

**Collection Date**

Tue, 23 May 2023 16:32:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

2001:ac8:9a:d:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hpSsH2xbNrwEpQj6r3JhW6dQ2I4IHmp1+cN+xOPwx5QPIfyzRgaOh/SNM6t9iuxvyuX73FdFk/2DYdBh3sLe7XzuebCk1oHGGaVA5/h1b8rlz6QWr7irjGEMQ28LvQ0B7kFWD2v0X9kkBiMTrC8jbf9Kjc/Cw4RyQmELgEG3p4zkP0vZTtgDsjQbE5louw46+K3pl8tNwoB6dmOYcPonGqs6qMO6gNmpnRoWAkuLcPpXBhwoduIgAumhz6QJHRb1twtbzuF9ml1Nd5Uzb0uAoXgBxLMrn+Vhef/M6VY/2m0GpdQjf86EDrSHCcPs59v6J66fLdWdFTQmYrwcv5SsGt3w=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]fs]www.wish.com[fs]c[fs]62bd6417826262e93d60c32382]]_Tue,-23-May-2023-16-32-11-GMT.mhtml

**Hash (SHA256)**

3c283ec10388218bb38cd8407857a8496478965c0bfadb5ef20ccc323747a965

**Signature (PKCS#1v1.5)**

XmNK6NGQU0fUKi+YqUELNTQTDAQ88rqdRQk2a+q6Pv6P78d4eAxo+DAJ1aZgut+VsXErulALYuuGx6BCrfBHLiXgyZKWEHwQusbqUFstJ2xKoGAQd0A7snLoh1i8eth7HxH6aT0BvQrlos7qjjqgRcfUCQWKNTye4Fb1JwjPNodK6w0oONJLK1HDCHKvl2ozjhVzGmu5kuKfKZftcaarL0o2mQnNh5Zeoknunino/0JKTC44OJwVEEw6Rko+rOkdWk5/sMU+RPf9JgUC6bTb1j2HhRrK8hoet9YPe1rCoHEW1WO7IwYgttCSxuBi4P2wgvdsSn9rlyZ4c/Q+8Q++



DOE: 76

Seller Name: yinxians

Product URL: https://www.wish.com/c/611ca3a57bae5166f767bedb

Platform: Wish


AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/611ca3a57bae5166f767bedb

**Collection Date**

Wed, 26 Apr 2023 10:56:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rtPp70b/AQ6onm8MAxrYz6Te1stxDuz4aHWpS3HAAWJT/T9PH1SNW8gSGvEzt0bYCuB/L0sX1MG240F2yvKkusMSA6VnguqEQK1ZX824qnfjQ8Z4ER6iNKCUtKlXF6SUqxGTszXS/+yZKwzlAiAlJrJ7tc+TEgW6vRrVzRvYbOc=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**

screencap_[[https[s][fs][fs/www.wish.com/fs]search[fs]smiley[fs]product[fs]611ca3a57bae5166f767bedb]]_Wed,-26-Apr-2023-10-56-37-GMT.pdf

**Hash (SHA256)**

7bd62b5bd18d2af98a764b197c23956782b41f40738b0438d125ff321a7c2f84

**Signature (PKCS#1v1.5)**

FOLgYkYIMnzt4+GfsjvxOSDrwCILXpXZqsysgdocf5z7JGfy6R9T0XyrnlmJOMpfzsNaSYsuTctl8N0aR6+MOSCetSc0mI5gEPXJLMoy8DBIAgcKzruQUbf7zwauhAEZif+JMCdIQIsztgyGIsfcDAyxMaq7qPRjGhzoTj5F+zQ=



DOE: 77

Seller Name: vrthggfb

Product URL: https://www.wish.com/c/6200e4aea5fc678d30541531

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/6200e4aea5fc678d30541531

**Collection Date**

Thu, 27 Apr 2023 06:26:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LHM4ML+GTVEEeYZNQ9iyUSug6yU82gSWBs93JNO75OE7UcSIEMSh1wKa0e/XkqI+If/MWeLCN7Wh4gGJ/cxzUjsuquYuCREOqgVUkQ/3iuejBdVs87JiQTTL1hlZIOe5v/2cpndZ13Z5mFkDEAv5bkqG12VLpqVn4mWTU0dYrc=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]6200e4aea5fc678d30541531]]_Thu,-27-Apr-2023-06-26-26-GMT.pdf

**Hash (SHA256)**

b78d340e04347f75f12838df6944f7f273036fdfac9d49ed35a4629e62bf96f3

**Signature (PKCS#1v1.5)**

gLdB1cZ0ad6HhdEbxY9YFPeXke8py1tpodvN18d4qnYTS611Wo/KtdPz1EX4Exy1XUBwYiiuoJ9S1Ju+f68KBIHMdkDFMKQlCrZBu14foI1TB8Qk07ydcYZFH3m4+JdRrpVuHifdmriS1kD/b1y+ZD1VhKOidkRTj8jPEFChCqb8=



DOE: 78

Seller Name: wangnan1234

Product URL: https://www.wish.com/c/615ff42ba4c7374e6527a6d8

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/615ff42ba4c7374e6527a6d8

**Collection Date**
Thu, 27 Apr 2023 07:38:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
czntLdS6Gcu1cic6R18c8R5FN13ZOHrsGbNE9tVboOt9QouYEGmNfUBxN3zPSQ9x2wL3zRED9fu4jgxCqLwwbVIpAHAKybI076wU93RjPN01ICLmgu3BLWMCDUrIKf9WBQP46/yY6AG+9susVM3cX1+BM4s+oMs/ZR3AJYMsMyk=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]615ff42ba4c6527a6d8]]_Thu-27-Apr-2023-07-38-02-GMT.pdf

**Hash (SHA256)**
081d24e6e031fbd083cddc6acaa6f33402355048c4214405aca3f5a6a5eeb2c7

**Signature (PKCS#1v1.5)**
nGluerw+RjwiMARkffC/mXURxbX/f651CEqWndBf3z8Y7oLu9BFF8InsRPufnwWhqDG41HAXvUe5Xdj4m9iOCD/IksWxj8/fgnUEkVlDVZ4l7ib05o3eHsDcw8d/0HuHDAB4nUgXmhOg9Nw6hVuKz7ByGdka+GUzDJKWZUJD9s=



DOE: 79

Seller Name: jinhuai1234

Product URL: https://www.wish.com/c/6407e090cafc480f53e5ace1

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/6407e090cafc480f53e5ace1

**Collection Date**

Thu, 27 Apr 2023 09:21:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pYu0PlmibJ2THFqCR7C6iHGPdSdek9w34fZ2mAbEXOL9D3gb8YSe+x1Y+FiG0rGhanmHzT8ZY508I9fqwAmzUUbVetcpn4cksIKoLzzHAx3q5C/BnVil3imalorNWAkZKPJsE+GIR/D0nKnHM6LVbA8JmpKKHGUzEk+p4hcnwXA=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]|fs]|fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]6407e090cafc480f53e5ace1]]_Thu,-27-Apr-2023-09-21-23-GMT.pdf

**Hash (SHA256)**

b1df3d0109ef631762605ae3cd5c33dc2fb06c02274343d047204792e3e1df5b

**Signature (PKCS#1v1.5)**

Tt6Ut/q/aw6kAsr0wUrPVgfTVHq19mKMuxhlkc4hhE5760PAJldqfhLGKp7N7WaM8ivAP.Jpu4vbSXXGh3yWj8v4zjj/cWjy4t+I6+3ZfoejXBrIEAFqFdkDRZJCMfvftPHFIrZqaSGJXjf6LAfC9cWcMDQB7BYck2kVqQDLodfQ=



DOE: 80

Seller Name: yadana

Product URL: https://www.wish.com/c/5bf3e94d78f6e742007067be

Platform: Wish



# Evidence Collection Report

**Page Title**
Funny Removable Cute PVC Cartoon Smiley Wall Sticker Kitchen Refrigerator Art Sticker | Wish

**URL**
https://www.wish.com/c/5bf3e94d78fbe7420070b7be

**Collection Date**
Tue, 30 May 2023 09:10:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
2a04:5600:6:79:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 | PKCS#1v1.5)**
p9kbYSE2b4U6FjqoB1X4typ4zbVlaXvzmvxQwxpl4wSSWCLJOWyp4jX9DGy16zyb5SQqEzzRB1L8lRg8iDCKzd3sM4bO4rY3r7rb4b7eYMjAXp8m5EghCh4Gm+6F1rHHsR67nB0+8hnW0sDiPPPleAzvOlpFl3uz4u8qkNcxffrnKY67sZ/LbeGKflw+f97umIPVrDS5+rprTxaoLJmvL4Up3p9j/cGt5zstyrg5gg279v4Z6DlifbbIdxcrCx79EsYQmxi5+wWOBoHwoIg7K0lxU+13GuoSd/JGjr=

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_8htpsi3j9fb@fbbww.wish.com5bfj3e94d78fbe7420070b7bei_Tue, 30-May-2023 09:10:21-GMT.mhtml

