

AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/6180f33c47d3b85718986ce6

**Collection Date**
Mon, 03 Apr 2023 11:17:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
C2nS1zNTpBhWGNPLiNhKgV1iQPA1SH+GGZKAPXfLvTi5QdJbC4TTw2PbIYjmLwDcAa0aSbgbDQtWEBYt73JTjKQ9M9s+knjY3S0JNUm7xt0jFLy0FXm6nz8KLRbqMuN/gKDCCjXrgUWevot328hXwMJm7W9eF2BW2aagndD7Yg8+

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6180f33c47d3b85718986ce6][_Mon,-03-Apr-2023-11-17-29-GMT.pdf

**Hash (SHA256)**
4b7e6fb30e282d891786f371694ac95e311dc8e0336b971063b64ae803163c61

**Signature (PKCS#1v1.5)**
rxeY8+jSZk5uYHtNay7mpJK02Q/nvF3QzmF1eQmwzbMfjDtuTYsX42csM7Lqe9/shbrn8jCZ1oRsxBKN+3uaHjybnmdDPtE/v8ct4Ckna1V+nHNbE5rLX4YAvp3bTvk8oquC0+rGfi1m8xb4oF+lwHusQ42rl4puc0CdK8Emzk4+



DOE: 124

Seller Name: Csndice Jewelry

Product URL: https://www.wish.com/c/62bae724a205b8de61246ef3

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/62bae724a205b8de61246ef3

**Collection Date**

Mon, 03 Apr 2023 11:59:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ObJ+1t8QiQb6Sam/Jvvdz7ONk+ehDYTB0L6h7z9nhU2Gd5pzFUSkqsIoTMUHuILQeqiwLE9bUB1C72e3iE78xiwVTFh/witJC6MuDSrX7PjvRK37D2nUdiubERzn7RpeYy7GVCbH/e78b3kRgJA1m1byL6XSiDZ+JY2v/A/XpE=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs]][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]62bae724a205b8de61246ef3]]_Mon,-03-Apr-2023-11-59-03-GMT.pdf

**Hash (SHA256)**

385aacf8a96ba14f2845518e6af8945f4b02dd3b3d77876ccee6c3fd4ce1d7f4

**Signature (PKCS#1v1.5)**

daX/kOl7NXFmhufipnTz3EW0YtJzv69GnkCaOmGr4LwH0CHWeYsQ7NaAucypuNJ1VJ0kU0rZbzAFygqkvV+LQiGqKac3CCPfeYm5FHgjExSeoKamAopzEt57YsHvXJYlVxvmtPJiibp1KcNkGkMkEfzSD2bhrcriOkMh4rmc9mf0Y=



DOE: 125

Seller Name: shajsdaass

Product URL: https://www.wish.com/c/6087d58b2551d22694677f0a

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6087d58b2551d2269467f0a

**Collection Date**

Tue, 04 Apr 2023 06:16:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OBkgozXXqn6AIgUlBeIfXl147c/u4EE1UEWppmGm2txdxx79GlZe5j0JnDPGKYf1a2an37l0JhCyAo72Sg7GDDIi0/UG9bTY4SrGk6oAuAzKD1EMhFv/hztxlXDRfDxwafJvPwpPgCn0YCeTmk6q+aVG8RI1ijzjMJ60crun0k+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][s][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6087d58b2551d2269467f0a]]_Tue,-04-Apr-2023-06-16-00-GMT.pdf

**Hash (SHA256)**

fc1b33efaae1d703ea88934ada8a76ebcd653479720e5c5618eab96a53acad8a8

**Signature (PKCS#1v1.5)**

as8bYC2M/JMGNi4hfAaEYA9fLW9P3YCLPgzRdiild6tHAmQKst+vetAK+46gioTzMB6ULDRtTlNq+Wllbu9mWcehjcx/dkM4QcmbGVqCjHm9/vJzm//BWnrfxGEd0vQal0Kv+bMWEgMMkiLR1bZVxHEGYlXoyvqXhAOstoU8f/Y+



DOE: 126

Seller Name: uskbtkshop

Product URL: https://www.wish.com/c/6146fc897acbf5432e60e162

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/6146fc897acbf5432e60e162

**Collection Date**

Tue, 04 Apr 2023 07:34:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TGFYy9/n6zV8vZRPa95xQ2qNxLozq2UdKZ6bAdQ8fsRwSm6ER9qut6iYajBMdq1a9JlQkDv5ZsS8kml8GMOcWQjjV73QCybslMgUzVKQxe7HzIWocE00dbf1NMOnO+0s62VyyclcqYlUfJoWbdug+lg7qLyc+foYBiSVN4VdIBA=

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]6146fc897acbf5432e60e162]]_Tue,-04-Apr-2023-07-34-42-GMT.pdf

**Hash (SHA256)**

eac9b7d3d15c8b443378c94252e1bf30454aa1fee7312b0204911df650168efb

**Signature (PKCS#1v1.5)**

CRN4QQfCcYlfYqCEY/r990XT2L2vO7kKsVNioBBY79N1tE+vcY/WFNYQPj/cGrSs/jGneQBgu6YBKEcbFbpnPKdpoOdQXp4p6iSZuBGbGJIC+h7ShNXWzJvOyODlWbdlQm/W+P8JkY95ZlzZ+m7HYX3FviX4L0p8DsCXUkYQwa8=



DOE: 127

Seller Name: xyz fashions

Product URL: https://www.wish.com/c/5ae2a8d21b3a823746b8f137

Platform: Wish



**Investigator Name: Chris Stavrou**

# Evidence Collection Report

**Page Title**

Smiley Face Stickers | Wish

**URL**

https://www.wish.com/search/smiley%20face%20stickers/product/5ae2a8d21b3a823746b8f137

**Collection Date**

Tue, 04 Apr 2023 08:07:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

G+m7w0LEZ4oTb8G5a4Z70TTcdqZPaAEa1YQE2xbifrp9AAK0WlO+kX2o6FEgi1tLb5ns04MT4lN9grOHPpa2Fyirbhsz/7XqfiaJ5n/hgnLTdnSHgKT2UR5yR8z6RyjSh9sr0Zi0KmKFX3RxDzcc6Ke9FM++OGVUeEc81rYuRyA=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20face%20stickers[fs]product[fs]5ae2a8d21b3a823746b8f137]]_Tue,-04-Apr-2023-08-07-43-GMT.pdf

**Hash (SHA256)**

f90fee37fd5cd6029bdf9b244a1184c6238b59964cfda21717f3e1a08cc4c4ecc

**Signature (PKCS#1v1.5)**

bD4Tlei7jeMM1h7h8ahOr8PtjCajhWl3q54YxltDnYh2GihxK10urntjIhHhGdUfkSnNV6LH4eDgCEJSJG/rMXItsJUZdZMhUWpta9MIc09BrkxUoiO2flpETWhHf+s48W+88gFHkOVwC7vjNSWTPzp2xu7axBwKy2GGcdNC8Sgc=



DOE: 128

Seller Name: WangZiXun

Product URL: https://www.wish.com/c/62f08ae24f8258effdb3bfa1

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley Original | Wish

**URL**
https://www.wish.com/search/smiley%20original/product/62f08ae24f8258eflfdb3bfa1

**Collection Date**
Wed, 05 Apr 2023 04:58:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0d:5600:2:13:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
c5rU1ULcx8jwSZto7O98Mrm5vwF+LUXQckUzpcieJ2jEbSLe6Fp7aFOyqI7Ocdy+jstuKMJPJ9s0XqHkTAnhA8VPCcqLueC4/VFhljGPs+ILTWa2RGUSaICpXD1+oxOLw4NQHqkdqAsearVvd9nxSEGy/QDOoVZfbDQs/Dg+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https]]/s[[fs]]/www.wish.com/[s]search/[[s]]smiley%20original/[fs]product[[fs]]62f08ae24f8258eflfdb3bfa1]]_Wed,-05-Apr-2023-04:58-17-GMT.pdf

**Hash (SHA256)**
adafc2d677abe3b35d64a3edeca4882a596d044eeb26df6b520d2276650b555

**Signature (PKCS#1v1.5)**
EyAMQAUsmLqYLM1d1cZI1zcLrJp4leKGE5ziqUVLbqJqfRDf8zSGJ1abVb0OwnCAeL/GSE8AgY2NxG5972Uf87H+6noyZJ1dZzzqF4EXdW7jxxmWCAKP5rmM44dqdJzW41d0zn01rPigD2XInrLW5plYW1tUMpi9BTzrHerldHYgM4=



DOE: 129

Seller Name: WLL fashion

Product URL: https://www.wish.com/c/5b4752a354781d1715522691

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/product/5b4752a354781d1715522691

**Collection Date**
Wed, 26 Apr 2023 10:47:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
nnxI0+/9bvpLl3Rk+O/b5kd+KsmRNvtjSDcB919KiGDOxZgl9U7wthQhDJcTDhfhGjPblTYqRJgldRd6VIw33cIn3yqMEDwoo5l3cnVi6WcW2egb068DxpQnyIrEX2Ez0DWKZUxhsP3pYyqu+3MVQv9ear+A3Dk6kOpJ7V9BHk0+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[(https[s]fs](fs)www.wish.com(fs)search(fs)smiley(fs)product(fs)5b4752a354781d1715522691])_Wed,-26-Apr-2023-10-47-21-GMT.pdf

**Hash (SHA256)**
145cc446203d80aabee7252d5759237e21e77be39d4533110d97e0e1e3730ac

**Signature (PKCS#1v1.5)**
gr90dKxAt4/aesN21i/3CJQXQps17N0/52j5C54JgabDDBJIGeS0eopHCp7JKfZMjho0cPdnmTsshY0ubRZFas7bdzf7VdvaZTW52Wfk119G/VJYnQ1T+tvgscAGaSliJJqm2cPYKW9woXCedrwLCRb5mggJGlkdVzb7Wm3Xn54+



DOE: 130

Seller Name: ureiewggjooq569

Product URL: https://www.wish.com/c/5c912b02c906b02c1371f9a6

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5c912b02c906b02c1371f9a6

**Collection Date**

Wed, 26 Apr 2023 11:01:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YcZY/3PM8+69LGlGBuUGUFVoMriq7AqI6NNZU4gd8581aI08gU8sPxqtF+eePrCuQA2ARAPBY8KJpzmjvS+P7zDiSFCUrf/1sys7U8cVfoGCe5BMomuFddDTS77L52DkB3TPMeXIGYpDTXvW5SHVHFn+TIq4snoOsHMC5MFRM=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**

screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5c912b02c906b02c1371f9a6[]_Wed,-26-Apr-2023-11-01-26-GMT.pdf

**Hash (SHA256)**

b36fcb80ce058ec73b8d283abb846002c1ca83e8a184f1bf9fd91cb4a2a3da1b

**Signature (PKCS#1v1.5)**

CMVYrLO/JB4cu2MCcc0SG8mBLSDQt+VrL8tmQ9+fyzdTKRRiofloWoxzUjvQrvfsyg8P6bkvoA4u6hoYQYDQf+9ib/Cvy1YppWxAnSrj2K83IxCLjHUpLkVymFxJ1C0Avhdyz7gKozaS7X65u3riOx4wnD/qkLVJpyTr+kWFxg=



DOE: 131

Seller Name: shitingyu4939

Product URL: https://www.wish.com/c/640705d0eb89daa3fdd2f98b

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/640750d0eb89daa3fdd2f98b

**Collection Date**

Thu, 27 Apr 2023 06:27:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ad9:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VafS5EsjxMnNz9UbH3KVsj1CiWeVI1UURw9jy3tubhoZLWmsoPr07c/kf1Hey3sPP5A+PZ/p9bF+F96wIYHTxY0Um38FbfTOro5MeSTRGEUINvXiaZ8UIIWSwefAhUtXM5yHU8pwa54WhLlJ22KSWbWJ5IskBe5PbOInsqwBRwo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s]/s]/[s]/www.wish.com/[s]search/[s]smiley%20shirt/[s]product/[s]640750d0eb89daa3fdd2f98b]]_Thu,-27-Apr-2023-06-27-22-GMT.pdf

**Hash (SHA256)**

fc86e4b8ae5ce5f9cc8493f5717ad507d058a4e2a31168f7d3e934b0bf72ce85b

**Signature (PKCS#1v1.5)**

M/JAJAE/nx+lFy2P2FOX8p1XB1Hfl0qVL6lsZuvFlfSHJGS+FtQ2DUjj+1veTSK8yLvP8a5DN9qR+6LoTOJ2AAh13f2DHwPMUfEEofLNL54EK+L9RBh2IR72LKqmTd1D+Rz+x47b14C5sMb96vh+xHiABfPH0kskj7psRcfA2DwQ=



DOE: 132

Seller Name: tangrenjing01420

Product URL: https://www.wish.com/c/61af3cb2c7d0fde59012a9a2

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/61af3cb2c7d0fde59012a9a2

**Collection Date**
Thu, 27 Apr 2023 07:43:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
rwXpC7ml51c5fC5pK41NVuaNtrn1v+Tbzc0tYjagPF08Zo7DU0GNTK6iVPleotm+bEYuqZGLZi/fEYmvpe/LSWEIOIsCkx/CTXm8g7ajU+E1qfWRMSSOVgrv3S7H1Y6iSDnGYwVPs7jnzme/DdqdYlFujAZlx2d/8ZNUGnH3Iow=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screncap,[[https[a][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61af3cb2c7d0fde59012a9a2]]_Thu,27-Apr-2023-07-43-34-GMT.pdf

**Hash (SHA256)**
d1a84547006331c2c4cd63709e489ea432bba0915d4670a47e46f8de317a4eb2

**Signature (PKCS#1v1.5)**
Y8kWCx6380wkcMwy/5bIuR14IAscdJvClNvsUpmYh1zrO1wjzodA7G08LwFvlBa9OUCD2p3+vL+G5tHCt+hwRfIvtk7LerAOYhUNcFfDMQ2JCqc9+Z6uJY7yZsyHhGPgW52nLzhgNaG8TaJYkMJI2ZkzK4ZO9ATVBaal1nnyAl=



DOE: 133

Seller Name: Yadangwaxia

Product URL: https://www.wish.com/c/60015ff28be9fd1c5dc09f2e

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60015fff28be9fd1c5dc09f2e

**Collection Date**

Thu, 27 Apr 2023 09:24:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jeq9C9PHL7xDDaow4YWxR5f98MCTNkJxwOMzjUHrzPUKhVSSyG4FfAPF9jl8kwBADFFmmbaNjvr4v8cAR2dlCBdTJJAAMZCpbCUNwROcev3TAFKnAT4kBLPrFhuCwh8VNpg5Q5CLuTopw2VD1kJ2ua5bPPPeqAI+B/JMd8d1Vk=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]s60015fff28be9fd1c5dc09f2e]]_Thu,-27-Apr-2023-09-24-18-GMT.pdf

**Hash (SHA256)**

0a1d881dfe9e0ff55b88e9d3b43e8977d25b97f46233c4c8f2cdc1c78884f71a

**Signature (PKCS#1v1.5)**

djiw6oYrxelwasi5Z6LahJL7mmEk9IslFexe/6gB82UrcO5e/SSebCR0CU9YVsePK5HrAvZPt45QjKY2o2WvjTvMrfbIi/xSC6SQ6kXKlw1TdCi0XyZ4/BCmUXgwTWF58NcN0JhQub9cB4o2jDg1q1oKo1DtW5CbuUljyi5dbo=

DOE: 134

Seller Name: gonago

Product URL: https://www.wish.com/c/5ec782edd179213b32fbd34c

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5ec782edd179213b32fbd34c

**Collection Date**

Thu, 27 Apr 2023 10:18:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dPl/43sT8AQsIdwB/tMP1bE6Ws4jS3fLtfF4RudNTOXGjAf5QBmPD9nzw0YchVf1TNgG0I60lephLRBTK2YdF9KPKZUu3TDMugrFUxZh7a9pU+c8Ecr/ZnNUPLuaf4bZ+R6kk+MNQfJJoMJLVv8GqqJt3DQHzJreNkuAswy/egcE+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]/[s]][s]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5ec782edd179213b32fbd34c]]_Thu,-27-Apr-2023-10-18-47-GMT.pdf

**Hash (SHA256)**

ffc03a9b9656eb4ba8af4aa9bc1cb9d5464fc958d1cc5d32a69e9ab8f8b10436

**Signature (PKCS#1v1.5)**

S7BgkY/Rt5dopCfneVIHOl6CZW4zOmjfWqwhimmxPNSo6wbSqMaIKlkZFf3uy3Mg+WvTCeXxGpdzyNSjq2b0xzp67CtyEiTsMxnrDP/31drqhzzj/YPVwvm0uKrIzgL/8nBSZVdq9dMIaepuCK5zw+yslkqupBOvWo4bJIhfZ1k=



DOE: 135

Seller Name: fbdshgdsydu

Product URL: https://www.wish.com/c/5f8d1f6027bc42901e4c21c8

Platform: Wish


Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5f8d1f6027bc42901e4c21c8

**Collection Date**

Thu, 27 Apr 2023 11:02:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:16c0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TtK0Hy7maNnx6WkhdWAxbis6zUvfuVk0CSB7nk+poZoDl7U1JPmvsWKEpocVx7pUoTWjt+kSuIP6Xwj9y3XK/3BjgCJFlhqMbwD/xeV8E9aP1MQ5jX7DK5F1iJDB9S3OO3MWaRpJVUUXiDJsk5hXA/i92kDaioJWaqTSUkrib4cU=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screncap_[|https[s|[fs][fs]/www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5f8d1f6027bc42901e4c21c8]]_Thu,-27-Apr-2023-11-02-49-GMT.pdf

**Hash (SHA256)**

bfe1e6e24480657765200ed3e746c3885687886ef92e052ec93647f1dae5d5d1

**Signature (PKCS#1v1.5)**

hcbl23lltkvdAA3+58E9HJ1+JD/rqDjVfKymqWqMpFRQvoYAUaVtxSsr6HBnbCXrmhEA4HNPpDDHxZ/oe6tB/UpB/eVLsy6GE1H7jdMSV+70FJ2cA5NjheKejyiQQ4nyXzUShf6HgAnHNg3wMjZeprDuKd/CHV/inFcWTfES6uGo=



DOE: 136

Seller Name: HLXStore

Product URL: https://www.wish.com/c/59c369f84671c1633fbc4ef4

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/59c369f84671c1633fbc4ef4

**Collection Date**

Thu, 27 Apr 2023 10:47:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BWLO2karKP5qu+FDRZWgKuTfSaJFg+ZVS7OG8X10GJZTmgjE1VNQgeU6aluDoeEcb2mDfjNYccyzlF8PtkhXowo4QL1nrKJffQXkepOzu4l7iw035bhMS0lJ44fdA3fRypWpBdxUB2zcY/bnO5JvFFKdM2msqJpUf+CRtI0fRSQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[a][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]59c369f84671c1633fbc4ef4]_Thu,-27-Apr-2023-10-47-14-GMT.pdf

**Hash (SHA256)**

51a95a89f265b4ba5ff98b6f9434e61d0c62db05b8bf53773c76c02c4741dd3a

**Signature (PKCS#1v1.5)**

IuG/xB7iRydi2rIT9CEOyhBe78tqSTPD8dHYTQqQYPPtdASTF5XhIsY9b/FN9RhjpOn+43FDWgt13OtwQ+rtpmkaJVm6gjTHS/IG+C5NoBIO6KefX1TCgILHDHTKBYlICwYv6rFrVZgoHNSW2sy4H9WiCTXwpAgR4e1YH4ObOJo=



DOE: 137

Seller Name: Worshiperstore

Product URL: https://www.wish.com/c/5917275a8850f82746b5eefe

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

Evil Smiley Face JDM Car Window Decor Vinyl Decal Sticker- 6" Wide White | Wish

**URL**

https://www.wish.com/c/5917275a8850f82746b5eefe

**Collection Date**

Thu, 18 May 2023 06:28:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

2a0d:5600:3:15::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LgYpT6N+Cd4il/tky84k0jOkcz3w1poG9QjAPXywlP/VacuJv/IpzZp+vtT0Xk8yeXOy8neKm0tefjgED7De6G9q1+GTubUw+xjwyMJsspDK4Pns65FLKaS8Jnf9ZsDGBC/H3YCmIlrv3XDe+MV2bE7NAiv1eZiKfy9eokE8HJsNJslYHPw+PO2h4rFivCzl7wOPHeuph9ZBRlBPK04y/rN8i8/0YpekIW99wr1JkqVubueialESS0TJtYfrnf+xA9INSKtwtX5jzJu5ESC/kul6mj/VAJusAuDaPPivTC4ys/Jp0qtzw630DCoCjlfoQxCptO4+pG02Sqq8xjsSvnEtBA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]/www.wish.com[fs]c[fs]5917275a8850f82746b5eefe]]_Thu,-18-May-2023-06-28-08-GMT.mhtml

**Hash (SHA256)**

24f43968260Sccd285d5cf6032fe8cf90daa1c3231bab72f56f982391e8d35f9

**Signature (PKCS#1v1.5)**

PNqVF8bf3tO2NKZ1p7i/KjFrk8223lA7xYklx2BSA2EQ2IDRUMbhwsJ9bMJssLlNsaxPQ9sr+swfghF/W/Ws547JAwz/tAuS9YxNZcw2r2WV6JJ7jJuieUyErnLsLRYaIK+m8tVv9Xjwe5RtVubiFufS5ECFNF7mjCr1ZlnR+1h9EfxOa/Oh1jrgNvzpa4YwZrYDd65Rl/vR2BlNhPY/+J29zC3ym/Fj87tC/bSV98Xnynsyrlt523+rQzL/PQwxCvgb1ClukiWChGz4tUsvu++KH6eAslf4sJhKj2VNTBYoRnuZ7ldJYhKF2vd3raZ6ueGUpnJL4OW1Lr5asMLFLR1w==



