

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/60478b1b9cf80b911ad74541

**Collection Date**

Fri, 28 Apr 2023 04:58:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c8oE7xCKuJ9/LLg3IPy8rFl1cJdlXBZy8NYfqG0bAc+bN8Z6rEHp0ZCzgq1lo4p8B9lTcBe7Ggvc1UzVj0h1Rc06oeY2tl7rvMGsWzCn2TOrP4LFbxwRwJrRCNw/0O44ehorvQSae9kpnLLZ8eT2N7BCwIwAZfRM+3DcZ9ZGg4=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]s//www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]60478b1b9cf80b911ad74541]]_Fri,-28-Apr-2023-04-58-04-GMT.pdf

**Hash (SHA256)**

888a933cd7e0aa6476cb90cb052c21f920398cc64ca63651a7fdf0d4cc242628

**Signature (PKCS#1v1.5)**

AnRUHlDSicXdthJgXejucWN8bF+i8l/Qx3EWdCgtt1ZnDtNJOzfwTW0+2zFX1p7V3HDDkVUwrvkRnmaYublghmt6+/11TPYUH83zq1t6zVRga6GENrAFhxvmacJBbwHr4uIYLFCo8e1CsH/jTh5WqT25IboAlxab14HRxeuzE=



DOE: 244

Seller Name: dsjfisufyhsidf

Product URL: https://www.wish.com/c/5f82c99649b13c438f462f93

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5f82c99649b13c438f462f93

**Collection Date**

Thu, 27 Apr 2023 10:44:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:16c0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fp6Gfl9agRmdIDkKUHzLu7AR+WeyuZ120bM8PquCP9LpDbs1yPpOQnUOoZwrzx4hum8ak6JFQlDzgmfACqSns72+Jq0seL+U8B1SZ/z8HwAXTgGlVUy0hIZMSEhyEi/jdFkir1ihMUdmPRq9MDn3ipDETzcujqG9t9EmnaYiY+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]fs]/www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5f82c99649b13c438f462f93]]_Thu,-27-Apr-2023-10-44-04-GMT.pdf

**Hash (SHA256)**

3167be20871ad329e5e9e591b449f3901162bba1c333237f0940fc6f27b88b3d

**Signature (PKCS#1v1.5)**

ZkXbkv90aZu6xe1aWoz9XvcVrdef0q1fxtfLdguYP2ObUYrYWs1GbZdxT6mNr2Y4yNrhg3yptpLQqsFxl89YVmtLfA0N11anTEp6oIP1i9YZu3i99VDUHfuevRW+1HuMI7EfFGdYGNY3HHQBfmZGpt5vGCBD6dqEo2JwFkGCdl+



DOE: 245

Seller Name: mcdermottemelia

Product URL: https://www.wish.com/c/600bc0a0a62a4ad9558f4d53

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/600bc0a0a62a4ad9558f4d53

**Collection Date**

Thu, 27 Apr 2023 07:46:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Zvwyhzi9Yt8ePNasQLaloGyHMT+AeXB2sHGAZXtcsopqSnUyuvKFgn0wl1/IJOyFx7UYzftnhr4VZ7xjnviOcKy5pBpbwZGBZbOyMwh1GZZru8RdZprjbD0SzgBTRob1Mj4SPmLuZGmwsRdz8WKIggXDRM9VpK2+xEY78DHiwI=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs]][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]600bc0a0a62a4ad9558f4d53]]_Thu,-27-Apr-2023-07-46-08-GMT.pdf

**Hash (SHA256)**

5c17978148e04cc8a7dd5887e63bc5f9edf4fa7d50e488cda3a7d0d39010f2c8

**Signature (PKCS#1v1.5)**

EUN6tYT+ECYAmgq/TpN0NpST3yaEnNhjHIML7gQEECW03cKdlh7oalz3dwolil4hBF241Rf0pzPyixJL40NNtSSzObMuM0XDRFVsraGj/dNZ/5uOv02qEDCeFtu2fGt52EWsufAWhhBtBfDaz+WvSLTJE+IL2JKeLjofxGGSJSw+



DOE: 246

Seller Name: AlanBaptiste

Product URL: https://www.wish.com/c/5f606c13d94e580fcd155e37

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/5f606c13d94e580fcd155e37

**Collection Date**

Tue, 04 Apr 2023 07:34:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BsCKA36CnFF+cH4s3jPGZPeY0EkYubxVgicKehYXGZZOPkK7FVMvRT3KjMcsASSosMOJQqNCPR8NzssovJek1+3HZ4ElOmcMPG8rCHPUpdhMjp6zl/i2I6gTRa0nmriLdlkdeRwl7n52O2jKY9sVEg/C5Yf3CXqI0k/FDllLyM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5f606c13d94e580fcd155e37]]_Tue,-04-Apr-2023-07-34-03-GMT.pdf

**Hash (SHA256)**

a4ee0568d8d62e9dd931430b0cf24ef2f488e3696b1079be29e31f50fb193687

**Signature (PKCS#1v1.5)**

hlkrNGTlNFMKTiNcFgRzhq97o4ODNDkPogBiOcaVNR4u5DhGYKj+d4+t1zqAqdGofjlZEzJNhjBbC3uzHqPOyHbB/QPULsYbmVj3jbbI8Z7uadeGn0tnoArYRkfvXljfpOxjOYA6vry2ArIn1hiWQTzRb7yB3yjpBD19m8GqJ0=



DOE: 247

Seller Name: qingshengfanghua

Product URL: https://www.wish.com/c/608b979a977d8571d526edcc

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/608b979a977d8571d526edcc

**Collection Date**

Mon, 03 Apr 2023 11:57:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hNPzsTVy1ajrvvbB3eb7YxDIDUKJL4NhwSfRO4xTQbGtHddberuF67reK4YlNDrRwLlClrDQchrEg/7vS1o8edHeMFe+HZlgGnwW+EjK6eqz7L1eqjkiXNFdh9Vsm9o7aRsBumcTypW0UfRNvR0yNKR8eQmKQbQ0TP0C7b+Kwno=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[a][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]608b979a977d8571d526edcc]]_Mon,-03-Apr-2023-11-57-15-GMT.pdf

**Hash (SHA256)**

67d3f2120c91581e60273d542f7e3d48e235e88fe6eb7109478104ea304cd0d7

**Signature (PKCS#1v1.5)**

sUdaQWHyflcqIpltC88frYXrvt8MdqlPdQ/qVB00tN4kIDXIlVt5SWGuB1JA3/VF9AW54JyzVIwjjmm5GXY99a03FlLwFFfD2+vBsk983uJk8oD0CSpJPVyYZWPSoS12zAPU4xhaOjeDH/Dck0tfJtmMq50gfxSUf3IqdzYl3NQ=



DOE: 248

Seller Name: NANALIKEO

Product URL: https://www.wish.com/c/60433754ff9bc93e02394a26

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60433754ff9bc93e02394a26

**Collection Date**

Thu, 27 Apr 2023 10:44:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hl47N4FJbWxhQ0UednUNQ/XD1vcHySlKClji7Rnr4XGNXBl5tlos8D6lLhRvzp8ZFbediqvax9VUy1FHgDxLJporA9Bnil5MupWAvbAfcUrsfDAlU3liSpm59KjAYqlqsKwW4ggu0gz+HlqK/lytqJfe1GMcXvQBkQYLg/ZE61U=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60433754ff9bc93e02394a26]]_Thu-27-Apr-2023-10-44-24-GMT.pdf

**Hash (SHA256)**

f0c016c1af49990996cd28e640842783c693efac9989fad96c8c036698cb5037

**Signature (PKCS#1v1.5)**

lmpqU8toIT1qbbEZo+oya+Q2zr7VXZw/Q2Win6b3dUHdTA4/HEkya7MNbsUPySbYO4brwHzQ9dvUP03Prkq8u3LEQaxMBWgjyJoKbbqSPJekBMqLnWO928HLZh/wI+FgJqOEQIVYp0GQ2hRT0U7we5VQqfzjZpNolqHFU4tmnPTw=



DOE: 249

Seller Name: kindly feelings

Product URL: https://www.wish.com/c/61a86a4d09d5009d5812d52c

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/61a86a4d09d5009d5812d52c

**Collection Date**
Thu, 27 Apr 2023 06:46:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
SK7ESNgn+byWcym2Ps03pxtZ/j3FiIWI0/XzR9zrmwHdh7NfCUq+Rnn3yMTz8FwoQMgzQQ2RW0/otv1KqtbGIUHiS07XwJxpXOojGQep291YEULYxBFKSoVbyrQK5X4jNbPMf5x7PVp/oo7OuAk5AnC1Jz7dPpqS4wSJXzHlQU=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61a86a4d09d5009d5812d52c]]_Thu,-27-Apr-2023-06-46-19-GMT.pdf

**Hash (SHA256)**
41709984bdd82898759fbc6bff9f4b3e6aec66ec44416b916b4ed50cfdb917

**Signature (PKCS#1v1.5)**
reHYB4U7rdweH00XdiFE3q7rCCZQyUnC8f1yUGSgp/LkTeekp3r1FU+GtnSPggyRqwzVf5LtoXRV2V3trIt0jG5L8tE9bqoqsZQBu53F2q3ZDqfwqce0d3YOG8zCAaAshNkccMDkVw4kMftJtLnnWxXyLbz0TbqG3DdaFXzlBis=



DOE: 250

Seller Name: Macabre

Product URL: https://www.wish.com/c/609a7ca11ef0a200596e0337

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/609a7ca11ef0a200596e0337

**Collection Date**

Thu, 27 Apr 2023 06:53:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ks9rqv7/GOFuVgR1mWtglxYO0sGBw0Ssoho+MLgImwZaMzHJLNLIrsILlI/1PzCysYptulNwzWjgzUsyGKfWa87A/PtWVcgC600SqAC1cJ0oRGXVnul82ade2/pnZ5RzcuMSfAFmk30c8aRKglzrV+GUbXoxySnmRHkritlQOM=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]609a7ca11ef0a200596e0337]]_Thu,-27-Apr-2023-06-53-06-GMT.pdf

**Hash (SHA256)**

380b879601519dddff968849da2ffbf5d88d33d1706c76db9ce72f3f2f723683

**Signature (PKCS#1v1.5)**

cgunUXLtenPTLdaj0fAuqc23JiztDF61DJUW6n0caTPfDDb6y3EYfmIC0Nuw8pTefDM32zNuf2E4YQKI12JoNHfh6kZYYmwP5g7N+nzd/ZBN97TAT2Vwfeey31TeFq1tJm2mD28fe2r+Kj2gnoeDSqlHz//Yo5Cx0ySI1Ne2M=



DOE: 251

Seller Name: nkhiguttutu

Product URL: https://www.wish.com/c/5f91cbbb78f896003de9ccbe

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Original | Wish

**URL**

https://www.wish.com/search/smiley%20original/product/5f91cbbb78f896003de9ccbe

**Collection Date**

Wed, 05 Apr 2023 05:07:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0d:5600:2:13::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qiZH0nEayKFjyJWQO/isV+Y94CzfK3C1ip4SRJsCxeGGMIE4Y53Ga8HL2mJhRa2Tlssk Lqj99qw/u/A6jw6zv78bp2kTXtUc9Egqe049nVPPvyS1nf8Cf815GE0IZMU5WyM9C53m4BV5V9EvQ5Y8XUWMtvJIPQgEy3UkeuE0=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20original[fs]product[fs]5f91cbbb78f896003de9ccbe]]_Wed,-05-Apr-2023-05-07-59-GMT.pdf

**Hash (SHA256)**

972df1a6766b242b419bf544c62a0c3e2755e79d220e6a78811bd0e0d0248082b

**Signature (PKCS#1v1.5)**

N0OsHdptNTxNDwtd9NN5GjJ2ROvUxy8OCVT/i3z08XEPrax9+3+J1a9sw561/3nU1VcdyPuMx7b6doFziL1lkJ/NTNCfJwRsV08LQ01y8Cu4doHw8Ga0zpsQhhuJCmSPqi+hhqtDoAUU5ADz742QKkvo1oUMOAGtnYphcTVsYKhIw=



DOE: 252

Seller Name: guozhipin

Product URL: https://www.wish.com/c/5b1b36621da94f371be80d6b

Platform: Wish



**AXENCIS**

Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

Be Nice Smiley Face Home Decor Car Truck Window Decal Sticker | Wish

**URL**

https://www.wish.com/c/5b1b36621da94f371be80d6b

**Collection Date**

Sat, 20 May 2023 19:37:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

27.147.190.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lR0+gFJJkLK1padnXWNgWuEr84pQ0h+iS4W+lwaw40DdtsTe2zzl3UqDMYi3UqMEqoKKaoAv5M3wuCx8qmAU56H3CXdkNqeaYgyi7M1VzvEfr7qgA+neK2YnDZUgw5YzaLqELd2ccHznDW0ux8bZ79dCmsoRwybT9Go8CXgloaSnYhKpYI+8sJo/aJ57Sjr1zLuHM6FX+KfzDz0z2Un3QxwMUXdp1H76j3VkfT4psPOiObMkj5CQIOzaR1zIjwh6VS4qmTUXHBu/8tQWpYq7SOP8yyX/DtiHi8pBGa5mdHVt03lTd1Sbs9fGTs8g03EMHvQQ2vvwVjGCJtgIsg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]5b1b36621da94f371be80d6b]]_Sat,-20-May-2023-19-37-52-GMT.mhtml

**Hash (SHA256)**

b80c1fdf493df56164ee70db059cacb5553b1c31afdf808cd81313337dd85c1d

**Signature (PKCS#1v1.5)**

SNvohsEvBYH697w3R39A9scPDXYdY8XnyZx8X5p6zhHLjxG9dKaflFsDeoqnSalpqVpm0/WnJ8larXYPRjFs92iTliRWXDdoRYpiZQjiVd5LZelVaApjvUpXWP2sZwGHaGAkBMia1Frszl86yJfpTaIUfQHH7aqCnpAp2sfu41ydGSl0KZOAP7HjFe8/uQ2eYak6t06G060gk85jOMKRWRBm80cT8nM1dnKCSgtXgZ84ygKH11zhM00fRdW2wtDCfTfkAkLSGjanzQcRjGOsG+cvAoUWNW1WON0KRokoxrcx5k/yHiFcBg0xEruMkZXPb7DHTydBiebIvTliGsEyA==

---





**wish**

Recently Viewed · Trending · Fashion · Baby Gear · Pet Accessories · Gadgets · Tools · Health and Beauty · Drinks and Smokes · Home and Garden · Home Improvement · Art and Craft

Automotive Accessories › Accessories › Exterior Accessories › Car Decals

**Overview**   Related

Be Nice Smiley Face Home Decor Car Truck Window Decal Sticker

**$3.05**

4 interest-free payments of $0.76 with afterpay or Klarna. Learn more

**Color:**

Green

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

$10
Spend $10 more to qualify
Ship all eligible items for $2.99

Estimated delivery: Jun 1–11

Standard shipping   $2.99
**Flat rate eligible**
Jun 1–11

Ship to Store   $1.49
Jun 3–12

Items are sold and shipped by guozhipin

Contact, Policies & More ⌃

**Description**   Show Less

Condition: New
Dimension:5&quot;/12.7cm
Primary Color: White/Black/Red/Blue/Green/Yellow/Gray/Brown/Pink/Orange

**Reference Price by Seller**   Show More

**Sold By**   View store

guozhipin
4.2 ★★★★★ (4573)

**30 Day Return & Refund**

🛡 **Shop with Confidence!**   Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information**   ⚑ Report

**Summer days ahead!**
Get ready with up to 15% off essentials

**Shop now**

Discounts may vary by country.

DOE: 253

Seller Name: Mece Show

Product URL: https://www.wish.com/c/638d96f066c4a4739af787cf

Platform: Wish


Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/638d96f066c4a4739af787cf

**Collection Date**

Tue, 04 Apr 2023 05:17:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TAdtcMCTC+sO2sbtYyXuW3xn36CPEvrnFV84K6jfRD3y1C0mPkp+bHMTgGh2zGZtzj7uLhSL0qDIft9z8+8Ix0z/fFJCpcnjYbTuGxQOe2Nb8tsBTHiFVX7+w4wajm9mwhBAxoctPbFXlghPYk4sNP5EVKlYBSXQqr0wpphEqBE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]638d96f066c4a4739af787cf]]_Tue,-04-Apr-2023-05-17-20-GMT.pdf

**Hash (SHA256)**

06513c571c831b62d0f1adab8ff9fe76ec9f30e38a5392536d7789322b4aee57

**Signature (PKCS#1v1.5)**

dQ1EBHtCXiwpMPSBO/w3eWwZ3Wf/RC7jaEgUdCSN2Ufa3Ah8ASIPD4ObfEaSnkLp3euD+mDf6NynGInFPH8Ydc9Ci3bFKJfbzHLMabm2nwzw9u0HyURJKDeamIU7yfRFnLUejJgMG4z1nbwgVFwoEfhRmvtlkcgvNHAXL6Sbc=



DOE: 254

Seller Name: Foyali

Product URL: https://www.wish.com/c/604eff7f90340ec4e85da6af

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

Page Title

SMILEY | Wish

URL

https://www.wish.com/search/SMILEY/product/604eff7f90340ec4e85da6af

Collection Date

Tue, 04 Apr 2023 05:53:00 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Sarah Christodoulou

IP Address

2a0d:5600:6:80::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

ehsdD6e4JW99C/qBWiyTgvNCPaDb7omNykAEA/78bTX5/4WMI+J/JY9j6TXyW472e/M/Ueg1/kklxoFfK1RLge2ML7jbie/xBTcC68WyxnjbHnL4JNPfAv31q8Uwfj2SedYRqw6Ug3Q/udQyCNawaUT2yncq/joX7NnSWhS038=

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]604eff7f90340ec4e85da6af]]_Tue,-04-Apr-2023-05-53-00-GMT.pdf

Hash (SHA256)

41c02c5b4becbc1de139e84934a7089cd0453256923bcee43bd1c36a974cde7

Signature (PKCS#1v1.5)

fN2tu+3ia/xW/L0ncaAlPcepw0ANUC1EQ95y5H7Fpw3xVqpviF4CUhdzf0LzDVxvoGSvfFtvm2sNidk9Ur8vmU3dEuTQrjMn9WacdthO4arpcJFVFAbRWE6nqfkQBB7eApuyjXbzFxRT7PhZ8DXTYOqqPkCG6tWPo3hEHi4MY=



DOE: 255

Seller Name: maozhiy098l

Product URL: https://www.wish.com/c/6131c53e51c8a2e46803b201

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/6131c53e51c8a2e46803b201

**Collection Date**

Thu, 27 Apr 2023 07:47:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qjUlszo+rQJsVbAnJuGF7+EtD7szsl7ZW8ictSOcliv8dYrmuSLuGBtjLxEh8e37p1GxKMZ3Nuquyw0j6cts/jy95uRm3fG4EAJd5iC8GTbF1VGgQav0AWSzEWBrnO93IkxTkhZq9HW9LUuv9VSJgE7P7uIR6ZViDZMddq/D07s=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]6131c53e51c8a2e46803b201]]_Thu,-27-Apr-2023-07-47-02-GMT.pdf

**Hash (SHA256)**

f6b4ab7cdedd6eb7d82c640b30cd77c83d6dbd92f6f24e783970f0f0267238c63c

**Signature (PKCS#1v1.5)**

NmV5piW9hE7goERfIRI2zqUlKdUnX/x+K8T2lVRJTiOXN1/EyjJ6JUbNNMs1cPgj9E7kcVs8QcZaOlZ9ZaD5xGmouQv7v315++e+eVC2qDJBR8xmy+KSBJOi5vu4oAoTguBDJqPopVuGJN1UBlEikmNnt0h8eAKLyJrIaW57yY=



DOE: 256

Seller Name: ZJP1990

Product URL: https://www.wish.com/c/5cd9751fb5d96776f6f15964

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5cd9751fb5d96776f6f15964

**Collection Date**

Mon, 03 Apr 2023 10:47:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5).**

hZs79160fkWWaMhY/f4HjR78LhKHQA5KLkukJGWKXUEeNEkD vHf5oUzKdDtsB5OwqchAA3Dqt9smpJemj8H5cEdLqnZyjbH9Lac+Nn8LuT/ruJzEx2btxjaOaW/wG67mbTg64YHH1VzbkEpIrwl81C93gBt8vEbkHfB5WcWer7E+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]][s]][s]www.wish.com[?s]search[h]SMILEY][?s]product[?s]5cd9751fb5d96776f6f1596 4]]_Mon,-03-Apr-2023-10-47-23-GMT.pdf

**Hash (SHA256)**

b472ad0e8a8738df3224a31caba680142176e206f3447301d8a729e85399450d

**Signature (PKCS#1v1.5)**

rezvofdIQb0IODTmaUSTJdm7NW6XJyUJYByhazFqvEXEVBY+B+JDRwBodLhSQi0K6WgzaDLzS15K5y385/9A8I9ISABIz79eaim+Ly3QvQ1i7BV6JLmTPDgLGCls5d8JasntrddBE8NJMKjwkRjMNLkEhTYSOUq/9sZC8fr46Y+



DOE: 257

Seller Name: xuejzlsda

Product URL: https://www.wish.com/c/60e2a4294a55303461a5ea60

Platform: Wish

   

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60e2a4294a55303461a5ea60

**Collection Date**

Mon, 03 Apr 2023 11:04:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AhjnIU8ZhLdqDubZZeTSmlN83D7NhNJ3p1Q0oq06/cjKN1WlsWTtKXf2WM96NQKSwQ09mGiEJ899lchjdsb+wlpLzqGmm0gMDQhdZnqtubdQTlQPWxG8Ke0q41IxLRWHpfxJP9hrIlQZxfLvnyialNKQq0JC5sfMoy0sZoYp9iAU=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s]fs]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60e2a4294a55303461a5ea60[]_Mon,-03-Apr-2023-11-04-11-GMT.pdf

**Hash (SHA256)**

edd9b0263d201a0078aaa1152dec2f504cb0fff85f063549643960 4b3d331c24

**Signature (PKCS#1v1.5)**

IiTiLw1WLzSLLU7IEaHX3tRfSmWYDDAqUWSX6JcInTpyN1odkZqKUFkXMURRc9yASpZAbNQaPDwMtEAZM+C1pjwL07aLoJk7rRu6sV9jzpL83N0zXihaAnN9AvBYlPjRHtsAH0Tqc80OSEDtRmCYbQhy07KJ2jSW9bjB/+ntc=



DOE: 258

Seller Name: zhouyanfeng3884

Product URL: https://www.wish.com/c/602c91f031c6cf600f245531

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/602c91f031c6cf600f245531

**Collection Date**

Mon, 03 Apr 2023 11:34:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lu5aGj6grFNJECNtcyh22DTR2WFuYxFYgN1y8q3tmRuRDNWAgAoDF7lAVKuuVZBBYDydPPiWWbM6xJoYsH3/Td8S56zSJfbMepqDfSWN8CGkfise7cYIFf97RtGj1oSWpUg/HPkKkD4hMrkoL1cfZwok7/3v22pnVNZMWMUNGDYA=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s]fs]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]602c91f031c6cf600f245531]]_Mon,-03-Apr-2023-11-34-25-GMT.pdf

**Hash (SHA256)**

ac21b82cd0637783dd6439aaeb9e87f59d0fafb8867556d9fe808a637cf8334

**Signature (PKCS#1v1.5)**

SbFfUgBvVE+CiqlprErHFRdn2Ce1230B3e3bbmUKRuctAEM5nejTvmR4SL/VL3h+PLUEfak82NeFj5HCdcJleyFZjE+YVKAKqaLwOd6I77tSATb8cnDiOfz6dXahI1O7U3GZUlHM0aUo87YlkWjKyLxMYXsA7E9d1t1HsPCl7U=



DOE: 259

Seller Name: Cute Stickers For Kids

Product URL: https://www.wish.com/c/60365daaf4f87d9214b8f304

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60365daaf4f87d9214b8f304

**Collection Date**

Mon, 03 Apr 2023 12:43:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SSUJVtuDLiJoyOe3jrGlfSfnY8Xk7XPHIS7HXdZuMZApn2JvWu/Yz/LTvHHOeOYDZ//Mm/xM96Hy4+vE+Y8NG/HTUw0lT4xSb6pDgBeCDa7604U7vbNZ2WRmpaleltRploq1iOGTMVzRXsmFqsYUHQNwe7dDlp/KvJH6W5rFVI=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]/fs][fs]www.wish.com[fs]search[fs][SMILEY]fs]product[fs]60365daaf4f87d9214b8f304]]_Mon,03-Apr-2023-12-43-39-GMT.pdf

