

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/61e027c890678cec16994b5e

**Collection Date**

Mon, 03 Apr 2023 11:07:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S+M7gdNf0qFcftrrJczKBnMpo78tNAUt7hvTZXtA+o8vbmU9guYT+eLSxKgvxoFsJ/gLey3z+0eQ4z3enk5T5mUZzwbuEvWxphwcBtrzUA0gHWSPcTi6bzUZTSWTmrGlw6olmxO2L10B2TLARq7qbZKVLM8k51aCSDSQvXKIhRw=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs]][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]61e027c890678cec16994b5e]]_Mon,-03-Apr-2023-11-07-53-GMT.pdf

**Hash (SHA256)**

4aa999726f6fa260c5fd9198f52b3d04c748af4fc7690232de81a7e94b50b416

**Signature (PKCS#1v1.5)**

mqWiWKFzVQ4Z0VKbMVI5kLTlaZGSNTORCFe3sUgkvMThyIT6UoVPdtics2vkRQs0abAbDC2uK2ECNuBCFM3Q4+G9tBMqpVx6Kv7X9Ssc8St9/UBe2+RcZ/utqjv24WvEGbp9nqbMZ+3QhUJHPo1JsU5kjQnSbvKyCzgZcnBW4=



DOE: 366

Seller Name: shenzhenpengpengkejiyouxiangongsi

Product URL: https://www.wish.com/c/64007dfd5978322b9bbfbefa

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/64007dfd5978322b9bbfbefa

**Collection Date**

Mon, 03 Apr 2023 11:40:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jKmK5l6rzLoqZT8hsBfYd/cnLdwDhEfuV85AzRWuwykovtAeIrXLdOD70qWI+KpOxCXU0eCO8dMU8DnD9m7ML9QDp/KscGVmWnMc+T6lSVU6HR8Ow9VMf+mCITCnT6BA8MjOlfWTkNAxarXg27Az41ST4UGta6FfNpx9WiXS5Eo=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]64007dfd5978322b9bbfbefa]]_Mon,-03-Apr-2023-11-40-18-GMT.pdf

**Hash (SHA256)**

9eae094765ff77618a2d2208e6bffd4d886aaed88b749fa1e63040f60c30237c

**Signature (PKCS#1v1.5)**

lEm108bOs99X0ZZ7dnwxQWLrlViOialputGpMPKhrvIdDqu+jNwm7kl9tPEj9kgvTslN6BuwD+oaq3gQzh9Yx3XuMwfdU8bELIvjH8OTc0JrVohq+WyPx5uXdgqoLn7HzpSpHxxeDjDL9Ynr+l9m+2HJpx+e5j3gkggYTnSVgNv0=



DOE: 367

Seller Name: Lambleigh0032

Product URL: https://www.wish.com/c/61a8838cd72e34aa5c9f6a32

Platform: Wish



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/61a88838cd72e34aa5c9f6a32

**Collection Date**

Tue, 04 Apr 2023 05:08:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

a6+KE+I/h/ubXVYp22VKqAU8ycle1O+KumTQ/BBqbECSpA8g2HREKK1y2PyMjExwXotL84SWJsOxyVNJJgPKtO4Ug/LTISUiwse9biF6vMXUAwl0untR/POF/WA0Khn2JSSk4UtnQGV/KGGiwNdkHTurlf9/cZZ6eGwA1GtKTYl=

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[http[s]]fs][www.wish.com[fs]search[fs]SMILEY[fs]product[fs]61a8838cd72e34aa5c9f6a32]_Tue,-04-Apr-2023-05-08-33-GMT.pdf

**Hash (SHA256)**

96636d43f5a64a58431dcc10e91f316e3bc07a226222c541c83febfa7dfbe8f6

**Signature (PKCS#1v1.5)**

lScQJBFTuTock31hCgODuJtE4xrgmKBhXQcNX8xpQGjc+Z6jaTbFXmW7g55n/tMqIVA+y4eDR5WzXle8RQtpAQuTHM4qgytVX+h+uCiOiWpK0FjYAmlYOj36bHQKpx42Jc6Agif2azh4de4J6dRikMxnOfWX6UKW9fVE3ME=



DOE: 368

Seller Name: LuolianJia

Product URL: https://www.wish.com/c/62874f9a46a2d827905cf1cf

Platform: Wish



# Evidence Collection Report

Page Title

SMILEY | Wish

URL

https://www.wish.com/search/SMILEY/product/6287419a46a2d82790ScF1cf

Collection Date

Tue, 04 Apr 2023 06:36:29 UTC [US Department of Commerce / NIST authenticated timestamp]

Collected by

Sarah Christodoulou

IP Address

2a0d:5600:6:80::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

QUVUbKOeT+kDQBq61YHYb1+whQNMk11FuZeugf9TmAUvRkr91gZVt/Opfb6oWN48f1J9qGjXaZydsDVbNKMXm4cSXC8gjYZmoJVK7/AQ9EmRYTNn6vISCPGRulDotshiUTKT6VZSpHgpZbMi7CzcU3Tu3SyQuxi9jWAU4+

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[https]/[h][h]www.wish.com/[h]search[h]SMILEY[h]product[h]6287419a46a2d82790ScF1cf[],Tue,-04-Apr-2023-06-36-29-GMT.pdf

Hash (SHA256)

d625470c54497f88bcf60894db7f4886ba0087f950c4241f241566e0a2d02bac22

Signature (PKCS#1v1.5)

fcLNo7vgmYKEztq2y8Mye4T3EHvM/0Ia0kqQcAmox85/s0tyBnwQhlddpw++Xpc1zqMQ2EWovKeEiPvJugUxle4KRDZ29ALCGG3qac4inoVfwNaFPciFP6nZC0JhW5pJe7x3IQ0GCpkfO6OOL/odFYrp6Uv8ouv20gt3ZMkg=



DOE: 369

Seller Name: chenyouyan0910

Product URL: https://www.wish.com/c/6083eb327a295bdd7769332b

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/6083eb327a295bdd7769332b

**Collection Date**

Tue, 04 Apr 2023 07:46:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fDiVuxnAhTfrPi6uT68t0N1WSa1pQU92uSbL/K4wIWKGKA5GQs/FPt2BuNDO8281so7rFBPNBTpgL+vgqnHr30a9wFih7m01sQ4kqjvYKABKKhUy92+jkcCnMfECUK+DDjhG4qTeeyNGdHlLqDiy/nN7i9VFe2Leky8tXV8I=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]6083eb327a295bdd7769332b]]_Tue,-04-Apr-2023-07-46-03-GMT.pdf

**Hash (SHA256)**

e113bf681d44ae84ddd6ad14149d1d30e874358fae009c8f9453932fe93639c7

**Signature (PKCS#1v1.5)**

VYgz/ZGT33lkHoi49mADzm5vQ2wCahP9Rbqi6J07eftVbT36eadtx9cemE5qBrqJeQZNmyFDzpi5iVDtqZ/UgPtEyo0GsJ0TqCx8b+G3maXwaVqlha+E2aXb7SgbTc7BbKE/0MwmKlovllAW+6Aa7B7JTfZ+2puLOJ+GNEFoY=



DOE: 370

Seller Name: EvangelineGriffitheYyM

Product URL: https://www.wish.com/c/641eb328f061f26fa6f40013

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Clothes | Wish

**URL**

https://www.wish.com/search/smiley%20clothes/product/641eb328f061f26fa6f40013

**Collection Date**

Tue, 04 Apr 2023 11:27:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2605:6440:7000:0:66:203:113:98

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nyaTbebCu4hTriqCLxt41Kuy6f7Wx71dCJOfqJKSAjM5/TSoDoL+PQKvhrM6Q60oNanNm9kwnogU1Bt+ywOnQtriAeaDY315NqFwKu0Uo+D2Wo9M9LDY/7fhTUWux2zC5vfDcxkF3cfq1R/IAkpmg/ivxiSMQfKbZ4VS35tbJ0k=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs]fs]www.wish.com[fs]search[fs]smiley%20clothes[fs]product[fs]641eb328f061f26fa6f40013]]_Tue,-04-Apr-2023-11-27-30-GMT.pdf

**Hash (SHA256)**

b43082abebc0e70d5059d473df2064cc53d1a86d5e637f3e042721273d7942e8

**Signature (PKCS#1v1.5)**

ngTtQqVxRPketvJbpW4hWxvZKT08CzdNWeL15kJha0n/moCITVXHcNG2t3Mkpo75h5HkMILdwZ50gRQJmX+48gAcew236JJ93UYcEUtX71e9/ihzEIZMo8NxjlI9hdR7b8xipj8KcFEFJy0zxmtw1q7tDTcAm+iz9g6oEmvp1Dg=



DOE: 371

Seller Name: mangboo

Product URL: https://www.wish.com/c/60b336c90b7b8250d957778c

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/60b336c90b7b8250d957778c

**Collection Date**

Wed, 26 Apr 2023 10:39:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KWhbbizqWbaQQnnHZ+XvADDsOJk9H4tVWu1iXC9dUXmD2MKN0ykXo43hFEnwzSeRukxa+shFdlnyHUC215YD7GqmpGbYDVk7m94cEJoJKyZ/pHz9ftq6TTDYykXSk+5hC7mBMDlYiQHom1J1bZY7Opn96Enk4Kd4+AywRfVQpxY+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]60b336c90b7b8250d957778c]]_Wed,-26-Apr-2023-10-39-58-GMT.pdf

**Hash (SHA256)**

99d096bc86138fe6815ecb4b6a86347adfb2048114ec81afa09c332521d559b9

**Signature (PKCS#1v1.5)**

B87ylhQUs2YHWwoHUnLVu324qt1ZzNQV4UMP7AI/OG0m4tSMXsXxfhj8Dw2YpAdPYuGz0yREZgRht1ncJgUzLLeL7Y/eKfUCTUKfrI2GyQCR53qeVgStu23Y72I+DSaXZnz/vSgP3g6/3/uRujnk6uGuzF9dpeHyNNvhWFmrCcA=



DOE: 372

Seller Name: Minliqijian

Product URL: https://www.wish.com/c/62f31f079fef54a52f961f8a

Platform: Wish



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

Page Title
Smiley | Wish

URL
https://www.wish.com/search/smiley/product/62f31f079fef54a52f961f8a

Collection Date
Wed, 26 Apr 2023 10:53:24 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address
2a0a:1dc0:5:3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
Bhu+f1H4M3k3mbGdLluW8LC0rj5VwqYGm1bEolxH4YXb+0U/UjNAbgpKlZpjfHDexdVsyxsGKhn4shTDVaTm2HcuwDPpS9JMJfX9o2NoHgD5CJWPvQcbiq5juQr7eLuhYCKFmgBUShRR4/E/sxWwKvbNKebCo0dIOg8GATos+

# File Signatures

SCREEN CAPTURE

File Name
screencap_[[https[s]]f[s]f[s]www.wish.com[fs]search[fs]smiley[fs]product[fs]62f31f079fef54a52f961f8a]]_Wed,-26-Apr-2023-10-53-24-GMT.pdf

Hash (SHA256)
b2dc41d8a8a9f1b55c843af830507d69d741131a5d354cfdb052c13dafbf7bca

Signature (PKCS#1v1.5)
DQGY98y+owC7B8e/EV9ZKRUkrU9v50SxH4n06YPmjcAPNRf2EdgGZNqzXJ+PA8n2pe7bfY9kriRcphKb7A5DJrPAea0pXqQHuTr2Tv1Mso8vZ0AZbRbEwJ06rY+RbFZwGjBJvrtY8AlulkaCZ4fjp82Q2H4ONH8Ac2oeJcks+



DOE: 373

Seller Name: chenbing1994

Product URL: https://www.wish.com/c/60af285ed51bc0fc9d90a7df

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/60af285ed51bc0fc9d90a7df

**Collection Date**

Thu, 27 Apr 2023 06:02:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Odr/9q5/22SlI9h7oDYYID5PuwAye1yKZaaohH+qJSzCRx9mv7GWaUpAw96UIjwcaPXOm+WmiSq3eHxE9GI6+N3f+AgjXVbR5c+EcwZfLkO+IX3yem7h9aC83yHLzDBBWlSLYDXo/6kdiYhuA7VYymeSRKeRsmXZRu20VG9/ZJY+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]60af285ed51bc0fc9d90a7df]_Thu,-27-Apr-2023-06-02-16-GMT.pdf

**Hash (SHA256)**

25e876b621c91b93440af8d20791da6eea964a623f1e7dc067ecd33a113f6b4a

**Signature (PKCS#1v1.5)**

BbnBQW4qGAJvXChYQJYpttHj9Owt/Zp6w4vopiRw0BC4W/5hj7p0P5MpmvWwDRv333gMdGiMNXtEWN2SJtvokzh0byxpjKB38uBW3m+upuCWvTtzdVfOyyKI0jwqzGCqDfeyiUJyvwKG0eiS/gfRBTx1UJVYoub/v5GJimdTU8+

