AMENDED SCHEDULE A TO COMPLAINT

| DoeNumber | SellerName | StoreURL |
|---|---|---|
| 1 | zerogiving | https://www.wish.com/merchant/586239e98d3b114cb18466ad |
| 2 | Zeckos | https://www.wish.com/merchant/51bba8df67806c7c2ea15815 |
| 3 | Treasure001 | https://www.wish.com/merchant/5979c7859fbc514e065b8b0d |
| 4 | Happyshop123 | https://www.wish.com/merchant/56c04678cb79246f9a258246 |
| 5 | Wi Smart | https://www.wish.com/merchant/56c2e32d2fab50117cade0ff |
| 6 | skdlxm10 | https://www.wish.com/merchant/5e9705afcb003118c30aac7b |
| 7 | Daniel D Murphy | https://www.wish.com/merchant/5e8ebcf2c065a2036265a967 |
| 8 | St.kunkka 1874 | https://www.wish.com/merchant/5de5d5edd30dacbae2e29cdf |
| 9 | luck eastore | https://www.wish.com/merchant/5f06e45b3684f22d1aa7cdad |
| 10 | Tianwen Yu | https://www.wish.com/merchant/5d5269061d9a8e27de3c9f88 |
| 11 | WilliamH shop | https://www.wish.com/merchant/5f55f9aa5a02ce2155a53db3 |
| 12 | zhangmingli6107 | https://www.wish.com/merchant/6061788b7e3f6e1897d9aa46 |
| 13 | xiaojiaoya fashion | https://www.wish.com/merchant/5746d4594e65335cbeb7835c |
| 14 | yinhanzhiyi | https://www.wish.com/merchant/6268d5fd24c6c8561d00b6ae |
| 15 | niechenxin001 | https://www.wish.com/merchant/5f56f5425a02ced0fea53d6b |
| 16 | Seilershop.com | https://www.wish.com/merchant/5b3b9f2a0119396f61a6625b |
| 17 | MattHurley23 | https://www.wish.com/merchant/60bf01586ac9e0510ea8e892 |
| 18 | zhangzhen49915 | https://www.wish.com/merchant/6080f7256b529a2cd4c9c92b |
| 19 | YUAN8956KAI | https://www.wish.com/merchant/5f7d59e418e1c80f9f065e29 |
| 20 | surprise xie | https://www.wish.com/merchant/5d5c962c1d86292956bfd60c |
| 21 | tianhao0999 | https://www.wish.com/merchant/6035f8bb29bfa913024cc411 |
| 22 | duomino | https://www.wish.com/merchant/5d49266a22f30134a0dadebf |
| 23 | GP3399 | https://www.wish.com/merchant/5afa8a753beec1057d756339 |
| 24 | ATmcer | https://www.wish.com/merchant/5adde02db9605f18674eeef7 |
| 25 | hualiling6017 | https://www.wish.com/merchant/5fddc039aa3219862e5a4336 |
| 26 | naroeoge | https://www.wish.com/merchant/5a0d5320471c143ac4123862 |
| 27 | xiulanssx | https://www.wish.com/merchant/5de4a6c912af06bf57fecb02 |
| 28 | beautiful boy | https://www.wish.com/merchant/58834cfca451336de113b80a |
| 29 | LuckyStar1216 | https://www.wish.com/merchant/5a0bfbe40f193f1f867384e5 |
| 30 | guangzhouhongqiyouxiangongsi | https://www.wish.com/merchant/563854b20a628f32669e37d4 |
| 31 | shantou hongxinyuan clothing.,LTD | https://www.wish.com/merchant/55e2861b39e41241f2a68b2d |
| 32 | BIG SALER | https://www.wish.com/merchant/57c532455d64072c508c51cd |
| 33 | liaoyingjie50304 | https://www.wish.com/merchant/5f23f41069c82b40e7567919 |
| 34 | mafaldashop | https://www.wish.com/merchant/5db621cdf933286368b610bd |
| 35 | liuganggang2 | https://www.wish.com/merchant/5aacaab2aac71f1504fbc75e |
| 36 | DIYEmbroideryPatchShop | https://www.wish.com/merchant/5abefac94215950f77a43f19 |
| 37 | trafficTHREE | https://www.wish.com/merchant/5dd63084d87bf131db3f7385 |
| 38 | yiwutaiwo | https://www.wish.com/merchant/5992aa6350df6111978b79b5 |
| 39 | jiangfengping456 | https://www.wish.com/merchant/5b3998c9d3db321e58c217be |
| 40 | Rsdir | https://www.wish.com/merchant/60b77a97b2506fff8563ac3e |
| 41 | shinywedding | https://www.wish.com/merchant/57281774fdc2275930e76781 |
| 42 | Yencounter | https://www.wish.com/merchant/5d4e3dbe3db43e139e7ee04a |
| 43 | libiaoqwe | https://www.wish.com/merchant/5b0242fd9fa3db283efb1cf3 |
| 44 | Yiwu Linkun Trading Co. | https://www.wish.com/merchant/547ea8943b644537ec72920a |
| 45 | Seyduchhs | https://www.wish.com/merchant/60ff66a0b03db16aced30f1e |
| 46 | YN fashion store | https://www.wish.com/merchant/63747de3aa321b487c32eae0 |
| 47 | liwentuo6205 | https://www.wish.com/merchant/60ffa71a16b59a0be1f0e1fd |
| 48 | little_one | https://www.wish.com/merchant/58296a46eba47934aef6ca3f |
| 49 | SHT Online Store | https://www.wish.com/merchant/5663c4b06589d023f45def09 |
| 50 | qqnlv1shop | https://www.wish.com/merchant/5f55c9cbe693586e0819d4de |
| 51 | Juliussmgl | https://www.wish.com/merchant/5e8d707b81d8073c8686b77d |
| 52 | Lucky stra boy | https://www.wish.com/merchant/6003d23a1f399b0b534795d6 |
| 53 | xingdongpai | https://www.wish.com/merchant/56e51cab09071558741d04af |
| 54 | xiaoxiaobaitun | https://www.wish.com/merchant/5947570a8b96020f28ad2ca2 |
