UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF COMPLIANCE WITH ORDER
REQUIRING DOCUMENTARY MATERIALS FOR
*EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, hereby gives notice that, in accordance with this Court's June 30, 2023 Order [ECF No. 10], Plaintiff has filed all documents supporting Plaintiff's request for entry of a temporary restraining order in this matter. Further to this Court's instructions, Plaintiff has included a cover page for each infringing listing identifying the Defendant Number and store name correlating to Amended Schedule A of the Complaint.[1]

Date: July 3, 2023

    Respectfully submitted by,

    **Richard Guerra**
    Richard Guerra (Fla. Bar No. 689521)
    Attorney Email address: rguerra@brickellip.com
    THE BRICKELL IP GROUP, PLLC
    1101 Brickell Avenue, South Tower, Suite 800

---

[1] For the Court's convenience, Plaintiff renumbered the Defendant designations on Schedule A to the Complaint to coincide with the order of evidence presented on the recently submitted Defendant listings.

Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*