UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**DECLARATION OF RICHARD GUERRA IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND *EX PARTE* TEMPORARY RESTRAINING ORDER**

I, Richard Guerra, declare and state as follows:

1. I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Motion to Extend the Court's Sealed Order Granting Application for Entry of Temporary Restraining Order [ECF No. 17] (the "TRO"). If called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am counsel of record for Plaintiff, CreeLED, Inc. ("Plaintiff").

3. On July 10, 2023, undersigned counsel provided copies of the TRO to counsel and/or representatives for the Third-Party Provider providing services to the Defendants identified in Schedule "A" to the Complaint (*i.e.*, Wish).

4. Third-Party Provider Wish has yet to respond. Indeed, it has been my experience in similar cases that it requires approximately two to three weeks for Third-Party Providers to process and restrain the accounts associated with the Defendants identified in Schedule "A" to the Complaint.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 18th day of July 2023, at Miami, Florida.

/Richard Guerra/
Richard Guerra