UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Extension of the Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order (the "TRO"). Having reviewed the Plaintiff's Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**.

1)    The July 24, 2023 hearing date presently set forth by the TRO is rescheduled for _____, 2023 at __:__ am/pm; and

2)    The TRO dated July 10, 2023, shall remain in effect until after the conclusion of the rescheduled preliminary injunction hearing.

**DONE AND ORDERED** in Miami, Florida this ____ day of _____, 2023 at __:__ AM/PM.

                                                                      **HONORABLE ROBERT N. SCOLA, JR.**
                                                                      **UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Sealed clerk