United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL,<br>Plaintiff,<br><br>v.<br><br>The Individuals, Partnerships, and<br>Unincorporated Associations<br>identified on Schedule "A",<br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 23-22352-Civ-Scola<br>)<br>)<br>)<br>)<br>) |

### **<u>Order Extending Temporary Restraining Order and Resetting Preliminary Injunction Hearing</u>**

This matter is before the Court on the Plaintiff's ex parte motion to extend the sealed temporary restraining order dated July 10, 2023, and to continue the hearing scheduled for July 24, 2023, in connection with the Plaintiff's motion for preliminary injunction. (ECF No. 20.)

Upon consideration and finding the Plaintiff has presented good cause, the Court **grants** the motion (**ECF No. 20**) and orders as follows:

(1)    The Preliminary Injunction hearing, originally scheduled for July 24, 2023, at 9:00 am, is hereby **reset** to **August 4, 2023**, at **9:00 am**.

(2)    The Sealed Temporary Restraining Order dated July 10, 2023 (ECF No. 17) shall remain in full force and effect until August 7, 2023. <u>As limited by Federal Rule of Civil Procedure 65(b)(2), the Court will not consider any further extension of the temporary restraining order without the consent of the Defendants</u>.

(3)    Any response or opposition to the Plaintiffs' Motion for Preliminary Injunction must be filed and served on the Plaintiff's counsel by **August 2, 2023**, and filed with the Court, along with Proof of Service. The above dates may be revised upon stipulation by all parties and approval of this Court.

**Done and ordered**, in Miami, Florida, on June July 19, 2023.

_____
Robert N. Scola, Jr.
United States District Judge