UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

  Risque Chalet (Defendant No. 217 on Schedule "A" to the Complaint), and

  MyOfficeInnovations/HiTouch (Defendant No. 230 on Schedule "A" to the Complaint).

Date:  July 25, 2023                      Respectfully submitted by,

                                          **Javier Sobrado**
                                          Javier Sobrado (Fla. Bar No. 44992)
                                          Attorney Email address: jsobrado@brickellip.com
                                          Arthur Robert Weaver (Fla. Bar no. 92132)
                                          Attorney Email address: rweaver@brickellip.com
                                          THE BRICKELL IP GROUP, PLLC
                                          1101 Brickell Avenue, South Tower, Suite 800
                                          Miami FL, 33131
                                          Telephone: (305) 728-8831
                                          *Attorneys for Plaintiff*