United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL,<br>Plaintiff,<br><br>v.<br><br>The Individuals, Partnerships, and<br>Unincorporated Associations<br>identified on Schedule "A",<br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 23-22352-Civ-Scola<br>)<br>)<br>)<br>) |

## Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **without prejudice**, as to the following Defendants:

- Risque Chalet (Defendant No. 217 on Schedule "A" to the Complaint); and
- MyOfficeInnovations/HiTouch (Defendant No. 230 on Schedule "A" to the Complaint). (ECF No. 23.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on July 26, 2023.

Robert N. Scola, Jr.
United States District Judge