UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned

counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following

Defendants:

    paradiso (Defendant No. 82 on Schedule "A" to the Complaint).

Date:  July 28, 2023               Respectfully submitted by,

                              **Javier Sobrado**
                              Javier Sobrado (Fla. Bar No. 44992)
                              Attorney Email address: jsobrado@brickellip.com
                              Arthur Robert Weaver (Fla. Bar no. 92132)
                              Attorney Email address: rweaver@brickellip.com
                              THE BRICKELL IP GROUP, PLLC
                              1101 Brickell Avenue, South Tower, Suite 800
                              Miami FL, 33131
                              Telephone: (305) 728-8831
                              *Attorneys for Plaintiff*