UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

    naroeoge (Defendant No. 26 on Schedule "A" to the Complaint),

    Diane Jordan (Defendant No. 56 on Schedule "A" to the Complaint),

    BitStoreUSA (Defendant No. 60 on Schedule "A" to the Complaint),

    Sofneifnejfneifjeifjfufjdod42 (Defendant No. 109 on Schedule "A" to the Complaint),

    Susan D. Maier (Defendant No. 141 on Schedule "A" to the Complaint),

    Susie Davis (Defendant No. 186 on Schedule "A" to the Complaint),

    Kristina Gallman (Defendant No. 213 on Schedule "A" to the Complaint),

    Sheila Long (Defendant No. 218 on Schedule "A" to the Complaint),

    Kathy Lesch (Defendant No. 220 on Schedule "A" to the Complaint),

    mcdermottemelia (Defendant No. 245 on Schedule "A" to the Complaint),

Jennifer Gerdau (Defendant No. 273 on Schedule "A" to the Complaint),

Melissa Fronheiser (Defendant No. 274 on Schedule "A" to the Complaint),

Brian Davino (Defendant No. 301 on Schedule "A" to the Complaint),

April Lacey (Defendant No. 320 on Schedule "A" to the Complaint),

denise bollenbacher34 (Defendant No. 323 on Schedule "A" to the Complaint),

ghfgsdf (Defendant No. 347 on Schedule "A" to the Complaint),

MONICA MARTINEZ1 (Defendant No. 382 on Schedule "A" to the Complaint), and

TshirtsEmpire (Defendant No. 404 on Schedule "A" to the Complaint).

Date: July 28, 2023                              Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*