UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
                                             /

**PROOF OF SERVICE**

    I certify and declare that I am over the age of 18 years, reside in the county of Miami-Dade, and I am an attorney for Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), in the above-captioned action.

    On July 24, 2023, The Brickell IP Group, PLLC emailed copies of the Complaint [ECF No. 1], Issued Summons [ECF No. 13], Sealed Order Granting Ex Parte Application for Entry of Temporary Restraining Order [17] ("TRO"), and Sealed Order Resetting Preliminary Injunction Hearing [ECF No. 21], as well as a link to the service website listed below to each foreign Defendant.

    The Brickell IP Group, PLLC also effected service of process on Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons, TRO, the Order Resetting Preliminary Injunction Hearing, and all other filings in this case, on the website: https://www.dropbox.com/scl/fo/ftazryndvzffe6xefmbdx/h?dl=0&rlkey=5c3ljw0qeo5yfxfruk1srrsz5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2023 at Miami-Dade County, Florida.

Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Fla. Bar No. 44992
Email: jsobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Counsel for Plaintiff*