UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|---|---|
| 76 | yinxians |
| 77 | vrthggfb |
| 78 | wangnan1234 |
| 79 | jinhuai1234 |
| 80 | yadana |
| 81 | dnfPOHAR |
| 82 | paradiso |
| 83 | G6G5G8 |
| 84 | 8tailuhu-a |
| 85 | nie qi ming look |
| 86 | yupanli628 |
| 87 | actume fashion |
| 88 | Xintianji |
| 89 | 3C Electronic Gift Shop |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
| --- | --- |
| 90 | Jcgdgxgfhcgcgvcgchvhcgv |
| 91 | DMZ clothes grop |
| 92 | LHL story |
| 93 | zhangjinyou6821 |
| 94 | Johnin Flag |
| 95 | Carina Internationale Jewelry Accessory and Sport Product Store |
| 96 | qingjunfeng44071 |
| 97 | Power Sport World |
| 98 | wangpeng9 |
| 99 | Gransep |
| 100 | Lminer |
| 101 | wujuan Store |
| 102 | Julimia |
| 103 | limeixiaoyi |
| 104 | liaoshunying9026 |
| 105 | Guaragandabou |
| 106 | zlddp |
| 107 | wanqidedain |
| 108 | zh52465 |
| 109 | Sofneifnejfneifjeifjfufjdod42 |
| 110 | Les_Tresors_de_Lily |
| 111 | Barbara Booth |
| 112 | EstarF |
| 113 | panliuming fashion |
| 114 | shanshandeshop |
| 115 | omsmor |
| 116 | vpower |
| 117 | hdnjshuyfdtu |
| 118 | Yanglang1992 |
| 119 | tan weiike |
| 120 | liruitang23970 |
| 121 | WilliamW |
| 122 | lvshengying |
| 123 | newwule666 |
| 124 | Csndice Jewelry |
| 125 | shajsdaass |
| 126 | uskbtkshop |
| 127 | xyz fashions |
| 128 | WangZiXun |

| Def. | Seller Name |
|---|---|
| 129 | WLL fashion |
| 130 | ureiewggjooq569 |
| 131 | shitingyu4939 |
| 132 | tangrenjing01420 |
| 133 | Yadangwaxia |
| 134 | gonago |
| 135 | fbdshgdsydu |
| 136 | HLXStore |
| 137 | Worshiperstore |
| 138 | ritaccpvyrfs |
| 139 | SalCo |
| 140 | guangzhouliangridengshiyouxiangongsi |
| 141 | Susan D. Maier |
| 142 | Peacefulness |
| 143 | liuxiaohai39058_ |
| 144 | huangzeyu36354 |
| 145 | dingzhiqiang55289 |
| 146 | Cizicoco store |
| 147 | yangguang30928 |
| 148 | COCBONI |
| 149 | Lucky Leaf Bath Bombs |
| 150 | 108mpfdsa |

Date:   July 29, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*