UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF STRIKING

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counse hereby gives notice that it is striking its Notice of Entry of Parties (ECF. Nos. 31, 32, 33, 34, 35, 36).

Date:   July 31, 2023                       Respectfully submitted by,

                                              THE BRICKELL IP GROUP, PLLC
                                              1101 Brickell Avenue
                                              South Tower, Suite 800
                                              Miami FL, 33131
                                              Tel: 305-728-8831
                                              Fax: 305-428-2450

                                              By:   Javier Sobrado
                                                       Fla. Bar No. 44992
                                                       Email: JSobrado@brickellip.com
                                                       *Counsel for Plaintiff*