United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL, Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 23-22352-Civ-Scola |
| The Individuals, Partnerships, and Unincorporated Associations identified on Sched. "A", Def.s. | ) ) ) ) |

### Second Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **without prejudice**, as to the following Defendants:

- paradiso (Def. No. 82 on Sched. "A" to the Compl.);
- naroeoge (Def. No. 26 on Sched. "A" to the Compl.);
- Diane Jordan (Def. No. 56 on Sched. "A" to the Compl.);
- BitStoreUSA (Def. No. 60 on Sched. "A" to the Compl.);
- Sofneifnejfneifjeifjfufjdod42 (Def. No. 109 on Sched. "A" to the Compl.);
- Susan D. Maier (Def. No. 141 on Sched. "A" to the Compl.);
- Susie Davis (Def. No. 186 on Sched. "A" to the Compl.);
- Kristina Gallman (Def. No. 213 on Sched. "A" to the Compl.);
- Sheila Long (Def. No. 218 on Sched. "A" to the Compl.);
- Kathy Lesch (Def. No. 220 on Sched. "A" to the Compl.);
- mcdermottemelia (Def. No. 245 on Sched. "A" to the Compl.);
- Jennifer Gerdau (Def. No. 273 on Sched. "A" to the Compl.);
- Melissa Fronheiser (Def. No. 274 on Sched. "A" to the Compl.);
- Brian Davino (Def. No. 301 on Sched. "A" to the Compl.);
- April Lacey (Def. No. 320 on Sched. "A" to the Compl.);
- denise bollenbacher34 (Def. No. 323 on Sched. "A" to the Compl.);
- ghfgsdf (Def. No. 347 on Sched. "A" to the Compl.);
- MONICA MARTINEZ1 (Def. No. 382 on Sched. "A" to the Compl.); and
- TshirtsEmpire (Def. No. 404 on Sched. "A" to the Compl.). (ECF Nos. 26, 27.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on July 31, 2023.

_____
Robert N. Scola, Jr.
United States District Judge