United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL,<br>Plaintiff,<br><br>v.<br><br>The Individuals, Partnerships, and<br>Unincorporated Associations<br>identified on Schedule "A",<br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 23-22352-Civ-Scola<br>)<br>)<br>)<br>) |

### Third Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendants:

- little_one (Defendant No. 48 on Schedule "A" to the Complaint); and
- Vigidis Electronics Home Decor Mall (Defendant No. 291 on Schedule "A" to the Complaint). (ECF No. 37.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on August 2, 2023.

_____
Robert N. Scola, Jr.
United States District Judge