UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned

counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following

Defendants:

Andy's store (Defendant No. 70 on Schedule "A" to the Complaint), and

Carina Internationale Jewelry Accessory and Sport Product Store (Defendant No. 95 on

Schedule "A" to the Complaint).

Date:  August 2, 2023          Respectfully submitted by,

                                        **Javier Sobrado**
                                        Javier Sobrado (Fla. Bar No. 44992)
                                        Attorney Email address: jsobrado@brickellip.com
                                        Arthur Robert Weaver (Fla. Bar no. 92132)
                                        Attorney Email address: rweaver@brickellip.com
                                        THE BRICKELL IP GROUP, PLLC
                                        1101 Brickell Avenue, South Tower, Suite 800
                                        Miami FL, 33131
                                        Telephone: (305) 728-8831
                                        *Attorneys for Plaintiff*