UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **REPLACEMENT NOTICE OF ENTRY OF PARTIES**

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel and Pursuant to the Clerk's Notices to Filer [ECF Nos. 39-44] requiring corrective action, hereby submits this Replacement Notice of Entry of Parties, giving notice that the Defendants[1] identified below are being added to this matter. Plaintiff submits this as a Notice (Other) to avoid duplication of the Defendnats submitted herein.

| Def. | Seller Name |
|---|---|
| 1 | zerogiving |
| 2 | Zeckos |
| 3 | Treasure001 |
| 4 | Happyshop123 |
| 5 | Wi Smart |
| 6 | skdlxm10 |
| 7 | Daniel D Murphy |
| 8 | St.kunkka 1874 |
| 9 | luck eastore |
| 10 | Tianwen Yu |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 11 | WilliamH shop |
| 12 | zhangmingli6107 |
| 13 | xiaojiaoya fashion |
| 14 | yinhanzhiyi |
| 15 | niechenxin001 |
| 16 | Seilershop.com |
| 17 | MattHurley23 |
| 18 | zhangzhen49915 |
| 19 | YUAN8956KAI |
| 20 | surprise xie |
| 21 | tianhao0999 |
| 22 | duomino |
| 23 | GP3399 |
| 24 | ATmcer |
| 25 | hualiling6017 |
| 26 | naroeoge |
| 27 | xiulanssx |
| 28 | beautiful boy |
| 29 | LuckyStar1216 |
| 30 | guangzhouhongqiyouxiangongsi |
| 31 | shantou hongxinyuan clothing.,LTD |
| 32 | BIG SALER |
| 33 | liaoyingjie50304 |
| 34 | mafaldashop |
| 35 | liuganggang2 |
| 36 | DIYEmbroideryPatchShop |
| 37 | trafficTHREE |
| 38 | yiwutaiwo |
| 39 | jiangfengping456 |
| 40 | Rsdir |
| 41 | shinywedding |
| 42 | Yencounter |
| 43 | libiaoqwe |
| 44 | Yiwu Linkun Trading Co. |
| 45 | Seyduchhs |
| 46 | YN fashion store |
| 47 | liwentuo6205 |
| 48 | little_one |
| 49 | SHT Online Store |
| 50 | qqnlv1shop |

| Def. | Seller Name |
|---|---|
| 51 | Juliussmgl |
| 52 | Lucky stra boy |
| 53 | xingdongpai |
| 54 | xiaoxiaobaitun |
| 55 | liminminli |
| 56 | Diane Jordan |
| 57 | Gong Donghui |
| 58 | JINJIAHUI FOREIGN TRADE CO.,LTD |
| 59 | linhuaneng fashion |
| 60 | BitStoreUSA |
| 61 | APEXICE |
| 62 | Reallgo |
| 63 | Anne Mall e-commerce |
| 64 | sweetby |
| 65 | duwanxin56356896 |
| 66 | sunjuanyue02213 |
| 67 | Preferred Mall |
| 68 | Well88 _ |
| 69 | Baby002 |
| 70 | Andy' store |
| 71 | LuoDeZhi |
| 72 | linlongxiang1134 |
| 73 | yangyan4663 |
| 74 | ekfoadkfjkqw |
| 75 | Harold L Hix |

Date:   August 3, 2023                      Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*