UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel and Pursuant to the Clerk's Notices to Filer [ECF Nos. 39-44] requiring corrective action, hereby submits this Replacement Notice of Entry of Parties, giving notice that the Defendants[1] identified below are being added to this matter. Plaintiff submits this as a Notice (Other) to avoid duplication of the Defendants submitted herein.

| Def. | Seller Name |
|---|---|
| 151 | haiyinstore |
| 152 | la5skv |
| 153 | Universal small shops |
| 154 | CHENG-mm |
| 155 | LiHongQiao |
| 156 | Cute potatoes |
| 157 | Serendipity LIAO |
| 158 | fdgfds |
| 159 | tuanli electronic commerce co., LTD |
| 160 | EARLFAMILY |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 161 | ZUOLANTING Shop |
| 162 | surprise yong |
| 163 | WhschCoa9 |
| 164 | Abby Townsend |
| 165 | jiangdidedian |
| 166 | liujiahaovc |
| 167 | Lynsie |
| 168 | Sknfodndkdcnzofksodk68 |
| 169 | qiuchao97444 |
| 170 | Queey |
| 171 | helinlin1787 |
| 172 | chongpeicheng45285 |
| 173 | wzchunlai |
| 174 | liqinsong0625 |
| 175 | liuyongzhi |
| 176 | xiaojunnanzhuang123 |
| 177 | xxiong shop |
| 178 | 7007 |
| 179 | xiaoyanzis |
| 180 | langworthjenni185 |
| 181 | UrbanLobes |
| 182 | liverstone |
| 183 | zhazhahui002 |
| 184 | ella trendy store |
| 185 | Remiel Jewelry |
| 186 | Susie Davis |
| 187 | wanmeizhenzhu A |
| 188 | flamingcloud666 |
| 189 | jinche2852 |
| 190 | dgfffdb44 |
| 191 | Dannishijie |
| 192 | FSdfgx |
| 193 | Ladies or Girls |
| 194 | Decoration home store |
| 195 | CHENbibi |
| 196 | Qiaoyufeng |
| 197 | SebastianeMirabelleoXpV |
| 198 | pnhvhrus |
| 199 | Nna3 |
| 200 | A&K STORY |

| Def. | Seller Name |
|---|---|
| 201 | wangpengyi55329 |
| 202 | wellfolove |
| 203 | gaoyuling |
| 204 | XIAO JUN MA |
| 205 | Shirtbude |
| 206 | liudawnag23936 |
| 207 | AiHua835 |
| 208 | liuhao2134 |
| 209 | linbingzheng |
| 210 | zhuore5dfgfdg |
| 211 | LUCK ZL |
| 212 | yujunhaya |
| 213 | Kristina Gallman |
| 214 | zhangsimeng |
| 215 | Gregory L Stipovich |
| 216 | liuyang2450 |
| 217 | Risque Chalet |
| 218 | Sheila Long_ |
| 219 | yanpuxi |
| 220 | Kathy Lesch |
| 221 | luyuhua2494 |
| 222 | TANGSHUNAGJJ |
| 223 | PingLincreativegiftshop |
| 224 | alexzandraaitken60027231 |
| 225 | chedng d |

Date:   August 3, 2023               Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*