UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
    _____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel and Pursuant to the Clerk's Notices to Filer [ECF Nos. 39-44] requiring corrective action, hereby submits this Replacement Notice of Entry of Parties, giving notice that the Defendants[1] identified below are being added to this matter.  Plaintiff submits this as a Notice (Other) to avoid duplication of the Defendants submitted herein.

| Def. | Seller Name |
|---|---|
| 226 | Festival Accessories Store |
| 227 | dingshang |
| 228 | gaoxuehua89156 |
| 229 | Tumoni store |
| 230 | samcnbr |
| 231 | J-ASZH SHOP |
| 232 | gggion |
| 233 | Qiangming |
| 234 | RUINUO-MQ |
| 235 | AllSimplelove |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 236 | TTT123 |
| 237 | mishili |
| 238 | molochsh |
| 239 | caoshuang3251 |
| 240 | liujian2224 |
| 241 | Jani shoes fine line |
| 242 | TIAN ZHU STORE |
| 243 | tianmeng1359 |
| 244 | dsjfisufyhsidf |
| 245 | mcdermottemelia |
| 246 | AlanBaptiste |
| 247 | qingshengfanghua |
| 248 | NANALIKEO |
| 249 | kindly feelings |
| 250 | Macabre |
| 251 | nkhiguttutu |
| 252 | guozhipin |
| 253 | Mece Show |
| 254 | Foyali |
| 255 | maozhiy098l |
| 256 | ZJP1990 |
| 257 | xuejzlsda |
| 258 | zhouyanfeng3884 |
| 259 | Cute Stickers For Kids |
| 260 | Doggy Steven Store |
| 261 | Weldon Williams |
| 262 | BigteesweetA |
| 263 | XiaoH Shop |
| 264 | enqingfuzhuangdian |
| 265 | Luyun mashatac |
| 266 | Men Watch Sports |
| 267 | wiriya445 |
| 268 | guiqin |
| 269 | chenlingchao3161 |
| 270 | YUANQIANGGEGE8 |
| 271 | hao0819 |
| 272 | mingxiaoxu |
| 273 | Jennifer Gerdau |
| 274 | Melissa Fronheiser |
| 275 | maxiaonan00762 |

| Def. | Seller Name |
|---|---|
| 276 | yiwuhaomiao |
| 277 | KDIF-SJIF.JVID |
| 278 | LiuAnYuan |
| 279 | wanyida castle |
| 280 | Miulee Fashion Store |
| 281 | xyzabc123 |
| 282 | zhangguotao14776 |
| 283 | chenjian6987 |
| 284 | MaGuanQi |
| 285 | renchaoL |
| 286 | Window of the love |
| 287 | WanShunLiu |
| 288 | renyufei1234 |
| 289 | vivatee |
| 290 | Xu Xiaoyu graffiti stickers |
| 291 | Vigidis Electronics Home Decor Mall |
| 292 | MyOfficeInnovations/HiTouch |
| 293 | keertao55213 |
| 294 | pengyunjiawo |
| 295 | zzxmqxj@163.com |
| 296 | zhanQfengQQ |
| 297 | Karlakai |
| 298 | Friend-Jewelry |
| 299 | LillianSanchez |
| 300 | S&S House |

Date:   August 3, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*