UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel and Pursuant to the Clerk's Notices to Filer [ECF Nos. 39-44] requiring corrective action, hereby submits this Replacement Notice of Entry of Parties, giving notice that the Defendants[1] identified below are being added to this matter.  Plaintiff submits this as a Notice (Other) to avoid duplication of the Defendants submitted herein.

| Def. | Seller Name |
|---|---|
| 301 | Brian Davino |
| 302 | Moontees |
| 303 | Smart wardrobe |
| 304 | dengmengwei45203 |
| 305 | Pursuit of Happyness International |
| 306 | meilijiazhuan |
| 307 | Embird |
| 308 | JABG |
| 309 | Lovely Decor |
| 310 | qixianyun37104 |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 311 | XLIU |
| 312 | TUMENG99 |
| 313 | xukai8524 |
| 314 | LHmart |
| 315 | qinpeng1234 |
| 316 | liutao24129 |
| 317 | Joyous goods |
| 318 | zemingshop |
| 319 | C&B Jewelry |
| 320 | April Lacey |
| 321 | Jummioni |
| 322 | Leo&Hui |
| 323 | denise bollenbacher34 |
| 324 | WeiJingFu |
| 325 | LEONON |
| 326 | 11dian |
| 327 | plants shop |
| 328 | renguofei |
| 329 | chenkai39715 |
| 330 | AIKEmeng335 |
| 331 | Yiwu ingot Club Co. |
| 332 | lucklyjewelry |
| 333 | sunflower123 |
| 334 | JCYStore |
| 335 | graphictopic |
| 336 | Ybety Accessories |
| 337 | ZhangHaYun |
| 338 | Rodney M Pospisil |
| 339 | huxiulis |
| 340 | Retro Styler |
| 341 | liangminqing |
| 342 | xukouqun0616 |
| 343 | NCX's store |
| 344 | likuansop |
| 345 | kishuqing |
| 346 | Bisami Flagship Store |
| 347 | ghfgsdf |
| 348 | Fashion Century |
| 349 | ZLYsticker |
| 350 | he su qiong |

| Def. | Seller Name |
|---|---|
| 351 | huyuehao |
| 352 | eric_qin store |
| 353 | YIwuDina |
| 354 | PECG-haha |
| 355 | Nayely G Calderon Alamillo |
| 356 | gongmingli90872 |
| 357 | Yhuahua |
| 358 | Prebble E-commerce company |
| 359 | jiang fashion |
| 360 | Life GOGO |
| 361 | W store |
| 362 | chunlang |
| 363 | gexinhu57785 |
| 364 | To be best 1 |
| 365 | shaoyingying8 |
| 366 | shenzhenpengpengkejiyouxiangongsi |
| 367 | Lambleigh0032 |
| 368 | LuolianJia |
| 369 | chenyouyan0910 |
| 370 | EvangelineGriffitheYyM |
| 371 | mangboo |
| 372 | Minliqijian |
| 373 | chenbing1994 |
| 374 | jianlin supper-market |
| 375 | YANG YANG STORE |

Date:   August 3, 2023                          Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*