UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), Inc., by and through its undersigned counsel and Pursuant to the Clerk's Notices to Filer [ECF Nos. 39-44] requiring corrective action, hereby submits this Replacement Notice of Entry of Parties, giving notice that the Defendants[1] identified below are being added to this matter.  Plaintiff submits this as a Notice (Other) to avoid duplication of the Defendants submitted herein.

| Def. | Seller Name |
|---|---|
| 376 | xiaoshentong1 |
| 377 | JINhuang00 |
| 378 | jiuosjiloutimozi |
| 379 | kerosin |
| 380 | cwqiani196 |
| 381 | zzp546 |
| 382 | MONICA MARTINEZ1 |
| 383 | PANGLUOBO |
| 384 | qiancraftkits |
| 385 | iomaxmall |

---

[1] Defendants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 386 | KLCPPY |
| 387 | RaoZongYue |
| 388 | zhangxuanli55187 |
| 389 | Small make-up shop in Xincheng |
| 390 | mangkoy |
| 391 | DGW |
| 392 | DIY Charms Jewelry |
| 393 | Young Power |
| 394 | Yuanfanglin |
| 395 | Cute Ornament World |
| 396 | st02134b |
| 397 | Mongolcaprexx |
| 398 | wensha store |
| 399 | boxiaohu |
| 400 | zhangxiaoying31217 |
| 401 | chenxilu |
| 402 | cityshopping |
| 403 | ziyurong Store |
| 404 | TshirtsEmpire |
| 405 | marda |
| 406 | Royal1878 |
| 407 | shangwenbin fashion |
| 408 | duanfuqing07253 |
| 409 | Donna Manning34 |
| 410 | dingjianlan |
| 411 | international jewelry accessories manufacturers |
| 412 | Miss Kiki Gao |
| 413 | OCEAN BLUE1 |
| 414 | luolimei |
| 415 | JGB888 |
| 416 | JehuTanydx |
| 417 | Funeral Tin |
| 418 | Electrphon shop |
| 419 | wangxiuli6950 |
| 420 | zhaosicong2262 |
| 421 | YIJIN21 |
| 422 | tianyouxing46003 |
| 423 | yun888 |
| 424 | J-YANG Shop |
| 425 | tfyeree |

| Def. | Seller Name |
|---|---|
| 426 | LikeFashionShop |
| 427 | sumail-89337 |
| 428 | WJSJEWELRY |
| 429 | Alicech16 |

Date:   August 3, 2023                                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: JSobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*