UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF FILING PROPOSED ORDER GRANTING
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

    Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), by and through its undersigned counsel, hereby gives notice that the foregoing document is being electronically filed.

Date:  August 4, 2023                Respectfully submitted by,

                                          **Javier Sobrado**
                                          Javier Sobrado (Fla. Bar No. 44992)
                                          Attorney Email address: jsobrado@brickellip.com
                                          THE BRICKELL IP GROUP, PLLC
                                          1101 Brickell Avenue, South Tower, Suite 800
                                          Miami FL, 33131
                                          Telephone: (305) 728-8831
                                          *Attorneys for Plaintiff*