UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

BIG SALER (Defendant No. 32 on Schedule "A" to the Complaint),

Life GOGO (Defendant No. 360 on Schedule "A" to the Complaint),

marda (Defendant No. 405 on Schedule "A" to the Complaint),

PANGLUOBO (Defendant No. 383 on Schedule "A" to the Complaint),

Wi Smart (Defendant No. 5 on Schedule "A" to the Complaint), and

ZUOLANTING Shop (Defendant No. 161 on Schedule "A" to the Complaint).

Date:   August 4, 2023                Respectfully submitted by,

                                                       **Javier Sobrado**
                                                       Javier Sobrado (Fla. Bar No. 44992)
                                                       Attorney Email address: jsobrado@brickellip.com
                                                       Arthur Robert Weaver (Fla. Bar no. 92132)
                                                       Attorney Email address: rweaver@brickellip.com
                                                       THE BRICKELL IP GROUP, PLLC

1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*