United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL, <br> Plaintiff, <br><br> v. <br><br> Zerogiving and others, Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 23-22352-Civ-Scola <br> ) <br> ) <br> ) |

### Fifth Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendants:

- BIG SALER (Defendant No. 32 on Schedule "A" to the Complaint);
- Life GOGO (Defendant No. 360 on Schedule "A" to the Complaint);
- marda (Defendant No. 405 on Schedule "A" to the Complaint);
- PANGLUOBO (Defendant No. 383 on Schedule "A" to the Complaint);
- Wi Smart (Defendant No. 5 on Schedule "A" to the Complaint); and
- ZUOLANTING Shop (Defendant No. 161 on Schedule "A" to the Complaint). (ECF No. 58.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on August 7, 2023.

_____
Robert N. Scola, Jr.
United States District Judge