UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    Zeckos (Defendant No. 2 on Schedule "A" to the Complaint),

    Beautiful boy (Defendant No. 28 on Schedule "A" to the Complaint),

    LuckyStar1216 (Defendant No. 29 on Schedule "A" to the Complaint),

    Yiwu Linkun Trading Co. (Defendant No. 44 on Schedule "A" to the Complaint),

    liminminli (Defendant No. 55 on Schedule "A" to the Complaint),

    Preferred Mall (Defendant No. 67 on Schedule "A" to the Complaint),

    omsmor (Defendant No. 115 on Schedule "A" to the Complaint),

    Yanglang1992 (Defendant No. 118 on Schedule "A" to the Complaint),

    zhazhahui002 (Defendant No. 183 on Schedule "A" to the Complaint),

    chedng d (Defendant No. 225 on Schedule "A" to the Complaint),

Leo&Hui (Defendant No. 322 on Schedule "A" to the Complaint),

Huyuehao (Defendant No. 351 on Schedule "A" to the Complaint), and

Miss Kiki Gao (Defendant No. 412 on Schedule "A" to the Complaint).

| | |
|---|---|
| Date:   August 11, 2023 | Respectfully submitted by, |

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*