UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

retrostyler (Defendant No. 252 on Schedule "A" to the Complaint),

Date:  August 11, 2023                Respectfully submitted by,

                                                        **Javier Sobrado**
                                                        Javier Sobrado (Fla. Bar No. 44992)
                                                        Attorney Email address: jsobrado@brickellip.com
                                                        Arthur Robert Weaver (Fla. Bar no. 92132)
                                                        Attorney Email address: rweaver@brickellip.com
                                                         THE BRICKELL IP GROUP, PLLC
                                                        1101 Brickell Avenue, South Tower, Suite 800
                                                        Miami FL, 33131
                                                        Telephone: (305) 728-8831
                                                        *Attorneys for Plaintiff*