United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL,<br>Plaintiff,<br><br>v.<br><br>Zerogiving and others, Defendants. | )<br>)<br>)<br>) Civil Action No. 23-22352-Civ-Scola<br>)<br>)<br>) |

### Sixth Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendants:
- Zeckos (Defendant No. 2 on Schedule "A" to the Complaint);
- Beautiful boy (Defendant No. 28 on Schedule "A" to the Complaint);
- LuckyStar1216 (Defendant No. 29 on Schedule "A" to the Complaint);
- Yiwu Linkun Trading Co. (Defendant No. 44 on Schedule "A" to the Complaint);
- liminminli (Defendant No. 55 on Schedule "A" to the Complaint);
- Preferred Mall (Defendant No. 67 on Schedule "A" to the Complaint);
- omsmor (Defendant No. 115 on Schedule "A" to the Complaint);
- Yanglang1992 (Defendant No. 118 on Schedule "A" to the Complaint);
- zhazhahui002 (Defendant No. 183 on Schedule "A" to the Complaint);
- chedng d (Defendant No. 225 on Schedule "A" to the Complaint);
- Leo&Hui (Defendant No. 322 on Schedule "A" to the Complaint);
- Huyuehao (Defendant No. 351 on Schedule "A" to the Complaint); and
- Miss Kiki Gao (Defendant No. 412 on Schedule "A" to the Complaint). (ECF No. 62.)

In addition, Smiley, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **without prejudice**, as to the following Defendant:
- retrostyler (Defendant No. 252 on Schedule "A" to the Complaint). (ECF No. 63.)

Smiley's notices of voluntary dismissal are approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on August 15, 2023.

_____
Robert N. Scola, Jr.
United States District Judge