UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    shinywedding (Defendant No. 41 on Schedule "A" to the Complaint),

    nie qi ming look (Defendant No. 85 on Schedule "A" to the Complaint),

    niechenxin001 (Defendant No. 15 on Schedule "A" to the Complaint),

    lvshengying (Defendant No. 122 on Schedule "A" to the Complaint),

    Harold L Hix (Defendant No. 75 on Schedule "A" to the Complaint),

    international jewelry accessories manufacturers(Defendant No. 411 on Schedule "A" to the Complaint),

    J-ASZH SHOP(Defendant No. 231 on Schedule "A" to the Complaint),

    Mishili (Defendant No. 237 on Schedule "A" to the Complaint),

    shenzhenpengpengkejiyouxiangongsi (Defendant No. 366 on Schedule "A" to the

Complaint),

Small make-up shop in Xincheng (Defendant No. 389 on Schedule "A" to the Complaint),

WilliamH shop (Defendant No. 11 on Schedule "A" to the Complaint),

WilliamW (Defendant No. 121 on Schedule "A" to the Complaint),

zemingshop (Defendant No. 318 on Schedule "A" to the Complaint),

St.kunkka 1874 (Defendant No. 8 on Schedule "A" to the Complaint),

Young Power (Defendant No. 393 on Schedule "A" to the Complaint),

C&B Jewelry (Defendant No. 319 on Schedule "A" to the Complaint),

DIY Charms Jewelry (Defendant No. 392 on Schedule "A" to the Complaint),

plants shop (Defendant No. 327 on Schedule "A" to the Complaint), and

YIwuDina (Defendant No. 353 on Schedule "A" to the Complaint).

Date:   August 18, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*