United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL, Plaintiff, | ) ) ) ) Civil Action No. 23-22352-Civ-Scola |
| v. | ) ) |
| Zerogiving and others, Defendants. | ) |

### Seventh Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendants:

- shinywedding (Defendant No. 41 on Schedule "A" to the Complaint);
- nie qi ming look (Defendant No. 85 on Schedule "A" to the Complaint);
- niechenxin001 (Defendant No. 15 on Schedule "A" to the Complaint);
- lvshengying (Defendant No. 122 on Schedule "A" to the Complaint);
- Harold L Hix (Defendant No. 75 on Schedule "A" to the Complaint);
- international jewelry accessories manufacturers (Defendant No. 411 on Schedule "A" to the Complaint);
- J-ASZH SHOP(Defendant No. 231 on Schedule "A" to the Complaint);
- Mishili (Defendant No. 237 on Schedule "A" to the Complaint);
- shenzhenpengpengkejiyouxiangongsi (Defendant No. 366 on Schedule "A" to the Complaint);
- Small make-up shop in Xincheng (Defendant No. 389 on Schedule "A" to the Complaint);
- WilliamH shop (Defendant No. 11 on Schedule "A" to the Complaint);
- WilliamW (Defendant No. 121 on Schedule "A" to the Complaint);
- zemingshop (Defendant No. 318 on Schedule "A" to the Complaint);
- St.kunkka 1874 (Defendant No. 8 on Schedule "A" to the Complaint);
- Young Power (Defendant No. 393 on Schedule "A" to the Complaint);
- C&B Jewelry (Defendant No. 319 on Schedule "A" to the Complaint);
- DIY Charms Jewelry (Defendant No. 392 on Schedule "A" to the Complaint);
- plants shop (Defendant No. 327 on Schedule "A" to the Complaint); and
- YIwuDina (Defendant No. 353 on Schedule "A" to the Complaint). (ECF No. 65.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on August 21, 2023.

_____
Robert N. Scola, Jr.
United States District Judge