UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

Johnin Flag (Defendant No. 94 on Schedule "A" to the Complaint),

Jani shoes fine line (Defendant No. 241 on Schedule "A" to the Complaint),

Mece Show (Defendant No. 253 on Schedule "A" to the Complaint),

guiqin (Defendant No. 268 on Schedule "A" to the Complaint),

zzxmqxj@163.com (Defendant No. 295 on Schedule "A" to the Complaint),

iomaxmall (Defendant No. 385 on Schedule "A" to the Complaint),

JGB888 (Defendant No. 415 on Schedule "A" to the Complaint), and

J-YANG Shop (Defendant No. 424 on Schedule "A" to the Complaint).

Date:  August 23, 2023                  Respectfully submitted by,

                                                        **Javier Sobrado**
                                                        Javier Sobrado (Fla. Bar No. 44992)

2

Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*

2