United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Zerogiving and others, Defendants. ) | Civil Action No. 23-22352-Civ-Scola |

### Eighth Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendants:

- Johnin Flag (Defendant No. 94 on Schedule "A" to the Complaint);
- Jani shoes fine line (Defendant No. 241 on Schedule "A" to the Complaint);
- Mece Show (Defendant No. 253 on Schedule "A" to the Complaint);
- guiqin (Defendant No. 268 on Schedule "A" to the Complaint);
- zzxmqxj@163.com (Defendant No. 295 on Schedule "A" to the Complaint);
- iomaxmall (Defendant No. 385 on Schedule "A" to the Complaint);
- JGB888 (Defendant No. 415 on Schedule "A" to the Complaint); and
- J-YANG Shop (Defendant No. 424 on Schedule "A" to the Complaint). (ECF No. 67.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on August 21, 2023.

_____
Robert N. Scola, Jr.
United States District Judge