UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    Happyshop123 (Defendant No. 4 on Schedule "A" to the Complaint),

    xiaojiaoya fashion (Defendant No. 13 on Schedule "A" to the Complaint),

    shantou hongxinyuan clothing., LTD (Defendant No. 31 on Schedule "A" to the Complaint),

    Xintianji (Defendant No. 88 on Schedule "A" to the Complaint),

    HLXStore (Defendant No. 136 on Schedule "A" to the Complaint),

    Friend-Jewelry (Defendant No. 298 on Schedule "A" to the Complaint),

    JCYStore (Defendant No. 334 on Schedule "A" to the Complaint),

    Boxiaohu (Defendant No. 399 on Schedule "A" to the Complaint), and

    Funeral Tin (Defendant No. 417 on Schedule "A" to the Complaint).

| | |
|---|---|
| Date:  August 29, 2023 | Respectfully submitted by, |

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*