United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Zerogiving and others, Defendants. ) | Civil Action No. 23-22352-Civ-Scola |

### Ninth Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendants:

- Happyshop123 (Defendant No. 4 on Schedule "A" to the Complaint);
- xiaojiaoya fashion (Defendant No. 13 on Schedule "A" to the Complaint);
- shantou hongxinyuan clothing., LTD (Defendant No. 31 on Schedule "A" to the Complaint);
- Xintianji (Defendant No. 88 on Schedule "A" to the Complaint);
- HLXStore (Defendant No. 136 on Schedule "A" to the Complaint);
- Friend-Jewelry (Defendant No. 298 on Schedule "A" to the Complaint);
- JCYStore (Defendant No. 334 on Schedule "A" to the Complaint);
- Boxiaohu (Defendant No. 399 on Schedule "A" to the Complaint); and
- Funeral Tin (Defendant No. 417 on Schedule "A" to the Complaint). (ECF No. 69.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on August 24, 2023.

_____
Robert N. Scola, Jr.
United States District Judge