UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF COMPLIANCE

PLEASE TAKE NOTICE Plaintiff The Smiley Company SPRL, by undersigned counsel, submits this in confirmation that it has complied with the Court's Order on Clerk's Default Procedure (ECF No. 70), and served a copy of that Order Defendants on September 5, 2023 via email, to the email addresses provided by the platform and/or to counsel, where known, for each Defendant, and on September 1, 2023, via posting on Plaintiff's Notice/Service website: https://www.dropbox.com/scl/fo/ftazryndvzffe6xefmbdx/h?dl=0&rlkey=5c3ljw0qeo5yfxfruk1srrsz5.

Date: September 6, 2023

Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Email: JSobrado@BrickellIP.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

Attorey for Plaintiff