United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL, Plaintiff, | ) ) ) ) Civil Action No. 23-22352-Civ-Scola |
| v. | ) ) |
| Zerogiving and others, Defendants. | ) |

### Tenth Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendants:

- hao0819 (Defendant No. 271 on Schedule "A" to the Complaint);
- lucklyjewelry (Defendant No. 332 on Schedule "A" to the Complaint); and
- xiaoshentong1 (Defendant No. 376 on Schedule "A" to the Complaint). (ECF No. 72.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on September 7, 2023.

Robert N. Scola, Jr.
United States District Judge