UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff The Smiley Company SPRL ("Plaintiff") by and through the undersigned counsel, and in compliance with the Court's Order of Clerk's Default Procedure (ECF No. 70), hereby requests that the Clerk enter default in this matter against the defaulting Defendants, the Individuals, Partnerships and Unincorporated Associations as identified on Schedule "A" attached hereto (collectively "Defaulting Defendants") on the grounds that Defaulting Defendants have failed to appear or otherwise respond to the Complaint within either the time prescribed by the Federal Rules of Civil Procedure or the time set forth by the Court for Defendants to respond. (Declaration of Javier Sobrado in Support of Plaintiff's Request for Clerk's Entry of Default ("Sobrado Decl.") at ¶ 7, filed concurrently herewith.)

On July 24, 2023, Defendants were served with their respective Summons and copies of the Complaint via e-mail pursuant to the Court's Order authorizing alternate service of process. (Sobrado Decl. at ¶ 4; *see also* ECF No. 29, Proof of Service on file with the Court reflecting that Defendants were served). Defendants were also served via publication by posting a true and

accurate copy of the Complaint, Issued Summons and all other filings in this case on the website https://www.dropbox.com/scl/fo/ftazryndvzffe6xefmbdx/h?dl=0&rlkey=5c3ljw0qeo5yfxfruk1srrsz5. *Id.*

Defendants have not filed a response or otherwise appeared in this matter. Sobrado Decl., at ¶ 4. The time allowed for the Defaulting Defendants to respond to the Complaint has expired. (*Id.*, at ¶ 5.) Neither Plaintiff nor the Court has granted the Defaulting Defendants an extension of time to respond to the Complaint, nor has any Defaulting Defendant requested same. (*Id*. At ¶ 6.) The Defaulting Defendants have failed to answer or otherwise respond to the Complaint or serve a copy of any Answer or other response upon Plaintiff's attorneys of record. (*Id*. at ¶ 7.) Plaintiff is informed and believes that none of the Defaulting Defendants could be considered infants or incompetent persons. (*Id*. at ¶ 8.) Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply. (*Id*.)

WHEREFORE, Plaintiffs hereby request that default be entered against Defendants, the Individuals, Partnerships and Unincorporated Associations as identified on Schedule "A" attached hereto.

Date:   September 8, 2023                               Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar No. 92132)
Attorney Email Address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby Certify that the Defaulting Defendants are being served today, September 8, 2023, with a copy of this request for entry of Clerk's Default and accompanying Declaration of Javier Sobrado at the email addresses provided by their third-party platform and/or via emails to their attorneys, as set forth below in the Service List, and via posting these documents at the website: https://www.dropbox.com/scl/fo/ftazryndvzffe6xefmbdx/h?dl=0&rlkey=5c3ljw0qeo5yfxfruk1srrsz5. Defendants that have entered an appearance through counsel are being served with these documents via the Court's CM/ECF system.

        / Javier Sobrado /

### SERVICE LIST

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 1 | zerogiving | 1021863860@qq.com; |
| 3 | Treasure001 | 973794509@qq.com; |
| 6 | skdlxm10 | skdlxm10@gmail.com; |
| 7 | Daniel D Murphy | n1ar2g@163.com; |
| 9 | luck eastore | 369151929@qq.com; |
| 10 | Tianwen Yu | 948983803@qq.com; |
| 12 | zhangmingli6107 | lueliaobixo@163.com; |
| 14 | yinhanzhiyi | 3323983113@qq.com; |
| 16 | Seilershop.com | nigginz@yahoo.de; |
| 17 | MattHurley23 | jannayqbxpelj@gmail.com; |
| 18 | zhangzhen49915 | fdfpv56@163.com; |
| 19 | YUAN8956KAI | hzjb69@163.com; |
| 20 | surprise xie | q13645938180@163.com; |
| 21 | tianhao0999 | danzhuo7675@163.com; |
| 22 | duomino | appleme8810@163.com; |
| 23 | GP3399 | 17770093269@189.cn; |
| 24 | ATmcer | atmcer@hotmail.com; |
| 25 | hualiling6017 | nlopw7@163.com; |
| 27 | xiulanssx | goushoune3@163.com; |
| 30 | guangzhouhongqiyouxiangongsi | linzka1@126.com; |
| 33 | liaoyingjie50304 | nu3514211@163.com; |
| 34 | mafaldashop | andrespereirabusiness2019@gmail.com; |

