UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22352-RNS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF COMPLIANCE

PLEASE TAKE NOTICE Plaintiff The Smiley Company SPRL, by undersigned counsel, submits this in confirmation that it has complied with the Court's Order on Default Judgment Procedure (ECF No. 77), and served a copy of that Order Defendants on September 12, 2023 via email, to the email addresses provided by the platform and/or to counsel, where known, for each Defendant, and on September 11, 2023, via posting on Plaintiff's Notice/Service website:

https://www.dropbox.com/scl/fo/ftazryndvzffe6xefmbdx/h?dl=0&rlkey=5c3ljw0qeo5yfxfruk1srrsz5.

| | |
|---|---|
| Date: September 12, 2023 | Respectfully submitted by, |

    **Javier Sobrado**
    Javier Sobrado **(**Fla. Bar No. 44992)
    Email: JSobrado@BrickellIP.com
    THE BRICKELL IP GROUP, PLLC
    1101 Brickell Avenue
    South Tower, Suite 800
    Miami FL, 33131
    Tel: 305-728-8831
    Fax: 305-428-2450

    Attorney for Plaintiff