United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL, Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 23-22352-Civ-Scola ) ) |
| Zerogiving and others, Defendants. | ) |

### Eleventh Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendants:

- trafficTHREE (Defendant No. 37 on Schedule "A" to the Complaint);
- Xxiong shop (Defendant No. 177 on Schedule "A" to the Complaint); and
- Cute potatoes (Defendant No. 156 on Schedule "A" to the Complaint). (ECF Nos. 78, 80.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on August 24, 2023.

_____
Robert N. Scola, Jr.
United States District Judge