## SCHEDULE A

| D. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 1 | zerogiving | https://www.wish.com/merchant/586239e98d3b114cb18466ad | https://www.wish.com/c/61dbd58a99d562874ea30f0a |
| 3 | Treasure001 | https://www.wish.com/merchant/5979c7859fbc514e065b8b0d | https://www.wish.com/c/607e88e0051e852d9123aa95 |
| 6 | skdlxm10 | https://www.wish.com/merchant/5e9705afcb003118c30aac7b | https://www.wish.com/c/5f8fb4fa376f9d0e16a92251 |
| 7 | Daniel D Murphy | https://www.wish.com/merchant/5e8ebcf2c065a2036265a967 | https://www.wish.com/c/5f2cd7c757ce5ea83e6b8883 |
| 9 | luck eastore | https://www.wish.com/merchant/5f06e45b3684f22d1aa7cdad | https://www.wish.com/c/60b4a770a7229d742b23548c |
| 10 | Tianwen Yu | https://www.wish.com/merchant/5d5269061d9a8e27de3c9f88 | https://www.wish.com/c/6189e75442a1cd3d251ee753 |
| 12 | zhangmingli6107 | https://www.wish.com/merchant/6061788b7e3f6e1897d9aa46 | https://www.wish.com/c/618a73011cb56e3bbc78e296 |
| 14 | yinhanzhiyi | https://www.wish.com/merchant/6268d5fd24c6c8561d00b6ae | https://www.wish.com/c/634e90add36723d5f8bba06c |
| 16 | Seilershop.com | https://www.wish.com/merchant/5b3b9f2a0119396f61a6625b | https://www.wish.com/c/6007f34f0eb8212251acf2c4 |
| 17 | MattHurley23 | https://www.wish.com/merchant/60bf01586ac9e0510ea8e892 | https://www.wish.com/c/636d4cc3e415163d03bff888 |
| 18 | zhangzhen49915 | https://www.wish.com/merchant/6080f7256b529a2cd4c9c92b | https://www.wish.com/c/60b211b28e67edb394fce6e8 |
| 19 | YUAN8956KAI | https://www.wish.com/merchant/5f7d59e418e1c80f9f065e29 | https://www.wish.com/c/607e9e247b740661a6e5a577 |
| 20 | surprise xie | https://www.wish.com/merchant/5d5c962c1d86292956bfd60c | https://www.wish.com/c/6163fb830d2db812f911b07e |
| 21 | tianhao0999 | https://www.wish.com/merchant/6035f8bb29bfa913024cc411 | https://www.wish.com/c/6110dfc0b5668300984ef79c |
| 22 | duomino | https://www.wish.com/merchant/5d49266a22f30134a0dadebf | https://www.wish.com/c/5dd7d1df046659c8602d28d9 |
| 23 | GP3399 | https://www.wish.com/merchant/5afa8a753beec1057d756339 | https://www.wish.com/c/60ab399d6a783f01c0af85dd |
| 24 | ATmcer | https://www.wish.com/merchant/5adde02db9605f18674eeef7 | https://www.wish.com/c/5dd387b2d0d2f063e3c6fd64 |
| 25 | hualiling6017 | https://www.wish.com/merchant/5fddc039aa3219862e5a4336 | https://www.wish.com/c/6065bc14603cc6fc5a5dfbed |
| 27 | xiulanssx | https://www.wish.com/merchant/5de4a6c912af06bf57fecb02 | https://www.wish.com/c/619894abae6528c4f35041a2 |
| 30 | guangzhouhongqiyouxiangor | https://www.wish.com/merchant/563854b20a628f32669e37d4 | https://www.wish.com/c/58957fff6661e81b7b241e81 |
| 33 | liaoyingjie50304 | https://www.wish.com/merchant/5f23f41069c82b40e7567919 | https://www.wish.com/c/5f810fef0ebe35046f57b6b9 |
| 34 | mafaldashop | https://www.wish.com/merchant/5db621cdf933286368b610bd | https://www.wish.com/c/5e1464f47c3e307dc9c600a8 |
| 35 | liuganggang2 | https://www.wish.com/merchant/5aacaab2aac71f1504fbc75e | https://www.wish.com/c/6440c613fd09ed51d07977d3 |
| 36 | DIYEmbroideryPatchShop | https://www.wish.com/merchant/5abefac94215950f77a43f19 | https://www.wish.com/c/5bdd7b6efd112c1719d97010 |
| 38 | yiwutaiwo | https://www.wish.com/merchant/5992aa6350df6111978b79b5 | https://www.wish.com/c/60710598f7f41293ea906918 |
| 39 | jiangfengping456 | https://www.wish.com/merchant/5b3998c9d3db321e58c217be | https://www.wish.com/c/61a9b509d44ed6ddebd01696 |
| 40 | Rsdir | https://www.wish.com/merchant/60b77a97b2506fff8563ac3e | https://www.wish.com/c/619389e6d3e4234b2058f8c2 |
| 42 | Yencounter | https://www.wish.com/merchant/5d4e3dbe3db43e139e7ee04a | https://www.wish.com/c/6139d8d106fd4f4ae143d1d4 |
| 43 | libiaoqwe | https://www.wish.com/merchant/5b0242fd9fa3db283efb1cf3 | https://www.wish.com/c/63983d647d69eefa824c0d81 |
| 45 | Seyduchhs | https://www.wish.com/merchant/60ff66a0b03db16aced30f1e | https://www.wish.com/c/617adbcf82fe944a9d7e5d11 |
| 46 | YN fashion store | https://www.wish.com/merchant/63747de3aa321b487c32eae0 | https://www.wish.com/c/637d739f6ce42adb98c9b0cb |
| 47 | liwentuo6205 | https://www.wish.com/merchant/60ffa71a16b59a0be1f0e1fd | https://www.wish.com/c/613b379c9d5bdbda1888b07d |
| 49 | SHT Online Store | https://www.wish.com/merchant/5663c4b06589d023f45def09 | https://www.wish.com/c/5a2139ab23b41506f2b03a0d |
| 50 | qqnlv1shop | https://www.wish.com/merchant/5f55c9cbe693586e0819d4de | https://www.wish.com/c/61d7b5c56b1e4886e7e037d9 |
| 51 | Juliussmgl | https://www.wish.com/merchant/5e8d707b81d8073c8686b77d | https://www.wish.com/c/61b9bccab71373389649bd35 |
| 52 | Lucky stra boy | https://www.wish.com/merchant/6003d23a1f399b0b534795d6 | https://www.wish.com/c/6108c1116e05418d8761c064 |
| 53 | xingdongpai | https://www.wish.com/merchant/56e51cab09071558741d04af | https://www.wish.com/c/60365efa6292a2950bbf91dd |
| 54 | xiaoxiaobaitun | https://www.wish.com/merchant/5947570a8b96020f28ad2ca2 | https://www.wish.com/c/5a8e7c308fdae44d33898213 |

