United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL, Plaintiff, | ) ) ) Civil Action No. 23-22352-Civ-Scola ) ) ) ) |
| v. | |
| Zerogiving and others, Defendants. | |

### Order Referring Motion to Magistrate Judge

The Court **refers** the Plaintiff's motion for entry of final default judgment (**ECF No. 82**) to United States Magistrate Judge Jonathan Goodman for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

**Done and ordered** in Miami, Florida, on September 26, 2023.

_____
Robert N. Scola, Jr.
United States District Judge