United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL,<br>Plaintiff,<br><br>v.<br><br>Zerogiving and others, Defendants. | )<br>)<br>)  Civil Action No. 23-22352-Civ-Scola<br>)<br>)<br>) |

### Twelfth Order of Dismissal

The Plaintiff, The Smiley Company SPRL ("Smiley"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendant:

- Luck eastore (Defendant No. 9 on Schedule "A" to the Complaint). (ECF No. 85.)

Smiley's notice of voluntary dismissal is approved and adopted. This case will remain open because Smiley's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on August 24, 2023.

_____
Robert N. Scola, Jr.
United States District Judge