United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL,<br>Plaintiff,<br><br>v.<br><br>The Individuals, Partnerships, and<br>Unincorporated Associations<br>identified on Schedule "A",<br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 23-22352-Civ-Scola<br>)<br>)<br>)<br>)<br>) |

## **Judgment**

The Court has granted Plaintiff's motion for default judgment and permanent injunction. (Order, ECF No. 89.) The Court now enters judgment in favor of the Plaintiff and against the Defaulting Defendants, as required by Federal Rule of Civil Procedure 58, under the terms set forth in ECF No. 89. The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on April 29, 2024.

_____
Robert N. Scola, Jr.
United States District Judge