**Hash (SHA256)**
7e62504b04677e1d3676391d5d4a811c600124699a9901abb01c7b2c97a2ffd

**Signature (PKCS#1v1.5)**
F8daaqDKMGpNMHI4TY3kSAYm1yjjD8Z4B8SzjvHfjFM4qoxQDbQ7b4Dne4pxGGM2No6bpEkzJKcZPun5P1TkfIA4Jpc3cAWkpzC2a7RBAsaAuFWXe4iXNhbWKXwwEuwSt500CGDAhJwwLdotvghxq45rbAhF8FZ3hHrFcJkcc
+613TyvdkNqSHOKzAM4pb6ScdUbbh3XdB21cotKJmhtGw66wpu4tvQyw9vnbeMYdoYpBccdBMRnMkBF7FF1nSRnhArNSyRtbBtDtfbHcsU2C27CQ0arsQ2Nex7ckhGNbdgcCKathzkfGYTPOFWFBGKsRRBZtMG6iS1eersrbngm4vBq9pqua++

---



DOE: 81

Seller Name: dnfPOHAR

Product URL: https://www.wish.com/c/5f101b9badbb07593144ebba

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Removable Cute PVC Cartoon Smiley Wall Sticker Kitchen Refrigerator Art Sticker | Wish

**URL**

https://www.wish.com/c/5f101b9badbb07593144ebba

**Collection Date**

Wed, 31 May 2023 07:11:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MGhNwErhHaIbs/yrY/doLo1Ri8F/NJUQwE2uJveWoleAQW7iiawiDQG8/cdt1l0zy2B+wwnVJLJi7rAwlhMn2LGGk2Fl8azmgxHNiJbJQFVOSIsEifNwvzVekJ8QFDZQ+KNNk1Zzzr.livrJYDC07lbAsmFglzD6lhTVRh1LDLqmqEkCVe+48EWloWMD6l8thfelzdWYoMfS1qOVBqwrWL3VuUXfjQcJjk42884QjBfnsboOyCTFdF5SYYmZen0OM9nhz0boNbZ/4l7csMlADSP4rbajQU/2QdWBcib4t0MUAqPd0VPJtZWNTL1RpnlHm5/9AbHcfNEzIoD+vkfGoA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]html[www.wish.com[fs]c[fs]5f101b9badbb07593144ebba]]_Wed,-31-May-2023-07-11-19-GMT.mhtml

**Hash (SHA256)**

53532eb53e0c31661a50007fc07cecdc612c5de2983dd2a0d2f321a1285767024

**Signature (PKCS#1v1.5)**

H6C1THe2nQl1ZJDfhvzZtsbInQ/mZZ3Q+PAGCvVX7+Sd/GCedz17E4vr9PC1E7Ulli0QnXfYk1DLmNAU9ITmF3R2P4Zw7CIW0qsCCN2LjoX6xVOL5OpDB1ubDPgfmXSjfhik204rTbxmqv1BZL78YctYnjCje8L/IVgii5FMUyndK6STF5fQeXVLsVtNh8KaWJpoWuuz6Cocl5o08JtCrN/yj09g2Qz+9O5i2q67eGraIUJGM5q1JhfiH7S0nREX1BviLLVsLPQbYe0Wg3lS2Cun0SP9Y53k4nAfovswl7vd8TEbyoINzV397VhBVT10fN9z4/u5H8GhOh5MbB280Kg==



DOE: 82

Seller Name: paradiso

Product URL: https://www.wish.com/c/5bb36d644f4c6a714b5c7a09

Platform: Wish


AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/5bb36d644f4c6a714b5c7a09

**Collection Date**

Fri, 28 Apr 2023 04:53:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IV89NDHpB5gskFyinnGGoHg6uz06ZGXYBiX3zJUOCdJlkGvmxmHQNZahN8/DdDMyq4Pcuq5FrpYRv8IVKrUC5n+L7rLYNDkFh1Se50KbypixDylicJSblsBQnDJYeLPPkxy+Hh5t2H0E+NFoMbKKwrNeUX8nAqG1VLb+frRyCPc=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5bb36d644f4c6a714b5c7a09]]_Fri,-28-Apr-2023-04-53-06-GMT.pdf

**Hash (SHA256)**

30dab702494d4d4c119dclff5bd3ec821fd3c254085425a844536c7562e57a517

**Signature (PKCS#1v1.5)**

bTIHMWhlznChYhptqVVj2jgfgNr0PlufLoSqwpv3PB5P3c8mVf0JWVum3/7dwtvdLp/y+oDEtug7sbLl0+xuel7rFWnmt4hq3mMQplyh4c961rtQEBLMnVQSjOK+ocHhad+eeYKZW86p6A+kEhE3suqQ4s8H2dtHCHdwWmB6gU4=



DOE: 83

Seller Name: G6G5G8

Product URL: https://www.wish.com/c/61347107f5507ac8ff7757b2

Platform: Wish



# Evidence Collection Report

**Page Title**

Net red sunscreen shirt 2021 summer new smiley face printed letters bamboo cotton thin long-sleeved t-shirt women's jaet | Wish

**URL**

https://www.wish.com/c/61347107f5507ac8ff7757b2

**Collection Date**

Thu, 18 May 2023 06:22:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

2a0d:5600:3:15::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

T0YzF/alWSMNa6BMg3lck+YqEdkdqZ13OH2vqDioP+PH5lJ7ycq0Pt79PuFMdUT4WeSF2Knvak18huolaLcl72ilTUqbEpKrsCugf3ui6WTrMGR5ygMS95neJVsUh9sjBXmHOqKkNW/JrG/29++ACJwE+OGG0LSlqeNLwW72/L8zUKvVQMV714A2k4mKZJLkADnngWesEVfyRNrWpneVfLu3MtmJSsHEJOV1KQViNkYfKRiSgQQLYx6UmT19eLtNWQAs3rR1iiOt2GecYxJu7Z2FSRQu7sv.lpryvd6NHQIJJtCo4L4bXwey6zWDymvjYTAOHtZThPtwp+JYbtX0dA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]61347107f5507ac8ff7757b2]]_Thu,-18-May-2023-06-22-08-GMT.mhtml

**Hash (SHA256)**

dd84585db079118115e64bdae5c5c2b9ce8d12c49ef25595a557844427215a9af

**Signature (PKCS#1v1.5)**

JgTncQgxFSSYzu4MLdWed67ykjAys6vvzeLuW7duLGUAWYFGnaXKh04nUme4zu0hLPfgwZjowPPbdZjz5oRpIqsDqwsYfJiVxkSCK+Nnu8KkcbssD6csHgeSs4stATmtZxqpDRX4DeV/0uL1Pa5g8IafaIXkpwLxAh6pefpd3A73pzFzx91CuHkpLW+BYYq85wQeYUw6AYzzIejzyRobrbFnr95tYMlJC3PwLOscv4teCfVDlcwWetupc.IJf2L2XyR/XKhSUUfD/yezj6KQ7C3OGfaanbJ4LxdWP9VA+zvTRAs12z7iE51Nzug+rWca7LoAuHs7h68TM+CEQN5JQ==





DOE: 84

Seller Name: 8tailuhu-a

Product URL: https://www.wish.com/c/5790637d813c8a6ed492e924

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5790637d813c8a6ed492e924

**Collection Date**

Thu, 27 Apr 2023 11:07:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pkw2CxzYeXRjLE/p2mtE5+AdbXYK7Ak2JGOwaQNOVDlGdpTyFhvPIwrApM8Od7MRmuRQOaA4+UyjIFxYbmwXs4SRFIaPxeighO6kdrKE+N2zawV2JkzxteUyyiUfSfcK+t8FgEg6XN8/kme7M0X06GV2oJ+oKXMHp9+dL+lmiUi=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5790637d813c8a6ed492e924]]_Thu,-27-Apr-2023-11-07-29-GMT.pdf

**Hash (SHA256)**

b9959b062cfbbffd345b608a4aa98ff72a5e0a8a05d71f04d13d7785d588be26

**Signature (PKCS#1v1.5)**

G/rg6pDnTly/HDg1yI+BmM6R5x2XAbSvxBeJRxLhIRSHs9oTIUq9zvsgU6jEdyD8Zop7mMbVRzHWiZlDZgR4qZj9fHjyqIRhJV/QBamrvswYch0IPwcCHAqd9Sz65PEqEDnWWXchkoaDncjIQHvsaa90iUKQqatSUYp18vKhSY=



DOE: 85

Seller Name: nie qi ming look

Product URL: https://www.wish.com/c/6037436d66e17aa091364cb2

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

2021 New Titanium Steel Rotating Smiley Face Sweater Necklace Female Hip-hop European and American Long | Wish

**URL**

https://www.wish.com/c/5037436d66e17aa091364cb2

**Collection Date**

Thu, 13 Apr 2023 11:32:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hDM/LbLb+pwLBaZx7qKkOI7cnCwlNSpIXAg4X9sFESmIauNFZ54I1+y+NsUCJP/Ww6FVUnqjrgLYYIoyvf9VVWISaLAUsmHAHXaGeqvqBba5GwqhEWhLWxSTzHqU+189xKhLcRbsjsIT/z8sLRSoAK/5QXVV38Hxn+ejpjXARU07d5+YvnhFtgnpbH8zhz3oU7OIh/yfOCcvW9JV/ca6hrrmDLtmL0YYgQBuulOlSlDtvE8WQnkXetwRMnasfiH0G5sgS329lmG4MA4JiHbam7NQDBWd2BldqBQ615IdMOLP/DAqOqyqJ0y9TJvv6tHwODNZfly5U/LX8D1RuZzkA==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https]s][fs][fs]www.wish.com[fs]c[fs]5037436d66e17aa091364cb2]]_Thu,-13-Apr-2023-11:32-17-GMT.mhtml