DOE: 138

Seller Name: ritaccpvyrfs

Product URL: https://www.wish.com/c/60e80674cb52417e047df621

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/60e80674cb52417e047df621

**Collection Date**
Thu, 27 Apr 2023 07:58:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
NuUVVh3XrQo+PUxPj3PD8HpaYpAwHCC18aKTH1DtKg/r4RDMW0koPaY9ZxYvO/9t09SpX6nbWzEbvpl+fsZrx2NRCtMT04AZzpyNCdxhkEipbBJAWrFIAUepbrgSg8yoMcsYoz0n4qp4FhsdCt8llPNFzqCq8GqywCi3/xcOms=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]][fs]?[s]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60e80674cb52417e047df621][_Thu,-27-Apr-2023-07-58-43-GMT.pdf

**Hash (SHA256)**
b857218347bcc4ed0fd4bff07dbedbd4b99fbda6dd541b535d4d0ce0cf8e85e9

**Signature (PKCS#1v1.5)**
DgoL3yvZmT0qfbq2NFHvvr2tMhxRlxQiTAGRWCmnO/oSYe9zmIcY2BCoWn+F5gWdHdjZvuMWcpJObSLiVN+0jvC+WaD3uyX2k0KiRa32kFQd8SspHetghdaYyhy7H0YsSZa1c4ZWEMrvi7LZX0Orgt+tulzIzXjjq80sJpHhVM=



DOE: 139

Seller Name: SalCo

Product URL: https://www.wish.com/c/620d9836913a99e58028b7dc

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/620d9836913a99e58028b7dc

**Collection Date**

Thu, 27 Apr 2023 09:54:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EdhcX4tpiVhHFHRNXzK05uzp4BRCvOX6NAC0pN4WWqFBZLr6OM5f6ClKVUmrpFjNZEY/Ibd0J0zl9c1JDPO63Aumz8rW0w9oWFkUJ9EeLTAtf82KbIsvKAKEwOlBBJvpLAe71N4k3l7FFSytaRjMPe2HwwGJRaBvPX6cZdFnZ78=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]620d9836913a99e58028b7dc]]_Thu,-27-Apr-2023-09-54-43-GMT.pdf

**Hash (SHA256)**

b79290272f577f36b769e6c3f3112685fee173510bb961a26ea0a182a4a282bf

**Signature (PKCS#1v1.5)**

QPncRSWjgDLPlnW4kQlBMb07wgYLXG8VSqnbQ/ixEZ9z9OdsfNe9Dur9L2nTUtsitFnb+GgsRURalDrmfxq1670xnHUG3o6GStFs882MiiWeb1gSwQuHEUBJjv0OapYYCiLBHmfexnm1OQraW7iZPH7y2t1GE+TXDUKsbA/F9RY=



DOE: 140

Seller Name: guangzhouliangridengshiyouxiangongsi

Product URL: https://www.wish.com/c/57a80383389b4834bd631298

Platform: Wish



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/57a80383389b4834bd631298

**Collection Date**

Thu, 27 Apr 2023 10:23:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nox1yih3NL5004Zts322NABaX0LlDvT1ujpeqk+LlSMCrpwXPPvDgNTgqL29AXP0byaxAbwSV/u7DgHYqlfPmsEPMjflfLcqSvDdaF4/1DFsFyvFWOSduYNKbCA6oG6g2i9XBVZf6PMT0fpCV46f1f4b1bAhxSahoX2VwibM6co5M=

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**

screencap_[[https[s]][fs][fs]www.com[fs]search[fs]smiley%20sticker[fs]product[fs]57a80383389b4834bd631298]]_Thu,-27-Apr-2023-10-23-19-GMT.pdf

**Hash (SHA256)**

4bc3b656cdf757ce30f1989cf03000ee329e68f35edfce81ce04b40ef7628375

**Signature (PKCS#1v1.5)**

sReP8imX+Cp3lByZ5WgN5z7u50tsCfCM3fYDBr3nBdzQ8UzeVP+1DaZoPmVwvErxOlCPX17Y8Nalf+T9LHg5PPKlpZUYb1+ij5bLdRUK6VQpk7PE3c6YmnX8bybcjNAjWsvEchngJwaUdKJxUWSXSMm0Hs78UUAyMpyMaAY8YoUQ=



DOE: 141

Seller Name: Susan D. Maier

Product URL: https://www.wish.com/c/5f4fa6290808b20039655e38

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5f4fa6290808b20039655e38

**Collection Date**

Thu, 27 Apr 2023 06:54:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E0YWAZSVkxXYgh5O/KCxle0j9u0tE15JE+olkTJTupk3ntyGSKQoVJWPERvAUhMnAcr62ng58ADKj7pNurv2SiPSQd1P5nhZ5/wCRhSMqR01Bkd0KTMVOzbwnVK60Gt/R95zlxwglGdswcqFpQyVP7TLQxZM83xY3G93EpZfimg+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f4fa6290808b20039655e38]]_Thu,-27-Apr-2023-06-54-37-GMT.pdf

**Hash (SHA256)**

5a62452f58789c218dc38a21cf68891bc58d8e4fdc4d231b96823a93346a5f7d

**Signature (PKCS#1v1.5)**

IB0tmI86RB13nJA6n0VnoWvw51qk353J9CTdTaIFWoQe4prcLpsquyUsdPH07VXHdYI6WM+GRDqAn02keIgIbFkuBamfa+cAaFW3pKfJg1r2KkMx0tApRsRED+Mcu1cfm5FJ/iXh03sjdH4YrQr9nFMeE6dkmvj7dx9ozt0cmU=



DOE: 142

Seller Name: Peacefulness

Product URL: https://www.wish.com/c/60adcd00dd64d29fd7c510ed

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/60adcd00dd64d29fd7c510ed

**Collection Date**
Tue, 04 Apr 2023 07:22:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
HocjjpYYqJYj3Zn5zKSmehhHQiOhWkTjKkh7aCBHdF5Qs3W0UP/kIUf9UNH3LCCoCiUt3YYf6Bmfo7o1XN9Zf0rPgRWUuV4CVDQGWOqWNz6dLaZ2Rz6Qz8V7R/yR1Qm+cCL+UcmT3IPEA0gxl1Yt7VG6SkbsfBWIy5akOE3Kh0+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60adcd00dd64d29fd7c510ed]]_Tue,-04-Apr-2023-07-22-31-GMT.pdf

**Hash (SHA256)**
5957cd4eb1bbf19bac397ee5a2e684d66535aaa14803f6efbc609e6aaf2325b6

**Signature (PKCS#1v1.5)**
LR7h57XafPoG0SFhiY4PhILSVpSTBubalq7BujpLGgY1IHN+UnJqAegD3kxqTWtjcd50DE6JimDDemBEvVpvk7TM+bUf3QRkeCiZmmWCl9FibpZy7boHSpOwcpSN4bZv8UkgxFMd3iwXHTD5CgBBhW60oam919pfA7uz2SUmdC58+



DOE: 143

Seller Name: liuxiaohai39058

Product URL: https://www.wish.com/c/61b86e061472355c8859650d

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/61b86e061472355c8859650d

**Collection Date**
Tue, 04 Apr 2023 07:23:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:16c0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
I9s9tcXukIPL209Xqr96EVKNZjk3rd/XdqApPuff6MEMOOBhF1JSE8Bv/FUMTMmcPzT+hG6C5L/+GijJv1NeiSY8n7qU4hG4YDg3B136m0J+uQyWkvKZV5mHLQG4jkkeB8jkNIfIXVtRE3ki8gAUMyklcw1giUmxSAuIGLz0UCg=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[https[s|fs][fs]//www.wish.com[fs|search[fs]smiley%20shirt[fs]product[fs]61b86e061472355c8859650d]]_Tue,-04-Apr-2023-07-23-39-GMT.pdf

**Hash (SHA256)**
c86049b17bb4a7d154edd8f47d91023e83a822481e811def31aa5b2f58608fd9

**Signature (PKCS#1v1.5)**
Np6gupGb2+sMjJb6qNVIscib8hp6nXpWY168ahJgmkSIwIhMnR7WwN46YDu5XJ4T7sEvvEx1Q6TA1I4SvhQTVtuNYJVTwSPRbC0zuq0U2ZwTQ/BUzLcyemAX5zAZgylRij42RmCbg0YylLNIsFbB5oHmvhgD/pyiA0IInfsW2E=



DOE: 144

Seller Name: huangzeyu36354

Product URL: https://www.wish.com/c/61640656dcce2e1a0ba8892e

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

Cloverleaf Smiley - St. Patrick's Day - Irish - Men's T-Shirt | Wish

**URL**

https://www.wish.com/c/51640656dcce2e1a0ba8892e

**Collection Date**

Sat, 20 May 2023 19:01:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

27.147.190.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M8ciU89HFZq90PeoBvypjwLDq2D0EwRo/+GNnhIdV5LmysN/MTxu/MIna7irWroR93KmjKkuwPbbodJwLZq0E8veDAxRZ2AQ2JjZrSoj9U4vYETz4JzX/xGxhixWPlbZ32xxjwyBLn72KYPnaGdpYghAq96KupRsk4rrAgc7uOn5hB3pwEaGJkHY/ja1RJ0spgSYPq7zrNwuf57XZ9dGqC1PZOVn0PnULoVUmLiqd/iy+78cUr3hJRo3Ehh9iJZD0urLHh+NRdPUc8o128Cn8qWbarAaZhBWwQeWhppr75gGYsJkk.J3DYJdhcIbSBqSKd2AHnBs1OKmeSZ2N/02NLA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]][s][fs]www.wish.com[fs]c[fs]51640656dcce2e1a0ba8892e][_Sat,-20-May-2023-19-01-02-GMT.mhtml

**Hash (SHA256)**

6e5abcd3a1a3f942c3d3cd8c79a54a9a56ccc73b3b7449020766f492df88e9b0

**Signature (PKCS#1v1.5)**

PYFiy0Ra4PaHe4fWYKRAY0bfC+Za1fVVtJPFXpUbL7HqjWHRcpXKOHs6kJKtBExdW3qTLwhVyPvfn0jUBGSodq8LAoyba0K1uW9ZFJOwaKHtJ5HKcE1zGiN3+qmjbz+WvSNy2iNoY4Zy+X/0vRjUjk6SGz8aQwDigJBR6wPmsNoCme+KHql7DP1bPIBLLD12pSo/YVQ2PyMxAhIiE9KQNC0vc8eVInordicG8Ez7Mvqy9WAZcR2v+dImQpP2s1DD8DQSYVHpb4wxnTU7wCqA47wvdLJzy40c7pCmIsd0ahUyw.JTw8gW0At4/ydZktGWv6sQAyBGFhMYhE7x0g==





DOE: 145

Seller Name: dingzhiqiang55289

Product URL: https://www.wish.com/c/61485300cfaa49b4fe8cffee

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61485300cfaa49b4fe8cffee

**Collection Date**

Thu, 27 Apr 2023 06:58:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DfNBvJypdHvcpjIR9v5NG1YkIUZIP0+jRULwIKNvpkUmVayRNX15kGxgdRWDDGVd0i/6Ewy9REG3Ou9BQSlIwdk5ZPVsK3mdTaALQ2IKy0tBuLcQf+X4KC3wZrGrwEXPtHC6zZXfSUeh59H8XceUellwZmhNilSbW+DDvzL1Nc+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61485300cfaa49b4fe8cffee]]_Thu,-27-Apr-2023-06-58-47-GMT.pdf

**Hash (SHA256)**

327d42e4f5a90603ee108d5ed7894b864d50aa76c0bb9a183b53e0dbdd61db42

**Signature (PKCS#1v1.5)**

lyhho8qCwuO6yVo0T4ASllFiHxgmG/GAPfjsZD43cw3K+WYoPyTzRVu3JjiYuFPmEM22eL3EEhXykL1ihymS2Q6c9rb4d76uTkpOZvEISIDxwmIdUcl/D3Hc4RR63A+sah4HWrk9M5W/rcmf56UdrV/JGfJVmLjbqduPiSdU+



DOE: 146

Seller Name: Cizicoco store

Product URL: https://www.wish.com/c/603f41ab0aeda4f018eaa091

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/603f41ab0aeda4f018eaa091

**Collection Date**

Mon, 03 Apr 2023 11:12:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R63pwiwG/BlnQLmlhTv5DPGFJ3FTrmLfXfWP7S4PHCzl6BGKrAoo0k3YNBeLfSvFcrKAvjRKevByKef7N66g8Py3QicZSH1D3IEmmQg8SKAjy2FYoDRLHmI4BDbWnkJKrj22yT4pKPQkWnFxKiJN/ME+nGlXuqrQDUFrtxIkjkl+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[a][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]603f41ab0aeda4f018eaa091]]_Mon,-03-Apr-2023-11-12-56-GMT.pdf

**Hash (SHA256)**

3cc5bf7bafa9ef278621126e5782e1f909386c5060fcf774ae9c8e11efa5b169

**Signature (PKCS#1v1.5)**

ETLS3aUIXT91q+U1+c8ajPfb2qNiG1uih3TNYInYP/TMwGlkzPtq5SKUKMFBJcd2rWDnvcea0zhLgddT9k/8oILuipHt4tTPrBzLEhdEQtkrhyEpB42WTjPOCoe+xDXEIzkVz8zG7PahruyKG1sbIjN346fNwHFcaORbjF+4l+E=



DOE: 147

Seller Name: yangguang30928

Product URL: https://www.wish.com/c/613357a44c29197598586013

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/613357a44c29197598586013

**Collection Date**
Thu, 27 Apr 2023 06:47:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
TjzD2vc3I8oGaWc9yG+a1bD4/BlWzViXNPPRCBU1SEAWnf1u2av/9NV+GE7SqDNVO71FNJY3W4ZFRr3+NnXqFi9/x0EE4nZXZsgfz5TWQjjJvUre1rBmnr5TgUHup9CS51efkiQMTUImYC953bp58hNGZNmdDiXcZrdyh9WhwDY=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][[fs][fs[www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]613357a44c29197598586013]]_Thu,-27-Apr-2023-06-47-06-GMT.pdf

**Hash (SHA256)**
86a554aa34e2ad616babb3daa4d1115911f777ff2983a234afc494bde575b70e

**Signature (PKCS#1v1.5)**
pzV629IbCFvbOoFz8krNGtBE/ZRthqIrP5+yWJRGxH+pAyi0pG0G/auJXIXgd2/7M9SpU2Kgek9VJ/cufdWt1Fg0m+J/GNjqaPbQzFYEHJgflv4m21N09toiX7SdMx/DGe1NOAZB73YBahzdK4ouec2YdSJvFLpbY4KBD7re2ZQ=



DOE: 148

Seller Name: COCBONI

Product URL: https://www.wish.com/c/633e73149f55742aae2bbad8

Platform: Wish



# Evidence Collection Report

Page Title
Smiley | Wish

URL
https://www.wish.com/search/smiley/product/633e7314f55742aae2bbad8

Collection Date
Fri, 31 Mar 2023 04:33:20 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address
2a0a:1dc0:4:3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
MhqxbPOxcXpTh36eR2i1KmXOA6wBooh7SR3EyopUJGe1niqLfflXJ0HAVAOGPL2x37hhvTrt+mQEcQk2HVLpaLqqeNdsxsh1f3NWouNGCYY9PszJ4NpcOQUsWA2sGn1fCdGQ63nLt1KR6MjBBvZtM9RPRsLG+DWOinqyQzwE=

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[[https][s]][www.wish.com[h][search[h]smiley[h]product[h]633e7314f55742aae2bbad8]_Fri-31-Mar-2023-04-33-20-GMT.pdf

Hash (SHA256)
2322755e8ae1ef36537804 7be7569ab092a1f338f1c514073c4c2d9b93fbcef1

Signature (PKCS#1v1.5)
rQxrFQcV9r2oGkt4JSE83sVfAddp5sST6r2IoLHiN1IhqJL8HemeKwLq/mq+1+Gjua!DRX4aKtJGJ6DdUY4YYV1duLAL8jQVzkW8lgX1/e8XhdMuhyxYo8x+glqZQx2KGtS4r2kX1VemBN0NKkjwOdWMtHuDfKW7zHYZU+



DOE: 149

Seller Name: Lucky Leaf Bath Bombs

Product URL: https://www.wish.com/c/63b1d893526c2c3245ed1b7d

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63b1d893526c2c3245ed1b7d

**Collection Date**

Mon, 03 Apr 2023 10:57:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nJ3MKhMMsSpMBu3ku9+fqHCE09vXKW+r6nMvtlBigxbPpUQ05veH5sTs0U0RbhOWmbj4SZHYpZj1ERrZR8Yhjv.Jj9jalAAgbf3CSWDtm1regYX1elmWctjsxb4aX/XtxxJZYqebWICxyQZMn5UIn+XETx2C5Z8TtoljOhu7Pg=

# File Signatures

SCREEN CAPTURE

**PDF**

**File Name**

screencap_||https[s]|fs]|fs]www.com[fs]search[fs]SMILEY[fs]product[fs]63b1d893526c2c3245ed1b7d[]_Mon,-03-Apr-2023-10-57-27-GMT.pdf

**Hash (SHA256)**

43b4f2d642ad824596ea55dfb7f1dbf8142a1a3118f6e73b53f63c474e6d29b1

**Signature (PKCS#1v1.5)**

KFExrelwOlN2iVPaj02l1EmBl5FhlcvHSgPo3i1g1lqVu2xlCf1FT+/dTn5+eue9K1rHh625DQEtlsB2n0hVcw4ZBkOSp5zQuZrkaUeA43dZMJqvzfmGXlJDfnl+u59kN68QV1+KCzmBYDvt8Nrlzs8gxQCpQgrZz0YokLi1M0=



DOE: 150

Seller Name: 108mpfdsa

Product URL: https://www.wish.com/c/62ecba80c2d02ff671b6054e

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/62ecba80c2d02ff671b6054e

**Collection Date**

Mon, 03 Apr 2023 11:22:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

n3txU2JP3G4AVCYM0LQh4LyivN6zFBa9wXSSeqMjye2CmAcAGxu+8e+5wVz/RZ6/+JGSnaxMVwIENHPRoYEhDNX0W+32DcT2kvc+B0QDuWabiTddL7jFsPAFltrUKWS/LHrYO4s4t3TKng9iM4oLpf3FbcLy6sIRI83tGwRbt4=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]62ecba80c2d02ff671b6054e]]_Mon,-03-Apr-2023-11-22-10-GMT.pdf

**Hash (SHA256)**

2ab7c8899c1627d900e7fc244f5379f62c3f36acca9289a9f5f43b003f4d7b96

**Signature (PKCS#1v1.5)**

WDNuovHr1k3RitHA83B3nfdo9xPrhNy3eBK1OiC809iNjFiLoL0tbr/4Ow/CapR3zHWiNVQIgzqAJf21UxY54B601r8gOl5FutkKZLFGuiXi44luryTybGcsccw9cKKyx2ixys+5+bLq1r3qU0ASfhU6lZlndKFCaXGGfet4cw=



DOE: 151

Seller Name: haiyinstore

Product URL: https://www.wish.com/c/60dd5c78af821bd16acb2471

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60dd5c78af821bd16acb2471

**Collection Date**

Mon, 03 Apr 2023 12:01:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GyMjilkdnd+O95sOY/KaeX0XWIewotTNYuJbhj8pTc8N66xeiheN7wdVbpjl3mQnwpPYfaR6GpTEZ7nfFiuxnw+naL0rGko7NJJy3lirdPtbDuBRpDSpixj8QiG1bESgmP0dSofaIUQIxFxUpj3o4JXUT8k/J8VFVDYsbFvol=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]]s][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60dd5c78af821bd16acb2471]]_Mon,-03-Apr-2023-12-01-51-GMT.pdf

**Hash (SHA256)**

8a684d1984b44b1cb5f080740330833172f8e0f89e58bc3c9435fdc6e5129808

**Signature (PKCS#1v1.5)**

RYfHEewxBj5AAzwk1wLHDImZRUcnK49XRBE5+X7nQDg6e0L18hEWsryBmiicP3IE5yCUjTaMSRU0RcOtH/0DG6nXIq7yqRF1o8Cv0kniUutTqjgJ3H7Qsij12Q06d3tBJMK3CoeBuY6odOaXfQrWt4q4iMYT+FT50YMD1dKv+yY=



DOE: 152

Seller Name: la5skv

Product URL: https://www.wish.com/c/5de7384a0b7ebf0a8248908f

Platform: Wish


Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5de7384a0b7ebf0a8248908f

**Collection Date**

Tue, 04 Apr 2023 06:18:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DIWeUG5ePuQRxAsfCj7vTCFxBjari30nW4nyXwsMunUNy+DpmCeezarM778VJXcW4DRmaRLHiLInFtaFPMHlP3v3JEHdZw+zbPqVEwBk2Sw8lAgDbxUtx63S2bYM3ZzymvOtNY6x1kSs0vRiu1yaTR/TzJEpz5r1laixbgHxH3YO=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5de7384a0b7ebf0a8248908f]]_Tue,-04-Apr-2023-06-18-28-GMT.pdf

**Hash (SHA256)**

3c3cb226dda7c81c62a022703a574b2f1aed97cfced1252890bff1b494054153

**Signature (PKCS#1v1.5)**

bGNDb/LiE2fbJozYM+td980X1lcQP2IQVMG/DF8pzVJu/axZLfDXndEbOA8A/WiYp2mN0c04RtI2b239+yEDu9O2NHfEvJiu2vK7taBMajv45jM5zXOcjeUqYi43f9bobaZGyFl+GZ5qOhWZazhQomicl8M6XJp89ViSTSY0Bc4=



DOE: 153

Seller Name: Universal small shops

Product URL: https://www.wish.com/c/614c2adab260d8b52992456d

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/614c2adab260d8b52992456d

**Collection Date**

Tue, 04 Apr 2023 07:36:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dXekzxU/iC7uUMxJNsjQp6tuYRJfsray+zF8hx7NlKKQ8fHduMxdEV2S0Xu1Ef6QxMl5Y/SyNb1OopcncDDsoJrBW4CC85mXd2+98OrqGGnz7iWC07w/1/Hfhhr9jdR+C5xpqfFHWRdGGJvCZ5d/sx/ehXEF9OKEmIrM/SLuEZU=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]]fs]fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]614c2adab260d8b52992456d]]_Tue,-04-Apr-2023-07-36-33-GMT.pdf