**Hash (SHA256)**

cc25c2c95a04ba42f101bb9fac3c3a6045448fe0acde589d0437118adcbb7b33

**Signature (PKCS#1v1.5)**

anL6oQKmI2Nz6hPfZktUzr31J2Q6h69pVh2v7DRSzGQV1WbWm/mUwrgLXXj0eQ7FoGnF7GyGxRNqnU0d7XSm+/4waspjOi37uaqIs5AGWllSr95vKFuDWBORwQMQkY181KbPAakxvyY6jM6DksxAboe5D3wkDjQySTYNr97nZM=



DOE: 260

Seller Name: Doggy Steven Store

Product URL: https://www.wish.com/c/63e9b72b4c1b8cc75db27177

Platform: Wish



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63e9b72b4c1b8cc75db27177

**Collection Date**

Tue, 04 Apr 2023 06:31:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D1deUAE5IF5tM9XwvID/RtV0VcMWXO+Ja9ECDQ8cfxdLK5DW3H3uUNW1PM4QHdHoAlC66HipD3NZxjWYd5lWYQSzgKLYYD4YJoCeCpcECgCu6ChErOB//Np5kYRBoV5Ehnd5zt9u0xcO/gJI015gVBTiwQeMau27IEfcTgssPhg+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.com[fs]search[fs]SMILEY[fs]product[fs]63e9b72b4c1b8cc75db27177]]_Tue,-04-Apr-2023-06-31-56-GMT.pdf

**Hash (SHA256)**

b0567136b425ff5c76f15c0ae20d51ea0eb4a81739196487454fc6c32d52Bd84

**Signature (PKCS#1v1.5)**

IDjN6mn4dxNqZ/+XS3EobLw8c0brWjVdcqGnh2xwxs0RQtQKR7zN67KlBxYe5A4A3W1MzAMy4GK89G7fMN4T782qj6rnuP+tRdgcWTLZYvu2ymcBcKWmJrPMneld0+914ZW4T5GBlh8e8UlxmpWajjqZ5cDTPFpM1Y+GOapUAMrQ=



DOE: 261

Seller Name: Weldon Williams

Product URL: https://www.wish.com/c/612c2f98d280af6a8c56cce7

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Hat | Wish

**URL**
https://www.wish.com/search/smiley%20hat/product/612c2f98d280af6a8c56cce7

**Collection Date**
Tue, 04 Apr 2023 07:40:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
OgMGF1GFrEFjN3m5e1GsOwnm+aFPkMiaHFeZEYWfU8NRhOXiHD7uyS7bV9qU0hMFm4guQ3hL9stR/Aa2cn1KeXqa6fy6HbID6UBXwcBnEMbc4Bq/ebw0OMJ0IgDAisvYBGlhahY8AppMWyzX3LUP6dqFx58Cn4Zbuj+NfbRtCY+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]612c2f98d280af6a8c56cce7]]_Tue,-04-Apr-2023-07-40-21-GMT.pdf

**Hash (SHA256)**
b4496b1941a54635bf298179e90653608c6a7630df9500edb64b7a23b3f913d

**Signature (PKCS#1v1.5)**
JZIRjS8azaetAaffm/wZfnKgwIUqYUbySwPmR6RkDwbp2xHFYAEoerJU+QcoaVhC1ZuKNub2kGER4lq0ALMk909zARmRUrpaz9nYq/Hxi07B4rqH1yiwdugLJ9GWdhDtj3jSwFYQLbqdiAxNCcYMthyPABVbzEqG/ynWhntqT08+



DOE: 262

Seller Name: Bigteesweet

Product URL: https://www.wish.com/c/60bb49ee1d631bef49608ae7

Platform: Wish



Investigator Name: Chris Stavou

# Evidence Collection Report

**Page Title**

Smiley Rave | Wish

**URL**

https://www.wish.com/search/smiley%20rave/product/60bb49ee1d631bef49608ae7

**Collection Date**

Tue, 04 Apr 2023 09:42:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavou

**IP Address**

193.37.253.52

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b92QUDQQltJUVEDMOUhCPR9sddTKFRJKF7QuBVgh6Og9dIIF5MB+6rxkAIBxU4ISmHVVU9pExfd2YIrj25AgnDMKB33pmZWIszlD03SBVwBaMOoj7DxEUWuA9355mnKGuZh8p53F3K3Edu1vZBf+lUf6zdwLSTTgq8GqkENui8=

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20rave[fs]product[fs]60bb49ee1d631bef49608ae7]]_Tue,-04-Apr-2023-09-42-34-GMT.pdf

**Hash (SHA256)**

4bbfca678e56c1879994ec1ac38db56a6edba0d7f224059ca8cc9881154b508f

**Signature (PKCS#1v1.5)**

eQaRVMBXi/ZtNjRLcwLfD88SFYjiYMJ9dHk5lyyP8bef6kpPHmOdPjO798w00NN2RNWID454B24ehMf5uqumQCYxh5K9mzUfZ4yglEKWcamkJ4fV5CPbUOV92GItOnMQc38IL4cCjYAmL7CG+pLG91sm/T5lkXovkSUxMIO+2PvI=



DOE: 263

Seller Name: XiaoH Shop

Product URL: https://www.wish.com/c/63184af6b9eaf2fc1864a022

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/63184af6b9eaf2fc1864a022

**Collection Date**

Wed, 26 Apr 2023 10:37:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fK4yGwlv8EJ+FEGHZZRwAMgmyR0tpxiT3+68BBvw52SPTyO8WR4xFqi9zoxxJ1ykLcBHeb1XKQNc+Zq8+0LGrd2cEFeUZvFej9ewOW7Fl47qKdt1YDQK8YahG9z8aERjykopflaVhXo+xuYS3Hr4k4CnST1uPDVpkMtlkshApFmo+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]][fs]][s]www.wish.com[h]search[fs]smiley[fs]product[fs]63184af6b9eaf2fc1864a022[]_Wed,-26-Apr-2023-10-37-30-GMT.pdf

**Hash (SHA256)**

daf1532cece8c6f362c57ee97a70d61b59eb09a30121b35a369375a1c9eae168

**Signature (PKCS#1v1.5)**

atAN7vn/ZZmXOvhnL39CSHxOsnYAEq/+ThJEnNmHe7JjXbyTIisss84d1+jl0KBIAx3KM+9RKJn6cMLb7pd8v7E48f5Mmk0rQUEKAbulcUZSomV6fjv+Wy1S7qk/A/MEnq/y3yi0la1fHFsUAHNGY/hSEg7wxCN/MnDGzYf0jBM4k+



DOE: 264

Seller Name: enqingfuzhuangdian

Product URL: https://www.wish.com/c/5cea0b7515fdfb06d4a72255

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5cea0b7515fdfb06d4a72255

**Collection Date**

Wed, 26 Apr 2023 10:50:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eld5JkhPvWVXCq7uk9ed5LB5V0CZmHn1sj1G1MJFrPYJ9dpOsjdM0+9tiritaOcPmtn72OiOCTjrgbI62bELZ14o0uCtaX9tAQ2fby7eCEZtdLIsIkmzC00G1fLAtMTmb8ESuPheT68TvTAV7PYUTHu2ToyuIFq9b2VkomcOT0nQ=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.com[fs]search[fs]smiley[fs]product[fs]5cea0b7515fdfb06d4a72255]]_Wed,-26-Apr-2023-10-50-37-GMT.pdf

**Hash (SHA256)**

dec767c8535abc832efc8722d9b20a62131485e6774f84fa26971833086eae03

**Signature (PKCS#1v1.5)**

siZ70URvinnukmyuG2gvpJmrLk86+5x3hbvelka45vLxufOVtfcPdmvyJazvPXE1Yl9rKMC9aLztm82QoqeA+4CwbzYKR13+Mu5yZl6nzuKhIj4grZgrbpwlBWxvgElBM96qMQB6ZRA58op3yKHJkE9VX08+pGDdhhqI7YQTNrs=



DOE: 265

Seller Name: Luyun mashatac

Product URL: https://www.wish.com/c/5dad1a40a1ea49022062964e

Platform: Wish



# Evidence Collection Report

**Page Title**

Multicolor 3 Minute Hourglass Kids Toothbrush Timer Smiley Sand Egg Timer 2/3 Minutes Sandglass Timer | Wish

**URL**

https://www.wish.com/c/5dad1a40a1ea49022062964e

**Collection Date**

Fri, 26 May 2023 20:52:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

27.147.190.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ljw2bqPhLfmw5xirh5l973l2xYu4eJyyWlEMsjWChyKhOMWP0Xipfy/p/EsuEXMpM6UQ/1woueznOaWFroYh3NS1AuU/O/Ob0SZWGnGwUJqnoxp0E/8pUf+ZGw8k4YXj26F2++3Yico8GLcAuelQr9dov5MBFuYN2NkMRM56xyIZTbQYe+fSLApmosfSoqmZ/JCMu6HRyfvu90dxozmgh8LKv653qe1dH5kZJRQZJfkUjdttCtICRAz/OEtEP986DOX1Aky601JD/ZfAOR/gfJhdfXV0Dor0EYNeT5xr2kbbSG/7GN7QSWPdK6MRAjkWkSmsyTJvX3a0a7/7tcaQ++

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_0thtps(s)[fh](wwww.wish.com[fs]c[fh](5dad1a40a1ea49022062964e][_Fri,-26-May-2023-20-52-49-GMT.mhtml)

**Hash (SHA256)**

84d0cfb03d5cd3fcb42189d9d6cb1d38c0a965a1cc4820606b0854cde88924ca

**Signature (PKCS#1v1.5)**

clpfMvAnXXRKt06Ymgpu5xnW6qH8RsuBULAuis0SDBXm4adDoCXRQ8Xhnhptcoe0KOHchycudOzPmMmwOC3b4s8VqsjQff/WNLnMpKXb/b01NHHZLeVbMbFCQe689TqNATochfuuBHcgTPWf4+FxaguzKxE83CKqrfO+/D7gO1xyio1qBVRWWzNAPu3HLtxKfTqbCMSLhbMXC1bFwFNm02aCLe29MRuGRu9TPAkoOWuMgdq2Qfmb0ywUEB5FaoJoUS3vkTVxRNiXeEshNGjdRgwqDG+eFnv/39koI8wo5bmg+NOU/He/8+5FpAoQDfwuUJ8s7arJpuA3LVr0Ws7Q++

---







wish

Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | Home Improvement | Art and Craf

Baby Gear

**Overview** | Related

**Multicolor 3 Minute Hourglass Kids Toothbrush Timer Smiley Sand Egg Timer 2/3 Minutes Sandglass Timer**

★★★☆☆ (2 reviews)

**$3.23**

4 interest-free payments of $0.91 with afterpay or Klarna. Learn more

**Color:**

Blue

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Spend $10 more to qualify
Ship all eligible items for $2.99
Estimated delivery: Jun 4–12

Standard shipping    $2.99
**Flat rate eligible**
Jun 4–12

Ship to Store    $1.49
Jun 6–13
Items are sold and shipped by Luyun mashatac

### Customer Reviews                                 Show More

**M**  Mary
Joined 2016 · 45 reviews · 11 uploads
★☆☆☆☆
The sand is getting stuck. Does not work.
about 3 years ago

**P**  Petra
Joined 2017 · 2016 reviews · 7 uploads
★★★★★
Innerhalb Deutschlands vom 22.7. bis zu mir : Ankunft am 15.8......
Unglaublich
about 2 years ago

### Description                                      Show Less

Packaging: 1x Hourglass
Specifications:  3 minutes
Color :  pink, blue, red, yellow, green, purple, white, orange (please choose your favorite color)
Size:Approximately 10cm tall x 2.5cm wide
Support a child&amp;amp;#39;s dental hygiene habits from an early age
Timer runs for approximately 2/3 minutes.This sand timer made for games. It is not a precision timing device. so there is time deviation.
Please give understanding and thank you very much.
Wish you a happy shopping here.

### Reference Price by Seller                         Show More

### Sold By                                          View store

Luyun mashatac
4.3 ★★★★☆ (5674)

🏅 **Premier Merchant**
Provides outstanding customer experiences

### 30 Day Return & Refund

🛡 **Shop with Confidence!**                          Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

### Report this listing for inaccurate information    ✈ Report

Contact, Policies & More ∧

**Stars and stripes sale**
Get 10% off with code: **MAY23**
Valid May 26 - 29. Max discount $100.

DOE: 266

Seller Name: Men Watch Sports

Product URL: https://www.wish.com/c/6093cd7df3cd3904b4951c10

Platform: Wish

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/6093cd7df3cd3904b4951c10

**Collection Date**

Thu, 27 Apr 2023 06:45:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lvf6dcdf7VSdtqAU+Y9UXNIjEtQjs6DfzcBs5vaZiSuqTrhq5oziK+uf65lvlFP8mfjfSvheGbM0lrnBXIUgQ5PbBGXZLfExtLIlsZtaxTbmK5D4pchOKwLgItZzpiwuvh7LHqi9w6eYERVGLPiLSIUGZa2+EEnipTZyPimsQic=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]6093cd7df3cd3904b4951c10]]_Thu,-27-Apr-2023-06-45-16-GMT.pdf

**Hash (SHA256)**

214ec4f2f689bd8e5247123f427d626196cc115bd6d7f0af5c76ef972227ed6c

**Signature (PKCS#1v1.5)**

OLv74eo172xH1bX3UGiGeIGJqDTppEE65Qs438DMALCCNE2XEyuoH0r4Gc/WxpEr8xjCikDFNj5vSGAcHhIdscHtVu7co1xDz/e+Jq5z87j+5JObYI2MJAKPh3Jwef8jIoDYG77wS9R1pC1ypSa3WpMEKPFOxjnZwPVAWReOnr0=

wish

Popular Express Home and Garden More

Filter

Search

Overview Related

2021 Men Smiley T-shirts Summer Casual Print T Shirt Fashion Hip Hop Streetwear O-Neck Male Tee Tops Men Clothing 011

$15.31

4 interest-free payments of $3.82 with Klarna. Learn More

Size: S

Color: White

Add to cart

Add to Wishlist

Flat rate shipping

$10

Spend $5.09 more to qualify
Ship all eligible items for $2.99

Estimated delivery: May 7–17

Standard shipping $2.99
Flat rate eligible
May 7–17

Ship to Store $1.29
May 8–18

Items are sold and shipped by Men Watch Sports

Description Show Less

Welcome to our shop and enjoy your shopping moment!

Please read our size chart carefully!!!
Please read our size chart carefully!!!
Please read our size chart carefully!!!

it can help you choose the right size.

All size is Asian size,not US/European size,there will be 1-2 size smaller.

| Size | Bust | Shoulder | Sleeve Length | Length |
|---|---|---|---|---|
| Unit:cm, 1inch=2.54cm,1cm=0.39inch | | | | |
| S | 100 | 50 | 19 | 64.5 |
| M | 104 | 52 | 20 | 66.5 |
| L | 108 | 54 | 21.5 | 68.5 |
| XL | 112 | 56 | 22.5 | 70.5 |
| 2XL | 116 | 58 | 23.5 | 72.5 |
| 3XL | 120 | 60 | 24.5 | 74.5 |
| 4XL | 124 | 62 | 25.5 | 76.5 |

Item Type:man t-shirt
Gender:men
Style:Casual
Closure Type:none
Clothing Length:Regular
Sleeve Style:Regular
Material:Polyester,Cotton
Pattern Type:patchwork
Hooded:no
Type:Regular
Cuff Style:Conventional
Color:white,black
Size:S,M,L,XL,XXL,3XL,4XL

Note
1.All size is Asian size,not US/European size,there will be 1-2 size smaller.
2. We will send you the size of your choice.So please choose carefully and check the size chart before purchasing.Thank you very much.
2.Colour may little vary due to different display setting
3.There can be 1-2cm differences by manual measurement.

Reference Price by Seller Show More

Sold By View store

Men Watch Sports
3.8 (42)

30 Day Return & Refund

Shop with Confidence! Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

Report this listing for inaccurate information Report

Say 'I do' to savings
Up to 15% off to plan your happily ever after
Shop now
Discounts may vary by country.

View Cart
2020 New S925 ...

Contact, Policies & More

DOE: 267

Seller Name: wiriya445

Product URL: https://www.wish.com/c/6418237638a8f88649856b09

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/6418237638a8f88649856b09

**Collection Date**

Thu, 27 Apr 2023 07:56:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jj/P4MGMcEE08MvLfxWVfJBI6IE51wCevQe0mkEn7LPygtqdLF0vyMQ9FlIcQ9cY7K71+zaVSwpUuhI+6rzvLrDNrSDBWzO0iR0XWPzNLwIjD1SZ2q4oLc/SnLdtXljfZICduneCReyBdAKY1YD63hq4/S9OC8oCJhTTjKjeCkA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[a][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]6418237638a8f88649856b09]]_Thu,-27-Apr-2023-07-56-46-GMT.pdf

**Hash (SHA256)**

339f3b1910a46a9fa08ce11a29f96d508fda5736e3e106c47272ee32b8798225

**Signature (PKCS#1v1.5)**

bu0LvvAx3+c/BzeVpk9h4DLbnUqeyBuTKjHiDtJVW8n8JnRmJKE78nJ/UvdgeQ4reanb27Y7Ei0gsEXmMQkE0XU6/QO7SdumlilCH89Z0ba/U+gl4wXsqOIK8SqSYOdWl5GAsh+b3PGHOCcm8dUTjgdVxnMuw3Ox/sHx/CrA5Bo=



DOE: 268

Seller Name: guiqin

Product URL: https://www.wish.com/c/61de4ceebd3838483dce7d9a

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/61de4ceebd3838483dce7d9a

**Collection Date**

Thu, 27 Apr 2023 09:44:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eUn72pUeXQslO5rzvvf84Kgrd97fqCxBm8TKQx9MUt11ao73vy962cMZYqr9kqXe/XvoQlG/NKey8MiGlHuRgrslp6QEHL8GcDZjP+krFQLxVb6U8MPzZ2iTEHGJyku4s239oUOpPY6cSzpQdjozdhMYGeRLcyFedDKlp6ZlZ4A=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]61de4ceebd3838483dce7d9a]]_Thu.-27-Apr-2023-09-44-24-GMT.pdf

**Hash (SHA256)**

fc8804e41f0294d345da4c15ef79f83358808e7bcb25cafee46c19767384055e

**Signature (PKCS#1v1.5)**

f1R7NRMyOkb+ee3Uy67qG2hfNShp2ehi1hrGNwU3J2pyHXvH2GqHFEBqsUVCBH8xe4VXzHMh58mX0PiEXBuGHqELvGWRiOF9YF1sxfHStnLl892wNmcPsfwU2ZQBDcV7DZBnKQG1fZUW+MLZq2V8fb+pNxE2ZWM2nOA0aaf/bA=



DOE: 269

Seller Name: chenlingchao3161

Product URL: https://www.wish.com/c/60b9a6a0eb50ad5184ef23ea

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/60b9a6a0eb50ad5184ef23ea

**Collection Date**
Thu, 27 Apr 2023 10:23:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:16c0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
d4FGRbL7NRvUmFHoStalWGS/8zR0IGH1L1ANxSEar8Wr/hD2mjtpb3b2rjohH8UgSEtdJpSkZWSpkL38vCUCy/QyjYKGn/NEcvHRbhZP8SQlqbPnSp0Z2Vje2+u22Mbqtzlp5V5dcf/PdBZGj07k4g+pQOwfEmurwJfk2DVFd0+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[https[s][fs][fs/www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60b9a6a0eb50ad5184ef23ea]]_Thu,-27-Apr-2023-10-23-38-GMT.pdf

**Hash (SHA256)**
36fc96c811eed2284d2294d72c1ba2499720d408d4ce7a84b5ceea1f929a926f

**Signature (PKCS#1v1.5)**
PH3RQ8nq12c3OwQHs4CXjCTg/kFOSdsFpf7aoDTn44rLqcXFjv4PFfuWmxOXTT7y0fEGJrhhSStqsEitg584tpZLtQ55jOf7Kr+77f/ANRAmhppvSAC3xaMuRdt6hAZF4jrWH2m4Mm2xx0M6iy5mlw3q+ZL3l3FDuN4Efzc8E+



DOE: 270

Seller Name: YUANQIANGGEGE8

Product URL: https://www.wish.com/c/6256325a2168e1ed8fd70b9f

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/6256325a2168e1ed8fd70b9f

**Collection Date**

Fri, 28 Apr 2023 05:36:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MTG0EMcwvF7EPFfTtx2G0JQhkWg+BlV8cSTip7V5Pl8YrlwrtblOJP92elkW2DuPtz70Qbp9AQvRhmApv/5YetqbLJSWoQrlV/B3jLOZ3r/dL5gRvz7XTbHBGWs3EJL+Utf3niWh/Hndn0VPt2PUkpsfbdmG4M70FNSJijsDovs+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs][fs]www.com[fs]search[fs]smiley%20hat[fs]product[fs]6256325a2168e1ed8fd70b9f]]_Fri,-28-Apr-2023-05-36-47-GMT.pdf

**Hash (SHA256)**

aaed26c1a3ca7b279c12fbdf8df0d11bf4a86980361bf3039c108c2ea798ad0d

**Signature (PKCS#1v1.5)**

oG6ZHzPLrCmBvU7YjUfD95tJcwnP4EtcR74V4C7aCzqQDyDg1FmldojPTDgwsV5oaph368dr6+EhpFW3wq243OA6qNSLcXlKusdslEsXYaFEubJVYOAkovM0HxZGZBuCxEA1iielVAjMRGp/eB6YFOi+42sOBX3uabyOGDR1h7A+



DOE: 271

Seller Name: hao0819

Product URL: https://www.wish.com/c/615f11a2a1de522e0153bd54

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/615f11a2a1de522e0153bd54

**Collection Date**

Tue, 04 Apr 2023 06:18:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XICZ81eNS1YOQMvvNgCgDRvf0rlLcqZFGfKhv+txz8J5puDZeiVDPeAmej+Q+FH4cPdjfQf61xjADMF4pit48dXZQQPnoE3TbXXmHUIrs7McBmDNKKiwaJtSKc5JuENrdpIB/n3XPxfYVSBPw6O/aXXETrj/+2nzxHc5G9AiAUc+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]615f11a2a1de522e0153bd54]]_Tue,-04-Apr-2023-06-18-51-GMT.pdf

**Hash (SHA256)**

15556da4e62f810719856e94ce84dd62548ba197b348553d7b19b14c77807b79

**Signature (PKCS#1v1.5)**

UK5VQQyB+0edbGMOmL69kL,Jj1pZQdsZd8XZb99tsWHS95HCYldTnzP27YPsU2l2BN+eWEGk+2WqGc67DCZlQ/BAc7Dzv/WS+F3pSi1j0av8k8ashU/4QlRynFNiUaGJN4CNjs7DnzLWZkMVeUMEXElxwlT00GmonbU5BjVNz+/I+



DOE: 272

Seller Name: mingxiaoxu

Product URL: https://www.wish.com/c/5ec724c40935221121ec1939

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5ec724c40935221121ec1939

**Collection Date**

Tue, 04 Apr 2023 06:52:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

r7xwLXDjAL0JpFPhC4L03PoLwHB9G8X2GGqOuT5Z9A1qygCqWmhxWyQdWlS6kD8RE3/yzdyazIVcsuzcxV4/9DCSLoPfrXqzSl5yup0npiDWxbo0V+aYQppL+3A7stiTNq6nlNd/QP1yU5ujoJTTnGvSW6YRMSpayzgHRno+LUM+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5ec724c40935221121ec1939]]_Tue,-04-Apr-2023-06-52-29-GMT.pdf

**Hash (SHA256)**

8c0b2cf8ca77d2a6929c81f0d349b4e591011ea011441327a0b373760fcbcac55

**Signature (PKCS#1v1.5)**

Y3L5lIXu7CWMk0WwUBJJZosw7kOWVWdk8MkzPycwltseeBYPI82Hb08cpWhEiaWHjH4/bY+HWujYzYkETqx7T6R2ezropz7hxAVfL9ccznM/XTRKF2rEk4CE8TpLqa0o6sMHSzIwa8xf8kOezSh9/A4TTSSoQT3NjIBa0kw+tk=



DOE: 273

Seller Name: Jennifer Gerdau

Product URL: https://www.wish.com/c/5fb6da9fb39fa43172c36688

Platform: Wish


AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/5fb6da9fb39fa43172c36688

**Collection Date**
Thu, 27 Apr 2023 07:36:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
YinPRX0n246dSOYjqqfkisuHOFr66TsRJUdY3bvIrf2g/GXoSfbjZK/ETZ/Q+3IoSn+/6QkWZk19RzMRkTNWEpFNkFcCrkuJ4IkbCG7j0ogfXxKAo9riBqi2MnWtfztCscWodW/ohJjxiFQWHvj7mgSX/bEU3xAFAUWtBu8HtE+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5fb6da9fb39fa43172c36688]]_Thu,-27-Apr-2023-07-36-58-GMT.pdf