DOE: 374

Seller Name: jianlin supper-market

Product URL: https://www.wish.com/c/597c30ad2095d970aa7c4092

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/597c30ad2095d970aa7c4092

**Collection Date**

Thu, 27 Apr 2023 07:02:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V00t86nTfm4R3BwQhEMwqvXvdZkqKqTO22Lt1x71qx/92rf4Cgs02MTmWGfvV8Kl60j98qdULHBOSf2VH3iTTaHu6wZHIcfml6lOLjXA7Aw4cvF6GMUEsvs8MExsZYhcqLe52oWv/vX7REaHYSEEj7cYG30+tDWvehAl/KJfsVBM+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]597c30ad2095d970aa7c4092]]_Thu-27-Apr-2023-07-02-21-GMT.pdf

**Hash (SHA256)**

09237f9452fad05ab01fc4442fd4252ddc625a9594a418bef197218e57a68725

**Signature (PKCS#1v1.5)**

pSQMl6itlOOxy0w4nhqdnXkOCF5r2fmMCC2OVAVDz+Xob95Z/DRDU6lgSBRuPZtMm6nEgjg1ts8FpNagr5ZjU92bJgpfT71RPiFFzofltTLUhNu+CbbFMWMcVaS6U0GDj5c54t+YPgmpd5nOJL1ZB8xjqRGbEJPFmn3exH+tBSc+



DOE: 375

Seller Name: YANG YANG STORE

Product URL: https://www.wish.com/c/61205c9c89bd11a8f54ca81c

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/61205c9c89bd11a8f54ca81c

**Collection Date**

Thu, 27 Apr 2023 09:11:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dIlf54+5AsHJ9jRZO1ngB/CB4EW2GHbjoThhP8MirS3gruG0p9I6R8/jgHKwTLKTuunIRN+6ExJGW0P1ThGw59aTTbRHY1jFccF5qgy5Ywd/G4nTdsJ12rqUiJjR9/4iYojhGhSw8VTDPuvlXQCUlbMFmCtuoy6XKvG1FR8mJMg+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.com[fs]search[fs]smiley%20sticker[fs]product[fs]61205c9c89bd11a8f54ca81c]]_Thu,-27-Apr-2023-09-11-28-GMT.pdf

**Hash (SHA256)**

0faa048d00c03c69eaed226a706d330916b05715745f0082f9a3c6f199b185d3

**Signature (PKCS#1v1.5)**

Y6AXBliRbbXXYk9cJ06TzNWna0LgdKpsmPp1cWwLv0wFWsUtavNw+JC3vSyxEQutKa4sQ8gnnuJZJv2i/NQcSV3jLSu5ray31RBa+kxcip/W396ZS2rMKdc2LN67v3St22cg3SLh9wbFXOgfQCyHpzvVtCAHMoB57gmjqfSsIUA+



DOE: 376

Seller Name: xiaoshentong1

Product URL: https://www.wish.com/c/6072c63f64e9c07a8e5cc6ad

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/6072c63f64e9c07a8e5cc6ad

**Collection Date**

Thu, 27 Apr 2023 09:56:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ngh6wLpNJADLBvjg7+RUbuvJEo4UjQpqVxvdj+aG5TEuaGp0T/dEEcgF3pZ8nXW6p/JHHqH++w/QcPT1WFxj6IdBd/LSHcGVAnqExX2VGjKEIgczuEbB5WtMXyYEHXtVWbY8D9IbstU+dE4XSvkPXASOUB2lTocoxQNqgIIq3gQ=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]6072c63f64e9c07a8e5cc6ad]]_Thu,-27-Apr-2023-09-56-24-GMT.pdf

**Hash (SHA256)**

9de0bdfc4b0380e695f2e362b04a060db327130617780c442309f1d47be1e3442

**Signature (PKCS#1v1.5)**

EI21YeQAVuy36i/Enaz1PW9bFnV1bMaubv+FkGArtlJqCkZAAvx0Ef6MXtZVlg4CSjwU0KUQAcqXftxg0d922yXLdhCRsVQQah5AiBWo6kpmB8ieFoxTgBAwYNpgeIEAulzYCAPRjoQqKWSDssSTnE1rKu++6qeQFmY2mbtacm230=



DOE: 377

Seller Name: JINhuang00

Product URL: https://www.wish.com/c/614840e3dba1a2246edf6a56

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/614840e3dba1a2246edf6a56

**Collection Date**

Thu, 27 Apr 2023 10:45:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hlFNUJ9YmzZV4VkpoZhAAsMnZZwfE372C7x5RjHUNalSnUf0gYs+dK3flyS8xCQnCguyla/i8lTHKwJLvJeDRgpnooIm6KK3jMDuvZd1G+alH8yui2kE/pg3hAlNt3kvJt3EoFDk5E89Hk2Vcu4rjZA+7eZDO0ZDMl0hb1ZLYw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]614840e3dba1a2246edf6a56]]_Thu,-27-Apr-2023-10-45-15-GMT.pdf

**Hash (SHA256)**

415e2ceef8af7d3ddcc0bf551312e1b222c1860315e17c00265aaa00a9341c48

**Signature (PKCS#1v1.5)**

nIrnYf1shBLguqIBsS38p32Sli5FpkKvNTrhXghb6RtPSZJ1zucZYSbgih6MrwzdWPxjNPkvsK/74RJN7fJzKLFJL6maRoBVIc6gqhVpPyCrYCzbcfPYaZlyUAeD3cztLRNioIrUVJVepPeHWx7/hLtlh+8QjE21bfhk/syAx9Z5Q=



DOE: 378

Seller Name: jiuosjiloutimozi

Product URL: https://www.wish.com/c/5df44b49e46899002c8d6dbc

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/5df44b49e46899002c8d6dbc

**Collection Date**

Thu, 27 Apr 2023 11:01:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

B3o48k0SG4n2j4a5ireEr5DzPkPCBecPSRX+w3V6Bmiq37xFvr0hZvvl0CLymT61EW/oI76iQXse1vgzQhqBfJIsRLT6M5XdrmtE2YTcvZ3ChSqGGyOLKF4VQtFmJhAiooL3x2O4T2mREjIUsFNkLq4pNiy8frZb6HI0C6XYfHTI=

# File Signatures

SCREEN CAPTURE

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5df44b49e46899002c8d6dbc]]_Thu,-27-Apr-2023-11-01-49-GMT.pdf

**Hash (SHA256)**

8e06ed4d3742fed95dac6c9422715a843d2910db0acfdb81eedef7559084a943

**Signature (PKCS#1v1.5)**

iuZg15OEdypCfGYKcB894uR447hIWKmbVI/p6GWTsEtquMFcEeXRyuEVqiGyY1zQ7zPlK5bSoMGtFiMbtstk3xaZp7ZVjXmeLtS65w/M3BgoRGhR1xyABEMb1P3yncqD6w/1X5+sJEuqyz4fgiCxG4foBZ6Huf]1pb+EBHU5Nco=



DOE: 379

Seller Name: kerosin

Product URL: https://www.wish.com/c/6363f98ca32ecd7eae0c691a

Platform: Wish



**AXENCIS**
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6363f98ca32ecd7eae0c691a

**Collection Date**

Mon, 03 Apr 2023 11:53:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ji88NbR4smoLlK83Z1gUQN/cjWc/jI/wx6GfD8MyQuGiOSxfzULahtHa7Mls4aYNsWGtJ7CA/2qov01xxtDgCHAUh2s+Mty88OM7YocM+6m+R8l2cTXHl8YtLQjVZC9KLjR6Mf4kRTiJ+GEGtD0VTAW0NCqYozv4L8nxJCFPNCSA+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6363f98ca32ecd7eae0c691a]]_Mon,-03-Apr-2023-11-53-27-GMT.pdf

**Hash (SHA256)**

1812ac7771b88fb66037a6799979386481 7b70c8a52a55ed2578b1e5c281da65

**Signature (PKCS#1v1.5)**

LAuHDleleC0sE+HmGdaBFTwiHAZI56/Q4FTJE7Ig9naUwqet5aXDV6vgLAlmkgtKc0X2LGp0ClhOisruGT+9TVTjPI9NIeP5bRhxSiCn5e1jPxEoRmUTzJbofO9wfjuI2zR/8KJUbQOF5pP1LY/NNdMH+PVAfe9mDcQTphfY0g+



DOE: 380

Seller Name: cwqiani196

Product URL: https://www.wish.com/c/603db715471bb6532f4a3af5

Platform: Wish



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/603db715471bb6532f4a3af5

**Collection Date**

Wed, 26 Apr 2023 10:55:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fWZxSHmK+PcJAv1PsMiZfL5FbjArcDNKKnLAM4yp7okddGhII5HrJincJTs7EU6PKUW/pjyt6eqJjb1KgOyrF87XoosrrLHC57rJVF3QHNId2M3TPsEcXzR/MQ30WkegMyX6mOfW1hs9kxUS6DCFmtWfB++xwHvR+vAkIN8U>

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][www.wish.com[fs]search[fs]smiley[fs]product[fs]603db715471bb6532f4a3af5]]_Wed,-26-Apr-2023-10-55-26-GMT.pdf

**Hash (SHA256)**

8c9d1410bd30b02e081694bd4429050f729ee5a6efc080fc44331c25bdea1f46

**Signature (PKCS#1v1.5)**

cdpXmpYhzGHtNd1+wU5fxUTuHqQ9P7D1YtrNo1XrSelY0nOH10QtL92+3ulzS4D9q9ozsQr8LZy80mvuc7eGg3OW/9+zOjcJ24Rj26HwxvK4WJkTcel7zjYMbNlenMYYY8NgEdxNUHJz2WJ/QgwA+hJZmUbsDKao74y3z96kl>



DOE: 381

Seller Name: zzp546

Product URL: https://www.wish.com/c/61401283ed84e25cb9ef08e3

Platform: Wish



Investigator Name: Chris Stavou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/61401283ed84e25cb9ef08e3

**Collection Date**

Thu, 04 May 2023 09:38:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WroPNONrLDND5xQ+T+k2dOKeJdCteaVIdiDxU/CS7wrfWF73IIzUgEYFCzo0958eZKctjUxcg8pNE9AWZMjcflsgmUV1GQsIftMfDm4N1EW3iKzINzjmeb0F3KKgnjL2Rd9lnyMjAAIvOVRAfkmQoEWLiX+cgTnTkZOFW3DhC0=

# File Signatures

SCREEN CAPTURE

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]61401283ed84e25cb9ef08e3]]_Thu,-04-May-2023-09-38-38-GMT.pdf

**Hash (SHA256)**

e9fe46ca07a8be546ba61222191b991393107bde82fb2bc413ad566c0b9a7499

**Signature (PKCS#1v1.5)**

L8k2aH+Bj7R//su+IGSdB40iQWfnxlFbMAou0rlqlS4ppWq87MkGjLoaQKHEpnJx1iBQRWIqqQjGDyz3/iEjIG2M0ZeeY7tD0hHMAzYa0hreAE7Ctsol/TtDmYBUObBdpP3zuZ12i6CAertY/hpYrKpuBRnhqKbS/v2xD1Woo5O8=



DOE: 382

Seller Name: MONICA MARTINEZ1

Product URL: https://www.wish.com/c/5f06daf0a1254f96408cf156

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Men Cotton Short Sleeve T ShirtSmiley Face with Mud Splatter Men's T-Shirt | Wish

**URL**

https://www.wish.com/c/5f06daf0a1254f96408cf156

**Collection Date**

Fri, 19 May 2023 06:12:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KP8TSe0NyOE0zQ5tfeezbeA0ONyshgMXe3QbBq40CMYQLY7eTkZZ86U3jRs0YMutAfZhP4cGels44XXCO40PNTOf3GotToqmc3o4v3zGrbnO3g2h/hS+4e+jL0WC7mP7I8s1m8+m2g8GovWAocYw0itvlvU1kb/gox/UDsSvZB0ELjnjoRNx/Loekw5qR+yNd2VTsV2jehJ2MBanitLDcrbQo2r/A9L6eY2J82Et7tEHqFY/NUeODZ5KjOS3lpE/uOQcXoufjpvlNt4T9YOgUJkj/4m+H2NUE2yiC71Wui+trKbL5rFJPKYwfulaRSgtwG8Y7E9Drtt5J6oJ8uUQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]5f06daf0a1254f96408cf156]]_Fri-19-May-2023-06-12-46-GMT.mhtml