| 55 | liminminli | https://www.wish.com/merchant/587e175a274c414cada4f402 |
| 56 | Diane Jordan | https://www.wish.com/merchant/5e8ed4b78b70cb1dc2b692a2 |
| 57 | Gong Donghui | https://www.wish.com/merchant/59200bf9754793230ddafe58 |
| 58 | JINJIAHUI FOREIGN TRADE CO.,LTD | https://www.wish.com/merchant/5687bc8ca2de6726bee2100b |
| 59 | linhuaneng fashion | https://www.wish.com/merchant/5415316982b9ac45e173c64a |
| 60 | BitStoreUSA | https://www.wish.com/merchant/6089df32223f5d9b4055e67c |
| 61 | APEXICE | https://www.wish.com/merchant/5ed9eb84baf06170feb59ccb |
| 62 | Reallgo | https://www.wish.com/merchant/5f98c3dcecca181a37f9fdab |

AMENDED SCHEDULE A TO COMPLAINT

| # | Merchant | URL |
|---|---|---|
| 63 | Anne Mall e-commerce | https://www.wish.com/merchant/57470b7e577c740747af67d7 |
| 64 | sweetby | https://www.wish.com/merchant/5850ff4271b4d76ed52f31f6 |
| 65 | duwanxin56356896 | https://www.wish.com/merchant/5fffdeeb07666b06eede6109 |
| 66 | sunjuanyue02213 | https://www.wish.com/merchant/611c7432e69ed10c8046a72d |
| 67 | Preferred Mall | https://www.wish.com/merchant/61069b911efd9ba2c35321df |
| 68 | Well88 | https://www.wish.com/merchant/53dfb86fd911395f66d72fe8 |
| 69 | Baby002 | https://www.wish.com/merchant/59e6b8dfef7b890d5a1643ba |
| 70 | Andy' store | https://www.wish.com/merchant/54bfca6ed7df3c588750fbef |
| 71 | LuoDeZhi | https://www.wish.com/merchant/611dfb6c4e36560a997281eb |
| 72 | linlongxiang1134 | https://www.wish.com/merchant/611b670732b30e8c2cdb96b0 |
| 73 | yangyan4663 | https://www.wish.com/merchant/6061951fe5db55f8cce1ad7c |
| 74 | ekfoadkfjkqw | https://www.wish.com/merchant/605adc87043168555e8b7154 |
| 75 | Harold L Hix | https://www.wish.com/merchant/5e8af9612be41176c12e6d0e |
| 76 | yinxians | https://www.wish.com/merchant/6038a72d0af0bd20499266ce |
| 77 | vrthggfb | https://www.wish.com/merchant/5f212428324dd1a2c4dae280 |
| 78 | wangnan1234 | https://www.wish.com/merchant/60ff912a9674e373b23bd8b9 |
| 79 | jinhuai1234 | https://www.wish.com/merchant/60f9182d1f8b179a0392ff6f |
| 80 | yadana | https://www.wish.com/merchant/55acc1a49bd34a4073bc93e1 |
| 81 | dnfPOHAR | https://www.wish.com/merchant/59f14c179aee0905e6cd981b |
| 82 | paradiso | https://www.wish.com/merchant/5a58cd726d2c6b6ab8ffe0aa |
| 83 | G6G5G8 | https://www.wish.com/merchant/5e94ea85b9d6ea02bef4ce9e |
| 84 | 8tailuhu-a | https://www.wish.com/merchant/56615ae0e363a328aeca8133 |
| 85 | nie qi ming look | https://www.wish.com/merchant/5ebf71236640245bc84f2a9e |
| 86 | yupanli628 | https://www.wish.com/merchant/60026ef7177d5a3865555b7e |
| 87 | actume fashion | https://www.wish.com/merchant/5443367f1280fa158468547b |
| 88 | Xintianji | https://www.wish.com/merchant/5b56db37a3759d19c42c4c33 |
| 89 | 3C Electronic Gift Shop | https://www.wish.com/merchant/5e81cab7e979f98588a60809 |
| 90 | Jcgdgxgfhcgcgvcgchvhcgv | https://www.wish.com/merchant/5eaee4300b85d7aa19238906 |
| 91 | DMZ clothes grop | https://www.wish.com/merchant/55def15faf61136786fda590 |
| 92 | LHL story | https://www.wish.com/merchant/6076ad24d2f7b80044d20fb7 |
| 93 | zhangjinyou6821 | https://www.wish.com/merchant/60ffc30629c589e6cda955ae |
| 94 | Johnin Flag | https://www.wish.com/merchant/5ca99360f19b20369217be09 |
| 95 | Carina Internationale Jewelry Accessory and Sport Product Store | https://www.wish.com/merchant/60437fe54988cfc1fd8f8350 |
| 96 | qingjunfeng44071 | https://www.wish.com/merchant/6156b6118ee2e1aca912249d |
| 97 | Power Sport World | https://www.wish.com/merchant/538c729034067e7f31c2cea0 |
| 98 | wangpeng9 | https://www.wish.com/merchant/5f5dafcb002f7c732f9f3403 |
| 99 | Gransep | https://www.wish.com/merchant/609023c4ec3d209915fe9c57 |
| 100 | Lminer | https://www.wish.com/merchant/5e79595e29e7862f5ce1eb15 |
| 101 | wujuan Store | https://www.wish.com/merchant/5f60608b238df193a5d38c36 |
| 102 | Julimia | https://www.wish.com/merchant/590f3e82864e5c2d68bcb33f |
| 103 | limeixiaoyi | https://www.wish.com/merchant/5b94a1beec02bd60430a2bf4 |
| 104 | liaoshunying9026 | https://www.wish.com/merchant/5fdc394fce2e9f639340dc16 |
| 105 | Guaragandabou | https://www.wish.com/merchant/6182ce8615ec79d42b4780af |
| 106 | zlddp | https://www.wish.com/merchant/589b0de946ad294ff2bb4f4c |
| 107 | wanqidedain | https://www.wish.com/merchant/5ebf7fc57b46796bebf8ded7 |