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 35 | liuganggang2 | 3297330454@qq.com; |
| 36 | DIYEmbroideryPatchShop | info@a-godeagle.com; |
| 38 | yiwutaiwo | 1547529148@qq.com; |
| 39 | jiangfengping456 | 13178652113@163.com; |
| 40 | Rsdir | jiumunaxin@163.com; |
| 42 | Yencounter | 945538893@qq.com; |
| 43 | libiaoqwe | m15190289060@163.com; |
| 45 | Seyduchhs | calebcalebsambarmo@gmail.com; |
| 46 | YN fashion store | liyaningtk@outlook.com; |
| 47 | liwentuo6205 | lutuo740607@163.com; |
| 49 | SHT Online Store | 431936406@qq.com; |
| 50 | qqnlv1shop | qqnlv1@163.com; 'Bonnie Li' <bli@bonnielilaw.com>; |
| 51 | Juliussmgl | ffmqnc578gy3@163.com; |
| 52 | Lucky stra boy | 120437594@qq.com; |
| 53 | xingdongpai | 799341482@qq.com; |
| 54 | xiaoxiaobaitun | xiaoxiaobaitun@outlook.com; |
| 57 | Gong Donghui | 3474834674@qq.com; |
| 58 | JINJIAHUI FOREIGN TRADE CO.,LTD | 410888001@qq.com; |
| 59 | linhuaneng fashion | linguwm36@aliyun.com; |
| 61 | APEXICE | 2122965215@qq.com; |
| 62 | Reallgo | lkf514936@163.com; |
| 63 | Anne Mall e-commerce | 3456000435@qq.com; |
| 64 | sweetby | xujing01@hotmail.com; |
| 65 | duwanxin56356896 | mzwqad810uf01@163.com; |
| 66 | sunjuanyue02213 | dui8390@163.com; |
| 68 | Well88 | wellforo@163.com; |
| 69 | Baby002 | 3063836500@qq.com; |
| 71 | LuoDeZhi | pz0152@163.com; |
| 72 | linlongxiang1134 | dong52814501@163.com; |
| 73 | yangyan4663 | haosha682719@163.com; |
| 74 | ekfoadkfjkqw | yig2798@163.com; |
| 76 | yinxians | njbs41@163.com; 'Bonnie Li' <bli@bonnielilaw.com>; |
| 77 | vrthggfb | tmtk7902737z@163.com; |
| 78 | wangnan1234 | mengmishankr@163.com; |
| 79 | jinhuai1234 | mike15027195@163.com; |
| 80 | yadana | sya009@126.com; |

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 81 | dnfPOHAR | eleanoremens@gmail.com; |
| 83 | G6G5G8 | rphfs53@163.com; |
| 84 | 8tailuhu-a | yuyongjun1a1@126.com; |
| 86 | yupanli628 | kmxer006xtc9@163.com; |
| 87 | actume fashion | 13802516752@163.com; |
| 89 | 3C Electronic Gift Shop | wingshell@outlook.com; |
| 90 | Jcgdgxgfhcgcgvcgchvhcgv | jcgdgxgfhcgcgvcgchvhcgv@gmail.com; |
| 91 | DMZ clothes grop | dmz1511@163.com; |
| 92 | LHL story | a791350264@163.com; |
| 93 | zhangjinyou6821 | aoyunpai211@163.com; |
| 96 | qingjunfeng44071 | yuandu362286@163.com; |
| 97 | Power Sport World | wcz.1226@aliyun.com; |
| 98 | wangpeng9 | cangyanren1@163.com; |
| 99 | Gransep | pcac30@163.com; |
| 100 | Lminer | lmin1350290427@163.com; |
| 101 | wujuan Store | cuy2321@163.com; |
| 102 | Julimia | hanjuanjane@163.com; |
| 103 | limeixiaoyi | 745286900@qq.com; |
| 104 | liaoshunying9026 | svasc2@163.com; |
| 105 | Guaragandabou | faw5811@163.com; |
| 106 | zlddp | wywish53@sina.com; |
| 107 | wanqidedain | tengfei20201688@163.com; |
| 108 | zh52465 | yin48571914che@163.com; |
| 110 | Les_Tresors_de_Lily | jlp@lestresorsdelily.com; |
| 111 | Barbara Booth | songz080375@163.com; |
| 112 | EstarF | 574328784@qq.com; |
| 113 | panliuming fashion | jungege11@aliyun.com; |
| 114 | shanshandeshop | 13588693770@163.com; |
| 116 | vpower | lianzhenxi2008@126.com; |
| 117 | hdnjshuyfdtu | tongxinba3620060@163.com; |
| 119 | tan weiike | 2018811935@qq.com; |
| 120 | liruitang23970 | gejjd40@163.com; |
| 123 | newwule666 | 1014483944@qq.com; |
| 124 | Csndice Jewelry | vced075154@163.com; |
| 125 | shajsdaass | dic5391@163.com; |
| 126 | uskbtkshop | uskbtk@163.com; |
| 127 | xyz fashions | xyzxyl81@126.com; |
| 128 | WangZiXun | ww7670@163.com; |