## SCHEDULE A

| D. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 57 | Gong Donghui | https://www.wish.com/merchant/59200bf9754793230ddafe58 | https://www.wish.com/c/5bdefa2331305c16a911d917 |
| 58 | JINJIAHUI FOREIGN TRADE CO | https://www.wish.com/merchant/5687bc8ca2de6726bee2100b | https://www.wish.com/c/5e5e60082b353e79629c7272 |
| 59 | linhuaneng fashion | https://www.wish.com/merchant/5415316982b9ac45e173c64a | https://www.wish.com/c/5abf25cb2d659f4da6cf4337 |
| 61 | APEXICE | https://www.wish.com/merchant/5ed9eb84baf06170feb59ccb | https://www.wish.com/c/604eff911f1a86980f7b577a |
| 62 | Reallgo | https://www.wish.com/merchant/5f98c3dcecca181a37f9fdab | https://www.wish.com/c/60a38b0fd09183c3a194d827 |
| 63 | Anne Mall e-commerce | https://www.wish.com/merchant/57470b7e577c740747af67d7 | https://www.wish.com/c/627b09083c3a8cf73306dbb2 |
| 64 | sweetby | https://www.wish.com/merchant/5850ff4271b4d76ed52f31f6 | https://www.wish.com/c/5d520fe5f22a884ac21f90cd |
| 65 | duwanxin56356896 | https://www.wish.com/merchant/5fffdeeb07666b06eede6109 | https://duwanxin.com/c/613f02c06fb22a5b5692d266 |
| 66 | sunjuanyue02213 | https://www.wish.com/merchant/611c7432e69ed10c8046a72d | https://www.wish.com/c/61a8a6a7e2f69b17192f5712 |
| 68 | Well88 | https://www.wish.com/merchant/53dfb86fd911395f66d72fe8 | https://www.wish.com/c/617a43e9bcd57697c7462c8a |
| 69 | Baby002 | https://www.wish.com/merchant/59e6b8dfef7b890d5a1643ba | https://www.wish.com/c/631b0672ff5e90eafed44b19 |
| 71 | LuoDeZhi | https://www.wish.com/merchant/611dfb6c4e36560a997281eb | https://www.wish.com/c/62874e39f98084ecdd1b9476 |
| 72 | linlongxiang1134 | https://www.wish.com/merchant/611b670732b30e8c2cdb96b0 | https://www.wish.com/c/63fee67fa84e680830ee718b |
| 73 | yangyan4663 | https://www.wish.com/merchant/6061951fe5db55f8cce1ad7c | https://www.wish.com/c/60890d9266ddff579740a369 |
| 74 | ekfoadkfjkqw | https://www.wish.com/merchant/605adc87043168555e8b7154 | https://www.wish.com/c/6367cfb3d32a66826af721c6 |
| 76 | yinxians | https://www.wish.com/merchant/6038a72d0af0bd20499266ce | https://www.wish.com/c/611ca3a57bae5166f767bedb |
| 77 | vrthggfb | https://www.wish.com/merchant/5f212428324dd1a2c4dae280 | https://www.wish.com/c/6200e4aea5fc678d30541531 |
| 78 | wangnan1234 | https://www.wish.com/merchant/60ff912a9674e373b23bd8b9 | https://wangnan.wish.com/c/615ff42ba4c7374e6527a6d8 |
| 79 | jinhuai1234 | https://www.wish.com/merchant/60f9182d1f8b179a0392ff6f | https://www.wish.com/c/6407e090cafc480f53e5ace1 |
| 80 | yadana | https://www.wish.com/merchant/55acc1a49bd34a4073bc93e1 | https://yadana.wish.com/c/5bf3e94d78f6e742007067be |
| 81 | dnfPOHAR | https://www.wish.com/merchant/59f14c179aee0905e6cd981b | https://www.wish.com/c/5f101b9badbb07593144ebba |
| 83 | G6G5G8 | https://www.wish.com/merchant/5e94ea85b9d6ea02bef4ce9e | https://www.wish.com/c/61347107f5507ac8ff7757b2 |
| 84 | 8tailuhu-a | https://www.wish.com/merchant/56615ae0e363a328aeca8133 | https://www.wish.com/c/5790637d813c8a6ed492e924 |
| 86 | yupanli628 | https://www.wish.com/merchant/60026ef7177d5a3865555b7e | https://www.wish.com/c/600fdcfb966a014546b2abae |
| 87 | actume fashion | https://www.wish.com/merchant/5443367f1280fa158468547b | https://www.wish.com/c/60effc664ca69a1f63838bc9 |
| 89 | 3C Electronic Gift Shop | https://www.wish.com/merchant/5e81cab7e979f98588a60809 | https://www.wish.com/c/5fd87981da253d3025f98107 |
| 90 | Jcgdgxgfhcgcgvcgchvhcgv | https://www.wish.com/merchant/5eaee4300b85d7aa19238906 | https://www.wish.com/c/5f64788cfee67a05d362eb8e |
| 91 | DMZ clothes grop | https://www.wish.com/merchant/55def15faf61136786fda590 | https://www.wish.com/c/60d6a09cb0d20a2da16151dc |
| 92 | LHL story | https://www.wish.com/merchant/6076ad24d2f7b80044d20fb7 | https://www.wish.com/c/60a76b55e1e0ba19bf55561b |
| 93 | zhangjinyou6821 | https://www.wish.com/merchant/60ffc30629c589e6cda955ae | https://www.wish.com/c/61557bb3b65909ff7ffaa334 |
| 96 | qingjunfeng44071 | https://www.wish.com/merchant/6156b6118ee2e1aca912249d | https://www.wish.com/c/6391b9a93f4285a9a6ebeb85 |
| 97 | Power Sport World | https://www.wish.com/merchant/538c729034067e7f31c2cea0 | https://www.wish.com/c/611e24829148240c1be39f69 |
| 98 | wangpeng9 | https://www.wish.com/merchant/5f5dafcb002f7c732f9f3403 | https://www.wish.com/c/60cc9561b3ceb4727af83d8d |
| 99 | Gransep | https://www.wish.com/merchant/609023c4ec3d209915fe9c57 | https://Gransep.wish.com/c/6195db040f3d0fe0aedbec3c |
| 100 | Lminer | https://www.wish.com/merchant/5e79595e29e7862f5ce1eb15 | https://www.wish.com/c/61869cf453b7748c37a26a64 |
| 101 | wujuan Store | https://www.wish.com/merchant/5f60608b238df193a5d38c36 | https://www.wish.com/c/6012542b7bc8500043f716ee |
| 102 | Julimia | https://www.wish.com/merchant/590f3e82864e5c2d68bcb33f | https://Julimia.wish.com/c/59297f01451fa27b8abb2aba |
| 103 | limeixiaoyi | https://www.wish.com/merchant/5b94a1beec02bd60430a2bf4 | https://www.wish.com/c/5f22533cbac4df3c6188101c |