**Hash (SHA256)**

8048deff203dfa2eb2e1a2615fd1c73a435f1c20f96d2969f78966de7040e5

**Signature (PKCS#1v1.5)**

JUL3wtRJhBAjcvKPut1VAcupUKQ31Lxjf8x9sf9rz9GBK2xaVsmpbnK5qxPjh8k+JpIc4w74L3SNa4Z1xGq54lzJynBA87arFqG6WMdHgz1TAL1vQDBPs6+MPDL/JfB+wRDCKvd88kaDReEmnt0uM90Lehd9VPW6VGm+XZhtt68GWOgjLecUsqYGSFuX)XUyrLjdYpZxc8Dh4+UBqE8jxFBuYDFrJFCTiGOmWSCgBCMaEEexwYmdfx1/XSxa5Fx+nGV+IxLS8ZCokqmhzBQtK5GJorLi3/gxiamQsMYGEYmVjQCg/AGFnAGdCjQ1LrsFcJueRTcrlfAPPo4yA==

---





DOE: 86

Seller Name: yupanli628

Product URL: https://www.wish.com/c/600fdcfb966a014546b2abae

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/600fdcfb966a014546b2abae

**Collection Date**
Thu, 27 Apr 2023 10:48:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
bE2UC3zIvvmKP9iJaA8Wr7e6KpLVxw9Q2bQHsbC595PsWS6KMF76HT/eqH32u6gDKDm6m1abCqqIBib/fqscbstcJbvPkwxeApXZN0Xtrf4ECw87T214uFiPrqXmioWqNyF/F8558eb7UWNuMGqLZbbinjZj+JiNGFkuGLatdE+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[https[s][fs]fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]600fdcfb966a014546b2abae]]_Thu,-27-Apr-2023-10-48-50-GMT.pdf

**Hash (SHA256)**
6cd9db75fddec681b936da104fa794b3bc4c9975b85f0578abe31964ad8726e4

**Signature (PKCS#1v1.5)**
GR29XrBeLZGxHBjGRo4GVEnSkosJ/6aOKlFO0UJkExw3G0brGDWZSvVzBEqV7pgtWD9UDSiz01ozKiHM+ZckEyNpZypiYULvvYLQgzJe0mH8KxhvLFtDA2wu1ZsW/Igr0nDEWkUwmOcsx2zgxKQYEuf1WL0KcI+ufqMh1rAQqk=



DOE: 87

Seller Name: actume fashion

Product URL: https://www.wish.com/c/60effc664ca69a1f63838bc9

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/60effc664ca9a1f63838bc9

**Collection Date**

Thu, 27 Apr 2023 06:45:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IdJFQIzoQGGfeqsOkPtbhYQ+6MbilMNttZsOxOW60U+mpvRNtzLpMpRPDo7S7hF49Hra7x71uGJtxvOcAol2dw2aM4n5Bs1zv6VZnKGP1wyTDrZ/CdMDMiMioDB5VNOxnEynhiZoRCZ64ShHvxLQaSsV4n2fCG5GSkrc7gQWNc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs]fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60effc664ca9a1f63838bc9]]_Thu,-27-Apr-2023-06-45-04-GMT.pdf

**Hash (SHA256)**

0416e19bd32ba7249184 3ac54745a9e495218dc519c2a1ea7f9678d4f910c80f

**Signature (PKCS#1v1.5)**

Y+7rEm5f0fwxmeLDSRj4m73MxPYXlsTjgckWNic87hMmb3jRSDNCoNsOEj0M8W2r16JYnAJ1PPIeO8Bl90QyqK6Bb1yj8SgPPDrdPEP6LyZeimRzfytYHg/ttK/2XeFiNOIlgTW+Q14WgKNJ/7zVo9Sc+fhOmWFzZ6rYovudk8=



DOE: 88

Seller Name: Xintianji

Product URL: https://www.wish.com/c/6333e690c0837f40f9960737

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY / Wish

**URL**

https://www.wish.com/search/SMILEY/product/6333e690c0837f40f9960737

**Collection Date**

Mon, 03 Apr 2023 11:16:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qo0mI/3ar0iUnMlkHzf8572qzvVAcgK7jPgT4MTslr7ccrdsBJwyQMAc+gie+1bJU0ZUZ7i9wsgsX7y+7zFXoQs33WEvO6LwltnuKzSVe2cP/DUslRB5nFdrrckHSissb2aP0lCjNxgHufWJHd5B7RzxFXiIBw5urT3LuLaqCl=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs]][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6333e690c0837f40f9960737]_Mon,-03-Apr-2023-11-16-52-GMT.pdf

**Hash (SHA256)**

0c88f2268a493891f8f6744ab9592a36bd1a0bc71ae63de25191526ad53f0b5f

**Signature (PKCS#1v1.5)**

cCx4FS63kpfO+2+2nTK62sS3Q6426G1Z11LvUGZ884EWdq+dchqtEo4DwXg062sA2jAdYEYQnaV2+/ZEFzRJVyAxApRNeUCV9cWwhVXUE6Ttz17dyE4OiNNe3CPPlswD1NqpDuZkwjw+SoKvGZ32xPZrZQZ2EtdbcjnZiCl0Zg=



DOE: 89

Seller Name: 3C Electronic Gift Shop

Product URL: https://www.wish.com/c/5fd87981da253d3025f98107

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/product/5fd87981da253d3025f98107

**Collection Date**

Wed, 26 Apr 2023 11:01:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aX7vuLSNWI/KB/ude6eRk4nih4kJRARJCSvZ2rVgtsQS9Y7g03l57sa8DCiPLixRgmjWfo3BltSS0lHk1+qexAw40WWgFWxllCqprrytmK+uzvV6FHsxqqza0E4JB3HQ1Pbcmlyj64PfrOqIVBFiRMpcMnBCURqtzQY3JE1AN68=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_{{https[s]}[fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5fd87981da253d3025f98107]}_Wed,-26-Apr-2023-11-01-55-GMT.pdf

**Hash (SHA256)**

7ecba0dcf06065736005630115f9a3d2944880303c3c32a364b2c7bef0a48adb8d

**Signature (PKCS#1v1.5)**

iELWLLP8Sv+a+EE6gCWpKiNoVSmvJAPwF6pQi/odaYT0u0W/jmjPpvaMWQAf+sWSmZBeErpghCelH9RnsUndcudPfTKFY8OBzloaaeB1GcwixYKvPXzotWKctq9AOJa3ZywTEX7stl5OWmLE7ZrpZB5aET2NEiepM+/0z/e5Fxg+



DOE: 90

Seller Name: Jcgdgxgfhcgcgvcgchvhcgv

Product URL: https://www.wish.com/c/5f64788cfee67a05d362eb8e

Platform: Wish



# Evidence Collection Report

**Page Title**

Mouth Mask Smiley Face Print Masks - Breathable Adjustable Windproof Mouth-Muffle, Camping Running for Women and Men | Wish

**URL**

https://www.wish.com/c/5f64788cfee67a05d362eb8e

**Collection Date**

Sat, 20 May 2023 18:52:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

27.147.190.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WNL0VzwlmV1whJZevz3BtvEQ0ViТCG3hewjl3fhIH4c3hGtWQJKmxTkcPgLrj0L6xX1qaaFJidLTmqB0b+SpoEf/lUM4F0WJpVJAy06ZuQcWQ5Rg4IyWA7it56I+McPVw0I4JOzIB5w/V1Zn0mCDEU4Zbj0zyc05gnJ29db77Q00alhet04nC53oRKRg+2PGUPYX9y0SjkUNA/+dlp5ETxKyo11b1C/ZkA23uCHaKgwBJCUV3wiLR8rzuPKgvrs2NmoPuhHDEG3T90pSMQJv8ujUG/+iXJud9MxAjPsGlL6TmzKg98lrB9UEWZNHowraF4CdnOJMq1HUBQG1vp3bA++

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]]fs][fs]www.wish.com[fs]c[fs]5f64788cfee67a05d362eb8e]]_Sat,-20-May-2023-18-52-50-GMT.mhtml

**Hash (SHA256)**

c3d1f56e2c5dee830211272121b3c3078b6e5490fd45051750879b58adff2dcd

**Signature (PKCS#1v1.5)**

Pp5qqD/M6WpmM+Z50RupnnQAT31C1Y1D2zN77dyjEaX6DaZliK4EQ5Qzm.Jq1KB5Ve9KcES16qvfW+g73rLkN/GR6UvapemZlHfBLqE1KV8vHgC6gqclu4P2uyMYtjShLbW2yfMSOuqOpD+ZmRsXR882YlhE9hrJhdY8pccUygjSWM9UP2efyJBAs6t+F3tGbbXWbEt3vDpQLaWczsv+ZPhEoGg9gPJL7cLMYt+BFPYl6OuuNAsdr54aZxgycugs7SGnnReBHgHB0doScuWsGpJkV0J3KTCE0Mmfjr4G3u4miFxc93+dBzGg12Xr214NKk96Ho3ulb3KnNW7Gxolg++