**Hash (SHA256)**

c03f74d60add0c68ec45f5f97224239ebaf6ead5od620ca72b577f7d5262a4d7a

**Signature (PKCS#1v1.5)**

OABYID1xZixWs8kq5Y59MNxNMwvOBC0h88bBCFWB81HqFgBmNlGFhyxfscfczzecG6tcWtoND1tKUViWWhBUAM5sZC1faCYZbWFt537JjDCNjzaNMWBXTSulafzgmtern9OsyCcra3eIQITjg0EQNWzaKwyHDvABOyEH6GTo4sio=

---



DOE: 154

Seller Name: CHENG-mm

Product URL: https://www.wish.com/c/5e6b00576d4fbe0a43914306

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Stickers | Wish

**URL**

https://www.wish.com/search/smiley%20face%20stickers/product/5e6b00576d4fbe0a43914306

**Collection Date**

Tue, 04 Apr 2023 09:20:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

brwdmb/vjfsI/YpvYN0mG4facKSG+Zl00JiXjb8wIu+SToAlTVgFMSM0tuGb1YYcfpQdRrD4F1MJtQtMVxHGcMhaAobM8/NSLQkZXmY/fehBIlGwHKxnwn5M+3KpHxeKF3YhAsJ4zmhNRlY3zm+0/dwN6jg1C2D0TSi9EhKOJI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20face%20stickers[fs]product[fs]5e6b00576d4fbe0a43914306]]_Tue,-04-Apr-2023-09-20-29-GMT.pdf

**Hash (SHA256)**

6070adb185f2e5d93603573d8f0b9b02299a2ef9b4ed0a717f0bad0b095110dd

**Signature (PKCS#1v1.5)**

rRzJKzRDOD62ouEPuGfxyLqO600lDnC2aWvr4AvG7fbDso2kJL/aNFDZXcrTYtM5GieJktqPFkzS9WNB3Ef7LVWclzYomZkvswzdk+O62+ZUCsah0GEqU40Ys+j9mqoUK5givOmXDX2MPLx5Pba2pe4l/pOO53GWsXgJaTZ/cYs=



DOE: 155

Seller Name: LiHongQiao

Product URL: https://www.wish.com/c/62f08a7e0d8b6d1f87171be8

Platform: Wish



# Evidence Collection Report

Page Title

Smiley Original | Wish

URL

https://www.wish.com/search/smiley%20original/product/62f08a7e0d8b6d1f87171be8

Collection Date

Wed, 05 Apr 2023 04:58:43 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Chris Stavrou

IP Address

2a0d:5600:2:13:3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

87czaxX4I4JAvWhQWMv8jm2WWzRJM9QIyyY8iAW8z3grXN7z6HFUkV3MdcRfoWBCKbURZcvULxKGGRMdWEgzVDLuvlaG3xg8tf4zrPkJRyrPML9Ueb53LZK5M+luytR01Oh1YHY2cpfvwZbvywJGLWPrqB9uTyxzc8FjN5gUak=

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[https]//s[jh]www.wish.com/h[search%]oriml[fs]produc[fs]6zf08a7e0d8b6d1f87171be8]_Wed_05-Apr-2023 04-58-43-GMT.pdf

Hash (SHA256)

495a6a544efb8221eaec02390a8ed41c61a3cee73abad4d975b7c55cb472c2a5

Signature (PKCS#1v1.5)

LeYL2qkClXuIigWQmcNuMyEWufzQc6IgBcKuwz3c4Wmq0CJ48N+daw0bIKf3Tl92zjiYYH6iF7F80z8ZfF+vYg+Kw1F7Du0TMpV0RiPso3GmoF3ZSZfXAszX2cISQV+XrFZ2Ym5ufMML0PRC+zLTQLx7nWhJTXzGZl3k66Qkym0=



DOE: 156

Seller Name: Cute potatoes

Product URL: https://www.wish.com/c/615ac2b103019ba458376ea2

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/615ac2b103019ba458376ea2

**Collection Date**

Wed, 26 Apr 2023 10:48:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cSl3iE6MuMvalEKXh1b4SakAtikOy8/tv1y5t9USB2xpxE8GRy4SxV546ZuzOwgTzeSZdMzpcvj2IDvbIbBip8+l7HhCSqWGqc6dy0lkXiwcCA8wbGkWVScWSwU01d3xKW8eUXfFxkljRUnyem6+QJ2vJg98X21LNQtoOtkh8Ko=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s]fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]615ac2b103019ba458376ea2]]_Wed,-26-Apr-2023-10-48-17-GMT.pdf

**Hash (SHA256)**

1518bb192f52e9f414650a9104d436c81f3be5c08e98bec7c3a2e0ac0948315d

**Signature (PKCS#1v1.5)**

RfWHV+ezNw3L1W2VhcCQdmt1yY2ISOhRz76wH9iKoiI1nZfmMmFox2m2E5Wv51WbzXYHrf7kursjxdG3C+TpBAVMEaxUIGGv5IDIqZh4r/XrwfloJLjP9ltS0SwjQSFOR8M1yhNxN1eD5u61tlPTM6F6rWWuVcOXYEQqPGm5vY=



DOE: 157

Seller Name: Serendipity LIAO

Product URL: https://www.wish.com/c/60ac9300329ffd9f4f591fde

Platform: Wish



# Evidence Collection Report

**Page Title**
Alternative Macaron Round Hollow Stacked Geometric Flower Candy Spray Paint Color Earrings Smiley Pendant Earrings | Wish

**URL**
https://www.wish.com/c/60ac93003295fd9f45916de

**Collection Date**
Tue, 23 May 2023 21:16:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
2001.ac8:9ar.d.3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
o9F5mbGYFGA9F2AKOOm8BZCi1de2n2fdB5142SluvxUApagK1OJFVO3ZH4uvnX3uTLwFfSJTuAjzzPiG3tgefDEe76EnGjADVnCH1mWdkFbY7O1ue1jqQhgEBeDDowpYjDd157dO9O/S/tyPS/8omVJUMNizq1p229Lgy1xAGFR0Ootc9VFtmXkWnghgHnpuKXxTvnoHqbQyDpGH4duO7P3m/KYtZmgTj7wYqSCD/1dyvY5XAunVonFQRE2O9BcpHkmPmnmeUJuyLtUQbbyrtkyZEHPfMNPBTpCKULwab9S50TG3QVKAchFXASRVAtOEBTpA9pyGw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https]s[dh]Iq[fs]b0ac93003295fd9f45916de]_Tue, 23-May-2023-21-16-03-GMT.mhtml

**Hash (SHA256)**
3b1e0d2e4b3582eb0904e4a14a66d0fbe7b36f43ce4b03d74f7ee286bdc70214

**Signature (PKCS#1v1.5)**
hSXc6ypTLhRfsyP1uMUSkkKkSKQFSdvOGLwkMJpGt8B01vxM0oKbNh0Tfkdf0268bN3zdIIZ88j1Xjrl4rvE72bW8v0TNXH0ArFuI27WO7eSufuNoJfwi4yonAKGoVcKEeBpo0OTSNHOgoUsLKra0bsWKThVntPnE/QwfyIVGMmmoUFDTdc2puAJxMLS1PRc1mcVDLrw32gOcy/C87fiMAnBWomoP1uBcJH0/LmvSQVJDEMSC5VWBJ7FG5wy/EKmWtLk6AgF3pJp4nKCSnE2Q2uZ9PasebtAzJ.Jg7AFQQV2abd6yfRnHryUcfxHa8kUKrPB5GPN0ueF4AqqGZM4UPLDw==



DOE: 158

Seller Name: fdgfds

Product URL: https://www.wish.com/c/63073d68b1ad598128476bcf

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/63073d68b1ad598128476bcf

**Collection Date**

Thu, 27 Apr 2023 06:27:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dr3WGnd/6HYcybWFHAqnpcmnwf13qIpVgIrH33PBzSedJk9DxokIU/JuY0bCENrpEUYZsTv3qC/uRrw8S2j6N0wR/iZt5hBFoix3r727bCboVYgnyNRrxyeixwXaxkupPgdKQfZzfHFGcMTBSSNOYQG/wnJH3rZFU6i64MSFl8+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]fs[fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]63073d68b1ad598128476bcf]]_Thu,-27-Apr-2023-06-27-59-GMT.pdf

**Hash (SHA256)**

39e0eef77d8e3a79676bda45f87c637c3cd3bbf667593ea26decb28a270ab6a7

**Signature (PKCS#1v1.5)**

nI9CfkkyFBGN/whE8Es8Sp7MQhU6LrvhqoTZEGLQaROHp+kNDNi5gDSbLnUZrNgqO6FD2cvd3bksykx+j+KPNGzpXsqeJxaxlrcNGB1LzpxTT51+In/dsQtBSr+iaGmzanWx3kKWt3Su2pHF7SZLYiltp6HNDYDUZbSmOF394U+



DOE: 159

Seller Name: tuanli electronic commerce co., LTD

Product URL: https://www.wish.com/c/5f55da8d2349138394dbba76

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5f55da8d2349138394dbba76

**Collection Date**

Thu, 27 Apr 2023 07:45:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qV5UVsT9EfDfeMiDrHEHrZZoinveHU33r0zqhZPvQ5yZ95WKT0VZKj2H38EX6sP8R+0wNfOk99sz3P+nmMB3rXw0+vh/9P4bxQjcZuuhjD/kQ6eGoPzaQXWRiFFddooi7/Am5c82ODJtj44VYfp+lyKKsJK6eh+Z1AJjmA7gCc>

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f55da8d2349138394dbba76[]_Thu,-27-Apr-2023-07-45-56-GMT.pdf

**Hash (SHA256)**

f8763376adc38d7313b2c2ae06b0b53e0691360824b5b25f576d94542510008f

**Signature (PKCS#1v1.5)**

Roq9B1GQqhzN3Buy8fFFFoUEXtHcMAynT9k1vYp/X5YsnNRcg5eD1wVFXr2awOdN7UDmpSZNGfA5ey3v38yX4EykGCBKAKsaZIv6nlR70+KGX07MZMdRNSnzNPMKKZEhn69/fS15wR23xmbVfOos186TF/bkLLSRTous3hnrCcTA>



DOE: 160

Seller Name: EARLFAMILY

Product URL: https://www.wish.com/c/5ed88b60f0bdd835177edf64

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/5ed88b60f0bdd35177edf64

**Collection Date**
Thu, 27 Apr 2023 09:28:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
kXYQHGh9wGTyOs5xt94EIxPZtXHbTlvGS6cDtEcGcAc70/t7CTj+/KyeCl0ga3w9XYnu18IB7zgg8GX5iaEi+HfGUD7wS+TDAgipKEXALklYCKNcwP1mrjqXp+q2Si3dvoFVv8ePkuMyzcRK9/lD/Pz3ZX7VYNmD3BPl5onVQ+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[https[s]fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5ed88b60f0bdd35177edf64]]_Thu-27-Apr-2023-09-28-48-GMT.pdf

**Hash (SHA256)**
c9391507e27b89487a327b9970a6ed4c98e0057fbaa371a4db9e90609ef7831c

**Signature (PKCS#1v1.5)**
UR/E4cbSalQi1x71CCJXEI0Zv+cmiDSXY3+nyXqi8WCCTJJyzzK8uIGcRfT/o9XPui68aCGpt9pkogODw0MESRh/VmRIwhaSaqh6YE7SG6hZFhqZr0isj1GsmnGXT1M+5pHu/S7hpcT9DWFvPdZdRuF1JOSZJefniZ3wQaiCWzY+



DOE: 161

Seller Name: ZUOLANTING Shop

Product URL: https://www.wish.com/c/5f97e48858eb060385b2598f

Platform: Wish


Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5f97e48858eb060385b2598f

**Collection Date**

Thu, 27 Apr 2023 10:19:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cYSoqZuOyK1hqVAIgFKP2b9QlYVnbw3VRggIL1m8+6Hq/wxQLnaDJmF/NX+Kmjt83mXQ3dMox4AKOv0Z+ksLRHRRNhdupJmIwQEvxX5f/UytKxYXFfiP5WBAPm49aoausf7xy6rU5znN1O7TBK1xin9wf0MBhSaxhm74QC8+rncc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]|fs][fs]]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5f97e48858eb060385b2598f]]_Thu,-27-Apr-2023-10-19-27-GMT.pdf

**Hash (SHA256)**

16364725ff3e52a9324ce2e02b32c8577e3e147876ebc520d244a250ef4e21f2

**Signature (PKCS#1v1.5)**

AztS2sGgg6AdHJ9R858q+fzTl8VlHCJ5fp4kCOwRgN+GKwKoR+bIEB4MuIx+5YH9jc/f8hgfSn9AHl9GwXsU/Zk5N8FYA+odigu+1mEPntNKj2jT1v/gw4DGzYb/WrTInPqbcxD2IssDQBMTjiL3RDlb6krXqVDTD4bbd7/4pZ64=



DOE: 162

Seller Name: surprise yong

Product URL: https://www.wish.com/c/61a6ebbb2b2888c1732cfa99

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/61a6ebbb2b2888c1732cfa99

**Collection Date**

Fri, 28 Apr 2023 04:40:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h4gmP48DvnnT4a2gXkGULWFnVWnoav9B8QDPkMqNxPqxG8yq2a7jCgc5PJz8hHv0fLJgFAXHXVNB9Sp3GYfhU5rkbAzWQRA8s7Ui17R8K7s/4iqrLIdAExnHWDrXVrC5YYKxQXvL4xpmm2UsytK3dsC6vgMU+4SeLkvPJTL+A=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[]https[s][h][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[h]61a6ebbb2b2888c1732cfa99[]_Fri,-28-Apr-2023-04-40-04-GMT.pdf

**Hash (SHA256)**

77f0fe2e469a96e0b8ee300f0444c260a10ee725cb73be14141fd9dc933388c5

**Signature (PKCS#1v1.5)**

F1Z4vdRHctu4LtncclmMK4SfCMVpdJD+UYK60K57H/6sLYvLoKdAvSwhwSv5ksUqEQKhHX0p/Sv6XKzbPQ/v7D0WyoHBrL3lvtuSBd8oO5TtQlFhNNSE2kKZhGGWAI22sw/ds4PpVJtrASoTZ0hCHTWnzE8nxTZ8lYSleB4=



DOE: 163

Seller Name: WhschCoa9

Product URL: https://www.wish.com/c/5fe6b08bb8347eb59528f228

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5fe6b08bb8347eb59528f228

**Collection Date**

Thu, 27 Apr 2023 11:03:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MigI2IgTILL/fOhQomedxEUAvwTU55dnYVlH3+6w30uaB2xZZkdp5MExpnfJ7tjPm8HhA+OmFLZDRo/WhDVU0trUkYrlyhGxLgskCn4R7iLfmcp1eJHdl7yuKG1ySySG2S9bFlsFEh64xojYtGcsJyp/vjf7SwGDr2yiHuvdBg+

## File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]([fs]([fs]www.wish.com(fs]search([fs]smiley%20sticker([fs]product([fs]5fe6b08bb8347eb59528f228]]_Thu,-27-Apr-2023-11-03-48-GMT.pdf

**Hash (SHA256)**

4dfb5387f05fc572028a2d381daf308040c7e7edfd8eb08bf3fb1a122bfd54eb

**Signature (PKCS#1v1.5)**

dHPEM0bfYhiOa2E20K3DfdxO92RvStF53C3o8A1FHoPSi32Af5bIyZenQKE8jp+KkhLgEuo7wk28VeeMRnd+9Z2xMkvbrgrP/Uajtuu7LlF7uelur5SLmOznDm6EwnynXrWE3lrsSbVpirQxyrWGjS3EAcrTPuPdF8+Z0U5yKUk=



DOE: 164

Seller Name: Abby Townsend

Product URL: https://www.wish.com/c/5efd7afc07bce5c39386c7cc

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5efd7afc07bce5c39386c7cc

**Collection Date**

Thu, 27 Apr 2023 07:56:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bHsr2tsutnPF4h8Ym/c4vQgZUhmmz6N67HWTFjKoMkTvmExKJbIy68xR5cFVGy9vi6Rb6a5ofPnZ7vLXJ71oBoIlL7tjAWjwvohKm5uYJNxg3mfGgsifbXZFlI9yKIuSLip6dLTen3W+LCgVMQEhWGvbQgKrm6xws1ygCUSInLE=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5efd7afc07bce5c39386c7cc]]_Thu,-27-Apr-2023-07-56-33-GMT.pdf

**Hash (SHA256)**

3eaecb626e25cf7bbb0f879cd82367d10adf2a84e44164825820316176723045

**Signature (PKCS#1v1.5)**

ZY9OW788KDFFhI0B9aHhVA82O6hUZvjQSXrXve2vqNugfgWvotFxjPKbxYhWTBvYzu2xJISxdaFQV7NPZc8y3PcWzgCqay/AUvzt2qVqpFynkUlPhtyuxT9/1Sit+65eepNkBGDddd+frH4+uP4B5dopNAHXaibD4ChHG2g/64c>



DOE: 165

Seller Name: jiangdidedian

Product URL: https://www.wish.com/c/5e674cd10814e32981bc3528

Platform: Wish



# Evidence Collection Report

**Page Title**

13cm x 12cm for Don't Worry Be Happy Funny Smiley Face Sign Fine Decal Funny Car Stickers RV VAN 3D DIY Accessories | Wish

**URL**

https://www.wish.com/c/5e674cd10814e32981bc3528

**Collection Date**

Thu, 18 May 2023 08:57:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

2a0d:5600:3:15::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VDtNy/pBEMIB2xlO3I4HUFPTvF5trcnqP5ewlpJG4RKWH4jMJ5sN0a6cypdxDjjKgkV1cLjd5DCFLSHjLUgwi3ok7UI4dU5W7WO9daFeyyJCBkUcwyEB71uYg24unJVTTRiadQvSqp0IYy/ob2KXqV2B93TTGOjaZqioXT/qwO8yjivEFjoqvQrkY9xRuwX5RQ1NWPbJKOe2a+j+GEx8O8wLSnkvuB9GieTFdY2wTEuf0oXoeG7dy34GdpbHTXh7v3zHtBMg0Y8vqwvBVrKnLzbq9zwexxhaQHTR4SJi7KNUxOkEFh0v5E5xZWnY1N+hW5oAhW5n2M5OXjOQy0Jr9+w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs[[fs]5e674cd10814e32981bc3528]]_Thu,-18-May-2023-08-57-58-GMT.mhtml

**Hash (SHA256)**

f4748e74b75fc420e1268f40c087af5bbe19ff42f78e1184e95bb1bc840a90de

**Signature (PKCS#1v1.5)**

VcTVgJHnT4NFjjFC718+a8eMzm/2imH4hhDgZaVMQk68fWuJbCHOsVc6Y2fQtrXqYXp07wnquGsllaxrZUXpbW5AmAp1X/4MaNfeM48bnHi/ig2sOBGRGqF+ZjBU6e+SYhsB5AnwOkfIbZfAVgI8Uieu95I4oGg5hvFfx8kCF21sYxuI6UL5Swkz7eFrGbDPWXmfiX48oTIehrVGv78CEtqwvA1UHwGq5GUiu7O9OT1ZxObXeLkhqbsVari3KHAf3G8FcOqfb0b7bCNt2redGHmHerGrgDJj6vBqv6cAWwbc87QLYqUFyzIIUYJ57rRv0LtXKQQdWAvEd5UzOX2ZQ==







## Description

Brand Name :
Sticker Placement : The Whole Body
Design : cartoon
Material Type : Other
Type : Glue Sticker
Packaging : Not Packaged
Item Length : 13inch
is_customized : Yes
Item Height : 0inch
Item Diameter : 0inch
Type Of Sticker : Car Body
Category : Stickers
Model Name : Car Stickers
Item Width : 12inch
Quality : Top High
Characteristics : 3D
Styling : Personality
Number of stickers : 1 pieces
Hot Product : Yes
Waterproof : Yes
Function 1 : Car Styling / Car Sticker
Function 2 : Reflective Sticker Waterproof 3D
Place Of Origin : China (Mainland)
Fit for : Car,Bicycle,Laptop,Skateboard,Luggage,Wall etc

DOE: 166

Seller Name: liujiahaovc

Product URL: https://www.wish.com/c/5ff1d88ffd8ffe8365cdc851

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Rave | Wish

**URL**

https://www.wish.com/search/smiley%20rave/product/5ff1d88ffd8ffe8365cdc851

**Collection Date**

Tue, 04 Apr 2023 09:36:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

193.37.253.52

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Y6OUKcDp/a/Vmh7vPM511YzWE971BS2MzcBSXbpxNdr8uKnDglwl3NG/n/qVOvad4OgJUCM++tqmb1WHJgXtNCRAKGy+lOlRWunoJ59WisUKrRB0WDaWraOjJoEDzCp/QvRU6BmMXbMoFs+g+iann16XWWivlUyFcS/hOhv2JBns=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s]/fs]/fs]www.wish.com/fs]search[fs]smiley%20rave[fs]product[fs]5ff1d88ffd8ffe8365cdc851]_Tue,-04-Apr-2023-09-36-21-GMT.pdf

**Hash (SHA256)**

78d05d7cc400347dee87db740835a53f86aaec507d23aef679fa762bb590d67c

**Signature (PKCS#1v1.5)**

akXhuBADdLSFY8XRcvMvaS3NdqeqF+AnjvfPKqRkt3b2GdbX7JOqc3cjwY4XinchpkBEDy7QSv8JwCcm1HdHoDqmqlWbpqKcMEta1EhA4OnlU2LD2v4EdX57GtrqzSaWq/p4D18R4gTpFWAjz3vg34Ehzowx084YuYrk6te7Pug=



DOE: 167

Seller Name: Lynsie

Product URL: https://www.wish.com/c/600afc1ca2d92a34609b899f

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

Page Title

Smiley Sticker | Wish

URL

https://www.wish.com/search/smiley%20sticker/product/600afc1ca2d92a34609b899f

Collection Date

Thu, 27 Apr 2023 10:47:54 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Chris Stavrou