**Hash (SHA256)**
ef2e1012fe3bac320b6fa23f10a1e13a2473c3e6b6682db27de1935ccd9d89f0

**Signature (PKCS#1v1.5)**
LkL0At+HfAROIbzDtAtdkDgrfb8OBm9j5p+piNC1CS/waAUebwgrXDKCOccQHn3rig/yJE0iKHburs+JyhmZJQtmvJgtLSH2V/C8zzRi+DQlf04264F87rFI9KpX49DfNoki+OLE0Z6BsjrRpIJWZ6HPYoQqle/HG7sr0V0+Zjg=



DOE: 274

Seller Name: Melissa Fronheiser

Product URL: https://www.wish.com/c/5ef9f488b7cb15de41f7f08d

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5ef9f488b7cb15de41f7f08d

**Collection Date**

Thu, 27 Apr 2023 07:37:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SEAJ8pyB/2EkJhy2C784JkVvdrW6eCVqvNrumOAFHh3ngpNKQZc2ffAPb9dV00OT8L90ngaVIx/t9pnsHHnV6rWZtg0KAuxd8R2PrmrExhPcj35rtM0ByNyk8e4glpMFRi8TNFa3ZzfxFSClSPqNizKwJ78Pr8cvgOJRRBxbd18+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[a]fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5ef9f488b7cb15de41f7f08d]]_Thu,-27-Apr-2023-07-37-41-GMT.pdf

**Hash (SHA256)**

78b0ab46987cc7c5ed6f19c78ee5745c0c279d9fd40a9e158ec7979c00bc4d81

**Signature (PKCS#1v1.5)**

BEiiwwI+8jGl406v3UtffDFpmncAy7/SDy0jAZ0K/eu7nJCk/iXBUyiiw1kFJoiD6XClJ2SH3PsJg7UezYL4RgnAIsbTXKwY9ND9JazaEE6Pj1ASZ3tNm6Ms0Qw/PppNoO505MLkiThDQlBnteca9NpCwVwQ4hcjG9q9/0aMAqE+



DOE: 275

Seller Name: maxiaonan00762

Product URL: https://www.wish.com/c/5f4f74bebfd0ac23f4dc249d

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5f4f74bebfd0ac23f4dc249d

**Collection Date**

Thu, 04 May 2023 09:19:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bt4kK7v+uQzPCCzPKqDBhKlLc2v/Nc6MibJq74ttSnSzOADly/4OUWefzxhdHwrcn6l+EazQPFcJ89aKp/4ds7Y+mz4jlSHsIufxpegWpWjdJNF7a9kE7y5uCAlJYv9VeAl6QhSSxvbt3Bj5sOh9R64kiZdm+uko5oX9e/3xs/os=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5f4f74bebfd0ac23f4dc249d]]_Thu,-04-May-2023-09-19-51-GMT.pdf

**Hash (SHA256)**

9f00f83f73ee9384cc01f161c8833e072db0ded834f5c393c529fd5a5fff29f8

**Signature (PKCS#1v1.5)**

dd2r4TKonHqv88Xee06B0aNC9oFb+pQwc68pHsYLEH66HwJejmYwod5+kJACb709LEYabnfyjHC83OSnJ3SICTlBytRduNS0rkB5LwjVQ4j/4GbhDEYIWqZ1nj5Ys5gHfpCwHJcMLJP3+AX4M7xXTHpR/x3fTx5VGjwMF193w38=



DOE: 276

Seller Name: yiwuhaomiao

Product URL: https://www.wish.com/c/603db77965a4a3668edcd7b6

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/603db77965a4a3668edcd7b6

**Collection Date**

Thu, 27 Apr 2023 06:05:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fH0yk5HXr8elkIlTSa5PA8rPOZLzJOjKmETI2qgGBO26JPR6dRpZdbS43pWckDqC3Nb70Xy1yBXXPDf5Z8dQ9abWCdbxMPi82d8jd0f+yvJNKwL1R4rqv9/0dJrAl+T94gRhAKlL+DBhfgk0ZgoDc0XTbajrAx1yr5jZeXM+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]603db77965a4a3668edcd7b6[]_Thu,-27-Apr-2023-06-05-34-GMT.pdf

**Hash (SHA256)**

8d19729c35381c36e107258cdb4278fac9b5f6e7c9317432a23f6e6b88d76f0

**Signature (PKCS#1v1.5)**

ZhbxWsKLlRkAfuNkRNQmjZ7fd8F/AQsJen5hZZL9wdhcXtdyD0zDdGOZSws4LVBtAKUETVz4aSU1PR3//UKrM4Q51Ym/kq06kU9Phr+MgCnEZZJQ68+x7dJu4CEt3TaojdPNB/8azzpxLL5vJ60vmPZQXQbys27eoCsSefCW4k+



DOE: 277

Seller Name: KDIF-SJIF.JVID

Product URL: https://www.wish.com/c/5f95b867c12b0c71b2c50ec8

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5f95b867c12b0c71b2c50ec8

**Collection Date**

Mon, 03 Apr 2023 11:52:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hbom5xytz3+wNq2Fzyly6RFAIzVepPhA5ShIYyQOt2bXNTizTFrtC4u6CM5j1ZdSrGNwXUlUyQSbftYcJXiZXU5rsoiP+lSnH7wBxsu0uAGeqUa2vWd271BVxltbCUgdwJUh9LaL1CkMTUqiqgt5t8IHU5YMa6HFWtBKcPs+Wdw=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5f95b867c12b0c71b2c50ec8]]_Mon,-03-Apr-2023-11-52-53-GMT.pdf

**Hash (SHA256)**

5f51d78daf4ca95d83c982bcedc0fc78e4a1c162fe57eeabdff348a36b11ea00

**Signature (PKCS#1v1.5)**

ZHwTKk/cMpw0/Yas7lCzvpAzJgrhQeQIv9eLgSW//v/FF3WrDE7ZiKL97mDHFVymZcHj7VJIULP8ewojhSsawOHSNXu193p5uj/ZxqnxY+Blyxqg2VdfYW9erw1j6Z+l3HhSUWup2IobMOJ40ztO0/PWianR1EPtN2B/T4Z4EI=



DOE: 278

Seller Name: LiuAnYuan

Product URL: https://www.wish.com/c/603249f5015fc700427181b6

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/603249f5015fc700427181b6

**Collection Date**

Thu, 27 Apr 2023 10:44:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MnrPyqJvcK7Tv7HcYoGVme0MEk3mZu56Zz0xtKmHxeKIxvNJ/jsbN1cB7ch10qlCW3QKT80td8BWvxEcmCYRlBRjlEatLV/AGYJwnPFeBVcs7x27COqQi9QLeOfRBZpegtLeDN+EJ5/Dn3XneQffbk4n6ujsSSfyW4LFEPu+oys=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]603249f5015fc700427181b6]]_Thu,-27-Apr-2023-10-44-36-GMT.pdf

**Hash (SHA256)**

5649b45cc827cf061115990638bc7e1a9850470129079c35ea8193ba7ddd7955

**Signature (PKCS#1v1.5)**

W3BFSpHAhnqTGoQPhn3WZN9RVb3Gye7ciZjB8IGe2cPbM5tD2eQNVxiXLKlU8fpBx1b5NP4Jaj+fXHQltxfWQhy++HIClISpML1tcZtUVOCpD767JKipuydA16yAl/6vpGxrOZ3Qg/KydPWhyeGprH31twkP4xM+kUMM6e1bmNxw=



DOE: 279

Seller Name: wanyida castle

Product URL: https://www.wish.com/c/5b611faac95f5f3d092aab40

Platform: Wish



Investigator Name: Chris Stavou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5b611faac95f5f3d092aab40

**Collection Date**

Wed, 26 Apr 2023 10:39:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rL+WgkwxQYLoR0OUem6TFrap9/JqsnoesZm2Q1snCyz1tFXT8GNr/nRSoDHH+Rxp3f0STnDP+eGze2FTlR3OvRWDy+NxsIwZoGRhNqzPAM64hwqMdgXnONYaViCz9ovZcvwebYXIqaUu09X0/K9mbYbp3c5nHBdbjgPHL63ocO4+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5b611faac95f5f3d092aab40]]_Wed,-26-Apr-2023-10-39-10-GMT.pdf

**Hash (SHA256)**

f508f784cfa39476b14bc5441945b80a50945f108bf0836cb0ff4390054e9

**Signature (PKCS#1v1.5)**

DFOOoCRL4w9U3Mo9XkZNgqubtfCq3MQPNR6gu5aHIOsJut/tROKeoC7o3X318GpI+hhwD07BNU/z9H64bE3ar1HWkFZ6QjbtRaVOVSsuv3f122rrj+fZJOAuWjkTyx8qWNIM+JZRrMwjYpYoITP85G3gqU9Fp8rbJeeGelI7OiY=



DOE: 280

Seller Name: Miulee Fashion Store

Product URL: https://www.wish.com/c/608413b5b67cbddfe3722585

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/608413b5b67cbddfe3722585

**Collection Date**

Wed, 26 Apr 2023 11:02:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JpRTqSK1x3+YUE6R5wVXdBQz1VlUN6lUgMHetNkTRbswi2/nXWJv4ijnzttyqwL6SlUD3npk01+g61JeFCuHi32wWFDiTpBoggPwmMxdjXDQ2xv+g+bP0WsXA003m1lb0sQzR7TSwF97Ekkiaat9UGECsWplrOZXHczmnysp47M=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.com[fs]search[fs]smiley[fs]product[fs]608413b5b67cbddfe3722585]]_Wed,-26-Apr-2023-11-02-09-GMT.pdf

**Hash (SHA256)**

b19fa254daf3e02b2c5698068b1b67ff70b93c78cdaf02a89851dba82ae821a7

**Signature (PKCS#1v1.5)**

IaS3/UAm638CyV/GqFkF/E5zGtDcB5WK0ZBF+FGJ6k3V544V3kXrBlXxht//9oiTa18MUjfO7I4pNAsTzQFq+0KFTbMv/NfyE69ZNxK4znblYolDvAccqMuUFFWVm/qupHDPwbSwtlRYvcjRFvBTEMDlcRHXvVCjwjd0bpKkkgc=



DOE: 281

Seller Name: xyzabc123

Product URL: https://www.wish.com/c/5de75f8c8a46090ecc4992df

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5de75f8c8a46090ecc4992df

**Collection Date**

Thu, 27 Apr 2023 09:32:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PgeMwC7Rq8GD/zDXymdhkJ5eQ2DL/eUenQ+IfdpQha8IzqxDKKSSRF06fzqfUGf1PT8f7qa3NR14LiqHEw0RQGMyf+tLijx3P/2W4UQhVrmhUYZ0DPLfwyYxkrj2eX+rNj0FbQoBtAz2634hyRKEYPN2+A5Xz9HIaVCa9LdwAeU8=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5de75f8c8a46090ecc4992df]]_Thu,-27-Apr-2023-09-32-25-GMT.pdf

**Hash (SHA256)**

ddd3d8750c7ca47c5d364098ac562c8ae82003d6d4744eb1ef612d9f69b7b29c

**Signature (PKCS#1v1.5)**

DHbK/ibIy+JUarfM+ICywC97JD9g1GPdMqjsm/KwdKCNqPMRymMPgEhneqN0ZhILk81MSHNWT7hBEe7rCZ+z6So6Uhi4/KzOx29vCt9rT5pvB5tkfXCZg/jdyMS6Gw/VvitanafJ9Bk0tkVdb8XJxLjE1Aq0zvYDzreOZGJTkFc=



DOE: 282

Seller Name: zhangguotao14776

Product URL: https://www.wish.com/c/61a1d99fe9759d000581cd53

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61a1d99fe9759d000581cd53

**Collection Date**

Thu, 27 Apr 2023 07:02:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sIoPb489IdyDeIufU8ASkeJVYkEt6KdlwN9O0D7qwg22YKdU+zTGgeDTy0wKktvYsXzybpdfmbHM4q4NSBV8vZjaSyUoUzj5YBH5Gl8vX1//SEwNkk3Htukt5uSnotvT5R3qSlUFHKou8y7eYTat4sd/PqTmm7d1bj80rj08v1c=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61a1d99fe9759d000581cd53]]_Thu,-27-Apr-2023-07-02-04-GMT.pdf

**Hash (SHA256)**

0a448ccb56cf46fdb665b25244fdcd2b3eec9c55d704a331d2ab7fa1c0ed4e06

**Signature (PKCS#1v1.5)**

a6f897apDkQ3sFwAJhGiy4brb+fME2TRjdN0uCAIVjwialygkT+JK6LEAeROw+Pv5JKZDhLTGhMvrZnvcU6/r2qvQcAP7kAM7/kma6swPMEEp9efYJqK+A+/MiFbK6cZBmIdyqK3YNvYIawoMBAABS3C17wfxWpjRbAMW6r8N88=



DOE: 283

Seller Name: chenjian6987

Product URL: https://www.wish.com/c/634ff8e8c007c9a0234eba75

Platform: Wish



# Evidence Collection Report

Page Title
SMILEY | Wish

URL
https://www.wish.com/search/SMILEY/product/634ff8e8c007c9a0234eba75

Collection Date
Mon, 03 Apr 2023 10:48:01 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5600:6:79:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
F0oFq5N767uHzGQyzmuhIvGpVG5JNxeaXel9aQRZV5DTFY4HOhZbTLW3fqhOsR7QYXgl0uAuMU=Qi.Jhm1.Nmfg9IG467KKY5CM7N0WAjTl6H0HH7ci34l3si0rCH01FXrgG,zUV11Y3E1hj7bSQbbxtJPWhVGtMJhS0ixkcc=

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[[https]]s[[h]]s[www.wish.com[h]search[h]s[SMILEY[h]s]product[h]s634ff8e8c007c9a0234eba75]_Mon_03-Apr-2023-10-48-01-GMT.pdf
Hash (SHA256)
65c43325741e92274c29bff8b90219472f39714753aebc330c7fa7e793bc67

Signature (PKCS#1v1.5)
QeriHj6=vWAPdHPCCeT.Z4Rlo6+H3X8YXNLKAwXYsQ1=KmQAU8GWyw/rPR5TWtCy855JL=p9M4oqOedwpMEs=ssILZUgZxgP67dJD=e/90cTWje80UaYfB5901V4=RwMuuvw9p01hcsyhJ=hMtFK23X+kDgR10diig=ZIqDCNeQQ=



wish

DOE: 284

Seller Name: MaGuanQi

Product URL: https://www.wish.com/c/6287c08b3f63c864c2f831f0

Platform: Wish



# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/62lE1c08b3f63c864c2f831f0

**Collection Date**
Mon, 03 Apr 2023 11:06:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
da6lpN1WCGUetIC/rW7arqKsVJi5bUmg6nUc/AiHS18+qZS9fybQ8ctcAruE37QYaVYAfGCgsUGLr23q5jDi5aDowN2YGxhmu/CrWZskxHNdrV.o8nK0G6ImHDgrG3S2mKyaoMfM5trdhoPMSCCb5LiDm3cJFWAXVwCJMvwhMzik7w4+

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[https[d]h[s]www.wish.com[h]search[h]SMILEY[h]product[s]b2lE1c08b3f63c864c2f831f0]_Mon,03-Apr-2023 11-06-14-GMT.pdf

**Hash (SHA256)**
4455931c783ce106b46c4043205e9822115b3cdb95610aa9716c4683ebcdf64c4

**Signature (PKCS#1v1.5)**
n+tiZ4WTjU07f8rVgq8hfy0HKHd0+JnoFkkMgUJw2KADzLVCOv5Ir5g0q0mmN9Y4N0JnOwQhtjnsuKbVamf4ZLlAWDE6+HZsMNDXEQLptLXwKGOLvp7ty+nUGsCMEkNevdpKa1uNpOF2D+2QecXBSisUAOC39D+rkN2vk+



DOE: 285

Seller Name: renchaoL

Product URL: https://www.wish.com/c/5c17631eca9fde230582a00b

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/5c17631eca9fde230582a00b

**Collection Date**
Mon, 03 Apr 2023 11:35:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0, Win64, x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
VKjVWaTeyJWCsd5YujO5K6g5qkGJkcovn0x5+ARRcLbMrQnhHr0tnOFzoYyfr8ch5pJPxcG5Kr7p63f5VG9JH2FC8J8/NicSFH2itlthvK20iqYAhTVhRJaP5Cpmwg507K8pcH5Fh7H8XmYVKEIDHOpRKn0ySUddeSJYCEPgU=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]]?s][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5c17631eca9fde230582a00b]]_Mon,-03-Apr-2023-11-35-07-GMT.pdf

**Hash (SHA256)**
95eb0ec161c2b51c5a2420cc51865ef02ab14870t6145d81f8f28e93aa8d4e8eb

**Signature (PKCS#1v1.5)**
pZ2zxfR2itnAw3yZANnmZcqZVQ77diyYLb+UEbNbr+/H0VX95TG9AJwoAAtwxFDN0y7B9PUdBcqasEptsCTR9z/9EXHzZb4+HeEbhhlyKOfeHZ0sLTA/TUy1IUDM+YTGaGsvyk+BP7+z8U+o9ops+eCQeXgFCA2SMCUcHGiqKg+



DOE: 286

Seller Name: Window of the love

Product URL: https://www.wish.com/c/603e52a20f54481fc2e56dbe

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/603e52a20f54481fc2e56dbe

**Collection Date**

Mon, 03 Apr 2023 12:44:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ctrGv/YHVQiEkFLmkZRyBFJopdpEZB6NlGmFsQsqqOlXeXyg3WR0Q61GQKWzkPGyCYxZikA7HaX3OODTXGy+SeFLDqU8gu/kAFLt1qyXjjo8GA1Wtaa6QMWSNgykmPMn6XNInXUHjkhkKBLhkVOMMrK6EKBDn9LcQZLqBXRiYpc=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]603e52a20f54481fc2e56dbe]]_Mon,-03-Apr-2023-12-44-48-GMT.pdf

**Hash (SHA256)**

5c72652592fded512fec7edd0e4ac4fcd9863c1a053b1b02cad0e50ee8a9409e

**Signature (PKCS#1v1.5)**

Sidu89V81HrSBmU5BSESQkWNQ5LP2v93SA5Ek9sYjezic133HP5zUxwdHwS1GyNRrQoS+uox9XeImD33yY8S3Ek4knjpyVt2OCRZXbXU6Fe/9gt3z94h08Zf7Dnm1OGsKDunhdbFYSH4dWKgeAUj5xRcpVQVVUxukFOhGGadPg=



DOE: 287

Seller Name: WanShunLiu

Product URL: https://www.wish.com/c/6287c1f5ed721926aa237bf1

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6287c1f5ed721926aa237bf1

**Collection Date**

Tue, 04 Apr 2023 06:33:54 UTC [US Department of Commerce / NIST authenticated timestamp]

**Collected by**

Sarah Christodoulou

**IP Address**

2a04:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FFmAZYmHIaqkYfr1qs7sHHvsSu0Z9qriyZbZp9S5N7eHsHCXL3p/NCf29VDJ98EF273fGr96zH8JyJ5pcQ1ZuUrw9UhJJKcfZYFX+7xGmeBjE55uV6UNfN46fX9RQFEvx9RFAR5bS5dX5mrcKrvE2PKZTWmoFNddFW/DYL85BU1s+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https]/[h][h]www.wish.com/[h]search/[h][SMILEY]/[h]product/[h]6287c1f5ed721926aa237bf1]_Tue,-04-Apr-2023-06-33-54-GMT.pdf

**Hash (SHA256)**

bd9e6414407500767b7bee3007eeac6660b2bcf75db418f52ec5e6b3737dab7549

**Signature (PKCS#1v1.5)**

ahwqIw6/tQVG4+R6PGZz8YuYL2s2VCzUTcax0FAfEcHC84QpBLe9yVkjYkvrS6DNis1DbtBz1M8UIczzd00GNTesU54HCsrrYZc3qlK5Kpzivp1pumRF9Yohz/Ymq8vstTLJfnfW6SJNX3bcrWNCKiSSq9wY0hfNKSmfS53Jg=



DOE: 288

Seller Name: renyufei1234

Product URL: https://www.wish.com/c/614c2b45425e771115b78c9e

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley Hat | Wish

**URL**
https://www.wish.com/search/smiley%20hat/product/614c2b45425e771115b78c9e

**Collection Date**
Tue, 04 Apr 2023 07:41:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/S37.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/S37.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
ia8M9uT7cazBDagZO3GDzPvpFsik43Fp/UnbkoplqSQogBtiMMICg33v+7jJxuGpg5ob93gyo0Tbciyvaaj PNmwKuxR8Y9Dt5UwfwPMIKLCspAZ4JGGZIMdm9P30UepzyUqbl+NQgxzdve+PMEUBs084UyDWWIMYSr9bermm7w=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]614c2b45425e771115b78c9e]]_Tue,-04-Apr-2023-07-41-16-GMT.pdf

**Hash (SHA256)**
e3c3d2be995683c9010e411a7fae1621679867820c1d7d6a8a3c0f00c24dd301

**Signature (PKCS#1v1.5)**
pVz4WiGU0u6OONaN8MSEUjH4JM7HFg3Shp/3eVOihEDeczBi9Vlgkk4FEDkL8Ynjqy3HfKNoaVNWgk7Xb0EHbO7fFV30vCJwRHz3jdH4PlNkAeGx94GH+QPwHVheOlYZ9qQVVkQ01bBLqWmN2bUWDx/7vy10ANkBazFXYFGIvWfs=



DOE: 289

Seller Name: vivatee

Product URL: https://www.wish.com/c/60bb3a3709b09848f19f8154

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Rave | Wish

**URL**

https://www.wish.com/search/smiley%20rave/product/60bb3a3709b09848f19f8154

**Collection Date**

Tue, 04 Apr 2023 09:52:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

193.37.253.52

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jqIPO4ymsFI7zMQR7W8SL0vXTJrYcMcoBwKQ6HlOyMnUxgV7VWs6zf2+Iud9Sqj53jLbpVx5bmVqSwf81HOCAFWW9ZZI7LD0h3MF3gZFGIHdKh8+5/pPUN7606FnQvII+x55ryUxq25l8JdbnmZyikuZh81IWoywoaRdewcDadk=

# File Signatures

SCREEN CAPTURE

**PDF**

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20rave[fs]product[fs]60bb3a3709b09848f19f8154]]_Tue,-04-Apr-2023-09-52-51-GMT.pdf

**Hash (SHA256)**

44bbeacc2503d8e08cdcde5d0ac6e71e0196998b2288258b143f49ca805c86f0

**Signature (PKCS#1v1.5)**

8w3ku/nomjgSastUx2l5voM6TmEIanr3ZeDa4+ffEcNWvwI5Ye7d+4X3xHPOet9AmLH3/aarH+4jTDocxL/7VDQnWF3IuiE1Xi1MaIxrFRk8rLSdsrY/6pt2XTms1dAMx6unMpw8WUic5taTb3WuEAvcI3MVNvpYvLgJvipscNk=



DOE: 290

Seller Name: Xu Xiaoyu graffiti stickers

Product URL: https://www.wish.com/c/6323dfd6e3cb51ceccc3dd8e

Platform: Wish


AXENCIS
Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**
1/2Pcs Rainbow Smiley Rings For Women Design Niche Silver-plated Rings Personality Index Finger Ring Female Ins Tide Jewelry For Women | Wish

**URL**
https://www.wish.com/c/6323dfd6e3cb51cecc3dd8e

**Collection Date**
Sun, 21 May 2023 20:02:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
2a0d:5600:3:15:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
PVUmijB0fYcuN4Nyvdy7ok96tha+vX96IrGAJS0zH0F9pTv6J62CT251EujwwaKf7bQjsZFQNaZC1U0ULGsuOZ290AALiJ29bO/dMFf/EKgMWzVc1RGX4eI3jSbNsotkQW1B2NquzNa8ba2f1R3vJukVAeFrQHVsh908WQD/IHlqfT/H4tbGdWznNCHOK9cqesNWkkZ4axArQYCn3ZxQE5L+NrKh8Z2OVst9Hy50L3egs+ZzQ5ZHHJ1pcuN10eptopctWSyO2SMPyomN7/wH15ZNf74dwL0e9LqTUwz2nHiRvwhtsAqj2dNRXTVPnnza5LJnsLEmpVneb5G0QwwB65j6FwFv1A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[httpsj[s][h]://www.wish.com[h]c[h]6323dfd6e3cb51cecc3dd8e][_Sun,21-May-2023-20-02-06-GMT.mhtml

**Hash (SHA256)**
1aa0e7191f11327b51c429d07578884fdbf9050db905b39a6d9a9402559668c

**Signature (PKCS#1v1.5)**
YX/ILhsDtkMM/nDX+iYtgvWujzMfO29uxOO5430wL8HwGE2IMetl+psIdt0NYAo+Tu9f6+LNxug99kUIY+dnwaYrR7xaeBebxxSbbIrKV3sSawGoZH51TtZsMhpPTiLj/8bkj7F
+VVayxaad8Vl'9i7mEpzgHGStnGoknkKzRZyjyFAIKEGJleOxqv6izaEG39fqj9chqWtEC4c9WFPLkVLtIFU92212bjFu7LxefTzlEvmnVI8PZYP460gAASKLxVrqnVAxwFI95I4Z1xk6gYXKQA5TYxWPE9ExDjy2Kz9/XLoY6prLQu9XS5E/Vtqb5WWYFPd9Rdq59HHx/kANYHhg==