**Hash (SHA256)**

35ae11e6967baae288b63ef3c77358414a794b92f8f889a9f360d7141ac587c2

**Signature (PKCS#1v1.5)**

eQRXAH+WULT5o+PNhW4bFfLlWd9f+5ZGtjafFQOlj9868brnYUTMhuV4DFfckFUUw/Z7BTcFJ9rGiN9xivHjYHFEERvDd8rkd/bgGlIpmHx24tEwG9eVEJoEtnUepv30OPCpBuTnRpmXrR785/xhE1UZNhz1YChfiAat+WUyNDzg2N3oc+J5nGRxC3ZXHPKXn9muWLaPmsp6a83Eo8vz0Pb8npaLP3SZw2KPMTEXA6Cq3Ey6T+hasE8rrWgItS2KBrmNDbUGwOG3Rwl2a2TEx7pP7Ew4GoiSDHYXOP7jkNE3c3kGRXxv6Brh9Bm4Sglbfsrt0F5C4FUT0GvGmGHBw==



DOE: 383

Seller Name: PANGLUOBO

Product URL: https://www.wish.com/c/5cb039fbad99210c9a943fac

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

Smiley Drôle Voiture/Fenêtre Jdm Euro DUB DRIFT Autocollant Vinyle Autocollant | Wish

**URL**

https://www.wish.com/c/5cb039fbad99210c9a943fac

**Collection Date**

Sat, 20 May 2023 16:50:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

27.147.190.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qSLAqXbS3+pgX80MSlYjVLsAqg1hpXGU8qH8QlPtnSvahuToy6dSaBe+aXAxT5c2SJfOdE8kcxTGCvApamSiQS/ex6pWnrGtD7CWqLtMkP+nPxB5EutjpBUf2NUrQAHlMreefpiyWJcggHl8+kBB71Z9ooXnaDzx4jf6pKOi/VbZewg265WsG8Z4G/NWH5GPwATMKHV8KLaAROZtzNC9KvJRYavGccSS0BHabxWp65nzM2iwZKRjSxnwTeCq4CSTjKBW9Mi9If548e50u43SC1x8BKDkvpZ1ifkhfGNSWrJEIdSlRvK1mmtdyFjHrCT2PNCXuEMSgxBm9Yhmwk1CHg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]5cb039fbad99210c9a943fac]]_Sat,-20-May-2023-16-50-01-GMT.mhtml

**Hash (SHA256)**

cb0b566291434fe987c5daa1ba5589d9cd6866134c559ac88ee1c41f08cd5c1

**Signature (PKCS#1v1.5)**

WwieAMO3zco6R/8KED4jAJnMYritLhTdInxp2Bgsim0q81aKObM6twdrk5iV89f1kPy+ifGv1beVGwbCo44a+Kh6BloS2piYdnA76buZh4RgDhF8xLWr1gJnsSnsrAoFR4Hbl4FWEXoyI8Qo+crrnulhtrU63qdbPBrqHVYb1WNT/PhzA9oD6M6+J1AkML9nGhbdcHhOZpGTIbgP59Jb3w4tQ0tEGNzZB5uwKsu5rBxKQyQBYka3AzwwoUSwsf/n3hrW868AbEuEbsGTtKDfHyemCAl2iXHhF2pzbx9agwHCTSptR5/2iGgYo1btUL/JNsNix+dKGKvh7kHpl7bMiKA==





DOE: 384

Seller Name: qiancraftkits

Product URL: https://www.wish.com/c/61d6833acc1d3cd5bf050f30

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/61d6833acc1d3cd5bf050f30

**Collection Date**

Mon, 03 Apr 2023 11:18:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

abSspWrzo4JZ7oH29sl9A3mUpMOSwU7SdJgUcjO9+WU/pC1MJnm9AmYkB36RxA7RxpsBuGzEdFt/+XZ5GU8rR4OyohuNyXFmpTyXxo6/mzC2AeD8t40DOc6iLZ2CpJEQIsDRsaE/rwlEoMWPMZHryXYgQ0cBM8c5ZwrigediuT4k=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]61d6833acc1d3cd5bf050f30]]_Mon-03-Apr-2023-11-18-42-GMT.pdf

**Hash (SHA256)**

2585cf7c3b855674affba14513b278f033419770b2cdae7f6c6043c9bcc22d79

**Signature (PKCS#1v1.5)**

JzqPnOV4MvZhQtjubuJG5J7zTDCBeat6gQzGTSukMlLHBfbvGtHlrsS70uLQe72cr2FSuruE8qE+ZvW+VpGjBK9ZBgEnN0owH4XBsrt+6Z134/E3N9o0rFBxF00Egxx9RhKzwG15RCzy2FWqNcNvAll43dsD1ToqonZliOTkD4=



DOE: 385

Seller Name: iomaxmall

Product URL: https://www.wish.com/c/6129cf24e673423c07146538

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/6129cf24e673423c07146538

**Collection Date**
Fri, 31 Mar 2023 04:30:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
PRCXIWRy0+Q54mAEAkwXpH6ilLhjFXZaPlDR1wa7EdSb7xNeQMEuvO3bhXXbDCy4EInJbJkhMlm8E3eihpE+WM+ff5M0LdG9Vp2N9vnGHDrpX7qXlGD0K/iHIbstGaLwrTpqipZrKuHbrLAa1+Ps8fst9T4LwMkFeFhyThqM0=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]6129cf24e673423c07146538]]_Fri,-31-Mar-2023-04-30-11-GMT.pdf

**Hash (SHA256)**
12bf06ced908fca6f6cab648852cc8b1ce008347beec529c53f9d4dd41c1c58

**Signature (PKCS#1v1.5)**
TEB0mAumaGzsBNYmhD/j4rC2A1vzyshB7TCm0lLj7ORfD9NBTYBAds27XES2f/JHIVwdxn3lnoVxbZVAyqkbBB5EISS7qBPMkNEj8f4ejIDcSP1PaCdxXHjOnoXMmu5ySk5nSYRPxIUjv/1F6F0uYPq+cYaWUthoK+DZKiag7x0=



DOE: 386

Seller Name: KLCPPY

Product URL: https://www.wish.com/c/603ddf1b36837c9f7da72096

Platform: Wish



Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**
Fridge Magnet Fridge Sticker Happy Delicious Face Kitchen Fridge Wall Stickers Art Cute Smiley Wall Stickers Home Decoration | Wish

**URL**
https://www.wish.com/c/603ddf1b36837c9f7da72096

**Collection Date**
Sat, 20 May 2023 21:10:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abu Bakr

**IP Address**
27.147.190.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
iM6PHJf1NgRl3Yqrq0W1Y+SNJi0Hth+u7w8ugOHQkhNNNbo/LtDHPEnltsj/rkuaFGqTdбS+g2C7VkUkri4IQKn55WNqMqda3JuG4p1egZrlUjafQsqTaX2uG+590p1GjwxVPoY3gzDFjJ9/IkL2w7u9q4hDoON0l1Z3tq/fBYkqBPLa8lbq9gJyfqdpUESZtAjARnikuNFgld88XvwT268BP+lmBoewOvzgmgPHUOfTA6RW6vGqjTGjmiPS52rFugeKHozzsFPMjeD2EJJ2QE/3x2zWkwGTa8r576OUWyGa9GaQ0c+eH7PYojCJAa8caXi7M+1d329kSD2sxbrw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s]]fs[fs]www.wish.com[fs]c[fs]603ddf1b36837c9f7da72096]]_Sat,-20-May-2023-21-10-13-GMT.mhtml

**Hash (SHA256)**
3efca2f42c22fa5a522b68f86314769330c9907b662c56a6a3fd3cb59d3da9d66

**Signature (PKCS#1v1.5)**
DKj9j4JX7XPfLjeNvSfYJk1/Hg8W6N3XSdtoBvxaJkaKEQJe/zi6CYkgQ55+XVuT1QBWwLT2zp9c5rxtxDRgRUcM5M0FiQbQOhqN0DXmF7WfBqdxeTVzrYDJvOXbsOY0rHmOuD8w97HyJeaQEYi8+dDF/TcCUVizqS2J3vNPctGLlzX055/ewjgTEHDNbhEztd0hPp1ZNbWG0cs0e89ateVvrU/8TXpFhVqFCRF9arJasyn6VmAS2zMr/c3uMr9LQV4w7f8e8qQxX9e/W+cGB0Si6LWz48qPQRdsnBMK7096I4P6l8gegbgfMr4d+2gfE/N/xGCxatBPiVGw/58Q==

---

wish

What do you want to find?   Search

← Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and Garden | Home Improvement | Art and Craft

Home and Garden › Home Decor › Wall Art › Wall Stickers

**Overview**   Related







Fridge Magnet Fridge Sticker Happy Delicious Face Kitchen Fridge Wall Stickers Art Cute Smiley Wall Stickers Home Decoration

**$2.70**

4 interest-free payments of $0.68 with afterpay⚡ or klarna. Learn more

**Size:**
D 28x19CM

01:33   Instant offer: Add to cart right now to unlock a lower price!

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

$10
Spend $10 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: May 29–Jun 9

Standard shipping  $2.99
Flat rate eligible
May 29–Jun 9

Ship to Store  $1.49
Jun 6–11

Items are sold and shipped by KLCPPY



Contact, Policies & More ∧

**Description**   Show Less

Description:

Removable
It can be applied to any smooth , clean and dry surface of walls,Car, tiles, glass, furniture, etc., not suitable for dirty or rough surface.
No transfer film needed, simply peel and stick
55cm x 72cm
Style:Wall sticker
Material:PVC

How to use:
Ensure the surface is smooth, do not stick on the rough or uneven surface.
Choose the place you want to apply, clean up the ash and grease, keep it dry and clean.
Stick in accordance with the  picture, or DIY in your own idea.
Peel off the paper and then  stick on the wall, pave from the middle to left and  right.

Specifications:

Removable
It can be applied to any smooth , clean and dry surface of walls,Car, tiles, glass, furniture, etc., not suitable for dirty or rough surface.
No transfer film needed, simply peel and stick
Package Included:
1 x Wall Sticker

**Reference Price by Seller**   Show More

**Sold By**   View store

KLCPPY
4.5 ★★★★★ (6353)

🏅 **Premier Merchant**
Provides outstanding customer experiences

**30 Day Return & Refund**

🛡 **Shop with Confidence!**   Learn More
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

**Report this listing for inaccurate information**   ⚑ Report

**Summer days ahead!**
Get ready with up to 15% off essentials

**Shop now**

Discounts may vary by country.

DOE: 387

Seller Name: RaoZongYue

Product URL: https://www.wish.com/c/60cc21885aa06bcfacf87179

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60cc21885aa06bcfacf87179

**Collection Date**

Mon, 03 Apr 2023 10:47:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AAhvCHK3IznmVWz+4y0gnnua+4o00bGDL/9NegIVk6scz+NmJovzyUus48bW71JurhQy0JJa7f/NIn43vd8W6auwtA0IFYwUIOsto0SGgovRP1g8y+dXfDnp42ZZqYgbj4HyBTNMGNqxLT4WJeBq0g1SJupaAyjLFJl3wT3JKM+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s]][fs]www.com[fs]search[hs]SMILEY[fs]product[hs]60cc21885aa06bcfacf87179]]_Mon,-03-Apr 2023-10-47-44-GMT.pdf

**Hash (SHA256)**

0f3d7ec63b56b066313d1a1ddeaa19e1f297c0dbec759f9c96bba223ae8de639

**Signature (PKCS#1v1.5)**

m9NfRAyAh/s8MCWcwYIIEFoVD/8hJuWAeSNcQbxaIOQyD1Z/h5BMrpLUyG60zB5K3Q/wrE7QPiBxpYGAGmUTn0sTAWFmAu4qP42vOh2aos894UNoOIsNFp67kfmQ0tN4IT35OkHBHGCak1d6IA71KymQxug9JDV7wjkb0R8j60+

DOE: 388

Seller Name: zhangxuanli55187

Product URL: https://www.wish.com/c/614b14f70f24bbd78767b2bc

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/614b14f70f24bbd78767b2bc

**Collection Date**

Thu, 27 Apr 2023 07:56:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E8aW3QUk5nIP4iYy3X6EhpIJwmiR1Pz+DXqJNDH2XcnxyIwIKsE9rngfy/rlevi0kd3HtN9P6OEsT42okYzGb2xKBqkQa9vE8vGuSMdN6iI0ZMB+LpxB9gA7tqPEKWpWEujSsS0oJvyw99M5o9Pfc5J6FX7y7C+fMiHH9Llj8AvQ+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]]fs]fs/www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]614b14f70f24bbd78767b2bc]]_Thu,-27-Apr-2023-07-56-20-GMT.pdf