| 108 | zh52465 | https://www.wish.com/merchant/5e0c5027a3e118f69f8ae889 |
| 109 | Sofneifnejfneifjeifjfufjdod42 | https://www.wish.com/merchant/5eae8ef6e3e3ac3f5af28d48 |
| 110 | Les_Tresors_de_Lily | https://www.wish.com/merchant/59d33f6d21064f3aea32b028 |
| 111 | BarbaraBooth | https://www.wish.com/merchant/5e8c3f6b39b090e3416efdde |
| 112 | EstarF | https://www.wish.com/merchant/59d8ecd0086da44379fb0789 |
| 113 | panliuming fashion | https://www.wish.com/merchant/54164ca1f8abc8797a773f8b |
| 114 | shanshandeshop | https://www.wish.com/merchant/5a5ae7a995ebed658280ed13 |
| 115 | omsmor | https://www.wish.com/merchant/60091e3cf1a62e5c7f02f757 |
| 116 | vpower | https://www.wish.com/merchant/57c04902e9557c72a6804402 |
| 117 | hdnjshuyfdtu | https://www.wish.com/merchant/5f5714c3a94e3e8a370ef070 |
| 118 | Yanglang1992 | https://www.wish.com/merchant/5dde740339adf26e9b6af162 |
| 119 | tan weiike | https://www.wish.com/merchant/5b87790e882a262626fc4102 |
| 120 | liruitang23970 | https://www.wish.com/merchant/616baf4c7091a920cc36fd36 |
| 121 | WilliamW | https://www.wish.com/merchant/5fc4db9a84b7f55f170d2bc8 |
| 122 | lvshengying | https://www.wish.com/merchant/60eaab0bc19c6b0077347ced |
| 123 | newwule666 | https://www.wish.com/merchant/5a19328edc7a9115bdb4393d |
| 124 | Csndice Jewelry | https://www.wish.com/merchant/60af68cdbb0db70a834b35a1 |
| 125 | shajsdaass | https://www.wish.com/merchant/6056c80bf01af46871db7c4a |

| # | Merchant | URL |
|---|---|---|
| 126 | uskbtkshop | https://www.wish.com/merchant/5f799fb3996f23be0c50c40e |
| 127 | xyz fashions | https://www.wish.com/merchant/58ae7d3af2733852d6bc83ae |
| 128 | WangZiXun | https://www.wish.com/merchant/61443ca78ff481865d362433 |
| 129 | WLL fashion | https://www.wish.com/merchant/5aa3d2b9ea8764641a47dc47 |
| 130 | ureiewggjooq569 | https://www.wish.com/merchant/5abb76c0856edf62e8dee8aa |
| 131 | shitingyu4939 | https://www.wish.com/merchant/618e2244633609c2a1123b97 |
| 132 | tangrenjing01420 | https://www.wish.com/merchant/6125d97ea2730c62ddda91b2 |
| 133 | Yadangwaxia | https://www.wish.com/merchant/5f8a8733907c86c146d5dc67 |
| 134 | gonago | https://www.wish.com/merchant/59fd35650a332a6200f43f43 |
| 135 | fbdshgdsydu | https://www.wish.com/merchant/5f55ff4e5a02ce16d5a53dc7 |
| 136 | HLXStore | https://www.wish.com/merchant/59b68cb40ec30f6652e279a7 |
| 137 | Worshiperstore | https://www.wish.com/merchant/58f3648379cc7d11aa5efdd2 |
| 138 | ritaccpvyrfs | https://www.wish.com/merchant/5e61efa6d977f70c7ffc65f1 |
| 139 | SalCo | https://www.wish.com/merchant/5c0a650716cbfd33f1adc8e3 |
| 140 | guangzhouliangridengshiyouxiangongsi | https://www.wish.com/merchant/559175e2ae74e9402c4179d2 |
| 141 | Susan D. Maier | https://www.wish.com/merchant/5e95822929e78636029c4d91 |
| 142 | Peacefulness | https://www.wish.com/merchant/5fd0dfe5d1e16cf3a022422e |
| 143 | liuxiaohai39058 | https://www.wish.com/merchant/60b4851244b548fd75a4a8e7 |
| 144 | huangzeyu36354 | https://www.wish.com/merchant/60c306aed93cc70ec8fead37 |
| 145 | dingzhiqiang55289 | https://www.wish.com/merchant/60c19dc40620cd8fd9cf80f9 |
| 146 | Cizicoco store | https://www.wish.com/merchant/5ec23a81cb35c01539bb585e |
| 147 | yangguang30928 | https://www.wish.com/merchant/611c91d99675eb3606b46f97 |
| 148 | COCBONI | https://www.wish.com/merchant/6083991d7530ace4c0530640 |
| 149 | Lucky Leaf Bath Bombs | https://www.wish.com/merchant/639bb592bda604f7798b2d3c |
| 150 | 108mpfdsa | https://www.wish.com/merchant/61b9c8e74b8f347f0d89def6 |
| 151 | haiyinstore | https://www.wish.com/merchant/59f070780f193f4ae301c5d1 |
| 152 | la5skv | https://www.wish.com/merchant/5dd119d029e7861aaf08646c |
| 153 | Universal small shops | https://www.wish.com/merchant/60e678eaaeeef448c7b8086a |
| 154 | CHENG-mm | https://www.wish.com/merchant/5dd249d5703f6109001cd1ca |
| 155 | LiHongQiao | https://www.wish.com/merchant/6140a970462daf2de09f7b89 |
| 156 | Cute potatoes | https://www.wish.com/merchant/6049941f2fa79c2f8ae91cde |
| 157 | Serendipity LIAO | https://www.wish.com/merchant/5de89d8dad07de00d880187b |
| 158 | fdgfds | https://www.wish.com/merchant/5d4ce5338242553e40d14242 |
| 159 | tuanli electronic commerce co., LTD | https://www.wish.com/merchant/5472ce798edcfa2f2919d326 |
| 160 | EARLFAMILY | https://www.wish.com/merchant/5b763b7bdcd030233c521db0 |
| 161 | ZUOLANTING Shop | https://www.wish.com/merchant/5d89d19fc095e163cf9f0e0b |