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 129 | WLL fashion | 790254090@qq.com; 'Bonnie Li' <bli@bonnielilaw.com>; |
| 130 | ureiewggjooq569 | 982952494@qq.com; |
| 131 | shitingyu4939 | yillb42@163.com; |
| 132 | tangrenjing01420 | rih3170@163.com; |
| 133 | Yadangwaxia | ye52578@163.com; |
| 134 | gonago | belensimich895@gmail.com; |
| 135 | fbdshgdsydu | otun0735165832@163.com; |
| 137 | Worshiperstore | worshiperstore@gmail.com; |
| 138 | ritaccpvyrfs | ritaccpvyrfs@yahoo.com; |
| 139 | SalCo | vitaliygrechuha@gmail.com; |
| 140 | guangzhouliangridengshiyouxiangongsi | 605900568@qq.com; |
| 142 | Peacefulness | garrisonroycejfg282@gmail.com; |
| 143 | liuxiaohai39058 | nafmz56@163.com; |
| 144 | huangzeyu36354 | pdqka00@163.com; |
| 145 | dingzhiqiang55289 | ssoqd76@163.com; |
| 146 | Cizicoco store | amioyes2021@163.com; |
| 147 | yangguang30928 | mig7580@163.com; |
| 148 | COCBONI | cocboni@126.com; |
| 149 | Lucky Leaf Bath Bombs | sales@luckyleafbathbombs.co.uk; |
| 150 | 108mpfdsa | 3391793541@qq.com; |
| 151 | haiyinstore | haiyin6262@aliyun.com; |
| 152 | la5skv | la5skv@163.com; |
| 153 | Universal small shops | 915314410@qq.com; |
| 154 | CHENG-mm | m16571310775@163.com; |
| 155 | LiHongQiao | jf8758@163.com; |
| 156 | Cute potatoes | 942302589@qq.com; Edward Bi <ebi@sherinianlaw.net>; |
| 157 | Serendipity LIAO | 593530111@qq.com; |
| 158 | fdgfds | luzongwei116@163.com; |
| 159 | tuanli electronic commerce co., LTD | 401685092@qq.com; |
| 160 | EARLFAMILY | earlfamily@126.com; |
| 162 | surprise yong | q13625954785@163.com; |
| 163 | WhschCoa9 | yancang9631226yi@163.com; |
| 164 | Abby Townsend | mngztip4ks@163.com; |
| 165 | jiangdidedian | jiang5732200937@163.com; |
| 166 | liujiahaovc | qdesc51@163.com; |
| 167 | Lynsie | tupkbt@163.com; |