## SCHEDULE A

| D. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 104 | liaoshunying9026 | https://www.wish.com/merchant/5fdc394fce2e9f639340dc16 | https://www.wish.com/c/6051f924da7d08c449f1f437 |
| 105 | Guaragandabou | https://www.wish.com/merchant/6182ce8615ec79d42b4780af | https://www.wish.com/c/61ad08b6787f421906681ea8 |
| 106 | zlddp | https://www.wish.com/merchant/589b0de946ad294ff2bb4f4c | https://www.wish.com/c/61289ec33973e7819b6f23ad |
| 107 | wanqidedain | https://www.wish.com/merchant/5ebf7fc57b46796bebf8ded7 | https://wanqidedain.com/c/60a5e0178517847c89e89cb8 |
| 108 | zh52465 | https://www.wish.com/merchant/5e0c5027a3e118f69f8ae889 | https://www.wish.com/c/5fd1f4739c464728f64a997f |
| 110 | Les_Tresors_de_Lily | https://www.wish.com/merchant/59d33f6d21064f3aea32b028 | https://Les_Tresors.com/c/59ef8f71fb76d116efb6841c |
| 111 | BarbaraBooth | https://www.wish.com/merchant/5e8c3f6b39b090e3416efdde | https://BarbaraBooth.com/c/5f99fdcfc141653f90ab5ef4 |
| 112 | EstarF | https://www.wish.com/merchant/59d8ecd0086da44379fb0789 | https://www.wish.com/c/5e7a211917bb6b7ac64fe949 |
| 113 | panliuming fashion | https://www.wish.com/merchant/54164ca1f8abc8797a773f8b | https://panliuming.com/c/5bbb1bd871987e1694255c99 |
| 114 | shanshandeshop | https://www.wish.com/merchant/5a5ae7a995ebed658280ed13 | https://www.wish.com/c/5b0ff097cd1cde2113155662 |
| 116 | vpower | https://www.wish.com/merchant/57c04902e9557c72a6804402 | https://vpower.com/c/607fd6c0a53107c9f42c2469 |
| 117 | hdnjshuyfdtu | https://www.wish.com/merchant/5f5714c3a94e3e8a370ef070 | https://www.wish.com/c/5f76741d7480b4003b4d7232 |
| 119 | tan weiike | https://www.wish.com/merchant/5b87790e882a262626fc4102 | https://tan.wish.com/c/5e552dfd0c38177d37bdb379 |
| 120 | liruitang23970 | https://www.wish.com/merchant/616baf4c7091a920cc36fd36 | https://www.wish.com/c/61bc3f985c0e28ce0997678e |
| 123 | newwule666 | https://www.wish.com/merchant/5a19328edc7a9115bdb4393d | https://newwule666.com/c/6180f33c47d3b85718986ce6 |
| 124 | Csndice Jewelry | https://www.wish.com/merchant/60af68cdbb0db70a834b35a1 | https://www.wish.com/c/62bae724a205b8de61246ef3 |
| 125 | shajsdaass | https://www.wish.com/merchant/6056c80bf01af46871db7c4a | https://shajsdaass.com/c/6087d58b2551d22694677f0a |
| 126 | uskbtkshop | https://www.wish.com/merchant/5f799fb3996f23be0c50c40e | https://uskbtkshop.com/c/6146fc897acbf5432e60e162 |
| 127 | xyz fashions | https://www.wish.com/merchant/58ae7d3af2733852d6bc83ae | https://xyz.wish.com/c/5ae2a8d21b3a823746b8f137 |
| 128 | WangZiXun | https://www.wish.com/merchant/61443ca78ff481865d362433 | https://WangZiXun.com/c/62f08ae24f8258effdb3bfa1 |
| 129 | WLL fashion | https://www.wish.com/merchant/5aa3d2b9ea8764641a47dc47 | https://www.wish.com/c/5b4752a354781d1715522691 |
| 130 | ureiewggjooq569 | https://www.wish.com/merchant/5abb76c0856edf62e8dee8aa | https://ureiewggjooq569.com/c/5c912b02c906b02c1371f9a6 |
| 131 | shitingyu4939 | https://www.wish.com/merchant/618e2244633609c2a1123b97 | https://www.wish.com/c/640705d0eb89daa3fdd2f98b |
| 132 | tangrenjing01420 | https://www.wish.com/merchant/6125d97ea2730c62ddda91b2 | https://tangrenjing.com/c/61af3cb2c7d0fde59012a9a2 |
| 133 | Yadangwaxia | https://www.wish.com/merchant/5f8a8733907c86c146d5dc67 | https://Yadangwaxia.com/c/60015ff28be9fd1c5dc09f2e |
| 134 | gonago | https://www.wish.com/merchant/59fd35650a332a6200f43f43 | https://www.wish.com/c/5ec782edd179213b32fbd34c |
| 135 | fbdshgdsydu | https://www.wish.com/merchant/5f55ff4e5a02ce16d5a53dc7 | https://www.wish.com/c/5f8d1f6027bc42901e4c21c8 |
| 137 | Worshiperstore | https://www.wish.com/merchant/58f3648379cc7d11aa5efdd2 | https://www.wish.com/c/5917275a8850f82746b5eefe |
| 138 | ritaccpvyrfs | https://www.wish.com/merchant/5e61efa6d977f70c7ffc65f1 | https://www.wish.com/c/60e80674cb52417e047df621 |
| 139 | SalCo | https://www.wish.com/merchant/5c0a650716cbfd33f1adc8e3 | https://www.wish.com/c/620d9836913a99e58028b7dc |
| 140 | guangzhouliangridengshiyou | https://www.wish.com/merchant/559175e2ae74e9402c4179d2 | https://www.wish.com/c/57a80383389b4834bd631298 |
| 142 | Peacefulness | https://www.wish.com/merchant/5fd0dfe5d1e16cf3a022422e | https://www.wish.com/c/60adcd00dd64d29fd7c510ed |
| 143 | liuxiaohai39058 | https://www.wish.com/merchant/60b4851244b548fd75a4a8e7 | https://liuxiaohai.com/c/61b86e061472355c8859650d |
| 144 | huangzeyu36354 | https://www.wish.com/merchant/60c306aed93cc70ec8fead37 | https://www.wish.com/c/61640656dcce2e1a0ba8892e |
| 145 | dingzhiqiang55289 | https://www.wish.com/merchant/60c19dc40620cd8fd9cf80f9 | https://www.wish.com/c/61485300cfaa49b4fe8cffee |
| 146 | Cizicoco store | https://www.wish.com/merchant/5ec23a81cb35c01539bb585e | https://Cizicoco.com/c/603f41ab0aeda4f018eaa091 |
| 147 | yangguang30928 | https://www.wish.com/merchant/611c91d99675eb3606b46f97 | https://yangguang.com/c/613357a44c29197598586013 |
| 148 | COCBONI | https://www.wish.com/merchant/6083991d7530ace4c0530640 | https://www.wish.com/c/633e73149f55742aae2bbad8 |