---





DOE: 91

Seller Name: DMZ clothes grop

Product URL: https://www.wish.com/c/60d6a09cb0d20a2da16151dc

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/60d6a09cb0d20a2da16151dc

**Collection Date**

Thu, 27 Apr 2023 06:28:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aOuXEJ4L1HoHtHu32z6trOad6DQ0Owea/QbrvwRKf4w9JsHpKJ0WTTqdOIfO6vycsim8D+AfCxM4Gf05wSBukSp8tIrC7jkL1yrKEgEPIPz/V9xq2mDnxjwJn8elm/iJsDIo2GITDY3J8eqN3RnBXaCknU1gkZsaTiFE2in/+ck=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60d6a09cb0d20a2da16151dc]]_Thu,-27-Apr-2023-06-28-31-GMT.pdf

**Hash (SHA256)**

f494416d48ec8410d07b1d1b97c5899d27da7549ff2544571d7f642f43184197

**Signature (PKCS#1v1.5)**

JqGx7rpq5PkEiwIHWAF7npA/fKKppyBAUUYXP6dpOJMe9p+IxpmmBUIGATHSSadeH0pN3xnMZb7OFzRSiRIpqsZeTyyP/I7zObLEq3vKHxu/y+I5YTErpDsG31kdKqXgSzhYri/nCS4AmTTelJ98UkNEiQ7DbeeudunEB3QNts=



DOE: 92

Seller Name: LHL story

Product URL: https://www.wish.com/c/60a76b55e1e0ba19bf55561b

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/60a76b55e1e0ba19bf55561b

**Collection Date**

Fri, 31 Mar 2023 04:32:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XoU9SK2nYTHEGHIGzU+xBOWS99dW1gtE8abhhw3IdDovnM8Yk3/c193cTj/r7ss/0266dHyksOFJoNa3pTGrpEKS7EZqj60Vhg+uC2sfKQ3iE/M6jSSOwcE8lRpPO4kSEUNpgmLNY3tC9U8CmMrQhDj/K2nUGnM/iw3OMyWYjY+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]][[fs]]www.wish.com{{fs}search{fs}smiley[fs}product{fs}60a76b55e1e0ba19bf55561b]]_Fri,-31-Mar-2023-04-32-22-GMT.pdf

**Hash (SHA256)**

e8fe4f0a9c1a83c960ea961b2f14948a6cd578211fea4fa3f878deb633395d55b

**Signature (PKCS#1v1.5)**

ZnAahhl32li2GP75rx2T1wWuh8elL0eP027yno64ZV/wx934oAvA41D2z5Gd55jEVKLccd1mlrzuH4QnX+1qu+F4lw0KAmVrfx0kTBzxMEYsU7S0lgniuewwWJvan3KnyysFQttuSmg6hunuywvmFzQqxGhWoGLYW1+upQc+



DOE: 93

Seller Name: zhangjinyou6821

Product URL: https://www.wish.com/c/61557bb3b65909ff7ffaa334

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61557bb3b65909ff7ffaa334

**Collection Date**

Tue, 04 Apr 2023 07:26:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bk694lz6CGPi/RD46Ij2c2VFUuMKz9p5cphFGSWIMe5bQ81o2s7a/27/KCnw1miLhs0e16NjZy7FTCvHQqa9AhhhPniGRj7G1b9N91NhuPLj8NTupO9StqovmnPBmaf9fApHiyAlj6hI4LeMFgC7osg+F/7GhA0vaeO0qEQcYIA=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com/fs/search[fs]smiley%20shirt[fs]product[fs]61557bb3b65909ff7ffaa334]]_Tue,-04-Apr-2023-07-26-33-GMT.pdf

**Hash (SHA256)**

17558908fb87c195e1d64073881f430f09126e1f019b040a24bddbff029293f0

**Signature (PKCS#1v1.5)**

EZvGzYk7WqR2AenpyIHhquVbgByRqMPrRPN4JixUMFA2quj75OvFzaRjR5GBpXNnu0CT6aVzF+jeQWa+d/FfGyt2W2V+8am+eA6K26Msuy6Ab3olza8U0xNZGSesNTYnPeMDKyAwVAEupSVHaRfz8KYkDPZT4O2KqumJGthjH9I=



DOE: 94

Seller Name: Johnin Flag

Product URL: https://www.wish.com/c/5cd66745e399744217b211c7

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/5cd66745e399744217b211c7

**Collection Date**
Fri, 31 Mar 2023 04:29:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
fffkc5ECrStwxel9n7ApXFsbL2VcXwpesMkeDy2dsHhLBGgJYCQZL/cjg7QD/ACgX1PSy3DBzvt/7wW3SOSv44x3P40A/j1TQAA45i51PRa3eaJ7ZVzIMNkPsYzDYHl1RPKyCSz278LnOeakEA6i95b5/mnl6dH0NwTEpyVRWU=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]]fs]fs]www.com[fs]search[fs]smiley[fs]product[fs]5cd66745e399744217b211c7]]_Fri,-31-Mar-2023-04-29-58-GMT.pdf

**Hash (SHA256)**
315d5407637eb791e74a57be357961509689c537b897970a8e1708977ac6120

**Signature (PKCS#1v1.5)**
UQwdjQgwxhaz89KJ67TPHGWFYJbKLNuv2FC1nG5rDBAy6JL3GVaagvpa8MJc95zAcQID+cQyfD78ClE3doG79A8FZ5b/oOhHdYSbvMht97ZYdDRCUdfpmoDlb9t7m0MU9Sq9yhDgO2XJd6aK10rJZ8GNUvVrK58LvdVmJ0U0zE=



DOE: 95

Seller Name: Carina Internationale Jewelry Accessory and Sport Product Store

Product URL: https://www.wish.com/c/6367d201db808f6811231558

Platform: Wish



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6367d201db808f6811231558

**Collection Date**

Mon, 03 Apr 2023 10:54:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VaDFmxL4tk/3kdycnikuzizCG0VrnTWCKr4evf+7LgaCd2UKX7VrvVnIPLT7UeAPeBWad4SqfkMYXHffgv7zQr5ELAIJzzPiNWwwMI5U2IWgZqzHBAc98aTZo5gMGvrrtGMYhg99lLgCM28S0hliJkGk+OMYHZX+rotFXw1S2fPV3Q=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6367d201db808f6811231558]]_Mon,-03-Apr-2023-10-54-01-GMT.pdf

**Hash (SHA256)**

ea2a15d85ac70bd8de5b578d382b8ba2da0c655af73d5ecadbe613e02ce912a7

**Signature (PKCS#1v1.5)**

qQrP7pBwkwrghudHzJSHB4Z0hBb6lVKdD58/lEsJLZ6QWUDxaclAdmC+tXaLAKryPi2v2nKrU/uSktMSkiF/zzm/FDnN0iWMEXtcTFtwPHh4E/KbRUnPXZAO4NguyC8cXeRdDugUrs/P/VaH+5t/HqdjdRkmes9kMUnfijoQj6Q=



DOE: 96

Seller Name: qingjunfeng44071

Product URL: https://www.wish.com/c/6391b9a93f4285a9a6ebeb85

Platform: Wish



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63f91b9a93f4285a9a6ebeb85

**Collection Date**

Mon, 03 Apr 2023 11:16:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jUfmJqVcq/pCdDcUZNDCmS3dsdaOxgzBVe2jBleDWlNa2f0Bl3O7kY6nXcWdvG59Zrz1v//ElSWOxLXcWY61Y85GTqt/oEN6lhWXZ47ut+LJvnoSP8zCss1EP/hGiW3RMCgs74uiM0b5ZKhw9cbVh0M/kArbPEQqS1kTeCWG6s=

## File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]63f91b9a93f4285a9a6ebeb85]]_Mon,-03-Apr-2023-11-16-37-GMT.pdf

**Hash (SHA256)**

00b9bcd233070e403ab8eea6ca510326a61e298c92510ad849e8b2d86b090B9b

**Signature (PKCS#1v1.5)**

aOygKZkvW8/s5CEZC8XS+z9XFyfnP9JV6RJ4tuNQapmo4RR35PtcQC0h2vMwcJyE30ejl0bT8m9EAGJq65XKoYsclCYfB2W8gsS3Cv/2wrhwHAwz+kiQehCQR8hbN5TFoZibnxojpf3vtVLr840pYQpA+CyAoJ7UafrmGfw=



DOE: 97

Seller Name: Power Sport World

Product URL: https://www.wish.com/c/611e24829148240c1be39f69

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/611e24829148240c1be39f69

**Collection Date**

Mon, 03 Apr 2023 11:52:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CXgLCpPPCmJlnr48JepauU8pksFwF25uoOnlPXF3FsowX0NQ9mE9ghp2N4tFKtToYNDyADRdk79lahOrZiFzCelo8Zc3/t6mqA4KzY88gsCLaTaN6PKDI21/TI9MfVUYbRztsUhmMBea6EYzMWpeud+Vs3jDeCtdkw7Jcqvtj3s=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]611e24829148240c1be39f69]]_Mon,-03-Apr-2023-11-52-37-GMT.pdf

**Hash (SHA256)**

022b9455032b8a3e2bbbb5fba8c41868338e782ea77e1fcc0e547041ccb56062

**Signature (PKCS#1v1.5)**

AoSZwPNhhEtjYJiEZ2cwpX5Hui+GvN0tyqaVooCcM75u5X3wBwRvgMdkAeA3GkW06cO+ex4M73A30WTlGPRArTHIBAiO4QlrGdAqhAiMFSStP8q7FLY2LY2vZHE/06LsNBkZOUTgJwW92eUu7ym36Hf+8dBhJ8DG0gkwsg7Kmg=