IP Address

2a0a:1dc0:4:3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

e1DM8bqRRc9eyvwJmt9SbkPC5h2DWgOfDDZhMzSmnMGStOxCj1NvnlS2H40wTyjuLpyK4s9fYLJ8dHt+Blf7qvnZPU9IN/YfxH2zv96VHTLbGza+5y0EdVbSluviu/nqKjuT3VJ3OBNudupJuxKrkwNF7pR2IS4dVGR7ceSNNc=

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]600afc1ca2d92a34609b899f]]_Thu-27-Apr-2023-10-47-54-GMT.pdf

Hash (SHA256)

27d30c06388ff0096102a6e52f1443fe4b83d58d951331294a7dbc6b6fcca913

Signature (PKCS#1v1.5)

olzE7kPmfe0tRrNqbJHEdtzSXnLMW9y25H4XdzeTtiqNhRmiz3U8DdReeq18r9dVkjQMkENjOqy3iq08ACNX21biayyOlo1e7vEIK1A16tb9wFstVHb4D4MgPorstVHzVxcAyOglvS0godWsh2w/PRTPY6lLGGggyvH3dp4ogAQ=



DOE: 168

Seller Name: Sknfodndkdcnzofksodk68

Product URL: https://www.wish.com/c/606bdcc298a6ffb870d73c5b

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/606bdcc298a6ffb870d73c5b

**Collection Date**

Thu, 27 Apr 2023 07:55:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TpeB79AXMqxvWkvv3W+VkVj9ZljDLX1KgBj5cbay8JpT1xhpkLglkHoUuuHf/IGZsWx9QZEdPT72fcFGEYimt+LFgFDkFYSEt0HgfwzkEk8DlEg6PqrAYwolBsbSiwln2XyzZ66/rF1W0R7tFuyJTi56Ub8SEb0CMK1q4qou8+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]606bdcc298a6ffb870d73c5b]]_Thu,-27-Apr-2023-07-55-07-GMT.pdf

**Hash (SHA256)**

4c92adfe6bdd0e6214784df63a7b59ca8d3629af345aa34ea4568be9166b50f

**Signature (PKCS#1v1.5)**

pQfTuxxPVuraOIsmmVaSKrPG0vMIwUDX3gy4yG2ZkmZf/DxP/0oq7bN5A7Mhmi+IUUFS9c06XwU0Elhaqn Pcuu9r0mYO5TjkV9GJosQoQg+6dJ9ic4+Ite+0Aao1eiTgrQcsk0L11LnzWK6hY2JF4JhjNQcuhjNrMl7z1rdyOd0>



DOE: 169

Seller Name: qiuchao97444

Product URL: https://www.wish.com/c/61a5e16969ca900f4355136f

Platform: Wish



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61a5e16969ca900f4355136f

**Collection Date**

Tue, 04 Apr 2023 06:52:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iscLlHNGaaiPh5dEEFdARUUKBk7Ukv/tfi5uooBZv2x639uDVxZCCKxznWeQQxWxGx3D4PoTkISC7fp5WKW7OJcfLl8t8D88b8He8hcF29/siW8VhzOskEQNNfmTTiYN45NUDP9KBD9KdcChB2Pxj3yIO4N4LwfSkGVgZqNZCRtl=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61a5e16969ca900f4355136f]]_Tue,-04-Apr-2023-06-52-41-GMT.pdf

**Hash (SHA256)**

453a26612d454c9c491e09909f69eaddaae913e6a1377797b0a9e5b10773ce46

**Signature (PKCS#1v1.5)**

Ov570MUies4hqJl43wudeKyFBZgWkzhr+POzqIaFpTBAImI9rtdB8Zv2C+ryhbuzVVOg8K3aVCUkEJ78qDf12odCmI8XnkLs2taSikip7FegVwtU00R4u7H6708PrkCQUqzPFZ13GwQjuTwh9kdUewhB4uA5qUxtzXhPCDP3uic=



DOE: 170

Seller Name: Queey

Product URL: https://www.wish.com/c/607d34cbdc567941cc5b869f

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/607d34cbdc567941cc5b869f

**Collection Date**

Thu, 27 Apr 2023 05:18:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SJiogxPACHWCbvBLFGiU+/6Rn2Oa+Fl4hXlKP3WoKHF/kM/jIArvtDkeDMXsWGuK4d9uu9k/5jZjcgbZhPhoeMkNvOJVRj35hABWlpCZKvobldNIz0chJ49Pvqs2K/vMTBskMj6qjn6nnCo7Wr+G0Fp6WWbpS8Ot0oiuj3A+K0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs]fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]607d34cbdc567941cc5b869f[]_Thu,-27-Apr-2023-05-18-27-GMT.pdf

**Hash (SHA256)**

19f9dc7e099e6da5414cfc316ba589e038df6b05f576823074422da98d41a4f2

**Signature (PKCS#1v1.5)**

cMkKV8eqvgA6urd0b2fEhpg0dRo7Sjnm4SeTD8/dG0LeEa1hMz1v5H8zPmL2FyFdSq9C8zzp/tu4YBwL0Z2YBLMxGWf+p2AC8DsltWANWAx2qmif0gbmyH63WVMaVCECBVrxaw7ActrEBeZzoOhQSbNiWiau3DkHf8nbfSeOMY=



DOE: 171

Seller Name: helinlin1787

Product URL: https://www.wish.com/c/60d2e5d33550b1a6687b85bb

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60d2e5d33550b1a6687b85bb

**Collection Date**

Thu, 27 Apr 2023 10:19:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dqr6ixxNWgwKmJBQwB84BYnBxTLFoIrc8eRZEhWm3Wgsl1NQcu+9ycou4Lj7yEXTz5NYIlIaP6hSnou+zH97X1gLJzrv/GqVfkG/uNb4BwbAJv/xU+V486uhw3Bez2nuJVSnGSIt9Ctz/GrYiAvWUF0shM0RCjkoGGVUnNVLZOw+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s]fs]fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60d2e5d33550b1a6687b85bb]]_Thu,-27-Apr-2023-10-19-59-GMT.pdf

**Hash (SHA256)**

74b391c36096885aa26c16366fb1bcdd04031de367ee7e6d5159d74038460085

**Signature (PKCS#1v1.5)**

ixvpjfZ4hEfBmcyN6pno6LifCX0k2CozAKoQKBAISo9TznWiMlahcl9sKiOBiA+gH25BD6aQDV3TBpY1Rj/3a9olsWKlz00kv5/Vyrv2KDVCT0KfBMNbDLfnlRO/ZdGpPEoKrKlpV3BoY8wefswRcTWHvDmv03lUlDnnooPzlE=



DOE: 172

Seller Name: chongpeicheng45285

Product URL: https://www.wish.com/c/61a88ba0213fc88ec43d4dfb

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Rave | Wish

**URL**

https://www.wish.com/search/smiley%20rave/product/61a88ba0213fc88ec43d4dfb

**Collection Date**

Tue, 04 Apr 2023 09:31:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

193.37.253.52

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pmQoiUHV3qgzkmJC2idbOegqy4XOvVe+u9fbPzxeGPL6X74UzUdRQvu4Oxm9Yb9/9fG8OAk+4cniVn9t0dPjCR6A2R8xa6MNBRTsdbZ6h8t3lAmwPaKxuHNHb/ajoKgUcHcNNcVUS38PpUCoKwCk+HKvln3V/FXbt4HJHIrEWQ4=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][s][fs]www.wish.com[fs]search[fs]smiley%20rave[fs]product[fs]61a88ba0213fc88ec43d4dfb]]_Tue,-04-Apr-2023-09-31-23-GMT.pdf

**Hash (SHA256)**

19c4307b86168e759cf187ec28bb1c3fa6210c2233490dbf020fcf49f6a275c3

**Signature (PKCS#1v1.5)**

acknOBu5zChTSvpinvsxVy+feKgGTd8EWPjQmaE0I37r147zb0a2K6dENaluuAJrppn28KPQgYzaTNvXzkNu9lSLtU5Bv6bCLUJGarbvvnbJQVEHkUJiVQGONuNJfpbcxmj5rY9bL9d7iLqETMZtxupOvt8kGvPy3c/S0ZK0v2Q+



DOE: 173

Seller Name: wzchunlai

Product URL: https://www.wish.com/c/5704d000ae8c935b120fe33a

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/5704d000ae8c935b120fe33a

**Collection Date**
Wed, 26 Apr 2023 10:49:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
gGJimRE4oMbj8QlP9d7sh+iotOjRrdRMbrgK35ZVh34rMpNDnyH/2q0CA0R9OK87SABEplE/J4i0kva4lqefNzpVoymu1exWLbFS+LWbRKzRHoqWcow9HJuQK2DRUBt4HurHAwWDYk5FuI+ENFHw93qd6+xcd7AaLhf2pqcU+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[]https[s][fs][h]www.wish.com[fs]search[fs]smiley[fs]product[fs]5704d000ae8c935b120fe33a[]_Wed,-26-Apr-2023-10-49-50-GMT.pdf

**Hash (SHA256)**
9e23f722a05affab81b06eb00b074c5bfeb1fee9a25eb01aff3874S9b4d67904

**Signature (PKCS#1v1.5)**
cY+hD8qUSzHrj0k+ZLoogXWN5JmrtLRXeKeOCH3WiKU7MrF339B6iUjYaLogQibNHstp7Pfth+zRDJmgDezIf1weRXbPocqYdEMTZr5hZfmcFTxkgyDKjCpKHiFvFXLS/v/4+0/jmpF3w6LUkBbJkQreeMqR+fyaCG7H21+Q=



DOE: 174

Seller Name: liqinsong0625

Product URL: https://www.wish.com/c/60e2a9b3671ed0e64ce763cd

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60e2a9b3671ed0e64ce763cd

**Collection Date**

Thu, 27 Apr 2023 10:45:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:16c0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NbHwU9sBoaw5BK4ONs8ZTmKWfEEguBHJjdcZ9XHj1kFf33WPRX5UCYFBFz67brRmj1MV/C3C8etdkRj3lnGBpSzItbpxBtqkE3CJwotl28VzDZglW1k0dt21ZbYQDbiHh4IVBd7K4ZM/Ne8fZjmhTPsM9RAlFG4i5A48pRMA=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]/www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60e2a9b3671ed0e64ce763cd]_Thu,-27-Apr-2023-10-45-35-GMT.pdf

**Hash (SHA256)**

081315a41c744a280aed31f413f24d8080a1660f5e4f34bf5fd2761367ec74ee

**Signature (PKCS#1v1.5)**

VGJsq90sajjCi8zUTYZc0fsNZH0ypEZylFpfx4VJJYxOvIv0HGnUDVk7KFYdIAzgR+hz66MP0CHifmf9XxWs84OX53ip24dXlRqowoNwlXYUheazqdX620h1oIwRkaBxMIiAieOpTp0dPHfuP/RylDkC2arns7jczz+0ysJJAY+A=



DOE: 175

Seller Name: liuyongzhi

Product URL: https://www.wish.com/c/5ab20ff00548ea6b48e97295

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/5ab20ff00548ea6b48e97295

**Collection Date**

Fri, 31 Mar 2023 04:35:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cd19cMZey7os8bWfAHirM9zcAY5B9xslE8caDTNT4I5sxDHI16NwoyIFwosgcMMcUKqNcTOqhgzBJJMTqoSKt+os0Hm99GHoe4vxNjIvt/IBanNH2NOVHzUEZdzASKoXERQ9TZsmzvRzY8NuVwGK12T4rE1VDLBdi+mip+k1Pac=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs]][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5ab20ff00548ea6b48e97295]]_Fri,-31-Mar-2023-04-35-03-GMT.pdf

**Hash (SHA256)**

f9971ea93577ebf338d2c27521dabdab2f1dc7f8c622a82bdebca30fe9c7d77c

**Signature (PKCS#1v1.5)**

cv/a6GsoVgHk/KTaDEbJtk0RTgZVz8ayNQR3TDgt3KSDaCpEA1rteXmlNVSs507gWmrHPi4+ROZeIY2eKFvDjWHBGQ+sEe1X5Qtq4H76SMTy6GD22NMwq8DbEzWbqEhYck6lazD6+gMg0nRVlJaYpyA/ERx+1I4dbzJvoL05Jso=



DOE: 176

Seller Name: xiaojunnanzhuang123

Product URL: https://www.wish.com/c/60e2a7ac4c7022de2d218453

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60e2a7ac4c7022de2d218453

**Collection Date**

Mon, 03 Apr 2023 10:59:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fusAMgGqa3xCBUNPFkSsOnD1NGpj4he5AVk31gXh5XYuBOih90gDOQ+CA9XNZy7qTNb8XSQvOA0VjjuSSQ6wrkaeuEQXWTpXFAFrjGPBFCGXynoRWakueKTtpDwVpbLAoY6SuTzDTLG312++lmLZQJDcQbXZg/0Hwgm9H8tED2A=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60e2a7ac4c7022de2d218453]]_Mon,-03-Apr-2023-10-59-31-GMT.pdf

**Hash (SHA256)**

a8e5bb85952156688efb1c33b7363173c617c36fdb9fcf7f49e178b7bc1421c7a

**Signature (PKCS#1v1.5)**

GjIXIWEejpVVfsVq59uYfgfYk0gdZkNgudeq1r5FNbN3hSIca/S1f4hoYdX+4IJmj80OU0+11eid+HFvd2w+Zl7QT45XDyNeFL0vewXK6fVRt3ZkWYw1SlfV4RPQHtX7d2KoGWlNeFcF2BowlVpZJCbe2mt0+geMV+oVy3E3ufE=



DOE: 177

Seller Name: xxiong shop

Product URL: https://www.wish.com/c/616e2cf947ae077d48ac47f2

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/616e2cf947ae077d48ac47f2

**Collection Date**

Mon, 03 Apr 2023 11:22:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D1PJ3TKQwNdCnRz8E0T78vueaHER4v4ks6nuVYUxn/BtRfudEiDmF52BYwFMsZ43CNPdQwgFaPQPNO68Uj0FCA05j2ELlB8p/VDp6Z0aTGkfsvitDNi1DWfZU74HZOtMs4QsH9E8uNPXiIvl/4EWpackuQPHm8mJBTk3CNTG8N0=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]616e2cf947ae077d48ac47f2[]_Mon,-03-Apr-2023-11-22-28-GMT.pdf

**Hash (SHA256)**

805403cb9ccaaf34dabf42b65992da39f84652cb501b7cfcd434059c780dfbe2

**Signature (PKCS#1v1.5)**

ru3CUVqu'xwe+rh4nAiDMtJ4WjZb0mhNu7y/GpTo3LUgfcZ6SbeFfj7zXFO+/AlbUSr0PNzrZsKw04fGgeHVy4f+5rnu32JvVqYi0PUqLuqwVeRuZtd9+183h+XFeD1+nf7kDjcEiu63EsiZe5KM9m73SG9H+0T5F0qzGF3ug=



DOE: 178

Seller Name: 7007

Product URL: https://www.wish.com/c/633c04f5687bf9849e799f49

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/633c04f5687bf9849e799f49

**Collection Date**

Mon, 03 Apr 2023 12:21:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EGJACS1YF7K1U9MzdETMdkYEsTjEf/jAVZ+Lw/BPVuVPPyw/cExslHovbKzyMCriZF2P1e2BHHEbZwiPY4XibjjJX+4u0iWlT4xB1baadZqJ++ELN9F/dXvAI4nnmkhiTHK+nxYOvADROsEyBi0ZxYiQnjon1EsitAlDG4gWG38=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]633c04f5687bf9849e799f49]_Mon,-03-Apr-2023-12-21-04-GMT.pdf

**Hash (SHA256)**

c8110128a92e0c9b2602e15b9c268644d9a0364de5b9dbe9293dd70189491144

**Signature (PKCS#1v1.5)**

BloMSyEDjFbN8lHwiMEHubM96iHCrjiG69bxeQC+dWveRhw2Z/BQQlrC7B5mj/A2l6vqgBNLYKyu72gd6ofiA7ZQ4ElcTGXDyNd3U1KjHOmvtu7ATo+DcjVBnxaAFc/flebUvTOisrDfGBXMk1/H6LjXYn6vWs0fgFcKXK0VFKc=



DOE: 179

Seller Name: xiaoyanzis

Product URL: https://www.wish.com/c/607e9f11d879045ae00c52ae

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/607e9f11d879045ae00c52ae

**Collection Date**

Tue, 04 Apr 2023 06:20:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IXvbRDXz5V/69xnjh3PxjfzOYSbZ4CoE/WjEWvsgBgoJcTv4fKrhtMN+7vraVe/tahM6/09tp/stNMuR6Sd+60tAUp5AJTBhbI8p0oE6bi7w7JOTIAqRAgYjnpVqh1WTOveZYdpoZ/H3o5fO0hut4YSj13R55R46cEggztqoAs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]607e9f11d879045ae00c52ae]]_Tue,-04-Apr-2023-06-20-26-GMT.pdf

**Hash (SHA256)**

38b2a8f348d5657af67049dd8530f1072dc2b2a0cae3f5e85179330a41edc842

**Signature (PKCS#1v1.5)**

LqjBjcHTybU/kmns8ToCmY4zUagb8T0U/CVYFCZzxN8rTzfnHTxr0IMM86sSzHD2oXZcbqqVT+lSFit9+M4aMSu0Z9Wn0fbIxLGXERjOJVJPzTBLWe/O7NNBmQXwq/NtVGjwKfyKImspFzqR7F3eyhEqkj5+aK3yEuNcs2HqpBQ=



DOE: 180

Seller Name: langworthjenni185

Product URL: https://www.wish.com/c/5f87e95a8895d90bcffdc845

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/5f87e95a8895d90bcffdc845

**Collection Date**

Tue, 04 Apr 2023 07:38:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LbAWuosCUr4bN3Yx1FTY1QmH3yA/cdX0+UgwaObNG9EU8hPKm+ibgfPwM2yfQNMbdtRF5HABuDcfKC7nKSL+QTcZKni6vHtJpP78rFRTkLtMUDAfbaifNbvLxt4950B/ghaaTEEVWdPlDK6k9127EEyBHRTVZ3bJ+y7bVp4MEeTQ+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]fs]fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5f87e95a8895d90bcffdc845]]_Tue,-04-Apr-2023-07-38-52-GMT.pdf

**Hash (SHA256)**

1a863637f15baa7ccde66575d8f73a92c4302cff469cde5929bbc8c2881ce7c3

**Signature (PKCS#1v1.5)**

C8eCe0Ub8bJ/3LIVuf64mXVMjgovNgmjnKJouBzA8yqUxpAksl2ZaTafgyonO4HacD7k/CSgsHV/8mr+WbfkcLIVAIU7w0D+J1qhPuF7s/Pzj4zfTMfvEx5f24MLSSmXpbKpFGlYSjyg/h+FVowYfZreTDrdYxF60AaHj9fwps=



DOE: 181

Seller Name: UrbanLobes

Product URL: https://www.wish.com/c/5b6ba2a224c168519a157030

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

Page Title
Smiley Face Stickers | Wish

URL
https://www.wish.com/search/smiley%20face%20stickers/5b6ba2a224c168519a157030

Collection Date
Tue, 04 Apr 2023 09:20:57 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address

Browser Information

Digital Signature (SHA256 / PKCS#1v1.5)
fVDZdAVg2L1nOtx93yFd04/2tbT4OI1GW7SlxjML4NN4F/zJNBKOrZkA7bRSRRa6+WT3sa5GtIKqUDJSq3tO6cpMxyErz2Ufyk0MQXhL+FbdE3kmu0GH26wrGsoY0n063MdWaPU3dwfUrdVZd86UmDqXA7xQ70OXLo0GE34X0yHg+

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[https[s]]%3[fs][fs]www.wish.com%5[search[fs]smiley%20face%20stickers[fs]product[fs]5b6ba2a224c168519a157030]]_Tue_04-Apr-2023-09-20-57-GMT.pdf

Hash (SHA256)
9226c5781c659cf9dd83cc479c65914ace2130caeae4391183444b87f98ae022

Signature (PKCS#1v1.5)
DTHdpgtLgpzEa+RacgwopZzt1byaP1UOnrLDnewg/rVcMmvCIGJ1f0bv8cFWWrgpsfLtNiE7Zt3OI1NHSP8sbWZ1TF26VkjNZ9MW+gNjK33M4GZFriFR71X5yXrbV3pK4oy6GF4SQ+MwyDrZODhT3vyUvRP3XMsCcTl0D1t8E+



DOE: 182

Seller Name: liverstone

Product URL: https://www.wish.com/c/615a738ba759ee09b743fb19

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Original | Wish

**URL**

https://www.wish.com/search/smiley%20original/product/615a738ba759ee09b743fb19

**Collection Date**

Wed, 05 Apr 2023 05:08:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0d:5600:2:13::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VJZKE40p/nK8YH1sJFlAFm6hJ8ibE6kLWw8Po4atDzXjWbMpIzOpxizoLJIsMXLKSMGpGspX0ujhFva3dx40sAXMw5QvGVCh2+oGGwOaXldR1Li5/7SYb6wBKH4pbvPPkhXiM25vn4kojAWds+VQzqCDEtgEfitqekWzPWSchc=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20original[fs]product[fs]615a738ba759ee09b743fb19]]_Wed,-05-Apr-2023-05-08-39-GMT.pdf

**Hash (SHA256)**

3259653cdb59fd6abcd047adec20f64f7408c10022134da8be97df65fdcf7a4b

**Signature (PKCS#1v1.5)**

V0HJ0eY2Vniio8e8ZKZJMRSGMZ0WwKjDidIxFCpK7SdkJvakAAafFWOMHWKXMMDDbuHoT4gugMbe2RYGSPBCuAD7iPtVd5ONUI/QoDTitQL3EzHYnNX9gbJRkO7iKO1+muVEPrcEGFflPDGbrT5LHwd/aNKmitZSq9OGO++jY08=