DOE: 291

Seller Name: Vigidis Electronics Home Decor Mall

Product URL: https://www.wish.com/c/62737a9a02686cc0ea491c30

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/62737a9a02686cc0ea491c30

**Collection Date**

Wed, 26 Apr 2023 10:50:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I2f914Il1QJjD0+y/HJBgsNvN49niWq4uxJEqto1Hvg6YCndt7f0vtwxx5sV7ToJbiy0G7KXJWfCumX7fMvptAGwsN5f18t+AWRJXK+2Vnqv83b2lZjUsbPagZqsYK9emsKixz/ZeiOVJrCUGgWEb57ZZB0bc9Jcobc+DI8QLkk=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]62737a9a02686cc0ea491c30]]_Wed,-26-Apr-2023-10-50-50-GMT.pdf

**Hash (SHA256)**

e23fd458deba1ccffa3b4b75c86c13e154b76c03ea6297c220d5eab3bc8d5c64

**Signature (PKCS#1v1.5)**

qsrnMPVQK(YpNmIG8Yz£17M22m2RZZchX56qzPQwpxGbsmPICWh8c+3tID8RshekOow55LFsgZVNMi8AIXVodIb9WL69UQP9Sfho1z/pScb/BUyHllGCe6OzFkwe2PfdKcMQIDyG1ZXzap0TQMjJpnnAHGGQkdtHnLutYNReUqTw=



DOE: 292

Seller Name: MyOfficeInnovations/HiTouch

Product URL: https://www.wish.com/c/6435d1f386e804caf25491ee

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/6435d1f386e804caf25491ee

**Collection Date**

Thu, 27 Apr 2023 05:16:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iVpkBBegK4HWPKt8CMAlQkhNf530ZYdX+ylQ3mnnJuUKe0pQ6KYJxDXpnx6qsjJ0STCKPMuV4wble2OLkSTZ1R4qnBrayn9X1GHit6we1S4u7dA2/UMSlzWzH+lmEVhwK8HPL0gGSWNcKtEksrzyX7itVB1jfUZsNAZ7ZLOlHo=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]6435d1f386e804caf25491ee]]_Thu,-27-Apr-2023-05-16-32-GMT.pdf

**Hash (SHA256)**

640c5f7812196217024805296043d3f04f0efb611780c3df7705c9bac25035a4

**Signature (PKCS#1v1.5)**

Fj2QrXCLltwo2sIQS1InDwGYioK7fP0k/ARnXQPcqoa9nLDrzc2MRhmpJJGyb2uXDM7NxxKr4QRzXN10vPyPODGWEpbbj1WR5J1WDTqfDX6baUAjbLUhzP2GpMsF0cIfHL2JdfbdbQSna/9oNcDt4Z+PxwB8jewEb1GJ2PPvZsV8=



DOE: 293

Seller Name: keertao55213

Product URL: https://www.wish.com/c/61484f130fad52b7f55ac7ee

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/61484f130fad52b7f55ac7ee

**Collection Date**

Thu, 27 Apr 2023 06:46:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vqqbx551cb2WHbjz3MnLcmMclsiU/bcrzfNNS1MrA/6m8OSsX3pb27NUPX2tCSDVx8MXEOTyp3rzdoDryqNMtk7ZMCapaJvrgUj+qlkZl70w8SW0/RKRNXCEGM5lPwQXFXtgWr9/bvaGAj/CGs0t+hMzipkGlVgawO7nhHszic8+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_{[https[s][f]s][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61484f130fad52b7f55ac7ee]]_Thu,-27-Apr-2023-06-46-07-GMT.pdf

**Hash (SHA256)**

091db345e53c67ef34cb5e2636e38f96e3baa5e12b33ec1652ac4915d15e7189

**Signature (PKCS#1v1.5)**

p6MIXIlYdmVeQyGldopWENDX9iy2ztsQr0zTRwbvdJ6ZDJxGfF20FQ5euNN54lVdirapDDGl3nAvY4MO1MAJECwiPDAbxifMuDpgfS7g7a2ykR6cG4hG3C9lFCs8PFm6MPHMVloEgDDhrnhGtRpeKehqejZ1UHja4bAEi6HvRY1c>



DOE: 294

Seller Name: pengyunjiawo

Product URL: https://www.wish.com/c/60ed0ac1e14a003e7aed5c4e

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/60ed0ac1e14a003e7aed5c4e

**Collection Date**
Thu, 27 Apr 2023 07:59:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
YLQe5rytdPoKjpaL0GWynyvsY/U+8qwPxcau0+jNJL8RvFhTOScloVhlS4aTuJ/exQojzmqoEZY2wpyFlkvlGLzTu94ckgkOlDdkfSd8Tl2N3nWx8hc0LplISeUA7TEG1VDAGzp1+9Pdk213KyclZjQ5oQyfDl0t/MF47yha1bM=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]][fs]][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60ed0ac1e14a003e7aed5c4e]]_Thu,-27-Apr-2023-07-59-16-GMT.pdf

**Hash (SHA256)**
3d8955ab98a8a6c0f1ca8fba2f0ac32533ba5f4fdd98257b94dc9776334fcdf8

**Signature (PKCS#1v1.5)**
c/zKszmvyNdcZOEzg9Nat6zWQGZHaFTRaUPPRpQc2WTFIYbhDMaJH4wt8fHp4QloINr82xhxQF/AcuvsA+S3LYPnm2Bx/rNA1VzVi9HYCDTpEmMiKeHdn/thMn2xgpbu+lZeqe3fCY6F2wbZWjTRYS7iQzKJPoz24RIVjdT5Y8+



DOE: 295

Seller Name: zzxmqxj@163.com

Product URL: https://www.wish.com/c/614ffcb334f1fc2ad7942eb2

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/614ffcb334f1fc2ad7942eb2

**Collection Date**
Thu, 27 Apr 2023 09:45:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
g4e/QJLDk5yQA9KPTK+gkH8fmNjWl7CCZdTPGfrSCs3AkaC+0Vzo5EaQRgnZcmUkeVPXjgQS7eEF1cyVsxX8xb3mHF3Hvya7XnYoEeSatynxndHawPzNwgomix8MnhQt7Kktxv/Llxc5mQrsQQ0kJc7n289wEqMnxKYezpIM+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]]fs][s]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]614ffcb334f1fc2ad7942eb2]]_Thu,-27-Apr-2023-09-45-22-GMT.pdf

**Hash (SHA256)**
284446c15847f1cce8b706144d9925ff56e8460b8a3cbc760465ef119dda582b59

**Signature (PKCS#1v1.5)**
VIwIY7NlUoGQGIDtVNd54kxlYt4/2TCz015qJY84WGiWIV8ubxtS/N9Y7xvTQwPpLEkKSoNWubiKqetDM0sCnzq3unpJzx/FaAefzR63O4nPDdyw5tjXayte1Y/7Uy82qdbYer+eL/wEi5SJuRoSaYeRmjPzhhqUg/SFMEpo8Fck+



DOE: 296

Seller Name: zhanQfengQQ

Product URL: https://www.wish.com/c/60645d24f6bae05cdc847689

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60645d24f6bae05cdc847689

**Collection Date**

Thu, 27 Apr 2023 10:24:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q3kfYF8CzRbKhmeFnGNQ20mYsIUL0m8asW0HZF256Aq/vXvqBJA6qX3sHthUHFTNTTI5GVhajjlOHl2EcnvkLRpu8LEqWmy6dX702SHyJmmAwABLclTf0e1POml+WDbRJy1Q6noB7hVtaEH+83Cqd+tEls56xwNhutzDUGqpKA=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60645d24f6bae05cdc847689]]_Thu,-27-Apr-2023-10-24-16-GMT.pdf

**Hash (SHA256)**

31a0ff48d3ac0524dde4496619263a6688a652487b150ca337abe867315c0ed8b

**Signature (PKCS#1v1.5)**

cTd9ZXwlv41cjb8LekVsBkAObx96u9Pcws+9ngwz5A962FI7JAwN088HtJksd0p0WJfbjKbf6E6GkOn8GHgHNRETufAKDtx70z8Qh57o6M+UgQ56WI0DVzcOl8z49hUCfUbAWxtlnYPMwmq/gvjWFUprq4+QQ4/hKL0lLzwV88+



DOE: 297

Seller Name: Karlakai

Product URL: https://www.wish.com/c/61c9dd6599185d2d850d69df

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/61c9dd6599185d2d850d69df

**Collection Date**

Tue, 02 May 2023 11:59:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VRG0HuSlhz/8KSSx7ucoq1zfXEa3IcX+9npP61oXWZNPtPm+3FunNrxX52MEhJeqHuGpMAmHj6UdUZqNr2SSd8VfJrnhySoaBek/YV3TIGimh0SA/KGz4+U+74Nt5JyQZxjOu64K/7OysYPwBL3TVOCB+A4yrhMHgcs3voyN1a/0=

# File Signatures

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]61c9dd6599185d2d850d69df]]_Tue,-02-May-2023-11-59-04-GMT.pdf

**Hash (SHA256)**

c767ce7faa86f60a4ff852a74e9b549d1118faacb8a69fd6b50a4fe09815c470

**Signature (PKCS#1v1.5)**

P7msSYTkE5e/mebUc+u0D6FNxCUTSJSM442tqiSZl9yWNfRiuST9X17KfSuQFytEKVPVaCdSRy+7tG2xDOdhZVsd+xr0lNzEL8h+zfqM3sFRFvt1zL/4YEPMsHBPtH2VYfoaDG8UyW8eVIGOKlWIaMJivHz+qAMnm1yjgSE9A=



DOE: 298

Seller Name: Friend-Jewelry

Product URL: https://www.wish.com/c/5edb5875d42ac806b66e45d1

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5edb5875d42ac806b66e45d1

**Collection Date**

Mon, 03 Apr 2023 12:39:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iQSZ0JLqREAhFAwL76LxmRL5kd719tV+l1zQrj1VMICctxxbE0puz90phaCLZeezUpZs0TnYuyqva0MHVUKy7c0pCWApKmwCbRIZmBJ5oMpbQyQ3fkYIf/y1HPZ5wiz5dOxSwjGPo/60HpQQt+WnQkR0CiO1bdgqupJZyknGI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s]|fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5edb5875d42ac806b66e45d1]]_Mon,-03-Apr-2023-12-39-31-GMT.pdf

**Hash (SHA256)**

d86346b19f8af214008d5f2c37d021e6224d1fc2b61864c25e62806332a4c7d1

**Signature (PKCS#1v1.5)**

jVThiW6nyU1bTtHcghNi1zNJZwgkoAzTcSM7vSeaCsKYR2V760LSb2AVb+mEmrK2SSXS89sbl/pOZzg68qwejrEBC6gWhMuoet8zcF7tTgzkqztWVgIt50aDKqg4GbdIM7A9T2DX+Qgf Xe40XHdoIw8k448FDgIrA6ppHyam120=



DOE: 299

Seller Name: LillianSanchez

Product URL: https://www.wish.com/c/63735f258b7becd3372c377f

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/63735f258b7becd3372c377f

**Collection Date**

Thu, 27 Apr 2023 06:33:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gv0cp/wg0/ySXNbNDGsuLMUxkwciRO2S9PBwQfwIcxrwsg3OOM8IBhOF0bIH0PICaYKY+NeTY8TRDdvZLwHis60HFujp3KtHeeWsoPsXmT6z8bgtVR7ynVFuhOOJ9ffgTxWtpf2xmOPjsrNVHvrTU2E6fmO34fzmR3xU/KsfBy8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]63735f258b7becd3372c377f]]_Thu,-27-Apr-2023-06-33-33-GMT.pdf

**Hash (SHA256)**

1715f3a9fab6553f5a1c248e2cc40ea52f7839c941edc3ab58fad5c7dc487e09

**Signature (PKCS#1v1.5)**

CfjinUqRxmux3zlx5tB1fLBnd7tjssocUJK1i0YfSGiR4CdUtaUmLlHQIuhNQBSUugVIz+Nr7FntOfaNOkaqiFXbeYe3kL18f6pyd/ukYKK8jt8W80m31LK9tFIeajW+OxJRndcABiEWnPaOcittrRWwM53jkfRvBjs6z9ZMK9w+



DOE: 300

Seller Name: S&S House

Product URL: https://www.wish.com/c/59396b1dfc876f725604db09

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**
Smiley Black Coffee Mug Novelty Joke Hippy Old Skool Funny Birthday Gift | Wish

**URL**
https://www.wish.com/c/59396b1dfc876f725604db09

**Collection Date**
Thu, 18 May 2023 09:15:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
2a0d:5600:3:15::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
HssEjzgW78qKt5fQLhfWGUbZcf+JodQeAimq5sAymCTKbG4AK2k/dKPkVGt2aYe5DaWlQGYeE+rc9sf1P1EWamEAMh6840p1uw6wQgdOmKLWxZ68NDMEp9d605hwaDNLwb0Uv2VfH9waGtgmDpqn8rtRlFyshsPAH/48754q2wpryNMk5j/EqsEltMfyFnqRC0IA1IQUKAdzcHTDwnnLwTycUDFi89l8X7Lo+22VoGDtvnwx/oau757K+5AYrNicewvCnvd+WXFcbhjL9TCgm8byT5oeObPjOkIEFsP2NmwjoVxYSN0RjmSdUnHD1HDewBxr9WIulb6lKLampjtw==

# File Signatures

**MHTML**

**File Name**
screencap_[https[s][fs][fs]www.wish.com[fs]c[fs]59396b1dfc876f725604db09]]_Thu,-18-May-2023-09-15-06-GMT.mhtml

**Hash (SHA256)**
ca0d46f93ea5516282a26e8ca11627ff8b6375eea5c19fe0de3f4562280fa1f67

**Signature (PKCS#1v1.5)**
kjtTor3dX0XG+nQAfZ2fkmVSf9Boo11AJ8LthLXQQvY8l/aaqAJLQWC6tsAB9hvWGjOyLW86vCN8XnD/du7/CfYyyj48ZlLQ6Gq9Pyp08XiOMLliDVAH9zdp1OR0oeFoIFl823T9nxOcMq7/K5ClCf3831Za3EtTELk6nLrYmYsbzUjFr8JToSI/iKYQtBwVZfD32PtCcAZA8cW2QJa7Scs9Y7F3dKMV03I3RnDdjqF9numBCp1461IMTRMfDnKz7sZXfXQ/3Flzu2vdONYxViY9sBU22yC1jE22GMCdCZT2AvpRiovJOPLQunpkaeXGPo7B5Hzxy9w3acgITqvBA==



DOE: 301

Seller Name: Brian Davino

Product URL: https://www.wish.com/c/5efd9f1f15dfd0988570ac53

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5efd9f1f15dfd0988570ac53

**Collection Date**

Thu, 27 Apr 2023 06:48:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D3NvkRbunGJY6+F+Fv9QZEFg8r6JbcvR5KwpQhUb8SQmR99agJna+ZmKvPTl1a8CzqKGyt13uH43+P8EGG0vpd9pfPnXOsuvoMJHsFuEl3tIqwPVfiYfsgfYya7Y0p44IVYcQ3wOti/h61aEe/9M5x2r6cma6KjuT39eMFtdnWU+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5efd9f1f15dfd0988570ac53]]_Thu,-27-Apr-2023-06-48-39-GMT.pdf

**Hash (SHA256)**

190c952ff363b5545fc65b814cd70479db8fbb6145385ad00e777ce18cda0c17

**Signature (PKCS#1v1.5)**

QFSU7i67b1y7U+rl8NV237lTiKie/2w9qIsedV7q/J4qafp+nFKpTy9LUXxTFLTAApzqy1FBNp8hz+CaetT5gLUdpKmzQrO9eedVisxLdz2/Gw6f63hr0q4bWwM1qrKc0cEGxtI1WnIMNJnKNlheaT79J54MdGqvYr+4FK3eiRg+



DOE: 302

Seller Name: Moontees

Product URL: https://www.wish.com/c/619dee608001bb24416480b5

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/619dee608001bb24416480b5

**Collection Date**
Thu, 27 Apr 2023 07:06:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
S6n6p8saisRx/LSlajkawuuN3p6PUhpfG2JVvwEUy7Gdb3OkC/AWrfasYP2uoshjRTIlFYJmbZp1LJgJ0ixhytX7JGkpLtSXNXOKSZzwVd53HiPSodGi7Ukp6/Z+jmUwQGGK1V8SrjrEpHD4+p7w8OROoB/q3S77E3Rc2Z3N04+

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]619dee608001bb24416480b5]]_Thu,-27-Apr-2023-07-06-28-GMT.pdf

**Hash (SHA256)**
f95d61d4b263b6f8bc1845408764f0d66596d8b81d617d2ef230585f9d07821574

**Signature (PKCS#1v1.5)**
ebtQlx8OXwzcppZmgw57SvYwxAmTERafFLdxH1z/Vkh1UDci21X7mT5GEs889rGAFHhDPZG2fc7goVtMcPuhHRrjE5XFeIPjiSuTQsJAT10zacRf1QBcBL/nzdTfWaAK31VP1uv6CN5RZbY0/PAGBzcxUsydziL65GCiTMi3hiE+



DOE: 303

Seller Name: Smart wardrobe

Product URL: https://www.wish.com/c/5a1d3bab976e944de8673c22

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5a1d3bab976e944de8673c22

**Collection Date**

Thu, 27 Apr 2023 10:16:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rXxJzQZ6FaCSy6H+N8ecJ5sitc9VW8xlQMUhQUHUdJE6ABtkmi3y8r0b7xAmz8RN88gqTTLcDiTHzco8qpQXPZ3AxB3cALIn4HOUL8wnPjnXN9zUqE9r9YfCcb3jbYQ+uBmxQKmKKVXKMA9yqxfDguvw9/58ozTryhH6PEeSDA=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5a1d3bab976e944de8673c22]]_Thu,-27-Apr-2023-10-16-33-GMT.pdf

**Hash (SHA256)**

9a8c8c7810a5bc6e68363e64b8a42c3268ad459f15cadbe562369082befb4631

**Signature (PKCS#1v1.5)**

m6UhndH96HbYR+yfymWU3NbQEQL65y5rRhUfJwN7WjHnuw4IkWmfeXa41cLiJAVWStNQEqoI7GltXMpa+iqce4gG2ycbz/UvKGaaHBaifQVF3J8A96N/o5UfkA4aWKA1MKzWUzAZ1T9SGxjqtpaDeKfLJGK/n9GZY5VtJ6mcaPA=



DOE: 304

Seller Name: dengmengwei45203

Product URL: https://www.wish.com/c/60d44902b21e161733ea18c9

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Rave | Wish

**URL**

https://www.wish.com/search/smiley%20rave/product/60d44902b21e161733ea18c9

**Collection Date**

Tue, 04 Apr 2023 09:23:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

193.37.253.52

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nv/clg9KviJun0jim27+epShH9mc02TqcER0RqmTDjYuCHU7JNmUxuQePIsIZ6dY/KGmzEb8GfwrLThdFXcdBhuy4jIdkL98GD23gvdUKpPnAR8bOUAY9gMjpP/GIAsmV2/72JGZC30bhqR2DMLER/Vvpnn6RQPPFteOqHqp+SY+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_@https[s]fs][fs]www.wish.com[fs]search[fs]smiley%20rave[fs]product[fs]60d44902b21e161733ea18c9]]_Tue,-04-Apr-2023-09-23-31-GMT.pdf

**Hash (SHA256)**

8f9abba85a4e7179650c106bb4103e5aab65bb55ac01e7db2f3d7dd13bcdf7dd

**Signature (PKCS#1v1.5)**

B+S5sLtY7iNUts0bAeeoQPOYohNoAH1mtikXKr6aXe7s6fTckrxpA4RKWzq1/gOZbPdtE5cc3MLEaAN7hS4GB7c8w1c/nAfqP72/iqFN/W7DXBCrYrZAvs0/PkcMf9YsNTS7H4nSfpxt0TxNtYHpV5U6cn1MMrt66GU/JWMs+8EI+

DOE: 305

Seller Name: Pursuit of Happyness International

Product URL: https://www.wish.com/c/61b05640a01bb55bfbb65a3a

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/61b05640a01bb55bfbb65a3a

**Collection Date**

Wed, 26 Apr 2023 10:42:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DnskypRGZwvolSQjgHt2f0JTRirx0hB6O5CoSrSWrIbidah9kIPmGcLXCIefrDyMZ0/Ng1R3Mh6KlRUq3vT67BtnO/OEtR0Ok+mZia8TY4irHucx0mSJTGAcasRyYoL7PEdhF9YYE5U1MEiaAlZTDzqf7IpKInN85xSrtJVm98+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]61b05640a01bb55bfbb65a3a]]_Wed,-26-Apr-2023-10-42-59-GMT.pdf

**Hash (SHA256)**

aa9373b2dad6cb80536ba6af958e5295520422cd9d07ff33b90af5eb4ef59b19

**Signature (PKCS#1v1.5)**

kaFK8z/rOsdp9G0p+ms2zlq/mnUn04zr33IrPrY1Qiio4PRHPKDCXev0gG19TqrVffFzFekCgVBAcvIGxMB1KqKTyxfuzb2XrBdxR21D4/ckAJMFB76dQjCfO6jUbZsAJpA8i4L4ZHcuHSwg1nfcZxdJW/CFTQuvN/7mpjyd7g=



DOE: 306

Seller Name: meilijiazhuan

Product URL: https://www.wish.com/c/5e8429f2fb94fe3eb38934ef

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/5e8429f2fb94fe3eb38934ef

**Collection Date**
Thu, 27 Apr 2023 07:56:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
GZfXppqdmYS+KsqQRUjIky4ryzQmEfeb7+4++kaTGGxmyfKuSo6A6zUMqS9ybq/rUavjvEFFzj1DG680RAJWolr6a8cMCTEiXLmrCrf4xCUZQs2/dX6ubfd9vYTdt0Guy+PORAHA2Zafn8Io+9mq5vU1R/vRR0/dQnvXLwVrH0+

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5e8429f2fb94fe3eb38934ef]]_Thu,-27-Apr-2023-07-56-00-GMT.pdf

**Hash (SHA256)**
8f3565922ad6449eb39b4b5652f2eee43b2689ece228181a719344fd278fcc2b7

**Signature (PKCS#1v1.5)**
TwwGuOCqbLLKyPbmACKJsAM/2pma0c96fw0RFHYSFARbxHNIzGjbWSV18W5h1irJAuu41+E7E001fTGKa5ZCFUpwdpqEDPHWUw5bn9AEerIrpQIBgjS3ESKAmIBQ88if6ovsYZRMStbUvsfvVBVGcgelxVawRu4Bu2aDHdJsTQ+



DOE: 307

Seller Name: Embird

Product URL: https://www.wish.com/c/5a260f1fa2ef55390f014cf0

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5a260f1fa2ef55390f014cf0

**Collection Date**

Mon, 03 Apr 2023 11:57:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LNumUAD8oMFzge3/qc2Qnj+VmP+EiVLx38ctojOCZvZdW8wxpCvwc4CIkaykMYE+OGy/lzmae5idbwwpiyrrS6V3if0hXFIFMz2gPnNojETJqGolGFm1d+QhEZiGW1w9LfbMFte5BtPyDQQk+pTSi/VRkaHVdZP5FJYTb4Ir+I=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5a260f1fa2ef55390f014cf0]]_Mon,-03-Apr-2023-11-57-43-GMT.pdf

**Hash (SHA256)**

d6611c08105f02ee9e4fcb4bbdfa195065e67688dd8c1bdd9d957dbbaeb5c2c8

**Signature (PKCS#1v1.5)**

oPiXpCSC7IFlTd0dDosJzxmcySyU1Njj9pQC14x9Sm5b2gr9hpnHn09h74wmOdazLi8xgwoghMTY4zinp16dD4WoAAJMNTHuirTGRZ5rkY1HX7AMmHFVX558Xf/kEQa+2SoYA/ptmJElcRF71vi0q40BPpngncMT6B1/Wkf7oH4+

DOE: 308

Seller Name: JABG

Product URL: https://www.wish.com/c/59607dc3be61ac7a45935d30

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/59607dc3be61ac7a45935d30

**Collection Date**

Thu, 27 Apr 2023 10:22:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BSET+wuc0pVqwAx8bHLB6NrVrt0ou6QreEJlE4Y/oq7iguqG232PJrgSNBbSSxbSpsSksk8z55Q74kycz0QRuChIJ6eME+6YYgveY3u72bOmv8NpXRJfzs0gtYD1Q7udw3QAjztKPlPfx3vwbsuQoinynxLVL77mUVKyRH9VA=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]]fs]]fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]59607dc3be61ac7a45935d30]]_Thu,-27-Apr-2023-10-22-40-GMT.pdf