**Hash (SHA256)**

b0171198fca05e0891b5fb4ecbd4448fc645744d3a558436b391bfc1a899d30d

**Signature (PKCS#1v1.5)**

dCl1QSpBwLBFk2iVFXuIVopyuo4LLtz8sI/djNH2AQk2V1mCzCkoDPtRlHiHn7/GU3e9Rd0OxcQQySO50EL0BZIxGiHtg9Z/EVrp/t+B8cxSCP8OZTBP4/wkaka1ARU7hRwejQ3XoK0eO5JSyhfA1jEGhGYFliZweBrXDR6DuA+



DOE: 389

Seller Name: Small make-up shop in Xincheng

Product URL: https://www.wish.com/c/64007e6e48a9abb54a04aeee

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/64007e6e48a9abb54a04aeee

**Collection Date**

Mon, 03 Apr 2023 11:48:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A2qo6r7YHCu5aV2Ebt8weJvnSwmBTO8qzknrP/er+M/c9IFFTDgqE+IhSRgc6Bijl4ejhu2lC0D5uX2bUw1gNNmI/UBLguKzX+zZ6OrTxH/NVkMywaiwPlxA7qAnGBtQwCT5rMnW3RC3qKlGApZfMuKpiJwEvfjSUkH7TPQdDiJA=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]64007e6e48a9abb54a04aeee]]_Mon,-03-Apr-2023-11-48-58-GMT.pdf

**Hash (SHA256)**

2ca0be79506122a69726658ff91bf2602061941467a36ff25898ba4cc2ff301

**Signature (PKCS#1v1.5)**

kuGXh/QmtjnWdV9TSD9vNwHgXDAREu0QJqhiX2K4cgtF4H/1DJjHg964Q0pf+m1wQbDJKn0q3uKlpYCKVWZh3XTNoica34QgkvDQmTyzN6dg1estMi6KuE9Vye9V8wuomwSYzO6gFkpB/O4oIFRK7Kcrn43PYfBuVF0ezvSj8=



DOE: 390

Seller Name: mangkoy

Product URL: https://www.wish.com/c/6073d9cea8aaed7e35d4d133

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6073d9cea8aaed7e35d4d133

**Collection Date**

Mon, 03 Apr 2023 10:52:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YXV4dAXXVXPpoDSskKaRQ8zRBNvUgVv6vKGHw/Fbe2mMUGoqvrlC9Amw0LkK80AbDbgnWZRfGjqBcGuc9Q2k60UFGLNzuSlC+HnHNrGk2iuy4nIffDG62N9FiMTjae8X8Hc/iOgrGzyZ7x7uDNRCPTsyiMmk69T9t9V3GFvuoQ=

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[[https[a][fs][fs]rs/www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6073d9cea8aaed7e35d4d133]]_Mon,-03-Apr-2023-10-52-04-GMT.pdf

**Hash (SHA256)**

46644c3f21ecad7889ec776c38266c3f6e75b6f4b28b3560657e4f649f65ef9b

**Signature (PKCS#1v1.5)**

DeEdqP+jq3q6KA47sSKlizuhDyYtJW/LmbMddb0K77iggByIqQccZ02Y+xGBbfjuQSgdQSP1NDsHdgSD/YtGUwyPUzsABWcmJuKkI8hvA8pLTAPciR7C86Bzja4tizQlNVeJhP00kPO9fWB+TKg8grbS0peZN1jv88+GJLB6IE+



DOE: 391

Seller Name: DGW

Product URL: https://www.wish.com/c/6239c9b3c4b7a712b2593fa7

Platform: Wish



# Evidence Collection Report

Page Title

SMILEY | Wish

URL

https://www.wish.com/search/SMILEY/product/6239c9b3c4b7a712b2593fa7

Collection Date

Mon, 03 Apr 2023 11:09:03 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Sarah Christodoulou

IP Address

2a0d:5600:6:79::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

Pd06s2M+Y8dU8Qk/VB3tgfezMoYCyQ8HXAjvf9Tp7sdRFJmyehA+wNwKrEiwPLdRAmH0ArWVTHZ9jhW1Ce4wBdGFL7ZPPDbfOmarnaw1QeyCCUpS7vX7aE4/bGj3it1IObOzoQGW/X0yc9oIu2cC6Z1NJMwoQZXgKU7iE491iF2A+

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[https[s]]s[h]s/www.wish.com[fs]search[fs]SMILEY[fs]product[fs]s6239c9b3c4b7a712b2593fa7]]_Mon,-03-Apr-2023-11-09-03-GMT.pdf

Hash (SHA256)

1910549c8bf518d9d36d37f1750bca3cdbb8c66b8c81ae6f642323a902ea3d943

Signature (PKCS#1v1.5)

ebpnDmoGjX0sVLqhMtQrWjxQrcTd6GUKyf+D3UGS8UbNXBCFzD60Ozf5gGjK8m+BYho7RbmQiTqqQhU9C5ZEQav6jZPokrrg+T0dglqw/8+OnRKwu1hTupLBem7HbXJ/w7/8dwrW/ZYYubjdB+BK35yc5sUoUUDKPLX4cBrkaL0+



DOE: 392

Seller Name: DIY Charms Jewelry

Product URL: https://www.wish.com/c/60e6bb165c8e819eb80806da

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60e6bb165c8e819eb80806da

**Collection Date**

Mon, 03 Apr 2023 11:40:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GZ0uEoTrtYjMp6KUtxmjTLgq7+RGzmMcPG1zVMG+lR9AbgxrrneRNHloYtFo4z37lSQLtrq+7Et0Ne9PCbMwHC5PG6tJmcV02ldNqA2D426+bW0DItIHs1QdVex18qh/LtLyZxnm0Wlo86/0/gR9wy2PZ83E58sjKq/Mmq++UHyQ=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60e6bb165c8e819eb80806da]]_Mon,-03-Apr-2023-11-40-39-GMT.pdf

**Hash (SHA256)**

c6bcf23312df15713d901fba644e8d820d154231715245507aa3aa5b867f6a6fe

**Signature (PKCS#1v1.5)**

T88GQt6FKwErANmC7IlUN43ahqX2lcl5/2md3GxchX7NNY/6dFzK8w51QLtFDYfKk4cMWA59EwmvNg5eC7YtZNEWKMeHw2VOb1zMejnqOOjwPlKDKQ9rGg1a0xi8o6rZSnxUEXFrzb7D0oMybbfGcMP3JxWRsEa+N8/nNYYnLeE=



DOE: 393

Seller Name: Young Power

Product URL: https://www.wish.com/c/63e49aec1fc26a97470e3330

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/63e49aec1fc26a97470e3330

**Collection Date**

Tue, 04 Apr 2023 05:53:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e8+P55bRsta/nuSVF8cdMmxlKOH51CqH1KhjrBk2iepnxLz5+uwLuEyvdJi/YAeh4TnqjTFsswKDHIVs/cGZCP5gbtEBOGy3E8p5mP8f7AAGUTw7d+Ar+kVc8xRZ27HPqnG7v0Mrntgwvsf3WW7yfXFpOvRzgbx2kl50Vx9U8Pc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs]fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]63e49aec1fc26a97470e3330]]_Tue,-04-Apr-2023-05-53-13-GMT.pdf

**Hash (SHA256)**

03a32f30a622b28bf3f6fb05abdbe667366d3be76347128bfc9561e401aa21be

**Signature (PKCS#1v1.5)**

es2+OBGUfRVlinQ/Z/z3DU5oeEjJdO/RgCimj2Wf5SZAFmqx6Rswbf9iarmLZIUALu5/4ASOiNxEt0LQSEpTmvq+ATjosMWdjjUG7nKsk6XmMATzakNSf9SDC/7fdH+7+ConWzx+nDI3h29Kd0dPggZBth87YvSh9CIVtcITBOuI=



DOE: 394

Seller Name: Yuanfanglin

Product URL: https://www.wish.com/c/614a9cb5d35740cebb9f62da

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/614a9cb5d35740cebb9f62da

**Collection Date**
Tue, 04 Apr 2023 06:39:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.113.27

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
eCl4C5iwfkRbvM6sjcIXd7KG0h2VfWzeDRLlj93PdtM1hm63/F796OhYQpML9pxQz0usj3i9Pw87WRLqb18BLTAV3sPz2xrYVLDUAqFeDecfUMcrEMicRKFZV8ZNnefETz+UTau8Z9/40BuQj6l0RP6LXj8SXmlUEO+HfPPo8>

# File Signatures

SCREEN CAPTURE

PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]614a9cb5d35740cebb9f62da]]_Tue,-04-Apr-2023-06-39-18-GMT.pdf

**Hash (SHA256)**
292196360dc708395931b9dc2ce6670af6ef438cb8798e904cecfe2840738f4a

**Signature (PKCS#1v1.5)**
J2gq+on4EGN4J12VJC2/SVF16M9Jy2LkVAzz1nuIZjSSUMFtv4rT2inP3uQlh4Uubk3Y4EbU63Pfew90RH0VQ3Qh5M62kt13xJhya8VC/QGrPgl6AQR+0aa4VeBKHck+Eydyj/u4Jo8MuCjvYnzxf5f/1dCruBu08/oktxAqXNk>



DOE: 395

Seller Name: Cute Ornament World

Product URL: https://www.wish.com/c/61869cf317b7f4d320a1b579

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/61869cf317b7f4d320a1b579

**Collection Date**

Tue, 04 Apr 2023 07:47:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SQVW0Um1YqB9iElBq41SEklgrQv7cDSEGZSzAbYuFwkyiI4FCtvU/dLtSJpvahaGojc4F+SC98SfWs4L1IzZ1PqTpw1USlqQUZb3ZVSJD00Di3cGTDkKwE0g0ajcvhhPVfiTkQQSZuvJ8V0ZpphFz+RHJzqCzVBR0tgJCenTeQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]61869cf317b7f4d320a1b579]]_Tue,-04-Apr-2023-07-47-36-GMT.pdf

**Hash (SHA256)**

133ea423ecf48f7dc257acdb8dfc063e376117bc98a6772752d491e0bc452b2

**Signature (PKCS#1v1.5)**

rrp5Eg92kldrhNrENGrdrmt0Y1w6M4tmXG43QAWPUhssxYMredIEdqZ4O44a7rgWs/awMWlmNWZCobynLUXvMf77sE43iczhWSWNKofbwXnkqktFlQtXlN3F7PepPYupk0v/Ic4/cMQ/h2W2Vh7KsbdFqpSMeWzoDz+V9rpT/A/Jw=



DOE: 396

Seller Name: st02134b

Product URL: https://www.wish.com/c/5f5610a39e6ce28a6147cbf0

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Clothes | Wish

**URL**

https://www.wish.com/smiley%20clothes/product/5f5610a39e6ce28a6147cbf0

**Collection Date**

Tue, 04 Apr 2023 11:31:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2605:6440:7000:0:66:203:113:98

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cyf/BJVyL9VAoBMkXwjd5mA4hA/6APC8fx6b+iFKTx/kZIsS7hAdElEP06rvqRZ1rQqrQf/hKiJUGUL4ZWU5zefxo4w1pmKjJk5UPKr6os+uvuUtYHJwmkK1VV2asH2+46ScWBel3FIJ06XPCJGFUtbjwL86Y6+6zZzNr7E15I=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20clothes[fs]product[fs]5f5610a39e6ce28a6147cbf0]]_Tue,-04-Apr-2023-11-31-43-GMT.pdf

**Hash (SHA256)**

02bb3575caafd780c23eee66749a9fba69a5c84d6a6f07624d50f0ebdc31335b

**Signature (PKCS#1v1.5)**

n5KYr5OAU2iRyl1C2mlxSUR++1yWVbnkolf8jaY7a5jj+dP3lE3dJR2+R+3LpTjpfBGcKhCll1WV32p6UmYZyrNrl0zcmOJ1lhdlckBK96hU+Ljg+Ea0KbPQ9DAdZVDbW7YCVeXDMirnKXXDCRN4pl4o9XHbSDWKr2gxYMhLAjOw+



DOE: 397

Seller Name: Mongolcaprexx

Product URL: https://www.wish.com/c/637332d81823c29e9e0c5548

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/637332d81823c29e9e0c5548

**Collection Date**

Wed, 26 Apr 2023 10:40:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

q3o8zMIdKrFnpBaYr6PXXNbYA3wmvIjKtm3T0sc/9d/5KnD6MJWl8PzaDEWwoaqeeZj1viTR2kQywSX1Az8eBfHE0tbnwustWvoU1iCUwwkuOT3UAjxG0MWXvzPkod5RSPSeqCHgdty6pRWzYpADIwH+E6AljC8Yh+rhQWZjfo=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]637332d81823c29e9e0c5548]]_Wed,-26-Apr-2023-10-40-31-GMT.pdf