| 162 | surprise yong | https://www.wish.com/merchant/5d562f7aa7c3733bae73cc31 |
| 163 | WhschCoa9 | https://www.wish.com/merchant/5f841db2f56e88e78c21f2f8 |
| 164 | Abby Townsend | https://www.wish.com/merchant/5e84870abc418d98b50e5084 |
| 165 | jiangdidedian | https://www.wish.com/merchant/5e3aa7ac29e78607067ff7dc |
| 166 | liujiahaovc | https://www.wish.com/merchant/5fb730a0d65c6327662b81c7 |
| 167 | Lynsie | https://www.wish.com/merchant/5ff5b8e047d513d154507f15 |
| 168 | Sknfodndkdcnzofksodk68 | https://www.wish.com/merchant/5eaeac147edfbd60ba47d396 |
| 169 | qiuchao97444 | https://www.wish.com/merchant/60bb15610823f62700117cdf |
| 170 | Queey | https://www.wish.com/merchant/56d5b50f1e15ff0f193d9216 |
| 171 | helinlin1787 | https://www.wish.com/merchant/60a9c99c0c93bf52018dc930 |
| 172 | chongpeicheng45285 | https://www.wish.com/merchant/60b89c0757d8e132d9419e45 |
| 173 | wzchunlai | https://www.wish.com/merchant/555db61cf257bb21989d0483 |
| 174 | liqinsong0625 | https://www.wish.com/merchant/60d15e2a515525403fde1fbf |
| 175 | liuyongzhi | https://www.wish.com/merchant/5aa51f38b9605f128874ebb9 |
| 176 | xiaojunnanzhuang123 | https://www.wish.com/merchant/5b3dbec08d2c712ee41178b5 |
| 177 | xxiong shop | https://www.wish.com/merchant/60dde36edda1db2741cb7c07 |
| 178 | 7007 | https://www.wish.com/merchant/5ba1f745cde50b383f1f7cb4 |
| 179 | xiaoyanzis | https://www.wish.com/merchant/5d46c4c8f320405002a7edd3 |
| 180 | langworthjenni185 | https://www.wish.com/merchant/5e8dc853e290fcc474903c51 |
| 181 | UrbanLobes | https://www.wish.com/merchant/5875c4a415f2f7691b2cfd8e |
| 182 | liverstone | https://www.wish.com/merchant/5f96e0d92826a9da65c5e325 |
| 183 | zhazhahui002 | https://www.wish.com/merchant/5d3b08110ff7f9523839ba52 |
| 184 | ella trendy store | https://www.wish.com/merchant/566913b3e5ca9142f2e663fb |
| 185 | Remiel  Jewelry | https://www.wish.com/merchant/556ffbd185597a19f7fce8eb |
| 186 | Susie Davis | https://www.wish.com/merchant/5e8d8ef2e653016fac969248 |
| 187 | wanmeizhenzhu A | https://www.wish.com/merchant/5623019cc579ad2165fe1d20 |
| 188 | flamingcloud666 | https://www.wish.com/merchant/5a37b491db0e42331e0221cb |

AMENDED SCHEDULE A TO COMPLAINT

| # | Name | URL |
|---|---|---|
| 189 | jinche2852 | https://www.wish.com/merchant/607f8f79b8e57607834214d6 |
| 190 | dgfffdb44 | https://www.wish.com/merchant/5dbce5b68f685a0848bb7408 |
| 191 | Dannishijie | https://www.wish.com/merchant/5f0567ebe952370c592cb22f |
| 192 | FSdfgx | https://www.wish.com/merchant/5e62054149d96a1eb69be0d5 |
| 193 | Ladies or Girls | https://www.wish.com/merchant/57a151373a698c53a07c4b15 |
| 194 | Decoration home store | https://www.wish.com/merchant/5e3d00afa2ae7e3ae66aa042 |
| 195 | CHENbibi | https://www.wish.com/merchant/5ffada3480b2768d4f2001bc |
| 196 | Qiaoyufeng | https://www.wish.com/merchant/5f6b0447a62f83e75a2789ce |
| 197 | SebastianeMirabelleoXpV | https://www.wish.com/merchant/5e955a6776b1810fc62cd2fe |
| 198 | pnhvhrus | https://www.wish.com/merchant/5e60fececdcece5507820123 |
| 199 | Nna3 | https://www.wish.com/merchant/6004f69f89b7770ada0cf25e |
| 200 | A&K STORY | https://www.wish.com/merchant/545b268e90c7762b19800975 |
| 201 | wangpengyi55329 | https://www.wish.com/merchant/60c19bf00620cd8cc5cf802c |
| 202 | wellfolove | https://www.wish.com/merchant/53e90c9a46188e6c2b81cbe6 |
| 203 | gaoyuling | https://www.wish.com/merchant/578c8fbb5864c151ceed4ce4 |
| 204 | XIAO JUN MA | https://www.wish.com/merchant/5fd8263bd4653e1508f32bf5 |
| 205 | Shirtbude | https://www.wish.com/merchant/59f730029aee090a5e84e158 |
| 206 | liudawnag23936 | https://www.wish.com/merchant/616a4d4c8f85d0f01d048229 |
| 207 | AiHua835 | https://www.wish.com/merchant/5f5f515b29a0fc4f0f939545 |
| 208 | liuhao2134 | https://www.wish.com/merchant/612c8ff6cfb926ac7f28da5c |
| 209 | linbingzheng | https://www.wish.com/merchant/5a2919999d0a7b1d564716b4 |
| 210 | zhuore5dfgfdg | https://www.wish.com/merchant/5e6a015eb6b8da79d50df5ff |
| 211 | LUCK ZL | https://www.wish.com/merchant/6055c3fb40ec44889bcfd3b4 |
| 212 | yujunhaya | https://www.wish.com/merchant/5fd5d68960df09a0f9cdab8a |
| 213 | Kristina Gallman | https://www.wish.com/merchant/5e901d07e3851e1b427ab2c2 |
| 214 | zhangsimeng | https://www.wish.com/merchant/5f7ab6ecd359e0bb7f69da44 |
| 215 | Gregory L Stipovich | https://www.wish.com/merchant/5e70f35829e7866950979481 |