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 168 | Sknfodndkdcnzofksodk68 | sknfodndkdcnzofksodk68@gmail.com; |
| 169 | qiuchao97444 | bsmgr55@163.com; |
| 170 | Queey | 710963865@qq.com; |
| 171 | helinlin1787 | xrypp03@163.com; |
| 172 | chongpeicheng45285 | cpnel21@163.com; |
| 173 | wzchunlai | chunlai199@163.com; |
| 174 | liqinsong0625 | yangan865377@163.com; |
| 175 | liuyongzhi | vivatigers@163.com; |
| 176 | xiaojunnanzhuang123 | xiaojununn@163.com; |
| 177 | xxiong shop | d656234@163.com; |
| 178 | 7007 | zk315999@126.com; |
| 179 | xiaoyanzis | 1557268945@qq.com; |
| 180 | langworthjenni185 | langworthjenni185@gmail.com; |
| 181 | UrbanLobes | newton1234@qq.com; |
| 182 | liverstone | liverstone@163.com; |
| 184 | ella trendy store | bestwishella@outlook.com; |
| 185 | Remiel  Jewelry | 261787224@qq.com; |
| 187 | wanmeizhenzhu A | huyanggu2323@163.com; |
| 188 | flamingcloud666 | flamingcloud666@outlook.com; |
| 189 | jinche2852 | vvnbr3@163.com; |
| 190 | dgfffdb44 | mo0870204@163.com; |
| 191 | Dannishijie | sduyf12@163.com; |
| 192 | FSdfgx | yangjiacang7687@163.com; |
| 193 | Ladies or Girls | 3070851278@qq.com; |
| 194 | Decoration home store | y982164627@163.com; |
| 195 | CHENbibi | nan13559808371@163.com; |
| 196 | Qiaoyufeng | smmse8@163.com; |
| 197 | SebastianeMirabelleoXpV | wxig37@163.com; |
| 198 | pnhvhrus | pnhvhrus@yahoo.com; |
| 199 | Nna3 | 18767182612@163.com; |
| 200 | A&K STORY | ak_story88@yahoo.com; |
| 201 | wangpengyi55329 | tcjnj91@163.com; |
| 202 | wellfolove | wellforlove@126.com; |
| 203 | gaoyuling | gao18617085387@163.com; |
| 204 | XIAO JUN MA | shaojun-865@163.com; |
| 205 | Shirtbude | sebastian-kurdum@web.de; |
| 206 | liudawnag23936 | ninvp74@163.com; |
| 207 | AiHua835 | rou876640639202@163.com; |

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 208 | liuhao2134 | butengluqpf@163.com; |
| 209 | linbingzheng | wishyyl3@163.com; |
| 210 | zhuore5dfgfdg | zhuore5181717@163.com; |
| 211 | LUCK ZL | zp376416@163.com; |
| 212 | yujunhaya | tqv752@163.com; |
| 214 | zhangsimeng | jiubi572586570@163.com; |
| 215 | Gregory L Stipovich | ktfq79@163.com; |
| 216 | liuyang2450 | vrjfp7@163.com; |
| 219 | yanpuxi | yanpuxi47472@163.com; |
| 221 | luyuhua2494 | jrtqx85@163.com; |
| 222 | TANGSHUNAGJJ | shashi981464412@163.com; |
| 223 | PingLincreativegiftshop | s57114630nai@163.com; |
| 224 | alexzandraaitken60027231 | alexzandraaitken60027231@gmail.com; |
| 226 | Festival Accessories Store | heshisheng19820104@tom.com; |
| 227 | dingshang | qupeng916@foxmail.com; |
| 228 | gaoxuehua89156 | mbydv87@163.com; |
| 229 | Tumoni store | 2671378930@qq.com; |
| 230 | samcnbr | zhangao83282zhiw3@163.com; |
| 232 | gggion | paixing03@163.com; |
| 233 | Qiangming | janeming1993@hotmail.com; |
| 234 | RUINUO-MQ | ruinuo2019@163.com; |
| 235 | AllSimplelove | vanluongp058@gmail.com; |
| 236 | TTT123 | 3075929471@qq.com; |
| 238 | molochsh | cvvt53@163.com; |
| 239 | caoshuang3251 | yongsutuo755@163.com; |
| 240 | liujian2224 | wqju84@163.com; |
| 242 | TIAN ZHU STORE | siqiao936894057@163.com; |
| 243 | tianmeng1359 | wef352@163.com; |
| 244 | dsjfisufyhsidf | zhishengre56497@163.com; |
| 246 | AlanBaptiste | lillianhoganawbbz@yahoo.com; |
| 247 | qingshengfanghua | diaocheng96118@163.com; |
| 248 | NANALIKEO | wei13559807397@163.com; |
| 249 | kindly feelings | 18530777686@139.com; |
| 250 | Macabre | parkandyanx310@gmail.com; |
| 251 | nkhiguttutu | kanshi315149255@163.com; |
| 252 | guozhipin | landroadwind@outlook.com; |
| 254 | Foyali | 2936498281@qq.com; |