# SCHEDULE A

| D. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 149 | Lucky Leaf Bath Bombs | https://www.wish.com/merchant/639bb592bda604f7798b2d3c | https://www.wish.com/c/63b1d893526c2c3245ed1b7d |
| 150 | 108mpfdsa | https://www.wish.com/merchant/61b9c8e74b8f347f0d89def6 | https://www.wish.com/c/62ecba80c2d02ff671b6054e |
| 151 | haiyinstore | https://www.wish.com/merchant/59f070780f193f4ae301c5d1 | https://www.wish.com/c/60dd5c78af821bd16acb2471 |
| 152 | la5skv | https://www.wish.com/merchant/5dd119d029e7861aaf08646c | https://www.wish.com/c/5de7384a0b7ebf0a8248908f |
| 153 | Universal small shops | https://www.wish.com/merchant/60e678eaaeeef448c7b8086a | https://www.wish.com/c/614c2adab260d8b52992456d |
| 154 | CHENG-mm | https://www.wish.com/merchant/5dd249d5703f6109001cd1ca | https://www.wish.com/c/5e6b00576d4fbe0a43914306 |
| 155 | LiHongQiao | https://www.wish.com/merchant/6140a970462daf2de09f7b89 | https://www.wish.com/c/62f08a7e0d8b6d1f87171be8 |
| 157 | Serendipity LIAO | https://www.wish.com/merchant/5de89d8dad07de00d880187b | https://www.wish.com/c/60ac9300329ffd9f4f591fde |
| 158 | fdgfds | https://www.wish.com/merchant/5d4ce5338242553e40d14242 | https://www.wish.com/c/63073d68b1ad598128476bcf |
| 159 | tuanli electronic commerce | https://www.wish.com/merchant/5472ce798edcfa2f2919d326 | https://www.wish.com/c/5f55da8d2349138394dbba76 |
| 160 | EARLFAMILY | https://www.wish.com/merchant/5b763b7bdcd030233c521db0 | https://www.wish.com/c/5ed88b60f0bdd835177edf64 |
| 162 | surprise yong | https://www.wish.com/merchant/5d562f7aa7c3733bae73cc31 | https://www.wish.com/c/61a6ebbb2b2888c1732cfa99 |
| 163 | WhschCoa9 | https://www.wish.com/merchant/5f841db2f56e88e78c21f2f8 | https://www.wish.com/c/5fe6b08bb8347eb59528f228 |
| 164 | Abby Townsend | https://www.wish.com/merchant/5e84870abc418d98b50e5084 | https://www.wish.com/c/5efd7afc07bce5c39386c7cc |
| 165 | jiangdidedian | https://www.wish.com/merchant/5e3aa7ac29e78607067ff7dc | https://www.wish.com/c/5e674cd10814e32981bc3528 |
| 166 | liujiahaovc | https://www.wish.com/merchant/5fb730a0d65c6327662b81c7 | https://www.wish.com/c/5ff1d88ffd8ffe8365cdc851 |
| 167 | Lynsie | https://www.wish.com/merchant/5ff5b8e047d513d154507f15 | https://www.wish.com/c/600afc1ca2d92a34609b899f |
| 168 | Sknfodndkdcnzofksodk68 | https://www.wish.com/merchant/5eaeac147edfbd60ba47d396 | https://www.wish.com/c/606bdcc298a6ffb870d73c5b |
| 169 | qiuchao97444 | https://www.wish.com/merchant/60bb15610823f62700117cdf | https://www.wish.com/c/61a5e16969ca900f4355136f |
| 170 | Queey | https://www.wish.com/merchant/56d5b50f1e15ff0f193d9216 | https://www.wish.com/c/607d34cbdc567941cc5b869f |
| 171 | helinlin1787 | https://www.wish.com/merchant/60a9c99c0c93bf52018dc930 | https://www.wish.com/c/60d2e5d33550b1a6687b85bb |
| 172 | chongpeicheng45285 | https://www.wish.com/merchant/60b89c0757d8e132d9419e45 | https://www.wish.com/c/61a88ba0213fc88ec43d4dfb |
| 173 | wzchunlai | https://www.wish.com/merchant/555db61cf257bb21989d0483 | https://www.wish.com/c/5704d000ae8c935b120fe33a |
| 174 | liqinsong0625 | https://www.wish.com/merchant/60d15e2a515525403fde1fbf | https://www.wish.com/c/60e2a9b3671ed0e64ce763cd |
| 175 | liuyongzhi | https://www.wish.com/merchant/5aa51f38b9605f128874ebb9 | https://www.wish.com/c/5ab20ff00548ea6b48e97295 |
| 176 | xiaojunnanzhuang123 | https://www.wish.com/merchant/5b3dbec08d2c712ee41178b5 | https://www.wish.com/c/60e2a7ac4c7022de2d218453 |
| 178 | 7007 | https://www.wish.com/merchant/5ba1f745cde50b383f1f7cb4 | https://www.wish.com/c/633c04f5687bf9849e799f49 |
| 179 | xiaoyanzis | https://www.wish.com/merchant/5d46c4c8f320405002a7edd3 | https://www.wish.com/c/607e9f11d879045ae00c52ae |
| 180 | langworthjenni185 | https://www.wish.com/merchant/5e8dc853e290fcc474903c51 | https://www.wish.com/c/5f87e95a8895d90bcffdc845 |
| 181 | UrbanLobes | https://www.wish.com/merchant/5875c4a415f2f7691b2cfd8e | https://www.wish.com/c/5b6ba2a224c168519a157030 |
| 182 | liverstone | https://www.wish.com/merchant/5f96e0d92826a9da65c5e325 | https://www.wish.com/c/615a738ba759ee09b743fb19 |
| 184 | ella trendy store | https://www.wish.com/merchant/566913b3e5ca9142f2e663fb | https://www.wish.com/c/600a648870d422b219fe1890 |
| 185 | Remiel Jewelry | https://www.wish.com/merchant/556ffbd185597a19f7fce8eb | https://www.wish.com/c/5f43227d8062fd492fbc4c26 |
| 187 | wanmeizhenzhu A | https://www.wish.com/merchant/5623019cc579ad2165fe1d20 | https://www.wish.com/c/59e46bc277cc4e48cab1d72c |
| 188 | flamingcloud666 | https://www.wish.com/merchant/5a37b491db0e42331e0221cb | https://www.wish.com/c/6391a5f4e5a0a89170983ce1 |
| 189 | jinche2852 | https://www.wish.com/merchant/607f8f79b8e57607834214d6 | https://www.wish.com/c/609c921d2f73447430e8d66d |
| 190 | dgfffdb44 | https://www.wish.com/merchant/5dbce5b68f685a0848bb7408 | https://www.wish.com/c/5e0226abc1c749005ada4b2b |
| 191 | Dannishijie | https://www.wish.com/merchant/5f0567ebe952370c592cb22f | https://www.wish.com/c/5f858443d13b0020951efe46 |

# SCHEDULE A

| D. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 192 | FSdfgx | https://www.wish.com/merchant/5e62054149d96a1eb69be0d5 | https://www.wish.com/c/5e94fa6976544c07521c1242 |
| 193 | Ladies or Girls | https://www.wish.com/merchant/57a151373a698c53a07c4b15 | https://www.wish.com/c/6426861bfc3d4d6fbb16ab90 |
| 194 | Decoration home store | https://www.wish.com/merchant/5e3d00afa2ae7e3ae66aa042 | https://www.wish.com/c/5e5aa4dd4c24cb4f63eae503 |
| 195 | CHENbibi | https://www.wish.com/merchant/5ffada3480b2768d4f2001bc | https://www.wish.com/c/604347be5dc2be854ece533b |
| 196 | Qiaoyufeng | https://www.wish.com/merchant/5f6b0447a62f83e75a2789ce | https://www.wish.com/c/60473f4f3139e4ff6e301b2a |
| 197 | SebastianeMirabelleoXpV | https://www.wish.com/merchant/5e955a6776b1810fc62cd2fe | https://www.wish.com/c/60b0acbaf5c7b77a4ccde493 |
| 198 | pnhvhrus | https://www.wish.com/merchant/5e60fececdcece5507820123 | https://www.wish.com/c/60deb5032a8fbb0950ec0cc2 |
| 199 | Nna3 | https://www.wish.com/merchant/6004f69f89b7770ada0cf25e | https://www.wish.com/c/6337f7dced9ac471f9ecaf44 |
| 200 | A&K STORY | https://www.wish.com/merchant/545b268e90c7762b19800975 | https://www.wish.com/c/63637be24fc272dc9ff360ac |
| 201 | wangpengyi55329 | https://www.wish.com/merchant/60c19bf00620cd8cc5cf802c | https://www.wish.com/c/614899b04f62af671a25c1a1 |
| 202 | wellfolove | https://www.wish.com/merchant/53e90c9a46188e6c2b81cbe6 | https://www.wish.com/c/6178f40aecdd3e06aa53c82a |
| 203 | gaoyuling | https://www.wish.com/merchant/578c8fbb5864c151ceed4ce4 | https://www.wish.com/c/612f4457fc27ecfc4709aeda |
| 204 | XIAO JUN MA | https://www.wish.com/merchant/5fd8263bd4653e1508f32bf5 | https://www.wish.com/c/5ffe93b39847cfc16b35d3e9 |
| 205 | Shirtbude | https://www.wish.com/merchant/59f730029aee090a5e84e158 | https://www.wish.com/c/5a801d6c28a2b310dae100de |
| 206 | liudawnag23936 | https://www.wish.com/merchant/616a4d4c8f85d0f01d048229 | https://www.wish.com/c/61c42618175bca1b6c62f5ea |
| 207 | AiHua835 | https://www.wish.com/merchant/5f5f515b29a0fc4f0f939545 | https://www.wish.com/c/5f6ffae4c45b84003ce4a0df |
| 208 | liuhao2134 | https://www.wish.com/merchant/612c8ff6cfb926ac7f28da5c | https://www.wish.com/c/61dfd4a56df76bc2db773b14 |
| 209 | linbingzheng | https://www.wish.com/merchant/5a2919999d0a7b1d564716b4 | https://www.wish.com/c/5e50b513ebef340d00c83dbe |
| 210 | zhuore5dfgfdg | https://www.wish.com/merchant/5e6a015eb6b8da79d50df5ff | https://www.wish.com/c/5e7e04b55947df85a6705531 |
| 211 | LUCK ZL | https://www.wish.com/merchant/6055c3fb40ec44889bcfd3b4 | https://www.wish.com/c/60fdc8f057efcc14256aa5a5 |
| 212 | yujunhaya | https://www.wish.com/merchant/5fd5d68960df09a0f9cdab8a | https://www.wish.com/c/60e9c22e4a74ee962e544d9f |
| 214 | zhangsimeng | https://www.wish.com/merchant/5f7ab6ecd359e0bb7f69da44 | https://www.wish.com/c/60010ada5799483cc961906f |
| 215 | Gregory L Stipovich | https://www.wish.com/merchant/5e70f35829e7866950979481 | https://www.wish.com/c/5f2798e27ebf2d628a386759 |
| 216 | liuyang2450 | https://www.wish.com/merchant/607fb27e09fbc52dd075d0ec | https://www.wish.com/c/609c9209c0b7ae6d87871699 |
| 219 | yanpuxi | https://www.wish.com/merchant/5e4911b254040a4dc8a9d0e8 | https://www.wish.com/c/5e8456975c978d589ddef445 |
| 221 | luyuhua2494 | https://www.wish.com/merchant/605420138dbd2244df48c96b | https://www.wish.com/c/606ffe657c101a61364857ad |
| 222 | TANGSHUNAGJJ | https://www.wish.com/merchant/5f49e6e8af87f203ca214f10 | https://www.wish.com/c/5f7915c0b807163cf644c156 |
| 223 | PingLincreativegiftshop | https://www.wish.com/merchant/5a2c04c67b584e511bb7e831 | https://www.wish.com/c/602f67600fd0fdcffa6519fd |
| 224 | alexzandraaitken60027231 | https://www.wish.com/merchant/5eaae20f817288d74bc101f8 | https://www.wish.com/c/5fdaba55bf4ff1571d176655 |
| 226 | Festival Accessories Store | https://www.wish.com/merchant/5d71fbfc25da6b20823d685e | https://www.wish.com/c/60b1d3ad5cfb8621ef445aca |
| 227 | dingshang | https://www.wish.com/merchant/564c8520d0b60b12ba1ce686 | https://www.wish.com/c/6064737e6557564bf945f05c |
| 228 | gaoxuehua89156 | https://www.wish.com/merchant/617391708c708381a969a009 | https://gaoxuehua.wish.com/c/61dea046d68200560b715ec7 |
| 229 | Tumoni store | https://www.wish.com/merchant/5ecb9e7620a3203e81a1cbbc | https://www.wish.com/c/612094714ac6247cea3001b8 |
| 230 | samcnbr | https://www.wish.com/merchant/5e632bc110b8353058c598f6 | https://samcnbr.wish.com/c/60b1f9687882c1618eefd8f8 |
| 232 | gggion | https://www.wish.com/merchant/5e91477e29e786528684810a | https://www.wish.com/c/5f6eef38ba4ef62abf5e5716 |
| 233 | Qiangming | https://www.wish.com/merchant/58a6a57375b8da57c754c20d | https://www.wish.com/c/634914c218ce8315f3e720f7 |
| 234 | RUINUO-MQ | https://www.wish.com/merchant/6252b0f23cd7a2e32b745815 | https://www.wish.com/c/6257cf43e84ca2ec9f87720a |
| 235 | AllSimplelove | https://www.wish.com/merchant/60a24d7a49ed2e6e2209fae9 | https://www.wish.com/c/60bb37f327bb60b6c754f3e2 |