DOE: 98

Seller Name: wangpeng9

Product URL: https://www.wish.com/c/60cc9561b3ceb4727af83d8d

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60cc9561b3ceb4727af83d8d

**Collection Date**

Tue, 04 Apr 2023 06:02:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Xgue8VrBVoJBpIONTtM8ahzC88pkQMa0OtjFB76JUrh3b/3fXV6C3JEDek3oJcJwUuVEMbVpBGNOqqB/iskYpVUOQd57PBSflPvK70gklwmP8LrCzmnfZO9AtOsf2SnrsGNKhotYQWOi06d7/ZGyCB1nnJa/iy7LvXk4h5rQ8k=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60cc9561b3ceb4727af83d8d[]_Tue,-04-Apr-2023-06-02-11-GMT.pdf

**Hash (SHA256)**

aa3e7ff033bc6838fdb5792f0f0494030f610614dd9031ea30be4261a3ed3483

**Signature (PKCS#1v1.5)**

ExxVa/VB592pqkkTaBYRgZpvHECAoxY/q90R1ug53fJdW5SiMCSjtR4UPe3ha5yo5Tmn+b1gJneLADVj0/bhvOL0lTMBRGKmoR9UlSTWsG0Ur7sBNkxo2AOaUAOMAsbMae8hUHwqNRpCMdyha8wLd6PrgoZwWZUgP4DqjlRhj1M+



DOE: 99

Seller Name: Gransep

Product URL: https://www.wish.com/c/6195db040f3d0fe0aedbec3c

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/6195db040f3d0fe0aedbec3c

**Collection Date**

Tue, 04 Apr 2023 07:33:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M7hYOkX88nNb31FHO2zzGALfLCFe2mz13QmvTNppIshF44xh3PCCEmn1j377pVtXSu9EtVBwecV0NDps63W+tQbE4vuKPtkg7e+bENzwZfrg47uOjVXMEUbooysNM5zcnEiPe/M124zKcGLZ5YTKFD6HJUZ0L/jNv1dtZPdjQjk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]6195db040f3d0fe0aedbec3c]],_Tue,-04-Apr-2023-07-33-38-GMT.pdf

**Hash (SHA256)**

2163bb83e47b4a8f28eb85856bc49239f5c168933a95fab474caa3efd1b3e0ad

**Signature (PKCS#1v1.5)**

CUZVg1R7SIM4wOeU6bPbDvxChLRGUXnR3U0Un9hZ4Mz48JwMYjXEFOZqh37Znxl+k6DWZbcychJLA9nH0fQIN9n7FvdMHzCkvUaQ5+bu6SISyV7PsrNqciJLYVeuWHjFn+Y8RNw5qLQkNfq2pfaaiKHECOTx0yOyqQSq9pxxV0=



DOE: 100

Seller Name: Lminer

Product URL: https://www.wish.com/c/61869cf453b7748c37a26a64

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Hat | Wish

**URL**
https://www.wish.com/search/smiley%20hat/product/61869cf453b7748c37a26a64

**Collection Date**
Tue, 04 Apr 2023 07:50:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
f8c1ukl2oKLoB200iVL57Rvdh4JG+FgzaR1njDJ1fbITbgk7u3BAsPDceNDLJLyo0QWYQHgkRuPEzM+VfhwYoiZg7w3uz8gQWN1Q8Jn1LOSCehQi+8W+EZ9DDJM/Uinwk3IhAwi2GTmb2E1PZCSO9s43DokFsT9LjiHJgaVo07E+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[https[s][fs]fs[www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]61869cf453b7748c37a26a64]]_Tue,-04-Apr-2023-07-50-09-GMT.pdf

**Hash (SHA256)**
62114f256e0b8a99b66dba9e79e63b8396b71628f0f24f7c79c133d83c57fdb

**Signature (PKCS#1v1.5)**
EbzP4NRoKCxNb100zkvoJhJer87ZbaHe/4nASrcY2RktWoyNdEF1Xjo7HJCCRksZR0/A/uJOmLpuEsVH1iPcQSyRAUtS8nlHDKAwQ+HvD8UUffrDJkgYvz6X3U5hNbd0kEZMg9XZGOrpO2e/RB0jFAUPIOh4HeNwlAB437FfA+



DOE: 101

Seller Name: wujuan Store

Product URL: https://www.wish.com/c/6012542b7bc8500043f716ee

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Bag | Wish

**URL**
https://www.wish.com/search/smiley%20bag/product/6012542b7bc8500043f716ee

**Collection Date**
Tue, 04 Apr 2023 11:46:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2605:6440:7000:0:66:203:113:98

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
ZuKryZirzs8oh8DFZAL5EouW4h8qZtUeaLF8TSWcZJASHJVw299uH8HDgm1TRHyUv2EhbK+YI5u37HcAArbxEpO1VjgcPsQgpvRPa+nVlB69RGK9ytkv7pvdeM7CktrC7ui/rvgdP0OA4MnxdiAKeHybQW26Rw4rzhRleCagrEA=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20bag[fs]product[fs]6012542b7bc8500043f716ee]]_Tue,-04-Apr-2023-11-46-25-GMT.pdf

**Hash (SHA256)**
59c3c08035c4e0dec11f28c21ba73c51102b3e481c18b76c93668c114a821ac8

**Signature (PKCS#1v1.5)**
Zib5+nJflChrefdsXZsJBEB70xfPof5PXD/anhM9Y4nN5GjJqr0LDmMkKhGWaGZ7evXsbOwzFp67asQiutLWFfA0K5oiOM1p/vN8fd7nw8S36Zrev2tAXLtDemm7yiPhLzuTehtWwgiclQRtKd9uWWuhlpGuy8vNhFkzmOm0ZVgY+



DOE: 102

Seller Name: Julimia

Product URL: https://www.wish.com/c/59297f01451fa27b8abb2aba

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/product/59297f01451fa27b8abb2aba

**Collection Date**
Wed, 26 Apr 2023 10:46:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
d8JrlD/yjVJN6rchtUMpXSioJy9dnYCExuCHAarotHRG69Scy4ZwPYI2pee8tCnKKs/53MKL7dAvnLZFBZqPZ1Wqxf9X47Tbjw9TnoYSBJZXMLTu4UVWTMbdYqYOQGIIultp9D6Q/qJyGOslP6gway+QskE7gb3uIJXYLgCjE2Q+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]59297f01451fa27b8abb2aba]]_Wed,-26-Apr-2023-10-46-45-GMT.pdf

**Hash (SHA256)**
7c173ed637eee52b4827114c2305c38a0cab564d7f12d40bb16938b03cd6ef02

**Signature (PKCS#1v1.5)**
MyhioEq44j2n1rSAjOhj11ThWEr07wJH3JqU9uiCH[16SGJ/8a6sAhxHkBJqSJOj2CGzwAYdz/XxRpvu+EYQ5Bcn8JIMmX5CJddRgSOiXSCP872ay46jM+Zbx0RYEtZWi7Le6r+ua0PvRsVt6+VO9aPhQato6e9ASBimKhjOlk8+



DOE: 103

Seller Name: limeixiaoyi

Product URL: https://www.wish.com/c/5f22533cbac4df3c6188101c

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Cartoon Fruit Enamel Brooch Avocado Pins Heart Shaped Fruit Core Smiley Backpack Brooches Badges Cute Pins Gifts for Friends | Wish

**URL**

https://www.wish.com/c/5f22533cbac4df3c6188101c

**Collection Date**

Wed, 24 May 2023 07:22:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QZ300Vz1jRn/pkDhY4iYcnY6NbNcxRejp4EsZgENL4WreQYXwas3qI00d5kbpvs9NzEPRf1zQPOyAbgQ+3/z0DQTys3nG2O7GgMXUAjwRhW21JgzpxYbFNKfxmuk3SNi/8TZsr07I3cMdh3yWGd8w
+QPe6xXDw1Da5jxvOI233aMxGwCZduJLgM6l3cb3JoGRlq1M3fY1aGOv8LLBAQUUbQzJ08KjyqsBgaA6Z+KBxkmn00Z++TkPlC+wxxUB2cEWe28S9F8rbvvOW/nDEE3OmaGfU4o5lWoT2gs+bVR2vosyQpFr6L7X28G7P2j9Cebdh2754+FW8dUjGty1RjI3QVg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]5f22533cbac4df3c6188101c]]_Wed,-24-May-2023-07-22-25-GMT.mhtml

**Hash (SHA256)**

dc4d6a6119a2757507baa6b2a19214894a891cc15391dfb71bc3ec565690aa32

**Signature (PKCS#1v1.5)**

W4rGXH-XcThpOMw2MtVw7lqdR61bnHAf29Q5+jmzOGAjgUGmkdR1CAu/9Lb0I1Hv02fCrh87VBNM0ZVWhsVohItSI53fx7ssbX40xwuVIHYJZ7OIptoAH3gtn/qpSKmsNMAhni68+CqhOPlLRlbULqlFZz+sGwaSXF1eWjZ
+N7Dw7laGosgtsp0u1iw6MDArJV5vQ5Rhz3PrO6EOOMuh6L5EAMw3B0NnHWyxPnSghsnFbiuaXWfPhG9xjFB5Em4KGdXYfa7aCd1NiTf9171QPDEbzkfDlh/7DVQwDEKVPepVSqng/cFo4Rblc8Y1FBcru/F5+Tf2Fx8Esjf0twEYcQ==