DOE: 183

Seller Name: zhazhahui002

Product URL: https://www.wish.com/c/62c28f567e0ffb082484f37c

Platform: Wish


Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/62c28f567e0ffb082484f37c

**Collection Date**

Wed, 26 Apr 2023 10:48:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hfv'x2PnVsGv9tJGES4TIz9hG9hWu6MqfLXbwPFUC2Y7fV6yOhmfiyEdaNl4enNtJHYL4irGgFl+JuPfhLNGnpLc/TG5DWWEZRmag0d0v01ZbcDUO5DmMmMKgf/cg9FabcLPdLc+nbiRSNXDF28xUFt8OOkl+09yLNQtgPoUqNol+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][s][www.wish.com[/s]search[/s]smiley[/s]product[/s]62c28f567e0ffb082484f37c]]_Wed,-26-Apr-2023-10-48-30-GMT.pdf

**Hash (SHA256)**

e21cc99d98724b2b2063a0a8fd99b648d7e0c6514fdc1fa62993c861dfbc577f

**Signature (PKCS#1v1.5)**

D4z1/q/9cle9/Ir98fSHnAA8gQ5f5483FsUX8T4AVwHfPN+DjVQm7EWjUxZFDHrtMBpsz9J0fspHOT+2sFd+zUmIwBHVs8INq83xv8ryD5hLXM+D8yFYHuEAY/0p8oGda2twyGH4rfFKTHhab+y5di7lCxrIn646/nTldC5r+hug=



DOE: 184

Seller Name: ella trendy store

Product URL: https://www.wish.com/c/600a648870d422b219fe1890

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/product/600a648870d422b219fe1890

**Collection Date**

Wed, 26 Apr 2023 11:04:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XnYa8reSbTUGOmWkqCDhJurOE4vj5fjSjDZiPcLRsAdaDLxVXr/ahyYP+LWQgbDYyUs57Qet/vp/kb1Y5gSaNp6hhO99KmeKL4aBuJ0HVjtW2lKEGvW2HNRZQ4sxohRJjpMgkvr+O4l7MmTgTo4JNMC6ZH5AmSQBC7y9WglDVRs+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[Jhttps[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]600a648870d422b219fe1890]]_Wed,-26-Apr-2023-11-04-03-GMT.pdf

**Hash (SHA256)**

a697c6d8eccf4fb3c07bc7109ef4e90880507e3594435c2d6690de26e69e6e253

**Signature (PKCS#1v1.5)**

qmBleleHj+0oeJfPAK1WZ900vGY7yXUk9dPY/K91G/QxyKSXUg07vt6+bZf2qOQwtwQ9NHaYrwGiclGBdld0X6WplW/jY/NmSrK5wnz4iRs5Krpp4haEVlA2aqNzZhoCpibOoksALLdjJLp1ATjOf3aSvZrxMwoEtC3Xaz2lRE+



DOE: 185

Seller Name: Remiel Jewelry

Product URL: https://www.wish.com/c/5f43227d8062fd492fbc4c26

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5f43227d8062fd492fbc4c26

**Collection Date**

Thu, 27 Apr 2023 06:29:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MYbf7HIr0ELrZtn+1qRR+1hjXHDpjzEVIYchKB7T44LKs/iOi5p/Mp8SD58pz4BFegE1jv5AvLDcx43YTyxrR59zE2mf8dxPsaEpv8xTvqCIoFY4Y35Dcps2j3gSvNJSuZIm6BXiF8xpprb8EuiJYf9IkfW9f0DjJmVtpjCk+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f43227d8062fd492fbc4c26]]_Thu,-27-Apr-2023-06-29-11-GMT.pdf

**Hash (SHA256)**

73e318dc7dbb0209f45157a655d84be110091b276711f255e540c8f6d53cb541

**Signature (PKCS#1v1.5)**

IhnVIIWs7RbtYcLVFH63TZUPYtsBtFIpOqKu963aXUfJrd5G6Fxf+gtEv9rnIQfVk8XcBqcAjXqnmGIscWN5qbq3o9cSx17rGqWT3AkeR8PHacdiRCuFITFH7rcIDaq6SZNOLDG2p9VSf/1NJ0G2Byk21AuPMPtFwpXoK1eiBi=



DOE: 186

Seller Name: Susie Davis

Product URL: https://www.wish.com/c/5efcf8a2534f08b1d5cdb3c2

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5efcf8a2534f08b1d5cdb3c2

**Collection Date**

Thu, 27 Apr 2023 07:46:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ExtEAV9C7o9lazT40kDOzYXUOVaY+1yRvaH4VSeVe+Fwc+1nILMLcidUcsoTXN4tbBPkJngpl3DNxv+n9o9sjOdhzfsJVqTE01ZZyr4Uxw7Ez9Rojk4qk/rR06rFlWTfkRjat6E6GP2ysQ3Wx4/JqAD8b8vggAX2ZKdRuDRlFQ0=

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5efcf8a2534f08b1d5cdb3c2]]_Thu,-27-Apr-2023-07-46-31-GMT.pdf

**Hash (SHA256)**

4428a262429bafe1fbfcd31543213eebe0c09ceb10b11cb77cba23cbb9510881

**Signature (PKCS#1v1.5)**

IkUZC0C4QBtQRO8o/tqJzpvcZH/Cf9c0a3XavQNUpFqF+/LzgMzi/2C191n8zJZMlx7kuGlrEy+sYee5dmv9r3stt1udUclLjjpMiM7PRo0uq1K5yy4VNijoJiJbMN2JzklxBDsNpkUx7VsAtvv8X5bm0MI87Ct5bNR13+lcioM+



DOE: 187

Seller Name: wanmeizhenzhu A

Product URL: https://www.wish.com/c/59e46bc277cc4e48cab1d72c

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/59e46bc277cc4e48cab1d72c

**Collection Date**

Thu, 27 Apr 2023 09:31:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z+43u6POABUOi34jOsFjpPmZwaUruhcHGjLpcQrM9UN3a13cgGW5rGO1aKKBzQmGhTn+L5JbWxBExfjLyMOmEH+kUKyzQ6bejCbtUoDwf6JTwERUEh/0p/zZd18ejSXkIcxQ/JkABdNGloxTWEhjiYlPBnQQHakYmPJs6lSX/So=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[a]fs[fs]fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]59e46bc277cc4e48cab1d72c]]_Thu,-27-Apr-2023-09-31-15-GMT.pdf

**Hash (SHA256)**

039d7565a984dc17bce367fa4486f16243107187103f3147062200daf7ef6dc3

**Signature (PKCS#1v1.5)**

P5Mi5CjFUi7ftbw2fZwTY+SbBkYsfA2VD0OeTVKkIatnT1KYJ8If8Ogo4uAvioHKBLTRCPGEZTmBALWg6GhCJmws3rhHcNivyrU+18KXNSrKDkxQDA1yrba+RoykMWPnwI+aogSh+kpZUgUYlFbdlXruQtVuxnCl/ofJIQhaq8=



DOE: 188

Seller Name: flamingcloud666

Product URL: https://www.wish.com/c/6391a5f4e5a0a89170983ce1

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/6391a5f4e5a0a89170983ce1

**Collection Date**

Thu, 27 Apr 2023 10:20:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:16c0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WO78mjC7SiJ5mJlxihmeI84xWcKLoU007xuVsycXJ6AChryQIe/mb/EU+niuvkAs44ADVKXG2ZDz4kmoKaPDTUBYC68heSThvKzafre+kwq2XA7Zw3kVYy0qBGxU0HxgHXXTbP3fbPMBYcsKcc2haDLt3GC3M5n7ZmmJBVBkX6Y+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs]][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]6391a5f4e5a0a89170983ce1]]_Thu,-27-Apr-2023-10-20-18-GMT.pdf

**Hash (SHA256)**

7d90b2eacbaaa6bc7839877678fd028889a6d99d62db8f17d9a37b398785adeb

**Signature (PKCS#1v1.5)**

j09W047MXMZWtHrBBP60qCODsz8Na92cALy4KSSURL0QgppA0BHFh9PCm65hXXkmPKbFZ625bUfGaTiyFHmkXyujjO7CKQLmhZra+DlFdH1UGPfVfBKGKb1bnb+2439KHj2A0zi4xdAgcz+BfOM8iJ4XU8gQUoTuACyCTeCgzJ9l=



DOE: 189

Seller Name: jinche2852

Product URL: https://www.wish.com/c/609c921d2f73447430e8d66d

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/609c921d2f73447430e8d66d

**Collection Date**

Fri, 28 Apr 2023 04:46:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j55o183AopP8OUNFEsfsD1nwHQzGbQ4bd+FzncNp34c8Aq9AV7DA0r7VSQTW8DQWUue9ah5Iq/J0dXGEpQQx2vZpPm7ABg3KDx/P0p0Ni4mo7/iDA7yXw7GqRL3uI7Eg9eQoqPdF4h7KECBIt8MjRJ61qPkw7bu+zvHp4NyPtkM=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]fs]fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]609c921d2f73447430e8d66d[]_Fri-28-Apr-2023-04-46-01-GMT.pdf

**Hash (SHA256)**

d76da37a7d772dce0d111d7f2ca6824d8d2760ee008ce9f319bcbab7124aedaa

**Signature (PKCS#1v1.5)**

sPauw8Ra8aO9v+/wJCBxmYQBIVz2Yx2CG5WdyYbMPjg66qR7iNdfylEIuuobtlmH4Yh0HxbUFbC40KoLMJj0fo2aZWZU+UDkenRUZOUzTWbbhPk01sI/GdCB23tcsjGLBI2nRL+kA4B5QH1EhJck9705aBA6AJP8zT1ocQzLybA4+



DOE: 190

Seller Name: dgfffdb44

Product URL: https://www.wish.com/c/5e0226abc1c749005ada4b2b

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/5e0226abc1c749005ada4b2b

**Collection Date**
Thu, 27 Apr 2023 10:50:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
okYuMUldGyKo8oqmh0d+8oZ41jixMgy1I2rnfnaH0YK+QWvJXvh5RV+8iGJRwOT+OOEpop9Kas8za4AGT257EGmVr2HTOF38AYJJucTyLfS/b7D0QI0NyjTNLpQe2Mvr7pQMvGb+sPhw3NHrqah6Z1EpdGyFQu+N0wnBdQsYB1c+

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5e0226abc1c749005ada4b2b]]_Thu,-27-Apr-2023-10-50-25-GMT.pdf

**Hash (SHA256)**
c9b6c0bbf68743aad697b6f51094c54b6025ba5b0d6fb33fefd776558530bed0

**Signature (PKCS#1v1.5)**
gqLVNlg7wOU10tMWaKxl/PvruMRTPpbGyB4evSLwxQPHj2ZQ+470dUzK/GkPe/sTFxvgK2ju1DZBR+RW5salrik9O6Qy/8vfGuwfSYRj7WJ0M2+zJpFCWKVJSxvG+r7gGOUMmHk/3f6wljo7OU/5Ya7s3VTY8ICEmBOjBKGXQ1E+



DOE: 191

Seller Name: Dannishijie

Product URL: https://www.wish.com/c/5f858443d13b0020951efe46

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5f858443d13b0020951efe46

**Collection Date**

Thu, 27 Apr 2023 07:03:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CXCEAHVw/xQNCYfnh87oSib6/8lw7KQtJt82fWYZXPsWTpt8Sn7cWbmPtGle68szy+WGkLY6nTSNbttwAWSozmCuzheJgglvELpqQiSkAJCCMl8SbEdLgVPJLyp28qFnmtMxDpruus2t9hwEH/Zxqs+GllPf8YWCNtbTsbV3KvU=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s]/fs]fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f858443d13b0020951efe46]]_Thu,-27-Apr-2023-07-03-19-GMT.pdf

**Hash (SHA256)**

6e49fb02l6fd68bc4b1b3d76fc6f04cdc59ab16fc50e1944e5f7f5e93e8a049e9

**Signature (PKCS#1v1.5)**

Zdka4SHvmblehSuz+5lfkLGHtJQ9Aqvwbru VW3QB246Zo1uHsFHQExsfcPw/5khzWBwHO2VAX2Xsi+0c5eX6QkWbJdJKDOX3g+EXqEWfg8XlH4fn8P/7vpmJaVYv9vTPs8+/o6b2oonhb6lRHZpof6sL52Sblx0ymLJet30=



DOE: 192

Seller Name: FSdfgx

Product URL: https://www.wish.com/c/5e94fa6976544c07521c1242

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/5e94fa6976544c07521c1242

**Collection Date**
Mon, 03 Apr 2023 11:05:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
cKRxShbHh1KVpQuyVHSzRpSZw7vfsRqNBv/tQPtWCSXRd6d6u/0F0BJTgJrpCR2EkTkgN9oLBmx5qe4zRckVwbseVsKqZutRXQ+/FZZc7ZiP5qZlgF6ml0CiZqsMDy+FyiR6kJofuSJpLzzlXmSHwIwN0uknhvrOU8yKr1pwmx8=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5e94fa6976544c07521c1242]]_Mon,-03-Apr-2023-11-05-09-GMT.pdf

**Hash (SHA256)**
1cde98e11c3c9ce215c5f42362ae75f43e2c663da8b68ed94e20f7e6dffa5731

**Signature (PKCS#1v1.5)**
dGyr4MlKSpV0ZEDidkebmRhQ9Ktbe/ugYlQ9zcs+nQJ6DLi0yqY3D/gv/QfitammnARE+wY/AbJZ71WZXR+VNBfEKJkhumKsUmWuxMx3aPi3Yr9PxiWYUjc1GhKhnDZWCnQolUfM+jh1VaoYyZrobN1XRrLJjkRG0+/h6qryl=



DOE: 193

Seller Name: Ladies or Girls

Product URL: https://www.wish.com/c/6426861bfc3d4d6fbb16ab90

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6426861bfc3d4d6fbb16ab90

**Collection Date**

Mon, 03 Apr 2023 10:46:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ad5X7EEx1GC32dOKf6vtubqJMo444lqG3hXodRVs/w4M8Fh01f9xarbUg0b1lcejgZ0k86Io8mVRx4IyZS47dHI9ooU//kBP7lHisrrTeOqmSGflFFzF314VvX0kwutqMGyxE0bEqnmzyC9LSYlKZ1rT6MgM7xCfLYX3c5Kl4Gg=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6426861bfc3d4d6fbb16ab90]]_Mon,-03-Apr-2023-10-46-22-GMT.pdf

**Hash (SHA256)**

924429a7dd969l8aaa6ff8ed0157e8412b476414d947c82174ec00cd5d4af0d92

**Signature (PKCS#1v1.5)**

euhhp01Q5DPFDx4JGKAvkBCnBWYyC1Pon0IJHBn6AQVq1FFKFKcTekQmHSjcmMTHphMvdie7htUaZ50rJCSnbIRlWKgjHZBhoaV/RJJbLGHAZPfhI0ZCeKNizL4mRjRuVoPTp0UxGqI1UWuW/4kZvaouDzXYSi4Hx28GDQkQ9kI=



DOE: 194

Seller Name: Decoration home store

Product URL: https://www.wish.com/c/5e5aa4dd4c24cb4f63eae503

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/5e5aa4dd4c24cb4f63eae503

**Collection Date**
Thu, 27 Apr 2023 11:03:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Lcm94fdtcRgKUgM61zxaodjKZvcBKi/7SmyMYH27TKjYM+CfxQFsLA6SFwBfj3UJhUsPUQKlXn6p5349d+U1+L6uMafYmfrhdLgmvU2SygXmGQqbuBVs4uVyFf6G4OWHqHfHSqrUzYV1wABiCA6IA3CTFMs1k/xnWzKGq24s8>

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs/www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5e5aa4dd4c24cb4f63eae503]]_Thu;-27-Apr-2023-11-03-26-GMT.pdf

**Hash (SHA256)**
c9c17ca60b0dab61fad7fa447c93d12dbaee34e56d5dffe60d4e471e3102f9f7

**Signature (PKCS#1v1.5)**
UtlvCNRwLO3DxSjmvV+3fIdPwcKVpNo0X9DJZvTBsTSYSjQySgCiJRvRmJQ88zjO0sdRC2T1ezFNoASxE7pvD/bXg0ZHSkzfbOXAMHH+d1a5FjI9A5BghKbiJzYG9Ll5aI7NPw1pqYH3HGQnW/8xxk8a8FS/sjQZy4IlpJtXjk+



DOE: 195

Seller Name: CHENbibi

Product URL: https://www.wish.com/c/604347be5dc2be854ece533b

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/604347be5dc2be854ece533b

**Collection Date**

Thu, 27 Apr 2023 11:04:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lawOoaNC9MJL8eQCELg8SMBMz814nvmerR6EzIrMxJw7mNKYDBnSb/uy/Il3kSWxXG+E8Dw7g7IStYMU+o8yksYotydVstDtmhsZkKeH6jY5DPYV5xaA6IQsEVarKMfQjm2FtBX4yML5j6q3Xg5C4aOy0SI+LcxjmdYv1miiU>

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]/[s][fs]/www.wish.com[fs]search[fs][smiley%20sticker[fs]product[fs]604347be5dc2be854ece533b]]_Thu,-27-Apr-2023-11-04-24-GMT.pdf

**Hash (SHA256)**

386655777037fe0a0b03b03a5e102749dbffad0c2bcf1111d68Bb465930799033

**Signature (PKCS#1v1.5)**

ed1zZXZ423WbsPРtXFgHN975N2jWGLd6/koKvVPzNBJCJXNrk4Ese2WPcuBckIJC8zE1iT3lESU8POuw+6zCxtBKrub6TlsRKXkySAh+AMLokiFo8EiRseyh/5hJzVu+Fo8T20JaCDwSQqUmxRNeDGMLZhRLdGJt/M7gSQ3O3s>



DOE: 196

Seller Name: Qiaoyufeng

Product URL: https://www.wish.com/c/60473f4f3139e4ff6e301b2a

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/60473f4f3139e4ff6e301b2a

**Collection Date**

Thu, 27 Apr 2023 06:59:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oiNtxAmwLnHDZG+3mlyNGTVF3NY9z52ZEIn7Xt1HrK1OgW8btJuKCRk59NrDhLAPRgLoSb+WmGdV0m+Wo2TJKpX+MNaSWWe693ifHmE03jPuj7Yqszi8/0hHVKPpV5upk2pOHYtcUYWenIltR9JpowQKdKPbfravn3Av9I8c=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs]][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60473f4f3139e4ff6e301b2a]]_Thu,-27-Apr-2023-06-59-58-GMT.pdf

**Hash (SHA256)**

11beda2f0fafb75b7a03f45355e824a5b1db1adcb8d0d9fdde330958372873452

**Signature (PKCS#1v1.5)**

CWHAEYBS+vvhgiVx+SsfgnBv3q+4VWjQaiDjjHEsk+DF6IyDqrBWNVkg+pnaBJ4X0LeCgrJ0+tT4jvSSbwmuvkymJP+xy35QGTPUf9m8eV777Md5kF2KOgzvIE/Mzj0IWNDqy3g7nJl+nuS82zGF9NbIDE3E2X79WQeAnySLaEk=



DOE: 197

Seller Name: SebastianeMirabelleoXpV

Product URL: https://www.wish.com/c/60b0acbaf5c7b77a4ccde493

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/60b0acbaf5c7b77a4ccde493

**Collection Date**

Thu, 27 Apr 2023 07:59:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cs/n/fwgFYqkm3eV3BD/f619g9udVlLkW3NSN0f+3LyU8bPIKPuPGbsw/6L61YGQ5noWAzi6JO4z6huqf8TQ9M4s1Wc7cx5wSg9sQyBy7cNlSBZy8EYmPmvuN120H9VZ80DY833zcBmhhZWJFl0R76CNf2wTcLotuEfuTgXns=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screncap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60b0acbaf5c7b77a4ccde493]]_Thu,-27-Apr-2023-07-59-29-GMT.pdf

**Hash (SHA256)**

406b7a809fd08e2876d1b39d5acaadb1982531ae58635e82a2233cc17fa71afa

**Signature (PKCS#1v1.5)**

F0pyKAGt5nlXUlNsYOR7q5SC0e7o7CUc9AHbBo857YJMWIIRSX7hygbGrvAWxaATAxfg7PRFfbWCjilfil5kDvVozUh8f7kxYfLh3ObFpGmEMz5SPfLllS9GpplF8OhocF/9PthbrTSQpbWujMOv83HZMLd//Pgs3yETptOkM=



DOE: 198

Seller Name: pnhvhrus

Product URL: https://www.wish.com/c/60deb5032a8fbb0950ec0cc2

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/60deb5032a8fbb0950ec0cc2

**Collection Date**

Tue, 04 Apr 2023 07:23:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XMfhdKnsGMPxZiGN4NHXKtbJkcVfKSiZSW6FMo3qeZ4DVK6wl89QLee6eXkiNiQ0N6KHPREnuOSC6OV+pQtZ6iWwtYR1GmU8eCnhKiftlaHB+an/DGMPPkcJ1IsP87bfW3S8iSGQVPzj2+8jJMLjVWkDdWYqeuXWXRz8TpnLfo=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][h]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60deb5032a8fbb0950ec0cc2]]_Tue,-04-Apr-2023-07-23-07-GMT.pdf

**Hash (SHA256)**

71bffcc35a599e532836261fa5e2b496dca201882b98c6ed8ca7db3befc3aa4a

**Signature (PKCS#1v1.5)**

C2CR0fZi8bOrOp9Rrl0juFJOfzb9+1YvjAptWZM98GfUxJHYrQ3yhfKy9WVt8lOy0rWW6mito0/VxRsZr2DC4XBq97Ls1jjTaWpaBG2bijZRjpXT7IrOciUcz7tYqezuDVttu8f01eg8rMKrQoXrkwCLEzPh5pkgjSOKvzXTgzOkQ=