**Hash (SHA256)**

e89b6f94c977e5f8f75de0c5bf592405269b52a1daffd44e6edbf8455bdd2e47

**Signature (PKCS#1v1.5)**

Tjl6QFXqbulKjL3Qt8LaKsPCS/X+jprtXc6HCoSCDabtTX7BuLTEqE/d8MPgEOZ1vaPpS4WLsLvvuLfGLhCVDfr08bb8m9WLyHVZoa1cYJYtrZqIw195KvV4iI1C6i3Mo5KHIiVfMPYFNm8aYHaH49WCQRkoEvovtRmZsJb9wbVc=



DOE: 309

Seller Name: Lovely Decor

Product URL: https://www.wish.com/c/631ed6deb87f9f37a8e6e538

Platform: Wish


AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/631ed6deb87f9f37a8e6e538

**Collection Date**
Mon, 03 Apr 2023 11:44:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Q4nO+F/w4fKXNjHtm+KSUyMBQNn4lAbPoVBoHpsG2lapk78PyNb4U65ZCrOxg/41pygmayOPiZbBNEwyiyGRgeXnfFNhLjLZ50EIrXbhhS95BkdMLnqgYoDSlgt9HQOmAQOunjdcpKDptG7KYPBwEAVRlXk+LyNHtAUu3GJHc=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[https[s]fs]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]631ed6deb87f9f37a8e6e538]]_Mon,-03-Apr-2023-11-44-43-GMT.pdf

**Hash (SHA256)**
a4c469a087814647 4c49d0db000c11b86293f61da862c909c95de670a355882c

**Signature (PKCS#1v1.5)**
IKKCHj/2XrMSQ3nP8u+uA8osodp8pr58Pl2CfJ5Tlg9XLbwfL55f9a89BXZBxBzwSb8pVOhfnkyJAN+T+gxTRfT1kSEioSM19GQjhNrN7nKddZiAdP6zmExEaOsHN6iLD1sG/u1deKAmadLA4WBfRk/qrKirmaLPvCzyZvNKqqI=



DOE: 310

Seller Name: qixianyun37104

Product URL: https://www.wish.com/c/633fe69b3b9f42b330127b69

Platform: Wish



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/633fe69b3b9f42b330127b69

**Collection Date**

Mon, 03 Apr 2023 10:50:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Nhpos7AdZsw/xG68reI0xW6FZtfrhTpOeRfS+aaF8SCxpgXMdfxQwT+IS5jCeGZu8oto+zGoIHz2cF0L+OoyB3LU3T5xXyNnO1BuUbSpvVWmEBN7X+r8E4Xo4HNttT/MFMORr2ndkUZjrDmGGN6cX1st7jj4d4T5aJ1du+UrAMI=

# File Signatures

PDF

**File Name**

screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]633fe69b3b9f42b330127b69]]_Mon,-03-Apr-2023-10-50-32-GMT.pdf

**Hash (SHA256)**

955299446bae6e69f9621890a69e660c291d3fe5f523103a171c03c963ffc46984

**Signature (PKCS#1v1.5)**

iLJM40KZRaLFV+Fwt2Q4XO4YDpuyltjEN3BV3LTiA4XvVWjyaL4Vt9ZOZT3+VbimCXqBqYFPRn9krO9MRLJ1Z1mj8yKD9va6twoxZuz+TENIDuggy+fvlBNChtrF3zXca9SWObWtHdjuBPg699LWqvEDvRy03hFxNC8Jx18+4=



DOE: 311

Seller Name: XLIU

Product URL: https://www.wish.com/c/60ffc030445851b2cb7a9dc7

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60ffc030445851b2cb7a9dc7

**Collection Date**

Mon, 03 Apr 2023 11:07:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WRnbLTXT8kq6zFERMfj13iFC53nvGrzfd2FU36kT2s995vm7HaqebkzA7oo5cYC2uiqWDUb4MOM4PP5vQA/aqLwioFhe4v7x+tvYy9XZxWi8S6e1+dRU8Jqbp5BjwS3NqjH6P1zsXgqAdq+NZbVSUqtO9PKKpeyY3NNcTg5Ks=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]]fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60ffc030445851b2cb7a9dc7]]_Mon,-03-Apr-2023-11-07-14-GMT.pdf

**Hash (SHA256)**

605dc27bce74c11a2b440cc9a68d44392f7c4848304b9c6a94cec2e92e50f1b6f3

**Signature (PKCS#1v1.5)**

oaheF4lc4Cvp67m/q27hGFF1u21UGiDARHqf1mthPeK55m+nw2jx9x98Q+GlcvEM9S+CgLvkk5nNWZi5/BhN0AtWi/x2gcmL8txOmP1EwgHYnvgFoTa0tI3ZDvyQkcoS0bOkgXHHbkwK4QYX6XqkkW2omfej/ve0v+v/4np0cw0=



DOE: 312

Seller Name: TUMENG99

Product URL: https://www.wish.com/c/63db5da80aa4084e77e7824b

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63db5da80aa4084e77e7824b

**Collection Date**

Mon, 03 Apr 2023 11:35:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

acWqq0Ug1wMzC/a3vFNQbwblouREsHiEUBI6InQkwMOzi3ACLuaFbjpDw35+O4gEkI/AU6zncZly65XnJ6Q1UDBQ5e838KpkiZcn3ywtb3HfUEE+hMkMXO/Ny5n8VvmeWDVR+207/rEKD0YgSzDDK7/EQd5EyrTeMlH7T40HoA+

# File Signatures

SCREEN CAPTURE

**File Name**

PDF

**File Name**

screencap_[[https[/[s]/n]s]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]63db5da80aa4084e77e7824b]]_Mon,-03-Apr-2023-11-35-42-GMT.pdf

**Hash (SHA256)**

1d005432550 3d949e41c8945b1a9e1c878c471b7f61963485827ef6065db372f

**Signature (PKCS#1v1.5)**

TelGAtJIvssIL+i8WouFvS8BqDDAavVRmbmlkRwAE5t0LVtRXc4g9jsh2C2YlRqZ/6i4iU1C1cN9bZSH7W/vWOIPbCcRL3OdMKPcAXhVdJVUXoR5Iof0BrBwth8nVopEibZObHMOBDAF0KSFNj40YSqkNCmSsJuSxVOO/p0Vc=



DOE: 313

Seller Name: xukai8524

Product URL: https://www.wish.com/c/604649b310086d3379062ddc

Platform: Wish



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

European and American men's and women's hoodies Justin Bieber tide brand Drew House smiley face sweater | Wish

**URL**

https://www.wish.com/c/604649b310086d3379062ddc

**Collection Date**

Tue, 18 Apr 2023 09:43:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Du6740GYPSOmTGCBRkymtamy9dFbKQ8EJJyURzu8T90lO5piGsup+pqaF2pq721EGbgt21zNHasRKTvg6g0UEDgCWO7sL0B9kAXJAGD5b4nc2lZsaLA0cMYO+f3fsDthnolNU6D8sWJhQwCa6wrh3JweGAm4hgTPigms8bYE+p+OXX4nEjbz7jj1nl+S8ku71iXBmUnmXEkqPvMtzKJspSUF+2Zldb6FFxnfUNr9KKBQea6iLtA9PDS7En+m4GLwgvS/AfIwidiCyOlF+ddK/En2mU8f/ekxY/0BfquS5f7nDIsFDSuPouz4Lvat4qS83mOiXVS/Jy9BoKgvA4uw6Hw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]c[fs]604649b310086d3379062ddc][_Tue,-18-Apr-2023-09-43-33-GMT.mhtml

**Hash (SHA256)**

216c9dd63d866962274ebeea908a03d1c255d13763e744d149ba17d65b7bd73

**Signature (PKCS#1v1.5)**

JctEUi91GlabJmGyS/ahJ5zuMMf6L6hvXOW/PlsBWLNyckSsrSCftcwGtJKpJCZcfRCmuGTP7ST0we2ILc7QPMe7Pc43DNDHsBDfEtt27ljQ72taqGItQYaL3ompNg8lBQSx71w0CgNhya1wCKYCbTSV6mLqk0kea9Zopgqy88RAFCzmFahJ7WrBUrpY3COy5m9AxP9g34TnwfJZjNneQasbcYuXt1d4tf7xJrTJ5+4j8GGPgkA8g/F+MttHqcR7FzpftpXxnggfHhQSV6wAWdAfaqk7GoNsX4MfYnNKUGKZSlpC5Cx4Pzhhbq25w7HvnaJYgscM9iFnBYfh+tghi6xh5A==

---



DOE: 314

Seller Name: LHmart

Product URL: https://www.wish.com/c/63dd3aeb636d9520f65d2ceb

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63dd3aeb636d9520f65d2ceb

**Collection Date**

Tue, 04 Apr 2023 06:35:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80:5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A9LMKI6QAF2ZtzXEBhjv/gUwoZNFaP1Hb/vo5Ju8Sr0EK/5MdPIwNf5gkfAWa1ARNImuG8p/k2bTjKQc/1EtTK3yHFnHed7ommF/8mfnOCtcDMGJANm5oiaCm12ilJrdJTyh4VBIQwCjPf1Bw00pwyunPvpiX2Jh0qtysa/025v50=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_@https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]63dd3aeb636d9520f65d2ceb]_Tue,-04-Apr-2023-06-35-36-GMT.pdf

**Hash (SHA256)**

72ed32b873e56ed942c6383b2fd42db755cf482293a9f37f42b9766335380d80e3

**Signature (PKCS#1v1.5)**

Ip8I5sKMVH/MrS0Yax9Y9VAMilwzoiZpOcojWbuRKE8gNyC4YJduD3aEjuXrILGrbV0PTXhWSzYJNg+UTaPQP5ghKUsd7KXWCnhNqYkaLl2MKXf6Cylo29bMsbnglqYOZs4wjlfLnfGNwCfCzOpmmaV+nJjZ5Z2ih4DKOfXM+



DOE: 315

Seller Name: qinpeng1234

Product URL: https://www.wish.com/c/614c2b44b808820c876cf0d8

Platform: Wish



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Hat | Wish

**URL**
https://www.wish.com/search/smiley%20hat/product/614c2b44b808820c876cf0d8

**Collection Date**
Tue, 04 Apr 2023 07:41:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/S37.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/S37.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
g8/5P2QZ+yP8R6Nnb5lRN//qvmUPO188nCl3hs9SFwduyOrnKZ12McaEDhzmESfVnFm/r8rsUIGxBbtzTOR+Wyg4CyYUzHawDsSnDbo4P1NxiUxpXU6jUsObkPUYqizA4R1PFOON5gwYo/Q8KSh69Tk/zwA3RB889bpUN7QADHs=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]614c2b44b808820c876cf0d8]]_Tue,-04-Apr-2023-07-41-33-GMT.pdf

**Hash (SHA256)**
84ff29e3e9db10a8fe2f18df7b79f81df14a219c05065c7037c0029909bec0e2

**Signature (PKCS#1v1.5)**
VYlpF/b80zQ8TPhW+gkrG0ihOVDtSTyRlGfv952SD5KN6/ad/+95xlGryDklkcWSTNBgXPOt7pQTAKd6MHDa/2eg12vbVke5cQ0Qkzt3PTExffHeCXcu1iLC+EQWTHShK5wWthGywjCqJCPcoLK7CANuxkADRHdY4J9avh4YSl=



DOE: 316

Seller Name: liutao24129

Product URL: https://www.wish.com/c/6172e672bc071979273a92e9

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Face | Wish

**URL**
https://www.wish.com/search/smiley%20face/product/6172e672bc071979273a92e9

**Collection Date**
Tue, 04 Apr 2023 09:56:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
193.37.253.52

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
DqSZs/L2JqeS5PNMjqoZimoFrIcN84fBtuQonjUt4xTKq4+4b5rCLExxO9h2HP50bX/aDGCSKPPOjPa2CNdBB7rLIc4C3B5R47QFIPVhbQ3LdJAxrerpzmVDYyKEPWScX5CuYfkHVToVJMP/sdsD4LhP3Vkt9Kybzn/40vx7u4=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]fs][fs]www.wish.com[fs]search[fs]smiley%20face[fs]product[fs]6172e672bc071979273a92e9]]_Tue,-04-Apr-2023-09-56-34-GMT.pdf

**Hash (SHA256)**
9da2f3250252bf819ed4e7e4e7d36d38f0ab0d4c2658123a63c4f5670e1f62f4

**Signature (PKCS#1v1.5)**
SFNO2XVAQBE6bZPoNWp0hNTJ0tWPMOXr7VBqgiAtvOpFfnfmdbpqg7fchl3gU8ej0cR4scr0hClsiSn7tpWjOvmoWh4K/cszfC0YJe13DO9ZJgnaGe4Pdi34okC4YJUKy2nD87cJyEzMdLbz8p+ebZ0eRnil1o157JY+ZG0pFCQ=



DOE: 317

Seller Name: Joyous goods

Product URL: https://www.wish.com/c/61446877126b144c3f2e0513

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/61446877126b144c3f2e0513

**Collection Date**
Wed, 26 Apr 2023 10:38:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
GpRyfFQORGEOzw+qUob9+AnxFg9pzv6u5DYHHoVrs60VZ7lyQWYRTe6Ul37nHU+KCQ3VgjA8XJNzf5KzeAhz1WkQ3DXpYXuLfvpmOUqNxQ2iln1bGSHVoiAKl3xyofp6BCV4+xlcYz+6dTouzm4nhCgoCnJ9ztN72UeiNU/G1EA+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[[https[s]]fs]]fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]61446877126b144c3f2e0513]]_Wed,-26-Apr-2023-10-38-25-GMT.pdf

**Hash (SHA256)**
c530edac5776839a612e61472408db3baa5b17bf2ce9ca2acefcc39a0ec5574

**Signature (PKCS#1v1.5)**
MWwt3yOEEFKVZbzY17rahwndxQ7jF1w58fqEtln0AFbQclW20+nKMS+tnQHXVbSxGJU98VU+/TTWdrzf2DKSf6S0OJ0eog+MiJdkG3Lt1UrDQsrTUlLUJay/PAH6OUS/U7UvLl8e/5d1x/Dhhnsa8baWasMmzbiLR2VXVeWE+



wish

Popular    Express    ...    Home and Garden    More

View Cart

2020 New 9925 ...

## Overview    Related                                                              ✕

Vintage Happy Smiley Face Ring For
Women Men Adjustable Open Finger
Rings Fashion Simple Jewelry
Accessories Gifts Creative

★★★★★  (1 review)

**$1.66**

4 interest-free payments of $0.41 with Klarna.
Learn More

**Color:**
Silver

01:52   Instant offer: Add to cart right
         now to unlock a lower price!

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Spend $5.09 more to qualify
Ship all eligible items for **$2.99**
Estimated delivery: May 6–18

**Standard shipping**  $2.99
**Flat rate eligible**
May 6–18

**Ship to Store**  $1.29
May 7–19

Items are sold and shipped by Joyous goods

### Customer Reviews                        Show More

Peggy  🇺🇸  Joined 2020 · 1400 reviews · 3 uploads   ★★★★★
The Smiley Face ring is so cool thank you so much Wish 💖
about 4 months ago

### Description                             Show Less

Metals Type: Zinc Alloy
Origin: CN(Origin)
Style: TRENDY
Fine or Fashion: Fashion
Shape\pattern: Geometric
Material: Metal
Gender: Women
Quantity：1pcs

### Reference Price by Seller              Show More

### Sold By                                View store

Joyous goods
4.7 ★★★★★ (48)

### 30 Day Return & Refund

Shop with Confidence!                      Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

### Report this listing for inaccurate information    ⚑ Report

Up to 15% off to plan your happily ever after
**Shop now**
Discounts may vary by country.

Search    🔔    🛒    ♡

View Cart

2020 New 9925 ...

View Cart

View Cart

Contact, Policies & More ∨

DOE: 318

Seller Name: zemingshop

Product URL: https://www.wish.com/c/60f0154f4be2305485a5dacc

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/60f0154f4be2305485a5dacc

**Collection Date**

Wed, 26 Apr 2023 10:51:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

p330ta0xw8nZBReHmdNg0JTxCj2PYtkQno/y+a6T8Vji/U3iW3m+SJxpzXBCOS5jJn3KRcPAKCAC14qD0gjwgtxdUZDNXHt1gEgXJbVkjd9KId8ca7JfSNChWMYRZUZ9qcEtJLLUIK/UvscK6nUbh0csIy0ZbPeGSWwVxDpA+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][https[s]]][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]60f0154f4be2305485a5dacc]]_Wed,-26-Apr-2023-10-51-16-GMT.pdf

**Hash (SHA256)**

f706898b4e7baac705224d6c41f444f194efb5f2a90b320df7ea088571888de1

**Signature (PKCS#1v1.5)**

qtcoYkvWFStuwu4Eojsb2CRLxriM6Y8bFgAocuinwDmBCLZwNdAibLlh1zFRUvvBdaikWSRhOyy5gnP2omnTWfvwAzmikaW/JApD9cyvM3R1A+yC8ZG7D5a5mHBvysqEOMfwNI5zZQ8UQXMtcx+q+t0ICCGCXUz+oHHwz9uX5o=



DOE: 319

Seller Name: C&B Jewelry

Product URL: https://www.wish.com/c/6051a02e199c29decc2b59b6

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/6051a02e199c29decc2b59b6

**Collection Date**

Thu, 27 Apr 2023 05:21:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cRweEQ4j2Hpn5sl+qLwiHitzgqwt3epaxVc974cYNc84WXEAQbbJ3eOZrPnyl5U5pvzncDaqQt9gCo3gv0y4F3G3QGVMo705cLan4G557ohq+Y8MFqXHKzLruafa3QL0rZy+8VEPD8OxvatGzS9Q5aUyR469YO2JjeosTYyPo=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]6051a02e199c29decc2b59b6]]_Thu,-27-Apr-2023-05-21-10-GMT.pdf

**Hash (SHA256)**

decbeb65d986ad06a1af6003d507fc1d6b8ecdb205521a3287173297453a4628

**Signature (PKCS#1v1.5)**

CWk9ynZGxq1cqZeTtXf4r9VsHt/rVRyxHAx3EB1W2EaRgfaW81cYvOIKr9vo5Ck+JekgYGY/6cyuiRnuTOuw4ttlXDQu1FhE6FIM6PeYQr6eqIIAAEChM9IqWyrqTZQFzVEEKsrx4fAdwi7LgOnFuRDi/WX9KdgpljKsN/yfNw=



DOE: 320

Seller Name: April Lacey

Product URL: https://www.wish.com/c/5fa1bbc5d7fe259c1babfb7d

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/5fa1bbc5d7fe259c1babfb7d

**Collection Date**
Thu, 27 Apr 2023 06:47:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2001:ac8:9a:1e::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
hPHKfKfR0s20Vi+9QZmFoXPfWfrEcNJ+sYsFWWa7+w5UW018F32i6o8K5SPAQ3j6ABvHBqpHOnY60E1FhXtIwBlpHR9phdsOuXKGOTpJGxcex03rkcQlz1VTWGiiOPoy4nqlyrUgodBMB3ydPyQQP3c4R3pFMqB8YQL9drTRJ9A=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5fa1bbc5d7fe259c1babfb7d]]_Thu,27-Apr-2023-06-47-38-GMT.pdf

**Hash (SHA256)**
959e1e64ffa358b2cffe3664cbc3395ece7e6faaf4672eb73cd612ed84311688

**Signature (PKCS#1v1.5)**
KMaNxnl2JdqwAZ9cGjrQgvZ4qYakDvA+tLpcDS15lyjos7wnC+6N2gxNONhRWF/VYCaZ0YZTZKRuRU7GRVZXzX8A8WI576q7A/I59XCeU4mTvjkQLKEjP6ZQSSmH4HOqRAtY/iWGRGWfztdzQFkLNpWes+sjFj7REICMqIBwA=



DOE: 321

Seller Name: Jummioni

Product URL: https://www.wish.com/c/61718364331a8adb25e56b27

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/617183643311a8adb25e56b27

**Collection Date**

Thu, 27 Apr 2023 08:05:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KS/Tk2soutT38TAe9ZJh9kyvgJN1dkejWZT4A37WljCDl366mdLekbwZYvV/xKvXr8zkPdvngBiFxuEFgoD1slhcgR6cOecRDhYFullcClTB8kUwET4pnRK6OdQlop9BGCpZnCNLdyQFrcbbmlWSHFMJM6Gz8vyy0NT6oIWmdTE=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]/fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]617183643311a8adb25e56b27]]_Thu-27-Apr-2023-08-05-36-GMT.pdf

**Hash (SHA256)**

fb1d887b920220dcc71c24ff1d7d552a655faeb5d48b577fa6425ebd2eaeeb611

**Signature (PKCS#1v1.5)**

OcP5mTW8ZQjFpKgBVPopYyc1rfh5n5gFgHJqvl53q/nwNewOARuBUqHZWXhlFj0t/GiZyOf5i37ytbEJj5/2fhBsjbz/hbhnmSQCTjrQY7ENs/d87iZQaW3iYh2eUuFBrwowmo+/aobBs3OInwC5P0Y6+yTcAVq5U90ua3rpjo=



DOE: 322

Seller Name: Leo&Hui

Product URL: https://www.wish.com/c/58a5002db7088d53408c305a

Platform: Wish



**Investigator Name: Chris Stavrou**

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/58a5002db7088d53408c305a

**Collection Date**

Thu, 27 Apr 2023 09:47:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

k/WdU96D1b3VW8XU5DE6ESQxWtoTWIEJ59oT+SwAIghCKBgBhpOdsiF0WaGsgNXPBwcSkHXv7iQ/zr8Q31du2+sZ/oPGEzCJnguY1r5qLrBAFIVNsSE0XdNO9ph+E2yRmpNIC2VktJb4IAIQTYGe9ExNM86XIqM0UsitTcKJRo=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]fs]fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]58a5002db7088d53408c305a]_Thu,-27-Apr-2023-09-47-07-GMT.pdf

**Hash (SHA256)**

0974cd105122b22eb206f0f47bf15397faec46124ba0ade652c3f345403f5d1fb

**Signature (PKCS#1v1.5)**

ghkSsCauceGG+zNMSUfAOoS3ROdpB3fivLvQrbVzUVtvsmSb3/n8l2LHbrFL76DmuJD4D3ZSLGd/rLwFMtjeuHDY+ufj7xbhezY2lSCn8BRl7FJdZmXOxlsUcvvXxJ5cRRqDDrE/2peKj/tpOlZF8Xy/JtTnn8/jfxbLi8D4b4=



DOE: 323

Seller Name: denise bollenbacher34

Product URL: https://www.wish.com/c/60508976b8ef0321e84c2401

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/6050897b6b8ef0321e84c2401

**Collection Date**

Thu, 27 Apr 2023 10:43:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ctFUgCIG3RcIqPwoNb0ZBszR0bxOrcwZJGQ2qTc4U4VdvmtDFz7iraZoX/UTCwLeQ9NvG4eFo7cysMpl+2zzJgGKhDhnvk56aymPNxpPVfa67yELnmEPAqDnBB9FT8BW+wwAVbszvuq8tohk1iqRVzjovaeLc+tIVtUmOSyP7AY+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]/[fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]product[fs]6050897b6b8ef0321e84c2401]]_Thu,-27-Apr-2023-10-43-39-GMT.pdf

**Hash (SHA256)**

9bc0f021512fc03eb75779126a761efb7fdc9f477c701097c44929f96e037cc6

**Signature (PKCS#1v1.5)**

WprKADumt1P/EcbrincDbr0/I5zBWobbUUrv9yYkp4Gdssq9Pur7ro0XRh5cX0/zfqO6Tl/Pg4jiQME6AduUAm9I3XC2SgSkL16/NzIFioNpeF1Y3XH+eIO3zJWvKvfCPqWQOQMEUDqo5Zz566ik707Vz3r9/nA3Q3IBTAQ7spg=



DOE: 324

Seller Name: WeiJingFu

Product URL: https://www.wish.com/c/62bb56a4deba1d1cab3940dc

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

Page Title

Smiley | Wish

URL

https://www.wish.com/search/smiley/product/62bb56a4deba1d1cab3940dc

Collection Date

Thu, 04 May 2023 09:21:28 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Chris Stavrou

IP Address

2a0e:1dc0:5:3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

sJsj363KVVWVO85f8BMkBQRC7Jx21OCPmq4DLgIv2dW34Dd4A8f3SWYJkf9ymsMsPS3hlyj8V8JHFjv0i0dtUCM6625894nWwvi0ALSpQQpN33NkP+oJCD9vOzWhViovyYHUB7jDyOw6keHhaZ8x1ReZI+CMwhUnQ0dRloJEjc/9>