**Hash (SHA256)**

752f1cd27061c24ea0cbb4298d4a0cb0ddb85e2521c621886c93990b329b3123

**Signature (PKCS#1v1.5)**

dFAca3cBML0CvMW0hfN/NSViD/poBz2bj+f6/KmKVtOqPggfEK9vbLajf+mtZHwuYdHQNT8f3BfuT24N3ubrTst+GkXqL/F2N+BG3g8hkgx1AIDuDAJE8khTeoMUFxYGPmOx3eynzDLQWcs8x73zy179mWJlqd6l24LrpLSnl=



DOE: 398

Seller Name: wensha store

Product URL: https://www.wish.com/c/5d1c18071a79ff63be7bd370

Platform: Wish



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/5d1c18071a79ff63be7bd370

**Collection Date**

Wed, 26 Apr 2023 10:54:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I3DvLyAdB78pplEVtm/+g0Nv01j4LVQ3Xb4nnT7DfDH1QnhQtWNLTottckfdevGv+6F/GZN/64Q94GdMRFuQUNg98AtbNd0x/x80JxCCFmDovOGphWWRZvQ07EkkyX/jxDLf9beHM8ytcSbaerDKvLYA6zSQPpunCYi4he4Ks=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5d1c18071a79ff63be7bd370]]_Wed,-26-Apr-2023-10-54-40-GMT.pdf

**Hash (SHA256)**

6d9621893ea98a255a6f1450f2466843b9817ed244bcde673f3106228abe874

**Signature (PKCS#1v1.5)**

EMGRqQjX8akH++/zV+t1R7lKexBK+Do0sgNM2iHQow/YUNwdgJ+Cjj2VfvmQCi9D8o5fRd9k+21anla4eyX97QA1F3Ra8e4yhl9OLtNM9P6DpmgdBEdLWGGM9zKik77G2G7DuXM2DmH7oN2HV1vHCUWWz3aLRPbH3JJd1pM6Xy8=



DOE: 399

Seller Name: boxiaohu

Product URL: https://www.wish.com/c/611b61d443f8f6dbc0cf0e63

Platform: Wish


Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/611b61d443f8f6dbc0cf0e63

**Collection Date**

Thu, 27 Apr 2023 06:05:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j54JMRTHxIruif7k1dFJ/9ofUeYLk3UNwuGMXVteXuIDTikkjwVoq9QpP+NoUUWB6YiKeYOi9IU5Ol7Uk9Oem/B2TVCNiIgT32KqWfv5R393HswYmBg/w1erzCKBPsnDa5QJeMfgANeJktN/I/oA06hN07ZzhN3xwswnnE=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]611b61d443f8f6dbc0cf0e63]]_Thu,-27-Apr-2023-06-05-12-GMT.pdf

**Hash (SHA256)**

847f99f14bf6baf19f20d874388b9766b3ebd5cd6e034099c442448a9b6980aa1

**Signature (PKCS#1v1.5)**

WJIiyQgchJeSbQte8sgc6upeYTBwTaSX0DOOpSFG2RmZrMLsPBkpj8P1sK9e7kpHZpGJR+tItklV2Q7gN21/EJI/lyMpXrPMALQ/k7mZQbfwjR6oRvKqXeDx1UN4LlrYmIxMcvaQ7QbTjipv+YvYsG4LfTZK0LBoiSQ6Uwt4+



DOE: 400

Seller Name: zhangxiaoying31217

Product URL: https://www.wish.com/c/6353b538776c4212f4808d2f

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Vagarytees 2021 Birds sunset Print Women t-shirt Female Funny Smiley t shirt summer new white casual tshirt unisex streetwear | Wish

**URL**

https://www.wish.com/c/6353b538776c4212f408d2f

**Collection Date**

Thu, 27 Apr 2023 07:31:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PE7bxpwij2Ex7NSo/0QWzL/9RNfB7xCw1Hix8hjgfdLNm1VoZuUUNQqRbbagsBCnCm4QFfshArVi7y/6vy2HoAsYezBkFamW1NR+Q6o8wv/JLwbNC1uCBx9AT+sIUCKHuW/N38Q3BFU5DNPixtVrX9Tkgg4l3jkQN7+c7hss1NxlJ+gv9pvEq1kPdPSO3GGNhZFkb7RPJVs8qDarTzEiVGtxO46bI8I1xA2Coc0FeVWJ3eiq9kAFdw87GWESwNWxjEQXGST0zJgAVU9OOtQPTP0DAgKCzhDRgnZCZkrZY7UW67SV5y+WS1UKMgQjg3zzic3Mtez0U4ZvmI3vBzvo5Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]//s[[s]fs]www.wish.com/[s]c/[fs]6353b538776c4212f408d2f]]_Thu,-27-Apr-2023-07:31:18-GMT.mhtml

**Hash (SHA256)**

d10becc0467224fd2278340675e22354ecfce5c1620fd2395c63db0cbb08e77b

**Signature (PKCS#1v1.5)**

d+Kf5gLVWYV6bneigOMick+TJtRfbQHtbr3RdjpSzntMhgvZG4sSkNHgd8lXsi4W+hswuiCyKSiRyyhdbFUf+81TR3zjLGRjKLTm0Xxdqc4T2A/hVMpi4xUgOl2zPsCm59TT8BJTazCusJjDFehwXs8aO8ZD3eigi+075pW4Zekcwoi7E/eiANUpr8CUpGhYhXGInN+MI5Y5tx64PjY3uolg0BvV48hZr/LPf4na1fj6226GGATqN/m9BCwX66MJJOl8eP9lVw31fG9iXYnbMm+yhbMs3OxVrOIHwCC8yLUKof4Rdpu/pQZR8fzETxVMF9P8TqsX61XDzsWvGECCAbQ==



DOE: 401

Seller Name: chenxilu

Product URL: https://www.wish.com/c/5b03d0cbb3d0597a4c7fc999

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/5b03d0cbb3d0597a4c7fc999

**Collection Date**
Thu, 27 Apr 2023 09:11:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
I6MiMI9lО+DFrWf3SppjSH2AZPB/ojirw1zaO4h82L2oilSqE02PwQlYmtkgvxBskhNqtdqKDUJQ5fzMgBO7IfV21ZALutg+33HewDxMxAu0+BMvOatvAji6SMNt0RqkrSpNTGxTio0cDLZm7lct3l+s29R+eJdkNoTqMldjdfi=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5b03d0cbb3d0597a4c7fc999]]_Thu,-27-Apr-2023-09-11-41-GMT.pdf

**Hash (SHA256)**
612f1736863556c4db2e7b1573225cb43100c9c420490793e804cd06c4ab5a3c3

**Signature (PKCS#1v1.5)**
cLUErkZirnfj9SXf+UZ3JrQeQuNY7rHwN5BT4P5eCjK9uBYp+mcpVdSnmx8ys9Vdyz+nYtiMeHWxAiHL9OGQkvFRai0S6FwV/qN87jKvxlQE233dXAT8dfrftMZwzgJaKAJZOmDEDvLsr.lq+lVckp7LJ0oxK7riHOCFWQkbBaaac=



DOE: 402

Seller Name: cityshopping

Product URL: https://www.wish.com/c/58c89a065719e853cff412f3

Platform: Wish


Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Sticker | Wish

**URL**
https://www.wish.com/search/smiley%20sticker/product/58c89a065719e853cff412f3

**Collection Date**
Thu, 27 Apr 2023 10:14:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
RQxEdQJTNeg8Z6j05ftTQCHmAhYpPoHjhMhV6gYBXiymfCUXAuEWwZ95Kvl9+YqnYfcv6ZZdCuuIGj1cpng2r2Ve+4J7uDGp9oJPnRsCPcfLNkKnJGUEuMomOZC6PAX8b0gGJjJll595pQ585qJsmWfATwd2kESYvix10x8EM+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[]https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]58c89a065719e853cff412f3[]_Thu-27-Apr-2023-10-14-25-GMT.pdf

**Hash (SHA256)**
d1094735cc4c3ff28b5aa5db13251f95d4e98af41045a278eee4703fb94ac4e7

**Signature (PKCS#1v1.5)**
POEhGzLul+3WOBwfyIvK+8/N5LGjHbpzh8KhXr/NF2kxey4Kx35JrmgyLleCx3OZSKv7Ebb1y2UdEJMpAVQxsr+d0BWNGzUpdgjXkuJA7qIaXJErEX3e717jv7tW+T5xQedf8kSzRA9tx7c47adhMfNf9RJL0+HrrAIWmT5Hrw=



DOE: 403

Seller Name: ziyurong Store

Product URL: https://www.wish.com/c/60bb6a90c8b421b977113228

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60bb6a90c8b421b977113228

**Collection Date**

Thu, 27 Apr 2023 10:49:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TzV2DcVRfDQ7iblZUqF7sNVLRL3Ncrbpsa29S/vDhAVclU896qV/fl7rj+fCbS/bZMUjTivON4lSuSd82ccz/aH6AzxR58ET d8zfOk0FQH7JHY9yNBHOBOdoF2zt3aI7jLv+Xg6rYqUNw83bn2VpoRkMxuy7FLR450MKS4DyilM=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[https[s][fs][fs]www.com[fs]search[fs]smiley%20sticker[fs]product[fs]60bb6a90c8b421b977113228]]_Thu,-27-Apr-2023-10-49-29-GMT.pdf

**Hash (SHA256)**

35f4bc42dad15d238a03fe9716558094c310c717e0a93d4201e4a82a97456de73

**Signature (PKCS#1v1.5)**

LdhA6nD4/GBwqJwHqfNbYVHiXi81tXB3Mfdt3a9HwtolTmUQrHWOVD2ViUapF9qlCSyIRYC5wH17J2ibfqdaZTj7knpT1nytFOo8O+wY49T5L6wZLVUo/W2o4lKCmnI+aVK1T4r5Qla4xj02u1NE4i442emBqU3hQSywqFftsTE=



DOE: 404

Seller Name: TshirtsEmpire

Product URL: https://www.wish.com/c/5f47ea9f6be2b7cc61b5390f

Platform: Wish



# Evidence Collection Report

**Page Title**

Halloween Glow in the dark Smiley Face evil face Creative Funny shirt Charge and Glow in the dark Costume Tee shirt For Halloween party | Wish

**URL**

https://www.wish.com/c/5f47ea9f6be2b7cc61b5390f

**Collection Date**

Thu, 18 May 2023 07:48:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

2a0d:5600:3:15::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hLbqGTKIXh14Hbc1QYk04de50x47KzgDzdtxMLkwUVxJ97Tufj6+nC9ZIYbevdIdMd8sIY3BfUx7nF7GbJD+GO4Z15L8oz4xeocVEAlLhc9IZ6VSQK7kjYdXQXKhXRdBKL9vwIm05F7PLsAHqAAzrizmnWNWpbawJpA1/rVUK4evbMKhniGLUofHvjMDeLNZbiVPdZyLyxymqI4LBIX3rFLFRu2S3zUsjZ7rApqrMeEwfPRDvWF2DaYeYLogaGmfzpJfsL29oRoul8Co/8IsupmoynBXkjq1IO9YmW8aG9hoBKamBadktmBHU7Ee6wojpgCcxr9jyd5R9KihLNTMBA++

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[jhttps[a]fs[fs]www.wish.com[fs]c[fs]5f47ea9f6be2b7cc61b5390f]_Thu,-18-May-2023-07-48-36-GMT.mhtml

**Hash (SHA256)**

f6e1edf165a3506a9da2182eda691b6aabf2076f74cd0fa52e071fd96bc6d402

**Signature (PKCS#1v1.5)**

cO+BTeKtNv0cUxyzIX+L5FIDC26x.J55dYUgMdyEsfHs7wfcV6Iv1zUc2opf3LYNMMV6NZee5PkHmAimBKlbrGi1qAllA5h3XrcwXKDSrZ1mDmxGr2B3WF1InThLA2Th1SOwmdQtsHnAOenKy9jCCwzfpdbhkr/34RA/Q6d782Jg3z3RJM8TRNzKpWFnSX5WTDqUeH5qSRbWUFG5gSM0zKNYrtaPCeWVh1Eq8TESC8IUKZWe8NT8VS78LAbX8JD87eGaa6SQ1nqMn54VeH0uotLXxsU/a8X0ECA9LxX0unYTlgxwNtSA++Ju9VTOQusJxo277tm4cUqcPw==









DOE: 405

Seller Name: marda

Product URL: https://www.wish.com/c/5a03b9e3afec1a18c6bd1640

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Too Loud Smiley Exhaust Funny Car Sticker | Wish