| 216 | liuyang2450 | https://www.wish.com/merchant/607fb27e09fbc52dd075d0ec |
| 217 | Risque Chalet | https://www.wish.com/merchant/562bb2abdb1e350fc8736f16 |
| 218 | SheilaZong | https://www.wish.com/merchant/5e8d154ed497d775ad62cd18 |
| 219 | yanpuxi | https://www.wish.com/merchant/5e4911b254040a4dc8a9d0e8 |
| 220 | Kathy Lesch | https://www.wish.com/merchant/5e9a917dda2ff22201437a6d |
| 221 | luyuhua2494 | https://www.wish.com/merchant/605420138dbd2244df48c96b |
| 222 | TANGSHUNAGJJ | https://www.wish.com/merchant/5f49e6e8af87f203ca214f10 |
| 223 | PingLincreativegiftshop | https://www.wish.com/merchant/5a2c04c67b584e511bb7e831 |
| 224 | alexzandraaitken60027231 | https://www.wish.com/merchant/5eaae20f817288d74bc101f8 |
| 225 | chedng d | https://www.wish.com/merchant/584ebfbfd060604c9c682cd6 |
| 226 | Festival Accessories Store | https://www.wish.com/merchant/5d71fbfc25da6b20823d685e |
| 227 | dingshang | https://www.wish.com/merchant/564c8520d0b60b12ba1ce686 |
| 228 | gaoxuehua89156 | https://www.wish.com/merchant/617391708c708381a969a009 |
| 229 | Tumoni store | https://www.wish.com/merchant/5ecb9e7620a3203e81a1cbbc |
| 230 | samcnbr | https://www.wish.com/merchant/5e632bc110b8353058c598f6 |
| 231 | J-ASZH SHOP | https://www.wish.com/merchant/6051b688de0aa7204229bccb |
| 232 | gggion | https://www.wish.com/merchant/5e91477e29e786528684810a |
| 233 | Qiangming | https://www.wish.com/merchant/58a6a57375b8da57c754c20d |
| 234 | RUINUO-MQ | https://www.wish.com/merchant/6252b0f23cd7a2e32b745815 |
| 235 | AllSimplelove | https://www.wish.com/merchant/60a24d7a49ed2e6e2209fae9 |
| 236 | TTT123 | https://www.wish.com/merchant/5d6dfb6f25da6b22039a6d0e |
| 237 | mishili | https://www.wish.com/merchant/5ff461ed5b46909cbdcc43d1 |
| 238 | molochsh | https://www.wish.com/merchant/5fcf401e806d378a36ab9db8 |
| 239 | caoshuang3251 | https://www.wish.com/merchant/608cb2e4850acedbe8180387 |
| 240 | liujian2224 | https://www.wish.com/merchant/604496f0446ac719ec32b016 |
| 241 | Jani shoes fine line | https://www.wish.com/merchant/5799c837ab40624ab24d4896 |
| 242 | TIAN ZHU STORE | https://www.wish.com/merchant/5f7178e87eb6364abe2252e7 |
| 243 | tianmeng1359 | https://www.wish.com/merchant/5fdb13f07684852bb768c1c9 |
| 244 | dsjfisufyhsidf | https://www.wish.com/merchant/5f6ae3f9a9b0ceb64255e643 |
| 245 | mcdermottemelia | https://www.wish.com/merchant/5e8dcfaf54e2aaeb808b2f5b |
| 246 | AlanBaptiste | https://www.wish.com/merchant/5e7179faf87cb92369ec13e6 |
| 247 | qingshengfanghua | https://www.wish.com/merchant/5e9e7d3229e7860c431bcb9a |
| 248 | NANALIKEO | https://www.wish.com/merchant/5ff6f6384eae7305e29e4256 |
| 249 | kindly feelings | https://www.wish.com/merchant/5d3e8360e13a7e7f41f36ad3 |
| 250 | Macabre | https://www.wish.com/merchant/5fea9a8c6fb99815d8b4ebc8 |
| 251 | nkhiguttutu | https://www.wish.com/merchant/5f5eee410a58e99e9d67e496 |

AMENDED SCHEDULE A TO COMPLAINT

| # | Name | URL |
|---|---|---|
| 252 | guozhipin | https://www.wish.com/merchant/5afa6bf18aa33d250806ef6f |
| 253 | Mece Show | https://www.wish.com/merchant/5acd621b81260b26efb0a559 |
| 254 | Foyali | https://www.wish.com/merchant/5fe0497ee0b5f4b246f53900 |
| 255 | maozhiy098l | https://www.wish.com/merchant/6031de7810f1c58e425bd82c |
| 256 | ZJP1990 | https://www.wish.com/merchant/59d20ba9086da471415c0728 |
| 257 | xuejzlsda | https://www.wish.com/merchant/5f04333629e786429729410a |
| 258 | zhouyanfeng3884 | https://www.wish.com/merchant/5fd839e70efffb42f88335c8 |
| 259 | Cute Stickers For Kids | https://www.wish.com/merchant/5e888b65c77ae3414cb1f13c |
| 260 | Doggy Steven Store | https://www.wish.com/merchant/5dd14fdf703f613b40199956 |
| 261 | Weldon Williams | https://www.wish.com/merchant/5e9a5b6fef1dce68c5eb3ce4 |
| 262 | Bigteesweet | https://www.wish.com/merchant/6025475fc270a1cd1c807bae |
| 263 | XiaoH Shop | https://www.wish.com/merchant/5de7146371a1940a43ed6923 |
| 264 | enqingfuzhuangdian | https://www.wish.com/merchant/5b1a354cd1c3603712d3d1cc |
| 265 | Luyun mashatac | https://www.wish.com/merchant/5d9d4a26c2610108060e7d8a |
| 266 | Men Watch Sports | https://www.wish.com/merchant/5ac01a42abef9530c23a3db8 |
| 267 | wiriya445 | https://www.wish.com/merchant/5e450d3144ea3a611a53d30e |
| 268 | guiqin | https://www.wish.com/merchant/5976e51d17197415d0255421 |