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 255 | maozhiy098l | hexian877yun@163.com; |
| 256 | ZJP1990 | 3200638198@qq.com; |
| 257 | xuejzlsda | ptvgr11@163.com; |
| 258 | zhouyanfeng3884 | jly591@163.com; |
| 259 | Cute Stickers For Kids | xiejuhuafj@163.com; |
| 260 | Doggy Steven Store | 1137481600@qq.com; |
| 261 | Weldon Williams | janemoorevnsfe@yahoo.com; |
| 262 | Bigteesweet | vmhieu82@gmail.com; |
| 263 | XiaoH Shop | pp19171664336@outlook.com; |
| 264 | enqingfuzhuangdian | ran32155lou@163.com; |
| 265 | Luyun mashatac | etkjfca@163.com; |
| 266 | Men Watch Sports | youhuistore@163.com; |
| 267 | wiriya445 | wiriya445wish168@163.com; |
| 269 | chenlingchao3161 | mtnnh63@163.com; |
| 270 | YUANQIANGGEGE8 | avbng260911@sina.com; |
| 272 | mingxiaoxu | hdueiws@163.com; |
| 275 | maxiaonan00762 | dza2156@163.com; |
| 276 | yiwuhaomiao | chengx2017@163.com; |
| 277 | KDIF-SJIF.JVID | uhgbxn@163.com; |
| 278 | LiuAnYuan | tuka24@163.com; |
| 279 | wanyida castle | wanyida_good@163.com; |
| 280 | Miulee Fashion Store | onegirl1121@163.com; |
| 281 | xyzabc123 | q19857916869@163.com; |
| 282 | zhangguotao14776 | yua3305@163.com; |
| 283 | chenjian6987 | vbigq73@163.com; |
| 284 | MaGuanQi | ew1490@163.com; |
| 285 | renchaoL | rz44kr@163.com; |
| 286 | Window of the love | hb19845201314@163.com; |
| 287 | WanShunLiu | sw2901@163.com; |
| 288 | renyufei1234 | qti54i@163.com; |
| 289 | vivatee | nguyenthithanh981989@gmail.com; |
| 290 | Xu Xiaoyu graffiti stickers | jvllev@163.com; |
| 293 | keertao55213 | flszh74@163.com; |
| 294 | pengyunjiawo | syci444@163.com; |
| 296 | zhanQfengQQ | fen13958253559@sina.com; |
| 297 | Karlakai | npi84456@163.com; |
| 299 | LillianSanchez | perryhoracezpnb@yahoo.com; |
| 300 | S&S House | 244386234@qq.com; |

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 302 | Moontees | moontees33@gmail.com; |
| 303 | Smart wardrobe | 990974438@qq.com; |
| 304 | dengmengwei45203 | oemol27@163.com; |
| 305 | Pursuit of Happyness International | 154692833@qq.com; |
| 306 | meilijiazhuan | hjw7524@aliyun.com; |
| 307 | Embird | embird2015@126.com; |
| 308 | JABG | jiabingwish@163.com; |
| 309 | Lovely Decor | 1241231034@qq.com; |
| 310 | qixianyun37104 | meirao579856163@163.com; |
| 311 | XLIU | 1244360487@qq.com; |
| 312 | TUMENG99 | 928302782@qq.com; |
| 313 | xukai8524 | pniug9@163.com; |
| 314 | LHmart | dearhk8608@gmail.com; |
| 315 | qinpeng1234 | naihe1386119@163.com; |
| 316 | liutao24129 | kangyi911511@163.com; |
| 317 | Joyous goods | 330398451@qq.com; |
| 321 | Jummioni | mcgowinlostmcgowin@gmail.com; |
| 324 | WeiJingFu | pp2538@163.com; |
| 325 | LEONON | 1329139723@qq.com; |
| 326 | 11dian | lk11223300@163.com; |
| 328 | renguofei | musccarlandstore@foxmail.com; |
| 329 | chenkai39715 | jscow70@163.com; |
| 330 | AIKEmeng335 | zhongzdvygvo156@163.com; |
| 331 | Yiwu ingot Club Co. | 350607705@qq.com; |
| 333 | sunflower123 | peiying305@163.com; |
| 335 | graphictopic | graphictopic@126.com; |
| 336 | Ybety Accessories | j17056221960@outlook.com; |
| 337 | ZhangHaYun | weibu5402878294381@163.com; |
| 338 | Rodney M Pospisil | vqoamk700925@126.com; |
| 339 | huxiulis | xuannizh610835@163.com; |
| 341 | liangminqing | 1700981306@qq.com; |
| 342 | xukouqun0616 | qiaopade528487@163.com; |
| 343 | NCX's store | ncx3304799512@163.com; |
| 344 | likuansop | 1163176697@qq.com; |
| 345 | kishuqing | wdd13521422578@163.com; 'Yong Chen' <ychen@ambizlaw.com>; |
| 346 | Bisami Flagship Store | 1512285830@qq.com; |
| 348 | Fashion Century | madonae@163.com; |