## SCHEDULE A

| D. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 236 | TTT123 | https://www.wish.com/merchant/5d6dfb6f25da6b22039a6d0e | https://www.wish.com/c/6156bdecb6c17136d893683d |
| 238 | molochsh | https://www.wish.com/merchant/5fcf401e806d378a36ab9db8 | https://www.wish.com/c/60e5b71ad78aff8c06bb1075 |
| 239 | caoshuang3251 | https://www.wish.com/merchant/608cb2e4850acedbe8180387 | https://www.wish.com/c/613c9e83b9ce57769ea5fcd1 |
| 240 | liujian2224 | https://www.wish.com/merchant/604496f0446ac719ec32b016 | https://www.wish.com/c/61a6e2a18464f155d80aa177 |
| 242 | TIAN ZHU STORE | https://www.wish.com/merchant/5f7178e87eb6364abe2252e7 | https://www.wish.com/c/612b6d69d04eae9d52676714 |
| 243 | tianmeng1359 | https://www.wish.com/merchant/5fdb13f07684852bb768c1c9 | https://www.wish.com/c/60478b1b9cf80b911ad74541 |
| 244 | dsjfisufyhsidf | https://www.wish.com/merchant/5f6ae3f9a9b0ceb64255e643 | https://www.wish.com/c/5f82c99649b13c438f462f93 |
| 246 | AlanBaptiste | https://www.wish.com/merchant/5e7179faf87cb92369ec13e6 | https://www.wish.com/c/5f606c13d94e580fcd155e37 |
| 247 | qingshengfanghua | https://www.wish.com/merchant/5e9e7d3229e7860c431bcb9a | https://www.wish.com/c/608b979a977d8571d526edcc |
| 248 | NANALIKEO | https://www.wish.com/merchant/5ff6f6384eae7305e29e4256 | https://www.wish.com/c/60433754ff9bc93e02394a26 |
| 249 | kindly feelings | https://www.wish.com/merchant/5d3e8360e13a7e7f41f36ad3 | https://www.wish.com/c/61a86a4d09d5009d5812d52c |
| 250 | Macabre | https://www.wish.com/merchant/5fea9a8c6fb99815d8b4ebc8 | https://www.wish.com/c/609a7ca11ef0a200596e0337 |
| 251 | nkhiguttutu | https://www.wish.com/merchant/5f5eee410a58e99e9d67e496 | https://www.wish.com/c/5f91cbbb78f896003de9ccbe |
| 252 | guozhipin | https://www.wish.com/merchant/5afa6bf18aa33d250806ef6f | https://www.wish.com/c/5b1b36621da94f371be80d6b |
| 254 | Foyali | https://www.wish.com/merchant/5fe0497ee0b5f4b246f53900 | https://www.wish.com/c/604eff7f90340ec4e85da6af |
| 255 | maozhiy098l | https://www.wish.com/merchant/6031de7810f1c58e425bd82c | https://www.wish.com/c/6131c53e51c8a2e46803b201 |
| 256 | ZJP1990 | https://www.wish.com/merchant/59d20ba9086da471415c0728 | https://www.wish.com/c/5cd9751fb5d96776f6f15964 |
| 257 | xuejzlsda | https://www.wish.com/merchant/5f04333629e786429729410a | https://www.wish.com/c/60e2a4294a55303461a5ea60 |
| 258 | zhouyanfeng3884 | https://www.wish.com/merchant/5fd839e70efffb42f88335c8 | https://www.wish.com/c/602c91f031c6cf600f245531 |
| 259 | Cute Stickers For Kids | https://www.wish.com/merchant/5e888b65c77ae3414cb1f13c | https://www.wish.com/c/60365daaf4f87d9214b8f304 |
| 260 | Doggy Steven Store | https://www.wish.com/merchant/5dd14fdf703f613b40199956 | https://www.wish.com/c/63e9b72b4c1b8cc75db27177 |
| 261 | Weldon Williams | https://www.wish.com/merchant/5e9a5b6fef1dce68c5eb3ce4 | https://www.wish.com/c/612c2f98d280af6a8c56cce7 |
| 262 | Bigteesweet | https://www.wish.com/merchant/6025475fc270a1cd1c807bae | https://www.wish.com/c/60bb49ee1d631bef49608ae7 |
| 263 | XiaoH Shop | https://www.wish.com/merchant/5de7146371a1940a43ed6923 | https://www.wish.com/c/63184af6b9eaf2fc1864a022 |
| 264 | enqingfuzhuangdian | https://www.wish.com/merchant/5b1a354cd1c3603712d3d1cc | https://www.wish.com/c/5cea0b7515fdfb06d4a72255 |
| 265 | Luyun mashatac | https://www.wish.com/merchant/5d9d4a26c2610108060e7d8a | https://www.wish.com/c/5dad1a40a1ea49022062964e |
| 266 | Men Watch Sports | https://www.wish.com/merchant/5ac01a42abef9530c23a3db8 | https://www.wish.com/c/6093cd7df3cd3904b4951c10 |
| 267 | wiriya445 | https://www.wish.com/merchant/5e450d3144ea3a611a53d30e | https://www.wish.com/c/6418237638a8f88649856b09 |
| 269 | chenlingchao3161 | https://www.wish.com/merchant/60a9d2ca32de5d800ceb688d | https://www.wish.com/c/60b9a6a0eb50ad5184ef23ea |
| 270 | YUANQIANGGEGE8 | https://www.wish.com/merchant/6041eb8fb31c85726b427bfa | https://www.wish.com/c/6256325a2168e1ed8fd70b9f |
| 272 | mingxiaoxu | https://www.wish.com/merchant/59e0c0f3448a52632e1e9f89 | https://www.wish.com/c/5ec724c40935221121ec1939 |
| 275 | maxiaonan00762 | https://www.wish.com/merchant/5e7dad14b0dd40160b04a574 | https://www.wish.com/c/5f4f74bebfd0ac23f4dc249d |
| 276 | yiwuhaomiao | https://www.wish.com/merchant/598acb2c8f545e6b2c4244d6 | https://www.wish.com/c/603db77965a4a3668edcd7b6 |
| 277 | KDIF-SJIF.JVID | https://www.wish.com/merchant/5ef05cdecb5355f6abc2a1bd | https://www.wish.com/c/5f95b867c12b0c71b2c50ec8 |
| 278 | LiuAnYuan | https://www.wish.com/merchant/60040e94f2af0d398c7c683f | https://www.wish.com/c/603249f5015fc700427181b6 |
| 279 | wanyida castle | https://www.wish.com/merchant/5688e605c14076269494217d | https://www.wish.com/c/5b611faac95f5f3d092aab40 |
| 280 | Miulee Fashion Store | https://www.wish.com/merchant/581f08e034afa75451f6821f | https://www.wish.com/c/608413b5b67cbddfe3722585 |
| 281 | xyzabc123 | https://www.wish.com/merchant/5dc55764b4bcf91a30ceefdb | https://www.wish.com/c/5de75f8c8a46090ecc4992df |