DOE: 104

Seller Name: liaoshunying9026

Product URL: https://www.wish.com/c/6051f924da7d08c449f1f437

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/6051f924da7d08c449f1f437

**Collection Date**

Thu, 27 Apr 2023 06:26:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NLKRBt61i7498+Irug5GFRA7uIfXZf115fBTIz7qYf+AXw4tvBtgdeAXMcg8gGsci14Z6QWYFPFPWwUxiis9zRoTv0DV0dfeI+KoqjPfQAOe/y3vfzkXXVdVLO8ptWTh4qmqLpxyGuwi0234AKP49KJKznnpcRghog5EtpVNi/M=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]6051f924da7d08c449f1f437]]_Thu,-27-Apr-2023-06-24-69-GMT.pdf

**Hash (SHA256)**

ced2b88ec82654cae3b09712fda9a9ac4354bf4c4c88074d0fcbbe969e4dda599

**Signature (PKCS#1v1.5)**

OSgtUuorThqJbMVp3LxC8s29qyyJyfMapGGKJnQtNfvzoaLSJnmKSLSwPGPdS1msxFglZ0KfcBF0PP9RqTbipY/CJt/6uNH4A9KcC0KfZ0aaSLeye/kStrTEii+1K/XH19rSu+Ce+gLwwIq0mA7OsclW59pXWSDoMlVMaKv7yEc=



DOE: 105

Seller Name: Guaragandabou

Product URL: https://www.wish.com/c/61ad08b6787f421906681ea8

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/61ad08b6787f421906681ea8

**Collection Date**
Thu, 27 Apr 2023 07:39:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
RV82BLiiFwFCmtRjGIxxCkt1/NVWeFcX/Wz4U7L3oFLfuiX0mVLfLzSUFgmb6Qvw1jkW13AVcM2YoY+sguGuC7gc9IWbOOISn4ZChGczkaQie3fq2y28FYOkwzymbKQbyH5QA9RbgLglz/uhE6OiyoG1XaH0tAm8IbYw8Y3gxoo=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_||https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61ad08b6787f421906681ea8||_Thu,-27-Apr-2023-07-39-10-GMT.pdf

**Hash (SHA256)**
205e6ccb072d3802831cfde12889ed606f3b3b182ee15f6d9afa217773e4d8a4c

**Signature (PKCS#1v1.5)**
CyJW2uXz86uaX+18QSBMrR7zdYYCav6xoUbCyGyNs/jcvcgWNAk2OXLO+wpGEp8FMyMhMo5wG/eMhUmADCWRxlZkdnlb6Ef/S07+du9yn2SrqwMGtv2flRs7IAdS4pR+By+ef/nR7kf7A9xQuzdhKNKjuNqRDAAJ0el2kvXAk=



DOE: 106

Seller Name: zlddp

Product URL: https://www.wish.com/c/61289ec33973e7819b6f23ad

Platform: Wish



# Evidence Collection Report

Page Title

Smiley Sticker | Wish

URL

https://www.wish.com/search/smiley%20sticker/product/61289ec33973e7819b6f23ad

Collection Date

Thu, 27 Apr 2023 09:23:36 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Chris Stavrou

IP Address

2a0a:1dc0:4:3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

pPL+KNL5QycvODfwfsi00LSRSXbWGEfOSKtDfIb75nA76hXTPGCkVfwixN3fH0aasf3TC/4vSJDcnVMWh9/feyARtnaRuqHS1A5gxggFvZOTpQwcg+lUKJwM5udNCrehR77HDz0CZjx0KFcSALWNB/PxwfY3yZoeTKDgnFc=

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[[https[s]]fs[h]s]www.wish.com[fs]search[h]smiley%20sticker[fs]product[fs]61289ec33973e7819b6f23ad]]_Thu,-27-Apr-2023-09-23-36-GMT.pdf

Hash (SHA256)

315e9f7094b52f5b6f80d86d6b6d0342c00184c3e2c56592264554c6ca4f2b304

Signature (PKCS#1v1.5)

UIxuYw1XmKUtD5fk3kq9hY+rQp9pE+nqDlZNKSrfIYOczb+r9DTHz50+wsr6KSb1Z3r0l8ejk68fIDK7aD59BX6pDHd+eVZ9U9gQ1Ar03cMcsuUr3x8YltNpClJHeoHrJkv0JCZl2AmsnMBN64fJbriXawKopSlAZlEDAxuBruf=



DOE: 107

Seller Name: wanqidedain

Product URL: https://www.wish.com/c/60a5e0178517847c89e89cb8

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60a5e0178517847c89e89cb8

**Collection Date**

Thu, 27 Apr 2023 10:18:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E1ju4NcxlDQsAgCX2DAjpWj1OVRV6BIM3V9t8BXoiLUZ2EE7LE+DyZaxdzEF20DnII6nzmsSMEFSDHj/z+v0xCgsA0ea1vV4Wk4waked4llFHpYAr7FECeuz1ybZq3vJoAHAkxBZWPG8Wvk6oSSWgtyrYfxxxkx9kBBy5jLngA=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60a5e0178517847c89e89cb8]]_Thu,-27-Apr-2023-10-18-23-GMT.pdf

**Hash (SHA256)**

5aa608734162f5164ce44ece3ae608288a67e288c67fb86fae3db2e6026c5132

**Signature (PKCS#1v1.5)**

pVo33EYSPqUu5QWEf6srB1TT2um2BHXPqlPuctf+LetDNXBCiqFkyuWdF3XGgYxs1JY+soTfqfW4T1jQFik4gcYjzwPY6NsdwuLRQlHVbL/ztPiFh85ffHwKkipynUXKvn822HKTOs+SZ73i2yHT/6CjAf0tFD4BhdlR2zyalx4=



DOE: 108

Seller Name: zh52465

Product URL: https://www.wish.com/c/5fd1f4739c464728f64a997f

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5fd1f4739c464728f64a997f

**Collection Date**

Thu, 27 Apr 2023 10:55:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VX+Z10/Qt3VFeki6KNTQc8PoevXjafv1YLUffNjrvHGHAJDhCfGZFl2exegcqwacGUCqLZLTke8TUw+Tp/JGXxmTSpBwOnAQxJ8quurZyt4Hh5eCkqnr07PsdeRVt91Pdgy8CWrBNRR3PR8czXAn3N4X4iiJ0bgNgU+A9EWlc=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5fd1f4739c464728f64a997f]]_Thu_27-Apr-2023-10-55-41-GMT.pdf

**Hash (SHA256)**

efc11714e3a2149832b0a9bc3e0bf5d46912641506da3fecd393d5a8c54c4203

**Signature (PKCS#1v1.5)**

pb9qXQhSqANzN9ZbIYH6djhRyNTfHwc029mxf0C95bovaer72Is4jEb8nB/vLF8MzT1UzPMZLcSTT3/+wkewSx+MrfnUT6RJswzUnlu/Cshrl9fd02Jm3rhhXpSw7sy+AIZNe2gYzW01hsUn9stz5MJyD+bWaakco5KD0LCi3Ew=



DOE: 109

Seller Name: Sofneifnejfneifjeifjfufjdod42

Product URL: https://www.wish.com/c/5ef986ca0d83b5f9fe47df67

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5ef986ca0d83b5f9fe47df67

**Collection Date**

Thu, 27 Apr 2023 06:57:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bTcN/OX7/69WRR0aGuMsDrsNm4J6maNen8ZCNaAKPgFMuceGn80tCrTpPPJqYDWb6YGn8edS31WsvUVCPAlfXhr/xkFvdnXR9KjjmJRkSVHRcAVbUmb2uI3xpH2TwqVYSNIvREeeyqGghpz+fOpghrZ99VbvloGsPLEgGEfPYd0=

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]fs]frs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5ef986ca0d83b5f9fe47df67]]_Thu-27-Apr-2023-06-57-47-GMT.pdf

**Hash (SHA256)**

0b485359b0d10f281bdeaad7b70536f9b8bf7593baae6b4bda8b89b42e57c73591

**Signature (PKCS#1v1.5)**

Zz4VPHgDxQcMLtoqJM2NQTczU0t2OrDeMjO9+FCkL/56CqAfrm/1QvQ0L118Pgxr0qC1DlsUQvWbA7d5+7O+ET8bdZiq7QERLcmgDvKhoZnBRqRy72EQA9Cd4umZ/rWzr+H7VBzkbMqEQE9SoH9ic3bgtkgaKhXgV3PZrhhiL/M=



DOE: 110

Seller Name: Les_Tresors_de_Lily

Product URL: https://www.wish.com/c/59ef8f71fb76d116efb6841c

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/59ef8f71fb76d116efb6841c

**Collection Date**

Mon, 03 Apr 2023 11:43:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fHPw1y+g0i4Aajrsjklf QX6L+s50F+2y9c8icak/ubSXHlmBp3BpVqjNj6bUz0VbMV+l1lEa0F6Cpa5kCyTxvdqnEOiLfHGJ0qmJieWfl+3Pu6HTISqY4UfGGGJWMuoE3ffJ8KXDoxtgQX0N5arsvQ3S3hv/327uDDIV3Il+8iA+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]59ef8f71fb76d116efb6841c]]_Mon,-03-Apr-2023-11-43-23-GMT.pdf