DOE: 199

Seller Name: Nna3

Product URL: https://www.wish.com/c/6337f7dced9ac471f9ecaf44

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6337f7dced9ac471f9ecaf44

**Collection Date**

Mon, 03 Apr 2023 10:59:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DpFIVTOP5s+ps,ljWRtmi8SN1C6t77nMOq9sgUmg9XVDogqz,lQ6FERCx/okIZ2w621JMlky6ZlA9Nm8ybTEaM4DamDwd1N8E4gzE5Wthxz8pqEJlIRbDyN/Td,IZ9d4FKlf078hqKm78j5sEJ6dhY72cO9jZ7rb9M9gTOKXsJ9Y+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screncap_{[https[s]fs[fs]www.com[fs]search[fs]SMILEY[fs]product[fs]6337f7dced9ac471f9ecaf44]]_Mon,-03-Apr-2023-10-59-49-GMT.pdf

**Hash (SHA256)**

87153c33be9827701377a870d27d4aa493e04d218092cefcbe9d4688c4bec61f

**Signature (PKCS#1v1.5)**

Uft/fDXOktDI+0QdgaPy3JwOA8gPWQ63T0ePlsF6Ssiko8Z6llFm6DZzAgR/8ogWBA75mu1rQm8k2HwLHu2DOgNl4mm9nTmBBnnYtPHCXBIXO3KYsg8kmTNuIzyPT4+gK0D2zLCrKRCQ4RtwefsRQDOv9usfs7LWGM7xnsEFnoE=

---



DOE: 200

Seller Name: A&K STORY

Product URL: https://www.wish.com/c/63637be24fc272dc9ff360ac

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63637be24fc272dc9ff360ac

**Collection Date**

Tue, 04 Apr 2023 05:58:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hGPKc8wWXo1MfYEJQ7jumtKPzNKHip6lMe05bEbGIULrC9CEHsquY8MLu5zW2SlzfizGiWCd/KNnyZk5klRacTsyAni5zd2psjYZKaJACqcXGUO14a63UUCe3v36ucH0CiDAVsvg7j74NFHjf9Y4KlNVX3qyjrXlr9lMFC0XNs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]63637be24fc272dc9ff360ac]]_Tue,-04-Apr-2023-05-58-53-GMT.pdf

**Hash (SHA256)**

ca0b4b1c0d1ceee22081d34ed39335686d5c8f95ab601d4964d6c50ab0bc4798

**Signature (PKCS#1v1.5)**

ODNCMxNt37NnT96NRrFilE8RWxenCDc9HrXiEoffF0oxL66RxpCOVONkU0A8fNX6WoPTZCDi6Dy4UiWTg8kf760zXX3oSb+u3zKOqEdUNE8NYmbAn9va4gFxXnArmcBaGBmvcqFRvp/deirTVdBzpXhioJpmUkdo6qk7f3ioAl=



DOE: 201

Seller Name: wangpengyi55329

Product URL: https://www.wish.com/c/614899b04f62af671a25c1a1

Platform: Wish


Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/614899b04f62af671a25c1a1

**Collection Date**

Thu, 27 Apr 2023 06:57:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sTV9D6Qq+y1DKct2Bc8hPWCw5paOxjNbLlolam1dfL7uzJ82oDH+ejoXP84ESxIDHgRKFkliNrQseRGRplpWP9dyGEOoANHKlDB57RQPxpVnkrZeBHRwPPp/QNSCrzJKdLqBmtSKl//p+ypdnsQj/84u02PMeRygEGVw0K04+E=

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]fs][fs/www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]614899b04f62af671a25c1a1]_Thu,-27-Apr-2023-06-57-26-GMT.pdf

**Hash (SHA256)**

f1fef69a5dafbf4e33c2d00bd97abdc26cd3d74ede5b42387a5f3086f792948a

**Signature (PKCS#1v1.5)**

RKbguL/3zcNKapkEF/igANx8xdSHRUMOkkNWH/kFW11KgjNs9KptdBUoU7wlYiO9aCe6eUkhLJclXs+SUHGQFCp1IPAH2BoEimb9gvnUlOm83dvdpfzV7fhnl62slBPYk9pvVY1yB0sxqXrzo6DolWSjv9z/JTny72on5K9NRFY+



DOE: 202

Seller Name: wellfolove

Product URL: https://www.wish.com/c/6178f40aecdd3e06aa53c82a

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/617814Oaecdd3e06aa53c82a

**Collection Date**
Fri, 31 Mar 2023 04:35:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256) (PKCS#1v1.5)**
eCLtpbAlH+l53aCZi7tQTzN4iK1Z6KGlWXoplozAuBjcrb18xeBvQFpua9dPKlwLIgVWf6uVJWNyoNhHNAnH21pBOKapU3euK3lakbiwHD6MrdygH5wX7+3i4U7s8tJQ/grSanWAqI7MFml+yVOv7QaaaPkYOBvCZz1wZz=

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[o]][h][fd]www.wish.com[h]search[h][h][product]6d6178f40aecdd3e06aa53c82a][_h]-31-Mar-2023-04-35-18-GMT.pdf

**Hash (SHA256)**
c71fb2567ba403dd24dda12ede3709faf9f002c50397abd48cd0l7d95b866e1e7

**Signature (PKCS#1v1.5)**
6jfuJJ6MAAg+JUd6dO1QQD0Dbm9vE/uLJMl6mZJv6cpqjZvL9bpy9HCFRQBcyYg1PiFPvSirQmO1nMuzoLkA94lrpc8iN37xDKydDdkAUxHk4QRDcG,JQbOUTxCqebFTroOmydss1E8699voPEYJ/6s6SVmKFgNqcdJjz4nGLKTAhik=

---



Size:35-44

Winter House Girls Fur Slippers Cute Smiley Pattern Women Fluffy Slippers Winter Warm Bedroom Ladies Cotton Plush Shoes Plus Size

$6.66

DOE: 203

Seller Name: gaoyuling

Product URL: https://www.wish.com/c/612f4457fc27ecfc4709aeda

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY I Wish

**URL**

https://www.wish.com/search/SMILEY/product/612f4457fc27ecfc4709aeda

**Collection Date**

Mon, 03 Apr 2023 11:02:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f90URJZf91umiR7Mcpfhu09eUBepBI1wqckawbXb9UMqVkFRzSg9i9s707y99Plr31zODrCDRq7xyYiBp5+fDWauI6FLtNnMw8/yPGtvWePTbk5s+y2nWxxFQarXZ6d6wMXYqI3MhGjzsN3x5xKVax+mKMH/Y5KYCsWMVqK1dg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]612f4457fc27ecfo4709aeda]]_Mon,-03-Apr-2023-11-02:30-GMT.pdf

**Hash (SHA256)**

f36b47844406b5f5b8eecbe2dd9105037 1ebbc6ede61d0f0bbd4cf9fa8254484

**Signature (PKCS#1v1.5)**

iw5dMduV4eSeAyDt3uBfepZj/i38LB6VZ6fwfDIB29dsbIv6OlLjl6zlNL9YmQtmbZvKNEx28fsdm5SeG9+oel/kg0NGyclQtuh4nRxqlQ0gaPkLFATSqW4AEVVXE0FB47YpuMz5QnPx+/mSdWiJiEipU+jXfHpQIkLzPIaFi+o=



DOE: 204

Seller Name: XIAO JUN MA

Product URL: https://www.wish.com/c/5ffe93b39847cfc16b35d3e9

Platform: Wish



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5ffe93b39847cfc16b35d3e9

**Collection Date**

Mon, 03 Apr 2023 11:22:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qUrNuZSsumqQSTa+NbZCAcx/v7RpeQTpbEEkpQ0vu29Qawq+D1/puGimjehwXTVRiVhW+tdX7TfoTVbowsyGxTq4czGRcI4A4NNmk2d32JUTY6fHt6Avu43ykKIaAGY/PVkiNtiSwQMLDxSjKwO7YKP7LJEUPS3vs0s144HrJc=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s[fs[f]s[www.wish.com[h]search[h]SMILEY[h]product[h]5ffe93b39847cfc16b35d3e9]]_Mon,-03-Apr-2023-11-22-53-GMT.pdf

**Hash (SHA256)**

25c0eeda7f414a214dd52c84c6abbeeb576c53b58484a96a1e2e4c74ca39a125

**Signature (PKCS#1v1.5)**

BQ8fdKYHPT9RtZ06/MoHV5qZUtV8VZGVECH9jBRCsDtyhAx6cXPKwo0pqfAcA032B+Yhi5gMmDH4eN4S5U85e7d0L6bbUn+2QeM6gXH+hNXkd0zCnJhYfJJAkqWLrb+exxrD2kuPDi+b3qqp0k2NtP6JEfwpsw6Se8rYAtakA=



DOE: 205

Seller Name: Shirtbude

Product URL: https://www.wish.com/c/5a801d6c28a2b310dae100de

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

smiley emoji tshirt | Wish

**URL**

https://www.wish.com/c/5a801d6c28a2b310dae100de

**Collection Date**

Tue, 18 Apr 2023 09:38:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NEVSPUwpBqZMMkjIikYrLGgE+hF6LkXBLBelK/b5z2dIYLv/7F+8I1mmRGwts7yx+mzaDw0hQBcfA9zUkZFDPlc6cPLoF1+7m/yvbJC4ZkKgQaS+IcWeWSKA4J2HDBqCfBaTMf/JikXzIuI8w4e0DyNKmrxcRzqx3E748PPm7h0fc15wXFhPXnKu11bkSN0ZHeErAL20x/iNwmYjqlU+hHjEUtsw+fxZB7qeBR1UQwb+tptonszzQXY4WAuyFVOAjLyiAu9sC/R9/FxcSmhu+DaaGbIIjbpEzM84D3XWYLFqv6U2AQAEXCcInmbGCXhjZyFcr02nxSFNi6vi3wffdA+=

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https]c[fs]c[fs]fs]www.wish.com[fs]c[fs]5a801d6c28a2b310dae100de]]_Tue,-18-Apr-2023-09-38-04-GMT.mhtml

**Hash (SHA256)**

aad1a32cd40e479c0f44e9a717f4c3a98065cf88c1e26d4b198e772ffd4b47

**Signature (PKCS#1v1.5)**

TJ1pun7gGuc+pPiJMGkPdKfVizGaV3kzCl8tLhb9u4QE3s9dfQuJphQf7DOX83T1LOmjqp5vwhehZVnd/98f80j09wx/mIZjv5rsl8s1wZNP1KyK9/Nwujk9X2NF1c7b9yhnYnnW15EqTN43e/h42kkBIufb74Q80INb0rrvfJndkkczwggDuMQYnyQvYaKtpusDuGzuMoXl3yvWU/NqxU0cpE0r038hWNpzV3vwZzB/bfUHqX2iyrDxLTXHyEiLPx6dP/F+JkT52ywL3IhKKS8ijxTv2QobMWNHcfD8QwOLQ2rhQLWbRX7qgD46I93vF75rgf4hbZodkgjUZX0n6cQ+=



DOE: 206

Seller Name: liudawnag23936

Product URL: https://www.wish.com/c/61c42618175bca1b6c62f5ea

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/61c42618175bca1b6c62f5ea

**Collection Date**
Tue, 04 Apr 2023 06:22:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:80::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
XqScjl86Oi0QWhuYf4DdU/Wpi/lSbWYoYVj1K6b0/izxd00pahaKgExW6uaeLztThb3rTT+ixtQi5Pw3v94cgplsn82YCVRVy5GZzXE6nbBeXO5f174nOpYGs9ZnQrHUYDulhBSed5BBj2J0SwYy/mSEx+Q/OgUfDHEhjGxauy4+

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]61c42618175bca1b6c62f5ea]]_Tue,-04-Apr-2023-06-22-31-GMT.pdf

**Hash (SHA256)**
eaf944636ed2e2f0bb9eefdafaa99a6651d4939b36631734c0791d3221c43777

**Signature (PKCS#1v1.5)**
sCTl5tnBJhCUBKCU0cVC1CPSSZaUjg3eLaRVehgC7oumuO+7NAbfXD2H2Id0Bi8g0ZoeY/QqHt/3HnLM8L3YJ1nDpl65yFGp5UgXHnBmQFWl7nyxBnlG+SW6Tp0OlnmvCB1+8DfBhy5eTOikNthpgrp4FQEPE5bx/PbNnTedjw+



DOE: 207

Seller Name: AiHua835

Product URL: https://www.wish.com/c/5f6ffae4c45b84003ce4a0df

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/5f6ffae4c45b84003ce4a0df

**Collection Date**

Tue, 04 Apr 2023 07:39:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pgXdl83n+J3H4vm8fwzOeYpOhTz41Ym/iMv4TW9z9dQDhRbpbPCtVuknmK2uKFOAvB2x0YXfSimGnr3Q2UybTNryQs2HAU8mc0Zmjnnt+tBIxgua+m0JuTLXfQcuiQnr4J/F2Q4sx7logTC3Xq6HRu2I7P+HIK2toNC0EzbVY/w=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5f6ffae4c45b84003ce4a0df]]_Tue,-04-Apr-2023-07-39-45-GMT.pdf

**Hash (SHA256)**

c3b1a6f8ad9cadcf41bad84bec9a0a4201cf977b8ec689c1eaedfc45419ef389

**Signature (PKCS#1v1.5)**

cG5WVdqXxXyoYIRGrh/m0ev+Yx+jwBIh3bfnMGdnvJfSCvmHpTFvpJIZEMtR9V9SkFZfgx/RGKJFwH6ciVPb3gSc3tLgszJgrYaDDZHgSjkgTimHnhkMh22ZeFUg1ithpqjLwbRvP3qJFesFTgcd2tt2M9KjyCwQ47EAramx9NM=



DOE: 208

Seller Name: liuhao2134

Product URL: https://www.wish.com/c/61dfd4a56df76bc2db773b14

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Face Stickers | Wish

**URL**

https://www.wish.com/search/smiley%20face%20stickers/product/61dfd4a56df76bc2db773b14

**Collection Date**

Tue, 04 Apr 2023 09:21:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

LzoPu/FNIITbIDrzdfNRBjYl6QeLbt2ztLAQDzShVlpsMf0C02dIQzDBWa+KPSH0IPDJ7CwOi4bIbm5aFwyA/c5+eYu5+M4ImatVIUbBhZBq2PWaNg3c9fk5NXosuJfRTkIWRISlOLbSnsdlyeHmDOD6zql674BRjPwQYRx6KM=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20face%20stickers[fs]product[fs]61dfd4a56df76bc2db773b14]]_Tue,-04-Apr-2023-09-21-38-GMT.pdf

**Hash (SHA256)**

077b5ca8ccff95c40c11beda0250ad4058ae81959919eb350525c1c66faa62ae

**Signature (PKCS#1v1.5)**

UnuaqxC0Mf9gkU73Eao8p+zC9GHFI5trxqlETmGjhqa7+wqaCBjhYvpnZFj8kY3xKLUGEjF/ztewUP5tQTffFS6DaKJRT6IIdPqdrDlpQEnAt6YQd0fb+k4GkkN/t6tdKCSeufPg/OjHPjeZo1zZT6o6pID2E3SJ9bIlMP6VMA=



DOE: 209

Seller Name: linbingzheng

Product URL: https://www.wish.com/c/5e50b513ebef340d00c83dbe

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Original | Wish

**URL**
https://www.wish.com/search/smiley%20original/product/5e50b513ebef340d00c83dbe

**Collection Date**
Wed, 05 Apr 2023 05:14:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0d:5600:2:13::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
PzA0kDHe19JfJdVVuFDgyEdVN6rcX49jxhY5x2NRzmzbAHPSdmeid6RyFjt7z1EKaIJCSG2KWxCh+UokBoZKUzXBPe2MKIjrs5nf9J7FiE0Jo3uC7xNKia78fonVIPrEvedbEsVKW8PWjvSUfkanRaihYQhhKS/babLfst1e4C8+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20original[fs]product[fs]5e50b513ebef340d00c83dbe]],Wed,-05-Apr-2023-05-14-52-GMT.pdf

**Hash (SHA256)**
09a693f0dc5322ec83427b0d37424fbd748545e8448666dc36b45b07869f88b8

**Signature (PKCS#1v1.5)**
d4czbOsY:yrHp32hQ0KFQx8vbWdrLIrTrYNVSChWMOpZzYB15jdT8CHoUEhGZsONvTs6LMWPDQxfjmAzO8484XliZ/25O5FVPkQjCnEKufUeN7Ztw7/yhKjijEIsKERtjatdwIlwtMlzfAzNvTmkrRhj8ekU4uBzN0SI4RI1Rmo=



DOE: 210

Seller Name: zhuore5dfgfdg

Product URL: https://www.wish.com/c/5e7e04b55947df85a6705531

Platform: Wish



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley / Wish

**URL**

https://www.wish.com/search/smiley/product/5e7e04b55947df85a6705531

**Collection Date**

Wed, 26 Apr 2023 10:50:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SlIa7EaWawz1oInz4KfluMZTEnH+vTgEagkzuTKGkqVuo7ZBLEJwcsu8+bRSJ603jj5XMrSLCjrsHP9T2LTGVwxYRF25MphCg1u90mQ1Ig9ptcjwz2eabLUw5wt8kEbeVZUfBfkXvwtmz5/0YsJRMBD+Dktv8sxYFDFdo+Nv+NQ+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]][s][fs]www.com[fs]search[fs]smiley[fs]product[fs]5e7e04b55947df85a6705531]]_Wed,-26-Apr-2023-10-50-09-GMT.pdf

**Hash (SHA256)**

dc47ff14a1f0b68f975ec4b2da2d471c93fafae56135d3aad13717e08386d6bd

**Signature (PKCS#1v1.5)**

G082ULQNyryOOzkkj0AJiVD30tMP81pjV10KbD+6yIeNHdBj6+1sKzrW68A/RiMUrO/x+Yw3500DA8xSav3ZRlFN4t2wGx6rlMT8IesRaa8DCEUOR7b3GK981n9szhjB1Viv54VasqUBxs5xMdiW5AZ8LWnzU9wQlDlvcn2c=



DOE: 211

Seller Name: LUCK ZL

Product URL: https://www.wish.com/c/60fdc8f057efcc14256aa5a5

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/60fdc8f057efcc14256aa5a5

**Collection Date**

Wed, 26 Apr 2023 11:19:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CSYcfku50r6Ct8jRdKd4+xQbuJi4nV+HDDeEB6bH/chc3wljk5YLbwcsKDMVuTGTUNZDxq1QTKxDGnyl7F1VzcIHX5MtJgFyxDas/ypt9XGqgPCbUEVUirYnakRvaKbw++MAnQIXBk+Cyj2cXbb2JKWeCPMKiuuBO3EWoqAAhXY+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]60fdc8f057efcc14256aa5a5]]_Wed,-26-Apr-2023-11:19-27-GMT.pdf

**Hash (SHA256)**

abf9397c6edcf7cbe0a723b082fb24b4e069d5ed5677bf9c0d1f905931070Sbc

**Signature (PKCS#1v1.5)**

YWznlyPcpUybmr3YqaXW/Gxb9TENpH0GywNfYT3gUfcT13q74W7+UfJqYXZPcltppbePd0z9eS+XJix236Q3WeBKpMx86UaqPDDBPINN/2MdUcmoxluqMKMPhLrsKah1Yt0ZSGPnWWvaCSdYQoFDUVvGdAfhCazDiFy06k+



DOE: 212

Seller Name: yujunhaya

Product URL: https://www.wish.com/c/60e9c22e4a74ee962e544d9f

Platform: Wish


Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/60e9c22e4a74ee962e544d9f

**Collection Date**
Thu, 27 Apr 2023 06:33:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1c:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
oAf3u9vATB7BNleuNZ0grE3QuxyuGmRco19+ycyTP/D/kRqK4CeAuf4Vi64Aeo3EQF2B81xprdLFEhlLtkJrzmhab7YRSC/DLMgpyx9O2Fczr88YO0yWtvjfWb0/QLZnj33nbeWd5b6l29rcG31JO64rB/JCikeyzz5+E4WanMHc+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60e9c22e4a74ee962e544d9f[]_Thu,-27-Apr-2023-06-33-49-GMT.pdf

**Hash (SHA256)**
ae17a882398530a371f3cfa0af9588018d30d9bcf13e0db147f14b03c139d56b

**Signature (PKCS#1v1.5)**
YizffXKMjd2iSe6RtaHfK7iWVtdkOOi4EQEuIrqMC/q7wjtiZydYvA39+cJKFkz9kCgsRE3vjQUtQh5ebYpAAl56u9J90bfsyn/b+jUvtXzOmLpxQjYzDw4tJNrgm9RUwU/gt2CWIwODGxnSrCjqtJsgpu1nuaZR/Yj/M5mEDM+



DOE: 213

Seller Name: Kristina Gallman

Product URL: https://www.wish.com/c/5f02c3af592d70527b8d18d2

Platform: Wish


Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5f02c3af592d70527b8d18d2

**Collection Date**

Thu, 27 Apr 2023 07:54:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CeZaGyIFj2C4F74Wrd5qsgNT0g1MNoNb85xSTeRjmRBSw0b9FQ6FLKfqTbWURsUEyW/LD458oRfldzmRWqRQ6Acr1jf2pWdW4q2AJ8asP+gEEN0+0b9TpG883F9Ni6HA7NWzAp2voQuZMKTRBbTG095lwo2JlfHUU8E89K1qg=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f02c3af592d70527b8d18d2]]_Thu,-27-Apr-2023-07-54-22-GMT.pdf

**Hash (SHA256)**

b4fa4a4f355403c53b107c3fcd754974aa097462cec028040294a3c14f3b8126

**Signature (PKCS#1v1.5)**

RoTHLjtjUs4kWsHS/LPCNk6m2LvBJYZ7X4td000nx6/raHiu+SI5pHwFcBIxsMQByA/YRx1C84YViVwDMeTfllOzi9KkdXHwpOuUFGhxDtjL9orPpU7xBdQFji8b8Z4JKippd6wSXANbC6qQMQD+aI50T9K0DpFmY9SGCH0TGzY=