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[httpsJs][hJ]h[www.wish.com][sJsearch][sJsmiley][sJproduct[h][62bb56a4deba1d1cab3940dc]]_Thu,-04-May-2023-09:21:28-GMT.pdf

Hash (SHA256)

7d43723add4af028957124 1a3b49ea0eac93e0934 1e0e9c40a44bf96d980318

Signature (PKCS#1v1.5)

cyoXiJMj1ROCkAX9rruuBa4n6mpBasnxOxnW3FQLGetr85b7pKiaAzJuGLDOy2PBfwRzh8qeQ2XAAsPeiSezmQEvj0AWUtYXCSMG59h4FqAT1TnlbonaLz2DcdfgHXWG3wAFHD040UOEKr4Jwb3D+H8a111go+W35d10+YuLSs8=



DOE: 325

Seller Name: LEONON

Product URL: https://www.wish.com/c/5dbcd7b53cebd403ddfe3e79

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

13*13cm Car Accessories Evil Smiley Happy Face Printed 3D Decal Car Truck Laptop Motorcycle Locker Car Sticker | Wish

**URL**

https://www.wish.com/c/5dbcd7b53cebd403ddfe3e79

**Collection Date**

Thu, 13 Apr 2023 09:33:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J/vqLixwd48a1UlhQY0//AOTNeV/DmsKiGOZuV4/7jJiya1BLwE2i8J2ZIwi4acJcnvGBTu3iyPEL+V4qx9jDMY
+Q7punYsANX8Eeofrp4rlva9GGretXHh9bACqgGPPzUQuYDdMe7YKpIU1RykoWiV4z6fRBn5ksg6FMsUZ2JqFqLWLmRmnr8CADvHuvodoOT6jgYJyjHpAjmAr4rExdu1tw7lcFa7jQ0uNxLJ+VM0U8xDOeCCOhyBNFiZUvUs0L/SZW5bm6xC8MHYGiC22dxlQ7PYXJf4jNhW2SRQZ/cHP4/
ma0IxlfbjG00Q0h4SRfE0zyfvlTKs+hNuuAwv8fQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs[r]fs[s]fsbcd7b53cebd403ddfe3e79][_Thu,-13-Apr-2023-09-33-26-GMT.mhtml

**Hash (SHA256)**

61f800a92066109a9b072226431a599c5c939e32c92a085f1615469cc95a3180

**Signature (PKCS#1v1.5)**

VUlsMXdLwCaxnRn3xXYczOwP8vV7jCnBJEmW1TmJoZDng9Ri8pZyX7oQy3l4nBfnc9hVunRyWRpC+zi0HwaWlejodd+x+MujIXc3bnGyL4wwxUGq70+rvxt9R6EDZ+iG/0HbAlQXuy6AD4qDZiLc2QKClFvo21kVkPgrUWrfcsXM/nkHKuthra+TgRf8/
UDUZjCFK2lJmg8wscyh8jDj2b8lv8d1yeYU18Sd/0nMzw064PSeThXesTYEFSa8lFDmwvy9lcwkvvzEEd3DYwI8uhfXa2YSlqFL+0HTigSKquwzEi0P0sIpNBoIEbpGU27bY08/7vvxRALZsSyMm+5ypJ5Q0==



DOE: 326

Seller Name: 11dian

Product URL: https://www.wish.com/c/5e098b75a047564dd5b62f6e

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Original | Wish

**URL**

https://www.wish.com/search/smiley%20original/product/5e098b75a047564dd5b62f6e

**Collection Date**

Wed, 05 Apr 2023 05:08:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0d:5600:2:13::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JdSWY061Y7jc19VqJ2Sao4m9YNTLLYrdtcYHDoNcYtpmfHdHIjhBSFvQ0Ki7Aic2xaWUiOwsic2//l21PiHsbcufm3KhEDrkIuZRv8v4b9Q2xtWqapNcZZJqWTW3e+pQFeZzjz/+s/balk6OVSyGiZg5+DrHmoiCfrs0mBraZF2g=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]/fs]fs]www.wish.com[fs]search[fs]smiley%20original[fs]product[fs]5e098b75a047564dd5b62f6e]]_Wed,-05-Apr-2023-05-08-53-GMT.pdf

**Hash (SHA256)**

70e79df76e74b2ad864862e944af9027856958cb89409afdec5af4f383b4832

**Signature (PKCS#1v1.5)**

Z3K4pe58rTzvFoKPjcFLEdQKc87i6G2i51B5mxtQoNuScqPYxdVM3ftWP9HjAN8hlrq5m0A0tgR6RRlxm+CaP4pa4x1xlyTH1b8BvsKpewCJy8WXL5hE+e8koT9xTzUsS6Gt0TVeqkcK000izalhZhfA8LfXjF8A/j3C3QDzwNQ=



DOE: 327

Seller Name: plants shop

Product URL: https://www.wish.com/c/61cbc3982ea0f981894e0e0c

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

925 Sterling Silver Grass & Smiley Multicolor Enamel Charm Fit Charm Bracelet DIY for Jewelry Making | Wish

**URL**

https://www.wish.com/c/61cbc3982ea0f981894e0e0c

**Collection Date**

Thu, 13 Apr 2023 11:05:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FlLBzI+y468ftsxTjXCWcTlCGJiFiWezrmSGN0bWmgJSElJrv3mz0RRJ+36pnCY8TwFe2qBlJcwsypdY2lk2QZwUj+tqgVArV9RYZzmZ7aw1scTRqoKVG4CPPfrdcnn3grA44SI1mSNXVkesQZW1HEUl7eMQK+tEclc9R54fzZ00nODyzfWg+bP0RTaml15MtequJ1a7NNZ0i2SgJVTWJJJJ1CyzFdVXzgWEl4HvbGHYQNktGkMqODpfff4eMdHooNlz/qnM61bORP7vBLpZoLxwQnHveMFTGZKcajtkfAzARCBlRUe4hUvAQgbU7FA+ZgyKA+em/BZyKdcS0ObA++

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]c[fs]61cbc3982ea0f981894e0e0c]]_Thu,-13-Apr-2023-11-05-44-GMT.mhtml

**Hash (SHA256)**

315de6ddb7d6199552e9e6eca299e85be54e281166337a76e7f9a0f127017bfb

**Signature (PKCS#1v1.5)**

O2fv/GfVFn5fQAxOrBvp53p00+C8gpE1eXWmUKK4WEMAaJh4nEvC1+vzO15t8loR9P+eY5Z/3hT24S41Cy9hXUgxO9J6XVbCgDT6dzlHAVrzyQHFEDtkQ1zd51Mc9KxcG1JXebCJQ5FUTk/cYfcd5n4XvVLxSal2nX71we2XyMdi09Yy9q89iJL54yZOO43hcQOOjd27g7cd360IiQz2PqQWQYIEgSlpLP1xkWGZUgm+XPDgHM+DgJxl2QKYqaDf1LdK4mgfoD+8V//w3RoFOFa/6fiG10Rw95csm+s2g4oIrQqVjWboMY7SSzrwU3daZng9WOGKro5LNxHIPA6mF6Il/eA++

---



DOE: 328

Seller Name: renguofei

Product URL: https://www.wish.com/c/5a5efc2ba0386f456738a52d

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5a5efc2ba0386f456738a52d

**Collection Date**

Tue, 04 Apr 2023 06:32:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

el4Xt5vfA4pxSMBCtBEHU7zhpUtkdY96QYNNlDtR+AGTEAGHwRA98eXPpRxFX0210+vSqPuur/Hhq+tmwlRYU0dA7mV8K+0aGiCMN36e56k4vV2vKq8SCD2uQTJY6YWdHlxy99RcYbM8GADNKAuPmVJJ32uXW6upVw/LWOaq0o=

## File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5a5efc2ba0386f456738a52d]]_Tue,-04-Apr-2023-06-32-19-GMT.pdf

**Hash (SHA256)**

6a5bcf614ac11b5c1310fa a6465be2f2c4b5b7bf1509d5666a0a61187b7b2f3

**Signature (PKCS#1v1.5)**

WtX6iOzA4mrdJskDxhZUaluPgMC72oBEDnuiahZTEiLLVrxlg7RimfbN+UUstrb5YsaWydIVnxHy3JsB3FFonA3/8/Oxm7i0SzdSGsnoyzjghrTiKa+Goe73kLeel+0SMTpkTLhE0zwgw8gaaNzWoXU5+NiA9xqqGpnRLCNvbvo=



DOE: 329

Seller Name: chenkai39715

Product URL: https://www.wish.com/c/61b471d00c26678193b84860

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Shirt | Wish

**URL**
https://www.wish.com/search/smiley%20shirt/product/61b471d00c26678193b84860

**Collection Date**
Tue, 04 Apr 2023 07:23:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Go7yw6Oof97urNjnmoY/6ZF40ht/c7WVA752ehMUR2axc6IAsxl8mnkwm25cnucgL8aB8ZW2KH5tk+gL/CYYgZlEWh6Ttg2wdxrSppcwtV4WrFGEfLtCTFd397m7Hn6eTn/EpYzuYpEDZnZ8Dy7ndvqFwZl6r604kta9ZzJvdpE=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]61b471d00c26678193b84860]]_Tue,-04-Apr-2023-07-23-23-GMT.pdf

**Hash (SHA256)**
0664678af6b95483e55c0c0203af2671cae96c5d875ec833beb405018041a80d

**Signature (PKCS#1v1.5)**
MsJgoXb2ljOp79x4NvvO8hJjfv9TXnAaCY2O4Lq09Y/R67w65nTRHg+FIHMYCjCM/4gEGxWFxBb7z3fGQgSlWwlYZNz1JzTFafp9hMyXxsaeFG0BrPq0004fkuWTES0twGDy85E7vDMQrOmgpAL5F2lBjKkkCv0eAFcIu1C3us+



DOE: 330

Seller Name: AIKEmeng335

Product URL: https://www.wish.com/c/60fe4ae03c438d1779205887

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60fe4ae03c438d1779205887

**Collection Date**

Mon, 03 Apr 2023 11:19:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hIpb3tlCJwZKFspdaR2dkbIt36e5VicsxhfmIAN4zVs0qD518I2CPsh9fzJfkyTcuTgEmP2x30Q6SrRL/pwx5tAGDxDbj2Mk9l0//23YJLFd1ahtry/W4cdFQaiFGXe+/4adQlxNbaJRs3v8RmdO8AC9GwSzGo+MzIjPgwMrxg=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60fe4ae03c438d1779205887]]_Mon,-03-Apr-2023-11-19-21-GMT.pdf

**Hash (SHA256)**

2c3b4e26cb8e45dc80428a29ec2d011d83f50f084daa41f0919e3a8f3aea92ee

**Signature (PKCS#1v1.5)**

G1Hg0sWILazSdrdYifDnCQ/3sAMJP/BHi0jFIREqOufVwEoUEeYTryGN8UIVzi9Oiwd2fhXRZ0cU1sSWIaTMCFrL2y3C92a/mNs48hu7ebfifTKMmoHf7gqk1Cdf9xL8y9Ct/OBMRF6YJw6reRxttpE2UIXQJFyS8HTta5ajj4s=



DOE: 331

Seller Name: Yiwu ingot Club Co.

Product URL: https://www.wish.com/c/60e0006460d57938d6ed78d7

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60e0006460d5793Bd6ed78d7

**Collection Date**

Mon, 03 Apr 2023 11:59:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h+EiVfJUPDqQrx7/8oAZ5PuA5tyeosy0jXnNm16mgIl2Qw1WMq2Oguglt KfFileusCusYHHCVHkqwO6TLkQYZQnChRQNTSq6E3amD6wYX0ZM79zPG2PVRc8OtZqQcCD77ZPMUEeiMq8cf4HDpAx4aXy8vOZyPuxjnFEBUmfWJ+BY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60e0006460d5793Bd6ed78d7]]_Mon,-03-Apr-2023-11-59-22-GMT.pdf

**Hash (SHA256)**

02ba4dfa7ed07c8d73a31b6d517421f39108fcded7f849fd99d9e1d65aad710e

**Signature (PKCS#1v1.5)**

IN5JRG8KqoZgHK+tqDzD2HsRnpZGESlL213bndHRmfsXxQKN5XJCc8ZFc3nZ7gMWVT+jImRVYNZhz8GitW4xe5LZEwx0p5HqdQEkfN3qh5IYcGqKYFf5A2tb8JR1amTv2XWxmlJk51G3OjCwFIejvOlLfiOI8aUWlGHjg9orY+



DOE: 332

Seller Name: lucklyjewelry

Product URL: https://www.wish.com/c/60af7640c0a3119eee45dd67

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60af7640c0a3119eee45dd67

**Collection Date**

Mon, 03 Apr 2023 10:57:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iQEZc/QBUNjG419ZvWggwIB8nVTvJ+WZIJCrvRBHjhGpAhxZ/Y9fogXWjCAj2GKleyzFQ2AIy+4/cgrZnY6pvNcBmZJScDAucnDufb9SzxRTgQreTdkeBis9Lh7b8RJKmLL0b1b+RRDtOJpPXXfP0/EOsqKHUKtN2Vrgyp/W0=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs]]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60af7640c0a3119eee45dd67]]_Mon,-03-Apr-2023-10-57-00-GMT.pdf

**Hash (SHA256)**

6ae0b8e2de0a1f22c97683b2a8031627747685e7ac7ddd336fde11d7fd03cf63

**Signature (PKCS#1v1.5)**

QrWoDPu4nSCVTjWrTuQ2JwfnOKRQ4BCqG5czg+Pq/yBGB32OonyxloU3foF+BNZTFU6z1HO03dmRTJA/QlupvduVnRctsWn6WoO7/i5Kd2xijwyklVXcw6ZI3BgLtYZ1ASqrpbI0Wz2h6L9CZ5WloS93rhWtKzDJOnfJree59Q=



DOE: 333

Seller Name: sunflower123

Product URL: https://www.wish.com/c/5b6ba6e5ce716b7d289241e3

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/5b6ba6e5ce716b7d289241e3

**Collection Date**
Thu, 27 Apr 2023 09:15:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:16c0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
UJ3aRJkU69dv+tBP32wpD8fThLr/R5YNIiUrClqYrKBuy2WJuJwJlu76YZVYNy2YEzPGkn1T0CHYxum7d8NiJnwBZvhoSnrCoSplyJoxYnIjqjjVQyuirVqB7ys2w7OYYPw5+TxvFJrjvSai/zu7GvsAIJYI1ZcGYc9aZCbcJEg=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5b6ba6e5ce716b7d289241e3]]_Thu,-27-Apr-2023-09-15-22-GMT.pdf

**Hash (SHA256)**
70f1ceba757c96143aefe7db76847a070869a8c48d43d2a9fd5fb02c9ebd9d1f

**Signature (PKCS#1v1.5)**
iBlq8bk88Vz1063uEQzCvZCoVJD7jEQe5kt3hWaHZayalrvG1U30150edRXwaYP6R5p1Tegb6DZHGHomJxmmQAZUvdp62SSjzKk/2Nlj0XO45RdffhrcptnXjrtbGj/9zGH6QAXApz7ZLVWAEPppcpPSrUbk5Rb69Z5Zdkw=



DOE: 334

Seller Name: JCYStore

Product URL: https://www.wish.com/c/5a17d5432053d066cbd241dc

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5a17d5432053d066cbd241dc

**Collection Date**

Tue, 04 Apr 2023 05:55:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NcclyKiYciXS3j9/+EVC2nHJn5KVCaU9WCVSHhy48slqA+v9UXCSEgDZ6D7pdAAqXZJIwOBfjJ4FEu2ZevjHLj7BZvxi3RtJnSnTBGr/liojZz8ouXHr6JGyM9U6G92paKsh1NgYFJLRTd+DZIyE8eOVJnLOIwN7QnRjJt+tRA8=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs]]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5a17d5432053d066cbd241dc]]_Tue,-04-Apr-2023-05-55-26-GMT.pdf

**Hash (SHA256)**

b8a49088492c84bb796c67d50d8dc6774f3eccc1dfba60c35ce880260b84413c

**Signature (PKCS#1v1.5)**

esU3s0IvDLKZEehEj49wnNVY75UFDI+UAgJhAya0yDxsx10yHFMI0GCHMG7Rt1VMALXY3JND/oZAA5KgAIKsKtq/k+q2PaZ9S+7ZHtISCJ4bSSSm7BO8ZADvqcU0Bhvrj YMSCI9RX1y JyPHv16oqyqqJY7/4dQjCBc5et7YzD0o=



DOE: 335

Seller Name: graphictopic

Product URL: https://www.wish.com/c/61dbd58aa4d1504832374586

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/61dbd58aa4d1504832374586

**Collection Date**

Mon, 03 Apr 2023 12:42:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

O3R96M8RWh8BejEFDVFh4rXjpoU0kC4IjG9GHlcB9FferRLDYIWx2U/0izinAv+/7gsIxVQw6SbuvQIZWdho23B0oGSl3t8PBQFP+PgZj603Epj7edAdxTrLNcQ22woPgFoPylbLcjfkbqrL81h7zNp09GqaWPzoHZFxoGeX8yk>

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]61dbd58aa4d1504832374586]]_Mon,-03-Apr-2023-12-42-03-GMT.pdf

**Hash (SHA256)**

31e7e53be22698329cd36675c8ebc31bf51 8f2994 96a747ea4b2da97 2d183f0b

**Signature (PKCS#1v1.5)**

csQUuhl+sx9o24yyiw6w8p1WReeFtVu7mc/CqpX/zGpNaXKl0s7GOVxQd+PGtkdnr+qyjSMVOSASv49rO1ykgfGwYudcN0aeZIP7On4QxApzs/VdrgL3G9p+momNIK4X90WamAon+NbH74w93KnWvW/0ABxoE1oq8YPcAyGXEeo=



DOE: 336

Seller Name: Ybety Accessories

Product URL: https://www.wish.com/c/6319a2565adfb2b0baee1d53

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

24 Styles Polymer Clay Beads Heart Spacer Smiley Beads for Jewelry Making DIY Handmade Bracelet Necklace Accessories 40/80/120Pcs | Wish

**URL**

https://www.wish.com/c/6319a2565adfb2b0baee1d53

**Collection Date**

Tue, 18 Apr 2023 06:41:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MiOwNc/hwbi8S7430IGDPoSbkoSA/FlhM7uI9OEKboy5wcfryrMS8ZOSI0uYaPwsUMQGaBJ6YYTDyzn4KaRXtR7S3BGOnEd2I/AnKgpFr0VERzSUzmFRGh4Mu5m9HTaLhJttItTMwFcJo24eULBNTgAVDN2PHig/95jtcX9on9v3bAq4fkrnfFNNrkautcrhaA7pnaIY4kzMJJYuy9kPmLjq+ytqAUiHvwKKcjoih+cs1pbiFq2QHkaykYZdtUrhx9GS9JJR6KDxA6OGhWVVLogFUWfrBt3ySQl9vqehP7kdyisK2dMF0c9CI+CKWOnN94+GnruhTX1zqdNj1Fxcbg+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[s][fs][fs]www.wish.com[fs]c[fs]6319a2565adfb2b0baee1d53]]_Tue,-18-Apr-2023-06-41-38-GMT.mhtml

**Hash (SHA256)**

0e079c84674cecc57a0ac220a62c4915634003f4ded7cf39444ed73e6833a48

**Signature (PKCS#1v1.5)**

d/+j5d3+/j8esHgF/RgE5k/v8EKgEQ4wm2BpC/kasQ6wr/0HqvfEQxgBb0LQg30IAKBnlIM69n1LHqW3itGjaBllOcHZ3FARxHWpMfHipmQ5v060VniHTBZoEpa0u10r1kk2FY7dTc0Im0+XmvOR3RcY9FUA4GXJZ6eDHUh5gkiMO06Xtpdi1b1AhA358+ja2vVBvB6wCVYxH9U+JA3T8Y0kiYEyeKE4dS/7ga3Woud9Y+62KVO0pt5O+tTjF5QVr8VrPX06j86+VrtN+6RmvWHnr4ZJViD88kJ8fA4+7bDNuTecni7DVdi0AT772Ve7BwALtCa/W6Jr9ugkp7i9Zw==



DOE: 337

Seller Name: ZhangHaYun

Product URL: https://www.wish.com/c/62eccf88f9681a0c021d7c14

Platform: Wish



# Evidence Collection Report

**Page Title**
SMILEY | Wish

**URL**
https://www.wish.com/search/SMILEY/product/62eccf88f968 1a0c021d7c14

**Collection Date**
Mon, 03 Apr 2023 10:51:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
WSZN8ERdmUrh3YICJEoDDJ5M6p1dMhMipqf+2tBa5/0Rvv9KZ6ieqXH1NNG/L8d2kBLeqAtdoklLehml4wEydG/Jr11eHpfcvvLhm3K0A4dE+H9CSXoehK0SphV48p+U62adPBsRlOa0URkb4iYbzhEK7c1t8N/y1+L/38+

## File Signatures

SCREEN CAPTURE

**PDF**

**File Name**
screencap_[https]//[n]/www.wish.com[h]search[h]SMILEY[h]product[h]62eccf88f9681a0c021d7c14[j]_Mon_03-Apr-2023-10-51-12-GMT.pdf

**Hash (SHA256)**
33d1c6d5b7be02c033d5b6f60a09b8d2f3055eac003b37458a723c4687b8869fea

**Signature (PKCS#1v1.5)**
KOctw/7bT7Z+JHeyQwmgrcdy37hCZddL7TX9BMKHa/7QyH8yN4txR827nEYta3v/KuMyG4OmMX1pRl1WAgT7MQLukd8IpRK/48SfeWHBBnoo5k+dd9FQ5JOX4fXO/hp1z7ySUKc1vRzHvA47MuDod0XU7J3aCDpGg94I<



DOE: 338

Seller Name: Rodney M Pospisil

Product URL: https://www.wish.com/c/62b722fa03fd4969480af5ff

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/62b722fa03fd4969480af5ff

**Collection Date**

Mon, 03 Apr 2023 11:07:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P0Uo/fHjsyTVKztmZ157W3tGq5e/gr7sunOSYfgdDqMl/HP4Elf/yHF3Yw+vV56Qw4BV6TBIflvt3QcNJbcnmsPuoQlqbeoVauGRczkC0kGG4a4ZRw6KxnlHBlSuXUY+lyT77swjw4Sptefyh3aQmp1hs7fm65oGlbuqzni/PHZE=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**

screencap_[[https[s]][s][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]62b722fa03fd4969480af5ff]]_Mon,-03-Apr-2023-11-07-40-GMT.pdf

**Hash (SHA256)**

1058f045659bbcf464aab690059b0b78e187200d10fc55793d65f4ff2b33212e

**Signature (PKCS#1v1.5)**

cFYRhxh0iL8Sd1DVJdocNz+Eulcu98udoKZqScTA+to904j9K87zqkx4D/mUxJGA6lKRWu+PdPgKBKrDO1Z+C31OSM2Kru2/dmpaoVIu7N3XZ382DRGIcYPkvj2JafdkSHtqyJ17AFmnWn+Jf/VpOFACupkhlFlYDFVvJmYuE=

DOE: 339

Seller Name: huxiulis

Product URL: https://www.wish.com/c/60f24c8bca3e264fe7eea5ef

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60f24c8bca3e264fe7eea5ef

**Collection Date**

Mon, 03 Apr 2023 11:38:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c09A8cwqzMbLltMOLSQsA/bhxnoQNszi+Ljodk/230rFXFlFZqdYBa4h7oIlwcuJJ1iy4Z0DWfAuk37wH+AK7Eq4AkO9iK7BurYj5yVqw783AvEXUUcqSHXXEwdibDLXzdyqYJtB8YIzWg0magZKm5mpvN3lRhYggBcUF/qmp9M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60f24c8bca3e264fe7eea5ef]]_Mon,-03-Apr-2023-11-38-09-GMT.pdf

**Hash (SHA256)**

a371acb61e6315a9bac1fc840ab1efa4345cfd14c5dc8d308daf6a87cc93e364

**Signature (PKCS#1v1.5)**

jMBkXnoAmEH9TRUkTSWPGWUxUpYCRkRKAJzbZg6kcfQChJ5TVTbnQGjZn06x//sAyxDRL/RDDr1BZ12Ym/hZLBHdgoa9rxnxasy+y7sJbVLhc3eOrFxvcK0/yLA+DbDaTXC0XAXJkNox9zGysZNAGy1IQxlfD81pw8e5l7cSM+



DOE: 340

Seller Name: Retro Styler

Product URL: https://www.wish.com/c/63f7adecbbd38eb478392c21

Platform: Wish


Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63f7adecbbd38eb478392c21

**Collection Date**

Tue, 04 Apr 2023 05:04:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mwmWU7ryx4PuZ5h8rPB8UR4W3aFPLk8GXVD82eQaqxKCVCqiRvr/S4xpa9tYwpeGIDxNy/em2ZVO51NwW0SzTYcoHAT5MgOfAQfWp9c2MAkI5W+ztlRZBAs/YJ13+ZImvW6MqWzJuT7ULX6AvyxKqCWhULo36a1OJaA2nhNPMQ=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]]fs]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]63f7adecbbd38eb478392c21]]_Tue,-04-Apr-2023-05-04-00-GMT.pdf