**URL**

https://www.wish.com/c/5a03b9e3afec1a18c6bd1640

**Collection Date**

Thu, 27 Apr 2023 09:08:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IwNNmADLt1e5Pyb/kWZl2XlJvONl5Xxtqi75L+MhxiJ24dBxcMVU8aQ/ulLQnDXNJdt0bMMOU24Lhn5vG54qr03U7ud/0p6L0V4Yil42u7sQWJ1hXedg1V8be5er7KN+fvNZDdJOPN01H9AlDbUQussgu198etMHsjw97WiagduBl8QfiF7sm3j2uwwhRVYzugrcmv1Utitiv5/TDzWnQ9zIZlcd/4L4/roiohe6ZPw7MYi6f5R7ylUvCv1MTcD1Dd5w3JA/5t9XDF/eZYkeEDLzHjLUm8QM4L2zmti7CtR0le7djDhjJ3o7pAVeY05iXg28wEesvuyhRXqpmMjVfzFQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]c[fs]5a03b9e3afec1a18c6bd1640]]_Thu,-27-Apr-2023-09-08-15-GMT.mhtml

**Hash (SHA256)**

52f8b9d0149f09648c5c1e5f0a3042eacb6cad83c0505c820f03874f8b575fd5

**Signature (PKCS#1v1.5)**

klkQq7FclptE7CyODRcXbmDfODc7T4FJa2O4UH7f+Zm3hj72Ve3j88gNhk57UULUS6TF9NCpKVQXK8XXl33P5i6hsyzJZmN0Zbk1FAeOKzWOs97xD6Z6qdGzcQXshqXDXJyKA7S7yAq9aaVENrmRCZvxkq7lEvS/g0+kj39XMyAdGodAkf/bRFJlbmEvUcQphLSYUL1zSN579MxJnzycygm/L/X6XvXRp8RagSTPjWKdJ8JCYcZEF69OQVs1Px1F5ZRvytB00yWc/r/oererADmhPEbgv/28y0j0qM/rcU9Fr2ZOUIYtvEw1B3IYQ4+VrVjsyxk3w0o8eQ2HDw4sw==

wish

⭐ Popular    ⚡ Express    🔵 Blitz Buy    ⏱ Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Health and Beauty    Drinks and Smokes    Home and Garden    More

Automotive Accessories > Accessories > Exterior Accessories > Car Decals

**Overview**    Related



**Too Loud Smiley Exhaust Funny Car Sticker**

**$2.08**

4 interest-free payments of $0.52 with Klarna.

Learn More

**Color:**

Black ▾

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Spend $5.09 more to qualify
Ship all eligible items for **$2.99**

Estimated delivery: May 7–19

**Standard shipping**  $2.99
**Flat rate eligible**
May 7–19

**Ship to Store**  $1.29
May 8–20

Items are sold and shipped by marda



**Description**    Show Less

Material:PVC
Color:White,Black
Size:W13CM x H6CM

**Reference Price by Seller**    Show More

**Sold By**    View store

marda
4.4 ★★★★★ (3729)

**30 Day Return & Refund**

🛡 **Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.    Learn More

**Report this listing for inaccurate information**    ⚑ Report

Contact, Policies & More ⌃

Say 'I do' to savings
Up to 15% off to plan your happily ever after

**Shop now**

Discounts may vary by country.

DOE: 406

Seller Name: Royal1878

Product URL: https://www.wish.com/c/57a964a4c239295ea7ce26b3

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/product/57a964a4c239295ea7ce26b3

**Collection Date**

Wed, 26 Apr 2023 10:48:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J7HTY+WwjMsLsvVsw1Cb8yR0c2pd8EQcUPSBYDhQgzHN9yXEZNo9hjDCMNoz6Udc6V1VatyGS4YALJBcvxmd6MqEQoBSr5riXUDPZK+v1bkADHqu2dTQspWHsbDLW8+F6fL+BSYBCrffYSblmMh6GXauWXv/dbi1bVP/+AMdeEQ=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][h]www.wish.com[fs]search[fs]product[fs]57a964a4c239295ea7ce26b3]]_Wed,-26-Apr-2023-10-48-01-GMT.pdf

**Hash (SHA256)**

6736ba60188738 5c33b4829e2ecfe62adace16a3906b6fb43902f1bd5f013db11

**Signature (PKCS#1v1.5)**

KWrtcLclo7bQr/klUGYIsIReQQ0DzM8MZXcbSFb1OKGjqut0Dur5YlZZulYK5rTIHpY9XI836JwZCK1sB79ooLdCM68KGCw/ZXGDZJFfYNJFZ1U7mhsA90nTujCS1X5bkc2Y1zISGF06VnKOovLParg/MQsyCLFVmLhlTrPqsOM+



DOE: 407

Seller Name: shangwenbin fashion

Product URL: https://www.wish.com/c/5ab3250e1ab08a2ba3d2e529

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/5ab3250e1ab08a2ba3d2e529

**Collection Date**

Tue, 04 Apr 2023 07:26:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dXx28D3z20+10yryd0STWAC7sTfJhlwRDxuK0vCocnv/6UD8SdJKPk8S+sIVyp9MANgPTN2wYpwoG7gfSq9J7iFe006pjZrch759/cfvCD7hNVTYtMSCZqHV9V/YtJ2BWTDwWoh+UnDn0jzV3Gcd/ZVjFzcIIg163U8aYq5IzcYc+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]5ab3250e1ab08a2ba3d2e529]]_Tue,-04-Apr-2023-07-26-57-GMT.pdf

**Hash (SHA256)**

b8d207019d2e34a2b116d0bfa46e43d69d48e5e6e3a9fe6e0c34114d0ac5aec9

**Signature (PKCS#1v1.5)**

NP2jMaSCyV43TJDwwk4nAl50GJASSAkrePrROFnyMiWnm06lPpnsFc4Nx+TkK63lyT0213cjtyGE2QSHixWxT4finfQvB9jjpBpaOlVN/eSUa3vUT7PsuhKdm+CuE7Q8aBcClRka1BpD8dF3s22Axnpt7S5gadFFW2PLRcjg2Rw+



DOE: 408

Seller Name: duanfuqing07253

Product URL: https://www.wish.com/c/61a8a0c87945ae7a10bc25d0

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley Clothes | Wish

**URL**
https://www.wish.com/search/smiley%20clothes/product/61a8a0c87945ae7a10bc25d0

**Collection Date**
Tue, 04 Apr 2023 11:33:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2605:6440:7000:0:66:203:113:98

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
B7030fe0L7j3ZG0I8XHS/5cx1VmRbYQzubICU0hnSRVocox0FdMuMAaifWuxA90qXYTwTAcLrPfLdg29Mt0JEDXJhb1d1lz7Me7puipzNFbduCZZwZtNkDYR9QCj2TXfyxFbV02CCBHq4I8/1bzZMtV778G1bojObM22L783zV0=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20clothes[fs]product[fs]61a8a0c87945ae7a10bc25d0]]_Tue,-04-Apr-2023-11-33-37-GMT.pdf

**Hash (SHA256)**
4fdc2173cc4ea7de2f6b9c9b51237561660e070fc9cc95c7ecd3256ac546ef79

**Signature (PKCS#1v1.5)**
IE8JJg0ZWb0kO5oOuZXeV/y1xKbuOoWLETvqr4UqdFm0y0Fz3KfEoiVspaC8Fb8y0hdclyOVKG6AflRUZlgDUF/dKOztY8f0imCLDr1+GhH92t/k50f+kiA2E/0t6ERUJB4K1XUme7ZrGpRty6akWB39kl8TVnqfPTWQayN4+jw=



DOE: 409

Seller Name: Donna Manning34

Product URL: https://www.wish.com/c/60000c22fd62ba137bb71297

Platform: Wish



# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/60000c22fd62ba137bb71297

**Collection Date**

Thu, 27 Apr 2023 06:59:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bZoPWArCe6L7gaPAfDuMYkkTwZyqU4codtotTGzQgDWnCyNhngvRRcSp7jahDn7PQRIW+MV+joHy73GvZf3c5BzYKENpQypIRS5vQtHYzvHazhpqSzHOym+2DZeSUKqj8jroK0mZJErVQD1slQUPeY8KovwcGUR0yu+nP4VXing=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com/[fs]search/[fs]smiley%20shirt[fs]product[fs]60000c22fd62ba137bb71297]]_Thu,-27-Apr-2023-06-59-11-GMT.pdf

**Hash (SHA256)**

e834e5ce9455c3ea6befce33f1066e4cc30ce8f87e458f6f1248cb6c3e4dda4df

**Signature (PKCS#1v1.5)**

Ez4QIfYH+XZjvrOVzs4N0CT/+NpXRNk3csTG1ruh5hDw09wsMyguhLVpWCJfzrtTJ+o6CicB60MhSS/2pW5pKwqdKSGsvR5frdog2kwcND6QiQFmnl4efh1es5tqE2f67yxkSgvxU4zb+ChSBHP59FLO8S9rRexuZ+5O3RrTHXk=



DOE: 410

Seller Name: dingjianlan

Product URL: https://www.wish.com/c/60bf429fecdca65656699e68

Platform: Wish



Investigator Name: Chris Stavou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60bf429fecdca65656699e68

**Collection Date**

Thu, 27 Apr 2023 09:30:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XyIZs82sP6oyyy1YzdU2Mm4owHDnrIKJvf8eOFhbsH3K67yS7CDj0zPj7mtvF3k35jXicD2wKpmUwnhxWkqfm1ZT4Ka06rLSpyk6hYkCSsx6a+cvAkfOzTcnStJMujZuB+fkjS5QhK6EK1WZklc4NBVSKwghgZd0NGReUh6kzkU=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60bf429fecdca65656699e68]]_Thu,-27-Apr-2023-09-30-01-GMT.pdf

**Hash (SHA256)**

450bcd967c617a1ac79bccc7c86e620273506e14e542bc087e94d1c599186855

**Signature (PKCS#1v1.5)**

fTKw3hCmuFZ7OCwf1UhwYYY7iWCHyvXnBdbNYxt1/YZhcAZff1Q5+W1qrs9uWlR7HXgkugl948jM0USz/vda/Vh3FcZxoVCoeYmrN6bo27D+8tljrJcrB47hPOvn5LMTS9A4ozM8A/i/W8rbcfmhPVPJgtTMOXvdaDIdsD81l8E+



DOE: 411

Seller Name: international jewelry accessories manufacturers

Product URL: https://www.wish.com/c/612a73524f3c3b3e0778fc61

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/612a73524f3c3b3e0778fc61

**Collection Date**

Tue, 04 Apr 2023 05:18:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kCj9sk2puKJkK9Faf2+dR+X7ld9tuZ1CgnReah6RtE6nzAvli1jU0conYFWk8eDBwULpHFoeupst+IWilHrJbJoayXgHNEnHJyOeoaQsaEH/AYM12/uDFqX0aVl8PCXwvmQM0E3szGT5NGeFJHzoD/TW4RT/qgMvW3bdl0dS9Co=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]]fs]][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]612a73524f3c3b3e0778fc61][_Tue,-04-Apr-2023-05-18-01-GMT.pdf

**Hash (SHA256)**

2596d507a32e17abb728444b78a3851ef0dd3de376b95a48844bdb0379d56771

**Signature (PKCS#1v1.5)**

gQdP8E/Vw0aWt4V/yCxoSd/W7RPdmmowUD53YXeraUc1rPOEBVGketYj6ALOWCyDMfuZxVfmyHHJ2Y1QE4Bq4T4+vFxS85pTDW6gbwtf/im0Mq+Nq/LqS7odi/AeZzHNbRxgKSgU7DIAMJMJxHA5JmYxsTMC17l8ooChmOB+ttA+



DOE: 412

Seller Name: Miss Kiki Gao

Product URL: https://www.wish.com/c/5d5268790a396801cc41d378

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/5d5268790a396801cc41d378

**Collection Date**
Thu, 27 Apr 2023 06:06:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
FuQvQlJu1CMyGabK2ykDuw/zfKuZ9Nu8iLqLyDD7Ij+NNuYh/+Q6t2gXrbZsXbZb2aSwgUii1qU5y5JO/PEp3dhwSnlF41kEdEd0QlAnALvcyKB1RZtYLG1WyRChE+4ErFkj15ou9juyJ55VF2MbYKXFZPmOt1YP8tcXViP4Y=

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[]https[s][!s][fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5d5268790a396801cc41d378]]_Thu,-27-Apr-2023-06-06-44-GMT.pdf