| 269 | chenlingchao3161 | https://www.wish.com/merchant/60a9d2ca32de5d800ceb688d |
| 270 | YUANQIANGGEGE8 | https://www.wish.com/merchant/6041eb8fb31c85726b427bfa |
| 271 | hao0819 | https://www.wish.com/merchant/5836e41fd914f512805c62f7 |
| 272 | mingxiaoxu | https://www.wish.com/merchant/59e0c0f3448a52632e1e9f89 |
| 273 | Jennifer Gerdau | https://www.wish.com/merchant/5e81c11adcc8615292bafaaf |
| 274 | Melissa Fronheiser | https://www.wish.com/merchant/5e86be1f29e78645ac30b840 |
| 275 | maxiaonan00762 | https://www.wish.com/merchant/5e7dad14b0dd40160b04a574 |
| 276 | yiwuhaomiao | https://www.wish.com/merchant/598acb2c8f545e6b2c4244d6 |
| 277 | KDIF-SJIF.JVID | https://www.wish.com/merchant/5ef05cdecb5355f6abc2a1bd |
| 278 | LiuAnYuan | https://www.wish.com/merchant/60040e94f2af0d398c7c683f |
| 279 | wanyida castle | https://www.wish.com/merchant/5688e605c14076269494217d |
| 280 | Miulee Fashion Store | https://www.wish.com/merchant/581f08e034afa75451f6821f |
| 281 | xyzabc123 | https://www.wish.com/merchant/5dc55764b4bcf91a30ceefdb |
| 282 | zhangguotao14776 | https://www.wish.com/merchant/613dcc779001235bce64f5c4 |
| 283 | chenjian6987 | https://www.wish.com/merchant/60a5f083e8604847b53c18a0 |
| 284 | MaGuanQi | https://www.wish.com/merchant/611f557d3040d91c1df1bc0b |
| 285 | renchaoL | https://www.wish.com/merchant/5b1f7fc643b3b6319fe9be92 |
| 286 | Window of the love | https://www.wish.com/merchant/564e79bc44cfdb12a4201583 |
| 287 | WanShunLiu | https://www.wish.com/merchant/611dfd654e36560a99728392 |
| 288 | renyufei1234 | https://www.wish.com/merchant/60cece5e84827088f8087056 |
| 289 | vivatee | https://www.wish.com/merchant/60540a7421089b2f0a8c0540 |
| 290 | Xu Xiaoyu graffiti stickers | https://www.wish.com/merchant/608afab8ec3d2061c000abf4 |
| 291 | Vigidis Electronics Home Decor Mall | https://www.wish.com/merchant/5b0ab15559206953a31879e2 |
| 292 | MyOfficeInnovations/HiTouch | https://www.wish.com/merchant/5835b0940cffbd249378cefb |
| 293 | keertao55213 | https://www.wish.com/merchant/60c03694efc6a40f86cd7054 |
| 294 | pengyunjiawo | https://www.wish.com/merchant/60bc2fe5cd70a96666ac21d1 |
| 295 | zzxmqxj@163.com | https://www.wish.com/merchant/58438e20632bf75ee55b0bf4 |
| 296 | zhanQfengQQ | https://www.wish.com/merchant/605e9543cf81921165116932 |
| 297 | Karlakai | https://www.wish.com/merchant/60d102083435b31686091261 |
| 298 | Friend-Jewelry | https://www.wish.com/merchant/57a5a273c62bae188f1d1cfd |
| 299 | LillianSanchez | https://www.wish.com/merchant/5e71942eeca1c830005109b6 |
| 300 | S&S House | https://www.wish.com/merchant/569cf1678283890dc5343ff5 |
| 301 | Brian Davino | https://www.wish.com/merchant/5e901bd3e3851e61c879b2c5 |
| 302 | Moontees | https://www.wish.com/merchant/5f924d1d052e080674a39aa9 |
| 303 | Smart wardrobe | https://www.wish.com/merchant/5753a80afd97025cef65a57e |
| 304 | dengmengwei45203 | https://www.wish.com/merchant/60b8609dd803df37c1db1ffc |
| 305 | Pursuit of Happyness International | https://www.wish.com/merchant/551250d99e1daa10a7cbef78 |
| 306 | meilijiazhuan | https://www.wish.com/merchant/5aeae05d12d8fe320120d072 |
| 307 | Embird | https://www.wish.com/merchant/574d29c04c2f345ce0b3c415 |
| 308 | JABG | https://www.wish.com/merchant/58415a43f097ec0be13ffd0a |
| 309 | Lovely Decor | https://www.wish.com/merchant/6030d5e81a49564267112f96 |
| 310 | qixianyun37104 | https://www.wish.com/merchant/617cd38d6dad91aba799680d |
| 311 | XLIU | https://www.wish.com/merchant/60f54589977de441beb8c7d4 |
| 312 | TUMENG99 | https://www.wish.com/merchant/5fa25ad18c51c42dd2f211cc |
| 313 | xukai8524 | https://www.wish.com/merchant/5fdaf596ebf4c005b7a08aa5 |
| 314 | LHmart | https://www.wish.com/merchant/61d54e50bbc11a80488128a9 |

AMENDED SCHEDULE A TO COMPLAINT

| # | Name | URL |
|---|---|---|
| 315 | qinpeng1234 | https://www.wish.com/merchant/60d0258e2d73cc5f12cb11e9 |
| 316 | liutao24129 | https://www.wish.com/merchant/616791eb8bc028314c0fd777 |
| 317 | Joyous goods | https://www.wish.com/merchant/604d922e7f751c826ef31f4e |
| 318 | zemingshop | https://www.wish.com/merchant/59cf0d9f9bb61c4d0f90466b |
| 319 | C&B Jewelry | https://www.wish.com/merchant/5970af877fe2414c8d9706d2 |
| 320 | April Lacey | https://www.wish.com/merchant/5e8183b3e979f94d75a605c4 |
| 321 | Jummioni | https://www.wish.com/merchant/60ff720f7f73350dccc6f95b |