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 349 | ZLYsticker | 2019102170003@whu.edu.cn; |
| 350 | he su qiong | r7s71z0@163.com; |
| 352 | eric_qin store | qinhuily@126.com; |
| 354 | PECG-haha | 363215608@qq.com; |
| 355 | Nayely G Calderon Alamillo | wallisviolavizk@yahoo.com; |
| 356 | gongmingli90872 | bzdsf11@163.com; |
| 357 | Yhuahua | yc853169072@sina.com; |
| 358 | Prebble E-commerce company | boa3214789@hotmail.com; |
| 359 | jiang fashion | christyfjr@sina.com; |
| 361 | W store | juwu1990@163.com; 'Bonnie Li' <bli@bonnielilaw.com>; |
| 362 | chunlang | 320739663@qq.com; |
| 363 | gexinhu57785 | fiyqz39@163.com; |
| 364 | To be best 1 | th65186363@163.com; |
| 365 | shaoyingying8 | jie01236747@163.com; |
| 367 | Lambleigh0032 | sewv45@163.com; |
| 368 | LuolianJia | mt7068@163.com; |
| 369 | chenyouyan0910 | rntjf5@163.com; |
| 370 | EvangelineGriffitheYyM | ntxj81@163.com; |
| 371 | mangboo | a812007807@163.com; |
| 372 | Minliqijian | hu74095@163.com; |
| 373 | chenbing1994 | chenbing9408@outlook.com; |
| 374 | jianlin supper-market | deborahbra@sina.com; |
| 375 | YANG YANG STORE | aiwunz254207@163.com; |
| 377 | JINhuang00 | jin18650240903@163.com; |
| 378 | jiuosjiloutimozi | pangyoumeng438@163.com; |
| 379 | kerosin | hytqnz@163.com; |
| 380 | cwqiani196 | lan20180424@163.com; |
| 381 | zzp546 | cui907wang9@163.com; |
| 384 | qiancraftkits | 404619080@qq.com; |
| 386 | KLCPPY | zhucaiyin@hotmail.com; |
| 387 | RaoZongYue | xiaobensmallben@aliyun.com; |
| 388 | zhangxuanli55187 | dvtry22@163.com; |
| 390 | mangkoy | ycqxl5376@163.com; |
| 391 | DGW | 258022129@qq.com; |
| 394 | Yuanfanglin | nzgw22@163.com; |
| 395 | Cute Ornament World | yxr13738931283@163.com; |
| 396 | st02134b | st02134b@gmail.com; |

| D. No. | Seller Name | Servcie Email(s) |
|---|---|---|
| 397 | Mongolcaprexx | qzkx38@163.com; |
| 398 | wensha store | 274610360@qq.com; |
| 400 | zhangxiaoying31217 | lij1952@163.com; |
| 401 | chenxilu | mm_hsjl_6@qq.com; |
| 402 | cityshopping | 3554123827@qq.com; |
| 403 | ziyurong Store | sej4213@163.com; |
| 406 | Royal1878 | 574381819@qq.com; |
| 407 | shangwenbin fashion | caiwngk578@aliyun.com; |
| 408 | duanfuqing07253 | lyhpz84@163.com; |
| 409 | Donna Manning34 | bertelainealnjmi@yahoo.com; |
| 410 | dingjianlan | wish64@126.com; |
| 413 | OCEAN BLUE1 | z18720186941@sina.com; |
| 414 | luolimei | ghwufd@163.com; |
| 416 | JehuTanydx | tan940173290@163.com; |
| 418 | Electrphon shop | jd1880594176@163.com; |
| 419 | wangxiuli6950 | jkuld66@163.com; |
| 420 | zhaosicong2262 | zhizhiheiih@163.com; |
| 421 | YIJIN21 | 21ccmccm@sina.com; |
| 422 | tianyouxing46003 | mlvrs75@163.com; |
| 423 | yun888 | mongyun418@163.com; |
| 425 | tfyeree | weigu7713@163.com; |
| 426 | LikeFashionShop | binvp.fba@gmail.com; |
| 427 | sumail-89337 | faultfinder2020@163.com; |
| 428 | WJSJEWELRY | 1205403842@qq.com; |
| 429 | Alicech16 | cgreatbetter@126.com; |