## SCHEDULE A

| D. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 282 | zhangguotao14776 | https://www.wish.com/merchant/613dcc779001235bce64f5c4 | https://www.wish.com/c/61a1d99fe9759d000581cd53 |
| 283 | chenjian6987 | https://www.wish.com/merchant/60a5f083e8604847b53c18a0 | https://www.wish.com/c/634ff8e8c007c9a0234eba75 |
| 284 | MaGuanQi | https://www.wish.com/merchant/611f557d3040d91c1df1bc0b | https://www.wish.com/c/6287c08b3f63c864c2f831f0 |
| 285 | renchaoL | https://www.wish.com/merchant/5b1f7fc643b3b6319fe9be92 | https://renchaoL.wish.com/c/5c17631eca9fde230582a00b |
| 286 | Window of the love | https://www.wish.com/merchant/564e79bc44cfdb12a4201583 | https://www.wish.com/c/603e52a20f54481fc2e56dbe |
| 287 | WanShunLiu | https://www.wish.com/merchant/611dfd654e36560a99728392 | https://www.wish.com/c/6287c1f5ed721926aa237bf1 |
| 288 | renyufei1234 | https://www.wish.com/merchant/60cece5e84827088f8087056 | https://www.wish.com/c/614c2b45425e771115b78c9e |
| 289 | vivatee | https://www.wish.com/merchant/60540a7421089b2f0a8c0540 | https://vivatee.wish.com/c/60bb3a3709b09848f19f8154 |
| 290 | Xu Xiaoyu graffiti stickers | https://www.wish.com/merchant/608afab8ec3d2061c000abf4 | https://www.wish.com/c/6323dfd6e3cb51ceccc3dd8e |
| 293 | keertao55213 | https://www.wish.com/merchant/60c03694efc6a40f86cd7054 | https://www.wish.com/c/61484f130fad52b7f55ac7ee |
| 294 | pengyunjiawo | https://www.wish.com/merchant/60bc2fe5cd70a96666ac21d1 | https://www.wish.com/c/60ed0ac1e14a003e7aed5c4e |
| 296 | zhanQfengQQ | https://www.wish.com/merchant/605e9543cf81921165116932 | https://www.wish.com/c/60645d24f6bae05cdc847689 |
| 297 | Karlakai | https://www.wish.com/merchant/60d102083435b31686091261 | https://www.wish.com/c/61c9dd6599185d2d850d69df |
| 299 | LillianSanchez | https://www.wish.com/merchant/5e71942eeca1c830005109b6 | https://www.wish.com/c/63735f258b7becd3372c377f |
| 300 | S&S House | https://www.wish.com/merchant/569cf1678283890dc5343ff5 | https://www.wish.com/c/59396b1dfc876f725604db09 |
| 302 | Moontees | https://www.wish.com/merchant/5f924d1d052e080674a39aa9 | https://www.wish.com/c/619dee608001bb24416480b5 |
| 303 | Smart wardrobe | https://www.wish.com/merchant/5753a80afd97025cef65a57e | https://www.wish.com/c/5a1d3bab976e944de8673c22 |
| 304 | dengmengwei45203 | https://www.wish.com/merchant/60b8609dd803df37c1db1ffc | https://www.wish.com/c/60d44902b21e161733ea18c9 |
| 305 | Pursuit of Happyness Interna | https://www.wish.com/merchant/551250d99e1daa10a7cbef78 | https://www.wish.com/c/61b05640a01bb55bfbb65a3a |
| 306 | meilijiazhuan | https://www.wish.com/merchant/5aeae05d12d8fe320120d072 | https://www.wish.com/c/5e8429f2fb94fe3eb38934ef |
| 307 | Embird | https://www.wish.com/merchant/574d29c04c2f345ce0b3c415 | https://www.wish.com/c/5a260f1fa2ef55390f014cf0 |
| 308 | JABG | https://www.wish.com/merchant/58415a43f097ec0be13ffd0a | https://www.wish.com/c/59607dc3be61ac7a45935d30 |
| 309 | Lovely Decor | https://www.wish.com/merchant/6030d5e81a49564267112f96 | https://www.wish.com/c/631ed6deb87f9f37a8e6e538 |
| 310 | qixianyun37104 | https://www.wish.com/merchant/617cd38d6dad91aba799680d | https://www.wish.com/c/633fe69b3b9f42b330127b69 |
| 311 | XLIU | https://www.wish.com/merchant/60f54589977de441beb8c7d4 | https://www.wish.com/c/60ffc030445851b2cb7a9dc7 |
| 312 | TUMENG99 | https://www.wish.com/merchant/5fa25ad18c51c42dd2f211cc | https://www.wish.com/c/63db5da80aa4084e77e7824b |
| 313 | xukai8524 | https://www.wish.com/merchant/5fdaf596ebf4c005b7a08aa5 | https://www.wish.com/c/604649b310086d3379062ddc |
| 314 | LHmart | https://www.wish.com/merchant/61d54e50bbc11a80488128a9 | https://www.wish.com/c/63dd3aeb636d9520f65d2ceb |
| 315 | qinpeng1234 | https://www.wish.com/merchant/60d0258e2d73cc5f12cb11e9 | https://www.wish.com/c/614c2b44b808820c876cf0d8 |
| 316 | liutao24129 | https://www.wish.com/merchant/616791eb8bc028314c0fd777 | https://www.wish.com/c/6172e672bc071979273a92e9 |
| 317 | Joyous goods | https://www.wish.com/merchant/604d922e7f751c826ef31f4e | https://www.wish.com/c/61446877126b144c3f2e0513 |
| 321 | Jummioni | https://www.wish.com/merchant/60ff720f7f73350dccc6f95b | https://jummioni.wish.com/c/61718364331a8adb25e56b27 |
| 324 | WeiJingFu | https://www.wish.com/merchant/61401c73fa6b09638dd5b0d6 | https://www.wish.com/c/62bb56a4deba1d1cab3940dc |
| 325 | LEONON | https://www.wish.com/merchant/5d554e3440defd2600ad2eaf | https://www.wish.com/c/5dbcd7b53cebd403ddfe3e79 |
| 326 | 11dian | https://www.wish.com/merchant/5d3d9423e4b65d4fe31e7272 | https://www.wish.com/c/5e098b75a047564dd5b62f6e |
| 328 | renguofei | https://www.wish.com/merchant/5950cc42e4551035cf2222a3 | https://www.wish.com/c/5a5efc2ba0386f456738a52d |
| 329 | chenkai39715 | https://www.wish.com/merchant/6083d03a83498d22687c8ae3 | https://www.wish.com/c/61b471d00c26678193b84860 |
| 330 | AIKEmeng335 | https://www.wish.com/merchant/5d4b9e341d9a8e29ae993236 | https://www.wish.com/c/60fe4ae03c438d1779205887 |