**Hash (SHA256)**

192992d03756d4f2bc2cab3a81a1cb4809736bc09ea5dcecf29189ed6b5ee50a

**Signature (PKCS#1v1.5)**

Whq7zrLeX+jEEmVXL73NA2b9Msc+UviP/iu6nsz33cJadhiRpuoDOx/HKbVxm7k7qAm4gtEGFjq4jz8BZqB/T3Q0xrQmq2QCUjiBz1C8uZdEC/0Cq9nuVyDS4jh/w6gzXlc062O6t5culh0LavKQ/olDb8TlGl0HGCDiZB4ts5w=



DOE: 111

Seller Name: Barbara Booth

Product URL: https://www.wish.com/c/5f99fdcfc141653f90ab5ef4

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5f99fdcfc141653f90ab5ef4

**Collection Date**

Thu, 27 Apr 2023 06:34:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RwigZuih1vWNJx00zOdl1tlI1dWlJaj7uSNKiBaTA/8lcy1Rni7nlmVPsS+IjQ6R6v52HelNg/LWefOlaO1Cmwe9DjaKTcj73kaYP0mjeyQXbvpFWN5ErBtC2byJ//plL6egOvGheed5KqY7+3PCHXhKA+BZcN8EWUxurPUgY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f99fdcfc141653f90ab5ef4]_Thu,-27-Apr-2023-06-34-55-GMT.pdf

**Hash (SHA256)**

e9d228ae69ea4854a8d753cc0b9a5c1bdf3bf46b2ff0a5ae01b6dc582069e571

**Signature (PKCS#1v1.5)**

VQ2IL0EFr38OayA4FZr0hwtO+1Dxses0O4kG3DJcQXDByepQuqFW1kKDXQGukEPWiKS8ULFM1noI4EUtsgjLd1OjYd0+/btMXpiF6SHEpS4oc5fmjxgBCEtqcM7CYVfP0PU0QX0ClxYr+DQ5dOoHDEsHAgQROfsysq9aQKl2v10=



DOE: 112

Seller Name: EstarF

Product URL: https://www.wish.com/c/5e7a211917bb6b7ac64fe949

Platform: Wish


Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5e7a211917bb6b7ac64fe949

**Collection Date**

Thu, 27 Apr 2023 10:55:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IP7EkI/VNeCz7n7aw3NWkm1syx2GRbYwcGTeYcvd0DIBNXXSWbaIvkbbG0D/5Gspg03EhoVdaGI/6UC5p0sEI8FA67SU8p7R8ZtOH4M5w6R0e6x3jHEoh1LiIYCs53sDVS0HYAXILpIdjhrsq7ya4SGiRC9Z7D/A+4yI5YV+jo0=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5e7a211917bb6b7ac64fe949]]_Thu,-27-Apr-2023-10-55-28-GMT.pdf

**Hash (SHA256)**

98c67dc454a4e1c72f40cfee90b9d5b3d52d6e2750305ede6d3a85f4968c96d6

**Signature (PKCS#1v1.5)**

EPhoKp97S/NKpBu8sir+z4or31yzICXFo9Yo3OKYuEIeICXxG/t6IqRGq9TcW64QYIcjE1mEP7OygySsBwvbE0k2x/qH4wVDJgK/odWNVRae9fHP5PIrMYjGvej9jHm/7S88dRToPmmtmPFB3y177qS0+VN8CANp1OPrrN3Pu4=



DOE: 113

Seller Name: panliuming fashion

Product URL: https://www.wish.com/c/5bbb1bd871987e1694255c99

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5bbb1bd871987e1694255c99

**Collection Date**

Tue, 04 Apr 2023 06:52:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

esZ0shNW9K7L/k7IzR4l26mcj8lmnNDVFrMJ3dt/F0ahfzy8Pbw27CxoFzDRRmVGWJNFQSme6/Llh1ZVRxOXcu0cUx+KITpW3y3BVq8WadEjvjlFT59uTaNrlZzx8zHVY+MF9mOJcCQXSswMVC/2acCBB8dOBwuz/SnME92DPXs=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5bbb1bd871987e1694255c99]]_Tue,-04-Apr-2023-06-52-19-GMT.pdf

**Hash (SHA256)**

7444015e914f4e23fa9fead90c324b1c000b9ee35362d228e5c99ec644520632

**Signature (PKCS#1v1.5)**

oalqSSi9jTFFbESh8/Hbi7F+E/IGcBzsrOax9HXjXlDW1Iz9aeAfTp2/B3OvMds9XmEwB1H7u5TmPcpJxEhyEpPnGydCpi+HAzWw33YNsEpBXrEvExiHZeLadBWs3Pei4x4vD9l1CX4WZrJ2/kJb+y8kszocfyPHaCxAmWzZFx4=



DOE: 114

Seller Name: shanshandeshop

Product URL: https://www.wish.com/c/5b0ff097cd1cde2113155662

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5b0ff097cd1cde2113155662

**Collection Date**

Fri, 28 Apr 2023 06:27:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Rq8i1QYux3q0g2syQp8Wt0RRhXPEAkdule1K8/QXDunqbt899kQv/JfFO+yiH8YT0XUkiDUPIQQi4F6VI9/4cBoJQErZXtwfDRIyJh1aKVuZL+f0sD8QhhMpaGh4mfvOVXpCR62KNfZS8xbFjd69qUXu0qdSVFatw1i51s+AiA+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5b0ff097cd1cde2113155662[]_Fri,-28-Apr-2023-06-27-02-GMT.pdf

**Hash (SHA256)**

c3668e3afda81edd15f8d4cd35dfb44423fd19a753258c3c19208e6dc8c15b50

**Signature (PKCS#1v1.5)**

UAGvmHUEK/8+OVy2jlDCPwxd3p+8X59XRsM8G+mHhWnESR3Iu7cikZVWkYAnAMMRmHHcGq0WOcsa5s8Nfe4by5d/Krz7uOtwyvjkMb6QWduOtTTohWpiR3gmYZpBz8lf7J9ogptzjHubz0MOgb4x7iwAyv8FDO1rpuy/Dmllk+



DOE: 115

Seller Name: omsmor

Product URL: https://www.wish.com/c/62c7ae65de24628645334964

Platform: Wish



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

Page Title

SMILEY | Wish

URL

https://www.wish.com/search/SMILEY/product/62c7ae65de24628645334964

Collection Date

Tue, 04 Apr 2023 05:53:27 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Sarah Christodoulou

IP Address

2a0d:5600:6:80::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

Z93BnwLDiNO2Cc7SAGOpg6GefQLOQdTBP/2IPhSTrvOmsnVi/PiuFuyAXVv9zt0PUSgxlg7xXDR6yJvLOk5s4q5R6s+qdQ+HoBF/zxPuetb0OPKYx7GF1Vv804+7wZN0GVhuF0BMLaB774W704ddR0fD9mRXymjRL+uqDL7iAkE+

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]62c7ae65de24628645334964]]_Tue,-04-Apr-2023-05-53-27-GMT.pdf

Hash (SHA256)

676d8fb5e0a56f429a39621e76541983f286ebebb710017e89e1e1c5b39137781

Signature (PKCS#1v1.5)

IIqSHirW9Z9mM7TJ/9bSjmU/MnFLSKNbU2axzwV7wuth8l8pYzFO7OKdtEmfXyUrcdVXd30Ckx4kw3zFXUH/OsVdR+9hiUIEzd8/9WEgh1Of0VuAkdSj2IX0BNN/Nc8dP1VxpNEDMgyZH7rYenqDAh+IkRwp1I7IasbIHi08+



DOE: 116

Seller Name: vpower

Product URL: https://www.wish.com/c/607fd6c0a53107c9f42c2469

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/607fd6c0a53107c9f42c2469

**Collection Date**

Thu, 27 Apr 2023 05:17:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YztZi+RB82Bum8CK120phoWw9DlKtjvdvGgQEmvsel16R1Vyez3k0xkDNM3/vkySgtnkGFg97X6i8U5gPrGaVX/0iQI27dGRnmStPSh3dQayFXwKvUbU4S4SbIhEjakdKWxn9Y63Eh8OJLoT/opIhz0jJxck49UPQEhuig8vA0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]607fd6c0a53107c9f42c2469]]_Thu,-27-Apr-2023-05-17-23-GMT.pdf

**Hash (SHA256)**

eeee1a2d78c05ba6250ec278114c3aa5a5ecaa2250a471f8e3c0c72cad6bec0c

**Signature (PKCS#1v1.5)**

BgS2Rw3ph43jslRtaw1WJM4apKehwbLiCi4boFWZvhXuxpTFiSd8SAB036GMdcMtNGV+XtMJ2IA8Gia75c5YtLHQl0uguvd9k9W2TIm7PGK1UEk6nCMxFU0Sf/eXTRZpadMkuyje1KwRDSWwhrJwStE61bAV9023wZY1J4V597tM+