DOE: 214

Seller Name: zhangsimeng

Product URL: https://www.wish.com/c/60010ada5799483cc961906f

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60010ada5799483cc961906f

**Collection Date**

Thu, 27 Apr 2023 09:31:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g9l9h1v58D1sce9XeyG2RSrKggW8A4WnjkiQnybpGRFQuMQ8WL7hfq3WOMjSxgD0wgkPnIW01ES1KbSKrNVbSl4J85DVh3TeSIwFF64teEbB64Id0gh8PMgD3ZW75OywW27+b0zg98scgQYXWb70uI7JqdqLvaRumWwwqkO3c9k+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[][https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60010ada5799483cc961906f][]_Thu,-27-Apr-2023-09-31-30-GMT.pdf

**Hash (SHA256)**

f0d997a7c7ebda597d082cff50dfdc4adc40f174de2e80a43ffcf380780d17dc4

**Signature (PKCS#1v1.5)**

gKmD02XJBOjhXpcPAEnDxo96yvC9g5UmxXMSH2GEoFYLu8cPANO1tSJY5co2ejpAWFS2y6jVqYOBUy/O4R46Cfm9vGdwGSc0+yCffbt5r1bWNwb+mCY00jqbo8BNUz0NypMgvx3keAaq597l8OKkVnsKNh1brHYeZ8NEhCUk98+



DOE: 215

Seller Name: Gregory L Stipovich

Product URL: https://www.wish.com/c/5f2798e27ebf2d628a386759

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5f2798e27ebf2d628a386759

**Collection Date**

Thu, 27 Apr 2023 10:20:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sV5GvZRVaNQ5oOH87CHtmv/XCSLno9SDas1UcZfRQJ3w+48V+Cwi5oikfxHK9qhqavwpnilY0wTYJcUfVmvyFgC0Ft+ByDjycxyoy50kuBEzEYLzDcRWB0qUwqfwvSRyEsYC3I6WOr8gg/vXqFrKoug+ES6RlFvdGE4GN+GITBA=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5f2798e27ebf2d628a386759]]_Thu,-27-Apr-2023-10-20-34-GMT.pdf

**Hash (SHA256)**

71317fea1ff37446fb43b77321ab5529edd222c2cf171f5c2e62e5ccb97231fd3

**Signature (PKCS#1v1.5)**

JJzN4rRgyCSboaGXFaXG8CKCq79Y19phbtQuqRl+yU+jhNEzIqJQFFLl/nr4Tnyc80Ay2rh39zxoDUUENWzFWCZFJ9TmOKG5XjV6uT9X6byuf8//c93ZXqe4V5oIIDNhXksobMtvKZ289u3gbzcgQTYfWIIdOt0w01RRF5CiT0=



DOE: 216

Seller Name: liuyang2450

Product URL: https://www.wish.com/c/609c9209c0b7ae6d87871699

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/609c9209c0b7ae6d87871699

**Collection Date**

Fri, 28 Apr 2023 04:57:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QfClQBWnbNq5UoNTpRpwZNUo7oeqRvkVe+Qu/iyxcWatnE6zCf4NE1e11ZvAqLoZBrLbAyVwRKmy+3eJdKa67R6TS3+AIhvXpp52BB/8n3RanrkKfhnSx6W2QLAyBgDYs+kiBHsM3EAlQvvYP3o/RYo6MjH5D2+ZASZmlP5jGjc=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]609c9209c0b7ae6d87871699]]_Fri,-28-Apr-2023-04-57-49-GMT.pdf

**Hash (SHA256)**

f17fb8277c140075578b1fc76300388f901bd7af786047c3148cf851592699de

**Signature (PKCS#1v1.5)**

LlMgQQtc8Aa6fXTMvPBeNqFyJwKuOojocux081Ul5BY5FKmblYlVHWcMh4xUTkemURjbftnht9Y1DKHekFkI2ISRUGY0/5lX4EK+nONWqbcJ4VMXDfUX/TmCgblw86dAJ3lRYPqGrbguB7ecqETy4Njd9VVNjUSgEGn/m/+dw0=



DOE: 217

Seller Name: Risque Chalet

Product URL: https://www.wish.com/c/56d4b4040ad27c1291c99338

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/56d4b4040ad27c1291c99338

**Collection Date**

Wed, 26 Apr 2023 11:16:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R6hTM8u8SN9Z9LfVuSkw0yjKTL3B90U47MC8l7swlvr3JgwIcG2LhsR8qDUZwigFgHv/WsY++s2iyZ47PiTY7ShB7ZKr567VGrMt1BVrzhw47eNl4JbF/5pR07FZqVkFzaliBY3hvpZ1x4uv+J0NEYy+5JCQCyR31NmVAuPdWJM=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]56d4b4040ad27c1291c99338]]_Wed,-26-Apr-2023-11-16-07-GMT.pdf

**Hash (SHA256)**

dc4227f0e37710966411697273c3357cf766388f769ddd5ad17b340e02e857251

**Signature (PKCS#1v1.5)**

DTbRVXcqlDGiX/B33hTebWv/m0YwbbdjH+tqS9Du9m8t8SCRMYM4XawwZJaBO932SySWe4Rx7JyUaPp1g8pQdRtjX0Rxggb7Dmmm8fW2bnjnPX/McWkSwlHW/0X6nWm1sdiygXCwdQ9aguZeMkFxxUn7R6/d80hKAA4jIZxEX7U=



DOE: 218

Seller Name: Sheila Long

Product URL: https://www.wish.com/c/5f37a55a0e58e5140387637e

Platform: Wish



**Investigator Name: Chris Stavrou**

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/5f37a55a0e58e5140387637e

**Collection Date**
Thu, 27 Apr 2023 08:06:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
hX2ynu0IXVFj+02ED39qw9c1gAXTqgff6GHjO/9zQRGdlkSgYwA/Km+7jqRGQHmh3H8BNjVe+MPОunsXZdsJNvKbFi3IwRljVedvUmW5A/38K0TscrjABzi0K2FMXbX9zqy3Qi5qYSHxU0kN3aLJjV36/POixxZx0TcfyMpjU+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f37a55a0e58e5140387637e]]_Thu,-27-Apr-2023-08-06-19-GMT.pdf

**Hash (SHA256)**
c9d91e827d85b7bfa92c60c5145753291217e840b891ce0154a96144e4def8de

**Signature (PKCS#1v1.5)**
aC6WbAMMDrB8rVIYfTxJVIC98hUJlcHlmwal/U6lMMJTSBwlodY0mlPFMsdpNTvBS/e9KDzlGO+C8aM4Hx8H7rDatRmGQHYuAh5mbe9E61tjL6D9/ikNeKFV6fil/UVpwIRl9s3vvR1r6/+opk6KW8s1qtGFK2T7Sgy8siatcWls=



DOE: 219

Seller Name: yanpuxi

Product URL: https://www.wish.com/c/5e8456975c978d589ddef445

Platform: Wish


Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5e8456975c978d589ddef445

**Collection Date**

Mon, 03 Apr 2023 11:12:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j1RVgfa1CROZ3wRfaW9p37bDVOdoMN8ZSCm9cokDOH30Rg0+EaXiSn1RZ8n4HOv37l9OV8a8kSFgCwmVT0OHwwj1bJ36g+4gXr/KsdlR9iWOg+Sob3FhuBHaLuJzae6PivO9CIm2USI9OAd6xwb6kU9n9FGbx3hvTQUZjXqpKmESlo=

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]]][h][s]www.wish.com[h]search[h]SMILEY[h]product[h]5e8456975c978d589ddef445]_Mon,-03-Apr-2023-11-12-38-GMT.pdf

**Hash (SHA256)**

bbbc33dcadc273ec8c677cefb27ea7a7cf8b9f9afabc7b30b4b2026fde147b5bd

**Signature (PKCS#1v1.5)**

XTzHtuSNEzOW7N4lbc16wr3qtk2WCthv0DwJCFQE1qWst2HeJgm4cbIvHGL/p8WPDc0lOnOvso9q3xxnQsAX/KmLeDAj9gRo5Z3z5jBA9do8c855v5Spx2+rO3VGg1w03IFPWTdouEU0W5gnzQvIThMnU3EdbbnVPV3+yM=

DOE: 220

Seller Name: Kathy Lesch

Product URL: https://www.wish.com/c/5f1f39842281777a3c09d224

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5f1f39842281777a3c09d224

**Collection Date**

Thu, 27 Apr 2023 06:59:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VtZ8akIKQoAz0hedlSibApevE0acBBJGrGAJTp+pODAyYy6nXCc4OIpdBIEayUKyv4Xxi0RoggHOeO0CUk2phx3/sryxKbfgQM1aY1ka9mDYL3o3uI1a7sypGH2ajm2lVZUhkf+PtP6DqaH4AcefCt04ynQlbqOQEO/4JgrqNiI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5f1f39842281777a3c09d224]]_Thu,-27-Apr-2023-06-59-35-GMT.pdf

**Hash (SHA256)**

465c3979014aae1c3232a519caefc352f7795f2433942537e219931d89809c41

**Signature (PKCS#1v1.5)**

V+65tIr51iqt1dBq0DyCJG2pPYc4pg5NYlbo3GWCK4KpPZ04gFI4k5pMH8jd5y40M9PowFpwWcHvWWwo5H7UBvjBVqzhEtwnAhzLCpc0JRzn/EQWvb/M4VNkx5AH/UZIlRgWHAdTeuWGvcwpHaJsvjJycuUcHw/Lko04L7vnUw=



DOE: 221

Seller Name: luyuhua2494

Product URL: https://www.wish.com/c/606ffe657c101a61364857ad

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/606ffe657c101a61364857ad

**Collection Date**
Thu, 27 Apr 2023 06:34:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
CiNJQUaajYIJ31rFUozsM5HVTuY9NiQPVeeHMdhXDt17yPx3YEv8vGqF9Um1wOKiTxh405okvwOGkNZs3TRYVNk+/HxSwWneHFUHytTGoXzQrsh7g4yII879hSEp5bw/VjOGXfp5y8Q2h3740eSsrX8gGn/o+JJ7j4q6YbQaz7Qo=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s]][fs]]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]606ffe657c101a61364857ad]]_Thu,-27-Apr-2023-06-34-14-GMT.pdf

**Hash (SHA256)**
fca7fd40bc6c7d57879107bc7b5034c2af2970b7d18a7262d09d09950f05c1

**Signature (PKCS#1v1.5)**
mZzpR6W9auxKifGSEF4I5PXuIzSIGHdR92PSkJKs28H7mvd/VEAyxQpgEFd7D9Km5V1iaBqJ3lUROhetp7YqO02KZk1SMags1R7DjIYry6Bw81V+2Qz30kKUsDx5lqCir33DNVm5rE6VdzHIjxi9zpI1Jsm+vis2FwAzrUku7jY+



DOE: 222

Seller Name: TANGSHUNAGJJ

Product URL: https://www.wish.com/c/5f7915c0b807163cf644c156

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5f7915c0b807163cf644c156

**Collection Date**

Thu, 27 Apr 2023 11:01:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W0ads5v2tK1aTaWelnozd6g/8aCI+EvDY+EHNjBDGZ/aE3+ItK/dyeogxNn8uC6zNgx7bABobQp6OgB/KmO+yIFoE0IQfx/IAXzc7eXISrtBvS8zDGOQciskIo7k6V00anIL57fNSzf5ZZvcF78xfQ8SkN05Mv0TIllSj8X2s+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5f7915c0b807163cf644c156]]_Thu,-27-Apr-2023-11-01-58-GMT.pdf

**Hash (SHA256)**

a9ca18026db55ec77ffeea1ffa9f392ef5b310eda44810d4c3208f75ccc2a30a

**Signature (PKCS#1v1.5)**

qTRjouxnAR6W2JN2irw5BucU8UUdFXMf8c3fk36jbsVhRAqQIR7fhbIf3X3Z1aIJp6c9iOlqQukiEpGh8ACPyaCk/j4HZU4qInR2BlGcbOfTKNeZY4oY8heoRCFVYdbSMHC7kRPTwRLjNMLET2XvzP/3w5+GAR5orqJk+/VeW0+



DOE: 223

Seller Name: PingLincreativegiftshop

Product URL: https://www.wish.com/c/602f67600fd0fdcffa6519fd

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/602f67600fd0fdcffa6519fd

**Collection Date**

Mon, 03 Apr 2023 12:18:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sH9U/UwiE6w4p9h4fDSuIpqUJef02tkfz9Q+DWODWdRxa1kKsxx89vgZUPh/ZkPbS8pVP7zhclF2SNIvGHpsqF2QHKyMVT0Vv3R/4IENrf+zWMJiviwHmogZ+2LPbaHG+0eTALgNssf1yfo3nbfjHChmwPqiUKhfpJ1xyzE=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]]fs]search[fs]SMILEY[fs]product[fs]602f67600fd0fdcffa6519fd]_Mon,-03-Apr-2023-12:18:31-GMT.pdf

**Hash (SHA256)**

88feca76bab433f200fd1f30538ce7144bc0ce1d196cdb4d562754c36b69e0e8

**Signature (PKCS#1v1.5)**

TGY8ugkK9iJrEh3Tmjbw9e1Qgr/hmhYqNRgczpbg0WjpsNk9yf2I33tO9NkrvT01EZHvdHhRoXZ4tw3DUKShf+YYQ0EjNkS+vV5abK9VWRD1+roFAg3q6+tFRQgStwzC8Pbvcv7f55UPdAL0CpLORDeNusRhsilEU3ym1kLc=



DOE: 224

Seller Name: alexzandraaitken60027231

Product URL: https://www.wish.com/c/5fdaba55bf4ff1571d176655

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

Vintage SMILEY FACE SHIRT | 70's Vibe Shirt | Yellow Smiley | Wish

**URL**

https://www.wish.com/c/5fdaba55bf4ff1571d176655

**Collection Date**

Sat, 20 May 2023 18:06:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

27.147.190.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jGr3IKAFX78MMA22znNxcyd2K+5nK++6OyckNiOPhgJtgi17yldi4BVbR0uBa3Br1elMuEBq5MbM7W+Pka7yzS7jtha+jExH5/xkcisSSMa5rNT3JEFRSDTwrnEqbG31DTpT1oF1k0RqBCVMsAHVT6v+FEXnLdcE7R3YgfbdFBwA6bGBuIup2e3iHG3saosP5QrKIWD5kzNyf/gCGAUQzHx8Vbuwrpx7sxAzMz4flyfGqBNsSwtQwZ1tvvlctnXdFwtHK9byxHgLqrN3cPUcYBkMFcZarPGOU5xgWvwIJoqH21EpKMRfy5S0naDzCqx306Xdg+h5YgDp6lImOGM7LGw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]fs[f]s//www.wish.com[fs]c[fs]5fdaba55bf4ff1571d176655]_Sat,-20-May-2023-18-06-50-GMT.mhtml

**Hash (SHA256)**

a540ce50ce06d8b933bc8a1610e21736b97a70d38166f9eea0001644ad0301779

**Signature (PKCS#1v1.5)**

MscNtZs6G50Q5q+JMIKHQ4nT723JWxbIIIcyYc6ZDgcKbyDDkjElhyV7JHB3BCZm/m7Le7SWnioFnslaPVDvyBKCS0IQj/QN/ZktQraHzmE5HBEVlhNL/Yw6PCaoOR3l23LT6cuN2KxirAwb2yAWAI+WLSb309INKKtDg0GN+4vQ7f0otYvWWdI5iEJ2gKrtZSxhCACzyNWbHWW8XDHO6IuyosWaNxg5jrIOyxWQQDpGdAEE2uuB1o6/wAdyfLSorzLcx9kh9L39sa/Cm/tehQC0bbTs1thT9O0j/iQ4FMm56HYR75RompH2u9tT6BWxajF8je9HpIuk/rZQNh60A==



DOE: 225

Seller Name: chedng d

Product URL: https://www.wish.com/c/6448e6def409780673b9bc5b

Platform: Wish



AXENCIS
Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

New Women Men Fashion Funny Smiley Face Flower Print T-Shirt Short Sleeve Women Men Tee Shirts Summer Graphic Tie-dyed T-shirt l Wish

**URL**

https://www.wish.com/c/6448e6def409780673b9bc5b

**Collection Date**

Sat, 20 May 2023 19:31:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

27.147.190.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OyKMBMrbqN8kcbjk8P7fbrmm8z99iAR7we3K7yDRwnxPIPieZAWFUm8IchfuOVaJp4A0kSHEgwJL5oCNoG5ZJyYmygEnBym4IvbQVCcNrKklCe400kuBE5hvPQbpDR8odfIXZjk4q+P4uFTj5sEn+wIuhF+40X6xuTOETnKHIq8Pkp7QRoJ7uWWkVNkyJ72/riSjNy4IhOtUZMp+5FCjkk4EJzv62qvy1AbAYY1J92pEW/yL37oWQs1RNuNfN7+vYqSbAQTJq6klEPEzRcYbyDxnqPI9kwrj94lJsFA5XXMYO6JehtLdQho/HsMqVVVy8KWHyd+I5PeEeJY/XRO+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs[c[fs]6448e6def409780673b9bc5b]_Sat,-20-May-2023-19-31-50-GMT.mhtml

**Hash (SHA256)**

3105502b80efa21cfefc3919d3851c44465e9c3135b453a7f03de3b893a85efd0

**Signature (PKCS#1v1.5)**

cmjyqXOHOd15h+nfhPitTpqClpVrLbz13fikjC6jw+cVJTAYS7z4mvUEhuf4J43xMbqSgoyoEXsYJhMFVNjvNyr5r8L2QssUCfbvmP+7xeLkc3Oy0PNQjeXP2TNwVXDUMmU3tzvf8fI/8Ikq+voRLPXfI/C4IDEB7sz4BbIKjG4HPMWuDntDBFcF06xmL4p5fOcjyQcujFqnvLW57UFvfPml+25izgYBnsWrSqNTfCbEphMZWA5yIWQyGrmQ1hX30bXpL0+CKWh1M0u/4vj6bNsFs9hyhu4usdTy1aE0e34pYFA/e5dtVnABwgwIuO44OgTSu0Y1grcWojW/q3Ngw==

---

wish

What do you want to find?     **Search**

Buy    🔁 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Health and Beauty    Drinks and Smokes    Home and Garden    Home Improvement    Art and Craf

Fashion > Women > Tops and Tees > Styles > Graphic Tees

**Overview**    Related





New Women Men Fashion Funny Smiley Face Flower Print T-Shirt Short Sleeve Women Men Tee Shirts Summer Graphic Tie-dyed T-shirt

**$4.92**

4 interest-free payments of $1.23 with afterpay⚬ or Klarna. Learn more

**Size:**

XXS

**Color:**

Orange & Blue

03:45    Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Spend $10 more to qualify    $10
Ship all eligible items for **$2.99**

Estimated delivery: Jun 2–9

**Standard shipping**    $2.99
**Flat rate eligible**    Jun 2–9

**Ship to Store**    $1.49    Jun 1–10

Items are sold and shipped by cheding d

**Description**    Show Less

Warm Tips:
Please choose one or two sizes bigger than yourself.

Item Name:T shirt
Material:Polyester
Gender:Unisex
Color:As the picture shows
Size: XXS XS S M L XL XXL 3XL 4XL
Size XXS: Bust:86cm/33.8", Length:58cm/22.8", Recommended height:145-150cm
Size XS: Bust:90cm/35.4", Length:61cm/24", Recommended height:150-155cm
Size S: Bust:94cm/37", Length:65cm/25.5", Recommended height:155-160cm
Size M: Bust:100cm/39.3", Length:68cm/26.7", Recommended height:160-170cm
Size L: Bust:106cm/41.7", Length:71cm/27.9", Recommended height:165-170cm
Size XL: Bust:112cm/44", Length:74cm/29.1", Recommended height:170-175cm
Size XXL: Bust:118cm/46.4", Length:77cm/30.3", Recommended height:175-180cm
Size 3XL: Bust:124cm/48.8", Length:79cm/31.1", Recommended height:180-185cm
Size 4XL: Bust:130cm/51.1", Length:81cm/31.8", Recommended height:185-195cm
Note:
Please allow 1-3cm error.

Package include:
1pc T Shirt

**Reference Price by Seller**    Show More

**Sold By**    View store

cheding d
4.3 ★★★★★ (21716)

🏅 **Premier Merchant**
Provides outstanding customer experiences

**30 Day Return & Refund**

🛡 **Shop with Confidence!**    Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information**    📄 Report





**Summer days ahead!**
Get ready with up to 15% off essentials

**Shop now**

Discounts may vary by country.