**Hash (SHA256)**

0a7b17706442cb4bb78dd3c01a044568d2ce8d9c95590bafb0cf1c190ed5f716a

**Signature (PKCS#1v1.5)**

SpaMLBCMgaGvATHaNcvevao5+g6PUR9tromfzDnETQeNh0I4vp5m1F6FhTJzg8XUQY5hOeO+1xeLPZfBc4jnrRHPKNbY/fuhHHAEuUrSwtHckrh7hw1tMafboj+z5i9QJJPlaSH2c+18vR1lh0l/8roGN9ufHJ0VOqkav7ylfE+



DOE: 341

Seller Name: liangminqing

Product URL: https://www.wish.com/c/60cb097bcc90d819e544d49f

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60cb097bcc90d819e544d49f

**Collection Date**

Tue, 04 Apr 2023 06:36:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

il68edc9VxoBtxC7lCfQj0mZMwncJnIaLR/WKOIa8Yzbsq7jSchP1VtecA783U9KBomrMJQbNrjf3Fj/uCH3eUUi+xd0Syh90NdxngI4n0CFM3AMqP2HMazYFV09/X/cgVqb79QSriIfLedR6DzFYo0j4JNFKImh/iAt9tjh7hk=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs]][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60cb097bcc90d819e544d49f]]_Tue,-04-Apr-2023-06-36-12-GMT.pdf

**Hash (SHA256)**

c9e54a33a5dcf5115eb875a7723c2c9d1f18ca0aa5547e5e4ea8ac0de4edc0fc

**Signature (PKCS#1v1.5)**

n0kvm086zMQdZay4PhkSlSF78EnF99K4MKBn+cmRiATWVrovk/VCOF0K4++6jUV01n4dcyaXTnUN5W/Fxp0Rs9zqOQc8IknBL0eUANozhK3mwUGwgBI0cKYR0Ed0DpQfwea2KI1aqj1lVT+qTJc2+JZhUhIG2J7wewjeajN6/hc+



DOE: 342

Seller Name: xukouqun0616

Product URL: https://www.wish.com/c/5e6c8aeefaf55d3a6987bdb1

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/5e6c8aeefaf55d3a6987bdb1

**Collection Date**

Tue, 04 Apr 2023 07:45:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D2r02vuJdvwnPJtHWx86ElpNbF5ZDl2834KadPKaVh0LB5aluImnrsLFGYyJT9nDDG3fEi5oZCKn2xPa1GyP9bJwo2Et/zFuUput1T0vZVaWW0uUGoKSB2+poKrgO5rXTbsDhxde8vCNVodtDW9xcjmYnZFEPuY9SEWY/Nbt2eo=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5e6c8aeefaf55d3a6987bdb1]_Tue,-04-Apr-2023-07-45-10-GMT.pdf

**Hash (SHA256)**

4b410adf25980bee2e37fb52545a70e0de3061db50f492f33733c34c5474aa30

**Signature (PKCS#1v1.5)**

GHVPONFVh89iXQGU1SVr7+QBpNy9lvaDoCdLdKAn86IpwIQilvHN7BR8VQoLM/uBjRWIJeJXPLonmkJL0hj55+0SUc801ifixgskSfVH1eFGwXSfsq0yBEp9QAq/vcwL6YkplqivX+pFqjEq/b112cL+zZp0dSSC7AeogifNQ7s=



DOE: 343

Seller Name: NCXâ€˜s store

Product URL: https://www.wish.com/c/61869cf63cc03b20bfcaa07b

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Clothes | Wish

**URL**

https://www.wish.com/search/smiley%20clothes/product/61869cf63cc03b20bfcaa07b

**Collection Date**

Tue, 04 Apr 2023 11:27:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2605:6440:7000:0:66:203:113:98

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BX5jFph1r/e4iWhwW878f7c2FnH8Pj366bKlGTyPt6CE3luSFgHrzKzG2WaPCpfqNGjd5g4Was9AQpbZ5c0nSFztMAJAZHJYa5QQ2G/Ge+njXfUqNQnW3Z8sLJ+CoVqtjXPTGw7jroYphofhCLexD2YtBNJJHML5lhVFlm+GWic=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s]fs]fs]www.wish.com[fs]search[fs]smiley%20clothes[fs]product[fs]61869cf63cc03b20bfcaa07b]]_Tue,-04-Apr-2023-11-27-13-GMT.pdf

**Hash (SHA256)**

0b1fff459ef84b4dcb2fd0ec21561c320199df680566dd50a19dd451ec233614

**Signature (PKCS#1v1.5)**

bphje15XwNt5AgKReZzZgG92F7ckd+TSkTTtzDiabiFWjcfsxWu5vceo0PivV6uvY5mgweAujK68fjF0zQSlZyJ9YUSONFDw4tsXcE9wSCU2YbpW/izjyFJ7kEfPdB73nl2i/LzEb455KZYyZpxnpUNdXo20TlumMVUSuBuzkV8=



DOE: 344

Seller Name: likuansop

Product URL: https://www.wish.com/c/62c172f086d0efd4629ec130

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/62c172f086d0efd4629ec130

**Collection Date**

Wed, 26 Apr 2023 10:39:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q5ktE4C2QCd+AlhLls6QEXaxfDL/Z28bDGnbc5hhgGzt4j6X0cMlm+hplQpPCs+uvtZPGYLP2ARoe6VIsBZDmRSCYogMy8Pv/9ACIyvUf+GgIJ4LLeIcW1zVVvpFD60MgU3PWw1GwFU1JbYzHtf9oClr4bypDYVeSwlcGnWehUU=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.com[fs]search[fs]smiley[fs]product[fs]62c172f086d0efd4629ec130]]_Wed,-26-Apr-2023-10-39-40-GMT.pdf

**Hash (SHA256)**

442be32666476ea84ee9bdfa1c08b18dd2bfa629e5cfaa52a94f2c6d92a5c554

**Signature (PKCS#1v1.5)**

YloxInCotG1MmUvvZPNnVMuFMiyiXgMAT7NWVMKaT4KtQWU4k8/WP83OrjAnObCWid03g6+sw8vF9X3OH6AuwTRNBYNS/vY,I/JnSva4ZvXYp7puNNtkPt9/PxdqBRPREk0fxlz+BQPif8tKcacrydiG4Rkup5LnITsGWQL1E80+



DOE: 345

Seller Name: kishuqing

Product URL: https://www.wish.com/c/643cf35b528d58d00d077a93

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/643cf35b528d58d00d077a93

**Collection Date**
Wed, 26 Apr 2023 10:53:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
AzNGd9TBVg8Z8ydBBrYZRmXQTAIqItlNagViG+TXtc0HtPQnS42JbinDwfAueyYPUwc3Q5InvSvybs8+9KBYQ1nWnGdaSjP4F/Xh7Nwn05oSmtNKsqw8hHCFf8XnnURNeboCZtCyEEKwKxQ1nrrLgXeTTRWgbuccS5BfXooaHg=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[][https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]643cf35b528d58d00d077a93]]_Wed,-26-Apr-2023-10-53-11-GMT.pdf

**Hash (SHA256)**
eefab4561d86a8904b4a32c11c718047bec28269687d57184f84c723a3a98e22

**Signature (PKCS#1v1.5)**
oSxromPh2E7onYMPWXEbK/xaLr1XcBkfNmtX2vya7HZBVEXMGMjsdkKVEnRgLyuieNyxK9u56KPFRTjoUZvmOLrBkbR8/Xtg0vGX/gcVXSkZBKlmMifSdrLR/UtbZEiJxbt/uJZp2HbaNZKAMblz3c8XpDWSm8bjpf0z0vMIcCc>



DOE: 346

Seller Name: Bisami Flagship Store

Product URL: https://www.wish.com/c/5f50a79af7506b16b39e62e5

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5f50a79af7506b16b39e62e5

**Collection Date**

Thu, 27 Apr 2023 05:29:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gf/ETkyxrmsp+aVoOIlWHW/8bZZJD92ZVwgN0/eWCkeqhP8F9+/Hti9Xrz3KPGcM6H6xqJgwWgJSZFRGSikMm7SP0DRBQrZbrgWmLAm1KRPVdHta5Z6OVK/r0jijAHl8I+Gzbm0Xvhju AMcXd+J6nwI3X9NC+UXk7KNbvfdWPAY=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5f50a79af7506b16b39e62e5]]_Thu,-27-Apr-2023-05-29-43-GMT.pdf

**Hash (SHA256)**

196f40b713ea122faf730501a6046724e491eb19f166c221d0edeb5489c9ab67

**Signature (PKCS#1v1.5)**

HbEgJXzZ1SMYvC+dZUCXkcXxBqE2jwCaA39dgaQAKx8a+0ophsRSTgmIxx00MEEV0XdnyS/aPXju0SCeN4+X3HnWbPxhjtDyGVWdMBQK8eOtBJ7yEvLzv93ibkv0HBBFeBW/vK5oCtVGrFqc0grM9jEaXm/UijeMUUNRQ7LZ9LM+



DOE: 347

Seller Name: ghfgsdf

Product URL: https://www.wish.com/c/612c46cc724f031f6fb36492

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/612c46cc724f031f6fb36492

**Collection Date**

Thu, 27 Apr 2023 06:53:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dpYqA2R9bWHkCqL+VfJwSOYMW5qhgBh5YTgysFjAu8sFbrV1z4toT9lTh3glAnJm0L0blrXOmdonAbe0OODxR1kbSD98FkJ4bugx22WpCuGgMDaVSbkixee4lJkm0Shy+q1d0FN1z2V08vsV99DXcuo+TSkmNPSqwf1lq7zo+I4+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s]/s][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fa]612c46cc724f031f6fb36492][_Thu,-27-Apr-2023-06-53-55-GMT.pdf

**Hash (SHA256)**

a8d4a3cceac17b9114dbff0e328160d74d2d6b5fa53c0584b6153357e5b11425

**Signature (PKCS#1v1.5)**

lvvj4dz6Wkro8lSvNO9CwdZAPsSj338gh/U8jz9bRcvDbvbAJodrkQdH96VzU6sa8fLV+ZGTiU5RvOUwa+nbBqPJ8e39TqvO1IVNfR3DPaNwCnGbPy4m/KLHfZdonWqKxGNHH+ENTlJoloccwSiDhwDblywrJ3sHkEE+iSbWMuVIU=



DOE: 348

Seller Name: Fashion Century

Product URL: https://www.wish.com/c/631def8259323e75d53d1dca

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/631def8259323e75d53d1dca

**Collection Date**

Thu, 27 Apr 2023 09:11:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WINf+DqlX4r3xTHx3Y19OMRw1A5UJByxDJgXMXRvjME4qHfPyUcyyqdDz/rQZruqfKS1OFbrIL3186QYR144qDz1AN2T6tbtZGgSv/uBQZWgucDL+jeBLZLSij6rRJAx1LqeC2Ft5HhGtGP3/Sf2YYqaQyi8hvYlVXB/1hmQvpk=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]//s][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]631def8259323e75d53d1dca]]_Thu,-27-Apr-2023-09-11-17-GMT.pdf

**Hash (SHA256)**

ba5a110422e9403c093692df3745cf0432c49e4030450bafd3e1160fbccad8b4

**Signature (PKCS#1v1.5)**

pjQ48h/GFe3YmPlpcEEHkM/wDwtFuNg+2URl8z8A+8e34SNW3mkaU/yNHM4Z0+mEOOwxG82ZH7I+sQT2e1gYcxR6t4wMOgakvH1op8eNEapuUwhm5m7RsSMkPdx8gyvGFcp1yx9M+BioD8auIngGcJNBY6cu/5dZZL+vHUWfeY=



DOE: 349

Seller Name: ZLYsticker

Product URL: https://www.wish.com/c/5df4f6083dc2ca085e33a8e8

Platform: Wish



**AXENCIS**

Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**
15cm*15cm Happy Smiley Face Car Sticker Creative Cartoon Face Vinyl Car Decorative Decal | Wish

**URL**
https://www.wish.com/c/5df4f6083dc2ca085e33a8e8

**Collection Date**
Tue, 30 May 2023 08:16:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
2a0d:5600:679::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
arxv+YlwgRr9i8vRrCk9pW5qJjvDQ4XmdnhoiKc8aNUboqJ2gwcx38eJXvQvmPYgc7i7dZJ9vGVvFujGWavMpfrAdkHGgk+PapF82KD83pe5QmBzLvMmI4j1n9KNOb 4Xr2iGBU7oTL8hrE4oQtBQ0x6wNomXxKA5T3NpOqvbEEkVQnzrx3CQCXP6Cx2ZZ/abL2OhABiRTDVSDU5lGyl7Wh9TefuU3CZK9inSsiszsb9BxPxuOrOHW8GXfu+ploiNy93hqaubxXKnmUqnmo3772i4FIgV+8ti8SUvyrw5Zhx4TxDMtmfKoWh2h3dyfvK0eJtrNT7ChctMK3lg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[a][fs][fs]www.wish.com[fs]c[fs]5df4f6083dc2ca085e33a8e8]]_Tue,-30-May-2023-08-16-50-GMT.mhtml

**Hash (SHA256)**
ae39c63cf6678e1b063fc33bd96c65f23555caf4263d8dd9683737f32e584ad28

**Signature (PKCS#1v1.5)**
TVdyWU5xthdAW9UZ7k4cd2GZpS2mu3vzTdNUYmEc7Li38fCytUw8TN6WGxyBRGTNzQePU+RK/yxZfc6UGkAmrfB66FeF4cbC48n/qA5kqDi6rQnrvD3iBCMqdaPaahWerC2Z+8Q45K/J9IGrXTU86YEGHKqOMtOeJXYKNc8x8kJ74Z4wu96mXwkyVTzDt6H8QYC/qyaDx0HDVHYG48N8AgbVCDLomv2hJec5NKAp26r8is8d0qDhkcfUr0R81FKZ5rBV/HiJLSsPr00R0rb0Y5p2TxpWqwqJvSUvDJlutvso2MtSdLEeRnTLrDUWKbGM8jpvQUhvS9cKhQA6oA==

<hr/>



wish

What do you want to find? | Search

Recently Viewed · Trending · Fashion · Baby Gear · Pet Accessories · Gadgets · Tools · Health and Beauty · Drinks and Smokes · Home and Garden · Home Improvement · Art and Craf

Automotive Accessories

**Overview**  Related



Contact, Policies & More

15cm*15cm Happy Smiley Face Car Sticker Creative Cartoon Face Vinyl Car Decorative Decal

**$3.05**

4 interest-free payments of $0.76 with afterpay or Klarna. Learn more

**Size:**
15cm by 15cm

**Color:**
Black

**Add to cart**

Add to Wishlist

**Flat rate shipping**

Spend $10 more to qualify | $10
Ship all eligible items for $2.99
Estimated delivery: Jun 7–17

**Standard shipping**  $2.99
**Flat rate eligible**
Jun 7–17

**Ship to Store**  $1.49
Jun 9–18
Items are sold and shipped by ZLYsticker

### Description  Show Less

Size:15cm*15cm
Color:black white red yellow blue

High temperature resistance, antifouling surface UV coating, rich luster, texture such as the car paint, waterproof sunscreen, do not fade, car washing will not affect, tear in addition to leave no resident Glue, do not hurt the car paint, distribution with turn film.

Installation method:
Application of the sticker is very easy, taking only minutes.

Your sticker has 3 parts:

Paper Backing
Sticker
Clear Transfer Tape

1.Clean the surface where the decal will be installed

2.Slowly removed the paper backing making sure that your decal remains stuck to the clear transfer tape. If part of your decal lifts up with the backing, press the paper backing back down against it until it stays stuck to the transfer tape.

3.Once your decal is peeled away from the backing, line up & position your decal against the surface to which it will be applied.

4.Use a credit card, squegee, or something similar to smooth down your decal, making sure that it is completely stuck to the surface.

5.Carefully & Slowly, remove the transfer tape from your decal, making sure that your decal is stuck to the surface. If you see part of the decal does not release from the transfer tape, press it back down to the surface and repeat the process.

### Reference Price by Seller  Show More

### Sold By  View store

ZLYsticker
4.8 ★★★★★ (75)

🏅 Premier Merchant
Provides outstanding customer experiences

### 30 Day Return & Refund

🛡 Shop with Confidence!  Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

### Report this listing for inaccurate information  ↗ Report



**Beauty lovers sale**
Up to 15% off to replenish your faves

**Shop now**

Discounts may vary by country.

DOE: 350

Seller Name: he su qiong

Product URL: https://www.wish.com/c/6104e6f398f4ed1e67f7a24b

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/6104e6f398f4ed1e67f7a24b

**Collection Date**

Thu, 27 Apr 2023 10:45:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GHvH1lczFDtvaQS56gJTWWrJZH0KDbeJ5b1eRerOqh1uFJPiazacXmM2/CqTEjXSPpuwTuWobPUe+wfu1YlRfTOCNfVAd5pk7HDmGvDHoLIPNnCYgQrJTRU33EFFn1FOSejn8luWS6XS1NMRqHdPmyJznW3i7k56lRJi7MVIVjE=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]6104e6f398f4ed1e67f7a24b]]_Thu,-27-Apr-2023-10-45-00-GMT.pdf

**Hash (SHA256)**

493bae49f9103a8ce2a85eb5e1a0403f12b37e734c43c6c7c0730311cb55753f

**Signature (PKCS#1v1.5)**

TWxPaR5r1RYjWQQNy2PHvRYyfPSsX/k92zrq7DUCQ9HrWS0lVKns6fJAnwy0lY5Tc0hrng1HQ1x7ZkGJho4eQOmFYKBK2M1bNlPzKieAov8EWkAkFtNmjBNuQSmg0gAzjp0RG4Lh0aV4GUOWxl1pCATPbPda2XYWBPxLNauw3Ww=



DOE: 351

Seller Name: huyuehao

Product URL: https://www.wish.com/c/632d23ad558a49486ccf6cef

Platform: Wish



# Evidence Collection Report

**Page Title**
1Box Fruit Flower Polymer Clay Beads Cute Smiley Face Beads Charms Trendy Clay Beads for Bracelet Making Kit | Wish

**URL**
https://www.wish.com/c/632d23ad558a49486ccf6cef

**Collection Date**
Tue, 30 May 2023 22:00:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
37.111.243.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
GAkm7Ky5YTmDORaLTS7ALefh4gdzl9kqJiBhX9SUz2z4iG1BfWrwFcE34uNBmgE6WT5oOvfBwXdBsrd3Os6mm5cBHFTJvjIvcAn9c1S2+KduxvnXUxkSAGa/6UbOxSZBVOHOsJE0NE0d8zUn0TsHVmNClVML+N4y7SacfydU/0p8X31afHXqqDn2Mo7T50MO2Wck5Su+pYNDuCcjr1mKrn0Nts7ikXJS+M+r8jqMPHNvuaqZSyKSjQMPSlKraya/2NZ2ZT45hT5P99xtJWA7L9oAnmC5YFZ0Kd93SbyhYRjNTXJwZ/M7uTPk9dCzX4LP22PiKr6gYiXQ==

# File Signatures

**SCREEN CAPTURE**
**MHTML**

**File Name**
screencap_[https[s][ll]s[ll]s]www.wish.com[/s]c[h]632d23ad558a49486ccf6cef][_Tue,-30-May-2023-22-00-53-GMT.mhtml

**Hash (SHA256)**
320690029cbe2db0b7db0d7b9fbd71330b39cb17f61edfde77221d0e4adba44

**Signature (PKCS#1v1.5)**
T5mba1yxX5PrnGSNB4t1uXFd6PgfiJF4hgm+Q+IUmoFk7sJ9W9RfAeHkTPwzVcfn0/7r3dJMeAX3ZLISA9Ba3GzWTLLWdmdBLTNouohNsLS42F+WLLEWYYwTtIL1WNTkVH61u8/PQIJCC1eb7iIE8uV32Ey10mFh92PwsVR8XobA2HIajI3yGYJhMmvqgPtDE8DQMBwdPR0SFCBmDA4AwmE7eeAUo9OMdHAM+pDX94IoCiuA7/Dxyugs2oFj4G9mKgSAYjoHbfLzqQp6eDWp+ozZeGGhups+kxKpZ9mE1MCMa7RG8EYoichYTX6wVJjA6ZgJb01z6kmiHaE8QbLlnk2MA==



AXENCIS
Investigator Name: Abu Bakr









DOE: 352

Seller Name: eric_qin store

Product URL: https://www.wish.com/c/5c3600d47f5c5f4cfe668eaa

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

Page Title

Interesting Happy Smiley Sun Beautiful Artistic Delicate Nice Vinyl Decal Car Sticker Black/Silver | Wish

URL

https://www.wish.com/c/5c3600d4f7f5c5f4cfe668eaa

Collection Date

Thu, 18 May 2023 07:46:16 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Abu Bakr

IP Address

2a0d:5600:3:15::3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

q8aJmQvJtk4e6J7NxGKYuDgwn1h3y5xbXkkqMMt2mmbLPUG4jqcSNoo33Uu/gxcCob6GMk7a4r29eqxWmV1tSJFj20nkxN8fWzgGudItUS1/e+CzdZwud0QF3bwNr8I9NHn05y1hn3GVDf2aFXaCEyjnXPbyd2oTXp/mYuRsrfV9C9+SHR8dhJuaqDxlcz9//Wt1Ii+MJUx9wZzgWYYWPsoKWP3/XgKgM7XJ82V5DHUzeGoZv7BRCmHLumJewzSP6cnR3aKpa2rR2eSqmQB7kyd0jRRf1PkIKSoRn4LQaiah7CcwIcozzMbqDozAxi/X4EXxKkdgcop8uCeMuJ5g==

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[https[s]fs]fs]www.wish.com[fs]c[fs]5c3600d4f7f5c5f4cfe668eaa]]_Thu,-18-May-2023-07-46-16-GMT.mhtml

Hash (SHA256)

50e6fc8d944d14ce6fd0be56987a75a4334724a450e31e783adddc38603d9c7c

Signature (PKCS#1v1.5)

nGeivGr0a0QX87C14cp67imiRWfUEeTyOV48ofElmelHEIuy3+E1b06AMiBIR4medc9NbF0gkFME43cqr0tmdRX2JqsfBOLEQap9Iq/F72BcMSydXkrsZsduqDRfSPFRrP7d1QDD0BQL6INseri6C+MAYi71RvuXxSjoC0s0EvH6hhhiqg5Rn7/Eo31Kf29tXo3pmYKhqTZp8y4ohLioaMob7c33L/925o3IpoomAj2Vge50suNprpShwfvS6dCSjgJViAsUZLQvUExy46axTIbuiLmP5QTq9xcXQRnRc5DSpwuzjkQasaefVIZ6Wm9XdUvxO279FHQMWNS41GtZw==

---



DOE: 353

Seller Name: YIwuDina

Product URL: https://www.wish.com/c/5ca42cd040c89366ab58d95c

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/5ca42cd040c89366ab58d95c

**Collection Date**
Wed, 26 Apr 2023 10:49:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
rXy3oCTWV2k1xW2VQWDh1SOcsPbORFNxUWCeXrbiktP9kmqPc8ohbjqA3WKaWVHDdhwdmUySuLbdDZu3u9iAd+X5jNGTAnCDixWNfJRQUFhJ4IHR8OpK3fOTs0Nfqf3txs12o+pNwJcP/Wf3eS4ye+54Zt1eWTV+0TTWAhuNs=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]][hs][fs]www.wish.com[hs]search[hs]smiley[fs]product[hs]5ca42cd040c89366ab58d95c]]_Wed,-26-Apr-2023-10-49-09-GMT.pdf

**Hash (SHA256)**
24b0e34cce860b7c60553ab098132b7595be2785a0b56e5eace42c2d2e2c69b0

**Signature (PKCS#1v1.5)**
bgckC43r5fKvjrF+hWdUNqj7qDiQkn84cbEmYfiq9R50e7Hzu51Vuw9bgxx3hc+WosGb4wlFFP8WsmfVUKCSHByLBqhkj47W4ImstWXhgwZ17CdhmRRGc8bJ+xhbTpjyfLUlj2f8idiya/Teej65MPXm/7X8ELp382r7X0b8DOA5g=



DOE: 354

Seller Name: PECG-haha

Product URL: https://www.wish.com/c/5b6ce964c829d92f968034c9

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5b6ce964c829d92f968034c9

**Collection Date**

Mon, 03 Apr 2023 10:51:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:f9::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LGFuZsnpr9XeHOkqlEFXOZIW8hJMoN0kIOD/KhCbsfCJU4UbnqrUPGyuBtd6uUJJEPfwxLTCfdejZQvkELekkX+OGwUhhsdQxeDtPxN6CwSGqLCtTn9a1UyQDHSjmKqNi6xRuTYfSvDxUkkOz6TFlAb2Lfd/9tdrSfG1LYeY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s]fs[f]s]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5b6ce964c829d92f968034c9]_Mon,03-Apr-2023-10-51-52-GMT.pdf