**Hash (SHA256)**
d384a9d5ccb8ecd91e67a5486256a461f0753fd3850d662eda258f12967360f

**Signature (PKCS#1v1.5)**
r6ydKtiA6vbWCRRQwdEDtrdjTf7PD/WiYbJy1N1LHZ8po91vLkM1FHkwSTdY/fje9YwNNkAgB8M/wbRmfwBJRjfBuuP0bkNaRabOgHBiMTyxCYgBHeMyOUspQW30RlOik2khz19EoZfiwLFiBPtc2Z0ey+fLN2lxTYoD2a0pzo=



DOE: 413

Seller Name: OCEAN BLUE1

Product URL: https://www.wish.com/c/5de9014a05957138266ebed6

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5de9014a05957138266ebed6

**Collection Date**

Mon, 03 Apr 2023 10:46:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VEBoPeCEvNNf9OLoJf6vrXaYE5fyPuWs8s0Re7dqElQvVEGr98J0KxuNDQa9wu+9LTovK6D6WFcDBd+2kpRA0ZocDIOrZg3p28DvPdQ9XGadDJqLmGM190wmNDfoiTERCR9CghhJEcUVtApSuQVzDTO+H/J2Mj1HnKg7mtqU+Mw=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5de9014a05957138266ebed6]]_Mon,-03-Apr-2023-10-46-07-GMT.pdf

**Hash (SHA256)**

41eb7637c55fc14785fbc3134436c9a73d1d31caf1fb8bf9249ba4fa42d40bfc5

**Signature (PKCS#1v1.5)**

Azr+BK09n7HgEaVrhLBFc6U86MGK02gkmuGpyMM6Eb1arWfOrsS7YAIIvSHskpZxuJqFSbTt3aUT+bJDNL3kuJNovr3k/fWAWxBzt09CG4Ni+CTEJROBhZq2LGZIsMNc4u1NouPKu46+7AYGT3rMGshpg78xqTuB8N6wF2ByVI=



DOE: 414

Seller Name: luolimei

Product URL: https://www.wish.com/c/6108bc2caa540e534d89f771

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/6108bc2caa540e534d89f771

**Collection Date**

Thu, 27 Apr 2023 06:43:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jfS2hXNzWULbPUuCQq3PY5aHnzvWHQourdqfYgs0tgNK2GpxHF4q+idPDY2oUcP5A3pvDO6AXPT8/abrqTurnfpTPYtm5sVu9I0hfspuQFLI0wy66MTjDjcvMCsCDNqbk00OGSwAxl0gm0YUQIQBkbq7K4+Wlr0DRO/MZxrgDxE+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]6108bc2caa540e534d89f771]]_Thu,-27-Apr-2023-06-43-30-GMT.pdf

**Hash (SHA256)**

fdf497bee7802a42b96dca4a2e0a3400ae92f59380b99eaa21127fe2d2d53925

**Signature (PKCS#1v1.5)**

eUZNd04Ue/TMuFzc+GVeyGZnk8Aoo1cczad2R+0upG3SZY2rjsVkVNq1F4dzcdKLNwLJ+zVf3415XJXG4CQ5GWUbwMoY9WeRrWfpBfRwshWecTWDY27OBhP6Sol3sQPbanwFKiEXnJQsvBCzkCOlpp9rXaEU3ZnWyWdpBaJg+



DOE: 415

Seller Name: JGB888

Product URL: https://www.wish.com/c/5ef460c6f071973cff76c6d8

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5ef460c6f071973cff76c6d8

**Collection Date**

Mon, 03 Apr 2023 12:17:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

l6Ly998fzN8ggjMn+9LRpfvGRQm/borDtHLd+cSzHTaMrCnk4+OyXsbXS2bzt7CNLkooUZKmhxlht5Wh39AxcHiKB5OLZE00PrcFAB3YSbE9g3ujfvBfsegvsaUpxhjOwj2uVnyeoRpUyuQcq8L0AZbHZiW4Knd2E4+WMWURcqU+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[|https[s]/[fs][fs]/www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5ef460c6f071973cff76c6d8][_Mon,-03-Apr-2023-12:17-14-GMT.pdf

**Hash (SHA256)**

87f692eda16783615b331f9650516bc70785b0728561140e49294552b4daf416f

**Signature (PKCS#1v1.5)**

b4AOStTb+oV3Skwv/STO9vfUpmrs1rTmzXVvIua13RBDtWwvutI5W1QxQ1J9kdX3r+83xjcVNAVN9S9EWj9wkQeVNjw/VdsoAqslCOvNZ9C3U02+giVECLF6L7KVTficj4hUizaYsXMioEEn/0k0QURjEwhxTIY4r6WK76esqc=



DOE: 416

Seller Name: JehuTanydx

Product URL: https://www.wish.com/c/5d9ad2361e471f0feaed5812

Platform: Wish



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/5d9ad2361e471f0feaed5812

**Collection Date**

Mon, 03 Apr 2023 10:52:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZI2e90o6kZnBrzlJc27/GyHcxnRqZoXOVtCJKlXLKLHGVcl/0it3FEj8lLww6E7axZhRHDG9EVJB83E70YENy85s7jBoKFHVAW9vDOl0Gp5GtMfHR+htAdpM5ZBu7PLxGar8dgk4oMEJ7n0GjagCTQFFWk0uQmOQZp5vH0YpellU+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]5d9ad2361e471f0feaed5812]]_Mon,-03-Apr-2023-10-52-16-GMT.pdf

**Hash (SHA256)**

beb2c13aad5dca7730054acf480a31160581ad9f2caae764c3c165aec7b34640

**Signature (PKCS#1v1.5)**

dwJ0ajnlHOFsfqTKSQde+M01MTBTQHO5nCK8UGB+yU6X14KlVed29oKvVQ2Lq9dDAcWYZu+BsYNsTCYmG7VabPyvQuBgpPtCUfYK6fEmrGsxOVYnMchhSi6hsysLOl8H48GRABlZpUxoZ633Vt5BLBLd7eXq0uf5yChDDYk0B2g+



DOE: 417

Seller Name: Funeral Tin

Product URL: https://www.wish.com/c/6121a627646bb0111e54b665

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/6121a6276466b0111e54b665

**Collection Date**

Mon, 03 Apr 2023 11:09:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YSzjQ/zl0cKK5hswkj42KMOqMjZtsvSqWwYKA7Ojh/PyrgYO3LWjwukH4yaJtdMQtMKN2EpyU3O7t7k61lHp1VAmuZatlN8cO1A6raE2eZucfRZPo7JOW2cZ32JwMPuWYKWSivXGMymSxctz4s3R1sLqftcn/bWHN7Op4hzgY3Q+

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]6121a6276466b0111e54b665]]_Mon,-03-Apr-2023-11-09-33-GMT.pdf

**Hash (SHA256)**

efe20fb5febb4d58b6462a7c57c4110ef85b4b26e69a1618089503833f1adcc0

**Signature (PKCS#1v1.5)**

YkiOHgUW3iW3w0JGsUNtSaRBlP7VD7mSqHByMVtut0idBHFhczM2GFhkmjBrgEQBtCgi5NGKai5Z5/c5xB2BZbw5NQhqFap4kH9Y1ElKD8lyF43hnRCd8xWGapkmdGf/qtdITGbCvezmJDAVZ0NTuxKuUk2QPe+xWcjBiLicfuE+



DOE: 418

Seller Name: Electrphon shop

Product URL: https://www.wish.com/c/60bf264194207c0d4793d26b

Platform: Wish



# Evidence Collection Report

Page Title

SMILEY | Wish

URL

https://www.wish.com/search/SMILEY/product/60bf264194207c0d4793d26b

Collection Date

Mon, 03 Apr 2023 11:42:38 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Sarah Christodoulou

IP Address

2a0d:5600:6:79::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

qcWoYqH/LLCGMB37a5JZFzjLsp4KaLWi9PjYYCAScSNifnDznQGR4HXZGu8Gc//s7EUK4L0oixlR5+yHu9GnbOSnTCjOvA3f11idIZr/bjKqu46u8qWZ/Ed7kvg4D+MiTG/bWnyeK1oK0WWJUVCh9Mlb3QuwdIGpxaY8kIMb6l=

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]SMILEY[fs]product[fs]60bf264194207c0d4793d26b]]_Mon,-03-Apr-2023-11-42-38-GMT.pdf

Hash (SHA256)

b2c1f321ee4622c53580847a79ccea764fd982e26f838e347fe469fbc8560405

Signature (PKCS#1v1.5)

F1ofm3NtRliV/jkL4H9WJuJLrN8UYTESvLvL/urLJxQmnCy/mGEvBPbKh8co3ko+I3kN8xvvw+6aSVpGYJueLk3OoeyeSd5e8u9AAPAbZAtGQVUxs6pWKGdBiqjtpSiCmoZjBBVCjtwPMMY11WgRHHJnd5VMb+ut05FY/iX5CM+



DOE: 419

Seller Name: wangxiuli6950

Product URL: https://www.wish.com/c/60eb1d2a5b1954006c2cb690

Platform: Wish



# Evidence Collection Report

**Page Title**

SMILEY | Wish

**URL**

https://www.wish.com/search/SMILEY/product/60eb1d2a5b1954006c2cb690

**Collection Date**

Tue, 04 Apr 2023 05:54:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:80::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ng0eFO4LIOP6y2mZGneVDLHd63DHV+VTVEVh5P7qMszlYJNFNb+SKfD29qj/0Z/HRsbRXa/ElOFFw/UMcTKbsAPSjdd52QlenZ5rj6hk8Ku6XjJvgwLO+QHs2VLtO5qqwNDaOWGltPTw2ne2kSHqkbayvjysd8qeDU/zbCVjD8+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]/[fs]?[s]www.wish.com/[fs]search[fs]SMILEY[fs]product[fs]60eb1d2a5b1954006c2cb690]]_Tue,-04-Apr-2023-05-54-14-GMT.pdf

**Hash (SHA256)**

fae6523989e8efb50bee98f9bf09509d485556a9cf2e74df0b44a025b2343492

**Signature (PKCS#1v1.5)**

LtBl6Pp171fLkSKdGC6s/qH+tg6PTxQEnjxqgsW3a0uy3yjYtsr3oKtdnwnyiZMfp8lVX8aGdeJWFaKVGjvGYSgrMPmZ58ps/aAt/HhjUwShY981cgJJEbULnB0thSTWNxPNJDijoHKwG7ckV/StZVjrUMyrbh4zoxlXVEUTQ+



DOE: 420

Seller Name: zhaosicong2262

Product URL: https://www.wish.com/c/615aca802426bb85d7566916

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/615aca802426bb85d7566916

**Collection Date**

Tue, 04 Apr 2023 07:22:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

n77zP5z7FpRd+1Uc6PmaspsP+X9EP1sbLbZDGU3LHQ2lYz1L+MLUfFlTC+lR/ZXH6DCtzl9xApa0btWxx+WpHdgEHo8htANdYRuiCKYZWWuvT8jy9RYNbKz1c0qO4vgf2HupirepFt3ltkZTRZHYK4xGHx5+0jKubLRPqEHmYH0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]615aca802426bb85d7566916]]_Tue,-04-Apr-2023-07-22-14-GMT.pdf

**Hash (SHA256)**

6f546f1e684ed719fa76dcba1155d345a3a5e5ffa94d2f560bf818d5a4cfa01

**Signature (PKCS#1v1.5)**

CGHruMAMPJEqeD1g8soNPblMPy1NdZnjSB0xASrMfKOtcAADdiSbSllfhlFek0n+/A+psMCQFQ75Kf98MOtSGVjq3Uy5nVVr3hY6NGEJf/PA2CZNoKKiOJXo8pCfMe/s1R/AEUlqRn0gDJWg3Cdr6Xa5kNJpw8nxUj8vNSwauM=



DOE: 421

Seller Name: YIJIN21

Product URL: https://www.wish.com/c/5dff2ce997c98621b938190b

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Hat | Wish

**URL**

https://www.wish.com/search/smiley%20hat/product/5dff2ce997c98621b938190b

**Collection Date**

Tue, 04 Apr 2023 07:47:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

K7TYzSAfdcXZ8oQZVZKKdkKeq9Y7/StkInzkY5vTdNH19htwbtScdVbXzswEa3x3TVB+j130iJm1GE4k4czQGbrIY8QiqrWWcASo0/XV3poqhkaezj1kw0AL8JOtRyZ75/fxkjHRbYjJjKQrMLIxT5CVjq+kTS+tX/UWUgBq+cE=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s]][fs][fs]www.wish.com[fs]search[fs]smiley%20hat[fs]product[fs]5dff2ce997c98621b938190b]]_Tue,-04-Apr-2023-07-47-57-GMT.pdf