| 322 | Leo&Hui | https://www.wish.com/merchant/5873403cc4c4d74ca60c00ea |
| 323 | denise bollenbacher34 | https://www.wish.com/merchant/5eb00e8c29e786252e324d28 |
| 324 | WeiJingFu | https://www.wish.com/merchant/61401c73fa6b09638dd5b0d6 |
| 325 | LEONON | https://www.wish.com/merchant/5d554e3440defd2600ad2eaf |
| 326 | 11dian | https://www.wish.com/merchant/5d3d9423e4b65d4fe31e7272 |
| 327 | plants shop | https://www.wish.com/merchant/5aea800c5b7c041f753170c3 |
| 328 | renguofei | https://www.wish.com/merchant/5950cc42e4551035cf2222a3 |
| 329 | chenkai39715 | https://www.wish.com/merchant/6083d03a83498d22687c8ae3 |
| 330 | AIKEmeng335 | https://www.wish.com/merchant/5d4b9e341d9a8e29ae993236 |
| 331 | Yiwu ingot Club Co. | https://www.wish.com/merchant/5655e096cb9a93127b4f5997 |
| 332 | lucklyjewelry | https://www.wish.com/merchant/57b02a6c691c73574d505ca5 |
| 333 | sunflower123 | https://www.wish.com/merchant/56613f02aca9f92554910b58 |
| 334 | JCYStore | https://www.wish.com/merchant/59f6da320a332a582a806f34 |
| 335 | graphictopic | https://www.wish.com/merchant/586ce8965ecfae6c5a04bc25 |
| 336 | Ybety Accessories | https://www.wish.com/merchant/5d5cf9751d862951ebbfd81e |
| 337 | ZhangHaYun | https://www.wish.com/merchant/60f3eb3730a4b39dc8ca295e |
| 338 | Rodney M Pospisil | https://www.wish.com/merchant/5e8af01ec77ae3cbdbb1f01d |
| 339 | huxiulis | https://www.wish.com/merchant/5f462d5ac0fe927de32aff8f |
| 340 | Retro Styler | https://www.wish.com/merchant/63da498ac306641bbe0fc744 |
| 341 | liangminqing | https://www.wish.com/merchant/609b4428a0d0f01bc334c587 |
| 342 | xukouqun0616 | https://www.wish.com/merchant/5e476ffc57cc9b2782e4beb6 |
| 343 | NCX's store | https://www.wish.com/merchant/5f9f5961b189b60ca2d47711 |
| 344 | likuansop | https://www.wish.com/merchant/602088f0b542804b9133af9d |
| 345 | kishuqing | https://www.wish.com/merchant/6008cfc34009940041865780 |
| 346 | Bisami Flagship Store | https://www.wish.com/merchant/5d555bb441ed516aeccd5c2a |
| 347 | ghfgsdf | https://www.wish.com/merchant/5e6d066e29e786702cdd6db2 |
| 348 | Fashion Century | https://www.wish.com/merchant/6180ddf6bf7c649aedf7053a |
| 349 | ZLYsticker | https://www.wish.com/merchant/5dca24ea160e2b0846955150 |
| 350 | he su qiong | https://www.wish.com/merchant/5d519ecd15275451faaf3ef1 |
| 351 | huyuehao | https://www.wish.com/merchant/5853ebd4dd9ae64ca34607cf |
| 352 | eric_qin store | https://www.wish.com/merchant/5b1b68b6eae8b454eb28990a |
| 353 | YIwuDina | https://www.wish.com/merchant/59bf7ba68ee78d7d9f542cdd |
| 354 | PECG-haha | https://www.wish.com/merchant/5819e215176c8a4701ae268a |
| 355 | Nayely G Calderon Alamillo | https://www.wish.com/merchant/5e9fffe7e2fac3250e70676f |
| 356 | gongmingli90872 | https://www.wish.com/merchant/60b44396809e8be08038be34 |
| 357 | Yhuahua | https://www.wish.com/merchant/5d47f09570327a2d25efd11f |
| 358 | Prebble E-commerce company | https://www.wish.com/merchant/574af4fc3a698c4720e69fd4 |
| 359 | jiang fashion | https://www.wish.com/merchant/54094bb27a9eb466862a1f0a |
| 360 | Life GOGO | https://www.wish.com/merchant/58024b65f1c5231d65928346 |
| 361 | W store | https://www.wish.com/merchant/56c1bc8a8bd26e114349007d |
| 362 | chunlang | https://www.wish.com/merchant/5d54e3a140defd39d7ab6990 |
| 363 | gexinhu57785 | https://www.wish.com/merchant/6084e895729e094582d92bf5 |
| 364 | To be best 1 | https://www.wish.com/merchant/5880bd1e46ff140a1179ecb2 |
| 365 | shaoyingying8 | https://www.wish.com/merchant/5f685352e3bf2e70167947a2 |
| 366 | shenzhenpengpengkejiyouxiangongsi | https://www.wish.com/merchant/551d5813844f9c1d7d6d9961 |
| 367 | Lambleigh0032 | https://www.wish.com/merchant/61702d2fbe8f87fdb9e7575b |
| 368 | LuolianJia | https://www.wish.com/merchant/611f51c211332ccf2131110d |
| 369 | chenyouyan0910 | https://www.wish.com/merchant/60713d688bd72664275ea818 |
| 370 | EvangelineGriffitheYyM | https://www.wish.com/merchant/5e91698a507f13004634de25 |
| 371 | mangboo | https://www.wish.com/merchant/5d1b78fbdbf7605b2406f8cc |
| 372 | Minliqijian | https://www.wish.com/merchant/5f9e6636b189b614bfd476ca |
| 373 | chenbing1994 | https://www.wish.com/merchant/5d3f09d283889708690e2c4c |
| 374 | jianlin supper-market | https://www.wish.com/merchant/54150ed882b9ac45ea73c3e6 |
| 375 | YANG YANG STORE | https://www.wish.com/merchant/5f7062bc47f93471bd75427f |