## SCHEDULE A

| D. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 331 | Yiwu ingot Club Co. | https://www.wish.com/merchant/5655e096cb9a93127b4f5997 | https://ywu.wish.com/c/60e0006460d57938d6ed78d7 |
| 333 | sunflower123 | https://www.wish.com/merchant/56613f02aca9f92554910b58 | https://www.wish.com/c/5b6ba6e5ce716b7d289241e3 |
| 335 | graphictopic | https://www.wish.com/merchant/586ce8965ecfae6c5a04bc25 | https://graphic.wish.com/c/61dbd58aa4d1504832374586 |
| 336 | Ybety Accessories | https://www.wish.com/merchant/5d5cf9751d862951ebbfd81e | https://Ybety.wish.com/c/6319a2565adfb2b0baee1d53 |
| 337 | ZhangHaYun | https://www.wish.com/merchant/60f3eb3730a4b39dc8ca295e | https://www.wish.com/c/62eccf88f9681a0c021d7c14 |
| 338 | Rodney M Pospisil | https://www.wish.com/merchant/5e8af01ec77ae3cbdbb1f01d | https://Rodney.wish.com/c/62b722fa03fd4969480af5ff |
| 339 | huxiulis | https://www.wish.com/merchant/5f462d5ac0fe927de32aff8f | https://www.wish.com/c/60f24c8bca3e264fe7eea5ef |
| 341 | liangminqing | https://www.wish.com/merchant/609b4428a0d0f01bc334c587 | https://liangminqing.wish.com/c/60cb097bcc90d819e544d49f |
| 342 | xukouqun0616 | https://www.wish.com/merchant/5e476ffc57cc9b2782e4beb6 | https://www.wish.com/c/5e6c8aeefaf55d3a6987bdb1 |
| 343 | NCX's store | https://www.wish.com/merchant/5f9f5961b189b60ca2d47711 | https://www.wish.com/c/61869cf63cc03b20bfcaa07b |
| 344 | likuansop | https://www.wish.com/merchant/602088f0b542804b9133af9d | https://www.wish.com/c/62c172f086d0efd4629ec130 |
| 345 | kishuqing | https://www.wish.com/merchant/6008cfc34009940041865780 | https://www.wish.com/c/643cf35b528d58d00d077a93 |
| 346 | Bisami Flagship Store | https://www.wish.com/merchant/5d555bb441ed516aeccd5c2a | https://Bisami.wish.com/c/5f50a79af7506b16b39e62e5 |
| 348 | Fashion Century | https://www.wish.com/merchant/6180ddf6bf7c649aedf7053a | https://www.wish.com/c/631def8259323e75d53d1dca |
| 349 | ZLYsticker | https://www.wish.com/merchant/5dca24ea160e2b0846955150 | https://www.wish.com/c/5df4f6083dc2ca085e33a8e8 |
| 350 | he su qiong | https://www.wish.com/merchant/5d519ecd15275451faaf3ef1 | https://www.wish.com/c/6104e6f398f4ed1e67f7a24b |
| 352 | eric_qin store | https://www.wish.com/merchant/5b1b68b6eae8b454eb28990a | https://eric.wish.com/c/5c3600d47f5c5f4cfe668eaa |
| 354 | PECG-haha | https://www.wish.com/merchant/5819e215176c8a4701ae268a | https://PECG.wish.com/c/5b6ce964c829d92f968034c9 |
| 355 | Nayely G Calderon Alamillo | https://www.wish.com/merchant/5e9fffe7e2fac3250e70676f | https://Nayely.wish.com/c/5f34d64e4944971a6c12554e |
| 356 | gongmingli90872 | https://www.wish.com/merchant/60b44396809e8be08038be34 | https://www.wish.com/c/61a9b29f91049c455789ac72 |
| 357 | Yhuahua | https://www.wish.com/merchant/5d47f09570327a2d25efd11f | https://Yhuahua.wish.com/c/610136680d640bf2a7892b54 |
| 358 | Prebble E-commerce compar | https://www.wish.com/merchant/574af4fc3a698c4720e69fd4 | https://Prebble.wish.com/c/6110ed4f4d80b1810bff2678 |
| 359 | jiang fashion | https://www.wish.com/merchant/54094bb27a9eb466862a1f0a | https://jiang.wish.com/c/5a1fb5e3591d3a56b5166a5d |
| 361 | W store | https://www.wish.com/merchant/56c1bc8a8bd26e114349007d | https://www.wish.com/c/59de00f73bf0b1292b04f85d |
| 362 | chunlang | https://www.wish.com/merchant/5d54e3a140defd39d7ab6990 | https://www.wish.com/c/6119c717482ba8d2add769bc |
| 363 | gexinhu57785 | https://www.wish.com/merchant/6084e895729e094582d92bf5 | https://www.wish.com/c/60bf09ca65e013d63f01d459 |
| 364 | To be best 1 | https://www.wish.com/merchant/5880bd1e46ff140a1179ecb2 | https://www.wish.com/c/58ad936309098452ad0e37c0 |
| 365 | shaoyingying8 | https://www.wish.com/merchant/5f685352e3bf2e70167947a2 | https://www.wish.com/c/61e027c890678cec16994b5e |
| 367 | Lambleigh0032 | https://www.wish.com/merchant/61702d2fbe8f87fdb9e7575b | https://Lambleigh.wish.com/c/61a8838cd72e34aa5c9f6a32 |
| 368 | LuolianJia | https://www.wish.com/merchant/611f51c211332ccf2131110d | https://www.wish.com/c/62874f9a46a2d827905cf1cf |
| 369 | chenyouyan0910 | https://www.wish.com/merchant/60713d688bd72664275ea818 | https://www.wish.com/c/6083eb327a295bdd7769332b |
| 370 | EvangelineGriffitheYyM | https://www.wish.com/merchant/5e91698a507f13004634de25 | https://Evangeline.wish.com/c/641eb328f061f26fa6f40013 |
| 371 | mangboo | https://www.wish.com/merchant/5d1b78fbdbf7605b2406f8cc | https://www.wish.com/c/60b336c90b7b8250d957778c |
| 372 | Minliqijian | https://www.wish.com/merchant/5f9e6636b189b614bfd476ca | https://www.wish.com/c/62f31f079fef54a52f961f8a |
| 373 | chenbing1994 | https://www.wish.com/merchant/5d3f09d283889708690e2c4c | https://www.wish.com/c/60af285ed51bc0fc9d90a7df |
| 374 | jianlin supper-market | https://www.wish.com/merchant/54150ed882b9ac45ea73c3e6 | https://www.wish.com/c/597c30ad2095d970aa7c4092 |
| 375 | YANG YANG STORE | https://www.wish.com/merchant/5f7062bc47f93471bd75427f | https://YANG.wish.com/c/61205c9c89bd11a8f54ca81c |
| 377 | JINhuang00 | https://www.wish.com/merchant/60c6dea31735a544a9aa8e54 | https://JINhuang.wish.com/c/614840e3dba1a2246edf6a56 |