DOE: 117

Seller Name: hdnjshuyfdtu

Product URL: https://www.wish.com/c/5f76741d7480b4003b4d7232

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5f76741d7480b4003b4d7232

**Collection Date**

Thu, 27 Apr 2023 11:03:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:16c0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GxYxnrLAWX7eNQSRJJBG2z+tIDzCP1QiKzMbR2echDvYgEuGuLwgZ1QpLQtJg7Di9uedu2MJXzzESx1oKyXW2cyXJN2hUErnRLLgaJTbFLPLvCfgQAa9tN++010wmFQ9IiotT8+KEstMEYjMobnvv0JLhFrSU214rl2L4TTGRHA=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s[fs]fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5f76741d7480b4003b4d7232]]_Thu,-27-Apr-2023-11-03-05-GMT.pdf

**Hash (SHA256)**

8ed9d9e8eaec1d1e8072a2669b44df60cd78de1be889cf5a283493f778d8dc36

**Signature (PKCS#1v1.5)**

BxNnVeyTfCNVu2wjmLN;t!j8lh15Ycj Nq90L4JB3qvpfUHLyv8uJ6E7QtN0dNMf6LjBDqbYUX0DCXxIA3OKiGqov690wVW/0xo4TcPUvElhvBDN1rLHbQhKc5KrWUf1TS/K5BknDtTEYnFGTMeHmN4L5+kyq/INrx5L2xFwErJc=



DOE: 118

Seller Name: Yanglang1992

Product URL: https://www.wish.com/c/62beb311b835aed399129aef

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/62beb311b835aed399129aef

**Collection Date**

Mon, 03 Apr 2023 10:55:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Aja/2/daoMuD2eeECSp4UFuIGs0507FMvLli3twKBYIdDhnq9KaaLn1LZM7lGejWmcgY4Qu+fhv1gsEVrsQ0aXz0xGTduyXzqUjHdTg8yMMqGAwzeBP2BsNeGCOOXbn34pTgCByfPxFeXDqbk3AoiWoC6CO+ck9X9zLtTI0PNc=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs]f]s]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]62beb311b835aed399129aef]]_Mon,-03-Apr-2023-10-55-16-GMT.pdf

**Hash (SHA256)**

7b0b31f10b42d8286fda9047972dcba73b42b250ba6a8c9d3d8e479675f9adb

**Signature (PKCS#1v1.5)**

hbmD9M+Kt1nJhpb7oSLPzacfU8/2MkhlEaAp9Fx4mlJG4nAOGggWpi2UuZZQ5u87zq2yRWny6n/Uq4cRZclA5pp9fOlbr1sPR38D2G326yRo3lsG1luzzd//G+6WaYcH5g4zHd3pmTV9GcSSlJznFOKJQxgAtFZNDTocX2DOcw=



DOE: 119

Seller Name: tan weiike

Product URL: https://www.wish.com/c/5e552dfd0c38177d37bdb379

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5e552dfd0c38177d37bdb379

**Collection Date**

Fri, 31 Mar 2023 04:28:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SQuEdsEETcpLs3M5XfgNyr+O2Wd XbJxRYKyTmJuTnGev3ScV8OBeKRfKl7MG/Wvl6Fn8PQPwtCbtw89L/ZOcBl0Xtn6ubjW6ll8MA3/Zczvx9FHIJY2xFRV24XNNwg06a9l8Lb+dAGNoZRzjkQrf0U5Zl1NkPZa0+PfBxXbY7RTmJ0=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5e552dfd0c38177d37bdb379]]_Fri,-31-Mar-2023-04:28:49-GMT.pdf

**Hash (SHA256)**

50bb43d67bb8e6dcacf138fdfd1f276bfc4343220f1422af178ce6eba7f9338a

**Signature (PKCS#1v1.5)**

K61xmkhaTNGEx6UEYyPzSzRWp2m3u9e4KTKQpPtM8KFON1wFxEKlCrg8CLYopC7q1Fgr5vkHb71/tlCHgu2YLBoW6qfkcRF/IsQRYMcFW5kM10WHmecUhypaPZLPiWOAixZZYFXZHpcX3E4EjAA2UOJlSn1/U88SqpDqaEXg8=



DOE: 120

Seller Name: liruitang23970

Product URL: https://www.wish.com/c/61bc3f985c0e28ce0997678e

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61bc3f985c0e28ce0997678e

**Collection Date**

Thu, 27 Apr 2023 07:06:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

B1OwQlF8s9D3HUZjV8S2V5kPvq5xznfBM17w15hy17kqhT9FmONLKW1gkJpn59rkaxfV+sDSRHbaCBwVJTVux3KF4GzN3Yiu0fQHrpJsyFT+GjRCbe80c6oaf41oTvVF9HfEokGUTXFZntqEjg6pLgGBgbQ9yiUqlyqiMEusRo=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s[fs][fs]fs/www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61bc3f985c0e28ce0997678e]]_Thu,-27-Apr-2023-07-06-51-GMT.pdf

**Hash (SHA256)**

11e2939916e01334c36a12d964a7c9fc13a66c93d0605810S4c9d4702f63868S

**Signature (PKCS#1v1.5)**

XWLLlQG36r0s0+GWDby756KbmDEpnvWyYt41JH3JhZ1gLNS3JKe1pDW6qBR4Q7aMAhUTFY3JLwFHQnzjcZbh1xbKmsYGVzTkz/ZEjONQ8QWiFvSFpWD1U2FOTOhgNKBcxQrCCLS1t6uAEdcFmxEHIAbvHZF39jAQPLEs1hkyrQ=



DOE: 121

Seller Name: WilliamW

Product URL: https://www.wish.com/c/63286b628f2b8b6e8c2f6eea

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Rainbow Smiley Phone Case For iPhone 14 13 12 11 Pro Max 14 PLUS SE2020 13 12 mini X XR XS Max 6 7 8 Plus Liquid Silicone Lanyard Soft Case | Wish

**URL**

https://www.wish.com/c/63286b628f2b8b6e8c2f6eea

**Collection Date**

Fri, 31 Mar 2023 06:13:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VrDetjZInqICLmjbTeg50rhbqLZSPwN3B5q17+s5Ao7823DJR4nSHzm/InW0/5eDQnkcv+adGLT7UQHFieNfgFspD+3sB0KAfR2YoJSXHfgRiUwidI2bw70tzvlEdK9ShAyjagMpTqbgNhq2XwXz7Hvmk/Lhe6v/ZO0c8UYEGeamP499Iis/4T7aQJn+Q+0rkP9jC0bd0wd09IUZ80bmo6MxTwHL5nBuhFTPwSJY3kyVICM0wgH4jw6xKwrv0wTzuu/mUOEDKRiguLNSW8ZFE6rNX4tfO1AC501EXVvJ6fR91QJwblB+p9gmtCkLrKcrg0ERYi7uiH0ZI5MMu8sqA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs[fs]www.wish.com[fs]c[fs]63286b628f2b8b6e8c2f6eea]]_Fri,-31-Mar-2023-06-13-47-GMT.mhtml

**Hash (SHA256)**

26df9e829ad81bcb786109a0853412b4c7615ded53d3080618767e00cec904ec38

**Signature (PKCS#1v1.5)**

L4gjJd2eYqWaHdhPpu4r4qvsvMSz2Tv9m4qqmQk9x+ZvAdLfMbGpWVwpYiT/XBiPzrHcwZRYiAYzCUdHF9ttwss17drHDvwkLzL/lr5Leg17JzrtlhzrO2IHjkbpHG3RB/SFdKPzBgcuvPg47tfGiNUQQW093PScB8r401CbfgX7sHDL1mIy97/6bjh8oNnN1fM55fRXgUmZYsKa2wXLzsexhiEkKISYkrPlC2yJ3MClf0ekndUgUOaTPimOpQGyS4TFT9l2JNiTv+CvBfqUov0mtRZeXa1A3bPbhnBwkWnam5iJDpztyjl1ows7CHrfQOwdXhLiP3c8AdP5LKDDrg==





DOE: 122

Seller Name: lvshengying

Product URL: https://www.wish.com/c/63268ff3203c06afaf378d36

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63268ff3203c06afaf378d36

**Collection Date**

Mon, 03 Apr 2023 10:55:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OrTJ78fxy/whZtuzXqm6vOxxnWRLzpqPFfWKklvF8NWS5XgDMa3BSE2SlVH+BClqQHSFS956VfP+7jeZavcNT1DBkxBT52quDqPqF1T6haX2vUA4ZfcLqHoeFSyr++M8xIKlDZmgcoqShWVsop9kzArhvnZKPuFSigrxIPJUY=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]63268ff3203c06afaf378d36]]_Mon,-03-Apr-2023-10-55-30-GMT.pdf

**Hash (SHA256)**

7804dc487b9e493c608e206f65b7b413bfe85885472666abc6ab9fbbd5dec5ff

**Signature (PKCS#1v1.5)**

qFmrCezNheDzfiHvXSwU9IxFTscE2eSC61djwi6eZOHDbMBeP+DiFL2YWkrD6+t1SrDqioxiPfOr5QdD8FEScmNnVBgW4Si6wcFmPgqead02pogss3NbXrQPyyjuKK1fukRUnCjqJyHv4l99l0QePfzWl2tpAcCoV969ThmLTQ=



DOE: 123

Seller Name: newwule666

Product URL: https://www.wish.com/c/6180f33c47d3b85718986ce6

Platform: Wish