Contact, Policies & More ⌃

DOE: 226

Seller Name: Festival Accessories Store

Product URL: https://www.wish.com/c/60b1d3ad5cfb8621ef445aca

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

Page Title

SMILEY i Wish

URL

https://www.wish.com/search/SMILEY/product/60b1d3ad5cfb8621ef445aca

Collection Date

Mon, 03 Apr 2023 10:57:16 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Sarah Christodoulou

IP Address

2a04:5600:6:79::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

IIOyvYhZrK1bEw+A/9IM+BInuEyev4YQ++/be+Z2xKYhKBnJoDEQP89xL/S+/BGimzd1kvbdDVp66pxxD3pKutgmZqBWtBQj7Fj26PUy0kqqtbzhTrFYCV+LayU4r2eXL4FYbSyNrwMsJWoObXevYtaWA08DHC5xFXLv3LMM+

## File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[https[s][f][s]]/www.wish.com[h]search[h][SMILEY]h[product[h][60b1d3ad5cfb8621ef445aca]]_Mon,-03-Apr-2023-10-57-16-GMT.pdf

Hash (SHA256)

bbd1fb9d736dedfc7992ce1f2dcfcebebf4ee47e6de730a542f72c9f92b6266a

Signature (PKCS#1v1.5)

dIrTNTzdORsL9UriEBDgckrK/vU+FMa+PGV2X8MJ7x/PbY7N0YUkMMb/aOtBkkoxwAAqfx1y0uWKkEGoseREyY+e0nNy/3pTb9d4TbdpNwWAUHLVax2b4ZLaAuspbMeFgVFmmAtRs9PZrSRfQmDdaV8tnn28QezSYKsxsPsY9k+



DOE: 227

Seller Name: dingshang

Product URL: https://www.wish.com/c/6064737e6557564bf945f05c

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6064737e6557564bf945f05c

**Collection Date**

Mon, 03 Apr 2023 10:56:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gQ7nEl8QY0CPukPEGgHOjqHOhM+9k8Sc6ymGA0ZS6XYGVts6HjBQulbsDw6HI2DeUYT5mzmtxC/FjDKGYrLEojaVN4EFcE5Ur1X4c1gbvqOBQCpnCjdA4r76cqExu0rOv6sFwLhBeSRW9Jpl6e0xYa2VpfuOfffQXdWK0sHdq0=

## File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]][s]][s]www.wish.com[[s]search[[s]SMILEY[[s]product[[s]6064737e6557564bf945f05c]]_Mon-2023-10-56-44-GMT.pdf

**Hash (SHA256)**

3c8ba8b31726e46335e192212c9cccd1b0d4e238ec5bdc062a106207bde30e

**Signature (PKCS#1v1.5)**

bOsIHbHntwG+uFIjQ19ofxHdoE5IVCl4Va3Dt6b5+sf2oDU7PbFTgw1LVV/uvXTboqC0GM3Y0m0NZngMnGGSKj/DOFXBNWX4dcoG5vHCwPPS8/yKOAaHMgm1wiZoJ0bRLXLoafgRLayiTshB2kY9XYhoeuW49BQCTJcPS8jvnc=



DOE: 228

Seller Name: gaoxuehua89156

Product URL: https://www.wish.com/c/61dea046d68200560b715ec7

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61dea046d68200560b715ec7

**Collection Date**

Tue, 04 Apr 2023 07:27:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g8Hbj/0sb80yWUaAWvhtdr1TA/qNrJQAGCdOZJzfPcStyx3xc7pHXstF5AQHvYeIfTbS116XDLAj3bn5tbLn51fa0DmcxYFuw6k3mwd1pboXxkrENz0d58XPZ4H/5ARJjmLimqjWWalkwvJ5QFsC2Cd+q4fLj/K1T9OpxnMJxxYk=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61dea046d68200560b715ec7][,Tue,-04-Apr-2023-07-27-31-GMT.pdf

**Hash (SHA256)**

bde51d11f48379052c6bc270972c75c9a1a9d98329bd360cdd76c1c209fc5bd

**Signature (PKCS#1v1.5)**

Xr/okbi/bvW7Mb09ob8kmgwh6nNbO8vseQqot8nzPlFrSm4nz52v5T8sfAq4AqHbrVlzZCtyGPv875ZgmftG1y1PPwi+tLArVljjiQaVvUWEbdLwh12B8btIA7V/+C6lXgt1afCfhNcnYtoavk+YkN15RnlQqaLPTj7B6SvYHQ=



DOE: 229

Seller Name: Tumoni store

Product URL: https://www.wish.com/c/612094714ac6247cea3001b8

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/612094714ac6247cea3001b8

**Collection Date**

Mon, 03 Apr 2023 10:45:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sQEZAdfkX4CfMo7eiCKmH0PJ6v2H1tKemitv1H8cgCb6zb4Kk+6d8wugACf0prJ3CvS67RnXq2lv5ge+yMSqFD6xiCzjmznJgllZ7hkf5S3S4TYBwo2lNUt3QKlDYcfFcC6lExuLg3cV+W0FNh28w4WC5JIsZtU/3O6w+1XMaM+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs]?s]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]612094714ac6247cea3001b8[]_Mon,-03-Apr-2023-10-45-53-GMT.pdf

**Hash (SHA256)**

cf0cdf1edba758f982fbe38e39904e546098b06d2cd6df2db694ff28026b087ba

**Signature (PKCS#1v1.5)**

AkA184z8fysps1zR7/znM02t1MVu/x0iRe8sZldAgBlTh6iJg69+kPeM8pf4/yQqWbb/q95VSMR1kVpe+YhGFVolz+KYgS6AKryNrM5od420NlJkwBG9h8+MiFI9CgV5QRy5TAijJWyX42NwnZnJtFcgAJASXMKodPlSjyBrTtUY=



DOE: 230

Seller Name: samcnbr

Product URL: https://www.wish.com/c/60b1f9687882c1618eefd8f8

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60b1f9687882c1618eefd8f8

**Collection Date**

Mon, 03 Apr 2023 11:03:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SEwfqM4iWLxzL6UvYiAfoQ3IBbpcqCTaF8n2YDOo6yHkTT/5qM6PKKAzkL9ha/XRDkI/4vRrxeVE/DeGrWOniODOQN6xUbHs473ttEZCWwuJtrz5ZsMQnV4ZOyMA607U/HCh2Pp+vlylt3l67vpYhwZK+I5/iITDxAFDeTFWs=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]]fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60b1f9687882c1618eefd8f8][_Mon,-03-Apr-2023-11-03-06-GMT.pdf

**Hash (SHA256)**

26a9a1ff718bdc17b7114a22194bd079d60de2e9aaae924180d74a88e191e38e

**Signature (PKCS#1v1.5)**

YmChgQF80u5ZD4kz3YlB+bzI2bHXs/3EabwNctxbx0l9arM9gTN9m1nFDFC5owe39GCAKLC7C8B1iM8FAtdFF9E29DR7B+Ie+fFNtiMOBHT6W/5j3gmtep5ZHGcTUnvRRvVUuu3KWrB983VVDeM6f/JHpUHDcZsKM5puS8wqcWsI=



DOE: 231

Seller Name: J-ASZH SHOP

Product URL: https://www.wish.com/c/61528d0d4c5d6fe9fbf26199

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/61528d0d4c5d6fe9fbf26199

**Collection Date**

Mon, 03 Apr 2023 11:23:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j97kT9eIqiiQQhU8UriQs4vxbnGcQ9LwLS1vcJKULABbbeQgBPdvCl/8TOR/spA/UUKhu0BdK1QfDpZ+Hfql,M6wc2BU27jo6NFaIUsmj01dhrDqn78dy9fH0/YYXpVc2PggE99ykpK8XL4cDVvKlwsAmAw7IUJ21f3CK6L8q2eE+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]][s]][fs]www.wish.com[fs]search[fs][SMILEY][fs]product[fs]61528d0d4c5d6fe9fbf26199]]_Mon,-03-Apr-2023-11-23-21-GMT.pdf

**Hash (SHA256)**

61ebc06caa55632d403822e142f604ad88ab41f66f58037d8f788314412d942ec

**Signature (PKCS#1v1.5)**

IP5fX5zmKqL+Bm/faO9aPA0hESH90WEMaJKFVp/aRO5dPnH5xrRU6JKhTaBa4il5zqBttLwGzdXjGdag+C6Foso3sLDOLFHYv0LGvVZwM3DC3Y3/vKrHCGhtWJ2rQw7XiX7kDMDlN+GaqG8++B3GQuoGGRDKQTA6a8acQH8/g+

DOE: 232

Seller Name: gggion

Product URL: https://www.wish.com/c/5f6eef38ba4ef62abf5e5716

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5f6eef38ba4ef62abf5e5716

**Collection Date**

Mon, 03 Apr 2023 12:41:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j//Wz/KZerteDOwbSN3kfsKJm09bMRPEWQ54dk3OPtxA5tOgk4YJovlbvZrUEccnOv+7R0EvGjSY4ZwxOW0bldeLhEmqCZXNd4RobmIuYGHvRy6s7RuvFupl4dhTN/eDszK10fD8nlArSWwm+485l7LspXlLvLcmjFnsqAXCJ8=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5f6eef38ba4ef62abf5e5716[]_Mon,-03-Apr-2023-12-41-24-GMT.pdf

**Hash (SHA256)**

9067731f8ef091f772aa440dc7e6dff583f448144dcd937b14cbe1b5764bf4c

**Signature (PKCS#1v1.5)**

kHk0JnQRYJ41d36bcskWNLjN+0e9Iv6T43xfvdwgc/g0Xwl2BeA3omwZp+JrTBiaLeJx3Uxf2aC0ArJ3h/pl7kK/Nya0EU8R1JrE42YuqnXclN2Hc3F4oh2ltAQ+g4pVGY5856HbYlSkI+4P2S8Gj1Sjgg7guTWDbnxK002hgHo=



DOE: 233

Seller Name: Qiangming

Product URL: https://www.wish.com/c/634914c218ce8315f3e720f7

Platform: Wish



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/634914c218ce8315f3e720f7

**Collection Date**

Tue, 04 Apr 2023 06:24:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LcGCtrrAvk5MSosZYB+vufasrnyDQOfqE6pyJ2Hx/bpPSiwdgtJ/VDV5rzvATgwWzhfpvdgFgfNRZtAjupO5ZXDiz71auz/F0+eKT/WInWwFvycbrWEMnywoHORvMe1ASTNdb1K+TYMxSiQkJ4vfkjD0cAlnInyA6RY5Cw5Ile9+U=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]634914c218ce8315f3e720f7]]_Tue, 04-Apr-2023-06-24-03-GMT.pdf

**Hash (SHA256)**

198b4856344bb13ece5e724df9e965b0b0582e671715b1ebd425b9e08847c5b2

**Signature (PKCS#1v1.5)**

TZvEEaQSJNFJPlQ3IjaKG57/0TEYaTft09hhbHy7eQnC5w1/9NL5sSUvOffSAeGU+nimFZ+9kXr0DVEaCSnRJm39WDZMMsK8Z4hf+1joMKfBTInDRvfkELAUeenfBA64PtCtUgTTrJTHn/EujNQRgbootnXtDpEdKMPPfxDkieU=



DOE: 234

Seller Name: RUINUO-MQ

Product URL: https://www.wish.com/c/6257cf43e84ca2ec9f87720a

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/6257cf43e84ca2ec9f87720a

**Collection Date**

Tue, 04 Apr 2023 07:40:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:16c0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ILWCCXEGYsvZz2g0QSKJ+IsjX1s4cgqlVgNEq+8XGLfz4MYTv1UsRedX0DnyNHumJbpkuUWqHEb21YnjRFPhv8X5ZBUMdyJMWRh4F57w2pD9Dins4WhQ01NWFhtAGMisk+SoO051xdQvzwR3BMOOxERpGjXtbNfL2WkB/JD6/Y+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]fs]fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]6257cf43e84ca2ec9f87720a]]_Tue,-04-Apr-2023-07-40-03-GMT.pdf

**Hash (SHA256)**

abf0510e754a7ba9ab0aba3d100330ecfd793d875565040ab335c99dbd21dd1b

**Signature (PKCS#1v1.5)**

CG37zCzB/M+6yUSdQ/+Iv9pEQlg9L9G8RYr/6deur4a34kVJW1e3LErJSP0VhG7rtwhDaxDJjygLToC1t0pCuyeV77Ta1+1ipFcW1P5aRDzPHoxZGobss6X7AdTc8o55qozTxp40pZBVr8rS6SPI00XZ2gzfCTaf+2LAuB/fetM=



DOE: 235

Seller Name: AllSimplelove

Product URL: https://www.wish.com/c/60bb37f327bb60b6c754f3e2

Platform: Wish



Investigator Name: Chris Stavou

# Evidence Collection Report

**Page Title**

Smiley Rave | Wish

**URL**

https://www.wish.com/search/smiley%20rave/product/60bb37f327bb60b6c754f3e2

**Collection Date**

Tue, 04 Apr 2023 09:36:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

193.37.253.52

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mCz07Y80axvLadKM8lv3ARy/3Qjtt2UBDJpfWRwJF5e/wYurfv03PmO5XPbAaCryXuWW4Np3n565rUcz8NylMPTaX6JRUL66W5fVsZPeCw76glF9wLX1vXdR0OBV0loXsWi67u4PToRVzBeQzl4AmgE0UEJbLWnFDUkfvICd0U=

# File Signatures

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20rave[fs]product[fs]60bb37f327bb60b6c754f3e2]]_Tue,-04-Apr-2023-09-36-59-GMT.pdf

**Hash (SHA256)**

be21cb01e86ad865a6d03549a03ba7a36b1cc9a5637ffadfd010d81ba7394d7a

**Signature (PKCS#1v1.5)**

PAa2CPPPTgPV8Z2wmFxQxfU9EtfsT86wp9G7I4RE+/CXKkxRHDlv1ZPBZBo28JO68qqQq0ELBLHcHvwfiUNQ4i55vWxydmGXx9ugR6r7g/XThhxI/YnpYiwTnxI2e3T76EGN1QEzEN91Qg7fgpJXoyAx9+ICkb4Rp2NRuXvPYis=



DOE: 236

Seller Name: TTT123

Product URL: https://www.wish.com/c/6156bdecb6c17136d893683d

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley J Wish

**URL**

https://www.wish.com/search/smiley/product/6156b0ecb6c17136d893683d

**Collection Date**

Wed, 26 Apr 2023 10:27:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

7a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hIEVrnZLWRTNxku46Zv0Tq6HQNuqoZ/zQAEhFlNyB/nVbPtPvBlcVlmoPHk+/YnTb0YZKvUQMizeTjw1JpnxSbYrpHTXtO6WYMauYNazXLDg76R9E6zR6dc9xtUAD7Ti8Ra0vcp4X/sUHnzD9KCx8xeEJKW+f8dRFoVCSX6L8+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]]fs]fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]6156b0ecb6c17136d893683d]]_Wed,-26-Apr-2023-10-27-46-GMT.pdf

**Hash (SHA256)**

a766e6f44f7122c3aebd8f57f9983f5a89935d9a50e39ee0df2385472bede51

**Signature (PKCS#1v1.5)**

WfBZch3YRwAtmKRumdyneVY/MT2NSm9TFgzwSWjTi9rUbpxWHsa8YBW7k+90aPXlGDZd8Qr1s3fDkb3C4r/tMFwZRRzL1B9lmu9Ex08O2Aomdqbo5YUCv4soscjkxKSBRCXSQAd2hQ2/HJdMDULztcfLCfXqcG9vdYrU0wL3ehNE+



DOE: 237

Seller Name: mishili

Product URL: https://www.wish.com/c/63845643d4f3ee3a044c6717

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/63845643d4f3ee3a044c6717

**Collection Date**

Wed, 26 Apr 2023 10:50:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Wur0hpvqwpUOBuD7m1oU+ux3c+GJXqSycKYUcLtjGNso/eeFMwQtJj4Qyx38s4cRa3KPeaGjtXOpmw1SRSxZp5PLS/jVYYXThsQTBtEzX1zTf9D53+iddyFspn4+nnk4IMANeOZAwA0g5bBrbAa1XFOQDVfixA8H0R/9Fdd+96nc+

## File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]63845643d4f3ee3a044c6717]_Wed,-26-Apr-2023-10-50-23-GMT.pdf

**Hash (SHA256)**

c36533c37b148db06a0812fdcb09f0dece7e1de171a69e3c6e3266a3467e7867

**Signature (PKCS#1v1.5)**

amc5czWVXTRXeZSPSdg5tog1Ad8AMzVLPyEdO1LwQwLk9i6dgGnaSoFpJ6fq9bdtFR4k0VqJOQqbDjOMjoYya5dunU1Ix7pVtZlcJZzbgx3KGck2Fg/QDWKURAMAzAB6iq3Kt1fXjCe2/V/d6M5+2/hzfzE1hiv16pVQzaLpIMA+



DOE: 238

Seller Name: molochsh

Product URL: https://www.wish.com/c/60e5b71ad78aff8c06bb1075

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/60e5b71ad78aff8c06bb1075

**Collection Date**
Wed, 26 Apr 2023 11:19:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
M8ye6YHbmE46KrRJTbH7zwu1HEON0lMBBOHlKrlgguwTx3Zdd/PfLpR+t7aa387e7fVf82NZt+/601FDHaJqPwYGtg9+5+HavrU5ZSM3dyIc8RH3kV/byZapoq+nYSUgPY8ea/FmQj6KUqCfju4LzVorS2Ytz28/hJGUHygfAU=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[]https[a][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]60e5b71ad78aff8c06bb1075[]_Wed,-26-Apr-2023-11-19-54-GMT.pdf

**Hash (SHA256)**
0f7e08ad7c447d7a53b564d65b99428501fffe7eb548131ac3dbf5fc392297392d

**Signature (PKCS#1v1.5)**
cX/C9Z/SYyZ8NybRTriL4zAAQVSoDwaoe19wsQ0383Y+gXiUp76uwHetMmPf8oMquKK11dg/FUtMAiLCh0PCveYE70nGe8NsMxAgKdzetumg6wWNzjcmiswqquH8IZ4E6AqFzr+gYg6wL44zIghGuvsvQZ3v4vPiMBxE+wqtA=



DOE: 239

Seller Name: caoshuang3251

Product URL: https://www.wish.com/c/613c9e83b9ce57769ea5fcd1

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/613c9e83b9ce57769ea5fcd1

**Collection Date**

Thu, 27 Apr 2023 06:44:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NlNQzdG4QjVPaNMDyjcqKTDHuZyTLhMhjhluvOv2QivtwzaNSb888HtfOazOOpoI9WMvFzW0irnhicDTP5YB6GuNLDBxXIx8R3YX/09waXOEJSXB5GqopwhKHLiCH6rK0HiqoCL6Yz5Gjva38R1zSTD7mo50IFSnNdLZSbfnEK4+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]613c9e83b9ce57769ea5fcd1]]_Thu,-27-Apr-2023-06-44-07-GMT.pdf

**Hash (SHA256)**

e7ab83b84cac54b196d2e60638d915e0acd893818b33c813006f15821728b05a

**Signature (PKCS#1v1.5)**

OYhBBmaUeedXdBmiV/inVk+G69URU0HnsuSxTu8L7P2ySNfVvv5vEjqxR863YTXJhbc3XvCkiWfWS6lJSb6/nmDLiCln00ZyjcNq4EScVoE9owWInfNOUW5rfOIY+2zfgkg1r1u+AcTgwdA6zmXtwGQ0k1ZbNBd2jSDAUgGwHIM+



DOE: 240

Seller Name: liujian2224

Product URL: https://www.wish.com/c/61a6e2a18464f155d80aa177

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61a6e2a18464f155d80aa177

**Collection Date**

Thu, 27 Apr 2023 07:55:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hcqZGrxikNyMsvkNYdgjmtv8gdeYY182IZQcA3CkU4Q+9sFYqvRLYwAGb+M4vOW2dguNfkkn9kD62ohPGYxBBfC753ZQS/ZeuwQmt6i9P8ED2m7rmmnTUnhYFtkHPVRFqgSaErAxlf9U3REhIQimaSbX1P/Nr0UPcdhTSCV/xg=

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s[fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61a6e2a18464f155d80aa177]]_Thu,-27-Apr-2023-07-55-32-GMT.pdf

**Hash (SHA256)**

53137b8c45d70db5eb401659c91e07db9fbe6b3eba64109235eabfb45134fe40

**Signature (PKCS#1v1.5)**

lvmEqfxDAg6eVh13ncGEFVjqtdRQpUd2YCyclMAo8XqhGXvIeehtwuxM5w9arW7RyHwhw7POUgCTUvqC8NC00UVC/yK3zgmEY40PF1z/0TH93TLJRiIRoO/YA3AirYlk1WimxurI0YNwcfkI/lFnCma380AGMW+cNRSaP/y4yA+





DOE: 241

Seller Name: Jani shoes fine line

Product URL: https://www.wish.com/c/61dbd0c2fe5544969acf4f87

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/61dbd0c2fe5544969acf4f87

**Collection Date**

Thu, 27 Apr 2023 09:32:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

H0Liw5M4Q13946rOMrlGLK0g+E16StrvmAMB89+UQcQjZ1UwjWJi28J5HrJgmr7jqDtIeEFPc3v3yOCK/yScn3FuzAS67bRl/qU1ngLD0kkNAYnBY17s3W9kb0ZElVy8wJAaqlym0zivFKxOdrjnozo39nT2F0F+UZsm1UHbx0Y+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]61dbd0c2fe5544969acf4f87]]_Thu,-27-Apr-2023-09-32-35-GMT.pdf

**Hash (SHA256)**

dddb13cdbbefc0f63f2010bcbd105b817ab90c5d8278f6b34e11cb4bf09ba8dc1

**Signature (PKCS#1v1.5)**

WPxgDiBijZDjJOGe+CVXudrK+CoYNfAtv9rwzIxrdYF7Wtiji54UnSVdAbNNag2ajJNpH8DlLsp4Bgjg8hrdktSeLc8eOxg/necW9TepsE/rQ14AxalHQqL/S0Z1LSvCYwgMLkzjfwzPEcCS04fifx1epzUHisovTaRXfi69yjZc+



DOE: 242

Seller Name: TIAN ZHU STORE

Product URL: https://www.wish.com/c/612b6d69d04eae9d52676714

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/612b6d69d04eae9d52676714

**Collection Date**

Thu, 27 Apr 2023 10:22:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iKawNUX2k7CsjnZ8Lxv9+gMpBakHZmvD1uK6QxzaVOJdYdSEPhGtwog1LzrZwyxMw/G2g6hlgJXBeHfJ7atUwSPBINU9CDv4pAQPTL7tUnh+N4KSKIx4NoBtTIn6VN3YhcugL/I4TZuWPKNPbOWBCtXyW3E5Ks0OvjMlc1nHh5g=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.com[fs]search[fs]smiley%20sticker[fs]product[fs]612b6d69d04eae9d52676714]]_Thu,-27-Apr-2023-10-22-10-GMT.pdf

**Hash (SHA256)**

024284326e90b4c31f080fd8e2f5e8ca4a9c38923c29dcbc8ee8e47e8ff9d50f

**Signature (PKCS#1v1.5)**

J8g2EVN7B5ymSqmzkcUfunKWq9V2zfC3JqK/7BNNEah6LHbUKupQC8wp1zSHRXBq9qiKT2Q+O6N3zKon09zZtwBwahQezYCl1jUksHi7LWG8IK9ja37qWzyVthsJtksjo/yD5bE8OrHj9Z+1Wh782/XUhF2+jd594UE4yg9XqSw=



DOE: 243

Seller Name: tianmeng1359

Product URL: https://www.wish.com/c/60478b1b9cf80b911ad74541

Platform: Wish