**Hash (SHA256)**

ac815a6ea929e65ad8abe073599aa6ce513763f4343d5bbfe535ea259eb06f9c

**Signature (PKCS#1v1.5)**

rM8ho8ge9H6z028qEk5f4ZyUXp6PrzwS7J8EPcWfsTNCm2DnnZIFX+v/qkfpb2ly68Aw50c2rfYJ2WiEovouft1yzeJgzTc9LSwPxtTK2zDzSikRg1jJ7v9yDshnfoy4mWX59XXEDrRrcwsPLgbMt6xylE9GK8V4Gi/eGVk=



DOE: 355

Seller Name: Nayely G Calderon Alamillo

Product URL: https://www.wish.com/c/5f34d64e4944971a6c12554e

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Hat | Wish

**URL**
https://www.wish.com/search/smiley%20hat/product/5f34d64e4944971a6c12554e

**Collection Date**
Tue, 04 Apr 2023 07:38:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
SViwihQXG2Wn8HFlBDCh4hAvDf7EOqweuvXJZb8wX5B7fQlHrZS68zoCvyM9pyAJPujSCctENre9kLbEYbOueQZ4Yrb5ZRRmTADgi7aya0UYq6zLqFJNbCHFnLkvES252hTtv7TkSNXWuUbfphGUrPGo9GifJEXn4NtcbDfnXY=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s]|fs]fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5f34d64e4944971a6c12554e]]_Tue,-04-Apr-2023-07-38-33-GMT.pdf

**Hash (SHA256)**
a4e92e3731766034a790c8bdc42c3148d116cd6d8060369d0483b8e5a418168b

**Signature (PKCS#1v1.5)**
JH64u1N+bj0pOSbTUdrEl/86dDUthrXO1wOhYtb8xLq4OEBC+tJhJRBSlUYCioTc4Gp3+Fc0tj7LVNJnRKS/pOUJ6lTRnUmGGMbwVb1zusjxG6GVCZUorn235+7rf7Tdl2wn3Kh4ZjXJLzYgdWKeJ78QZUZ1kNaFLVWHfrlP2p4=



DOE: 356

Seller Name: gongmingli90872

Product URL: https://www.wish.com/c/61a9b29f91049c455789ac72

Platform: Wish


AXENCIS
Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

New Two-color Men's T-shirts 3d Smiley Face T-shirt Summer Fashion Tops Daily Casual Short-sleeved High Street O-neck Streetwear | Wish

**URL**

https://www.wish.com/c/61a9b29f91049c455789ac72

**Collection Date**

Thu, 18 May 2023 21:18:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

2a0d:5600:3:15::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M/wvZ828oORN/LKu7faFOJMr/BAChhASx+V3oOxyoA8PzyNMrZ o9OVjFFZ3MMwj7OWbAd0zrhLx4yduF+awqNOaDvmTwNbJvRTTtf2zJW3eO2a6PFzgRaspLpEV3uvG2KyHNN/zh8bj+1ULO1vwthP3KfC7Lu9IaAf/+rZZYDY765d02Ac2x0w7qtyHxfdI6eDuSXEhr6DPYN8QyxRgR1y1 snuq++KOLoa8vwtPdgzyq02fw87oEzwm6D80ZRA8/8bZUjm50o0GmGd7sWdXY9X82AyNJ3/WHxeyAE25FSzFbm8b3ra QgkS0SBVQEFD/9C1gh0+1R8SJx0RUDQ+=

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][[www.wish.com[[s[c[fs]61a9b29f91049c455789ac72]]_Thu,-18-May-2023-21-18-59-GMT.mhtml

**Hash (SHA256)**

050a9ad54dd33e39f3663c3e23b90cefcf0e33146f76e0ce353e98f1c086bd

**Signature (PKCS#1v1.5)**

ATAyUFre6MSLiUKc3SjpGpNkfqJs6mjWhqMPXBh+XfxiPEdfz58g9q5q+K8uKLbGEnOgbCayR5PppOcOHrLwOYb39JtYd7PvkMdNvooEa5lVwRuXJ/PQ0oKc0mHQ09jbEMF9pY7NQy/65jcvqrYu+Bd+8z8pzYhzYQy3Dsfloc7WvC9t7nVQwOrEr6E6gBKD+48E89ioTLfqWr4pHo2dQn4nYxFb8WPLQCLyctLJD1TTtawrn6D/fZ5WgcetGWyLSBABhhH6fZpcWZ2jKlJ0IV3z0uDdjzeFSFI4O3t6/aqEkNvFX9 nLJNJ+DtuVrwZjDRZnOUzdWald/r09QwA==

---

wish

🔍 What do you want to find?  [ Search ]   ② 🔔 🛒 ♡

Buy · Recently Viewed · Trending · Fashion · Baby Gear · Pet Accessories · Gadgets · Tools · Health and Beauty · Drinks and Smokes · Home and Garden · Home Improvement · Art and Craft

Fashion > Women > Tops and Tees > Cuts > Short Sleeves

**Overview**   Related





New Two-color Men's T-shirts 3d Smiley Face T-shirt Summer Fashion Tops Daily Casual Short-sleeved High Street O-neck Streetwear

**$15.35**

4 interest-free payments of $3.84 with afterpay⊘ or Klarna. Learn more

**Size:**

[ Kid-XS ▼ ]

Get 15% off your first purchase with code: FIRST15

[ **Add to cart** ]

♡ Add to Wishlist

**Flat rate shipping**

Spend $10 more to qualify                          $10
Ship all eligible items for $2.99

Estimated delivery: May 27–Jun 7

**Standard shipping**  $2.99
**Flat rate eligible**
May 27–Jun 7

**Ship to Store**  $1.49
May 29–Jun 9

Items are sold and shipped by gongmingli90872

Contact, Policies & More ⌄

**Description**          Show Less

Thanks for being here!!!! We are glad to serve you and make your ideas come true!!!
We could work together to get the special shirt that you want for every memorable moment. We believe in FREEDOM, EQUALITY and LOVE for everyone.
For custom work or special requests, please contact us!
❌ NOTE: If you want to print on BACK SIDE too, please contact us ,we will add the option for you to pick.
Product Details
-color :  black, white, green, purple
- 50% cotton 50% polyester for : sport grey, dark heather
- Please review my Return and Refund policy before making order
**STEPS TO ORDER YOUR UNIQUE SHIRT DESIGN**
1.- Please, check our available sizes, colors and measurements.
2.- Enter your Size (They fit pretty true to size!)
3.- Use our personalization box to write the details, if any
4.- Click add to cart. You can go back to add more products!!
5.- Click "Proceed to check out"
6.- When you check out, you can add a note to seller for any request
Care Instructions:
Wash item inside out in cold water, do not bleach, do not dry clean, do not iron directly on the design.
Production and Shipping
• Orders are shipped as soon as possible please check listing.
• Once shipped, USPS standard shipping averages 3-4 days transit time (after 2-4 days for production)
**IMPORTANT**
We DO NOT accept RETURNS or EXCHANGES due to products being customized.
No refunds will be issued unless there is an error on design.

**Reference Price by Seller**          Show More

**Sold By**          View store

🔵 gongmingli90872
3.9 ★★★★☆ (9)

**30 Day Return & Refund**

🛡 **Shop with Confidence!**          Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information**          ↗ Report


Summer days ahead!
Get ready with up to 15% off essentials
[ Shop now ]
Discounts may vary by country.

DOE: 357

Seller Name: Yhuahua

Product URL: https://www.wish.com/c/610136680d640bf2a7892b54

Platform: Wish



# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/610136680d640bf2a7892b54

**Collection Date**
Wed, 26 Apr 2023 10:55:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
fAa+yG6LU83AZ4cL3WmfCzxLjCdjv5/KvOO9616VqMRlwlpmLWlYGlya+p381Y4o+uBQBY3NVKnLQhukFFX2qteqjxmNM7qx94z9ZFYVMYQ2TOciEp3a2RA0dyS56a2RhwJcscFeoRLDUPtdGN4Ga295C2jzaj5029rJmfk+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s]]h[[fs]www.wish.com[fs]search[fn]smiley[fs]product[fs]610136680d640bf2a7892b54]]_Wed,-26-Apr-2023-10-55-56-GMT.pdf

**Hash (SHA256)**
3b895c88c6ab6320a9f3dd31aa25b1c901dde541eaedd5cc35c462125a17bb78

**Signature (PKCS#1v1.5)**
FYs+6zKCLDYUaqzMzq027Exi6AYjkIXpkMv/TPR/16XljHfucCDEFp4c0aiX44qxFhsLDjTSDmBLDddYQ5j5z32gqJ7z5oSWE2WxOVJlEn106PW44GRoTjBC0G3y1hy/EP9khmks8B99iJopayA2NiJ/NHWo+8aC0c1UHVOpFwi=



DOE: 358

Seller Name: Prebble E-commerce company

Product URL: https://www.wish.com/c/6110ed4f4d80b1810bff2678

Platform: Wish



# Evidence Collection Report

**Page Title**
50pcs/lots Smiley Face Acrylic Beads Shape Loose Charm Spacer Plastic Beads For DIY Handmade Jewelry Accessories Crafts | Wish

**URL**
https://www.wish.com/c/6110ed4f4d80b1810bff2678

**Collection Date**
Sat, 20 May 2023 17:18:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
27.147.190.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
5vg7Cx8L7vGpnE8WNP6WY9kBu8jBEiGS8nH3FU6yktkpohlp7JJ6aRmo/M3PNn2P0/YyWfwcQzys/3HjfBecX/G/AvOAv/ZioaJSrvI/SMfhX7vx4pzuylVy3qJZCt/7m9zSy+z/gKBg50Gh9h0U3SqsyA9jcTY2o9mulr4LmJxW5wR1CnSjCwzfq0bxVR02MoFqi0tC+qvBOZ139mKZwX59m66Aj+VQ04JnnCFdbh+3TaoRxpRJYdJgqaFJ1469UzMpwKRMMLXvGP1gqE7YpqrBcKdcJaLd+Xec/SLnqPsr32ZWYy+ZY35GZmrqGJ8Ld+HIyeTt9m2avY1ow2flQ++

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[d]h[h]whww.wish.com[h]c[h]b110ed4f4d80b1810bff2678]]_Sat-20-May-2023-17-18-43-GMT.mhtml

**Hash (SHA256)**
bd8ed5e1091dee52d9b0baf04571223a1b454a223d8b9d5f476f3d617ae4a8f

**Signature (PKCS#1v1.5)**
J5v23pCGEFls4cqAEsfnyv28lkdSr93NtDvX+2vEmhuDR12fVma7q28q5CTGK+mCRMbh83fU/vOTaAWMTMrn0a23ES3jgPiWBTG7g8ocSoXdWokZYeTEAGTNKvEkXCF38fS0cq9RbJLvEAXdAWaGJrGNe1b1lbN5ZJj6uoo+6w9tTPYZZ7rqmvuB/KGuSP7+dN5+fdrpEu54p31bwupHqlYku/SkcCCaQkVvhN1mTUIbsX/lRUmvw1uAVN+JsDeDq0sOqGTMfqy+EM5eWtuin9fXL/dA9R5/uGUz+1s+CGOuMfIWO/JKqzvKB4KTCOMftU00oyeFK8ZvWQMf3n2Ja+



---

**wish**

🔍 What do you want to find?    **Search**

⚡ Blitz Buy    ⏱ Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Health and Beauty    Drinks and Smokes    Home and Garden    Home Improvement

Fashion › Accessories › Women › Jewelry

**Overview**    **Related**

## 50pcs/lots Smiley Face Acrylic Beads Shape Loose Charm Spacer Plastic Beads For DIY Handmade Jewelry Accessories Crafts

★★★★★ ( 1 review )

**$2.69**

4 interest-free payments of $0.67 with afterpay⚡ or Klarna. Learn more

**Size:**
5

00:10  Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Add eligible items at no extra shipping cost
Ship all eligible items for $2.99
Estimated delivery: May 29–Jun 9

**Standard shipping**
Ships flat rate! ALL eligible items ship for $2.99
May 29–Jun 9

**Ship to Store**  $1.49
May 31–Jun 10

Items are sold and shipped by Prebble E-commerce company

### Customer Reviews    Show More

Too Small
Just Right ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Too Large

Based on 1 Rating

**Emilia**  🇩🇪
Joined 2020 · 0 reviews · 1 uploads    ★★★★★
**Schöne Farben**
about a year ago

### Description    Show Less

50pcs/lots Smiley Face Acrylic Beads Shape Loose Charm Spacer Plastic Beads For DIY Handmade Jewelry Accessories Crafts

-Model Number: B536
-Material:Acrylic
-Item Type: Beads
-Hole Size: 2.5mm
-Size:10mm
-Item Shape:Flat Round
-QTY:about 50pcs
-thickness:5mm
-Origin: CN(Origin)
-Clothing Accessories,Hairpin Necklace Bracelet Jewelry Making
-Usage1: Spacer Beads Accessories
-Usage2: Charms Loose Beads
-Usage3: DIY Bracelet Necklace and so on
-Usage4: Round Shape Glass Beads

### Reference Price by Seller    Show More

### Sold By    View store
Prebble E-commerce company
4.5 ★★★★★  (5868)

Premier Merchant
Provides outstanding customer experiences

### 30 Day Return & Refund

🛡 Shop with Confidence!    Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

### Report this listing for inaccurate information    → Report

Contact, Policies & More ⌄


**Summer days ahead!**
Get ready with up to 15% off essentials
**Shop now**
Discounts may vary by country.

DOE: 359

Seller Name: jiang fashion

Product URL: https://www.wish.com/c/5a1fb5e3591d3a56b5166a5d

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5a1fb5e3591d3a56b5166a5d

**Collection Date**

Tue, 04 Apr 2023 07:29:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XbMWM5mYBHiVbFf4LTbUrqlK9NUz5OXJeq7nvejVX2yYsW2EagqpNt1UOkkQ3i9wGFfofIAupYRJ85ngmkQo39zPn48zW09L1CNrBm4h0iea/NK4hbU5LEIDUN8wQ00VsN6cENeQzz7dDWKaJQiyw9YJ86vWrgjYnUDDJv/3Yzw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5a1fb5e3591d3a56b5166a5d]]_Tue,-04-Apr-2023-07-29-14-GMT.pdf

**Hash (SHA256)**

3c70d6aa613fdd102b781e0f5a3347c54924c0e16d7e44195a3c75315c641468

**Signature (PKCS#1v1.5)**

Dh/VJD9OeNu2g8I5epNGJubheB2ca3Ono7B9woJARRdS9UkStVF5u2P3vGxwiXBKLlXAb8xRjnuvzB8kgzVnJA0zTYbTbA8D59FYF7uDlFXfD14S64ZL0hKiT8Y4eiDlfKxxqc9LDZc1jGTGBsCV+01+3UkGKA4xFpJUxpMFgI=



DOE: 360

Seller Name: Life GOGO

Product URL: https://www.wish.com/c/5aa1f544dc0c2853242812bd

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5aa1f544dc0c2853242812bd

**Collection Date**

Thu, 27 Apr 2023 09:32:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i1ZSA3BANfxfNZox2e9CTjFQhuwQt3b7WBSItOp9ynaWYzJ6RLDdDO2uI8dNvH4/Q3aOChYgaC+rns2r7yw+7PpDcltACCteS+QUrxdUUpTfE0TjXYQpLK2fgMcUG3cbonzZapJySfyrSJgDySrEe2LDpeqMgF+u01R8tj4YYiY=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5aa1f544dc0c2853242812bd]]_Thu,-27-Apr-2023-09-32-07-GMT.pdf

**Hash (SHA256)**

9ed719b398ca6cae107e8501cac22020dafe663ef52cead5d5cafc81b5e47034

**Signature (PKCS#1v1.5)**

I+XBVuaEoPnb8OuO1wdMxI7VnC8I6b8BJrTRMAQRnuwlxsWgnDEk0DgljdJqSyAJT09CgD7ZoQsktZESPfWXMU00xQUSRf2KdHHu2WAN4Awv1bkCnoDxfKmiDI/V6VMWdz+e1wOOfRDGj9WodI5LPE8md1zhyXc24/hDt8gfu68=



DOE: 361

Seller Name: W store

Product URL: https://www.wish.com/c/59de00f73bf0b1292b04f85d

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/59de00f73bf0b1292b04f85d

**Collection Date**

Mon, 03 Apr 2023 10:58:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EhHhGzteCqeltzs6f6swMRXBtyC3lPdGSN1AreXUUDHTepxsyhnX/cZbjNPvJuY5jN7GtxbahIEcFrVJTpPYRzzKgNUo72kpNHH8gnuAW7RhDo0C5iBg9b2SQeiEj9Nny+QYdnjW/5MfSt+ZBdbTGjf1SZwe2FJ24L925ArlE+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]][fs][fs/www.wish.com[fs]search[fs]SMILEY[fs]product[fs]59de00f73bf0b1292b04f85d]]_Mon,-03-Apr-2023-10-58-16-GMT.pdf

**Hash (SHA256)**

ff4cd1c4ccef11b95bd26d636bf977c68078864d343ccdd7c51ae7e83bacce37

**Signature (PKCS#1v1.5)**

jWrQOgb1Z+e6WcQxwE2j21SCJNf3gfKaJ0tXLBoYnfP0bNORqBgmMthuZ1O86WMb11boulYnES7LLGYcUIlekHMnorAqtVa05+uvKW5EtVzuvZfTm4Re202/6fqmNPr0D7w2cUtdIUx2+8GqcgtfdAUfXsP6G43TNiqSHMX8uLs+



DOE: 362

Seller Name: chunlang

Product URL: https://www.wish.com/c/6119c717482ba8d2add769bc

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Mens Harajuku Fashion Streetwear Hip Hop Jacket Women Baseball Coats Bomber Furry Smiley Patchwork Color Block Casual Jacket | Wish

**URL**

https://www.wish.com/c/6119c717482ba8d2add769bc

**Collection Date**

Thu, 13 Apr 2023 12:26:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b0fc2zRVm/LKW8Y/1Cm/RdghNa5myrBmY4gkSSGwiirbs1WXGMttzfbZ2J2c+/MZbm3upYJF9FLN+OHX47CUnkCkx+cZpZqzY7nKXL4B3Jf72by6fcIx4XPlk8jeo/F3Zh4PFe1L+z/vyME0jSFbVNU8q5TudMD2ra+kHXfrTPwzVRy1FKEHpnNLU2sYsjgn6i5U8zbkiRVZE8miHUpTUwWtJE3C1QpM7RnS2cSH66MHiVVIEGjMRfHjPFBkGAgxhT8TZzKRDUD6ve/3wOVOUANKn4mT4+d99Y7Pny9Zi1DH3O0j5vDd75XSas1decmnFd1c6BVOtzqMWAHe+NXgGw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]fs][fs]www.wish.com[fs]c[fs]6119c717482ba8d2add769bc]]_Thu-13-Apr-2023-12-26-13-GMT.mhtml

**Hash (SHA256)**

dbfc22865ccf0f2ef2c615b86ac3445a0ece90c68910e3d09b3ff8710c9e9f54

**Signature (PKCS#1v1.5)**

SfeUSsa+It0nBb3/mRyi797xDmWoYHdnVXEI4m1x2VRcIl657vqGzADzzi92QeApFNrqYVVzIO8cVnFfKFvzCBVT05hhOtN31j/vBTpzUPI0jCCrUffw9HexzjWy/L8hB3u6wf/h8RBhChnUmcRb8jhOyFTUz/8P1IFmyX0Npabpl.zfwDzdR871bxXpjNyFAfVGw4QaVlD8HUSDA0WF3WKjFYPrndoZccaPjDZn1cPEaI1PayUW34DJMhB440W97UdrFv1TFSSMn28MvIipttDeNKgqEPJUgad1p/TTnErZgO9oF25SS43GF5afdt12fK0vo47/GlZ8bnZpJKpeA==

---



wish

**What do you want to find?**  Search

⭐ Popular  ⚡ Express  ⚡ Blitz Buy  👁 Recently Viewed  Trending  Fashion  Baby Gear  Pet Accessories  Gadgets  Tools  Health and Beauty  Drinks and Smokes  Home and Garden  More

Fashion › Women › Coats and Jackets

Overview | Related

Mens Harajuku Fashion Streetwear Hip Hop Jacket Women Baseball Coats Bomber Furry Smiley Patchwork Color Block Casual Jacket

**$40.84**

4 interest-free payments of $10.21 with Klarna. Learn More

**Size:**
M

**Color:**
Black

03 : 05  Instant offer! Add to cart right now to unlock a lower price!

**Add to cart**

♡ Add to Wishlist

**Shipping**

Standard shipping : $12

Apr 25–May 6

Items are sold and shipped by chunlang

**Description**  Show Less

Origin : CN(Origin)
Closure Type : Single Breasted
Sleeve Style : Regular
Thickness : STANDARD
Hooded : No
Detachable Part : NONE
Lining Material : COTTON
Type : Regular
Pattern Type : Patchwork
Clothing Length : Regular
Decoration : PATTERN
Style : High Street
Material : COTTON
Collar : STAND
Cuff Style : Conventional
Feature 1 : Streetwear Harajuku Jackets
Feature 2 : Patchwork Bone Color Block Jackets Men
Fahsion : hip hop streetwear casual coats
Material : 100% High Quality Cotton Tops
Gender : Men Women Couple Lovers
Season : Spring / Autumn / Winter

**Reference Price by Seller**  Show More

**Sold By**  View store
chunlang
4.1 ★★★★☆ (713)

**30 Day Return & Refund**

Shop with Confidence!  Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information**  ➹ Report

**Spoil Mom & Save**
Up to 15% off gifts*
Shop now
*Discounts may vary by country.

DOE: 363

Seller Name: gexinhu57785

Product URL: https://www.wish.com/c/60bf09ca65e013d63f01d459

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/60bf09ca65e013d63f01d459

**Collection Date**

Thu, 27 Apr 2023 06:45:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jNPE2b5GGaKSAMPc8990pC00A0dPLnx6Q1Pv9KbzHf7mcNumfSl823JT7i2rMq5/M7vCQe7w550GT+5k3Y2O0YGPg1LSaTs2IwXbwfmdBDMfT6+CyMO9fUg6GP1VQOFYWTYRXYlUJRtkAM7v9zOrzYk8A0N/q0Zdq78CDibDib4+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]60bf09ca65e013d63f01d459]]_Thu,-27-Apr-2023-06-45-35-GMT.pdf

**Hash (SHA256)**

c1c335a76d4d64610d168e3bbf06ca1bf56f913af04e77b99553559bb02171fc

**Signature (PKCS#1v1.5)**

W1K7cZ5z+/L5n3MTmNvC1uEPeOFLcEguclvhj2l6xABNy+fMhQDWBrVxqfOxzzSGExdR7tX9PHd77tMkP8FQMbFOcjy0/W7l8nyoKt/p2koCSayTvRu1HNN9/4KyOZls1jYAHrMtCM9BLwGNH3Pod5ajtg6CloyUyYtn5RkSKsw+



DOE: 364

Seller Name: To be best 1

Product URL: https://www.wish.com/c/58ad936309098452ad0e37c0

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/58ad936309098452ad0e37c0

**Collection Date**

Mon, 03 Apr 2023 10:51:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MvCTR3xWMpFKOhXPyQgMvhVSlG1wTtmAyJLYVQLfKZsOM3BDSSKMWcSE1cQapyfIUPlNcs+aqaDGSLT+lSKxwcHMH2OqEwyu3gGnP/sLBLWBLsUoLXFIdY8vv2ma9rhyvoEzKxa6XML7p31QSLV0/QyYYfA6oSAWHWlknBusStw=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][f[s]]www.wish.com[fs]search[fs]SMILEYfs]product[fs]58ad936309098452ad0e37c0][_Mon,-03-Apr-2023-10-51-29-GMT].pdf

**Hash (SHA256)**

683da27b48e1824c08ac5a7d160f9494bf398b8a32c39f257f06b6eebe8b4a82

**Signature (PKCS#1v1.5)**

GQ1UGrTQl3nZ0aFeuhIF8+adv+S8TOEiqGig0r2zZogEi2sHUiCEQJjFOu/yrl0SGp6vpoBOz2JT/72xOwkCvUzRlef6DPdeJ4eOX4SP09kVPLpdfJU7REhhd/lxxzCbi3fBQfsB0InRsAc96+oobCJ9Hw2EIBOAk8gZ92n94l=



DOE: 365

Seller Name: shaoyingying8

Product URL: https://www.wish.com/c/61e027c890678cec16994b5e

Platform: Wish