**Hash (SHA256)**

fa0239dc84a23e9301ea121544a3d85e5dd2a88a34666cac98e7633186f2f117

**Signature (PKCS#1v1.5)**

oESM2fOGPm6XFpBfy7ZwiUAbvM0kFg4e9Btixp6FWiJIqPq2c87TkliGeq63OayBq4ZSaUrVEPQm72qp9c4o4imdxMg2E7eiiX+YgGeeelkk5wl9UyAIAAYDjWSXeCI3U3I8V/56u7kyPoJdanA4oZmRQ1HKm1+jriVMQUd2TptA=



DOE: 422

Seller Name: tianyouxing46003

Product URL: https://www.wish.com/c/60acb3310a2395dc685b8599

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Clothes | Wish

**URL**

https://www.wish.com/search/smiley%20clothes/product/60acb3310a2395dc685b8599

**Collection Date**

Tue, 04 Apr 2023 11:32:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2605:6440:7000:0:66:203:113:98

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hYAj67xYkYeUHQD6crqbvU32UA9BmIoWf+ZkesW3tZgbSUFGyHxl6w02yfBIEDrylw/GFrDAt/+bGiA/QDMEbvPjmvsx7DHf/9rMnTEW7QpgTOvS5pnJ+ozq9whGJLo53MYlFuUu2rQM8tvFODBrka8iyXh705T99wMO+ip7l+

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20clothes[fs]product[fs]60acb3310a2395dc685b8599]]_Tue,-04-Apr-2023-11-32-34-GMT.pdf

**Hash (SHA256)**

ad7e5f595288b4209b1bbe58130ac25ed68e68396210df386cff9aa17049e59

**Signature (PKCS#1v1.5)**

CPI2tsVO45QIAoyLi34Kkr9Ip9gyLtUbLUwy37A9UH2Jc96AUdaWwC0RkNyv8VvprfDCA/sEuSoMJeY8k6Vjoyg0ORCeEa+ZFqO0WX6tcFqa0HK6rJz06j8jzn0OJq+wiJ25QLdXU26i8K2DPhWmp6xMT7X2jxaBWTLvBXzHKwJM+



DOE: 423

Seller Name: yun888

Product URL: https://www.wish.com/c/5bfd23f0df89f43c24c55d61

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/product/5bfd23f0df89f43c24c55d61

**Collection Date**
Wed, 26 Apr 2023 10:41:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
bm8WzKkHAWhMLoPbjpKX+p3CEN7P2sPRw7mP48vel20ppNvS3xD8Pdqww5t/2e04btUznrZf8mNTPit+WK23GAqwaav5pdp0TNFCYcdzW2PEG1sAJh5gipq8TX8ifStzvAhAQPDPAQ1F7dcuLm90Pu5Oyzfst3vibvRmUFQ7c=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[https]s[fs]fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]5bfd23f0df89f43c24c55d61]]_Wed,-26-Apr-2023-10-41-56-GMT.pdf

**Hash (SHA256)**
ec0e25f191001252f7dd06d79b6913044db60d848bcd2907a3b290361d3d4d3

**Signature (PKCS#1v1.5)**
CbQue+rNjr60GVvYn2eJl3/VA+bPcxtypf/vl9rJY0/ivYgmkinkOCSsRSRVpZ+VvOpvIo9jqUmdyX0Cpj8yAyhAhqn/eA5FEZY6U5cPDl0ADrJ/vzygYIjdR2KDuk0SFU9j1enyO7m5MFRrB8kxVgxBswvCV4AzIL9sONlTbsc=



DOE: 424

Seller Name: J-YANG Shop

Product URL: https://www.wish.com/c/5eb2b2284054841f42f1fceb

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Smiley | Wish

**URL**
https://www.wish.com/search/smiley/product/5eb2b2284054841f42f1fceb

**Collection Date**
Wed, 26 Apr 2023 10:55:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
oDtdFGA4Yqc/XjIK5fY/uujR4jQaa0nGih8/YIPIeJ3ac78v2bOlFRnkIXCceEKg/WN3L80A2tBZebVtdFqTKeRfXV2HUIK+RNQd3EX1bMUrtOdtcjbNQDFlasWrQ3wnn6qZwXiA3ITsM2WVNn48ll1E7IgEmsKB/xKrhAbCesk>

# File Signatures

SCREEN CAPTURE

PDF

**File Name**
screencap_[[https[s]]fs][h]www.wish.com[fs]search[fs]smiley[fs]product[fs]5eb2b2284054841f42f1fceb]]_Wed,-26-Apr-2023-10-55-10-GMT.pdf

**Hash (SHA256)**
eac07eac6b05e6dba1c87b37ae572f9358c398504a7e9941c1ccf320f7b13420

**Signature (PKCS#1v1.5)**
l7X6Yjpdbv2mSSVAPPQP6Y9NxjDVGOnAhLYdLLU708DDTORbQd50SkwtCNTgH3pEfB6YF8RN8kVqxq32PqanFrFb/GCLtzpXjQin/mbW6UKSm1NXO9kLG/Xo5AeHNEKhsjpnIwNYDysrk66X4z+48Dxe8BVALWy5Q6cqt9Lg0UVjI+



DOE: 425

Seller Name: tfyeree

Product URL: https://www.wish.com/c/615fb968df0b9ce8c3e2f014

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley | Wish

**URL**

https://www.wish.com/search/smiley/product/615fb968df0b9ce8c3e2f014

**Collection Date**

Thu, 27 Apr 2023 06:06:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d3hvKi19qRehEr1PPz78jsDNZ4GVyC5ur8gIOnsw1dB+LaUwUqrp3VbiUxtdjyzhtgCFuXWQ0i1v0rAnRcDY01FBEd6y7CrUUoHbi/4hYPYESgQrk5tKQ27ypwjRKQYzableHUi12Pa9wEPyS/7GUM5RLFRBfmxwcluq6HTigiw=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]]fs]fs]www.wish.com[fs]search[fs]smiley[fs]product[fs]615fb968df0b9ce8c3e2f014]]_Thu,-27-Apr-2023-06-10-GMT.pdf

**Hash (SHA256)**

2f6633c7f4d7200b0955a2bd83d4c62cbdd2de66f0f9a5aceb122769448e5291c0

**Signature (PKCS#1v1.5)**

IDpj4uTSFFzV882vcMFZv/FelzrTi55Q9PTuH6gvz+ubbf6ztQd9vk+J734rz0u9GL7eLSq9wF8rPghngWUgVZfZQBSmXw9cmc2GrEthXbbKlzrYi9/M728fuuck66P+PjfHYz+ATA3U+JnrM12ZLJarC5r551ytSyX8YxIB/jc=



DOE: 426

Seller Name: LikeFashionShop

Product URL: https://www.wish.com/c/643539f36c928b4179b9313e

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Shirt | Wish

**URL**

https://www.wish.com/search/smiley%20shirt/product/643539f36c928b4179b9313e

**Collection Date**

Thu, 27 Apr 2023 07:35:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

L17KOYI08vR7epNkcs1HOv5Fabsf0shyEa7RZR1AfC8y9u6rnjdVGmJ7910tAkn/JXVq1DI3dYdjTHmNUddjcOfbMjb7jfeFoGOBfrKeygg6gXqUY9u7ToONRFpiphxTYRlg11OLnb5hg0cm4ApXESWcdI/44vgfsxUD0AwocgF0=

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s]fs][fs]www.wish.com[fs]search[fs]smiley%20shirt[fs]product[fs]643539f36c928b4179b9313e]]_Thu,-27-Apr-2023-07-35-56-GMT.pdf

**Hash (SHA256)**

4057b26552ba23b555a12f005cfa9ee3ad0a9b1166ff89e5e2fe7f6fb4302eb93

**Signature (PKCS#1v1.5)**

PYnK/LuvmEdpmEPwMlaCCrv3cOk2aFBLfAhcekke8WS2xMGnfVfNO2+pwLuIZmr7P3mr4YvcMG+SjVjzqlk+8ej+jyW0imcggcTlct3V8v5fEMpLidEMojv7mip1UrQHjQUcxExsu8VyavzU1dGAAAlu6pNCCuHyWqHi9XqnGSxg=



DOE: 427

Seller Name: sumail-89337

Product URL: https://www.wish.com/c/60bf1e64cda6151528892fac

Platform: Wish



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/60bf1e64cda6151528892fac

**Collection Date**

Thu, 27 Apr 2023 09:11:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QQGu3rVtvl5JJ1qHM1NXBHLI/XBCO+9Xb8JH4hC9VS20Swoo8a3/bJILl8d/71OVmRFi2yvNZSOtjhSwdcoshBtSwr05J8F5w2YayIZFAEUZzYBdFCBdt13Xv3GGsKX1ijmIV3USM6dwefmeyq8opaDUYuaf+vz07s8hpeZ8juk=

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[[https[s]][fs]]fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]60bf1e64cda6151528892fac]],Thu,-27-Apr-2023-09-11-55-GMT.pdf

**Hash (SHA256)**

fa4c5c175a7579e5ea21cd844523730ec17a413526fea46c8f950d13f620adc5

**Signature (PKCS#1v1.5)**

o1ZqfD8E19ly110q3O0dU/O4ChhFuKmOt6r7hn7AxR88v7G3hHtHUYnpYVHwjaKZ/Lmlsfdd4XR2wHzy7TJblagBFhTIycwoIMKFaJPT/nhZKnbyy1WOveM8kWtgGXWDVYNIMdwGEtGyn0UrCSaE3vsr1CLzF0oJUQLGBHMaB04=



DOE: 428

Seller Name: WJSJEWELRY

Product URL: https://www.wish.com/c/6207b8f9c23d26a826e2ed49

Platform: Wish



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Sticker | Wish

**URL**

https://www.wish.com/search/smiley%20sticker/product/6207b8f9c23d26a826e2ed49

**Collection Date**

Thu, 27 Apr 2023 10:15:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LXzEHS3kdlJRk6bOul6ikmywI4ULARSJkDpUeAsUYhO7uWXC1mjHcXRmCZJ+hPfRp3r2M9xNucbh+B4jQezb80x9J26f3XPrnvpglGb2UL1gl80Ppxhcp3xfx5l2LLciaj83MBXs3g78ZSUAdX0soE0Bg6imx8SjA4mCgHBl83/wl+

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[/https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]6207b8f9c23d26a826e2ed49]]_Thu,-27-Apr-2023-10-15-20-GMT.pdf

**Hash (SHA256)**

2fd236c2ef4776801571dbff95ac03ea2c8c3abbee0f816f876055a7f53e5d47

**Signature (PKCS#1v1.5)**

bqWrqSf31m8klA/2exYvCnjWnk/jzp5f4fLuGZtaAConJf259v34JK3YPJiKnfvFkHf5aF6up1VaVJHju+5JG90+7n6Qp9YZSCil27ylCRub3WY/r3kUOTW2awUpPLVkwMHb0tbolBcifXYKoMTgi3jooqjNTSHDzdLp4lc2Q+



DOE: 429

Seller Name: Alicech16

Product URL: https://www.wish.com/c/5fb7ffbf7c989824bef20269

Platform: Wish



Investigator Name: Chris Stavrou

# Evidence Collection Report

Page Title

Smiley Sticker | Wish

URL

https://www.wish.com/search/smiley%20sticker/product/5fb7ffbf7c989824bef20269

Collection Date

Thu, 27 Apr 2023 10:49:41 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Chris Stavrou

IP Address

2a0a:1dc0:4:3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

OotzWrEu8qciVBICHs+bIvTax6Umx6wnJ5Mk+I+/JJ3MoWZI5pdzOw+xBGPkTm+NhDSzKG7tNMhH9YfpyhDjRkKCTw0xN3sKZWptWF/pzYgDnk9+out4FDxw3yIpEYW/MAKCdzANAryYVfCKkGJBGOSTb5gmoQsOpc/m/cgNsaS4+

# File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[[https[s][fs][fs]www.wish.com[fs]search[fs]smiley%20sticker[fs]product[fs]5fb7ffbf7c989824bef20269]]_Thu,-27-Apr-2023-10-49-41-GMT.pdf

Hash (SHA256)

2ac5ff8d4c95c75b4cdc6c51785294d3e91207cf2c0bac98d6b5967611547ce9

Signature (PKCS#1v1.5)

c4B4xyrWAvhPO6gvosSFMZzdA5dWE6c+AQmNwLQDcr/Gy4zD1w0vKT7fwxiyQv+hIydTSBiTChVX0hUpvx8IC6WaQc18bgI8qmGHv9+2At6BkDsaZg9F6X1Auqg5pIJ76ReW/xL4UmLWi7ewtAld64/JcqS66YSN+YoVThkVMg=