| 376 | xiaoshentong1 | https://www.wish.com/merchant/605da338ab589c8e81727583 |
| 377 | JINhuang00 | https://www.wish.com/merchant/60c6dea31735a544a9aa8e54 |

| # | Merchant | URL |
|---|---|---|
| 378 | jiuosjiloutimozi | https://www.wish.com/merchant/5db253d27c0d0801c04fd120 |
| 379 | kerosin | https://www.wish.com/merchant/5fcdc224290d8a02e0577330 |
| 380 | cwqiani196 | https://www.wish.com/merchant/5ad957d32dde5e60a613664b |
| 381 | zzp546 | https://www.wish.com/merchant/5e465392a9774d2240a72130 |
| 382 | MONICA MARTINEZ1 | https://www.wish.com/merchant/5e85ab235402f63306b42c1b |
| 383 | PANGLUOBO | https://www.wish.com/merchant/5773bd2129a2af1ae0d9ef6c |
| 384 | qiancraftkits | https://www.wish.com/merchant/574bb6b9e7cd1b5cf3b9b621 |
| 385 | iomaxmall | https://www.wish.com/merchant/575e24834e0dbb5caccc541f |
| 386 | KLCPPY | https://www.wish.com/merchant/5763d76e907cd80f49cd8a8a |
| 387 | RaoZongYue | https://www.wish.com/merchant/5bf3f8475d02b620b5115523 |
| 388 | zhangxuanli55187 | https://www.wish.com/merchant/60c086e71ebec71804344f4f |
| 389 | Small make-up shop in Xincheng | https://www.wish.com/merchant/5add93c3ea87640490f374dc |
| 390 | mangkoy | https://www.wish.com/merchant/5e6f28cc57af093cc360d27a |
| 391 | DGW | https://www.wish.com/merchant/56a1af429f94d61b2baf25bb |
| 392 | DIY Charms Jewelry | https://www.wish.com/merchant/5d411cfc70327a0a0001a2d5 |
| 393 | Young Power | https://www.wish.com/merchant/56a982717a739a0f09ed6b01 |
| 394 | Yuanfanglin | https://www.wish.com/merchant/5f61b051dec789c3c2514a19 |
| 395 | Cute Ornament World | https://www.wish.com/merchant/5e7959b149340717017cd050 |
| 396 | st02134b | https://www.wish.com/merchant/5e82f901a1ac9d7706415401 |
| 397 | Mongolcaprexx | https://www.wish.com/merchant/60c0e29e2271ad90f884a088 |
| 398 | wensha store | https://www.wish.com/merchant/58f85c96b33b8510ef0e00ab |
| 399 | boxiaohu | https://www.wish.com/merchant/5d43e9a08a6ccf3a47c57b60 |
| 400 | zhangxiaoying31217 | https://www.wish.com/merchant/61207acebbf28d7077a4fb6f |
| 401 | chenxilu | https://www.wish.com/merchant/5adff32f5ebcfd63322edaee |
| 402 | cityshopping | https://www.wish.com/merchant/57df9a43b8115e106fa6dfc6 |
| 403 | ziyurong Store | https://www.wish.com/merchant/5f448cf829e78656d5491419 |
| 404 | TshirtsEmpire | https://www.wish.com/merchant/530a27b5ab980a0eca518176 |
| 405 | marda | https://www.wish.com/merchant/57710ea18ec4f37410121393 |
| 406 | Royal1878 | https://www.wish.com/merchant/544cfd9f3dabbe6af9167dd5 |
| 407 | shangwenbin fashion | https://www.wish.com/merchant/541c14352754c8091b3ab752 |
| 408 | duanfuqing07253 | https://www.wish.com/merchant/60b4492044b548f3bfa4d978 |
| 409 | Donna Manning34 | https://www.wish.com/merchant/5eae7f5a2adba5508aeb4f43 |
| 410 | dingjianlan | https://www.wish.com/merchant/5b581ef1b419d55c07ac7694 |
| 411 | international jewelry accessories manufacturers | https://www.wish.com/merchant/56279a4f83e67c0fb16b9c71 |
| 412 | Miss Kiki Gao | https://www.wish.com/merchant/59252c4d4d4357684ae4df89 |
| 413 | OCEAN BLUE1 | https://www.wish.com/merchant/5d566eda1d86296409377d01 |
| 414 | luolimei | https://www.wish.com/merchant/5975ea1eb77173642d775396 |
| 415 | JGB888 | https://www.wish.com/merchant/5ed1eb791925f655c282052c |
| 416 | JehuTanydx | https://www.wish.com/merchant/5b4f4d400fa3694564c5521b |
| 417 | Funeral Tin | https://www.wish.com/merchant/60bf51ef44e8545180fee953 |
| 418 | Electrphon shop | https://www.wish.com/merchant/606e92d92ddfc14f4077aee1 |
| 419 | wangxiuli6950 | https://www.wish.com/merchant/5ffa5eeffa8a252218536e84 |
| 420 | zhaosicong2262 | https://www.wish.com/merchant/60ffc15c5f79f66a83ad2d7c |
| 421 | YIJIN21 | https://www.wish.com/merchant/5d550d50a7c3733eb94dd8aa |
| 422 | tianyouxing46003 | https://www.wish.com/merchant/608b8465ec3d209a85feb9a9 |
| 423 | yun888 | https://www.wish.com/merchant/58ecdd649be83c0fb181423d |
| 424 | J-YANG Shop | https://www.wish.com/merchant/5d54021e40defd0247472ed4 |
| 425 | tfyeree | https://www.wish.com/merchant/5e66008c10b835285ec59bb1 |
| 426 | LikeFashionShop | https://www.wish.com/merchant/6408c73b4b70de41f74e10cd |
| 427 | sumail-89337 | https://www.wish.com/merchant/5dd7b769703f615e80385334 |
| 428 | WJSJEWELRY | https://www.wish.com/merchant/5d3ae0e9e13a7e3cad474132 |
| 429 | Alicech16 | https://www.wish.com/merchant/5f8bd2a17d0a10f8aa966f0e |