## SCHEDULE A

| D. No. | Seller Name | Store URL | Product URL |
|---|---|---|---|
| 378 | jiuosjiloutimozi | https://www.wish.com/merchant/5db253d27c0d0801c04fd120 | https://www.wish.com/c/5df44b49e46899002c8d6dbc |
| 379 | kerosin | https://www.wish.com/merchant/5fcdc224290d8a02e0577330 | https://www.wish.com/c/6363f98ca32ecd7eae0c691a |
| 380 | cwqiani196 | https://www.wish.com/merchant/5ad957d32dde5e60a613664b | https://cwqiani.wish.com/c/603db715471bb6532f4a3af5 |
| 381 | zzp546 | https://www.wish.com/merchant/5e465392a9774d2240a72130 | https://zzp546.wish.com/c/61401283ed84e25cb9ef08e3 |
| 384 | qiancraftkits | https://www.wish.com/merchant/574bb6b9e7cd1b5cf3b9b621 | https://www.wish.com/c/61d6833acc1d3cd5bf050f30 |
| 386 | KLCPPY | https://www.wish.com/merchant/5763d76e907cd80f49cd8a8a | https://www.wish.com/c/603ddf1b36837c9f7da72096 |
| 387 | RaoZongYue | https://www.wish.com/merchant/5bf3f8475d02b620b5115523 | https://www.wish.com/c/60cc21885aa06bcfacf87179 |
| 388 | zhangxuanli55187 | https://www.wish.com/merchant/60c086e71ebec71804344f4f | https://zhangxuanli.wish.com/c/614b14f70f24bbd78767b2bc |
| 390 | mangkoy | https://www.wish.com/merchant/5e6f28cc57af093cc360d27a | https://www.wish.com/c/6073d9cea8aaed7e35d4d133 |
| 391 | DGW | https://www.wish.com/merchant/56a1af429f94d61b2baf25bb | https://dgw.wish.com/c/6239c9b3c4b7a712b2593fa7 |
| 394 | Yuanfanglin | https://www.wish.com/merchant/5f61b051dec789c3c2514a19 | https://www.wish.com/c/614a9cb5d35740cebb9f62da |
| 395 | Cute Ornament World | https://www.wish.com/merchant/5e7959b149340717017cd050 | https://www.wish.com/c/61869cf317b7f4d320a1b579 |
| 396 | st02134b | https://www.wish.com/merchant/5e82f901a1ac9d7706415401 | https://www.wish.com/c/5f5610a39e6ce28a6147cbf0 |
| 397 | Mongolcaprexx | https://www.wish.com/merchant/60c0e29e2271ad90f884a088 | https://www.wish.com/c/637332d81823c29e9e0c5548 |
| 398 | wensha store | https://www.wish.com/merchant/58f85c96b33b8510ef0e00ab | https://wensha.wish.com/c/5d1c18071a79ff63be7bd370 |
| 400 | zhangxiaoying31217 | https://www.wish.com/merchant/61207acebbf28d7077a4fb6f | https://www.wish.com/c/6353b538776c4212f4808d2f |
| 401 | chenxilu | https://www.wish.com/merchant/5adff32f5ebcfd63322edaee | https://www.wish.com/c/5b03d0cbb3d0597a4c7fc999 |
| 402 | cityshopping | https://www.wish.com/merchant/57df9a43b8115e106fa6dfc6 | https://cityshopping.wish.com/c/58c89a065719e853cff412f3 |
| 403 | ziyurong Store | https://www.wish.com/merchant/5f448cf829e78656d5491419 | https://ziyurong.wish.com/c/60bb6a90c8b421b977113228 |
| 406 | Royal1878 | https://www.wish.com/merchant/544cfd9f3dabbe6af9167dd5 | https://Royal.wish.com/c/57a964a4c239295ea7ce26b3 |
| 407 | shangwenbin fashion | https://www.wish.com/merchant/541c14352754c8091b3ab752 | https://www.wish.com/c/5ab3250e1ab08a2ba3d2e529 |
| 408 | duanfuqing07253 | https://www.wish.com/merchant/60b4492044b548f3bfa4d978 | https://www.wish.com/c/61a8a0c87945ae7a10bc25d0 |
| 409 | Donna Manning34 | https://www.wish.com/merchant/5eae7f5a2adba5508aeb4f43 | https://www.wish.com/c/60000c22fd62ba137bb71297 |
| 410 | dingjianlan | https://www.wish.com/merchant/5b581ef1b419d55c07ac7694 | https://www.wish.com/c/60bf429fecdca65656699e68 |
| 413 | OCEAN BLUE1 | https://www.wish.com/merchant/5d566eda1d86296409377d01 | https://www.wish.com/c/5de9014a05957138266ebed6 |
| 414 | luolimei | https://www.wish.com/merchant/5975ea1eb77173642d775396 | https://www.wish.com/c/6108bc2caa540e534d89f771 |
| 416 | JehuTanydx | https://www.wish.com/merchant/5b4f4d400fa3694564c5521b | https://Jehu.wish.com/c/5d9ad2361e471f0feaed5812 |
| 418 | Electrphon shop | https://www.wish.com/merchant/606e92d92ddfc14f4077aee1 | https://www.wish.com/c/60bf264194207c0d4793d26b |
| 419 | wangxiuli6950 | https://www.wish.com/merchant/5ffa5eeffa8a252218536e84 | https://wangxiuli.wish.com/c/60eb1d2a5b1954006c2cb690 |
| 420 | zhaosicong2262 | https://www.wish.com/merchant/60ffc15c5f79f66a83ad2d7c | https://www.wish.com/c/615aca802426bb85d7566916 |
| 421 | YIJIN21 | https://www.wish.com/merchant/5d550d50a7c3733eb94dd8aa | https://www.wish.com/c/5dff2ce997c98621b938190b |
| 422 | tianyouxing46003 | https://www.wish.com/merchant/608b8465ec3d209a85feb9a9 | https://tianyouxing.wish.com/c/60acb3310a2395dc685b8599 |
| 423 | yun888 | https://www.wish.com/merchant/58ecdd649be83c0fb181423d | https://yun.wish.com/c/5bfd23f0df89f43c24c55d61 |
| 425 | tfyeree | https://www.wish.com/merchant/5e66008c10b835285ec59bb1 | https://tfyeree.wish.com/c/615fb968df0b9ce8c3e2f014 |
| 426 | LikeFashionShop | https://www.wish.com/merchant/6408c73b4b70de41f74e10cd | https://www.wish.com/c/643539f36c928b4179b9313e |
| 427 | sumail-89337 | https://www.wish.com/merchant/5dd7b769703f615e80385334 | https://www.wish.com/c/60bf1e64cda6151528892fac |
| 428 | WJSJEWELRY | https://www.wish.com/merchant/5d3ae0e9e13a7e3cad474132 | https://WJS.wish.com/c/6207b8f9c23d26a826e2ed49 |
| 429 | Alicech16 | https://www.wish.com/merchant/5f8bd2a17d0a10f8aa966f0e | https://www.wish.com/c/5fb7ffbf7c989824bef20269 |

**SCHEDULE A**

| D. No. | Seller Name | Store URL | Product URL |
|--------|-------------|-----------|-------------|
|        |             |           |             |
|        |             |           |             |
|        |             |           |             |
|        |             |           |             |
|        |             |           |             |
|        |             |           |             |
|        |             |           |             |